# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.  8:08-CR-270-T-24EAJ          DATE:   August 25, 2008

HONORABLE  ELIZABETH A. JENKINS     INTERPRETER   N/A
                                          LANGUAGE _____

UNITED STATES OF AMERICA          AUSA Christopher Murray
v.                               **Government Counsel**

**SHELDON SHORTER**                    Hugo Rodriguez, Esq.
**Defendant**                          **Defense Counsel**

COURT RPTR/TAPE  Digital          DEPUTY CLERK   Cathy Morgan

TIME  2:06 - 2:40          TOTAL _____  Courtroom  11A
PROCEEDINGS:

### DETENTION HEARING

Government proffers information against release. Defendant calls DEA Agent Gary Corbett, witness sworn. Government briefly cross examines witness. Government argues against release. Defendant argues in favor of release. Court orders defendant detained for the reasons stated on the record. Court will issue a written order. Defendant is arraigned. Court will issue a written scheduling order. Counsel discusses some issues with the Pinellas County jail. Pinellas County is being held as "Denzel Sawyer" and is being held in maximum security. Government states that they will follow up with the U.S. Marshals regarding his identity and confinement.