UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,    __
       Government  X

v.                     Case No.  8:08-Cr-00270-T-24EAJ

SHELDON SHORTER, ET AL
                       __  Evidentiary
                       X   Trial
                       __  Other

       Defendant  __

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | Photo - approximately 80 pounds marijuana |
| 2A1 | | | | Representative sample-marijuana |
| 2A2 | | | | Representative sample-marijuana |
| 3A | | | | Representative sample marijuana |
| 4 | | | | Photo - approximately 1561 pounds of Marijuana |
| 5 | | | | Stipulation |
| 6 | | | | Photo - Money Counter |
| 7A | | | | Photo - Cab of Tractor-Trailer |
| 7B | | | | Photo-Interior of Trailer |
| 7C | | | | Photo - Bales of Marijuana in Trailer |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 8A | | | | Photo - Warehouse 118th Ave. N - Cover Load |
| 8B | | | | Photo - Warehouse 118th Ave. N - Shipping Crate |
| 8C | | | | Photo - Warehouse Starkey Road - Safe |
| 8D | | | | Photo - Warehouse Starkey Road - Marijuana Bales in Safe |
| 9 | | | | Photo - Green Charger |
| 10 | | | | Photo - Sham Currency |
| 11 | | | | Recordings - CD - Shorter and CS |
| 11A | | | | Transcript - April 21, 2008 |
| 11B | | | | Transcript - June 5, 2008 - 11:36 A.M. |
| 11C | | | | Transcript - June 6, 2008 (WS 060608) |
| 11D | | | | Transcript - June 6, 2008 (20015) |
| 11E | | | | Transcript - June 6, 2008 (20017) |
| 11F | | | | Transcript - June 7, 2008 (20018) |
| 11G | | | | Transcript - June 7, 2008 (20019) |
| 11H | | | | Transcript - June 12, 2008 (20003) |
| 11I | | | | Transcript - June 12, 2008 (20007) |
| 11J | | | | Transcript - June 12, 2008 (20011) |
| 11K | | | | Transcript - June 12, 2008 (20014) |
| 11L | | | | Transcript - June 12, 2008 (200) |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 11M | | | | Transcript - June 12, 2008 (2002) |
| 11N | | | | Transcript - June 12, 2008 (20012) |
| 12 | | | | Recordings CS and Volcy - April 24, 2008 |
| 12A | | | | Transcript - April 24, 2008 (20010) |
| 12B | | | | Transcript - April 24, 2008 (20013) |
| 12C | | | | Transcript - April 24, 2008 (20017) |
| 12D | | | | Transcript - April 24, 2008 (20018) |
| 12E | | | | Transcript - April 24, 2008 (20020) |
| 13 | | | | Recording Baptiste and Volcy - April 24, 2008 |
| 13A | | | | Transcript of Exhibit 13 |
| 14 | | | | Ledger - Parra (N-52) (2-08) |
| 15 | | | | Ledger - Parra (N-27) - (3-08) |
| 16 | | | | Bank Deposit receipts (N 30, 38) |
| 17 | | | | Account Information Sandra Burrell (N-70) |
| 18 | | | | Charger Title (N-89) |
| 19 | | | | Charger tow Receipt (N-90) |
| 20 | | | | Photo - 17185 N.W. 23rd Street Pembroke Pines |
| 21 | | | | Photo - Charger in Pembroke Pines |
| 22 | | | | Evidence Receipt for $70,000 (sham currency). (N-96) |

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 23 | | | | GPS Coordinate Transcore for 4/17-26/2008 |
| 24 | | | | Driver's daily log sheets for Evans-Baptist |
| 25 | | | | Driver's daily log sheets for Volcy |
| 26 | | | | Maps showing GPS points |
| 27 | | | | Mercedes Benz of Ft. Lauderdale records re Mercedes Benz CL 63 |
| 28 | | | | Champion Motors records re 2008 Porsche |
| 29 | | | | Crown Audi records re 2008 |
| 30 | | | | Invoice from Countryside Baking, Inc. re Cookie Dough order number 22378 dated 4/21/2008 |
| 31 | | | | Recording dated 4/24/2008 (20024) |
| 31a | | | | Transcript of recording dated 4/24/2008 (20024) |
| 32 | | | | Hop-A-Jet records re Invoice number IN10442 |
| 33 | | | | DHSMV D/L Dubois 5-4-06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |