UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

CASE NO. 8:08-CR-270 –WC-EAJ -1

Plaintiff,

vs.

**SHELDON SHORTER**,
Defendant.
_____/

## DEFENDANT SHORTER'S PROPOSED EXHIBIT LIST

Defendant, SHELDON SHORTER, ("SHORTER") through undersigned

counsel respectfully submits the below proposed exhibit list:

| Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|
| 1. | | | R. Parra 851 Enhancement;08-50-RAL-MAP |
| 2. | | | Gov't Motion Continue; 08-50-T-26MAP |
| 3. | | | Detention Order; 4/2/08. |
| 4. | | | Order of Release; 4/11/08. |
| 5. | | | C. Mitchell, 851 Enhancement |
| 6. | | | All Recordings Not Introduced |
| 7. | | | |
| 8. | | | |

Respectfully submitted,
/S/ HUGO A. RODRIGUEZ
HUGO A. RODRIGUEZ, ESQ.
*Counsel for Shorter*
1210 Washington, Ave, Ste: 245
Miami Beach, Fl. 33139
Tel: 305. 373-1200
Fax: 305.532-5560
E-Mail: Hugolaw@aol.com