| NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK |

CASE NO: 8:08-cr-270-T-24EAJ

CASE STYLE: USA v. Shorter, et al.

DEFENDANT'S NAME: Sheldon Shorter, Jean Even Baptiste, Hardaway Volcy
(criminal cases
  only)

DATE EXHIBITS PLACED IN THE EXHIBIT ROOM: 2/4/2009

TYPE OF HEARING  ☐ Motion hearing  ☐ Evidentiary hearing

☐ Change of Plea  ☐ Sentencing

X Jury Trial  ☐ Bench Trial

☐ Other (Type of hearing)

Total Number of Folders: 3

Boxes:

Envelopes:

COURTROOM DEPUTY: Kathy Thomas

| Please file stamp and place in Jeanne Hueting's box. |