**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

       **Plaintiff(s),** _____
       **Government** _____

                          **Case No: 8:08-CR-270-T-24EAJ**

**v.**

**SHELDON SHORTER, ET AL.**
                               _____   **Motion Hearing/Evidentiary**
                               __X__   **Trial**
                               _____   **Other**

       **Defendant(s),** _____

# COURT'S EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | 2/2/09 | | Question from the jury |
| 2 | | 2/3/09 | | Note from the jury |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |