IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE No. 8:08 CR 0270 T 30 EAJ


UNITED STATES OF AMERICA


      Plaintiff,

v.                  January 26, 2009
                  1:30 p.m.


SHELDON SHORTER
JEAN EVENS BAPTISTE
HARDAWAY VOLCY


      Defendant.
_____/


TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE WILLIAM J. CASTAGNA
UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For the Government:    JAMES PRESTON
                     Assistant U.S. Attorney
                     U.S. Attorney's Office
                     400 North Tampa St.,
                     Ste. 3200
                     Tampa, FL 33602

For the Defendant     HUGO RODRIGUEZ
Shorter               1210 Washington Avenue
                     Suite 245
                     Miami Beach, Fl 33139

For the Defendant     JORGE CHALELA
Baptiste              P.O. Box 173407
                     Tampa, FL  33672

```
For the Defendant        STEPHEN CRAWFORD
Volcy                    610 West Bay Street
                         Tampa, FL 33606

Reported by:             Sandra K. Lee, RPR
                         Official Court Reporter
                         U.S. District Court
                         801 North Florida Avenue
                         Tampa, FL 33602
                         (813) 301-5699


STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION
```

P R O C E E D I N G

COURT SECURITY OFFICER:  All rise.

THE COURT:  Good afternoon, gentlemen.

MR. PRESTON:  Afternoon, Your Honor.

THE COURT:  I understand you have a matter you wish brought to the attention of the Court before we bring in the panel.

MR. RODRIGUEZ:  Good morning, Your Honor.  My name is Hugo Rodriguez, Your Honor. And I've never had the pleasure of trying a case before you.

THE COURT:  I hope you will find it a pleasure.

MR. RODRIGUEZ:  I hope so.  And I hope my client finds it a pleasure, Your Honor.

THE COURT:  All right.

MR. RODRIGUEZ:  But, Your Honor, one reason that I asked was that I have never picked a jury before, Your Honor.  And I've spoken to Mr. Crawford, who's much more experienced in this district than I am.

And I just wanted to inquire from the Court if you could just give me a short synopsis of your procedure in picking a jury.

THE COURT:  You know what the term means

1    generally when you're not permitted to back

2    strike?

3              MR. RODRIGUEZ:  I do, Your Honor.

4              THE COURT:  I think that's about the

5    only significant matter that I can call to your

6    attention.  Ordinarily I'll ask that you limit

7    your strikes to the jury -- to the first 12

8    persons in the jury box.

9              And as they are stricken when both the

10   government and the defense has an opportunity to

11   strike, and the strikes have gone through the

12   government and the defense, then those persons not

13   struck will be considered as jurors.

14             The ones who have been struck will be

15   replaced by jurors in succession as they are on

16   the jury list.

17             MR. RODRIGUEZ:  And what is -- how many

18   prospective alternate jurors do we plan, Your

19   Honor?

20             THE COURT:  How long do you expect the

21   case will take to try?

22             MR. RODRIGUEZ:  I would have to shift

23   that burden over to the other table, Your Honor.

24             THE COURT:  Well, let me --

25             MR. RODRIGUEZ:  I think we've all talked

1 about it being a week, but I don't know exactly

2 what Mr. Preston -- that's what we've discussed

3 among ourselves, Your Honor.  I don't know if he

4 believes that it may go into the next week, which

5 I'm hoping it won't because of the Super Bowl, but

6 I'll defer to counsel.

7 　　　　　　MR. PRESTON:  The way I have this trial

8 scheduled out, I would be hoping to rest by our

9 lunch break on Thursday.  And with that in mind,

10 Your Honor, I would point out to the Court that I

11 used that schedule in regard to the -- the travel

12 of some out-of-state witnesses in the case.

13 　　　　　　There is an outside possibility we could

14 end up short a witness at the end of one day

15 because of the travel and the Super Bowl.  I'll

16 advise the Court if it looks like we're that far

17 ahead of schedule.

18 　　　　　　THE COURT:  All right.  With that from

19 the government, do you expect that the case will

20 take more than a week?

21 　　　　　　MR. RODRIGUEZ:  The answer is no

22 collectively.

23 　　　　　　THE COURT:  All right.

24 　　　　　　MR. RODRIGUEZ:  Your Honor, the last

25 question -- and you used the word "significant."

1    Do you allow a short voir dire by counsel?

2              THE COURT:  I do not.  I will at the

3    conclusion of the Court's voir dire ask you to

4    come to sidebar with any questions that you feel

5    should be posed to either an individual juror or

6    to the jury collectively -- to the panel

7    collectively.  If there are, you can present those

8    to the Court.  They may or may not be given.

9              MR. RODRIGUEZ:  Thank you, Your Honor.

10             THE COURT:  Mr. Crawford.

11             MR. CRAWFORD:  Good afternoon, Your

12   Honor.  Judge, when you finish with your voir dire

13   questioning, could the defense have a brief break

14   so the attorneys could go into one of the

15   anterooms where we could get our notes together,

16   and then one of us will exercise the challenges

17   for all of the defense?

18             THE COURT:  Yes.  Remind me to do that.

19             MR. CRAWFORD:  Yes, sir.

20             THE COURT:  I understand there's an

21   interpreter available.  You may or may not be

22   utilized.  But at any rate, let's swear you in so

23   that if you are utilized we won't have to go

24   through that process.

25             THE INTERPRETER:  Yes, Your Honor.

          COURTROOM DEPUTY CLERK:  Raise your
right hand.

          Do you solemnly swear or affirm that you
will justly, truly, fairly, and impartially act as
an interpreter in the case now before the Court,
so help you God?

          THE INTERPRETER:  I do.  Charmant
Theodore, interpreter.

          THE COURT:  All right, Mr. Theodore.

          All right.  We'll be in brief recess
while the panel is brought into the courtroom.

          COURT SECURITY OFFICER:  All rise.

     (THEREUPON, A RECESS WAS TAKEN, AND THEN THE
          PROCEEDINGS CONTINUED AS FOLLOWS:)

          COURT SECURITY OFFICER:  All jurors are
present and accounted for.

          THE COURT:  Anything that cannot be
deferred, Mr. Rodriguez?

          MR. RODRIGUEZ:  This can be done rather
rapidly, Your Honor, but it's an issue that I
think we need to address.

          THE COURT:  Come to sidebar.

          MR. RODRIGUEZ:  Thank you.

          (AT WHICH TIME THE FOLLOWING SIDEBAR
DISCUSSION WAS HELD:)

1           MR. RODRIGUEZ:  Excuse me.  Hugo

2    Rodriguez.  Your Honor, on behalf of my client,

3    who is African-American, and the other two

4    co-defendants who are African-American, we're

5    making a challenge that the venire that is not a

6    representative example of the community, nor is it

7    statistically proportionate to African-Americans

8    here.

9           We believe our client may be prejudiced

10   by the present venire.  And for the record I'm

11   making that objection.

12          THE COURT:  You have it for the record.

13          While we are at sidebar, I notice there

14   are approximately 30 witnesses on the defendant's

15   witness list.  Do you intend to call these people?

16          MR. RODRIGUEZ:  No.  For the record,

17   this is not a joint defense.  And that was filed

18   on behalf of Mr. Volcy and Mr. Baptiste.

19          THE COURT:  All right.  How many of

20   those people are going to testify?

21          MR. CRAWFORD:  I would say three or

22   four.

23          THE COURT:  You think you need to even

24   read all these names to the jury?

25          MR. CRAWFORD:  Yeah.  The primary reason

I put them on there is so they are read because I
believe that all of those names will be mentioned
during the trial.

While they probably will not be called
as witnesses, their names will come up. And I
would like to see if any members of the venire
happen to know them.

THE COURT: All right. Let's go.

MR. CRAWFORD: Thank you, sir.

MR. RODRIGUEZ: Thank you.

(WHEREUPON, THE SIDEBAR DISCUSSION WAS
CONCLUDED AND THE PROCEEDING RESUMED AS FOLLOWS:)

THE COURT: As you heard the security
officer announce in opening court, my name is
William J. Castagna. And I want to welcome you on
behalf of myself and the other judges of this
court.

This is the United States District Court
for the Middle District of Florida and, of course,
the Tampa division.

Let me say at the outset that we do
appreciate your presence here. I know that many
of you would rather be elsewhere attending to
various matters that you might otherwise have
scheduled for this time. The jury service is not

always convenient.  On the other hand, I hope you will realize the extreme importance of the service that you've been called on to perform while you're here.

One of our greatest badges of freedom in this country, one of our most cherished of constitutional rights is the right to trial by jury.  So that if you or I or anyone else is charged with a criminal offense or involved in a civil lawsuit, we have the absolute right in most instances to have the facts of that dispute or the facts of the alleged offense charged determined by an impartial group of our fellow citizens sitting and serving as a jury.

My point simply is that while you're here you're going to share in one of the most important rights and privileges of citizenship, and that's the privilege and the heavy duty and responsibility of serving as a juror.  I hope you'll approach your service in that spirit.  Based upon my experience with other jury panels, I am sure that you will.

And I know that when you finish your term of office -- term of service you will find that you've had an interesting, challenging, and

informative experience.  And I hope you will also

know the satisfaction that comes with the job well

done.

As each case is called for trial, as

this one has, you will be asked a series of

questions.  The purpose of the questioning is to

discern something about your background, whether

you know anything about the case or the people

involved, and so on.

Some of the questions may at times seem

to you to become personal, but I want to assure

you that no one here has any desire or intention

of unduly prying into your personal affairs or

embarrassing you in any way.

But if any of the questions that are

asked of you are of such a nature that you would

prefer to make your response privately, if you

will simply let me know that, we'll make

arrangements to accommodate you.

The sole interest in asking these

questions of you is to make sure that the persons

finally selected to sit on any given jury are the

most impartial persons available in relation to

the issues of the particular case being tried.

If you are selected and seated here as a

juror, you will normally be expected to be here at
9:30 in the morning. We will proceed then with
the trial until about noontime, with a brief
recess between 9:30 and noon.

Then we will adjourn at noontime for a
luncheon recess, and reconvene at 1:30. And we'll
continue on with the proceedings until about
3 o'clock, where we'll have another break in the
proceedings, and then adjourn at 5 o'clock.

So once again, let me welcome you and
assure you that we appreciate your presence. And
while I -- while you're here, I think you'll find
the court personnel, deputy Marshals, and the
clerks more than willing to assist you in every
reasonable way.

If you have any questions or any
difficulty, if you'll simply approach the security
officers or the clerks and mention it to them.
And if necessary, they'll see that it's brought to
my attention.

Madam Clerk, has the jury generally been
qualified?

COURTROOM DEPUTY CLERK: Yes, Your
Honor.

THE COURT: Each of you has been found

1    to have the requisite qualifications to serve as a

2    juror of the Court.

3            As I indicated to you, we will try to

4    adhere to that time schedule that I outlined so

5    that we move the case along.  It is estimated that

6    this case will take a full week to try.  We'll

7    make every effort, of course, to see that your

8    time is well spent.

9            In order that you will be acquainted

10   with the court personnel with whom you'll be

11   working, I'll introduce them and their respective

12   duties at this time.

13           Our deputy clerk seated to my right is

14   Miss Carol -- excuse me, Miss Kathy Thomas.

15   Excuse me.  She serves as the Court's

16   administrator in the courtroom.

17           Our court reporter is Miss Sandi Lee.

18   She's seated to my left.  She takes down and

19   transcribes everything that takes place during the

20   course of the proceedings, including the

21   statements that I'm making to you now, the

22   questions that will later be asked of you, your

23   answers to those questions, and all other matters

24   pertaining to the case.

25           Our court security officer is Mr. David

1  Adkins.  You heard him open court.  He enforces

2  the Court's orders and has the jury in his charge

3  while it is away from the courtroom.

4          If you desire at any time to make any

5  inquiry regarding any matters touching on your

6  personal welfare aside from the issues in the case

7  being tried, make your inquiries to him.  And if

8  necessary, he'll see that those matters are

9  brought to my attention.

10          Our research aide is Mrs. Raequel

11  Tomsich.  She's seated to my far right.  And

12  serves as an important aide to the Court during

13  the course of these proceedings.

14          Miss Thomas, you may call the case.

15          COURTROOM DEPUTY CLERK:  United States

16  of America versus Sheldon Shorter, Jean Evens

17  Baptiste, Hardaway Volcy, Case No. 808 CR 270 T 24

18  EAJ.

19          Counsel, please state your name for the

20  record.

21          MR. PRESTON:  Good afternoon.  Jim

22  Preston for the United States.

23          MR. RODRIGUEZ:  Good afternoon, Your

24  Honor.  Good afternoon, ladies and gentlemen.  My

25  name is Hugo Rodriguez.  I represent Sheldon

1  Shorter.

2       MR. CHALELA:  Good afternoon.  My name

3  is Jorge Chalela.  I represent Jean Evens

4  Baptiste.

5       MR. CRAWFORD:  Ladies and gentlemen, my

6  name is Steven Crawford.  I represent Mr. Hardaway

7  Volcy, who's standing to my immediate right.

8       THE COURT:  Counsel for the government

9  ready?

10      MR. PRESTON:  Government's ready, Your

11  Honor.

12      THE COURT:  Counsel for defense ready?

13      MR. RODRIGUEZ:  On behalf of

14  Mr. Shorter, yes, Your Honor.

15      MR. CHALELA:  On behalf of Mr. Baptiste,

16  yes, Your Honor.

17      MR. CRAWFORD:  Yes, sir.

18      THE COURT:  In just a few moments the

19  Court will be asking you questions, as I

20  indicated, touching to your qualifications to

21  serve as jurors in this particular case.  This

22  part of the case is known as the voir dire

23  examination.

24           Voir dire, those are old French words

25  that came into early English usage.  Literally

1    they mean to speak the truth.  And so it is that

2    on your oath you commit to make truthful response

3    to the questions that are asked of you touching on

4    your qualifications to serve as jurors in this

5    trial.

6            I repeat that the questioning is not for

7    the purpose of trying into your personal affairs,

8    but only for the purpose of determining if your

9    decision in this case would in any way be affected

10   or influenced by any opinions that you now have or

11   some special knowledge that you might have

12   concerning the subject matter to be tried.

13           The object, of course, is to get a jury

14   which will fairly and impartially based upon the

15   evidence that is presented during the course of

16   the trial and the law which I will give to you

17   arrive at a fair and impartial verdict without

18   being influenced by any other factors.

19           Now, a certain number of you will be

20   excused.  I mention that to you because obviously

21   you cannot all serve as jurors in this case.  But

22   I -- if you're not selected or if you are excused,

23   do not feel that that's any personal reflection on

24   you.  It is not.  It is simply a part of the jury

25   selection process.

1    I will at this time read to you the

2  pertinent portions of the Indictment which sets

3  forth the charges against these defendants.

4    The Indictment is not to be considered

5  by you as evidence in the case.  It is not

6  evidence.  It is simply a formal charge or

7  accusation against the defendants.

8    You must not consider it as any evidence

9  of the defendants' guilt, and you must not be

10  influenced in any way simply because the

11  Indictment has been filed.

12    In the Indictment the grand jury charges

13  in Count I that from an unknown date, which was at

14  least in 2006, through and including the date of

15  this Indictment in the Middle District of Florida

16  and elsewhere, the defendants Sheldon Shorter,

17  also known as Anthony Dubois, also known as Marco

18  Davis, also known as Denzeel Sawyer, also known as

19  O'Neil Shorter, also known as Shelley Shorter, and

20  also known as J, and Jean Evens Baptiste, and

21  Hardaway Volcy, also known as Hardaway Valcy did

22  knowingly and willfully conspire and agree with

23  each other and with others both known and unknown

24  to the grand jury to distribute and possess with

25  intent to distribute 1,000 kilograms or more of a

mixture and substance containing a detectable

amount of marijuana, a controlled substance,

contrary to the provisions of Title 21 of the

United States Code, Section 841(a)(1), all in

violation of the laws of the United States.

In Count II it is charged that on about

April 11, 2008, in the Middle District of Florida,

the defendant, Sheldon Shorter, also known as

Anthony Dubois, also known as Marco Davis, also

known as Denzeel Sawyer, also known as O'Neil

Shorter, also known as Shelley Shorter, and also

known as J, aided and abetted by another did

knowingly and intentionally possess with intent to

distribute a quantity of a mixture and substance

containing a detectable amount of marijuana, which

is a controlled substance, in violation of the

laws of the United States.

And in Count III it is charged that on

or about April 24th, 2008, in the Middle District

of Florida the defendants Jean Evens Baptiste and

Hardaway Volcy, also known as Hardaway Valcy,

aided and abetted by another did knowingly and

intentionally possess with intent to distribute

100 kilograms or more of a mixture and substance

containing a detectable amount of marijuana, a

1    controlled substance, contrary to the laws of the

2    United States.

3              Now, with that portion of the Indictment

4    provided to you, do any of you know anything about

5    this case either through your own personal

6    knowledge, or by hearing about it, or reading

7    about it, or otherwise information coming to your

8    attention?  If so, please raise your hand and let

9    us know that.  And there are no hands raised.

10             Do any of you have a state of mind with

11   reference to the nature of these charges which

12   would in any way prevent you from acting fairly

13   and impartially in hearing and determining the

14   issues in this case?  And there are no hands

15   raised.

16             Counsel for the government, will you

17   again introduce yourself to the panel.

18             MR. PRESTON:  Thank you, Your Honor.

19             Good afternoon, ladies and gentlemen.

20   As I introduced myself to the Court, my name is

21   Jim Preston.  I'm an assistant United States

22   Attorney here in the Middle District of Florida.

23   Seated at counsel table with me, and who will also

24   be testifying at trial, is Special Agent Justin

25   Duralia with the Drug Enforcement Administration.

1    Thank you.

2           THE COURT:  Are any of you acquainted

3    with Mr. Preston or with Mr. Duralia from the

4    government service through any contact or

5    communication of any kind or nature whatsoever,

6    business, social professional or otherwise?

7    Apparently not.

8           And again, defense counsel, I'll ask

9    that you introduce yourselves and your respective

10   clients.

11          MR. RODRIGUEZ:  Ladies and gentlemen, my

12   name is Hugo Rodriguez.  And I'll -- as the

13   attorney for Shelton Shorter, I'll be assisting

14   Sheldon in his defense.  Thank you.

15          THE COURT:  Are any of you acquainted

16   with Mr. Rodriguez or Mr. Shorter through any

17   contact or communication of any kind or nature

18   whatsoever?  Apparently not.

19          Additional defense counsel.

20          MR. CHALELA:  Good afternoon.  Again, my

21   name is Jorge Chalela.  I'm the attorney who has

22   the pleasure of representing John Evens Baptiste.

23          THE COURT:  All right.  Are any of you

24   ladies and gentlemen acquainted with either

25   Mr. Chalela or Mr. Baptiste through any contact or

communication of any kind or nature whatsoever?
Apparently not.

And Mr. Crawford.

MR. CRAWFORD:  Finally, Steven Crawford.
Hardaway Volcy.

THE COURT:  Are any of you ladies and
gentlemen acquainted with Mr. Crawford or
Mr.  Hardaway Volcy through any contact or
communication of any kind or nature whatsoever,
business, social, professional, or otherwise?
Apparently not.

Would you, Mr. Preston, read the names
of the persons who may be called at witness in
this case.

MR. PRESTON:  Those persons who may be
called as government witnesses in this case
include Ramiro Parra, Cleo Mitchell, Special Agent
Justin Duralia, Trooper Robert Lanes with the
Florida Highway patrol, Price Polynice, Richard
Morello, David Sherwood.

Special Agent Robert Quinn with the Drug
Enforcement Administration, Deputy United States
Marshal Barry Golden, Bo Morgan, Lance Noel, Chris
Adam, Ivette Maria Vallejo, and Ethon L. Jolly.

Thank you, Your Honor.

1          THE COURT:  Are any of those names

2     familiar to any of you?  Apparently not.

3          Defense have any names that they wish to

4     read to the jury at this time?  And, ladies and

5     gentlemen, all of these people may not necessarily

6     be called as witnesses, but we want you to let us

7     know if you are acquainted or familiar in any way

8     with any of these persons who are named.

9          Mr. Crawford.

10         MR. CRAWFORD:  Thank you, Your Honor.

11         Ladies and gentlemen, potential witness

12    or individuals that might be mentioned are as

13    follows: --

14         THE COURT:  Excuse me, Mr. Crawford.  I

15    think it will be helpful if you either get closer

16    to the mic or use the lectern.

17         MR. CRAWFORD:  Is that okay, Your Honor?

18         THE COURT:  That should do it.

19         MR. CRAWFORD:  Thank you, sir.^ CK NAMES

20         Officer D. Beauvois, spelled

21    B-E-A-U-V-O-I-S, Special Agent Gary Corbett,

22    Detective Rick Landry, Detective Richard Diaz,

23    Detective Wade Turner, Special Agent Eric Noack,

24    Special Agent Joel Schmidt, Special Agent Thomas

25    Leo, Sergeant Kenneth Morman, Detective Ruth

1    Stephenson.

2    Trooper L. Maynard, Officer M. D. Scott

3    with DOT, Jermaine Hopkins, Seth Clemens, James

4    Kurmay, with a K, James Lamar Cooney, Richard

5    Preston Parker, Billy Ray Price, Clavetta Bros,

6    B-R-O-S, Sandra Fry, Ramiro Parra, Ally Huffman,

7    Claude St. John, and Vincent Volcy.

8    THE COURT:  Any of those names familiar

9    with any of you ladies and gentlemen?  Apparently

10   not.

11   Do any of you have any physical defects

12   of sight, hearing, or otherwise that would make it

13   difficult for you to serve as a juror in this

14   case?  Apparently not.

15   Each of you has been furnished with a

16   sheet of paper that will aid you in giving us some

17   information with regard to yourselves and your

18   background, that is your name, your city of

19   residence, how long you've lived there, how long

20   you've lived in Florida, your occupation.  And if

21   you are retired or unemployed, your previous

22   occupation.

23   Whether or not you are married.  And if

24   so, the business or occupation of your spouse.  If

25   you have children, tell us their ages and the

business or occupation of any adult children.  If
you've had military service, tell us the branch of
service in which you were involved and a brief
statement of your duties while in the service.

And if you've had previous jury service,
tell us about that, including service on a grand
jury.  We'd like to know where and when you were a
juror and whether or not the case was a civil or
criminal case, and whether or not the jury on
which you served actually returned a verdict.

Do not tell us what the verdict was.  We
want to know only whether the jury on which you
served did in fact return a verdict.

So I'll ask that you stand and give us
that information in a loud, clear voice so that it
can be heard by counsel and the court reporter.

And we'll begin with Miss Youngman.

PROSPECTIVE JUROR:  Hi.  My name is
Tammitha Youngman.  I live in Lutz, Florida.  Been
there for 35 years.

I'm a software engineer.  I am single,
no children.

THE COURT:  Any previous military
service?

PROSPECTIVE JUROR:  None.

THE COURT: Any previous jury service?

PROSPECTIVE JUROR: None.

THE COURT: Thank you.

PROSPECTIVE JUROR: My name is Betty Biesiada. I live in Sarasota, Florida. Been there for three years. I'm a former -- retired. I'm a -- I was a high school teacher.

My husband -- I'm married. And my husband also is retired. Was an accountant. We have one daughter, 31, and she's a middle school teacher.

I have had no military experience. I have served on a jury in Racine, Wisconsin. It was a civil case. And we did return a verdict.

THE COURT: Thank you.

PROSPECTIVE JUROR: My name's Jesse Barnett, III. I was born in Fort Meade, Florida. Lived there all my life. Self-employed. I've got a mechanic shop/wrecker service. I own some orange groves.

I'm married. Two daughters, 34 and 36. Two grandchildren, three and seven.

I was in the Army reserve. I was called to jury duty one time before and was not seated.

THE COURT: Are your daughters in

1  business or occupied?

2          PROSPECTIVE JUROR:  One's a -- one's a

3  banker, and one's -- works for Hertz Equipment

4  Rental.

5          THE COURT:  All right, sir.  Thank you.

6          PROSPECTIVE JUROR:  Good afternoon.  My

7  name is Sonja Gardner, and I've lived in Tampa,

8  Florida, for 19 years.

9          I work for American Air Lines as a

10 ticket agent.  I'm married.  My husband works for

11 American Air Lines as an operations agent.  And I

12 have a daughter, 18, that is a sophomore in

13 college.

14         No previous military service.  And I've

15 never served on a jury before.

16         THE COURT:  Thank you.

17         PROSPECTIVE JUROR:  Hello.  Nicole

18 McCrea.  I live in Clearwater for about seven

19 months, Florida for about five years.

20         I'm a retail sales manager of a women's

21 clothing store.  Not married, no children.

22         No military service.  Served on a jury

23 for the 10th Judicial Circuit, Bartow, Florida.

24 Was seated.  And we returned a verdict.

25         THE COURT:  Was that a civil or criminal

case?

PROSPECTIVE JUROR:  Oh, criminal.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  My name is Marge Jones.  I live in Terra Verde, Florida.  I've lived there for eight years.  I've been in Florida for 15 years.

I'm retired.  I was in retail management.  I am married.  My husband is a sales manager.  We have no children.

No military service.  No jury service.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  I'm David Cummings. I've lived in Spring Hill, Florida, for 22 months, Florida for eight years.  Two boys, 34 and -- 32 and 34.  One's Air Force, the other one is manufacturing in automotive.

I am retired.  I was purchasing manager for a manufacturing company.  I'm married.  My wife was -- she's also retired -- and in banking administration.

I haven't served on any jury duty.  No military experience.

THE COURT:  Did -- did you say that your wife was in what?

1            PROSPECTIVE JUROR:  She's in banking.

2            THE COURT:  Thank you.

3            PROSPECTIVE JUROR:  I'm Carol Harkins.

4 I live in Bradenton, Florida.  I've lived there

5 for 9 years, and lived in Florida for 30 years.

6            I'm single.  I have two children, a boy

7 and a girl, both 15.

8            I have no military experience.  Haven't

9 served on a jury.  And I'm a controller of a

10 company.

11           PROSPECTIVE JUROR:  Hi.  My name is

12 Corey Dion Bowden.  I just recently moved to

13 Wesley Chapel.  Been there five months.  Been in

14 Tampa for 20 years.

15           Truck driver, waste management.  Single.

16 Have one son.  And he's in between jobs right now.

17           And I never had any military experience.

18 And I never served on jury service.

19           THE COURT:  And what work are you doing

20 now?

21           PROSPECTIVE JUROR:  I'm a truck driver

22 for waste management.

23           THE COURT:  Operations manager?

24           PROSPECTIVE JUROR:  No.  Drive -- just

25 truck driver.

1          THE COURT:  All right.  Thank you.

2          Miss Harkins, what was the -- the nature

3     of the company for whom you are a controller?

4          PROSPECTIVE JUROR:  Electronics

5     manufacturer.

6          THE COURT:  Thank you.

7          PROSPECTIVE JUROR:  My name is Alonzo

8     Correa.  I'm a native Floridian from Pensacola,

9     Florida.  I've lived in Tampa for 19 years.

10          Let's see.  I'm a salon manager.  I'm

11     single.  I have no children.

12          I have no previous military history.

13     And I have not sat on a jury.

14          PROSPECTIVE JUROR:  Hi there.  My name

15     is Deborah Ann Thomas.  I've lived in Tampa about

16     9 years, Florida for 42 years.  I work in public

17     relations at Tampa International Airport.

18          I'm married.  My husband is disabled.

19     We have one child.  She's 16, so she's still in

20     school.

21          I have no military service.  And I was

22     asked to come to jury duty four times, but never

23     got past that door.

24          PROSPECTIVE JUROR:  My name is Diane

25     Sheldon.  I live in Manatee County in Bradenton

for about 15 years, 16, something like that.  I've
lived in Florida that long too.  I'm a cashier at
a Shell station.

I'm married.  My husband works at the
same place doing the same thing.  I have two boys,
32 and 33.  One's a chef and one's unemployed.

No military service.  And I've never
been on a jury before.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  I am Ron Swihart.  I
live in New Port Richey, and I've lived in Florida
for 36 years.  I work for the Pasco County school
board in maintenance.

And I'm married.  My wife teaches
nursing at the community college.  We have no
children.

And I was briefly in the Army for less
than six months, and no previous jury duty.

THE COURT:  What were your -- what was
your assignment in the service?

PROSPECTIVE JUROR:  Basically I was just
starting to go to the schooling.  And didn't --
and I was out by that time.

THE COURT:  All right.

PROSPECTIVE JUROR:  Never completed it.

1    PROSPECTIVE JUROR:  My name is Judith

2 Karantonis.  I lived in New Port Richey for

3 19 years.

4    We're self -- we're retired, and we were

5 self-employed.  I have two children.  Their ages

6 are 40 and 42, and they're both self-employed.

7    I have three stepchildren.  Do you

8 want --

9    THE COURT:  Well, tell us first if you

10 will, Miss Karantonis, what is the nature of the

11 self employment in which you and I presume your

12 husband were involved?

13    PROSPECTIVE JUROR:  We had a restaurant.

14    THE COURT:  All right.  And the

15 children?

16    PROSPECTIVE JUROR:  One has a Landmark

17 Awards.  It -- they make trophies and plaques.

18 Then my other son is in Georgia, and he's a

19 painter.

20    THE COURT:  All right.  And you can tell

21 us about your stepchildren as well.

22    PROSPECTIVE JUROR:  Okay.  I have three

23 stepsons.  The oldest is a retired Largo police

24 officer, and the other two are self-employed in

25 sales.

1    THE COURT: How long has the police

2 officer been a police officer in Largo?

3    PROSPECTIVE JUROR: He's been retired

4 about ten years, so --

5    THE COURT: Did you know him during the

6 time that he was on the --

7    PROSPECTIVE JUROR: Yes.

8    THE COURT: -- as a police officer?

9    PROSPECTIVE JUROR: Yes.

10    THE COURT: From anything that you may

11 have learned from him in any causal conversations

12 that may have arisen about his duties and his job,

13 that would tend to make you more amenable to the

14 government's position or the prosecution position

15 in this case?

16    PROSPECTIVE JUROR: I don't think so.

17    THE COURT: Is there any question in

18 your mind about it?

19    PROSPECTIVE JUROR: No.

20    THE COURT: All right. Thank you.

21    PROSPECTIVE JUROR: Okay.

22    PROSPECTIVE JUROR: I'm Sharon Bodkin.

23 I've lived in Largo for 14 years. I've been in

24 Florida 28. I run a convenience store during the

25 daytime.

1          I'm divorced.  I have two sons, 34 and

2    32.  One works for the city of St. Pete, the other

3    one works for Flowers Baking Company.

4          I have not been in the military.  Yes, I

5    was on a jury here in Tampa in 2002, and we did

6    reach a verdict.

7          THE COURT:  Was that a civil or criminal

8    case?

9          PROSPECTIVE JUROR:  Criminal.

10         THE COURT:  Thank you.

11         PROSPECTIVE JUROR:  Hi.  My name is

12   Jolene Keith.  I live in Dover.  I've lived there

13   about four years now.  I've been in Florida for

14   37.

15         I am a licensed practical nurse in a

16   cardiovascular office.  My husband is a civil

17   engineer.  I have two children, 12 and 11-year

18   old.

19         I've never been in the military.  And

20   have never been on a jury.

21         THE COURT:  Tell us your last name

22   again.

23         PROSPECTIVE JUROR:  It's Keith.  The

24   name is wrong -- it's wrong.

25         THE COURT:  K-E-I-T-H?

         PROSPECTIVE JUROR:  K-E-I-T-H, Keith.

         THE COURT:  Thank you.

         PROSPECTIVE JUROR:  Hi.  My name is
Julie Aman.  I have lived in Tampa for 40 years,
and in Florida for 46 years.  Now you know how old
I am.

         I'm a health educator prevention
specialist with the Mendez Foundation.  And that's
a part-time job.  And part-time I work for my
husband's firm.

         Obviously married.  And he is an
attorney.  And I have three children, 13, 18, and
19.

         And I might know one of the witnesses.
It just came to me about Robert Quinn works for
the DEA, you said?  Okay.  He did come and do an
inservice for my organization that I work -- that
I'm a health educator for.

         THE COURT:  Have you had any other
contact with Mr. Quinn?

         PROSPECTIVE JUROR:  No.  Just -- just
that one inservice he did.  It was about the
beginning of the school year in August.  And there
is a former DEA person that works with me with the
Mendez Foundation.

1          THE COURT:  How long has that employment
2    relationship continued?
3          PROSPECTIVE JUROR:  We work together
4    right now.  I mean --
5          THE COURT:  And has been for how long?
6          PROSPECTIVE JUROR:  We started about the
7    same time, about a year ago.
8          THE COURT:  All right.  And where is
9    your husband's practice located?
10         PROSPECTIVE JUROR:  In north Tampa.
11         THE COURT:  And what is the nature of
12   his practice?
13         PROSPECTIVE JUROR:  He is a business
14   lawyer, estate planning.  Not criminal.
15         THE COURT:  Has he done any work in
16   regard to criminal law?
17         PROSPECTIVE JUROR:  Not really.  He
18   hates that kind of law basically.  But we have
19   lots of friends which I'm sure some of you men
20   might know that are -- a couple of our friends --
21   good friends are criminal lawyers.
22         THE COURT:  From anything that you may
23   have heard or learned from any of your legal
24   contacts or from the nature of your husband's
25   practice, would that cause you to be more

1   favorably or more kindly disposed toward the

2   government or the prosecution position in this

3   case?

4           PROSPECTIVE JUROR:  Absolutely.  I'm

5   sorry, but true.

6           THE COURT:  All right.  Thank you.

7           PROSPECTIVE JUROR:  My name is Thomas

8   Walter.  I live in Zephyrhills, Florida.  I've

9   been there about 18 years.  I'm a native Floridian

10  for the past 50 years.

11          I'm an iron worker and steel

12  fabrication.  I'm married my wife is an IT

13  specialist at a bank.  She has a daughter, 18,

14  still in high school.

15          I have had military service through the

16  United States Air Force.  And my duties was

17  security police, which was securing the Minuteman

18  missile silos.  I have never had any jury service.

19          And I guess that's it.

20          THE COURT:  I didn't quite understand

21  your last statement.  That you had never had

22  security service?

23          PROSPECTIVE JUROR:  I'm sorry.  Jury

24  service.

25          THE COURT:  Oh.

1    PROSPECTIVE JUROR:  Never been on jury

2    service.

3    THE COURT:  All right.  But you were in

4    security during your time in the service?

5    PROSPECTIVE JUROR:  Yes, sir.

6    THE COURT:  What was the nature of your

7    activity there?

8    PROSPECTIVE JUROR:  Securing the missile

9    silos up in the Dakotas.  It was not a police

10   officer, it was a security guard form of work.

11   THE COURT:  You had preliminary training

12   before going on that assignment?

13   PROSPECTIVE JUROR:  Yes, sir.  Had all

14   law enforcement training.

15   THE COURT:  All right.  And would that

16   in any way cause you to feel more kindly disposed

17   or more favorably disposed toward the government

18   or the prosecution position in this case?

19   PROSPECTIVE JUROR:  No, sir.

20   THE COURT:  Would it have any effect on

21   your consideration of this case at all?

22   PROSPECTIVE JUROR:  No, sir.

23   THE COURT:  Thank you.

24   PROSPECTIVE JUROR:  My name is Carl

25   Gans.  I live in Clearwater, Florida.  I've

been -- I've lived in Florida for 29 years, in the Clearwater area for the last 25. I'm a salesman for a steel door and frame manufacturer.

My wife -- I'm sorry. I'm married. My wife is retired. She was a director of marketing for a hospital.

I have two children. A son, 41. He's an attorney in Washington, D.C. My daughter, 36, is a pharmaceutical rep here in Florida.

I was in the Army reserve. We trained -- duties were to train recruits. And I have been on juries in -- I'm sorry -- New Jersey, which was a civil case, and we came to a verdict.

I was on two juries in Dallas, Texas, that were criminal, which we had verdicts on. And a criminal trial in Clearwater, which we came to a verdict.

THE COURT: All right. And what is the nature of your son's law practice?

PROSPECTIVE JUROR: He is a civil litigator.

THE COURT: To your knowledge, has he ever handled matters that involved criminal charges?

PROSPECTIVE JUROR: No, sir. Strictly

construction related.

            THE COURT:  All right.  Anything that
may have -- you may have learned from him or
anyone else that would cause you to be more
favorably or more kindly disposed toward law
enforcement position in this case?

            PROSPECTIVE JUROR:  No, sir.

            THE COURT:  Thank you.

            PROSPECTIVE JUROR:  My name is Tammy
Wakeland-DeJesus.  I live in Bradenton, Florida,
for 32 years.  I'm a supervisor in the benefits
department of a payroll company.  I'm divorced.
And I have a nine-year old daughter.

            And no previous military or have never
served on a jury.

            THE COURT:  Tell me again your business
or employment.

            PROSPECTIVE JUROR:  I'm a supervisor in
a benefits department of a payroll company.

            THE COURT:  Thank you.

            PROSPECTIVE JUROR:  My name is Carlos
Cendoya.  I live in Lakeland, Florida.  I've lived
there since '97.  I've lived in Florida all my
life.  I'm a systems engineer for Publix
Supermarkets.

1        I'm married.  My wife's retired.  She
2   used to be an administrative assistant also for
3   Publix.  I have a four-year old and an eight-year
4   old.
5        No military -- no military service.  And
6   I served in a criminal jury in Miami approximately
7   about ten years ago, and there was a verdict.
8        THE COURT:  All right.  Excuse me just a
9   moment.  You are Carlos Cendoya?
10       PROSPECTIVE JUROR:  Yes, sir.
11       THE COURT:  And the young lady just to
12   your right, what is your name?
13       PROSPECTIVE JUROR:  Tammy
14   Wakeland-DeJesus.
15       THE COURT:  Thank you.
16       PROSPECTIVE JUROR:  My name is Christine
17   Boniberger.  I live on Bradenton Beach, where I've
18   been for about eight years.  In Florida 12.
19       I'm an office manager at a physical
20   therapy clinic.  I'm married.  My husband is a
21   retired air traffic controller.  We have no
22   children.
23       No previous military service.  And I've
24   never done any jury service.
25       THE COURT:  Thank you.

PROSPECTIVE JUROR:  My name is Karen Lowsky.  I live in Bradenton, Florida.  I've been there for ten years.  I've been in Florida for 11 and a half years.

I'm a project manager for a small software company.  I'm not married.  I don't have any children.

Never been in the military.  And I've never served on a jury.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  My name is Mary Vanhook.  I live in Mulberry, Florida, for about four and a half years.  I've been in Florida for about four and a half years.  I'm an administrative support clerk for the phone company.

I'm divorced.  I do have four children, ages 35, 33, 26, and 23.  The occupation is machine operator, information technology, bank administrator, and a waitress.

No previous military service.  And, yes, I have served on a jury in Nicholasville, Kentucky about 2002, and it was criminal.

THE COURT:  And did that jury reach a verdict?

          PROSPECTIVE JUROR:  Yes, they did reach
a verdict.

          THE COURT:  Thank you.

          PROSPECTIVE JUROR:  My name is Justin
Langford.  I live in Land O' Lakes where I've
lived for 21 years.  I've lived in Florida
22 years.

          I do sales at a luxury retailer.  I am
single.  Have no children.

          Never been in the military.  And have no
jury experience.

          THE COURT:  And your occupation again.

          PROSPECTIVE JUROR:  Sales at a luxury
retailer.

          THE COURT:  All right.

          PROSPECTIVE JUROR:  My name is Carl
Piscani.  I've lived in Largo 3 years, Florida 12.
I'm a van driver.

          I'm married.  My wife is a nurse.  We
have two children.  My daughter is a teacher, my
son is in research and development in New York.

          No military service.  Never served on a
jury.

          THE COURT:  Thank you.

          PROSPECTIVE JUROR:  My name is Angela

Carns.  I've lived in Florida for four years here
in Tampa.  I'm assistant branch manager at a local
bank.

I'm married.  And my husband is a master
Sergeant in the United States Air Force.  We have
three children, 14, 6, and 4.

I have no prior -- I have no military
service other than being a wife.  And no jury
service.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  I'm Roger Hatfield.
I've lived in Lakeland, Florida, for nine and a
half years.  Florida for nine and a half years.
I'm a retired real estate and insurance broker.

I am currently married.  My wife is a
retired registered nurse.  I have a daughter
that's 48 years old who's a school teacher.  I
have a son that's 46, and he's a building
supervisor at Cornell University.

I've never been in the service.  And
never had any jury duty.

PROSPECTIVE JUROR:  My name is Brian
Dowd.  I live in Oldsmar for about two years now.
I've lived in Florida about 32 years.

I'm a programmer.  I'm not married.  I

don't have any kids.

I have never been in the military.  And I've never served any jury service.

THE COURT:  My name is Peter Turcotte. I live in Tarpon Springs for 19 years.  Been in Florida for 29.

I'm unemployed at the time.  Married. My wife has a pet sitting service.  No children.

No service.  And no jury duty.

THE COURT:  Do you have a particular business that you were engaged in prior to your unemployment status?

PROSPECTIVE JUROR:  Yes, sir.  I was -- I design and engineer pool enclosures.

THE COURT:  Pardon?

PROSPECTIVE JUROR:  Pool enclosures.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  Hi.  I'm Carol Stuckert.  Okay.  I live in Poke City, Florida, for about four or five years now.

I'm a nurse, part-time.  My husband's I guess you call him semi retired.  He was a police officer in Delaware for 21 years, and Jersey for seven and a half years.

He's still active in the military.  We

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

go back up to Dover, Delaware, for about -- last

year was like nine months he did active time up in

Delaware.  This time I think he's doing it six

months I think he's planning so far.

Let's see.  Okay.  I have two children.

One's 35.  He works for a nuclear plant as a

safety controller.  And the other one is 31, and

he's an EMT.  They're both in Delaware.

I told you about the -- I haven't had

any previous military service, just my husband.  I

worked -- I was in jury duty once before in

Delaware.  I was never seated.

THE COURT:  All right.  The fact that

your husband was involved in law enforcement work

for such a period of time, would that background

cause you to be more kindly or more favorably

disposed toward the government or the prosecution

position in this case?

PROSPECTIVE JUROR:  I would have to say

yes.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  Hi.  I'm Craig Roth.

And I've lived in Lakeland, Florida, for 37 years.

I'm married.  I have three children.  I

own a nursery.  Grow wholesale flowers.  My

children's ages are 16, 14, and 8.  None of them
are currently working.

        We -- I have not had military service.
And I've been on a jury before in a criminal case,
and there was a verdict.

        THE COURT:  Thank you.

        PROSPECTIVE JUROR:  My name is Christine
Glinske.  I live in New Port Richey.  I've been
there for one year.  I've been in Florida for 18
years.  I work for the telephone company.

        I am divorced.  I have four children.  A
daughter, 40, works for the hospital system.  A
son, 38, that works for the power company.  And I
have a daughter that's 32, and she works for the
hospital system.  And I have a 30-year old son
that works for a supermarket chain.

        I have never served on a jury.  And I've
never been in the military.

        THE COURT:  Thank you.

        PROSPECTIVE JUROR:  However, one of my
children is a recovering drug addict, and I wonder
whether I would have the ability to be a good
juror because I don't know whether I could be
impartial after what I've been through with that
child.

          THE COURT:  Thank you.

          PROSPECTIVE JUROR:  I'm Mike Mihok.
I've lived in Springhill for two years now, but
I've lived in Florida for 18 years.

          I'm a dry cleaning attendant.  I'm not
married.  I don't have any kids.

          I haven't been in the military.  And I
haven't been on a jury.

          THE COURT:  Thank you.

          PROSPECTIVE JUROR:  I'm Chris Noell.  My
wife and I live in Palm Harbor for over 20 years.
And we have a business where we import toys and
novelties for arcade game rooms.  Have no
children.

          No military service.  And never been on
a jury.

          THE COURT:  Thank you, Mr. Noell.

          Have any of you ladies and gentlemen
ever been employed by the United States Government
other than in the military capacity?  Been
employed by the government in a civilian capacity?
Apparently not.

          Have any of you --

          PROSPECTIVE JUROR:  Your Honor?

          THE COURT:  Excuse me.

1          PROSPECTIVE JUROR:  Does that include

2     like the school board or anything like that?

3          THE COURT:  Well, tell us what your --

4          PROSPECTIVE JUROR:  Well, I work for the

5     Pasco County school board in the maintenance

6     department.  I was just wondering.

7          THE COURT:  I see.  All right.  Well,

8     thank you for that contribution.

9          Anyone else?

10          To those of you who have had previous

11     jury duty, did anything occur during the course of

12     that experience that would in any way affect your

13     ability to be a fair and impartial juror in this

14     case?  I guess what I'm really asking you is have

15     any of you had a bad experience serving on a jury?

16     Apparently not.

17          Have any of you -- other than those of

18     you who have responded mentioning some contact

19     with attorneys or the law, have any of you ever

20     studied law either formally or informally?

21          PROSPECTIVE JUROR:  I got my Bachelor's

22     of Science in Criminology and Sociology where I

23     took some law courses.  And I'm currently studying

24     to be a paralegal.

25          THE COURT:  How far along are you in

your studies?

PROSPECTIVE JUROR:  One class.

THE COURT:  Well, that's enough for me to share with you a thought that I think will be helpful to you and to all the other members on the panel.

And that is that with regard to the law -- and you may get exposed to the law in criminology -- the law in this case will come to you from me.  I will tell you at the conclusion of the case what law you may consider in deliberating and arriving at your verdict in this case.  It would be a violation of your sworn duty to base a verdict on anything other than the law which I tell you applies to this case.

So regardless of any thoughts that you might have as to what the law is or what the law ought to be, you must not apply any law to this case other than the law I tell you applies to this case.

So my question to you is if you are selected and seated as a juror in this case, can you and will you put aside any thoughts that you may have as to what the law is or ought to be and be governed in your consideration of this case

1    only with the law that I tell you applies to this

2    case?

3              PROSPECTIVE JUROR:  Yes, Your Honor.

4              THE COURT:  No problem with that?

5              PROSPECTIVE JUROR:  Nope.

6              THE COURT:  Thank you.

7              PROSPECTIVE JUROR:  I took a business

8    law course, bus it's been about five years ago.

9              THE COURT:  All right.  Thank you,

10   Miss Youngman.

11             And I think I saw a hand in the back

12   there.  Yes.

13             PROSPECTIVE JUROR:  Yeah.  Well, I'm

14   from Ohio.  I was a paralegal for 26 years there.

15   And then I worked for a labor and employment law

16   firm into Pittsburgh before coming to Florida.

17             THE COURT:  Miss Lowsky?

18             PROSPECTIVE JUROR:  Excuse me?

19             THE COURT:  You are Miss Lowsky?

20             PROSPECTIVE JUROR:  Boniberger.

21             THE COURT:  I'm sorry.  Well, with

22   that -- with that background -- you heard my

23   earlier question.  Can you and will you be bound

24   only by the law that I tell you applies to this

25   case, and put aside anything that you may have

learned or heard about what the law is in any

other kind of case?

        PROSPECTIVE JUROR:  I'll certainly try

my best.

        THE COURT:  Any question in your mind

about your ability to do that?

        PROSPECTIVE JUROR:  No, not really.

        THE COURT:  All right.  Would the fact

that you have had that touching exposure to the

law cause you to be more favorably or more kindly

disposed toward the law enforcement position in

this case?

        PROSPECTIVE JUROR:  I don't think so.

        THE COURT:  Any question in your mind

about that?

        PROSPECTIVE JUROR:  It's hard to know.

It's really hard to know.

        THE COURT:  All right.  Thank you.

        PROSPECTIVE JUROR:  Julie Aman.  17,

that's right.  Well, my father was a lawyer also.

So I grew up working at his firm learning the law,

and so -- and obviously working for my husband all

these years.  So everything I've learned is self

study.  But I went to college and studied

political science classes also.

```
 1           What I did want to add is that as the
 2   lady in the back noted about her son, I have a son
 3   right now that is addicted to marijuana.  So
 4   that's all I want to say.
 5           THE COURT:  All right.  Thank you,
 6   Miss Aman.
 7           Do -- have any of you been involved in a
 8   lawsuit or any kind of legal proceeding that also
 9   involved the United States Government or any of
10   its agencies either through making a claim or
11   being -- a claim being made against you for any
12   reason or purpose?  Apparently not.
13           Some --
14           COURTROOM DEPUTY CLERK:  Judge.
15           PROSPECTIVE JUROR:  Excuse me, Judge.
16   What about a family member?
17           THE COURT:  Yes.
18           PROSPECTIVE JUROR:  Okay.  My brother --
19   my name is Mary Vanhook.  My brother just got
20   convicted of cultivating marijuana in the State of
21   Kentucky.
22           THE COURT:  All right.  What effect
23   would that have on your consideration of this
24   case?
25           PROSPECTIVE JUROR:  I would be more for
```

1   the prosecution.

2           THE COURT:  Thank you.

3           Anyone else?

4           Some of you have responded that you have

5   either friends or family members in law

6   enforcement work, and that may not have come up in

7   your mind as something that applied to you.  So I

8   will ask you all individually and collectively, do

9   any of you who have not already responded to that

10  inquiry have close personal friends or members of

11  your family in law enforcement work?

12          PROSPECTIVE JUROR:  I'm Ron Swihart.

13          THE COURT:  Yes.

14          PROSPECTIVE JUROR:  And my wife's best

15  friend's husband is a detective in Orlando.  And

16  we spend time with them a little bit.

17          THE COURT:  What is the nature of your

18  association?

19          PROSPECTIVE JUROR:  Well, it's her best

20  friend.  And we spend time with her and her

21  husband and, you know, dinners and Disney World

22  and things like that.

23          THE COURT:  Over what period of time?

24          PROSPECTIVE JUROR:  About two years on

25  and off because they live in -- over around the

1    Orlando area.

2              THE COURT:  All right.  Anything about

3    that relationship or what you have heard about

4    the -- this person's work, would that cause you to

5    be more favorably or kindly disposed toward the

6    government or the prosecution position in this

7    case?

8              PROSPECTIVE JUROR:  No, I don't think

9    so.  It wouldn't be either way.  It would be

10   neutral.

11             THE COURT:  Any question in your mind

12   about it?

13             PROSPECTIVE JUROR:  No.

14             THE COURT:  Thank you.

15             PROSPECTIVE JUROR:  Sharon Bodkin, Juror

16   No. 15.

17             THE COURT:  Yes.

18             PROSPECTIVE JUROR:  At my convenience

19   store I have a lot of police people that come in

20   that I'm close to.  And I do have some personal

21   friends that are lawyers.

22             THE COURT:  Anything about that

23   background that would in any way affect your

24   consideration of this case?

25             PROSPECTIVE JUROR:  I don't think so.

1          THE COURT:  Any question in your mind

2    about it?

3          PROSPECTIVE JUROR:  No.

4          THE COURT:  All right.  Yes.

5          PROSPECTIVE JUROR:  My name is Jolene

6    Keith.  I'm Juror No. 7 -- 16, sorry.  And we --

7    we just have -- my husband and I have a personal

8    friend who is a Hillsborough County sheriff

9    deputy.

10          THE COURT:  All right.  How long has

11    that friendship been?

12          PROSPECTIVE JUROR:  For about three or

13    four years.

14          THE COURT:  All right.

15          PROSPECTIVE JUROR:  We don't see him a

16    lot, but occasionally.

17          THE COURT:  Anything about that

18    relationship or anything that you may have heard

19    during the course of that relationship about law

20    enforcement or matters that take place in that

21    arena that would cause you to be more kindly or

22    favorably disposed toward the law enforcement

23    position in this case?

24          PROSPECTIVE JUROR:  No.

25          THE COURT:  Any question in your mind

1  about that?

2         PROSPECTIVE JUROR:  No.

3         THE COURT:  All right.  Thank you.

4         PROSPECTIVE JUROR:  22.  I have a

5  brother-in-law who's been an officer with the

6  police force up in Holland, Michigan, for 20 plus

7  years.  Also doing undercover work.

8         THE COURT:  How would that affect your

9  consideration in this case?

10        PROSPECTIVE JUROR:  I would tend to

11  probably lean one way versus the other.

12        THE COURT:  All right.  Thank you.

13        PROSPECTIVE JUROR:  Carl Piscani,

14  No.  26.

15        THE COURT:  Yes.

16        PROSPECTIVE JUROR:  My old -- my older

17  brother was a police officer for 22 years in New

18  York.  His son was heavily into drugs, and it

19  caused a lot of chaos in the family.

20        THE COURT:  All right.  How would that

21  affect your consideration of this case?

22        PROSPECTIVE JUROR:  I think it would.

23        THE COURT:  You think it would?  Thank

24  you.

25        Anyone else?

1      All right.  Miss Keith.

2      PROSPECTIVE JUROR:  Jolene Keith again.

3  I forgot.  My next door neighbor, who's a friend

4  of ours, is a retired police officer.  And he was

5  a narcotics police officer in Miami.  And also he

6  worked in I believe Hillsborough County for the

7  police department also.

8      THE COURT:  Would that in any way affect

9  your consideration of this case?

10     PROSPECTIVE JUROR:  I would hope not.  I

11 just -- I just remember some stories that he had

12 told me doing undercover work.  But I would try my

13 best not to let it influence me.

14     THE COURT:  Thank you.

15     Anyone else?

16     Have any of you ever been the victim of

17 a crime?

18     PROSPECTIVE JUROR:  I walked in --

19 No. 22.  I walked in on somebody when they were

20 robbing my apartment.  I ran, luckily, to my next

21 door neighbor, so nothing happened.  But it was

22 quite an experience.  Other than that, no.

23     THE COURT:  Thank you.

24     Anyone else?  Got a couple of hands in

25 the jury box.

1           Miss Keith?

2           PROSPECTIVE JUROR:  Alonzo Correa, Juror

3   No. 10.  I've been held at gunpoint being robbed

4   when I was working a yogurt stand.  And also my

5   car has been habitually stolen about three times

6   now.

7           THE COURT:  Law enforcement involved in

8   any of this?

9           PROSPECTIVE JUROR:  Yes.  In both cases

10  they're -- they were involved.

11          THE COURT:  Were you satisfied with how

12  they handled the manner.

13          PROSPECTIVE JUROR:  No, I was not.

14          THE COURT:  Would that cause you any

15  underlying --

16          PROSPECTIVE JUROR:  I do not believe so,

17  no.

18          THE COURT: -- negative feeling as far as

19  law enforcement is concerned?

20          PROSPECTIVE JUROR:  No, sir, that would

21  not affect my -- my view.

22          THE COURT:  All right, sir.  Thank you.

23          PROSPECTIVE JUROR:  It wasn't me

24  personally, but my husband.  His truck was broken

25  into on Hillsborough Avenue.  And personal

property was stolen and unrecovered.

THE COURT: Anything about that experience that would interject itself into your consideration of this case?

PROSPECTIVE JUROR: No.

THE COURT: Anyone else?

Have any of you had any kind of contact with the country of Haiti or anyone from that country?

PROSPECTIVE JUROR: Craig Roth, Juror No. 32. I have a couple of friends that are from Haiti, and I've visited there before.

THE COURT: Do you have any contacts there?

PROSPECTIVE JUROR: Not now. I think they lost their phone or something. Can't get in touch with them, so no, sir, no contact.

THE COURT: How long ago was this?

PROSPECTIVE JUROR: About 10 or 12 years ago.

THE COURT: Was this a business or a social relationship?

PROSPECTIVE JUROR: Both.

THE COURT: All right, sir. Know anything about the language?

1           PROSPECTIVE JUROR:  Creole.

2           THE COURT:  Yes.

3           PROSPECTIVE JUROR:  I don't know the

4    language, but I just know that it's Creole.

5    That's all I know.

6           THE COURT:  All right.  Thank you.

7           PROSPECTIVE JUROR:  Yes, sir.

8           THE COURT:  As background to my next

9    question, I instruct you that if you are selected

10   to serve as a juror in this case that by your

11   verdict you're going to be deciding disputed

12   issues of fact.  Under our system of criminal

13   procedure you sitting as a juror would be the sole

14   judges of the facts of the case.

15           To the extent that even if I should make

16   any comment with regard to the facts, you are at

17   liberty to disregard even my comments because that

18   is your job as a juror to determine the facts.

19           My job is to determine questions of law

20   and procedure that arise during the course of the

21   trial.  And before you retire to deliberate on

22   your verdict to instruct you on the rules of law

23   that you must consider and apply in reaching that

24   verdict.

25           So regardless of any opinion that you

might have as to what the law is or ought to be,
it would be a violation of your sworn duty to base
a verdict on any other view of the law than that
which will be given to you in any instructions,
just as it would be a violation of your sworn duty
as judges of the facts to base a verdict on
anything other than the evidence in the case.

Now, in criminal cases such as this the
entire burden of proof is on the government from
the beginning to the end of the trial.  And that
burden never shifts from the government to the
defendant.  The defendant in any criminal case is
presumed to be innocent until the government has
shown by competent evidence his guilt beyond a
reasonable doubt.

Now, that presumption of innocence
remains with the defendant throughout the entire
course of the trial.  Until the -- every
allegation in the Indictment has been proved by
the government by and beyond a reasonable doubt.

So you as jurors will be required to
calmly, fairly, and dispassionately consider all
the evidence in the case.  And from that evidence
and the law which I give you to, arrive at your
verdict.

1          You must not be swayed in the

2   performance of that duty by any considerations of

3   prejudice, sympathy, or anything else other than

4   the law and the facts.

5          So with that background, if you are

6   selected and seated as a juror in this case, can

7   you and will you render a fair and impartial

8   verdict based upon the evidence presented in this

9   courtroom and the law that I tell you applies to

10  this case?  If you can and will do that, please

11  raise your hand.

12          You may lower your hands.

13          Was there anyone who did not raise their

14  hand in response to my last question.  Would you

15  please raise your hand now.  Thank you.

16          Do any of you have any other reason

17  known perhaps only to yourself why you cannot or

18  should not sit as a juror in this case if so,

19  please tell us that now.  And there are no hands

20  raised.

21          All right.  Counsel, will you come to

22  sidebar, please.

23          (AT WHICH TIME THE FOLLOWING SIDEBAR

24  DISCUSSION WAS HELD:)

25          THE COURT:  Anything else you think we

1  need to get from this panel?

2          MR. PRESTON:  Your Honor, I would

3  request that the Court ask the venire if there are

4  any members of the venire that either belong to or

5  support any organization which advocates the

6  legalization of marijuana.

7          And in addition, if there are any

8  members of the panel who have strong views about

9  the legalization of marijuana that could affect

10 their ability to be fair and impartial in this

11 case.

12         THE COURT:  All right.  Defense?

13         MR. CHALELA:  Yes, Your Honor.  Jorge

14 Chalela on behalf of Mr. Baptiste.

15         Your Honor, I would ask the Court to

16 please inquire to the following issues:  As to if

17 a defendant never has to become a witness in a

18 case and whether if a defendant does in fact not

19 become a witness, can they follow the law not to

20 hold that against him.

21         THE COURT:  They would be instructed

22 with that.

23         MR. CHALELA:  And then the other issue

24 is if they do become a witness, that they -- what

25 the law says is that they are to be judged like

1    any other witness.

2              THE COURT:  They'll be instructed to

3    that.

4              MR. CHALELA:  Thank you, Your Honor.

5              THE COURT:  Okay.

6              MR. CRAWFORD:  That's good for me.

7              THE COURT:  I will make these two

8    inquiries of the panel.

9              MR. CHALELA:  Thank you, Your Honor.

10             MR. CRAWFORD:  Judge, may I speak to

11   remind you when you get finished with your

12   questions, if you'll give us a few minutes to use

13   the restroom and for the defense attorneys to

14   meet.

15             THE COURT:  Yeah.  What -- what I

16   propose to do is as soon as we get response to

17   this question, we'll recess.  And that way you'll

18   have time to do whatever you want to do.

19             MR. CRAWFORD:  Thank you.

20             MR. CHALELA:  And, Your Honor, I had a

21   Motion to Suppress -- a Fourth Amendment to

22   suppress statements and evidence.

23             THE COURT:  I thought that was resolved.

24             MR. CHALELA:  Well, it was denied.

25             THE COURT:  Yes.

1          MR. CHALELA:  I just want to make -- I

2    would just like to make sure that it's preserved.

3          THE COURT:  Thank you.

4          (WHEREUPON, THE SIDEBAR DISCUSSION WAS

5    CONCLUDED AND THE PROCEEDING RESUMED AS FOLLOWS:)

6          THE COURT:  Do any of you ladies and

7    gentlemen belong to any group or organization that

8    supports or advocates the legalization of

9    marijuana?  Apparently not.

10          Do any of you have sufficiently strong

11    views about marijuana that could affect your

12    consideration of this case one way or the other?

13          Thank you, ladies.  We don't need your

14    response other than just that indication.  Thank

15    you.

16          Anyone else?  All right.

17          Miss Bodkin.  All right.  Thank you.

18          Anyone else?  Mr. Correa.  All right,

19    sir.

20          Anyone else?

21          We're going to take our afternoon recess

22    at this point, ladies and gentlemen.  We'll

23    reconvene at 3:30.  Please make a note of the

24    place you're presently sitting so when we return

25    from your recess you can take the same seats.

1          Mr. Atkins, you may take the jury.

2          COURT SECURITY OFFICER:  All rise,

3    please, for the jury.

4      (THEREUPON, THE VENIRE LEFT THE COURTROOM.)

5          THE COURT:  You may be seated.  You

6    wanted to proceed with the -- exercising your

7    various challenges at this point?

8          MR. CRAWFORD:  Judge, if we could

9    bifurcate it and discuss cause at this point.  And

10   after we resolve that, then if you could give us a

11   few moments to caucus.

12         THE COURT:  Yes.  Let me -- and in that

13   area the Court proposes to strike the following

14   jurors for cause:  In Seat No. 10, Juror 94; in

15   Seat No. 15, Juror No. 30; in Seat No. 26, Juror

16   No. 88; in Seat No. 31, Juror No. 48; in Seat

17   No. 33, Juror No. 32; in Seat No. 17, Juror

18   No. 73; in Seat No. 22, Juror No. 23; and in Seat

19   No. 24, Juror No. 69.

20         Are there any additional requests to

21   strike for cause?

22         MR. PRESTON:  No additional requests

23   from the government, Your Honor.  I had those --

24   every one of those noted already except for juror

25   in Seat No. 15, Juror No. 30, Miss Bodkin.  Did

1  she raise her hand and I miss it on that last

2  question, Your Honor?

3          THE COURT:  She did.

4          MR. PRESTON:  Okay.  Thank you, Your

5  Honor.  No objections.

6          MR. RODRIGUEZ:  I think that you got

7  them all, Your Honor, that we would have mentioned

8  to the Court.

9          THE COURT:  All right.  We'll reconvene

10  at -- how long do you want to take a break so we

11  can --

12          MR. CRAWFORD:  Judge, I think we need at

13  least 20 minutes if we could.

14          THE COURT:  Let's reconvene at 3:30.

15          MR. CRAWFORD:  Thank you, Judge.

16          THE COURT:  That way you'll -- at that

17  time you'll be in a position to exercise your

18  preliminary strikes.

19          MR. CRAWFORD:  Yes, sir.

20          THE COURT:  We'll be at ease until 3:30.

21      (THEREUPON, A RECESS WAS TAKEN, AND THEN THE

22          PROCEEDINGS CONTINUED AS FOLLOWS:)

23          COURT SECURITY OFFICER:  All rise for

24  the Court.

25          THE COURT:  All the defendants present?

1     COURT SECURITY OFFICER:  Yes, Your

2 Honor.

3     THE COURT:  Okay.  We will, as I

4 indicated to you earlier, direct our preemptory

5 challenges to the first 12 persons in the jury box

6 beginning with the government.

7     MR. PRESTON:  Yes, Your Honor.  Before

8 exercising that first strike, Your Honor, I did

9 make a note and did not make the motion, but the

10 Court did not strike for cause juror in Seat 30, a

11 Peter Turcotte.  He raised his hand on the last

12 question concerning the marijuana issue, Your

13 Honor.

14     THE COURT:  Yes, that's true.

15     MR. PRESTON:  The government would move

16 to strike him for cause.

17     THE COURT:  It's sufficient cause in

18 view of the Court, and he will be struck.  All

19 right.  You may exercise your first preemptory.

20     MR. PRESTON:  Judge, my understanding,

21 we're going through juror in Seat 13 now in the

22 box, and that's Mr. Swihart; is that correct?

23     THE COURT:  Up to that --

24     MR. PRESTON:  Yes, Your Honor.

25     THE COURT:  First 12.

1          MR. PRESTON:  Then the government would

2    exercise its challenge in regard to Mr. Swihart.

3          MR. RODRIGUEZ:  What number is that,

4    Counsel.

5          THE COURT:  We aren't there yet.

6          MR. PRESTON:  Oh.  We haven't moved

7    anybody into the box yet, Judge?

8          THE COURT:  No.

9          MR. PRESTON:  Then I have no challenges

10   to the 11 remaining jurors, Your Honor.

11         THE COURT:  There are 12 remaining.

12         MR. PRESTON:  I thought we struck --

13         THE COURT:  Oh, yeah, Correa.

14         MR. PRESTON:  -- Mr. Correa.

15         THE COURT:  Correct.  All right.  What

16   says the defendants?

17         MR. RODRIGUEZ:  Mr. Crawford will be

18   spoking on behalf of the defense, Your Honor.

19         THE COURT:  All right.

20         MR. CRAWFORD:  So that I'm clear, Judge,

21   Juror No. 10 is gone for cause; is that correct?

22         THE COURT:  Correct.

23         MR. CRAWFORD:  So that would move Juror

24   No. 13, Mr. Swihart --

25         THE COURT:  No.  We're not replacing

1      them yet.

2                MR. CRAWFORD:  Oh, I see.  Okay.

3                THE COURT:  You need -- you need to

4      exercise your challenges.

5                MR. CRAWFORD:  Judge, then we would move

6      to excuse preemptory -- with a preemptory

7      challenge Juror No. 1, Miss Youngman.

8                THE COURT:  That's Juror No. 8 in Seat

9      No. 1.  Any others?  Any others?

10               MR. CRAWFORD:  Yes, Your Honor.  We

11     would move to excuse juror in Seat No. 3,

12     Mr. Barnett.

13               THE COURT:  That's Juror No. 3?

14               MR. CRAWFORD:  It's Seat No. 3.  I'm not

15     sure what his number is.

16               THE COURT:  It's Juror No. 3 also.

17               MR. CRAWFORD:  Okay.

18               THE COURT:  All right.  Any others?

19               MR. CRAWFORD:  Yes, Your Honor.  Juror

20     seated in Seat No. 4, Miss Gardner.

21               THE COURT:  Juror No. 20.  Any others?

22               MR. CRAWFORD:  Yes, sir.  Juror seated

23     in No. -- in Seat No. 6, Miss Jones.

24               THE COURT:  Juror No. 71.  Continue if

25     you have any others, Mr. Crawford.

1          MR. CRAWFORD:  Thank you, Your Honor.

2  In Seat No. 8, Miss Harkins.

3          THE COURT:  Juror No. 72.

4          MR. CRAWFORD:  And that would be it for

5  the first 12, Your Honor.

6          THE COURT:  All right.  That means we

7  have as jurors in Seat No. 2, Juror No. 90, Betty

8  Mary Biesiada; in Seat No. 5 -- what Juror number

9  is that, please?

10          MR. RODRIGUEZ:  95, Your Honor.

11          COURTROOM DEPUTY CLERK:  95.

12          THE COURT:  95?  Juror No. 95, Nicole

13  Brianne McCrea; in Seat No. 7, Juror No. 28, David

14  S. Cummings; in Seat No. 9, Juror No. 81, Corey

15  Dion Bowden; in Seat No. 11, Deborah Ann Thomas,

16  Juror No. 21; and in Seat No. 12, Diane M.

17  Sheldon, Juror No. 87.

18          We will then place into Seat No. 1 Juror

19  No. 45, Ronald Swihart.  In Seat No. 3, Juror

20  No. 79, Judith Karantonis.  In Seat No. 4, Juror

21  No. 16 -- Juror No. 25, Jolene A. Keith.  In Seat

22  No. Six, Juror No. 60, Thomas Lee Walter.  In Seat

23  No. 8, Juror No. 47, Carl Gans.  And in Seat

24  No. 10, Juror No. 6, Tommy DeJesus-- Tammy

25  DeJesus.

```
 1              And the government has the next three

 2    strikes.

 3              MR. PRESTON:  Government passes.  I'm

 4    sorry, Your Honor.  I already had Mr. Swihart

 5    moved off.  The government would exercise a strike

 6    in regard to Juror No. 45, Ronald Swihart.

 7              THE COURT:  All right.  Any others?

 8              MR. PRESTON:  Not from the government at

 9    this time, Your Honor.

10              THE COURT:  All right.  Defense?

11              MR. CRAWFORD:  Yes, Your Honor.  We'd

12    move to excuse the juror in Seat No. 14, I believe

13    it's Juror No. 79, Miss Judith Karantonis.

14              THE COURT:  Karantonis.  She's presently

15    in Seat No. 3.  All right.

16              Any others?

17              MR. CRAWFORD:  Judge, we would also move

18    to strike Juror No. 47, Mr. Carl Gans.

19              THE COURT:  He's in Seat No. 8.  All

20    right.

21              Any others?

22              MR. CRAWFORD:  If I could have just a

23    moment, Your Honor.

24              THE COURT:  I don't think there are --

25              MR. CRAWFORD:  Judge, we'd move to
```

```
 1   strike the juror who was originally in Seat

 2   No. 16.  I believe it's Juror No. 25, Jolene

 3   Keith.

 4              THE COURT:  All right.

 5              MR. RODRIGUEZ:  Judge, at this time how

 6   many jurors are seated?

 7              THE COURT:  Six.  Defense has utilized

 8   eight challenges.

 9              MR. CRAWFORD:  Judge, we'd also move to

10   strike Karen Lowsky, L-O-W-S-K-Y, originally in

11   Seat No. 23.

12              THE COURT:  I don't hear you.

13              MR. CRAWFORD:  Miss -- Miss Lowsky,

14   L-O-W-S-K-Y, Karen Lowsky.  Was originally in Seat

15   No. 23.

16              COURTROOM DEPUTY CLERK:  We're not there

17   yet, Judge.

18              MR. CRAWFORD:  We're not there yet?

19              THE COURT:  We're not there yet.

20              MR. CRAWFORD:  My bad.  All right,

21   Judge, if we could have just a moment.

22              That's it for -- excuse me, Judge.

23   Thank you, Your Honor.  That's our rounds at this

24   point.

25              THE COURT:  All right.
```

          That means we have as juror in Seat
No. 6, Juror No. 60, Thomas Walter.

          We will now place in Seat No. 1 Juror
No. 55 -- did either the government or defense
strike Juror No. 6, Tammy DeJesus?

          MR. PRESTON:  No, Your Honor.

          MR. CRAWFORD:  No, Your Honor.

          THE COURT:  Okay.  So she is a juror.

          In Seat No. 1 to replace Juror No. 55,
Carlos Cendoya.  In Seat No. 3 to replace Juror
No. 1, Karen Lowsky.  In Seat No. 4, replace Juror
No. 43, Justin Langford.  In Seat No. 8, replace
Juror No. 37, Angela Carns.

          And the government has the next three
strikes.

          MR. PRESTON:  Judge, we'll exercise one
in regard to Justin Langford, Juror No. 43.

          THE COURT:  What says the defense?

          MR. CRAWFORD:  Judge, it's my
understanding we've exercised nine strikes.  We
have one more?

          THE COURT:  You've exercised eight
strikes -- yes, eight strikes.  You have two more.

          MR. CRAWFORD:  Thank you, Your Honor,
for your patience.

1          THE COURT:  All right.

2          MR. CRAWFORD:  We would move to excuse

3     Miss Angela Carns, Juror No. 37.

4          THE COURT:  All right.

5          MR. CRAWFORD:  And we'd finally move to

6     excuse Juror No. 28 -- or was originally in Seat

7     No. 28, Roger Hatfield.

8          COURTROOM DEPUTY CLERK:  We haven't

9     gotten there yet, Judge.

10         THE COURT:  We haven't gotten there yet

11    either.

12         MR. CRAWFORD:  Jumping the gun again?

13    Okay.

14         THE COURT:  Yes.

15         We have as additional jurors in Seat No,

16    1, Juror No. 55, Carlos Cendoya; in Seat No. 3,

17    Juror No. 1, Karen Lowsky.

18         And we will then place in Seat No. 4,

19    Juror No. 92, Craig Roth.  Excuse me, I think I

20    skipped a couple.

21         COURTROOM DEPUTY CLERK:  Number 28,

22    Hatfield.

23         THE COURT:  Take that Craig Roth out of

24    there.  And we have in Seat No. 4, Juror No. 93,

25    Roger Hatfield.  And in Seat No. 8, Juror No. 40,

1   Brian Dowd.

2          Government?

3          MR. PRESTON:  Acceptable.

4          THE COURT:  Defense?

5          MR. CRAWFORD:  Judge, we'd move to

6   excuse Mr. Hatfield.

7          THE COURT:  We have as additional juror

8   in Seat No. 8, Juror No. 40, Brian Dowd.

9          And we will place in Seat No. 4 Juror

10  No. 39, Michael Mihok.

11         COURTROOM DEPUTY CLERK:  Judge, it would

12  be Craig Roth, Seat No. 32.  You were going to put

13  him in last time.

14         THE COURT:  Oh, yes.  He has not been

15  put in, huh?

16         COURTROOM DEPUTY CLERK:  No, sir.  You

17  were going to and we jumped the gun.

18         THE COURT:  All right.  That's right.

19  All right.  In Seat No. 9 goes Juror No. 92, Craig

20  Roth.

21         What says the government?

22         MR. PRESTON:  Government accepts

23  Mr. Roth as the last juror, Your Honor.

24         THE COURT:  All right.  And he will be

25  our juror in Seat No. 4 -- yes, Seat No. 4.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

```
 1            That leaves Mr. Mihok and Mr. Noell as
 2   prospective alternates.
 3            MR. PRESTON:  Government would strike
 4   Mr. Mihok, Your Honor.
 5            THE COURT:  And Mr. Noell?
 6            MR. CRAWFORD:  Judge, he's fine for an
 7   alternate.
 8            THE COURT:  He will be our alternate.
 9            MR. RODRIGUEZ:  Your Honor can we hold
10   on a second, Your Honor, please?  Your Honor,
11   please.
12                 (PAUSE IN PROCEEDING.)
13            MR. RODRIGUEZ:  Just one second, Your
14   Honor, because it may cause an issue if -- if
15   we move to strike, so we want to discuss this
16   fairly -- because we don't have anyone else, do
17   we?
18            THE COURT:  You've exercised all your
19   strikes.
20            MR. CRAWFORD:  Right.  But we get one
21   extra, don't we, for the alternate?
22            THE COURT:  No you don't get an extra
23   one.  Wait.  We do.  Mr. Preston exercised the
24   strike for the government.  You do get an extra
25   strike for the alternate.
```

1          MR. RODRIGUEZ:  Judge, can we talk to

2     the government?  We may have an issue.

3          THE COURT:  All right.

4          MR. CRAWFORD:  Your Honor, we would move

5     to strike juror in Seat 35, the last juror, Juror

6     No. Noell.

7          THE COURT:  You want to go bare?

8          MR. RODRIGUEZ:  Well, we -- we tried to

9     work it out, but it appears that way, Your Honor.

10         THE COURT:  All right.  We'll proceed

11    that way.

12         How long do you wish for opening

13    statements?

14         MR. PRESTON:  Thirty-five minutes, Your

15    Honor.

16         THE COURT:  Defense?

17         MR. RODRIGUEZ:  I'd say 15 minutes on

18    behalf of Mr. Shorter, Your Honor.

19         THE COURT:  All right.  Other

20    defendants?

21         MR. CHALELA:  Mr. Baptiste no more than

22    15.

23         THE COURT:  All right.

24         MR. CRAWFORD:  Judge, three to five

25    minutes if I do not reserve.

1                MR. CHALELA:  Your Honor, excuse me.

2     I'm sorry.  I may reserve as well.

3                THE COURT:  All right.  All right.

4                Mr. Atkins bring in the panel.

5                COURT SECURITY OFFICER:  Yes, Your

6     Honor.

7                All rise for the jury, please.

8       (THEREUPON, THE JURY RETURNED TO THE COURTROOM.)

9                COURT SECURITY OFFICER:  Thank you,

10    ladies and gentlemen.  Please be seated.  Come to

11    order.

12                Miss Youngman, you may come down,

13    please.  Just have a seat to the rear of the

14    courtroom.

15                Mr. Barnett, you may come down, sir.

16                Miss Gardner, you may come down.

17    Miss Gardner, you may come down.

18                Carlos Cendoya, please take Seat No. 1.

19                Karen Lowsky, please take Seat No. 3.

20                Craig Roth, Seat No. 4.

21                Miss Jones, you may come down.

22                Miss Harkins, you may come down.

23                Mr. Correa, you may come down.

24                Thomas Walter, Seat No. 6.

25                Brian Dowd, Seat No. 8.

1          Tammy DeJesus, Seat No. 10 en.

2          Ronald Swihart, you may come down.

3          Judith Karantonis, you may come down.

4          Sharon Bodkin, you may come down.

5          Jolene Keith, you may come down.

6          Those persons not presently seated in

7     the jury box are excused.  Please call the number

8     that you have on Friday evening at 6 o'clock for

9     further reporting instructions.  We appreciate

10    your appearance and your contribution to the

11    process.  You are now excused.

12     (THEREUPON, THE VENIRE RETIRED TO THE JURY ROOM.)

13          THE COURT:  Madam Clerk, you may swear

14    the jury.

15          COURTROOM DEPUTY CLERK:  Yes, Your

16    Honor.

17          If you'll please stand and raise your

18    right hand.

19          Do you solemnly swear or affirm that you

20    will well and truly try, and true deliverance make

21    in the case now on trial, and render a true

22    verdict according to the law and the evidence, so

23    help you God?

24          MEMBERS OF THE JURY:  I do.

25          THE COURT:  Members of the jury, you

have now been sworn as the jury to try this case.

As I indicated to you earlier, by your verdict you

will be deciding disputed issues of fact.

I will decide questions of law and

procedure that arise during the course of the

trial.  And before you retire to deliberate on

your verdict, I will instruct you on the rules of

law that you must follow and apply in reaching

those verdicts.

I ask that you give careful attention to

the testimony and the evidence as it is presented

during the course of the trial because neither the

time nor the facilities are available to provide

with you a transcript of any of the testimony or

the evidence that is presented during the course

of trial.  So you're going to have to rely on your

individual and collective recollection of what

takes place here in the courtroom as you discuss

the case during your deliberations.

Do not form or express any opinion about

the case one way or the other until after you've

heard all of the evidence and the testimony and

the instructions on the law and the arguments of

counsel.

During the trial you must not discuss

the case in any manner among yourselves or with anyone else, nor permit anyone to discuss it with you or in your presence.

And as far as the attorneys are concerned, they have been instructed to not have any discussion with you in any way, shape, or form. And I mention that to you because you may see them in the elevators, in the hallways when we recess for lunch tomorrow, and on the street, or in a restaurant. And they will look right through you as though they've never seen you before.

And I mention that to you so you won't think that they're being rude and simply ignoring you. It's not that at all. It's because they're aware of their responsibility not to discuss anything with you.

And we do this not because we are just wanting to avoid improper contact or impropriety, but we want to avoid even the appearance of impropriety. So that if you were seen talking to an attorney about the weather, it's a nice day or I hope it doesn't rain or I hope it doesn't get colder, anyone observing you in conversation would not necessarily know what you were talking about, but they would see that there was an attorney

1    talking to a juror.  And that's the appearance of

2    impropriety.  So we want to avoid that.

3          And if there is a witness in the witness

4    stand who is asked a question and the -- there's

5    an objection made and the question goes

6    unanswered, you should not speculate on what the

7    answer might have been; you should draw no

8    inferences or conclusions from the nature of the

9    question itself.

10          Avoid any receipt of any information

11    from any source outside of this courtroom about

12    this case.

13          From time to time during the course of

14    the trial I may be called on to make rulings of

15    law on motions or objections that are made by the

16    lawyers.

17          Now, that's their duty and

18    responsibility, to make objections or motions

19    during the course of the proceeding whenever they

20    think it's appropriate in their representation of

21    their respective positions.

22          So do not get annoyed at any of the

23    attorneys simply because they make a lot of

24    motions or objection during the course of the

25    trial.  That's their job.

1        It's my job to rule on those motions and

2   objections, and I will do that and we'll simply

3   move on.

4        We have what we refer to as sidebar

5   conferences from time to time.  You have seen me

6   talking with the lawyers at this one end of the

7   bench here.  We are talking in low tones so that

8   you don't hear what we're saying.  And that's not

9   because we're trying to conceal anything from you

10  that you should know.

11       Remember again that it's your duty to

12  decide the facts.  So you will hear all of the

13  facts that are presented.  It is not your

14  responsibility, nor should you hear arguments on

15  the law that are made by the lawyers.

16       And so when these issues of law or

17  procedure arise, because they do not pertain to

18  you and you do not have any responsibility with

19  regard to law or procedures, we could simply ask

20  that you retire to the jury room while we get

21  those matters taken care of here.

22       But rather than do that and have you

23  getting up and going out there and then coming

24  back in again, you can sit where you are and the

25  attorneys come to sidebar.  We will be talking in

low tones about those questions of law and
procedure.  We'll get those resolved and then go
on with the trial.

So we'll try to limit those
interruptions as much as possible.  But I ask you
that you keep in mind that -- the importance of
the matters that you've come here to resolve.

The trial will proceed in the following
order:  First the attorneys will have the
opportunity to make what are referred to as
opening statements to you.

They may do that.  They are not obliged
to.  Some may make an opening statement, some may
reserve their right to make an opening statement
until a later point in the trial.  That's
perfectly acceptable.

But when the government has concluded
with its opening statement, then the defendants
may, but and as I indicated to you, are not
obliged to make opening statements.

If the defendants do make an opening
statement, then the government has the obligation
to proceed with the production of evidence and
testimony in support of the charges contained in
the Indictment that I reviewed with you earlier.

1          Keep in mind that the defendant does not

2     have to produce any evidence or any testimony.

3     And if the defendant does not take the witness

4     stand, you must not consider that in any way in

5     your deliberations.

6          If a defendant does produce -- any

7     defendant does produce evidence or testimony, then

8     the government may produce rebuttal evidence or

9     testimony in response to whatever the defendant

10    has produced.

11         At the conclusion of all of the

12    evidence, then the attorneys will be making their

13    closing arguments to you.  And after the arguments

14    are completed, I will instruct you on the rules of

15    law that you must follow and apply in reaching

16    your verdict.

17         So we'll begin by affording the lawyers

18    for each side the opportunity to make their

19    opening statements, in which they will explain to

20    you the issues in the case and summarize the facts

21    that they expect the evidence will show.

22         Now, the statements that the lawyers

23    make now as well as the arguments they will make

24    to you later are not to be considered by you as

25    evidence in the case.  The evidence will come from

1   the witnesses that take the witness stand and

2   testify and the various papers or other exhibits

3   that may be introduced into the record.

4         So the statements that the lawyers make

5   now as well as the ones they make in closing

6   arguments are not to be considered by you as facts

7   because you've already heard the facts.  The

8   lawyers are not testifying because you've heard --

9   already heard the witnesses testify.

10         The law will come to you at the

11   conclusion of the arguments from me and before you

12   retire to deliberate on your verdict.

13         So the statements that the attorneys

14   make are intended to be helpful to you in

15   understanding the issues in the case.

16         And I ask that you give to counsel your

17   close attention as I recognize government counsel

18   for the purpose of making the first opening

19   statement.

20         Mr. Preston.

21         MR. PRESTON:  Thank you, Your Honor.

22         On April 24th of 2008, the defendants

23   Jean Evens Baptiste and Hardaway Volcy arrived in

24   the Middle District of Florida driving a

25   tractor-trailer carrying cookie dough and an

1    illegal cargo of over 1500 pounds of marijuana,

2    which was transported and picked up from Arizona

3    and brought to the Middle District of Florida

4    prior to receiving the cookie dough at a company

5    in California, the cookie dough which they hoped

6    would conceal the marijuana that was transported

7    to the Middle District of Florida by the

8    defendants Evens and -- Evens Baptiste and Volcy.

9         Now, this transportation was set up by

10   the defendant, Sheldon Shorter.  He was a Florida

11   organizer of a major marijuana distribution

12   organization.

13        His scheme, his conspiracy involved

14   thousands of kilograms, millions of dollars worth

15   of marijuana which was distributed in Florida

16   during the course of this transportation scheme.

17        Now, the drivers, communicating with

18   another individual by the name of Ramiro Parra,

19   were directed to a warehouse in the area of Largo,

20   St. Petersburg here in the Middle District of

21   Florida.

22        As they approached the warehouse area,

23   under the directions of Ramiro Parra, who had

24   previously worked for Sheldon Shorter and a person

25   by the name of Cleo Mitchell, the defendants in

the truck were stopped by the Florida Highway
Patrol.

That stop ultimately resulted in the
inspection or the search of the tractor-trailer,
and the marijuana was found and it was seized.

This load, unlike the other loads
arranged by the defendant, Sheldon Shorter, was
intercepted by law enforcement.  It did not make
it to the streets of the Middle District of
Florida.

Good afternoon.  As you learned earlier
today, my name is Jim Preston.  I'm an Assistant
United States Attorney here in the Middle District
of Florida, and I'm responsible for representing
the United States in its prosecution of the
defendants Jean Evens Baptiste, Hardaway Volcy,
and Sheldon Shorter for the conspiracy charged
of distribution of a thousand kilograms or more of
marijuana, and what are called the substantive
offenses in regard to individual possessions with
the intent to distribute the controlled substance
marijuana.

You will learn in this case, and the
evidence will show, that two or more persons in
some way or manner came to a mutual understanding

to try to accomplish a common and unlawful plan,
the position of marijuana with the intent to
distribute that controlled substance.

And you will learn that each of the
defendants on at least one occasion knowing the
unlawful nature of that plan willfully joined in
it.  You will learn that on occasions either
themselves or aiding and abetting or aided and
abetted by others, the defendants possessed the
controlled substance marijuana with the intent to
distribute.

As you also learned, I have the burden
on behalf of the United States to present
evidence, facts in support of the crimes charged
in the Indictment, evidence which you will
ultimately consider in determining the guilt of
the defendants in this case.

I gladly accept that burden, ladies and
gentlemen, and make it clear to you right now that
in accepting that burden the government will meet
that burden.

You will learn in this case of the
defendant Sheldon Shorter shipments of marijuana
from out west to the Middle District of Florida,
shipments which were distributed.

You will learn that the load that was intercepted, as I indicated, by the Florida Highway Patrol on April 24th of 2008, was by no means the first load -- the last, but by no means the first load of marijuana.

That seizure did not discourage the defendant Sheldon Shorter from seeking out monies that were owed to him from previous load by Ramiro Parra and Cleo Mitchell.

You will learn that the seizure of marijuana from Baptiste and Volcy on April 24th of 2008, was no mere coincidence because you will also learn that the person whom I mentioned, Ramiro Parra, who had been earlier arrested for another marijuana charge with other individuals was arrested on April 1st.

After that arrest, Mr. Para agreed to cooperate with the United States. He's cooperating and testifying in this trial pursuant to an agreement that he has with the government, and he's hoping for a reduced sentence.

You will learn that he has a prior marijuana conviction, marijuana distribution conviction, a felony conviction.

But you will also learn through that his

1    cooperation with law enforcement that he

2    maintained contact with his former

3    co-conspirators, Cleo Mitchell and Sheldon

4    Shorter, some of those contacts which you will

5    actually hear tapes from in regard to the -- the

6    collection which I mentioned, the collection of

7    monies that were owed to Sheldon Shorter based on

8    marijuana that had already been sold.

9           When Ramiro Parra began cooperating he

10    still had in his possession approximately 80

11    pounds of marijuana from his last receipt, which

12    he turned over to law enforcement.  And that

13    marijuana was valued as far as Ramiro Parra's

14    responsibility was concerned at about $80,000.

15    That was part of the debt that was owed.

16           In addition, Ramiro Parra had already

17    put marijuana out on the street to some of the

18    customers of the organization, and he was

19    responsible for collecting that money to get it

20    back to Cleo Mitchell to go to Sheldon Shorter.

21           And under the direction of law

22    enforcement pursuant to Ramiro Parra's

23    cooperation, Parra was able to go out in an

24    undercover capacity and begin to collect some of

25    those monies due.

As part of the investigative plan, Ramiro Parra was permitted to use the same method of payment that had been used throughout some of the conspiracy, and that is to take the cash and put it in a safe in an apartment in Tampa where Cleo Mitchell could pick it up and arrange for its delivery to the defendant Sheldon Shorter.

Now, Sheldon Shorter, also known to these individuals -- Ramiro Parra -- as J and Big Homey, and to Cleo Mitchell as Jungliss, still maintained an interest in this money.

But Ramiro Parra, even though he was arrested, by making these payment maintained a trust within the organization. And as a result of that continued trust that he was still part of the conspiracy in the minds of those former coconspirators, Ramiro Parra was tasked in April of 2008 of receiving this new additional load of marijuana that I began my comments with.

Cleo Mitchell directed Ramiro Parra to pick up a cell phone at the apartment in Tampa. This was a common practice in the receipt of marijuana where a throwaway phone would be used. And Ramiro Parra pursuant to those directions picked up this cellular telephone.

1          That was the communications device that

2     was to be used to communicate with those persons

3     driving the tractor-trailer to the Middle District

4     of Florida with the marijuana that was to be

5     delivered to the warehouse that Ramiro Parra had

6     acquired for the organization where loads had

7     previously been dropped off.

8          You will learn that Parra's

9     responsibilities throughout the course of this

10    conspiracy dating back to about 2006 was to obtain

11    the warehouses, receive the marijuana, unload the

12    trucks, and store the marijuana, break the

13    marijuana down, weigh it, and break it into

14    individual sections for distribution to the

15    customers of the organization, to actually make

16    most of those deliveries.

17         His responsibilities included picking up

18    money from a number of those customers, and

19    ultimately delivering that money to Sheldon

20    Shorter and others in south Florida.

21         This thing, again, involved thousands of

22    kilograms of marijuana, millions of dollars worth.

23    And you will hear the terms pounds and kilograms

24    used during the course of the trial.  You've

25    already heard the charge involving a thousand or

more kilograms of marijuana as it pertains to the overall conspiracy.

But you'll here pounds as far as the distribution quantities. And you'll learn that a pound -- or a kilogram of marijuana converts to roughly 2.2 pounds of marijuana. So 1,000 kilograms is about 2200 pounds.

Parra was to be paid approximately $10,000 for each of the loads he received for this work that he did. And he continued to receive loads from Arizona in these tractor-trailers or in freight containers which were shipped from California to the warehouse in question.

As part of his duties, his role, Ramiro Parra also kept some ledgers, notebooks with that -- with figures that lined up with the loads that he received and the people that would get portions of those loads.

And at the time of his arrest, Ramiro Parra still had two of those ledgers in his possession. He turned those over to law enforcement. You'll have an opportunity to see those.

Now, getting back the cellular telephone. Through that use Ramiro Parra was in

fact able to make contact with the tractor-trailer coming into Florida as it was heading into the area of Tampa.

And you will hear some of the conversation between Ramiro Parra and Hardaway Volcy getting directions over the Howard Franklin bridge here in the Tampa Bay area to the warehouse in the area of Largo.

The Florida Highway Patrol was standing by to assist the Drug Enforcement Administration in this investigation because as you can surmise, Ramiro Parra's cooperation was in turn advising law enforcement where this marijuana was headed and when it was going to arrive here.

So ultimately Trooper Robert Lanese of the Florida Highway Patrol made the stop that I discussed. During that stop he encountered both of the defendants.

MR. RODRIGUEZ: Objection, Your Honor. Could he -- could he state who he encountered, please.

THE COURT: You may proceed, Counsel.

MR. PRESTON: The driver of that truck, John Evens Baptiste, was the first person that Trooper Lanese encountered. The defendant

1    Baptiste Evens suggested to Trooper Lanese that --

2    was that he was to deliver a load of dough to a

3    Walmart many miles from where he was at that

4    point, many miles past his route of travel to a

5    Walmart on State Road 60 in Brandon.

6            Contrary to that contention, the

7    defendant Volcy advised that he was in that area

8    to attend or to go to an adult entertainment

9    establishment called Oz.

10           A drug dog was used, alerted on the

11   truck, the tractor-trailer after Mr. Evens

12   Baptiste gave a consent for search.  And in the

13   back of the tractor-trailer -- or at nose of the

14   tractor-trailer after the doors were opened beyond

15   the cookie dough was contained under boxes of

16   cookie dough the marijuana that was seized in this

17   case.

18           The cookie dough was packaged in that

19   tractor-trailer in shrink-wrapped pallets but for

20   the initial discovery of Trooper Lanese of boxes

21   stacked on the floor rather than pallets out of

22   the shrink-wrap concealing the opening of the

23   truck basically, making it look like that was the

24   road.  And additional boxes were in the back

25   covering up part of the marijuana.

1          When Trooper Lanese crawled back there,

2   removed some of the boxes, he discovered the

3   marijuana that was ultimately seized.

4          Now, I also indicated that there was a

5   question of the approximate $80,000 that was owed

6   for the additional 80 pounds of marijuana.  And

7   you will hear recorded conversations between Parra

8   and the defendant Shorter about Shorter's

9   insistence of getting his money.

10          In that process Parra was even required

11   to turn over a car, a Dodge -- a Dodge Charger to

12   Sheldon Shorter.  A car that paled in comparison

13   to Sheldon Shorter's other collection of cars.

14   We'll get go that in a moment.

15          In April of 2008, following the seizure,

16   there was still this notion that defendant Shorter

17   wanted to be paid despite the fact that the load

18   was lost and that Ramiro Parra had been previously

19   arrested in this earlier case.  There was still an

20   insistence directed towards these additional

21   monies, primarily the $80,000.  So you will learn

22   that as part of the investigative plan that

23   payment was to be made.

24          Now, you're also going to hear in this

25   case in addition to Ramiro Parra's testimony

1  you're going to hear from a co-conspirator in this

2  case by the name of Cleo Mitchell.  He was a

3  co-defendant in this case who is also cooperating

4  under a plea agreement.

5       And he outlined how he and defendant

6  Shorter had met some years ago through a common

7  marijuana associate that led to the defendant

8  Shorter sending Mitchell to Arizona to inspect,

9  pick, and purchase quantities of marijuana that

10  would be brought by tractor-trailer to the Middle

11  District of Florida to be received by Parra at the

12  warehouse to be distributed and to be paid for,

13  money going back to the defendant Shorter.

14       These monthly and bimonthly trips of at

15  least a thousand pounds each to the warehouse came

16  aboard tractor-trailers, and in addition some of

17  the slots were filled with the freight containers

18  which I've already mentioned.

19       Cleo Mitchell will describe how the

20  money was moved, including Cleo Mitchell's

21  delivery of duffle bags full of money to be

22  transported by the defendant Shorter to California

23  aboard private jets.

24       You will hear from an individual by the

25  name of David Sherwood who was a co-pilot for a

company called Hop-a-Jet, a private charter
service.  He will account an April 2007 trip from
Fort Lauderdale to Van Nuys, California, with a
stop in Tampa involving the defendant Shorter and
two of his associates.

The stop in Tampa was of significance
because it was to pick up luggage, which turned
out to be two large duffle bags that felt nothing
like clothing when put on board the jet and which
were flown with the defendant and his associates
to the Los Angeles area.

Round trip price, approximately $55,000.
Two duffle bags didn't make the return trip.

You will also hear from Deputy United
States Marshal Barry Golden about his May 2007
encounter with the defendant Shorter in which
Deputy U.S. Marshal Golden seized approximately
$54,000 from Shorter's $165,000 Mercedes-Benz.

This car was purchased with the
assistance of Cleo Mitchell, who had a friend
secure a cashier's check in the amount of $150,000
with cash that was obtained from drug sales.

Other expensive vehicles you'll hear
about in this case that the defendant Shorter
owned or had in other people's names included

1    Porsches, a Bentley, a Range Rover, and an Audi

2    which Ramiro Parra assisted the defendant Shorter

3    in purchasing.

4           Based on the evidence that you will

5    hear, ladies and gentlemen, the government will

6    meet its burden in regard to the defendants in

7    this case.  It will show that the defendants were

8    involved in a conspiracy to distribute the

9    controlled substance marijuana.

10          The incident in April of 2008 was the

11   one time that you will directly hear about the

12   involvement of Evens Baptiste and the defendant

13   Volcy.  But you'll also learn that's all it takes.

14          Defendant Shorter's activities, however,

15   spanned a greater period of time because he was

16   the organizer.  Making the millions of dollars in

17   regard to this marijuana distribution conspiracy.

18          And the government again will prove the

19   elements of each of the crimes charged beyond and

20   to the exclusion of every reasonable doubt.

21          And based on that, at the conclusion of

22   this case I will be asking you to return verdicts

23   of guilty as to each crime charged in the

24   Indictment.  That is what I on behalf of the

25   United States will ask of you at that time.

1      But as we begin this trial, ladies and

2  gentlemen, I ask you one thing.  To please use

3  your common sense in listening to the testimony

4  and evidence presented for your consideration, and

5  to follow the law.  That is all the United States

6  asks of you at this time.

7      We ask nothing more.  But ladies and

8  gentlemen, we expect nothing less.  Thank you.

9      THE COURT:  For the defense.

10      MR. RODRIGUEZ:  Your Honor.

11      THE COURT:  Mr. Rodriguez.

12      MR. RODRIGUEZ:  Thank you, Your Honor.

13      Ladies and gentlemen, good afternoon.

14  It's almost the end of the day.  You'll be going

15  home soon.

16      For those of you that haven't sat on a

17  jury in a criminal case, this is our opening.  But

18  you at the end of this week will probably be asked

19  to make the most important decision concerning

20  somebody else's life who you know nothing about.

21      My client is Sheldon Shorter.  The

22  government has just told you what they believe the

23  evidence will show beyond a reasonable doubt.

24      This case is about possession of

25  marijuana.  This case is about touching marijuana,

1  dealing in marijuana, seeing marijuana.  The

2  government has charged Mr. Shorter with a

3  conspiracy to possess marijuana, to distribute

4  marijuana, to deal in it.

5          But the evidence will show you that

6  Mr. Shorter did not possess marijuana, he did not

7  touch it, see it, smoke it, or do anything

8  otherwise.

9          You see, ladies and gentlemen, the

10  evidence will show you that Sheldon Shorter did

11  not conspire with these men or some of the others

12  whose names you're going to be here to possess

13  marijuana.  He didn't conspire to deal in it, he

14  didn't conspire to have it.

15          Ladies and gentlemen, I must highlight

16  something for you.  These gentlemen are here

17  because the government has put them there

18  collectively.

19          But the Court will instruct you that you

20  sort of have to run a race as if you've ever seen

21  horses run a race with blinders on, and you must

22  compartmentalize the evidence that's shown you and

23  give each one of them their individual trial.

24          Because the evidence will show that

25  Mr. Shorter has never met Mr. Baptiste in his

1    life.  And the evidence will show he didn't meet

2    Mr. Volcy until this morning.  But because they're

3    accused by the government, please don't hold that

4    against them.

5            They're entitled for you to judge them

6    individually beyond all reasonable doubt on what

7    the evidence is that comes before the Court.

8            What the evidence will show you that

9    this case is about two very conniving,

10   sophisticated drug convicted criminals, drug

11   dealers who use and manipulate people who have

12   patsies and who know how to do it to their benefit

13   because they have played the system in the past.

14           The evidence will show that they use

15   everyone and everything to insulate themselves

16   from getting caught.  That when they do get

17   caught, they have someone to blame or someone to

18   offer up as their ticket out of jail.  They know

19   how to use things and people for exchanges in what

20   they do.

21           They know how to do that because you

22   will hear in evidence that either one or both of

23   them made those exchanges so that he would not

24   spend the next 20 years of his life in jail.

25           They're experienced in how to use and

manipulate people.  They've done it throughout
their lives.  They've used people to rent
warehouses, to rent their apartments, to buy their
safes, to buy their cars, to have their bank
accounts so they don't have anything in there.
They insulate themselves so that they can't be
implicated.

Again, Sheldon Shorter, the evidence
will show, did not possess marijuana, and that's
what this case is about.  Sheldon Shorter was one
of those that was used that was a patsy or a mope.
He was not involved in any drug dealing enterprise
as been stated.  And the evidence will show that.

Yes, he knew Cleo Mitchell.  But the
evidence will show you that Cleo Mitchell and his
group used him to buy their cars, as the
government has told you.  To put money in bank
accounts for them.  To fly on an airplane as a
decoy, and to use his different names and to get
different IDs for their benefit.

This trial is not about whether Sheldon
Shorter should have known that Cleo Mitchell was a
drug dealer.  The case before you is whether
Sheldon Shorter possessed marijuana.

Of course, I have to speculate as to

1   what Mr. Mitchell and Mr. Parra will say because

2   I've never spoke to them.  I don't know what

3   they're going to say.  They are owned by the

4   government.  They're the government's witnesses.

5   The government made deals with these two convicted

6   drug dealers so that the drug dealers could save

7   themselves.

8          The evidence will show you that it isn't

9   against the law to have street names J and

10  Juggling (phonetic).  And we will admit that he

11  had false ID.  And he's not being charged with

12  having a false ID, nor is that what this case is

13  all about.

14         The evidence will show Mr. Shorter used

15  those IDs possibly, and you'll hear it if

16  Mr. Mitchell tells the truth, to hide from some

17  people that were going to do some things to him

18  and his family.

19         Sheldon Shorter was no Florida

20  organizer.  He did not have an enterprise.  When

21  the government says you will learn, you will learn

22  it from the lips of two, liars.  The evidence will

23  show they're drug dealers and manipulators.

24         The evidence will show that Mr. Parra

25  didn't keep drug ledgers of years ago.  Mr. Parra

1    kept those ledgers as his ticket out of jail, as

2    if he were playing Monopoly.  Knowing as a

3    manipulator that if he ever got caught, he would

4    play his cards as what he had done.

5              Ladies and gentlemen, you will learn

6    that Mr. Parra was arrested by the government in

7    an unrelated case in April.  That the government

8    went before a Court and said he is a threat to the

9    community.  Hold him and don't let him out of

10   jail.  Until Mr. Parra got a visit from a DEA

11   agent who made him a deal that he couldn't refuse.

12             And miraculously, 11 days later he is

13   annointed with the special wand of the government

14   and he is no longer a threat to the community.

15   And they put him back out on the street in your

16   community, where he is at now.

17             Sheldon Shorter may have been stupid.

18   He may have been naive.  And he may have been very

19   dumb.  But at the end of this case the evidence

20   will show you that he did not possess any

21   marijuana, and he didn't conspire with anyone to

22   possess any marijuana, ladies and gentlemen.

23             Your Honor thank you.

24             THE COURT:  Defense counsel.

25             MR. CHALELA:  Thank you, Your Honor.

1          THE COURT:  Mr. Chalela.

2          MR. CHALELA:  Yes, Your Honor, thank

3    you.

4          Ladies and gentlemen, what the evidence

5    is going to show you is that this is a very sad

6    case for those two gentlemen over there,

7    Mr. Baptiste and Mr. Volcy.  Because they have to

8    sit through this whole trial accused of this very

9    serious crime, the criminal of importing on

10   purpose into our state a semi truck trailer full

11   of marijuana.  It's pretty darn serious.

12         You're going to hear a serious fact that

13   indeed my client, Mr. Baptiste, Mr. Crawford's

14   client, Mr. Volcy, were in a semi truck trailer on

15   the Tampa side of the bay, the side that we're on

16   right now.

17         And you will hear evidence they drove

18   across -- they're co-driver's because they're

19   truck drivers.  So they're co-drivers on -- on

20   this mission that they're getting paid for, to

21   drive cookie dough from California to Florida.  So

22   obviously having two drivers from California to

23   Florida is better than one.

24         But at the time you're going to hear

25   evidence that Mr. Baptiste was driving and

Mr. Volcy was with him, and that they were indeed

around rush hour during the week on a weekday on

the Tampa side of the Howard Franklin.

You're going to hear evidence that they

do indeed go across Tampa Bay and what us

Tampanians call the Howard Franklin bridge, and

head west, which will take somebody to the other

side of the bay, which is Pinellas County.

And you're going to hear that in

Pinellas County they end up with -- on a major

road heading west called Ulmerton.  Ulmerton runs

east and west.  So after the Howard Franklin,

you're going to hear evidence that they end up on

Ulmerton.

Now, as they head west on Ulmerton,

they, like anybody who heads west on Ulmerton

after the Howard Franklin, will come up to U.S.

19.

Now, U.S. 19, even if you're not from

this particular area of the Middle District, U.S.

19 is a major artery that runs north and south.

Well, you're going to hear evidence that as

they're approaching U.S. 19 and Ulmerton, U.S. 19

is above them.  It's like an overpass.

Now, in that overpass on U.S. 19 proper,

which is like four lanes northbound and four lanes

southbound with turning lanes oftentimes -- it's a

huge artery -- somewhere on that other side of

U.S. 19, which would be the north side of

Ulmerton, which if you were driving -- if you were

driving this truck, it would be on your right hand

side, there is this gentlemen's club called Oz,

O-Z, Oz.  And that, you're going to hear evidence,

is where they were intending to go.

Because their shipment -- remember,

they're bringing bread dough all the way from

California is their job to Florida to deliver.

And they don't have any deliveries until Saturday

and Monday.

Well, it's Thursday night and we're in

Tampa Bay and we're truck driver's.  And what do

we do?  You're going to hear evidence that what we

do is we want to go to see if there's any decent

gentlemen's clubs in the area.

And so this is precisely while -- while

they are taking their truck or the truck that

they're driving -- that they're being paid to

drive, they're are taking it from Tampa to this

gentlemen's club.

As they approach U.S. 19, because

1    they're not from the area, they miss the fact that

2    club Oz is going to be on the -- on their

3    right-hand side.  And so they continue westbound

4    on Ulmerton.  They go underneath the U.S. 19.

5              And now, you're going to be hearing in

6    minute how the evidence is going to show you that

7    this -- this informant is on the phone, this

8    Ramiro Parra, he's on the phone with these two

9    gentlemen giving them directions.

10             Now, what the evidence is going to show

11   you is as exactly as my colleague from the

12   government has told you, and that is he's giving

13   them the directions to where?  I ask you to look

14   at the evidence and listen to it carefully.

15   Because you know what?  The government with all of

16   its high technology has actually recorded these

17   conversations.

18             And so we expect the evidence to show

19   you from the government's own case not only

20   recordings of these conversations about how to get

21   to Largo that their informant is having with these

22   two truck drivers, but the government we expect

23   will try to admit into you a transcript so you can

24   actually read it in black and white.

25             And what we expect the evidence to show

is that the word "warehouse" or the exact address of the warehouse or anything like that is never going to be on the transcript.

We expect the transcript, the evidence to show you that at no time is the word "warehouse," "marijuana," "the stuff," anything like that going to be on this conversation that's being secretly recorded by law enforcement, their informant, Ramiro Parra, while he gives directions to these two truck drivers on how to get to largo.

Now, you've already heard the government's proposition here and their theory of prosecution. And that is that they were being given instructions on how to get to a warehouse in Largo by the informant, Ramiro Parra, to drop off this marijuana at this warehouse in Largo, which then they propose is going to tie these two truck drivers to this other defendant in some huge conspiracy about which the government has alluded.

Now, what we expect the evidence to show is the following: As the judge has explained, only the government has to prove anything here. And we in this country expect them to only have to prove one thing. And that is they have to prove that each defendant to your satisfaction based on

the evidence and testimony that you're going to

hear from is guilty beyond every reasonable doubt.

So we are confident that when you hear

the whole case as that presumption of innocence

is, as you're remembering to keep that on them at

all times, by the end of the case not only will

the government fail to prove beyond every

reasonable doubt that these two gentlemen on

purpose were bringing this load of marijuana into

Florida, but that you're going to have most likely

from the evidence a huge concern.

A huge concern that these two clients of

ours, Mr. Baptiste and Mr. Volcy, are

unfortunately trial for something this serious,

supposedly connected to some huge scheme that's

been going on for years bi-monthly.  And that is

because of money.

Everybody understands money.  It's what

makes the world go round.  It doesn't make us

happy, and you can't buy love, but we call

understand money.

Now, we all understand what Walmart is.

Walmart's a hugely successful corporation.  And

even in these down times they're still a hugely

successful corporation.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

Now, you'll hear evidence that it doesn't take a rocket scientist to know that if I'm making money because I'm a businesswoman or a businessman, and I'm going to fill a truck full of my bread dough from a bakery in California, and I'm shipping it to somebody who's as big of a client as Walmart, you're going to use your common sense and be able to use your common sense based on the evidence that I'm going to do what?

As that businesswoman or that businessman with a huge contract from my frozen dough, what am I going to do?  The evidence is going to show you that this has been going on ever the Teamsters and everything else.

When I ship my product worth millions of dollar annually to some big client like Walmart on the other side of the country, I'm going to make sure that there's no skimming off the top.  I'm going to make sure that some crooked truck driver or union or someone else isn't going to be stealing half my bred dough.  Okay?  Or filling up half my barrels of cargo with garbage or filler or water.

So what do I do to make sure that my company that I feed my family with doesn't lose

millions of dollars?  And you're going to hear

testimony in this trial that what I do as that

intelligent businesswoman or man is I seal the

truck.

You're going to hear evidence that the

trailer that these two gentlemen were stopped in,

the trailer -- you have the tractor.  We call it

the tractor.  That's the thing that you drive with

the motor in it.  And then the trailer.  So that's

what you may hear, tractor trailer.

That that trailer has no entrances.

There's no way that Mr. Baptiste and Mr. Volcy are

going to get into that truck.  You know why?

Because you're going to be able to use your common

sense and you're going to hear evidence from --

from truckers that says this is what the

shippers -- this is what the customers -- this is

what I do as a trucker, make sure that my -- my --

that the people that are driving my trucks that

I'm feeding my family with aren't going to be

messing with what's inside.  Okay?  That's money.

We also all know about safety; right?

We've heard about the tainted Tylenol 20 years ago

and some of the other terrible things that can

happen with our food products where our little

1    babies can actually die if the infant formula is

2    tainted or anything.

3           And we know that there's some real evil

4    people out there that have some terroristic type

5    of idea that they want to poison us for whatever

6    reason.  They're sick individuals.

7           So what did I do as a food shipper to

8    ensure that my product never kills or hurts

9    anybody and never makes anybody sick?  Because you

10   better believe the family business will be

11   bankrupt then.  And that is again I seal it.  I

12   seal that truck.

13          Now, what does that mean, seal?  Well,

14   you're going to hear what that means from

15   evidence.  It doesn't mean that you take a real

16   heavy sheet of plastic and kind of seal the back

17   of the -- when you open -- when one opens up the

18   back of the trailer door, it's not just some real

19   thick piece of plastic.  No.

20          You're going to hear a seal means that

21   as the doors close, there's a whole mechanism in

22   this industry of trucking that is designed

23   specifically to lock with a seal.  What that means

24   is not seal like keeping the air out, it means

25   it's sealed that only two people can ever open it.

Now, you're going to hear evidence what those two people are. There's only two sorts of persons that are allowed to open up my seal -- my -- I'm the shipper -- my product that's in that trailer. There's only going to be two people allowed to open it. Okay? And again, that's to protect my product from people that want to poison it for some sick desire.

It's going to protect my product from people that want to steal from my product and make money on the side. Okay? What that seal is, it's a special mechanism how those doors lock. Excuse me.

When we close that door, you're going to hear testimony that that door is -- is bolted shut. There's nobody that's going to open it unless they open up the latch and everything to get those back doors open. But they can't because there's that seal. We're talking about good, old American made steel. Okay? It's a steel lock that closes that. And then there's a specific seal.

Now, what that seal means is it can only be opened by two people -- two sorts of people. And if it's opened, the seal is broken. You're

going to hear testimony there's no way to open

that seal and then, you know, kind of deceitfully

make it look like it wasn't opened.  There's just

no way.  So you're going to hear evidence, number

one, that there's a seal.  It's a good, old

American stainless steel seal that's not going to

get opened.

And number two, there's no way in this

particular truck to get in.

Now, you may hear evidence somebody

might be guessing or speculating that in some

circumstances some trailers you can get into.

Focus on the evidence in this case and the

testimony in this case that applies to those two

gentlemen over there.  What was the trailer like

that they were driving?

You're going to know and conclude

there's nobody that's going to be going in there

to put marijuana in it, bales and bales and bales

and bales of marijuana in it.  Because you can't

even fit a human body in it.  The only way to get

in is a little thing about as big as a bread box

that might be able to be opened.  That's it.

Okay.  Now, who are the two sorts of

people you're going to hear evidence are allowed

to open it?  The person receiving the good on the other end, Walmart.

When that truck pulls in on Saturday or Monday to the receiver of the frozen bread that they -- they're told they're hauling, that receiver officially logs in that they're opening the seal.  And it's witnessed.  You're going to hear it's witnessed.

So there's somebody who receives the product for Walmart down in Florida, and is going to have a witness and a signature and everything to opening the seal.  Okay?

That's so when I sell goods to you in Florida, in Florida you know I know that you're going to get my goods the way I put -- had them put in the truck.

Now, why is this so important and why have I spent 20 minutes talking about what that evidence is going to be?  Because you're going to hear testimony on how the trucking industry works. The trucking industry works as follows:  You're a trucker, that's what you do for a living.  You drive trucks.  And you go on the Internet and you figure out is there anybody that needs a truck out there.  I'm -- I'm available.

And they -- they have like different
biddings you're going to hear.  And then I choose
oh, there's a guy in -- or a gal out in California
that has frozen bread they want to take to
Florida.  Okay.  Great.  Here.  I'm Jorge Chalela.
I'm a trucker.  Okay.  You're going to hear
evidence that that's how it works.  That's how you
get signed up to get the contract.

And so these two gentlemen get this
contract just to bring the frozen dough over.

Now, how is that sealed truck loaded?
Before it's ever even sealed.  You're going to
hear that the shipper doesn't truck Mr. Volcy.  He
doesn't -- he or she doesn't trust Mr. Baptiste.
They presume that truckers or unions are somebody
is going to be messing with product and stealing
their product.  And God forbid some evil person
taints their product, especially a food product.

And they're not going to presume that
they can trust Mr. Volcy and Mr. Baptiste just
because they're truck drivers.  So they presume
that they can't trust these two because they never
even met them from Adam or Eve.

So what they do is they give this truck
and this shipment to them already sealed.  Now,

1    you're going to hear evidence that this trucking

2    industry is incredibly enforced.  You've got to

3    buy a certain percentage of your gas in this case,

4    and then you have to do it in another state, and

5    another state.

6              I can't just buy all the gas, you're

7    going to hear, in Georgia because then Florida

8    doesn't get tax money on their gas.  I mean this

9    is really almost -- the regulation is almost mind

10   boggling you're going to hear.  And what that

11   means is these guys, these two gentlemen are just

12   truckers trying to make a living as a truck -- as

13   truckers.

14             They get this truck given to them in

15   California by the shipper, and the truck business

16   that's using this truck and trailer, and it's

17   sealed.  And somebody else has packed it.

18             You're not going to hear any evidence

19   from this table that has the only burden of proof

20   here.  You will hear no evidence of that truck

21   getting packed.  There's not going to be any

22   evidence of that.

23             So there's not going to be any evidence

24   at all that these two gentlemen have any idea that

25   there was what there was in there other than the

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

frozen bread, which was in there, lots of bales of

marijuana.

And what the evidence is going to show

you, just as this gentleman finely pointed out in

his opening statement, this Ramiro Parra has every

motive in the world to lie. You're going to hear

and the judge is going to explain to you that you

believe, disbelieve any or all of the evidence.

And each this witness you judge their credibility

one at a time.

Well, one of the things that you're

allowed to consider is that felony conviction.

This Ramiro Parra that has been annointed --

annointed, as this gentleman says, has been

annointed and blessed by the government, this

person is a convicted felon. We already know

that. We would ask you and we would submit to you

to consider that evidence in weighing his

credibility.

And how about this other thing. Why is

he out back on the street? And Mr. -- this is --

Mr. Preston, he doesn't make any qualms about it.

He told you himself he is hoping that he can work

off his case, that he can get more lenient

treatment.

So what does that mean?  That means
he'll sell his -- his best friend's dog to get
himself out of a bad sentence.  He's already been
convicted of marijuana felony once Mr. Preston
told you.  Already -- already been convicted.
Now, he's facing another big bust.  So we ask you
to consider that dynamic in judging his
credibility.

Who's the only other person here that is
claiming that Baptiste and Volcy have any idea
marijuana was in that truck?  Cleo Mitchell.
You're going to hear evidence that Cleo Mitchell
was prosecuted in this very same building in this
very same case.

This government charged Cleo Mitchell as
a drug dealer, as a drug trafficker in this case.
And now, they're going to take that same -- what
they have formally alleged as a bad guy, and
they're going to take his guilty plea -- yes, I'm
guilty of this bad crime -- and they're going to
call him as a witness?

At the end of the case -- and see, in --
in this country, the judge has told you already,
we only expect the government to prove a case of
guilty on every reasonable doubt.  And if at the

end of the case you have a reasonable doubt that they're guilty, then we have a duty to find them not guilty.

And they propose to you that you are to find these two gentleman guilty on the word of a guy that was charged in this case and pled guilty himself because he was guilty, and the word of another guy who's trying to get himself out of a bad sentence with a prior felony conviction.

That is the only evidence you're going to hear in this case that points any -- anywhere near that these two gentlemen knew -- imported this marijuana into the Middle District on purpose.

And think about what this fancy phone call really means. You're going to hear the phone call that their informant, Ramiro Parra, is having as these guys are coming over the Howard Franklin. We're going to -- you're going to see evidence of club Oz. You're going to see evidence of where this road is, Ulmerton and U.S. 19.

And what -- what you're going to hear is as Parra has told them that they've missed the club, what they think is the club, because that's what they're trying to find, they actually start

1    to do a U-turn to come back.  Because when they're

2    going over U.S. 19, you will see pictures, you

3    cannot see the club Oz.

4           And this makes sense of why they start

5    to do some kind of fancy lane change with an

6    18-wheeler.  And that is when the Florida Highway

7    Patrol decides I'm going to stop them now because

8    they're failing to maintain a single lane, and

9    they're going way too slow.

10          So he stops them on -- on the pretext

11   that this is a traffic stop.  That he's going to

12   stop the semi truck because they were changing

13   lanes or failing to maintain a lane and going too

14   slow.

15          But you're going to hear evidence which

16   is perfectly consistent with them going to Oz.

17   And you're not going to hear any evidence -- and

18   again, you're going to be able to read that

19   transcript.  You're not going to have any evidence

20   or -- or -- or words spoken or anything about a

21   warehouse that they're going to or anything else.

22          And at the end of the case I submit to

23   you that you will be unable in this country to

24   convict these two gentlemen on the word of two

25   people whose credibility are so fundamentally in

1    question.  That's not give enough evidence in this

2    country.

3          And we're going to be asking you to --

4    to find them not guilty.  Why?  Because the

5    government will not be able to prove a case.

6    Thank you.

7          THE COURT:  Mr. Crawford.

8          MR. CRAWFORD:  Your Honor, at this time

9    I would like to reserve my opening statement.

10          THE COURT:  You may do so.

11          The hour is just past 5 o'clock.  It's

12    time for us to recess for the day.  We will do so.

13    We'll reconvene tomorrow morning at 9:30.

14          There's some other instructions that I

15    will share with you tomorrow, but in the meantime

16    keep in mind what I have already told you, to keep

17    yourselves insulated from the receipt of any

18    information about this case from any source

19    outside of this courtroom.  Do not make up your

20    minds about any of the issues yet.  And we will

21    reconvene tomorrow morning at 9:30.

22          You may take the jury.

23          COURT SECURITY OFFICER:  Yes, Your

24    Honor.

25          All rise for the jury.

1     (THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)

2          COURT SECURITY OFFICER:  Please be

3  seated.

4          THE COURT:  9:30 tomorrow morning,

5  counsel.

6          MR. PRESTON:  Thank you.

7          MR. RODRIGUEZ:  Thank you, Your Honor.

8          (PROCEEDINGS ADJOURNED.)

9          I CERTIFY that the foregoing is a true

10  and accurate transcription of my stenographic

11  notes.

12  Dated:  07/23/2009.

13

14                    ___s/ Sandra K. Lee_____
                          SANDRA K. LEE, RPR
15                        Official Court Reporter

16

17

18

19

20

21

22

23

24

25

# $

**$10,000** [1] - 95:9
**$150,000** [1] - 100:21
**$165,000** [1] - 100:18
**$54,000** [1] - 100:18
**$55,000** [1] - 100:12
**$80,000** [3] - 92:14, 98:5, 98:21

# '

**'97** [1] - 39:23

# 0

**0270** [1] - 1:2
**07/23/2009** [1] - 127:12

# 1

**1** [9] - 70:7, 70:9, 71:18, 74:3, 74:9, 74:11, 75:16, 75:17, 79:18
**1,000** [2] - 17:25, 95:6
**10** [6] - 58:3, 59:19, 66:14, 69:21, 71:24, 80:1
**100** [1] - 18:24
**10th** [1] - 26:23
**11** [5] - 18:7, 41:3, 69:10, 71:15, 107:12
**11-year** [1] - 33:17
**12** [10] - 4:7, 33:17, 40:18, 42:17, 59:19, 68:5, 68:25, 69:11, 71:5, 71:16
**1210** [1] - 1:21
**13** [3] - 34:12, 68:21, 69:24
**14** [4] - 32:23, 43:6, 46:1, 72:12
**15** [7] - 27:7, 28:7, 30:1, 54:16, 66:15, 66:25, 78:17, 78:22
**1500** [1] - 88:1
**16** [6] - 29:19, 30:1, 46:1, 55:6, 71:21, 73:2
**17** [2] - 51:19, 66:17
**173407** [1] - 1:24
**18** [6] - 26:12, 34:12, 36:9, 36:13, 46:9, 47:4
**18-wheeler** [1] - 125:6
**19** [16] - 26:8, 29:9, 31:3, 34:13, 44:5, 109:18, 109:19, 109:21, 109:23, 109:25, 110:4, 110:25, 111:4, 124:21, 125:2
**1:30** [2] - 1:7, 12:6
**1st** [1] - 91:16

# 2

**2** [1] - 71:7
**2.2** [1] - 95:6
**20** [8] - 28:14, 47:11, 56:6, 67:13, 70:21, 104:24, 115:23, 119:18
**2002** [2] - 33:5, 41:23
**2006** [2] - 17:14, 94:10
**2007** [2] - 100:2, 100:15
**2008** [8] - 18:7, 18:19, 87:22, 91:3, 91:12, 93:18, 98:15, 101:10
**2009** [1] - 1:6
**21** [4] - 18:3, 42:6, 44:23, 71:16
**22** [6] - 27:14, 42:7, 56:4, 56:17, 57:19, 66:18
**2200** [1] - 95:7
**23** [4] - 41:18, 66:18, 73:11, 73:15
**24** [2] - 14:17, 66:19
**245** [1] - 1:22
**24th** [4] - 18:19, 87:22, 91:3, 91:11
**25** [3] - 38:2, 71:21, 73:2
**26** [5] - 1:6, 41:18, 50:14, 56:14, 66:15
**270** [1] - 14:17
**28** [5] - 32:24, 71:13, 75:6, 75:7, 75:21
**29** [2] - 38:1, 44:6

# 3

**3** [11] - 12:8, 42:17, 70:11, 70:13, 70:14, 70:16, 71:19, 72:15, 74:10, 75:16, 79:19
**30** [6] - 1:2, 8:14, 28:5, 66:15, 66:25, 68:10
**30-year** [1] - 46:15
**301-5699** [1] - 2:5
**31** [3] - 25:10, 45:7, 66:16
**32** [9] - 27:15, 30:6, 33:2, 39:11, 43:24, 46:14, 59:11, 66:17, 76:12
**3200** [1] - 1:19
**33** [3] - 30:6, 41:18, 66:17
**33139** [1] - 1:22
**33602** [2] - 1:20, 2:5
**33606** [1] - 2:2
**33672** [1] - 1:24
**34** [4] - 25:21, 27:15, 27:16, 33:1
**35** [4] - 24:20, 41:18, 45:6, 78:5
**36** [3] - 25:21, 30:12, 38:8
**37** [4] - 33:14, 45:23, 74:13, 75:3
**38** [1] - 46:13
**39** [1] - 76:10
**3:30** [3] - 65:23, 67:14, 67:20

# 4

**4** [10] - 43:6, 70:20, 71:20, 74:11, 75:18, 75:24, 76:9, 76:25, 79:20
**40** [5] - 31:6, 34:4, 46:12, 75:25, 76:8
**400** [1] - 1:19
**41** [1] - 38:7
**42** [2] - 29:16, 31:6
**43** [2] - 74:12, 74:17
**45** [2] - 71:19, 72:6
**46** [2] - 34:5, 43:18
**47** [2] - 71:23, 72:18
**48** [2] - 43:17, 66:16

# 5

**5** [3] - 12:9, 71:8, 126:11
**50** [1] - 36:10
**55** [3] - 74:4, 74:9, 75:16

# 6

**6** [7] - 43:6, 70:23, 71:24, 74:2, 74:5,
79:24, 80:8
**60** [3] - 71:22, 74:2, 97:5
**610** [1] - 2:1
**69** [1] - 66:19

# 7

**7** [2] - 55:6, 71:13
**71** [1] - 70:24
**72** [1] - 71:3
**73** [1] - 66:18
**79** [2] - 71:20, 72:13

# 8

**8** [9] - 46:1, 70:8, 71:2, 71:23, 72:19, 74:12, 75:25, 76:8, 79:25
**80** [2] - 92:10, 98:6
**801** [1] - 2:4
**808** [1] - 14:17
**81** [1] - 71:14
**813** [1] - 2:5
**841(a)(1** [1] - 18:4
**87** [1] - 71:17
**88** [1] - 66:16
**8:08** [1] - 1:2

# 9

**9** [4] - 28:5, 29:16, 71:14, 76:19
**90** [1] - 71:7
**92** [2] - 75:19, 76:19
**93** [1] - 75:24
**94** [1] - 66:14
**95** [4] - 71:10, 71:11, 71:12
**9:30** [5] - 12:2, 12:4, 126:13, 126:21, 127:4

# A

**abetted** [3] - 18:12, 18:22, 90:9
**abetting** [1] - 90:8
**ability** [4] - 46:22, 48:13, 51:6, 63:10
**able** [7] - 92:23, 96:1, 114:8, 115:14, 118:23, 125:18, 126:5
**aboard** [2] - 99:16, 99:23
**absolute** [1] - 10:10
**absolutely** [1] - 36:4
**accept** [1] - 90:18
**acceptable** [2] - 76:3, 85:16
**accepting** [1] - 90:20
**accepts** [1] - 76:22
**accommodate** [1] - 11:19
**accomplish** [1] - 90:1
**according** [1] - 80:22
**account** [1] - 100:2
**accountant** [1] - 25:9
**accounted** [1] - 7:16
**accounts** [2] - 105:5, 105:18
**accurate** [1] - 127:10
**accusation** [1] - 17:7
**accused** [2] - 104:3, 108:8
**acquainted** [6] - 13:9, 20:2, 20:15, 20:24, 21:7, 22:7
**acquired** [1] - 94:6
**act** [1] - 7:4
**acting** [1] - 19:12
**active** [2] - 44:25, 45:2
**activities** [1] - 101:14
**activity** [1] - 37:7
**Adam** [2] - 21:24, 120:23
**add** [1] - 52:1
**addict** [1] - 46:21
**addicted** [1] - 52:3
**addition** [4] - 63:7, 92:16, 98:25, 99:16
**additional** [9] - 20:19, 66:20, 66:22, 75:15, 76:7, 93:18, 97:24, 98:6, 98:20
**address** [2] - 7:21, 112:1
**adhere** [1] - 13:4
**adjourn** [2] - 12:5, 12:9
**ADJOURNED** [1] - 127:8
**Adkins** [1] - 14:1
**Administration** [3] - 19:25, 21:22, 96:10
**administration** [1] - 27:21
**administrative** [2] - 40:2, 41:15
**administrator** [2] - 13:16, 41:20
**admit** [2] - 106:10, 111:23
**adult** [2] - 24:1, 97:8

**advise** [1] - 5:16
**advised** [1] - 97:7
**advising** [1] - 96:12
**advocates** [2] - 63:5, 65:8
**affairs** [2] - 11:13, 16:7
**affect** [8] - 48:12, 54:23, 56:8, 56:21, 57:8, 58:21, 63:9, 65:11
**affected** [1] - 16:9
**affirm** [2] - 7:3, 80:19
**affording** [1] - 86:17
**African** [3] - 8:3, 8:4, 8:7
**African-American** [2] - 8:3, 8:4
**African-Americans** [1] - 8:7
**afternoon** [13] - 3:3, 3:4, 6:11, 14:21, 14:23, 14:24, 15:2, 19:19, 20:20, 26:6, 65:21, 89:11, 102:13
**agencies** [1] - 52:10
**agent** [2] - 26:10, 26:11, 107:11
**Agent** [7] - 19:24, 21:17, 21:21, 22:21, 22:23, 22:24
**ages** [4] - 23:25, 31:5, 41:18, 46:1
**ago** [8] - 35:7, 40:7, 50:8, 59:18, 59:20, 99:6, 106:25, 115:23
**agree** [1] - 17:22
**agreed** [1] - 91:17
**agreement** [2] - 91:20, 99:4
**ahead** [1] - 5:17
**aid** [1] - 23:16
**aide** [2] - 14:10, 14:12
**AIDED** [1] - 2:7
**aided** [3] - 18:12, 18:22, 90:8
**aiding** [1] - 90:8
**air** [2] - 40:21, 116:24
**Air** [5] - 26:9, 26:11, 27:16, 36:16, 43:5
**airplane** [1] - 105:18
**Airport** [1] - 29:17
**alerted** [1] - 97:10
**allegation** [1] - 61:19
**alleged** [2] - 10:12, 123:18
**allow** [1] - 6:1
**allowed** [4] - 117:3,

117:6, 118:25, 122:12
**alluded** [1] - 112:19
**Ally** [1] - 23:6
**almost** [3] - 102:14, 121:9
**Alonzo** [2] - 29:7, 58:2
**alternate** [5] - 4:18, 77:7, 77:8, 77:21, 77:25
**alternates** [1] - 77:2
**Aman** [3] - 34:4, 51:19, 52:6
**amenable** [1] - 32:13
**Amendment** [1] - 64:21
**AMERICA** [1] - 1:4
**America** [1] - 14:16
**American** [6] - 8:3, 8:4, 26:9, 26:11, 117:20, 118:6
**Americans** [1] - 8:7
**amount** [4] - 18:2, 18:15, 18:25, 100:21
**AND** [4] - 7:13, 9:12, 65:5, 67:21
**Angela** [2] - 42:25, 74:13, 75:3
**Angeles** [1] - 100:11
**Ann** [2] - 29:15, 71:15
**annointed** [4] - 107:13, 122:13, 122:14, 122:15
**announce** [1] - 9:14
**annoyed** [1] - 83:22
**annually** [1] - 114:16
**answer** [2] - 5:21, 83:7
**answers** [1] - 13:23
**anterooms** [1] - 6:15
**Anthony** [2] - 17:17, 18:9
**apartment** [3] - 57:20, 93:5, 93:21
**apartments** [1] - 105:3
**appearance** [3] - 80:10, 82:19, 83:1
**APPEARANCES** [1] - 1:16
**applied** [1] - 53:7
**applies** [6] - 49:15, 49:19, 50:1, 50:24, 62:9, 118:14
**apply** [4] - 49:18, 60:23, 81:8, 86:15
**appreciate** [3] - 9:22, 12:11, 80:9
**approach** [2] - 10:20,

12:17, 110:25
**approached** [1] - 88:22
**approaching** [1] - 109:23
**appropriate** [1] - 83:20
**approximate** [1] - 98:5
**April** [11] - 18:7, 18:19, 87:22, 91:3, 91:11, 91:16, 93:17, 98:15, 100:2, 101:10, 107:7
**arcade** [1] - 47:13
**area** [13] - 38:2, 54:1, 66:13, 88:19, 88:22, 96:3, 96:7, 96:8, 97:7, 100:11, 109:20, 110:19, 111:1
**arena** [1] - 55:21
**arguments** [7] - 81:23, 84:14, 86:13, 86:23, 87:6, 87:11
**arise** [3] - 60:20, 81:5, 84:17
**arisen** [1] - 32:12
**Arizona** [3] - 88:2, 95:11, 99:8
**Army** [3] - 25:23, 30:17, 38:10
**arrange** [1] - 93:6
**arranged** [1] - 89:7
**arrangements** [1] - 11:19
**arrest** [2] - 91:17, 95:19
**arrested** [5] - 91:14, 91:16, 93:13, 98:19, 107:6
**arrive** [3] - 16:17, 61:24, 96:14
**arrived** [1] - 87:23
**arriving** [1] - 49:12
**artery** [2] - 109:21, 110:3
**AS** [4] - 7:14, 9:12, 65:5, 67:22
**aside** [3] - 14:6, 49:23, 50:25
**assignment** [2] - 30:20, 37:12
**assist** [2] - 12:14, 96:10
**assistance** [1] - 100:20
**Assistant** [2] - 1:18, 89:12
**assistant** [3] - 19:21, 40:2, 43:2

**assisted** [1] - 101:2
**assisting** [1] - 20:13
**associate** [1] - 99:7
**associates** [2] - 100:5, 100:10
**association** [1] - 53:18
**assure** [2] - 11:11, 12:11
**AT** [2] - 7:24, 62:23
**Atkins** [2] - 66:1, 79:4
**attend** [1] - 97:8
**attendant** [1] - 47:5
**attending** [1] - 9:23
**attention** [7] - 3:6, 4:6, 12:20, 14:9, 19:8, 81:10, 87:17
**attorney** [6] - 20:13, 20:21, 34:12, 38:8, 82:21, 82:25
**Attorney** [3] - 1:18, 19:22, 89:13
**Attorney's** [1] - 1:18
**attorneys** [9] - 6:14, 48:19, 64:13, 82:4, 83:23, 84:25, 85:9, 86:12, 87:13
**Audi** [1] - 101:1
**August** [1] - 34:23
**automotive** [1] - 27:17
**available** [4] - 6:21, 11:23, 81:13, 119:25
**Avenue** [3] - 1:21, 2:4, 58:25
**avoid** [4] - 82:18, 82:19, 83:2, 83:10
**Awards** [1] - 31:17
**aware** [1] - 82:15

## B

**babies** [1] - 116:1
**Bachelor's** [1] - 48:21
**background** [7] - 11:7, 23:18, 45:15, 50:22, 54:23, 60:8, 62:5
**bad** [6] - 48:15, 73:20, 123:3, 123:18, 123:20, 124:9
**badges** [1] - 10:5
**bags** [3] - 99:21, 100:8, 100:13
**bakery** [1] - 114:5
**Baking** [1] - 33:3
**bales** [5] - 118:19,

118:20, 122:1
**bank** [5] - 36:13, 41:19, 43:3, 105:4, 105:17
**banker** [1] - 26:3
**banking** [2] - 27:20, 28:1
**bankrupt** [1] - 116:11
**Baptiste** [28] - 1:24, 8:18, 14:17, 15:4, 15:15, 17:20, 18:20, 20:22, 20:25, 63:14, 78:21, 87:23, 88:8, 89:16, 91:11, 96:24, 97:1, 97:12, 101:12, 103:25, 108:7, 108:13, 108:25, 113:13, 115:12, 120:14, 120:20, 123:10
**BAPTISTE** [1] - 1:9
**bare** [1] - 78:7
**Barnett** [3] - 25:17, 70:12, 79:15
**barrels** [1] - 114:22
**Barry** [2] - 21:23, 100:15
**Bartow** [1] - 26:23
**base** [3] - 49:13, 61:2, 61:6
**based** [8] - 10:21, 16:14, 62:8, 92:7, 101:4, 101:21, 112:25, 114:8
**bay** [2] - 108:15, 109:8
**Bay** [4] - 2:1, 96:7, 109:5, 110:16
**Beach** [2] - 1:22, 40:17
**Beauvois** [1] - 22:20
**BEAUVOIS** [1] - 22:21
**become** [4] - 11:11, 63:17, 63:19, 63:24
**BEFORE** [1] - 1:14
**began** [2] - 92:9, 93:19
**begin** [4] - 24:17, 86:17, 92:24, 102:1
**beginning** [3] - 34:23, 61:10, 68:6
**behalf** [10] - 8:2, 8:18, 9:16, 15:13, 15:15, 63:14, 69:18, 78:18, 90:13, 101:24
**believes** [1] - 5:4
**belong** [2] - 63:4, 65:7

bench [1] - 84:7
benefit [2] - 104:12, 105:20
benefits [2] - 39:11, 39:19
Bentley [1] - 101:1
Benz [1] - 100:18
best [5] - 51:4, 53:14, 53:19, 57:13, 123:2
better [2] - 108:23, 116:10
Betty [2] - 25:4, 71:7
between [4] - 12:4, 28:16, 96:5, 98:7
beyond [8] - 61:14, 61:20, 97:14, 101:19, 102:23, 104:6, 113:2, 113:7
bi [1] - 113:16
bi-monthly [1] - 113:16
biddings [1] - 120:2
Biesiada [2] - 25:5, 71:8
bifurcate [1] - 66:9
big [4] - 114:6, 114:16, 118:22, 123:6
Big [1] - 93:9
Billy [1] - 23:5
bimonthly [1] - 99:14
bit [1] - 53:16
black [1] - 111:24
blame [1] - 104:17
blessed [1] - 122:15
blinders [1] - 103:21
Bo [1] - 21:23
board [4] - 30:13, 48:2, 48:5, 100:9
Bodkin [5] - 32:22, 54:15, 65:17, 66:25, 80:4
body [1] - 118:21
boggling [1] - 121:10
bolted [1] - 117:15
Boniberger [2] - 40:17, 50:20
born [1] - 25:17
bound [1] - 50:23
Bowden [2] - 28:12, 71:15
Bowl [2] - 5:5, 5:15
Box [1] - 1:24
box [7] - 4:8, 57:25, 68:5, 68:22, 69:7, 80:7, 118:22
boxes [4] - 97:15, 97:20, 97:24, 98:2
boy [1] - 28:6
boys [2] - 27:15,

30:5
Bradenton [5] - 28:4, 29:25, 39:10, 40:17, 41:2
branch [2] - 24:2, 43:2
Brandon [1] - 97:5
bread [6] - 110:11, 114:5, 118:22, 119:4, 120:4, 122:1
break [6] - 5:9, 6:13, 12:8, 67:10, 94:12, 94:13
bred [1] - 114:21
Brian [4] - 43:22, 76:1, 76:8, 79:25
Brianne [1] - 71:13
bridge [2] - 96:7, 109:6
brief [4] - 6:13, 7:10, 12:3, 24:3
briefly [1] - 30:17
bring [3] - 3:7, 79:4, 120:10
bringing [2] - 110:11, 113:9
broken [2] - 58:24, 117:25
broker [1] - 43:14
Bros [1] - 23:5
BROS [1] - 23:6
brother [4] - 52:18, 52:19, 56:5, 56:17
brother-in-law [1] - 56:5
brought [6] - 3:6, 7:11, 12:19, 14:9, 88:3, 99:10
building [2] - 43:18, 123:13
burden [9] - 4:23, 61:9, 61:11, 90:12, 90:18, 90:20, 90:21, 101:6, 121:19
bus [1] - 50:8
business [13] - 20:6, 21:10, 23:24, 24:1, 26:1, 35:13, 39:16, 44:11, 47:12, 50:7, 59:21, 116:10, 121:15
businessman [2] - 114:4, 114:11
businesswoman [3] - 114:3, 114:10, 115:3
bust [1] - 123:6
buy [6] - 105:3, 105:4, 105:16, 113:20, 121:3, 121:6

C

California [10] - 88:5, 95:13, 99:22, 100:3, 108:21, 108:22, 110:12, 114:5, 120:3, 121:15
calmly [1] - 61:22
cannot [4] - 7:17, 16:21, 62:17, 125:3
capacity [3] - 47:20, 47:21, 92:24
car [4] - 58:5, 98:11, 98:12, 100:19
cardiovascular [1] - 33:16
cards [1] - 107:4
care [1] - 84:21
careful [1] - 81:10
carefully [1] - 111:14
cargo [2] - 88:1, 114:22
Carl [5] - 37:24, 42:16, 56:13, 71:23, 72:18
Carlos [4] - 39:21, 40:9, 74:10, 75:16
carlos [1] - 79:18
Carns [3] - 43:1, 74:13, 75:3
Carol [3] - 13:14, 28:3, 44:18
carrying [1] - 87:25
cars [3] - 98:13, 105:4, 105:16
case [115] - 3:10, 4:21, 5:12, 5:19, 7:5, 11:4, 11:8, 11:24, 13:5, 13:6, 13:24, 14:6, 14:14, 15:21, 17:5, 19:5, 19:14, 21:14, 21:16, 23:14, 24:8, 24:9, 25:14, 27:1, 32:15, 33:8, 36:3, 37:18, 37:21, 38:13, 39:6, 45:18, 46:4, 48:14, 49:9, 49:11, 49:12, 49:15, 49:19, 49:20, 49:22, 49:25, 50:2, 50:25, 51:2, 51:12, 52:24, 54:7, 54:24, 55:23, 56:9, 56:21, 57:9, 59:4, 60:10, 60:14, 61:7, 61:12, 61:23, 62:6, 62:10, 62:18, 63:11, 63:18, 65:12, 80:21, 81:1, 81:19,

81:21, 82:1, 83:12, 86:20, 86:25, 87:15, 89:23, 90:17, 90:22, 97:17, 98:19, 98:25, 99:2, 99:3, 100:24, 101:7, 101:22, 102:17, 102:24, 102:25, 104:9, 105:10, 105:23, 106:12, 107:7, 107:19, 108:6, 111:19, 113:4, 113:6, 118:13, 118:14, 121:3, 122:24, 123:14, 123:16, 123:22, 123:24, 124:1, 124:6, 124:11, 125:22, 126:5, 126:18
Case [1] - 14:17
CASE [1] - 1:2
cases [2] - 58:9, 61:8
cash [2] - 93:4, 100:22
cashier [1] - 30:2
cashier's [1] - 100:21
CASTAGNA [1] - 1:14
Castagna [1] - 9:15
caucus [1] - 66:11
caught [2] - 104:16, 104:17, 107:3
causal [1] - 32:11
caused [1] - 56:19
cell [1] - 93:21
cellular [2] - 93:25, 95:24
Cendoya [5] - 39:22, 40:9, 74:10, 75:16, 79:18
certain [2] - 16:19, 121:3
certainly [1] - 51:3
CERTIFY [1] - 127:9
chain [1] - 46:16
CHALELA [15] - 1:23, 15:2, 15:15, 20:20, 63:13, 63:23, 64:4, 64:9, 64:20, 64:24, 65:1, 78:21, 79:1, 107:25, 108:2
Chalela [6] - 15:3, 20:21, 20:25, 63:14, 108:1, 120:5
challenge [3] - 8:5, 69:2, 70:7
challenges [6] - 6:16, 66:7, 68:5, 69:9, 70:4, 73:8
challenging [1] -

10:25
change [1] - 125:5
changing [1] - 125:12
chaos [1] - 56:19
Chapel [1] - 28:13
charge [4] - 14:2, 17:6, 91:15, 94:25
charged [12] - 10:9, 10:12, 18:6, 18:18, 89:17, 90:14, 101:19, 101:23, 103:2, 106:11, 123:15, 124:6
Charger [1] - 98:11
charges [5] - 17:3, 17:12, 19:11, 38:24, 85:24
Charmant [1] - 7:7
charter [1] - 100:1
check [1] - 100:21
chef [1] - 30:6
cherished [1] - 10:6
child [2] - 29:19, 46:25
children [25] - 23:25, 24:1, 24:22, 26:21, 27:10, 28:6, 29:11, 30:16, 31:5, 31:15, 33:17, 34:12, 38:7, 40:22, 41:7, 41:17, 42:9, 42:20, 43:6, 44:8, 45:5, 45:24, 46:11, 46:21, 47:14
children's [1] - 46:1
choose [1] - 120:2
Chris [2] - 21:23, 47:10
Christine [2] - 40:16, 46:7
Circuit [1] - 26:23
circumstances [1] - 118:12
citizens [1] - 10:13
citizenship [1] - 10:17
City [1] - 44:19
city [2] - 23:18, 33:2
civil [6] - 10:10, 24:8, 25:14, 26:25, 33:7, 33:16, 38:13, 38:20
civilian [1] - 47:21
CK [1] - 22:19
claim [2] - 52:10, 52:11
claiming [1] - 123:10
class [1] - 49:2
classes [1] - 51:25
Claude [1] - 23:7
Clavetta [1] - 23:5
cleaning [1] - 47:5

clear [3] - 24:15, 69:20, 90:19
Clearwater [4] - 26:18, 37:25, 38:2, 38:16
Clemens [1] - 23:3
Cleo [18] - 21:17, 88:25, 91:9, 92:3, 92:20, 93:6, 93:10, 93:20, 99:2, 99:19, 99:20, 100:20, 105:14, 105:15, 105:22, 123:11, 123:12, 123:15
Clerk [2] - 12:21, 80:13
CLERK [11] - 7:1, 12:23, 14:15, 52:14, 71:11, 73:16, 75:8, 75:21, 76:11, 76:16, 80:15
clerk [2] - 13:13, 41:15
clerks [2] - 12:14, 12:18
client [8] - 3:15, 8:2, 8:9, 102:21, 108:13, 108:14, 114:7, 114:16
clients [2] - 20:10, 113:12
clinic [1] - 40:20
close [5] - 53:10, 54:20, 87:17, 116:21, 117:14
closer [1] - 22:15
closes [1] - 117:21
closing [2] - 86:13, 87:5
clothing [2] - 26:21, 100:9
club [7] - 110:7, 110:24, 111:2, 124:20, 124:24, 125:3
clubs [1] - 110:19
co [7] - 8:4, 92:3, 99:1, 99:3, 99:25, 108:18, 108:19
co-conspirator [1] - 99:1
co-conspirators [1] - 92:3
co-defendant [1] - 99:3
co-defendants [1] - 8:4
co-driver's [1] - 108:18
co-drivers [1] - 108:19
co-pilot [1] - 99:25

coconspirators [1] - 93:17
Code [1] - 18:4
coincidence [1] - 91:12
colder [1] - 82:23
colleague [1] - 111:11
collect [1] - 92:24
collecting [1] - 92:19
collection [3] - 92:6, 98:13
collective [1] - 81:17
collectively [5] - 5:22, 6:6, 6:7, 53:8, 103:18
college [3] - 26:13, 30:15, 51:24
coming [5] - 19:7, 50:16, 84:23, 96:2, 124:18
comment [1] - 60:16
comments [2] - 60:17, 93:19
commit [1] - 16:2
common [7] - 90:1, 93:22, 99:6, 102:3, 114:7, 114:8, 115:14
communicate [1] - 94:2
communicating [1] - 88:17
communication [4] - 20:5, 20:17, 21:1, 21:9
communications [1] - 94:1
community [5] - 8:6, 30:15, 107:9, 107:14, 107:16
Company [1] - 33:3
company [12] - 27:18, 28:10, 29:3, 39:12, 39:19, 41:6, 41:16, 46:10, 46:13, 88:4, 100:1, 114:25
comparison [1] - 98:12
compartmentalize [1] - 103:22
competent [1] - 61:14
completed [2] - 30:25, 86:14
COMPUTER [1] - 2:7
COMPUTER-AIDED [1] - 2:7
conceal [2] - 84:9, 88:6
concealing [1] -

97:22
concern [2] - 113:11, 113:12
concerned [3] - 58:19, 82:5, 92:14
concerning [3] - 16:12, 68:12, 102:19
conclude [1] - 118:17
concluded [1] - 85:17
CONCLUDED [2] - 9:12, 65:5
conclusion [5] - 6:3, 49:10, 86:11, 87:11, 101:21
conclusions [1] - 83:8
conferences [1] - 84:5
confident [1] - 113:3
connected [1] - 113:15
conniving [1] - 104:9
consent [1] - 97:12
consider [9] - 17:8, 49:11, 60:23, 61:22, 86:4, 90:16, 122:12, 122:18, 123:7
consideration [10] - 37:21, 49:25, 52:23, 54:24, 56:9, 56:21, 57:9, 59:4, 65:12, 102:4
considerations [1] - 62:2
considered [4] - 4:13, 17:4, 86:24, 87:6
consistent [1] - 125:16
conspiracy [10] - 88:13, 89:17, 93:4, 93:16, 94:10, 95:2, 101:8, 101:17, 103:3, 112:19
conspirator [1] - 99:1
conspirators [1] - 92:3
conspire [5] - 17:22, 103:11, 103:13, 103:14, 107:21
constitutional [1] - 10:7
construction [1] - 39:1
contact [11] - 20:4, 20:17, 20:25, 21:8, 34:20, 48:18, 59:7,

59:17, 82:18, 92:2, 96:1
contacts [3] - 35:24, 59:13, 92:4
contained [2] - 85:24, 97:15
containers [2] - 95:12, 99:17
containing [3] - 18:1, 18:15, 18:25
contention [1] - 97:6
continue [2] - 12:7, 70:24, 111:3
CONTINUED [2] - 7:14, 67:22
continued [3] - 35:2, 93:15, 95:10
contract [3] - 114:11, 120:8, 120:10
contrary [3] - 18:3, 19:1, 97:6
contribution [2] - 48:8, 80:10
controlled [7] - 18:2, 18:16, 19:1, 89:21, 90:3, 90:10, 101:9
controller [4] - 28:9, 29:3, 40:21, 45:7
convenience [2] - 32:24, 54:18
convenient [1] - 10:1
conversation [3] - 82:23, 96:5, 112:7
conversations [4] - 32:11, 98:7, 111:17, 111:20
converts [1] - 95:5
convict [1] - 125:24
convicted [6] - 52:20, 104:10, 106:5, 122:16, 123:4, 123:5
conviction [5] - 91:23, 91:24, 122:12, 124:9
cookie [7] - 87:25, 88:4, 88:5, 97:15, 97:16, 97:18, 108:21
Cooney [1] - 23:4
cooperate [1] - 91:18
cooperating [3] - 91:19, 92:9, 99:3
cooperation [2] - 92:1, 92:23, 96:12
Corbett [1] - 22:21
Corey [2] - 28:12, 71:14
Cornell [1] - 43:19
corporation [2] - 113:23, 113:25
correa [3] - 65:18,

69:14, 79:23
Correa [3] - 29:8, 58:2, 69:13
correct [4] - 68:22, 69:15, 69:21, 69:22
counsel [16] - 5:6, 6:1, 14:19, 15:8, 15:12, 19:16, 19:23, 20:8, 20:19, 24:16, 62:21, 81:24, 87:16, 87:17, 107:24, 127:5
Counsel [2] - 69:4, 96:22
Count [3] - 17:13, 18:6, 18:18
country [8] - 10:6, 59:8, 59:9, 112:23, 114:17, 123:23, 125:23, 126:2
County [7] - 29:25, 30:12, 48:5, 55:8, 57:6, 109:8, 109:10
couple [4] - 35:20, 57:24, 59:11, 75:20
course [21] - 9:19, 13:7, 13:20, 14:13, 16:13, 16:15, 48:11, 50:8, 55:19, 60:20, 61:18, 81:5, 81:12, 81:15, 83:13, 83:19, 83:24, 88:16, 94:9, 94:24, 105:25
courses [1] - 48:23
COURT [265] - 1:1, 1:14, 3:2, 3:3, 3:5, 3:12, 3:16, 3:25, 4:4, 4:20, 4:24, 5:18, 5:23, 6:2, 6:10, 6:18, 6:20, 7:9, 7:12, 7:15, 7:17, 7:22, 8:12, 8:19, 8:23, 9:8, 9:13, 12:25, 15:8, 15:12, 15:18, 20:2, 20:15, 20:23, 21:6, 22:1, 22:14, 22:18, 23:8, 24:23, 25:1, 25:3, 25:15, 25:25, 26:5, 26:16, 26:25, 27:3, 27:12, 27:24, 28:2, 28:19, 28:23, 29:1, 29:6, 30:9, 30:19, 30:24, 31:9, 31:14, 31:20, 32:1, 32:5, 32:8, 32:10, 32:17, 32:20, 33:7, 33:10, 33:21, 33:25, 34:2, 34:19, 35:1, 35:5, 35:8, 35:11, 35:15, 35:22, 36:6, 36:20, 36:25, 37:3, 37:6, 37:11, 37:15,

37:20, 37:23, 38:18, 38:22, 39:2, 39:8, 39:16, 39:20, 40:8, 40:11, 40:15, 40:25, 41:10, 41:24, 42:3, 42:12, 42:15, 42:24, 43:10, 44:4, 44:10, 44:15, 44:17, 45:13, 45:21, 46:6, 46:19, 47:1, 47:9, 47:17, 47:25, 48:3, 48:7, 48:25, 49:3, 50:4, 50:6, 50:9, 50:17, 50:19, 50:21, 51:5, 51:8, 51:14, 51:18, 52:5, 52:17, 52:22, 53:2, 53:13, 53:17, 53:23, 54:2, 54:11, 54:14, 54:17, 54:22, 55:1, 55:4, 55:10, 55:14, 55:17, 55:25, 56:3, 56:8, 56:12, 56:15, 56:20, 56:23, 57:8, 57:14, 57:23, 58:7, 58:11, 58:14, 58:18, 58:22, 59:2, 59:6, 59:13, 59:18, 59:21, 59:24, 60:2, 60:6, 60:8, 62:25, 63:12, 63:21, 64:2, 64:5, 64:7, 64:15, 64:23, 64:25, 65:3, 65:6, 66:2, 66:5, 66:12, 67:3, 67:9, 67:14, 67:16, 67:20, 67:23, 67:25, 68:1, 68:3, 68:14, 68:17, 68:23, 68:25, 69:5, 69:8, 69:11, 69:13, 69:15, 69:19, 69:22, 69:25, 70:3, 70:8, 70:13, 70:16, 70:18, 70:21, 70:24, 71:3, 71:6, 71:12, 72:7, 72:10, 72:14, 72:19, 72:24, 73:4, 73:7, 73:12, 73:19, 73:25, 74:8, 74:18, 74:22, 75:1, 75:4, 75:10, 75:14, 75:23, 76:4, 76:7, 76:14, 76:18, 76:24, 77:5, 77:8, 77:18, 77:22, 78:3, 78:7, 78:10, 78:16, 78:19, 78:23, 79:3, 79:5, 79:9, 80:13, 80:25, 96:22, 102:9, 102:11, 107:24, 108:1, 126:7, 126:10, 126:23, 127:2, 127:4
**Court** [24] - 2:3, 2:4,

3:7, 3:23, 5:10, 5:16, 6:8, 7:5, 9:18, 13:2, 14:12, 15:19, 19:20, 63:3, 63:15, 66:13, 67:8, 67:24, 68:10, 68:18, 103:19, 104:7, 107:8, 127:15
**court** [8] - 9:14, 9:17, 12:13, 13:10, 13:17, 13:25, 14:1, 24:16
**Court's** [3] - 6:3, 13:15, 14:2
**COURTROOM** [13] - 7:1, 12:23, 14:15, 52:14, 66:4, 71:11, 73:16, 75:8, 75:21, 76:11, 76:16, 79:8, 80:15
**courtroom** [8] - 7:11, 13:16, 14:3, 62:9, 79:14, 81:18, 83:11, 126:19
**covering** [1] - 97:25
**CR** [2] - 1:2, 14:17
**Craig** [7] - 45:22, 59:10, 75:19, 75:23, 76:12, 76:19, 79:20
**Crawford** [11] - 3:20, 6:10, 15:6, 21:3, 21:4, 21:7, 22:9, 22:14, 69:17, 70:25, 126:7
**CRAWFORD** [50] - 2:1, 6:11, 6:19, 8:21, 8:25, 9:9, 15:5, 15:17, 21:4, 22:10, 22:17, 22:19, 64:6, 64:10, 64:19, 66:8, 67:12, 67:15, 67:19, 69:20, 69:23, 70:2, 70:5, 70:10, 70:14, 70:17, 70:19, 70:22, 71:1, 71:4, 72:11, 72:17, 72:22, 72:25, 73:9, 73:13, 73:18, 73:20, 74:7, 74:19, 74:24, 75:2, 75:5, 75:12, 76:5, 77:6, 77:20, 78:4, 78:24, 126:8
**Crawford's** [1] - 108:13
**crawled** [1] - 98:1
**credibility** [4] - 122:9, 122:19, 123:8, 125:25
**Creole** [2] - 60:1, 60:4
**crime** [4] - 57:17, 101:23, 108:9, 123:20
**crimes** [2] - 90:14, 101:19

**criminal** [20] - 10:9, 24:9, 26:25, 27:2, 33:7, 33:9, 35:14, 35:16, 35:21, 38:15, 38:16, 38:23, 40:6, 41:23, 46:4, 60:12, 61:8, 61:12, 102:17, 108:9
**criminals** [1] - 104:10
**Criminology** [1] - 48:22
**criminology** [1] - 49:9
**crooked** [1] - 114:19
**cultivating** [1] - 52:20
**Cummings** [2] - 27:13, 71:14
**customers** [4] - 92:18, 94:15, 94:18, 115:17

# D

**D.C** [1] - 38:8
**Dakotas** [1] - 37:9
**Dallas** [1] - 38:14
**darn** [1] - 108:11
**date** [2] - 17:13, 17:14
**Dated** [1] - 127:12
**dating** [1] - 94:10
**daughter** [9] - 25:10, 26:12, 36:13, 38:8, 39:13, 42:20, 43:16, 46:12, 46:14
**daughters** [2] - 25:21, 25:25
**David** [5] - 13:25, 21:20, 27:13, 71:13, 99:25
**Davis** [2] - 17:18, 18:9
**days** [1] - 107:12
**daytime** [1] - 32:25
**DEA** [3] - 34:16, 34:24, 107:10
**deal** [3] - 103:4, 103:13, 107:11
**dealer** [2] - 105:23, 123:16
**dealers** [4] - 104:11, 106:6, 106:23
**dealing** [2] - 103:1, 105:12
**deals** [1] - 106:5
**Deborah** [2] - 29:15, 71:15

**debt** [1] - 92:15
**deceitfully** [1] - 118:2
**decent** [1] - 110:18
**decide** [2] - 81:4, 84:12
**decides** [1] - 125:7
**deciding** [2] - 60:11, 81:3
**decision** [2] - 16:9, 102:19
**decoy** [1] - 105:19
**defects** [1] - 23:11
**Defendant** [4] - 1:11, 1:21, 1:23, 2:1
**defendant** [34] - 18:8, 61:12, 61:17, 63:17, 63:18, 86:1, 86:3, 86:6, 86:7, 86:9, 88:10, 89:7, 90:23, 91:7, 93:7, 96:25, 97:7, 98:8, 98:16, 99:3, 99:5, 99:7, 99:13, 99:22, 100:4, 100:10, 100:16, 100:24, 101:2, 101:12, 101:14, 112:18, 112:25
**defendant's** [1] - 8:14
**defendants** [20] - 8:4, 17:3, 17:7, 17:16, 18:20, 67:25, 69:16, 78:20, 85:18, 85:21, 87:22, 88:8, 88:25, 89:16, 90:5, 90:9, 90:17, 96:18, 101:6, 101:7
**defendants'** [1] - 17:9
**defense** [21] - 4:10, 4:12, 6:13, 6:17, 8:17, 15:12, 20:8, 20:14, 20:19, 22:3, 63:12, 64:13, 69:18, 72:10, 73:7, 74:4, 74:18, 76:4, 78:16, 102:9, 107:24
**defer** [1] - 5:6
**deferred** [1] - 7:18
**DeJesus** [6] - 39:10, 40:14, 71:24, 71:25, 74:5, 80:1
**Delaware** [5] - 44:23, 45:1, 45:3, 45:8, 45:12
**deliberate** [3] - 60:21, 81:6, 87:12
**deliberating** [1] - 49:11

**deliberations** [2] - 81:19, 86:5
**deliver** [2] - 97:2, 110:12
**deliverance** [1] - 80:20
**delivered** [1] - 94:5
**deliveries** [2] - 94:16, 110:13
**delivering** [1] - 94:19
**delivery** [2] - 93:7, 99:21
**denied** [1] - 64:24
**Denzeel** [2] - 17:18, 18:10
**department** [4] - 39:12, 39:19, 48:6, 57:7
**deputy** [3] - 12:13, 13:13, 55:9
**DEPUTY** [11] - 7:1, 12:23, 14:15, 52:14, 71:11, 73:16, 75:8, 75:21, 76:11, 76:16, 80:15
**Deputy** [3] - 21:22, 100:14, 100:17
**describe** [1] - 99:19
**design** [1] - 44:14
**designed** [1] - 116:22
**desire** [3] - 11:12, 14:4, 117:8
**despite** [1] - 98:17
**detectable** [3] - 18:1, 18:15, 18:25
**Detective** [4] - 22:22, 22:23, 22:25
**detective** [1] - 53:15
**determine** [2] - 60:18, 60:19
**determined** [1] - 10:12
**determining** [3] - 16:8, 19:13, 90:16
**development** [1] - 42:21
**device** [1] - 94:1
**Diane** [2] - 29:24, 71:16
**Diaz** [1] - 22:22
**die** [1] - 116:1
**different** [3] - 105:19, 105:20, 120:1
**difficult** [1] - 23:13
**difficulty** [1] - 12:17
**dinners** [1] - 53:21
**Dion** [2] - 28:12, 71:15
**dire** [5] - 6:1, 6:3,

6:12, 15:22, 15:24
**direct** [1] - 68:4
**directed** [3] - 88:19, 93:20, 98:20
**direction** [1] - 92:21
**directions** [6] - 88:23, 93:24, 96:6, 111:9, 111:13, 112:9
**directly** [1] - 101:11
**director** [1] - 38:5
**disabled** [1] - 29:18
**disbelieve** [1] - 122:8
**discern** [1] - 11:7
**discourage** [1] - 91:6
**discovered** [1] - 98:2
**discovery** [1] - 97:20
**discuss** [6] - 66:9, 77:15, 81:18, 81:25, 82:2, 82:15
**discussed** [2] - 5:2, 96:17
**discussion** [1] - 82:6
**DISCUSSION** [4] - 7:25, 9:11, 62:24, 65:4
**Disney** [1] - 53:21
**dispassionately** [1] - 61:22
**disposed** [8] - 36:1, 37:16, 37:17, 39:5, 45:17, 51:11, 54:5, 55:22
**dispute** [1] - 10:11
**disputed** [2] - 60:11, 81:3
**disregard** [1] - 60:17
**distribute** [9] - 17:24, 17:25, 18:14, 18:23, 89:21, 90:3, 90:11, 101:8, 103:3
**distributed** [3] - 88:15, 90:25, 99:12
**distribution** [6] - 88:11, 89:18, 91:23, 94:14, 95:4, 101:17
**District** [18] - 2:4, 9:18, 9:19, 17:15, 18:7, 18:19, 19:22, 87:24, 88:3, 88:7, 88:20, 89:9, 89:13, 90:24, 94:3, 99:11, 109:20, 124:13
**district** [1] - 3:21
**DISTRICT** [3] - 1:1, 1:1, 1:14
**division** [1] - 9:20
**divorced** [4] - 33:1, 39:12, 41:17, 46:11
**Dodge** [2] - 98:11

**dog** [2] - 97:10, 123:2
**dollar** [1] - 114:16
**dollars** [4] - 88:14, 94:22, 101:16, 115:1
**done** [6] - 7:19, 11:3, 35:15, 40:24, 105:1, 107:4
**door** [7] - 29:23, 38:3, 57:3, 57:21, 116:18, 117:14, 117:15
**doors** [4] - 97:14, 116:21, 117:12, 117:18
**DOT** [1] - 23:3
**doubt** [9] - 61:15, 61:20, 101:20, 102:23, 104:6, 113:2, 113:8, 123:25, 124:1
**dough** [13] - 87:25, 88:4, 88:5, 97:2, 97:15, 97:16, 97:18, 108:21, 110:11, 114:5, 114:12, 114:21, 120:10
**Dover** [2] - 33:12, 45:1
**Dowd** [4] - 43:23, 76:1, 76:8, 79:25
**down** [15] - 13:18, 79:12, 79:15, 79:16, 79:17, 79:21, 79:22, 79:23, 80:2, 80:3, 80:4, 80:5, 94:13, 113:24, 119:10
**draw** [1] - 83:7
**drive** [5] - 28:24, 108:21, 110:23, 115:8, 119:23
**driver** [6] - 28:15, 28:21, 28:25, 42:18, 96:23, 114:19
**driver's** [2] - 108:18, 110:16
**drivers** [8] - 88:17, 108:19, 108:22, 111:22, 112:10, 112:18, 120:21
**driving** [8] - 87:24, 94:3, 108:25, 110:5, 110:6, 110:22, 115:19, 118:16
**drop** [1] - 112:15
**dropped** [1] - 94:7
**drove** [1] - 108:17
**drug** [13] - 46:21, 97:10, 100:22, 104:10, 105:12, 105:23, 106:6,

106:23, 106:25, 123:16
**Drug** [3] - 19:25, 21:21, 96:10
**drugs** [1] - 56:18
**dry** [1] - 47:5
**Dubois** [2] - 17:17, 18:9
**due** [1] - 92:25
**duffle** [3] - 99:21, 100:8, 100:13
**dumb** [1] - 107:19
**Duralia** [3] - 19:25, 20:3, 21:18
**during** [22] - 9:3, 13:19, 14:12, 16:15, 32:5, 32:24, 37:4, 48:11, 55:19, 60:20, 81:5, 81:12, 81:15, 81:19, 81:25, 83:13, 83:19, 83:24, 88:16, 94:24, 96:17, 109:2
**duties** [6] - 13:12, 24:4, 32:12, 36:16, 38:11, 95:14
**duty** [16] - 10:18, 25:24, 27:22, 29:22, 30:18, 43:21, 44:9, 45:11, 48:11, 49:13, 61:2, 61:5, 62:2, 83:17, 84:11, 124:2
**dynamic** [1] - 123:7

## E

**EAJ** [2] - 1:2, 14:18
**early** [1] - 15:25
**ease** [1] - 67:20
**east** [1] - 109:12
**educator** [2] - 34:7, 34:18
**effect** [2] - 37:20, 52:22
**effort** [1] - 13:7
**eight** [7] - 27:6, 27:15, 40:3, 40:18, 73:8, 74:22, 74:23
**eight-year** [1] - 40:3
**either** [13] - 6:5, 19:5, 20:24, 22:15, 48:20, 52:10, 53:5, 54:9, 63:4, 74:4, 75:11, 90:7, 104:22
**electronics** [1] - 29:4
**elements** [1] - 101:19
**elevators** [1] - 82:8
**elsewhere** [2] - 9:23, 17:16

**embarrassing** [1] - 11:14
**employed** [6] - 25:18, 31:5, 31:6, 31:24, 47:19, 47:21
**employment** [4] - 31:11, 35:1, 39:17, 50:15
**EMT** [1] - 45:8
**en** [1] - 80:1
**enclosures** [2] - 44:14, 44:16
**encounter** [1] - 100:16
**encountered** [3] - 96:17, 96:20, 96:25
**end** [5] - 5:14, 61:10, 84:6, 102:14, 102:18, 107:19, 109:10, 109:13, 113:6, 119:2, 123:22, 124:1, 125:22
**enforced** [1] - 121:2
**enforcement** [17] - 37:14, 39:6, 45:14, 51:11, 53:6, 53:11, 55:20, 55:22, 58:7, 58:19, 89:8, 92:1, 92:12, 92:22, 95:22, 96:13, 112:8
**Enforcement** [3] - 19:25, 21:22, 96:10
**enforces** [1] - 14:1
**engaged** [1] - 44:11
**engineer** [4] - 24:21, 33:17, 39:24, 44:14
**English** [1] - 15:25
**ensure** [1] - 116:8
**enterprise** [2] - 105:12, 106:20
**entertainment** [1] - 97:8
**entire** [2] - 61:9, 61:17
**entitled** [1] - 104:5
**entrances** [1] - 115:11
**Equipment** [1] - 26:3
**Eric** [1] - 22:23
**especially** [1] - 120:18
**establishment** [1] - 97:9
**estate** [2] - 35:14, 43:14
**estimated** [1] - 13:5
**Ethon** [1] - 21:24
**Eve** [1] - 120:23
**evening** [1] - 80:8
**Evens** [13] - 14:16,

15:3, 17:20, 18:20, 20:22, 87:23, 88:8, 89:16, 96:24, 97:1, 97:11, 101:12
**EVENS** [1] - 1:9
**evidence** [91] - 16:15, 17:5, 17:6, 17:8, 61:7, 61:14, 61:23, 62:8, 64:22, 80:22, 81:11, 81:15, 81:22, 85:23, 86:2, 86:7, 86:8, 86:12, 86:21, 86:25, 89:24, 90:14, 90:15, 101:4, 102:4, 102:23, 103:5, 103:10, 103:22, 103:24, 104:1, 104:7, 104:8, 104:14, 104:22, 105:8, 105:13, 105:15, 106:8, 106:14, 106:22, 106:24, 107:19, 108:4, 108:17, 108:25, 109:4, 109:13, 109:22, 110:8, 110:17, 111:6, 111:10, 111:14, 111:18, 111:25, 112:4, 112:20, 113:1, 113:11, 114:1, 114:9, 114:12, 115:5, 115:15, 116:15, 117:1, 118:4, 118:10, 118:13, 118:25, 119:19, 120:7, 121:1, 121:18, 121:20, 121:22, 121:23, 122:3, 122:8, 122:18, 123:12, 124:10, 124:19, 124:20, 125:15, 125:17, 125:19, 126:1
**evil** [2] - 116:3, 120:17
**exact** [1] - 112:1
**exactly** [2] - 5:1, 111:11
**examination** [1] - 15:23
**example** [1] - 8:6
**except** [1] - 66:24
**exchanges** [2] - 104:19, 104:23
**exclusion** [1] - 101:20
**excuse** [18] - 8:1, 13:14, 13:15, 22:14, 40:8, 47:25, 50:18, 52:15, 70:6, 70:11,

72:12, 73:22, 75:2, 75:6, 75:19, 76:6, 79:1, 117:12

**excused** [4] - 16:20, 16:22, 80:7, 80:11

**exercise** [7] - 6:16, 67:17, 68:19, 69:2, 70:4, 72:5, 74:16

**exercised** [4] - 74:20, 74:22, 77:18, 77:23

**exercising** [2] - 66:6, 68:8

**exhibits** [1] - 87:2

**expect** [11] - 4:20, 5:19, 86:21, 102:8, 111:18, 111:22, 111:25, 112:4, 112:20, 112:23, 123:24

**expected** [1] - 12:1

**expensive** [1] - 100:23

**experience** [11] - 10:21, 11:1, 25:12, 27:23, 28:8, 28:17, 42:11, 48:12, 48:15, 57:22, 59:3

**experienced** [2] - 3:20, 104:25

**explain** [2] - 86:19, 122:7

**explained** [1] - 112:21

**exposed** [1] - 49:8

**exposure** [1] - 51:9

**express** [1] - 81:20

**extent** [1] - 60:15

**extra** [3] - 77:21, 77:22, 77:24

**extreme** [1] - 10:2

---

## F

**fabrication** [1] - 36:12

**facilities** [1] - 81:13

**facing** [1] - 123:6

**fact** [10] - 24:13, 45:13, 51:8, 60:12, 63:18, 81:3, 96:1, 98:17, 108:12, 111:1

**factors** [1] - 16:18

**facts** [13] - 10:11, 10:12, 60:14, 60:16, 60:18, 61:6, 62:4, 84:12, 84:13, 86:20, 87:6, 87:7, 90:14

**fail** [1] - 113:7

**failing** [2] - 125:8, 125:13

**fair** [4] - 16:17, 48:13, 62:7, 63:10

**fairly** [5] - 7:4, 16:14, 19:12, 61:22, 77:16

**false** [2] - 106:11, 106:12

**familiar** [3] - 22:2, 22:7, 23:8

**family** [8] - 52:16, 53:5, 53:11, 56:19, 106:18, 114:25, 115:20, 116:10

**fancy** [2] - 124:15, 125:5

**far** [8] - 5:16, 14:11, 45:4, 48:25, 58:18, 82:4, 92:13, 95:3

**father** [1] - 51:20

**favorably** [7] - 36:1, 37:17, 39:5, 45:16, 51:10, 54:5, 55:22

**feed** [1] - 114:25

**feeding** [1] - 115:20

**fellow** [1] - 10:13

**felon** [1] - 122:16

**felony** [4] - 91:24, 122:12, 123:4, 124:9

**felt** [1] - 100:8

**few** [3] - 15:18, 64:12, 66:11

**figure** [1] - 119:24

**figures** [1] - 95:16

**filed** [2] - 8:17, 17:11

**fill** [1] - 114:4

**filled** [1] - 99:17

**filler** [1] - 114:22

**filling** [1] - 114:21

**finally** [3] - 11:22, 21:4, 75:5

**fine** [1] - 77:6

**finely** [1] - 122:4

**finish** [2] - 6:12, 10:23

**finished** [1] - 64:11

**firm** [3] - 34:10, 50:16, 51:21

**first** [12] - 4:7, 31:9, 68:5, 68:8, 68:19, 68:25, 71:5, 85:9, 87:18, 91:4, 91:5, 96:24

**fit** [1] - 118:21

**five** [6] - 26:19, 28:13, 44:20, 50:8, 78:14, 78:24

**Fl** [1] - 1:22

**FL** [4] - 1:20, 1:24, 2:2, 2:5

**floor** [1] - 97:21

**Florida** [78] - 2:4, 9:19, 17:15, 18:7, 18:20, 19:22, 21:19, 23:20, 24:19, 25:5, 25:17, 26:8, 26:19, 26:23, 27:5, 27:6, 27:14, 27:15, 28:4, 28:5, 29:9, 29:16, 30:2, 30:11, 32:24, 33:13, 34:5, 36:8, 37:25, 38:1, 38:9, 39:10, 39:22, 39:23, 40:18, 41:2, 41:3, 41:12, 41:13, 42:6, 42:17, 43:1, 43:12, 43:24, 44:6, 44:19, 45:23, 46:9, 47:4, 50:16, 87:24, 88:3, 88:7, 88:10, 88:15, 88:21, 89:1, 89:10, 89:14, 90:24, 91:2, 94:4, 94:20, 96:2, 96:9, 96:16, 99:11, 106:19, 108:21, 108:23, 110:12, 113:10, 119:10, 119:14, 120:5, 121:7, 125:6

**FLORIDA** [1] - 1:1

**florida** [1] - 43:13

**Floridian** [2] - 29:8, 36:9

**Flowers** [1] - 33:3

**flowers** [1] - 45:25

**flown** [1] - 100:10

**fly** [1] - 105:18

**focus** [1] - 118:13

**follow** [4] - 63:19, 81:8, 86:15, 102:5

**FOLLOWING** [2] - 7:24, 62:23

**following** [5] - 63:16, 66:13, 85:8, 98:15, 112:21

**follows** [2] - 22:13, 119:21

**FOLLOWS** [4] - 7:14, 9:12, 65:5, 67:22

**food** [3] - 115:25, 116:7, 120:18

**FOR** [1] - 1:1

**forbid** [1] - 120:17

**Force** [3] - 27:16, 36:16, 43:5

**force** [1] - 56:6

**foregoing** [1] - 127:9

**forgot** [1] - 57:3

**form** [3] - 37:10, 81:20, 82:7

**formal** [1] - 17:6

**formally** [2] - 48:20, 123:18

**former** [4] - 25:6, 34:24, 92:2, 93:16

**formula** [1] - 116:1

**Fort** [2] - 25:17, 100:3

**forth** [1] - 17:3

**Foundation** [2] - 34:8, 34:25

**four** [13] - 8:22, 29:22, 33:13, 40:3, 41:13, 41:14, 41:17, 43:1, 44:20, 46:11, 55:13, 110:1

**four-year** [1] - 40:3

**Fourth** [1] - 64:21

**frame** [1] - 38:3

**Franklin** [6] - 96:6, 109:3, 109:6, 109:12, 109:17, 124:18

**freedom** [1] - 10:5

**freight** [2] - 95:12, 99:17

**French** [1] - 15:24

**Friday** [1] - 80:8

**friend** [4] - 53:20, 55:8, 57:3, 100:20

**friend's** [2] - 53:15, 123:2

**friends** [7] - 35:19, 35:20, 35:21, 53:5, 53:10, 54:21, 59:11

**friendship** [1] - 55:11

**frozen** [5] - 114:11, 119:4, 120:4, 120:10, 122:1

**Fry** [1] - 23:6

**full** [4] - 13:6, 99:21, 108:10, 114:4

**fundamentally** [1] - 125:25

**furnished** [1] - 23:15

---

## G

**gal** [1] - 120:3

**game** [1] - 47:13

**Gans** [3] - 37:25, 71:23, 72:18

**garbage** [1] - 114:22

**Gardner** [4] - 26:7, 70:20, 79:16, 79:17

**Gary** [1] - 22:21

**gas** [3] - 121:3, 121:6, 121:8

**generally** [2] - 4:1,

---

12:21

**gentleman** [3] - 122:4, 122:14, 124:5

**gentlemen** [35] - 3:3, 14:24, 15:5, 19:19, 20:11, 20:24, 21:7, 22:5, 22:11, 23:9, 47:18, 65:7, 65:22, 79:10, 90:19, 101:5, 102:2, 102:8, 102:13, 103:9, 103:15, 103:16, 107:5, 107:22, 108:4, 108:6, 111:9, 113:8, 115:6, 118:15, 120:9, 121:11, 121:24, 124:12, 125:24

**gentlemen's** [3] - 110:7, 110:19, 110:24

**Georgia** [2] - 31:18, 121:7

**girl** [1] - 28:7

**given** [5] - 6:8, 11:22, 61:4, 112:14, 121:14

**gladly** [1] - 90:18

**Glinske** [1] - 46:8

**God** [3] - 7:6, 80:23, 120:17

**Golden** [3] - 21:23, 100:15, 100:17

**goods** [2] - 119:13, 119:15

**governed** [1] - 49:25

**government** [61] - 4:10, 4:12, 5:19, 15:8, 19:16, 20:4, 21:16, 36:2, 37:17, 45:17, 47:21, 54:6, 61:9, 61:11, 61:13, 61:20, 66:23, 68:6, 68:15, 69:1, 72:1, 72:3, 72:5, 72:8, 74:4, 74:14, 76:2, 76:21, 76:22, 77:3, 77:24, 78:2, 85:17, 85:22, 86:8, 87:17, 90:20, 91:20, 101:5, 101:18, 102:22, 103:2, 103:17, 104:3, 105:17, 106:4, 106:5, 106:21, 107:6, 107:7, 107:13, 111:12, 111:15, 111:22, 112:19, 112:22, 113:7, 122:15, 123:15, 123:24, 126:5

**Government** [3] - 1:17, 47:19, 52:9

**government's** [5] -

15:10, 32:14, 106:4, 111:19, 112:12
**grand** [3] - 17:12, 17:24, 24:6
**grandchildren** [1] - 25:22
**great** [1] - 120:5
**greater** [1] - 101:15
**greatest** [1] - 10:5
**grew** [1] - 51:21
**group** [3] - 10:13, 65:7, 105:16
**groves** [1] - 25:20
**grow** [1] - 45:25
**guard** [1] - 37:10
**guess** [3] - 36:19, 44:22, 48:14
**guessing** [1] - 118:11
**guilt** [3] - 17:9, 61:14, 90:16
**guilty** [11] - 101:23, 113:2, 123:19, 123:20, 123:25, 124:2, 124:3, 124:5, 124:6, 124:7, 126:4
**gun** [2] - 75:12, 76:17
**gunpoint** [1] - 58:3
**guy** [4] - 120:3, 123:18, 124:6, 124:8
**guys** [2] - 121:11, 124:18

## H

**habitually** [1] - 58:5
**Haiti** [2] - 59:8, 59:12
**half** [8] - 41:4, 41:13, 41:14, 43:13, 44:24, 114:21, 114:22
**hallways** [1] - 82:8
**hand** [12] - 7:2, 10:1, 19:8, 50:11, 62:11, 62:14, 62:15, 67:1, 68:11, 80:18, 110:6, 111:3
**handled** [2] - 38:23, 58:12
**hands** [5] - 19:9, 19:14, 57:24, 62:12, 62:19
**happy** [1] - 113:20
**Harbor** [1] - 47:11
**hard** [2] - 51:16, 51:17
**Hardaway** [10] - 14:17, 15:6, 17:21, 18:21, 21:8, 87:23,

89:16, 96:5
**HARDAWAY** [1] - 1:9
**hardaway** [1] - 21:5
**Harkins** [4] - 28:3, 29:2, 71:2, 79:22
**hates** [1] - 35:18
**hatfield** [1] - 76:6
**Hatfield** [4] - 43:11, 75:7, 75:22, 75:25
**hauling** [1] - 119:5
**head** [2] - 109:7, 109:15
**headed** [1] - 96:13
**heading** [2] - 96:2, 109:11
**heads** [1] - 109:16
**health** [2] - 34:7, 34:18
**hear** [58] - 73:12, 84:8, 84:12, 84:14, 92:5, 94:23, 96:4, 98:7, 98:24, 99:1, 99:24, 100:14, 100:23, 101:5, 101:11, 104:22, 106:15, 108:12, 108:17, 108:24, 109:4, 109:9, 109:13, 109:22, 110:8, 110:17, 113:2, 113:3, 114:1, 115:1, 115:5, 115:10, 115:15, 116:14, 116:20, 117:1, 117:15, 118:1, 118:4, 118:10, 118:25, 119:8, 119:20, 120:2, 120:6, 120:13, 121:1, 121:7, 121:10, 121:18, 121:20, 122:6, 123:12, 124:11, 124:16, 124:22, 125:15, 125:17
**heard** [15] - 9:13, 14:1, 24:16, 35:23, 50:22, 51:1, 54:3, 55:18, 81:22, 87:7, 87:8, 87:9, 94:25, 112:11, 115:23
**hearing** [4] - 19:6, 19:13, 23:12, 111:5
**heavily** [1] - 56:18
**heavy** [2] - 10:18, 116:16
**HELD** [2] - 7:25, 62:24
**held** [1] - 58:3
**hello** [1] - 26:17
**help** [2] - 7:6, 80:23
**helpful** [3] - 22:15,

49:5, 87:14
**Hertz** [1] - 26:3
**hi** [7] - 24:18, 28:11, 29:14, 33:11, 34:3, 44:18, 45:22
**hide** [1] - 106:16
**high** [3] - 25:7, 36:14, 111:16
**highlight** [1] - 103:15
**Highway** [6] - 21:19, 89:1, 91:3, 96:9, 96:16, 125:6
**Hill** [1] - 27:14
**Hillsborough** [3] - 55:8, 57:6, 58:25
**himself** [4] - 122:23, 123:3, 124:7, 124:8
**history** [1] - 29:12
**hold** [4] - 63:20, 77:9, 104:3, 107:9
**Holland** [1] - 56:6
**home** [1] - 102:15
**Homey** [1] - 93:10
**Honor** [81] - 3:4, 3:9, 3:15, 3:17, 3:19, 4:3, 4:19, 4:23, 5:3, 5:10, 5:24, 6:9, 6:12, 6:25, 7:20, 8:2, 12:24, 14:24, 15:11, 15:14, 15:16, 19:18, 21:25, 22:10, 22:17, 47:24, 50:3, 63:2, 63:13, 63:15, 64:4, 64:9, 64:20, 66:23, 67:2, 67:5, 67:7, 68:2, 68:7, 68:8, 68:13, 68:24, 69:10, 69:18, 70:10, 70:19, 71:1, 71:5, 71:10, 72:4, 72:9, 72:11, 72:23, 73:23, 74:6, 74:7, 74:24, 76:23, 77:4, 77:9, 77:10, 77:14, 78:4, 78:9, 78:15, 78:18, 79:1, 79:6, 80:16, 87:21, 96:19, 102:10, 102:12, 107:23, 107:25, 108:2, 126:8, 126:24, 127:7
**HONORABLE** [1] - 1:14
**Hop** [1] - 100:1
**Hop-a-Jet** [1] - 100:1
**hope** [9] - 3:12, 3:14, 10:1, 10:19, 11:1, 57:10, 82:22
**hoped** [1] - 88:5
**hoping** [4] - 5:5, 5:8, 91:21, 122:23
**Hopkins** [1] - 23:3

**horses** [1] - 103:21
**hospital** [3] - 38:6, 46:12, 46:15
**hour** [2] - 109:2, 126:11
**Howard** [6] - 96:6, 109:3, 109:6, 109:12, 109:17, 124:18
**Huffman** [1] - 23:6
**huge** [6] - 110:3, 112:18, 113:11, 113:12, 113:15, 114:11
**hugely** [2] - 113:23, 113:24
**HUGO** [1] - 1:21
**hugo** [1] - 8:1
**Hugo** [3] - 3:9, 14:25, 20:12
**human** [1] - 118:21
**hurts** [1] - 116:8
**husband** [17] - 25:8, 25:9, 26:10, 27:9, 29:18, 30:4, 31:12, 33:16, 40:20, 43:4, 45:10, 45:14, 51:22, 53:15, 53:21, 55:7, 58:24
**husband's** [4] - 34:10, 35:9, 35:24, 44:21

## I

**ID** [2] - 106:11, 106:12
**idea** [3] - 116:5, 121:24, 123:10
**IDs** [2] - 105:20, 106:15
**ignoring** [1] - 82:13
**II** [1] - 18:6
**III** [2] - 18:18, 25:17
**illegal** [1] - 88:1
**immediate** [1] - 15:7
**impartial** [7] - 10:13, 11:23, 16:17, 46:24, 48:13, 62:7, 63:10
**impartially** [3] - 7:4, 16:14, 19:13
**implicated** [1] - 105:7
**import** [1] - 47:12
**importance** [2] - 10:2, 85:6
**important** [4] - 10:17, 14:12, 102:19, 119:17
**imported** [1] -

124:12
**importing** [1] - 108:9
**improper** [1] - 82:18
**impropriety** [3] - 82:18, 82:20, 83:2
**IN** [1] - 77:12
**incident** [1] - 101:10
**include** [2] - 21:17, 48:1
**included** [2] - 94:17, 100:25
**including** [4] - 13:20, 17:14, 24:6, 99:20
**incredibly** [1] - 121:2
**indeed** [3] - 108:13, 109:1, 109:5
**indicated** [7] - 13:3, 15:20, 68:4, 81:2, 85:19, 91:2, 98:4
**indication** [1] - 65:14
**Indictment** [10] - 17:2, 17:4, 17:11, 17:12, 17:15, 19:3, 61:19, 85:25, 90:15, 101:24
**individual** [7] - 6:5, 81:17, 88:18, 89:20, 94:14, 99:24, 103:23
**individually** [2] - 53:8, 104:6
**individuals** [4] - 22:12, 91:15, 93:9, 116:6
**industry** [4] - 116:22, 119:20, 119:21, 121:2
**infant** [1] - 116:1
**inferences** [1] - 83:8
**influence** [1] - 57:13
**influenced** [3] - 16:10, 16:18, 17:10
**informally** [1] - 48:20
**informant** [5] - 111:7, 111:21, 112:9, 112:15, 124:17
**information** [6] - 19:7, 23:17, 24:15, 41:19, 83:10, 126:18
**informative** [1] - 11:1
**initial** [1] - 97:20
**innocence** [2] - 61:16, 113:4
**innocent** [1] - 61:13
**inquire** [2] - 3:22, 63:16
**inquiries** [2] - 14:7, 64:8
**inquiry** [2] - 14:5, 53:10
**inservice** [2] - 34:17,

34:22
**inside** [1] - 115:21
**insistence** [2] - 98:9, 98:20
**inspect** [1] - 99:8
**inspection** [1] - 89:4
**instances** [1] - 10:11
**instruct** [5] - 60:9, 60:22, 81:7, 86:14, 103:19
**instructed** [3] - 63:21, 64:2, 82:5
**instructions** [5] - 61:4, 80:9, 81:23, 112:14, 126:14
**insulate** [2] - 104:15, 105:6
**insulated** [1] - 126:17
**insurance** [1] - 43:14
**intelligent** [1] - 115:3
**intend** [1] - 8:15
**intended** [1] - 87:14
**intending** [1] - 110:9
**intent** [6] - 17:25, 18:13, 18:23, 89:21, 90:2, 90:10
**intention** [1] - 11:12
**intentionally** [2] - 18:13, 18:23
**intercepted** [2] - 89:8, 91:2
**interest** [2] - 11:20, 93:11
**interesting** [1] - 10:25
**interject** [1] - 59:3
**International** [1] - 29:17
**Internet** [1] - 119:23
**interpreter** [3] - 6:21, 7:5, 7:8
**INTERPRETER** [2] - 6:25, 7:7
**interruptions** [1] - 85:5
**introduce** [3] - 13:11, 19:17, 20:9
**introduced** [2] - 19:20, 87:3
**investigation** [1] - 96:11
**investigative** [2] - 93:1, 98:22
**involved** [14] - 10:9, 11:9, 24:3, 31:12, 38:23, 45:14, 52:7, 52:9, 58:7, 58:10, 88:13, 94:21, 101:8, 105:12

**involvement** [1] - 101:12
**involving** [2] - 94:25, 100:4
**iron** [1] - 36:11
**issue** [5] - 7:20, 63:23, 68:12, 77:14, 78:2
**issues** [10] - 11:24, 14:6, 19:14, 60:12, 63:16, 81:3, 84:16, 86:20, 87:15, 126:20
**IT** [1] - 36:12
**itself** [2] - 59:3, 83:9
**Ivette** [1] - 21:24

**J**

**jail** [4] - 104:18, 104:24, 107:1, 107:10
**JAMES** [1] - 1:17
**James** [2] - 23:3, 23:4
**January** [1] - 1:6
**Jean** [6] - 14:16, 15:3, 17:20, 18:20, 87:23, 89:16
**jEAN** [1] - 1:9
**Jermaine** [1] - 23:3
**Jersey** [2] - 38:12, 44:23
**Jesse** [1] - 25:16
**jet** [1] - 100:9
**Jet** [1] - 100:1
**jets** [1] - 99:23
**Jim** [3] - 14:21, 19:21, 89:12
**job** [8] - 11:2, 32:12, 34:9, 60:18, 60:19, 83:25, 84:1, 110:12
**jobs** [1] - 28:16
**Joel** [1] - 22:24
**John** [3] - 20:22, 23:7, 96:24
**joined** [1] - 90:6
**joint** [1] - 8:17
**Jolene** [6] - 33:12, 55:5, 57:2, 71:21, 73:2, 80:5
**jolly** [1] - 21:24
**Jones** [3] - 27:5, 70:23, 79:21
**JORGE** [1] - 1:23
**Jorge** [4] - 15:3, 20:21, 63:13, 120:5
**judge** [22] - 6:12, 52:14, 64:10, 66:8, 67:12, 68:20, 72:17, 72:25, 73:5, 73:9,

74:16, 74:19, 76:5, 76:11, 77:6, 78:1, 78:24, 104:5, 112:21, 122:7, 122:9, 123:23
**Judge** [9] - 52:15, 67:15, 69:7, 69:20, 70:5, 73:17, 73:21, 73:22, 75:9
**JUDGE** [1] - 1:14
**judged** [1] - 63:25
**judges** [3] - 9:16, 60:14, 61:6
**judging** [1] - 123:7
**Judicial** [1] - 26:23
**Judith** [4] - 31:1, 71:20, 72:13, 80:3
**Juggling** [1] - 106:10
**Julie** [2] - 34:4, 51:19
**jumped** [1] - 76:17
**jumping** [1] - 75:12
**Jungliss** [1] - 93:10
**juries** [2] - 38:12, 38:14
**juror** [30] - 6:5, 10:19, 12:1, 13:2, 23:13, 24:8, 46:23, 48:13, 49:22, 60:10, 60:13, 60:18, 62:6, 62:18, 66:24, 68:10, 68:21, 70:11, 70:19, 70:22, 72:12, 73:1, 74:1, 74:8, 76:7, 76:23, 76:25, 78:5, 83:1
**Juror** [59] - 54:15, 55:6, 58:2, 59:10, 66:14, 66:15, 66:16, 66:17, 66:18, 66:19, 66:25, 69:21, 69:23, 70:7, 70:8, 70:13, 70:16, 70:21, 70:24, 71:3, 71:7, 71:8, 71:12, 71:13, 71:14, 71:16, 71:17, 71:18, 71:19, 71:20, 71:21, 71:22, 71:23, 71:24, 72:6, 72:13, 72:18, 73:2, 74:2, 74:3, 74:5, 74:9, 74:10, 74:11, 74:13, 74:17, 75:3, 75:6, 75:16, 75:17, 75:19, 75:24, 75:25, 76:8, 76:9, 76:19, 78:5
**JUROR** [138] - 24:18, 24:25, 25:2, 25:4, 25:16, 26:2, 26:6, 26:17, 27:2, 27:4, 27:13, 28:1, 28:3, 28:11, 28:21, 28:24,

29:4, 29:7, 29:14, 29:24, 30:10, 30:21, 30:25, 31:1, 31:13, 31:16, 31:22, 32:3, 32:7, 32:9, 32:16, 32:19, 32:21, 32:22, 33:9, 33:11, 33:23, 34:1, 34:3, 34:21, 35:3, 35:6, 35:10, 35:13, 35:17, 36:4, 36:7, 36:23, 37:1, 37:5, 37:8, 37:13, 37:19, 37:22, 37:24, 38:20, 38:25, 39:7, 39:9, 39:18, 39:21, 40:10, 40:13, 40:16, 41:1, 41:11, 42:1, 42:4, 42:13, 42:16, 42:25, 43:11, 43:22, 44:13, 44:16, 44:18, 45:19, 45:22, 46:7, 46:20, 47:2, 47:10, 47:24, 48:1, 48:4, 48:21, 49:2, 50:3, 50:5, 50:7, 50:13, 50:18, 50:20, 51:3, 51:7, 51:13, 51:16, 51:19, 52:15, 52:18, 52:25, 53:12, 53:14, 53:19, 53:24, 54:8, 54:13, 54:15, 54:18, 54:25, 55:3, 55:5, 55:12, 55:15, 55:24, 56:2, 56:4, 56:10, 56:13, 56:16, 56:22, 57:2, 57:10, 57:18, 58:2, 58:9, 58:13, 58:16, 58:20, 58:23, 59:5, 59:10, 59:15, 59:19, 59:23, 60:1, 60:3, 60:7
**jurors** [13] - 4:13, 4:15, 4:18, 7:15, 15:21, 16:4, 16:21, 61:21, 66:14, 69:10, 71:7, 73:6, 75:15
**JURY** [6] - 1:13, 79:8, 80:12, 80:24, 127:1
**jury** [73] - 3:19, 3:24, 4:7, 4:8, 4:16, 6:6, 8:24, 9:25, 10:8, 10:14, 10:21, 11:22, 12:21, 14:2, 16:13, 16:24, 17:12, 17:24, 22:4, 24:5, 24:7, 24:9, 24:12, 25:1, 25:13, 25:24, 26:15, 26:22, 27:11, 27:22, 28:9, 28:18, 29:13, 29:22, 30:8, 30:18, 33:5,

33:20, 36:18, 36:23, 37:1, 39:15, 40:6, 40:24, 41:9, 41:22, 41:24, 42:11, 42:23, 43:8, 43:21, 44:3, 44:9, 45:11, 46:4, 46:17, 47:8, 47:16, 48:11, 48:15, 57:25, 66:1, 66:3, 68:5, 79:7, 80:7, 80:14, 80:25, 81:1, 84:20, 102:17, 126:22, 126:25
**Justin** [5] - 19:24, 21:18, 42:4, 74:12, 74:17
**justly** [1] - 7:4

**K**

**Karantonis** [6] - 31:2, 31:10, 71:20, 72:13, 72:14, 80:3
**Karen** [4] - 41:1, 73:10, 73:14, 74:11, 75:17, 79:19
**Kathy** [1] - 13:14
**keep** [6] - 85:6, 86:1, 106:25, 113:5, 126:16
**keeping** [1] - 116:24
**Keith** [10] - 33:12, 33:23, 34:1, 55:6, 57:1, 57:2, 58:1, 71:21, 73:3, 80:5
**KEITH** [2] - 33:25, 34:1
**Kenneth** [1] - 22:25
**Kentucky** [2] - 41:22, 52:21
**kept** [2] - 95:15, 107:1
**kids** [2] - 44:1, 47:6
**kills** [1] - 116:8
**kilogram** [1] - 95:5
**kilograms** [8] - 17:25, 18:24, 88:14, 89:18, 94:22, 94:23, 95:1, 95:7
**kind** [11] - 20:5, 20:17, 21:1, 21:9, 35:18, 51:2, 52:8, 59:7, 116:16, 118:2, 125:5
**kindly** [7] - 36:1, 37:16, 39:5, 45:16, 51:10, 54:5, 55:21
**knowing** [2] - 90:5, 107:2
**knowingly** [3] - 17:22, 18:13, 18:22

**knowledge** [3] - 16:11, 19:6, 38:22
**known** [19] - 15:22, 17:17, 17:18, 17:19, 17:20, 17:21, 17:23, 18:8, 18:9, 18:10, 18:11, 18:12, 18:21, 62:17, 93:8, 105:22
**Kurmay** [1] - 23:4

## L

**labor** [1] - 50:15
**ladies** [24] - 14:24, 15:5, 19:19, 20:11, 20:24, 21:6, 22:4, 22:11, 23:9, 47:18, 65:6, 65:13, 65:22, 79:10, 90:18, 101:5, 102:1, 102:7, 102:13, 103:9, 103:15, 107:5, 107:22, 108:4
**lady** [2] - 40:11, 52:2
**Lakeland** [3] - 39:22, 43:12, 45:23
**Lakes** [1] - 42:5
**Lamar** [1] - 23:4
**Lance** [1] - 21:23
**Land** [1] - 42:5
**Landmark** [1] - 31:16
**Landry** [1] - 22:22
**lane** [3] - 125:5, 125:8, 125:13
**lanes** [4] - 110:1, 110:2, 125:13
**Lanes** [1] - 21:18
**Lanese** [5] - 96:15, 96:25, 97:1, 97:20, 98:1
**Langford** [3] - 42:5, 74:12, 74:17
**language** [2] - 59:25, 60:4
**large** [1] - 100:8
**Largo** [9] - 31:23, 32:2, 32:23, 42:17, 88:19, 96:8, 111:21, 112:15, 112:16
**largo** [1] - 112:10
**last** [13] - 5:24, 33:21, 36:21, 38:2, 45:1, 62:14, 67:1, 68:11, 76:13, 76:23, 78:5, 91:4, 92:11
**latch** [1] - 117:17
**Lauderdale** [1] - 100:3
**law** [64] - 16:16, 35:16, 35:18, 37:14,

38:19, 39:5, 45:14, 48:19, 48:20, 48:23, 49:8, 49:9, 49:11, 49:14, 49:17, 49:18, 49:19, 49:24, 50:1, 50:8, 50:15, 50:24, 51:1, 51:10, 51:11, 51:21, 53:5, 53:11, 55:19, 55:22, 56:5, 58:7, 58:19, 60:19, 60:22, 61:1, 61:3, 61:24, 62:4, 62:9, 63:19, 63:25, 80:22, 81:4, 81:8, 81:23, 83:15, 84:15, 84:16, 84:19, 85:1, 86:15, 87:10, 89:8, 92:1, 92:12, 92:21, 95:21, 96:13, 102:5, 106:9, 112:8
**laws** [3] - 18:5, 18:17, 19:1
**lawsuit** [2] - 10:10, 52:8
**lawyer** [2] - 35:14, 51:20
**lawyers** [9] - 35:21, 54:21, 83:16, 84:6, 84:15, 86:17, 86:22, 87:4, 87:8
**lean** [1] - 56:11
**learn** [16] - 89:23, 90:4, 90:7, 90:22, 91:1, 91:10, 91:13, 91:22, 91:25, 94:8, 95:4, 98:21, 101:13, 106:21, 107:5
**learned** [7] - 32:11, 35:23, 39:3, 51:1, 51:23, 89:11, 90:12
**learning** [1] - 51:21
**least** [4] - 17:14, 67:13, 90:5, 99:15
**leaves** [1] - 77:1
**lectern** [1] - 22:16
**led** [1] - 99:7
**ledgers** [4] - 95:15, 95:20, 106:25, 107:1
**LEE** [1] - 127:14
**Lee** [3] - 13:17, 71:22, 127:14
**lee** [1] - 2:3
**LEFT** [1] - 66:4
**left** [1] - 13:18
**legal** [2] - 35:23, 52:8
**legalization** [3] - 63:6, 63:9, 65:8
**lenient** [1] - 122:24
**Leo** [1] - 22:25
**less** [2] - 30:17,

102:8
**liars** [1] - 106:22
**liberty** [1] - 60:17
**licensed** [1] - 33:15
**lie** [1] - 122:6
**life** [5] - 25:18, 39:24, 102:20, 104:1, 104:24
**likely** [1] - 113:10
**limit** [2] - 4:6, 85:4
**lined** [1] - 95:16
**Lines** [2] - 26:9, 26:11
**lips** [1] - 106:22
**list** [2] - 4:16, 8:15
**listen** [1] - 111:14
**listening** [1] - 102:3
**literally** [1] - 15:25
**litigator** [1] - 38:21
**live** [22] - 24:19, 25:5, 26:18, 27:5, 28:4, 29:25, 30:11, 33:12, 36:8, 37:25, 39:10, 39:22, 40:17, 41:2, 41:12, 42:5, 43:23, 44:5, 44:19, 46:8, 47:11, 53:25
**lived** [28] - 23:19, 23:20, 25:18, 26:7, 27:6, 27:14, 28:4, 28:5, 29:9, 29:15, 30:2, 30:11, 31:2, 32:23, 33:12, 34:4, 38:1, 39:22, 39:23, 42:6, 42:17, 43:1, 43:12, 43:24, 45:23, 47:3, 47:4
**lives** [1] - 105:2
**living** [2] - 119:22, 121:12
**load** [9] - 89:6, 91:1, 91:4, 91:5, 91:8, 93:18, 97:2, 98:17, 113:9
**loaded** [1] - 120:11
**loads** [6] - 89:6, 94:6, 95:9, 95:11, 95:16, 95:18
**local** [1] - 43:2
**located** [1] - 35:9
**lock** [3] - 116:23, 117:12, 117:20
**logs** [1] - 119:6
**look** [4] - 82:10, 97:23, 111:13, 118:3
**looks** [1] - 5:16
**Los** [1] - 100:11
**lose** [1] - 114:25
**lost** [2] - 59:16, 98:18
**loud** [1] - 24:15

**love** [1] - 113:20
**low** [2] - 84:7, 85:1
**lower** [1] - 62:12
**Lowsky** [9] - 41:2, 50:17, 50:19, 73:10, 73:13, 73:14, 74:11, 75:17, 79:19
**LOWSKY** [2] - 73:10, 73:14
**luckily** [1] - 57:20
**luggage** [1] - 100:7
**lunch** [2] - 5:9, 82:9
**luncheon** [1] - 12:6
**Lutz** [1] - 24:19
**luxury** [2] - 42:8, 42:13

## M

**machine** [1] - 41:19
**Madam** [2] - 12:21, 80:13
**maintain** [2] - 125:8, 125:13
**maintained** [3] - 92:2, 93:11, 93:13
**maintenance** [2] - 30:13, 48:5
**major** [3] - 88:11, 109:10, 109:21
**man** [1] - 115:3
**management** [3] - 27:9, 28:15, 28:22
**manager** [8] - 26:20, 27:10, 27:18, 28:23, 29:10, 40:19, 41:5, 43:2
**Manatee** [1] - 29:25
**manipulate** [2] - 104:11, 105:1
**manipulator** [1] - 107:3
**manipulators** [1] - 106:23
**manner** [3] - 58:12, 82:1, 89:25
**manufacturer** [2] - 29:5, 38:3
**manufacturing** [2] - 27:17, 27:19
**Marco** [2] - 17:17, 18:9
**Marge** [1] - 27:4
**Maria** [1] - 21:24
**marijuana** [70] - 18:2, 18:15, 18:25, 52:3, 52:20, 63:6, 63:9, 65:9, 65:11, 68:12, 88:1, 88:6,

88:11, 88:15, 89:5, 89:19, 89:22, 90:2, 90:10, 90:23, 91:5, 91:11, 91:15, 91:23, 92:8, 92:11, 92:13, 92:17, 93:19, 93:23, 94:4, 94:11, 94:12, 94:13, 94:22, 95:1, 95:5, 95:6, 96:13, 97:16, 97:25, 98:3, 98:6, 99:7, 99:9, 101:9, 101:17, 102:25, 103:1, 103:3, 103:4, 103:6, 103:13, 105:9, 105:24, 107:21, 107:22, 108:11, 112:6, 112:16, 113:9, 118:19, 118:20, 122:2, 123:4, 123:11, 124:13
**marketing** [1] - 38:5
**married** [23] - 23:23, 25:8, 25:21, 26:10, 26:21, 27:9, 27:19, 29:18, 30:4, 30:14, 34:11, 36:12, 38:4, 40:1, 40:20, 41:6, 42:19, 43:4, 43:15, 43:25, 44:7, 45:24, 47:6
**Marshal** [3] - 21:23, 100:15, 100:17
**Marshals** [1] - 12:13
**Mary** [3] - 41:11, 52:19, 71:8
**master** [1] - 43:4
**matter** [3] - 3:6, 4:5, 16:12
**matters** [8] - 9:24, 13:23, 14:5, 14:8, 38:23, 55:20, 84:21, 85:7
**Maynard** [1] - 23:2
**McCrea** [2] - 26:18, 71:13
**Meade** [1] - 25:17
**mean** [6] - 16:1, 35:4, 116:13, 116:15, 121:8, 123:1
**means** [13] - 3:25, 71:6, 74:1, 91:4, 116:14, 116:20, 116:23, 116:24, 117:23, 121:11, 123:1, 124:16
**meantime** [1] - 126:15
**mechanic** [1] - 25:19
**mechanism** [2] -

116:21, 117:12

**meet** [4] - 64:14, 90:20, 101:6, 104:1

**member** [1] - 52:16

**members** [6] - 9:6, 49:5, 53:5, 53:10, 63:4, 63:8

**MEMBERS** [1] - 80:24

**Members** [1] - 80:25

**men** [2] - 35:19, 103:11

**Mendez** [2] - 34:8, 34:25

**mention** [4] - 12:18, 16:20, 82:7, 82:12

**mentioned** [6] - 9:2, 22:12, 67:7, 91:13, 92:6, 99:18

**mentioning** [1] - 48:18

**Mercedes** [1] - 100:18

**Mercedes-Benz** [1] - 100:18

**mere** [1] - 91:12

**messing** [2] - 115:21, 120:16

**met** [3] - 99:6, 103:25, 120:23

**method** [1] - 93:2

**Miami** [3] - 1:22, 40:6, 57:5

**mic** [1] - 22:16

**Michael** [1] - 76:10

**Michigan** [1] - 56:6

**middle** [1] - 25:10

**Middle** [16] - 9:19, 17:15, 18:7, 18:19, 19:22, 87:24, 88:3, 88:7, 88:20, 89:9, 89:13, 90:24, 94:3, 99:10, 109:20, 124:13

**MIDDLE** [1] - 1:1

**might** [10] - 9:24, 16:11, 22:12, 34:14, 35:20, 49:17, 61:1, 83:7, 118:11, 118:23

**Mihok** [4] - 47:2, 76:10, 77:1, 77:4

**Mike** [1] - 47:2

**miles** [2] - 97:3, 97:4

**military** [32] - 24:2, 24:23, 25:12, 26:14, 26:22, 27:11, 27:23, 28:8, 28:17, 29:12, 29:21, 30:7, 33:4, 33:19, 36:15, 39:14, 40:5, 40:23, 41:8, 41:21, 42:10, 42:22,

43:7, 44:2, 44:25, 45:10, 46:3, 46:18, 47:7, 47:15, 47:20

**millions** [5] - 88:14, 94:22, 101:16, 114:15, 115:1

**mind** [13] - 5:9, 19:10, 32:18, 51:5, 51:14, 53:7, 54:11, 55:1, 55:25, 85:6, 86:1, 121:9, 126:16

**minds** [2] - 93:16, 126:20

**minute** [1] - 111:6

**Minuteman** [1] - 36:17

**minutes** [6] - 64:12, 67:13, 78:14, 78:17, 78:25, 119:18

**miraculously** [1] - 107:12

**Miss** [18] - 13:14, 13:17, 24:17, 31:10, 50:10, 50:17, 50:19, 52:6, 66:25, 70:7, 70:20, 70:23, 71:2, 72:13, 73:13, 75:3

**miss** [12] - 14:14, 29:2, 57:1, 58:1, 65:17, 67:1, 79:12, 79:16, 79:17, 79:21, 79:22, 111:1

**missed** [1] - 124:23

**missile** [2] - 36:18, 37:8

**mission** [1] - 108:20

**Mitchell** [20] - 21:17, 88:25, 91:9, 92:3, 92:20, 93:6, 93:10, 93:20, 99:2, 99:8, 99:19, 100:20, 105:14, 105:15, 105:22, 106:1, 106:16, 123:11, 123:12, 123:15

**Mitchell's** [1] - 99:20

**mixture** [3] - 18:1, 18:14, 18:24

**moment** [4] - 40:9, 72:23, 73:21, 98:14

**moments** [2] - 15:18, 66:11

**Monday** [2] - 110:14, 119:4

**money** [16] - 92:19, 93:11, 94:18, 94:19, 98:9, 99:13, 99:20, 99:21, 105:17, 113:17, 113:18, 113:21, 114:3,

115:21, 117:11, 121:8

**monies** [4] - 91:7, 92:7, 92:25, 98:21

**Monopoly** [1] - 107:2

**monthly** [2] - 99:14, 113:16

**months** [6] - 26:19, 27:14, 28:13, 30:18, 45:2, 45:4

**mope** [1] - 105:11

**Morello** [1] - 21:20

**Morgan** [1] - 21:23

**Morman** [1] - 22:25

**morning** [6] - 3:8, 12:2, 104:2, 126:13, 126:21, 127:4

**most** [7] - 10:6, 10:10, 10:16, 11:23, 94:16, 102:19, 113:10

**motion** [1] - 68:9

**Motion** [1] - 64:21

**motions** [4] - 83:15, 83:18, 83:24, 84:1

**motive** [1] - 122:6

**motor** [1] - 115:9

**move** [15] - 13:5, 68:15, 69:23, 70:5, 70:11, 72:12, 72:17, 72:25, 73:9, 75:2, 75:5, 76:5, 77:15, 78:4, 84:3

**moved** [4] - 28:12, 69:6, 72:5, 99:20

**MR** [124] - 3:4, 3:8, 3:14, 3:17, 4:3, 4:17, 4:22, 4:25, 5:7, 5:21, 5:24, 6:9, 6:11, 6:19, 7:19, 7:23, 8:1, 8:16, 8:21, 8:25, 9:9, 9:10, 14:21, 14:23, 15:2, 15:5, 15:10, 15:13, 15:15, 15:17, 19:18, 20:11, 20:20, 21:4, 21:15, 22:10, 22:17, 22:19, 63:2, 63:13, 63:23, 64:4, 64:6, 64:9, 64:10, 64:19, 64:20, 64:24, 65:1, 66:8, 66:22, 67:4, 67:6, 67:12, 67:15, 67:19, 68:7, 68:15, 68:20, 68:24, 69:1, 69:3, 69:6, 69:9, 69:12, 69:14, 69:17, 69:20, 69:23, 70:2, 70:5, 70:10, 70:14, 70:17, 70:19, 70:22, 71:1, 71:4, 71:10, 72:3, 72:8, 72:11, 72:17, 72:22, 72:25,

73:5, 73:9, 73:13, 73:18, 73:20, 74:6, 74:7, 74:16, 74:19, 74:24, 75:2, 75:5, 75:12, 76:3, 76:5, 76:22, 77:3, 77:6, 77:9, 77:13, 77:20, 78:1, 78:4, 78:8, 78:14, 78:17, 78:21, 78:24, 79:1, 87:21, 96:19, 96:23, 102:10, 102:12, 107:25, 108:2, 126:8, 127:6, 127:7

**Mulberry** [1] - 41:12

**must** [11] - 17:8, 17:9, 49:18, 60:23, 62:1, 81:8, 81:25, 86:4, 86:15, 103:15, 103:21

**mutual** [1] - 89:25

## N

**naive** [1] - 107:18

**name** [44] - 3:9, 9:14, 14:19, 14:25, 15:2, 15:6, 19:20, 20:12, 20:21, 23:18, 24:18, 25:4, 26:7, 27:4, 28:11, 29:7, 29:14, 29:24, 31:1, 33:11, 33:21, 33:24, 34:3, 36:7, 37:24, 39:9, 39:21, 40:12, 40:16, 41:1, 41:11, 42:4, 42:16, 42:25, 43:22, 44:4, 46:7, 52:19, 55:5, 88:18, 88:25, 89:12, 99:2, 99:25

**name's** [1] - 25:16

**named** [1] - 22:8

**names** [11] - 8:24, 9:2, 9:5, 21:12, 22:1, 22:3, 23:8, 100:25, 103:12, 105:19, 106:9

**NAMES** [1] - 22:19

**narcotics** [1] - 57:5

**native** [2] - 29:8, 36:9

**nature** [15] - 11:16, 19:11, 20:5, 20:17, 21:1, 21:9, 29:2, 31:10, 35:11, 35:24, 37:6, 38:19, 53:17, 83:8, 90:6

**near** [1] - 124:12

**necessarily** [2] - 22:5, 82:24

**necessary** [2] -

12:19, 14:8

**need** [7] - 7:21, 8:23, 63:1, 65:13, 67:12, 70:3

**needs** [1] - 119:24

**negative** [1] - 58:18

**neighbor** [2] - 57:3, 57:21

**neutral** [1] - 54:10

**never** [36] - 3:10, 3:18, 26:15, 28:17, 28:18, 29:22, 30:7, 30:25, 33:19, 33:20, 36:18, 36:21, 37:1, 39:14, 40:24, 41:8, 41:9, 42:10, 42:22, 43:20, 43:21, 44:2, 44:3, 45:12, 46:17, 46:18, 47:15, 61:11, 63:17, 82:11, 103:25, 106:2, 112:2, 116:8, 116:9, 120:22

**new** [1] - 93:18

**New** [6] - 30:11, 31:2, 38:12, 42:21, 46:8, 56:17

**next** [7] - 5:4, 57:3, 57:20, 60:8, 72:1, 74:14, 104:24

**nice** [1] - 82:21

**Nicholasville** [1] - 41:22

**Nicole** [2] - 26:17, 71:12

**night** [1] - 110:15

**nine** [5] - 39:13, 43:12, 43:13, 45:2, 74:20

**nine-year** [1] - 39:13

**Noack** [1] - 22:23

**nobody** [2] - 117:16, 118:18

**Noel** [1] - 21:23

**Noell** [5] - 47:10, 47:17, 77:1, 77:5, 78:6

**none** [3] - 24:25, 25:2, 46:1

**noon** [1] - 12:4

**noontime** [2] - 12:3, 12:5

**normally** [1] - 12:1

**north** [3] - 35:10, 109:21, 110:4

**North** [2] - 1:19, 2:4

**northbound** [1] - 110:1

**nose** [1] - 97:13

**note** [2] - 65:23, 68:9

**notebooks** [1] -

95:15
**noted** [2] - 52:2, 66:24
**notes** [2] - 6:15, 127:11
**nothing** [5] - 57:21, 100:8, 102:7, 102:8, 102:20
**notice** [1] - 8:13
**notion** [1] - 98:16
**novelties** [1] - 47:13
**nuclear** [1] - 45:6
**number** [9] - 16:19, 69:3, 70:15, 71:8, 75:21, 80:7, 94:18, 118:4, 118:8
**nurse** [4] - 33:15, 42:19, 43:16, 44:21
**nursery** [1] - 45:25
**nursing** [1] - 30:15
**Nuys** [1] - 100:3

**O**

**O'** [1] - 42:5
**o'clock** [4] - 12:8, 12:9, 80:8, 126:11
**O'Neil** [2] - 17:19, 18:10
**oath** [1] - 16:2
**object** [1] - 16:13
**objection** [4] - 8:11, 83:5, 83:24, 96:19
**objections** [4] - 67:5, 83:15, 83:18, 84:2
**obligation** [1] - 85:22
**obliged** [2] - 85:12, 85:20
**observing** [1] - 82:23
**obtain** [1] - 94:10
**obtained** [1] - 100:22
**obviously** [4] - 16:20, 34:11, 51:22, 108:22
**occasion** [1] - 90:5
**occasionally** [1] - 55:16
**occasions** [1] - 90:7
**occupation** [6] - 23:20, 23:22, 23:24, 24:1, 41:18, 42:12
**occupied** [1] - 26:1
**occur** [1] - 48:11
**OF** [4] - 1:1, 1:4, 1:13, 80:24
**offense** [2] - 10:9, 10:12
**offenses** [1] - 89:20
**offer** [1] - 104:18

**office** [3] - 10:24, 33:16, 40:19
**Office** [1] - 1:18
**officer** [13] - 9:14, 13:25, 22:20, 31:24, 32:2, 32:8, 37:10, 44:23, 56:5, 56:17, 57:4, 57:5
**OFFICER** [10] - 3:2, 7:12, 7:15, 66:2, 67:23, 68:1, 79:5, 79:9, 126:23, 127:2
**Officer** [1] - 23:2
**officers** [1] - 12:18
**Official** [2] - 2:3, 127:15
**officially** [1] - 119:6
**oftentimes** [1] - 110:2
**Ohio** [1] - 50:14
**old** [11] - 15:24, 33:18, 34:5, 39:13, 40:3, 40:4, 43:17, 46:15, 56:16, 117:19, 118:5
**older** [1] - 56:16
**oldest** [1] - 31:23
**Oldsmar** [1] - 43:23
**once** [3] - 12:10, 45:11, 123:4
**one** [45] - 3:17, 5:14, 6:14, 6:16, 10:5, 10:6, 10:16, 11:5, 11:12, 25:10, 25:24, 27:16, 28:16, 29:19, 31:16, 33:2, 33:3, 34:14, 34:22, 45:7, 46:9, 46:20, 49:2, 56:11, 65:12, 66:24, 74:16, 74:21, 77:13, 77:20, 77:23, 81:21, 84:6, 90:5, 101:11, 102:2, 103:23, 104:22, 105:10, 108:23, 112:24, 116:17, 118:5, 122:10, 122:11
**one's** [7] - 26:2, 26:3, 27:16, 30:6, 45:6
**ones** [2] - 4:14, 87:5
**open** [10] - 14:1, 116:17, 116:25, 117:3, 117:6, 117:16, 117:17, 117:18, 118:1, 119:1
**opened** [6] - 97:14, 117:24, 117:25, 118:3, 118:7, 118:23
**opening** [16] - 9:14, 78:12, 85:11, 85:13, 85:14, 85:18, 85:20,

85:21, 86:19, 87:18, 97:22, 102:17, 119:6, 119:12, 122:5, 126:9
**opens** [1] - 116:17
**operations** [2] - 26:11, 28:23
**operator** [1] - 41:19
**opinion** [2] - 60:25, 81:20
**opinions** [1] - 16:10
**opportunity** [4] - 4:10, 85:10, 86:18, 95:22
**orange** [1] - 25:20
**order** [3] - 13:9, 79:11, 85:9
**orders** [1] - 14:2
**ordinarily** [1] - 4:6
**organization** [8] - 34:17, 63:5, 65:7, 88:12, 92:18, 93:14, 94:6, 94:15
**organizer** [2] - 88:11, 101:16, 106:20
**originally** [4] - 73:1, 73:10, 73:14, 75:6
**Orlando** [2] - 53:15, 54:1
**otherwise** [6] - 9:24, 19:7, 20:6, 21:10, 23:12, 103:8
**ought** [3] - 49:18, 49:24, 61:1
**ourselves** [1] - 5:3
**out-of-state** [1] - 5:12
**outlined** [2] - 13:4, 99:5
**outset** [1] - 9:21
**outside** [3] - 5:13, 83:11, 126:19
**overall** [1] - 95:2
**overpass** [2] - 109:24, 109:25
**owed** [4] - 91:8, 92:7, 92:15, 98:5
**own** [4] - 19:5, 25:19, 45:25, 111:19
**owned** [1] - 100:25, 106:3
**Oz** [7] - 97:9, 110:7, 110:8, 111:2, 124:20, 125:3, 125:16
**OZ** [1] - 110:8

**P**

**p.m** [1] - 1:7
**P.O** [1] - 1:24

**packaged** [1] - 97:18
**packed** [2] - 121:17, 121:21
**paid** [5] - 95:8, 98:17, 99:12, 108:20, 110:22
**painter** [1] - 31:19
**paled** [1] - 98:12
**pallets** [2] - 97:19, 97:21
**Palm** [1] - 47:11
**panel** [9] - 3:7, 6:6, 7:11, 19:17, 49:6, 63:1, 63:8, 64:8, 79:4
**panels** [1] - 10:21
**paper** [1] - 23:16
**papers** [1] - 87:2
**para** [1] - 91:17
**paralegal** [2] - 48:24, 50:14
**pardon** [1] - 44:15
**Parker** [1] - 23:5
**parra** [5] - 106:1, 106:24, 106:25, 107:6, 107:10
**Parra** [33] - 21:17, 23:6, 88:18, 88:23, 91:9, 91:14, 92:9, 92:16, 92:23, 93:2, 93:9, 93:12, 93:17, 93:20, 93:24, 94:5, 95:8, 95:15, 95:20, 95:25, 96:5, 98:7, 98:10, 98:18, 99:11, 101:2, 111:8, 112:9, 112:15, 122:5, 122:13, 124:17, 124:23
**Parra's** [5] - 92:13, 92:22, 94:8, 96:12, 98:25
**part** [11] - 15:22, 16:24, 34:9, 44:21, 92:15, 93:1, 93:15, 95:14, 97:25, 98:22
**part-time** [3] - 34:9, 44:21
**particular** [5] - 11:24, 15:21, 44:10, 109:20, 118:9
**Pasco** [2] - 30:12, 48:5
**passes** [1] - 72:3
**past** [5] - 29:23, 36:10, 97:4, 104:13, 126:11
**patience** [1] - 74:25
**Patrol** [5] - 89:2, 91:3, 96:9, 96:16, 125:7

**patrol** [1] - 21:19
**patsies** [1] - 104:12
**patsy** [1] - 105:11
**PAUSE** [1] - 77:12
**payment** [3] - 93:3, 93:13, 98:23
**payroll** [2] - 39:12, 39:19
**Pensacola** [1] - 29:8
**people** [22] - 8:15, 8:20, 11:8, 22:5, 54:19, 95:17, 104:11, 104:19, 105:1, 105:2, 106:17, 115:19, 116:4, 116:25, 117:2, 117:5, 117:7, 117:10, 117:24, 118:25, 125:25
**people's** [1] - 100:25
**percentage** [1] - 121:3
**perfectly** [2] - 85:16, 125:16
**perform** [1] - 10:3
**performance** [1] - 62:2
**perhaps** [1] - 62:17
**period** [4] - 45:15, 53:23, 101:15
**permit** [1] - 82:2
**permitted** [2] - 4:1, 93:2
**person** [8] - 34:24, 88:24, 91:13, 96:24, 119:1, 120:17, 122:16, 123:9
**person's** [1] - 54:4
**personal** [10] - 11:11, 11:13, 14:6, 16:7, 16:23, 19:5, 53:10, 54:20, 55:7, 58:25
**personally** [1] - 58:24
**personnel** [2] - 12:13, 13:10
**persons** [12] - 4:8, 4:12, 11:21, 11:23, 21:13, 21:15, 22:8, 68:5, 80:6, 89:24, 94:2, 117:3
**pertain** [1] - 84:17
**pertaining** [1] - 13:24
**pertains** [1] - 95:1
**pertinent** [1] - 17:2
**pet** [1] - 44:8
**Pete** [1] - 33:2
**Peter** [2] - 44:4, 68:11

**Petersburg** [1] - 88:20

**pharmaceutical** [1] - 38:9

**phone** [8] - 41:15, 59:16, 93:21, 93:23, 111:7, 111:8, 124:15, 124:16

**phonetic)** [1] - 106:10

**physical** [2] - 23:11, 40:19

**pick** [4] - 93:6, 93:21, 99:9, 100:7

**picked** [3] - 3:18, 88:2, 93:25

**picking** [2] - 3:24, 94:17

**pictures** [1] - 125:2

**piece** [1] - 116:19

**pilot** [1] - 99:25

**Pinellas** [2] - 109:8, 109:10

**Piscani** [2] - 42:17, 56:13

**Pittsburgh** [1] - 50:16

**place** [9] - 13:19, 30:5, 55:20, 65:24, 71:18, 74:3, 75:18, 76:9, 81:18

**Plaintiff** [1] - 1:6

**plan** [5] - 4:18, 90:1, 90:6, 93:1, 98:22

**planning** [2] - 35:14, 45:4

**plant** [1] - 45:6

**plaques** [1] - 31:17

**plastic** [2] - 116:16, 116:19

**play** [1] - 107:4

**played** [1] - 104:13

**playing** [1] - 107:2

**plea** [2] - 99:4, 123:19

**pleasure** [4] - 3:10, 3:13, 3:15, 20:22

**pled** [1] - 124:6

**plus** [1] - 56:6

**point** [8] - 5:10, 10:15, 65:22, 66:7, 66:9, 73:24, 85:15, 97:4

**pointed** [1] - 122:4

**points** [1] - 124:11

**poison** [2] - 116:5, 117:7

**Poke** [1] - 44:19

**police** [13] - 31:23, 32:1, 32:2, 32:8,

36:17, 37:9, 44:22, 54:19, 56:6, 56:17, 57:4, 57:5, 57:7

**political** [1] - 51:25

**Polynice** [1] - 21:19

**pool** [2] - 44:14, 44:16

**Porsches** [1] - 101:1

**Port** [3] - 30:11, 31:2, 46:8

**portion** [1] - 19:3

**portions** [2] - 17:2, 95:18

**posed** [1] - 6:5

**position** [11] - 32:14, 36:2, 37:18, 39:6, 45:18, 51:11, 54:6, 55:23, 67:17, 90:2

**positions** [1] - 83:21

**possess** [9] - 17:24, 18:13, 18:23, 103:3, 103:6, 103:12, 105:9, 107:20, 107:22

**possessed** [2] - 90:9, 105:24

**possession** [3] - 92:10, 95:21, 102:24

**possessions** [1] - 89:20

**possibility** [1] - 5:13

**possible** [1] - 85:5

**possibly** [1] - 106:15

**potential** [1] - 22:11

**pound** [1] - 95:5

**pounds** [8] - 88:1, 92:11, 94:23, 95:3, 95:6, 95:7, 98:6, 99:15

**power** [1] - 46:13

**practical** [1] - 33:15

**practice** [5] - 35:9, 35:12, 35:25, 38:19, 93:22

**precisely** [1] - 110:20

**preemptory** [4] - 68:4, 68:19, 70:6

**prefer** [1] - 11:17

**prejudice** [1] - 62:3

**prejudiced** [1] - 8:9

**preliminary** [2] - 37:11, 67:18

**presence** [3] - 9:22, 12:11, 82:3

**present** [5] - 6:7, 7:16, 8:10, 67:25, 90:13

**presented** [6] - 16:15, 62:8, 81:11, 81:15, 84:13, 102:4

**presently** [3] - 65:24, 72:14, 80:6

**preserved** [1] - 65:2

**PRESTON** [30] - 1:17, 3:4, 5:7, 14:21, 15:10, 19:18, 21:15, 63:2, 66:22, 67:4, 68:7, 68:15, 68:20, 68:24, 69:1, 69:6, 69:9, 69:12, 69:14, 72:3, 72:8, 74:6, 74:16, 76:3, 76:22, 77:3, 78:14, 87:21, 96:23, 127:6

**Preston** [11] - 5:2, 14:22, 19:21, 20:3, 21:12, 23:5, 77:23, 87:20, 89:12, 122:22, 123:4

**presume** [4] - 31:11, 120:15, 120:19, 120:21

**presumed** [1] - 61:13

**presumption** [2] - 61:16, 113:4

**pretext** [1] - 125:10

**pretty** [1] - 108:11

**prevent** [1] - 19:12

**prevention** [1] - 34:7

**previous** [13] - 23:21, 24:5, 24:23, 25:1, 26:14, 29:12, 30:18, 39:14, 40:23, 41:21, 45:10, 48:10, 91:8

**previously** [3] - 88:24, 94:7, 98:18

**Price** [2] - 21:19, 23:5

**price** [1] - 100:12

**primarily** [1] - 98:21

**primary** [1] - 8:25

**private** [2] - 99:23, 100:1

**privately** [1] - 11:17

**privilege** [1] - 10:18

**privileges** [1] - 10:17

**problem** [1] - 50:4

**procedure** [5] - 3:24, 60:13, 60:20, 81:5, 84:17, 85:2

**procedures** [1] - 84:19

**proceed** [6] - 12:2, 66:6, 78:10, 85:8, 85:23, 96:22

**proceeding** [2] - 52:8, 83:19

**PROCEEDING** [3] - 9:12, 65:5, 77:12

**PROCEEDINGS** [3] - 7:14, 67:22, 127:8

**proceedings** [4] - 12:7, 12:9, 13:20, 14:13

**process** [4] - 6:24, 16:25, 80:11, 98:10

**produce** [4] - 86:2, 86:6, 86:7, 86:8

**produced** [1] - 86:10

**product** [11] - 114:15, 116:8, 117:4, 117:7, 117:9, 117:10, 119:10, 120:16, 120:17, 120:18

**production** [1] - 85:23

**products** [1] - 115:25

**professional** [2] - 20:6, 21:10

**programmer** [1] - 43:25

**project** [1] - 41:5

**proof** [2] - 61:9, 121:19

**proper** [1] - 109:25

**property** [1] - 59:1

**proportionate** [1] - 8:7

**propose** [3] - 64:16, 112:17, 124:4

**proposes** [1] - 66:13

**proposition** [1] - 112:12

**prosecuted** [1] - 123:13

**prosecution** [8] - 32:14, 36:2, 37:18, 45:17, 53:1, 54:6, 89:15, 112:13

**prospective** [2] - 4:18, 77:2

**PROSPECTIVE** [138] - 24:18, 24:25, 25:2, 25:4, 25:16, 26:2, 26:6, 26:17, 27:2, 27:4, 27:13, 28:1, 28:3, 28:11, 28:21, 28:24, 29:4, 29:7, 29:14, 29:24, 30:10, 30:21, 30:25, 31:1, 31:13, 31:16, 31:22, 32:3, 32:7, 32:9, 32:16, 32:19, 32:21, 32:22, 33:9, 33:11, 33:23, 34:1, 34:3, 34:21, 35:3, 35:6, 35:10, 35:13, 35:17, 36:4, 36:7, 36:23,

37:1, 37:5, 37:8, 37:13, 37:19, 37:22, 37:24, 38:20, 38:25, 39:7, 39:9, 39:18, 39:21, 40:10, 40:13, 40:16, 41:1, 41:11, 42:1, 42:4, 42:13, 42:16, 42:25, 43:11, 43:22, 44:13, 44:16, 44:18, 45:19, 45:22, 46:7, 46:20, 47:2, 47:10, 47:24, 48:1, 48:4, 48:21, 49:2, 50:3, 50:5, 50:7, 50:13, 50:18, 50:20, 51:3, 51:7, 51:13, 51:16, 51:19, 52:15, 52:18, 52:25, 53:12, 53:14, 53:19, 53:24, 54:8, 54:13, 54:15, 54:18, 54:25, 55:3, 55:5, 55:12, 55:15, 55:24, 56:2, 56:4, 56:10, 56:13, 56:16, 56:22, 57:2, 57:10, 57:18, 58:2, 58:9, 58:13, 58:16, 58:20, 58:23, 59:5, 59:10, 59:15, 59:19, 59:23, 60:1, 60:3, 60:7

**protect** [2] - 117:7, 117:9

**prove** [7] - 101:18, 112:22, 112:24, 113:7, 123:24, 126:5

**proved** [1] - 61:19

**provide** [1] - 81:13

**provided** [1] - 19:4

**provisions** [1] - 18:3

**prying** [1] - 11:13

**public** [1] - 29:16

**Publix** [2] - 39:24, 40:3

**pulls** [1] - 119:3

**purchase** [1] - 99:9

**purchased** [1] - 100:19

**purchasing** [2] - 27:18, 101:3

**purpose** [8] - 11:6, 16:7, 16:8, 52:12, 87:18, 108:10, 113:9, 124:14

**pursuant** [3] - 91:19, 92:22, 93:24

**put** [14] - 9:1, 49:23, 50:25, 76:12, 76:15, 92:17, 93:5, 100:9, 103:17, 105:17, 107:15, 118:19,

119:15, 119:16

## Q

**qualifications** [3] - 13:1, 15:20, 16:4
**qualified** [1] - 12:22
**qualms** [1] - 122:22
**quantities** [2] - 95:4, 99:9
**quantity** [1] - 18:14
**questioning** [3] - 6:13, 11:6, 16:6
**questions** [14] - 6:4, 11:6, 11:10, 11:15, 11:21, 12:16, 13:22, 13:23, 15:19, 16:3, 60:19, 64:12, 81:4, 85:1
**Quinn** [3] - 21:21, 34:15, 34:20
**quite** [2] - 36:20, 57:22

## R

**race** [2] - 103:20, 103:21
**Racine** [1] - 25:13
**Raequel** [1] - 14:10
**rain** [1] - 82:22
**raise** [7] - 7:1, 19:8, 62:11, 62:13, 62:15, 67:1, 80:17
**raised** [4] - 19:9, 19:15, 62:20, 68:11
**Ramiro** [31] - 21:17, 23:6, 88:18, 88:23, 91:8, 91:14, 92:9, 92:13, 92:16, 92:22, 93:2, 93:9, 93:12, 93:17, 93:20, 93:24, 94:5, 95:14, 95:19, 95:25, 96:5, 96:12, 98:18, 98:25, 101:2, 111:8, 112:9, 112:15, 122:5, 122:13, 124:17
**ran** [1] - 57:20
**Range** [1] - 101:1
**rapidly** [1] - 7:20
**rate** [1] - 6:22
**rather** [4] - 7:19, 9:23, 84:22, 97:21
**Ray** [1] - 23:5
**reach** [3] - 33:6, 41:24, 42:1
**reaching** [3] - 60:23, 81:8, 86:15
**read** [7] - 8:24, 9:1,

17:1, 21:12, 22:4, 111:24, 125:18
**reading** [1] - 19:6
**ready** [3] - 15:9, 15:10, 15:12
**real** [4] - 43:14, 116:3, 116:15, 116:18
**realize** [1] - 10:2
**really** [6] - 35:17, 48:14, 51:7, 51:17, 121:9, 124:16
**rear** [1] - 79:13
**reason** [3] - 3:18, 8:25, 52:12, 62:16, 116:6
**reasonable** [10] - 12:15, 61:15, 61:20, 101:20, 102:23, 104:6, 113:2, 113:8, 123:25, 124:1
**rebuttal** [1] - 86:8
**receipt** [4] - 83:10, 92:11, 93:22, 126:17
**receive** [2] - 94:11, 95:10
**received** [3] - 95:9, 95:17, 99:11
**receiver** [2] - 119:4, 119:6
**receives** [1] - 119:9
**receiving** [3] - 88:4, 93:18, 119:1
**recently** [1] - 28:12
**RECESS** [2] - 7:13, 67:21
**recess** [8] - 7:10, 12:4, 12:6, 64:17, 65:21, 65:25, 82:9, 126:12
**recognize** [1] - 87:17
**recollection** [1] - 81:17
**reconvene** [6] - 12:6, 65:23, 67:9, 67:14, 126:13, 126:21
**record** [5] - 8:10, 8:12, 8:16, 14:20, 87:3
**recorded** [3] - 98:7, 111:16, 112:8
**recordings** [1] - 111:20
**recovering** [1] - 46:21
**recruits** [1] - 38:11
**reduced** [1] - 91:21
**refer** [1] - 84:4
**reference** [1] - 19:11
**referred** [1] - 85:10
**reflection** [1] - 16:23

**refuse** [1] - 107:11
**regard** [13] - 5:11, 23:17, 35:16, 49:7, 60:16, 69:2, 72:6, 74:17, 84:19, 89:20, 92:5, 101:6, 101:17
**regarding** [1] - 14:5
**regardless** [2] - 49:16, 60:25
**registered** [1] - 43:16
**regulation** [1] - 121:9
**related** [1] - 39:1
**relation** [1] - 11:23
**relations** [1] - 29:17
**relationship** [5] - 35:2, 54:3, 55:18, 55:19, 59:22
**rely** [1] - 81:16
**remaining** [2] - 69:10, 69:11
**remains** [1] - 61:17
**remember** [3] - 57:11, 84:11, 110:10
**remembering** [1] - 113:5
**remind** [2] - 6:18, 64:11
**removed** [1] - 98:2
**render** [2] - 62:7, 80:21
**rent** [2] - 105:2, 105:3
**Rental** [1] - 26:4
**rep** [1] - 38:9
**repeat** [1] - 16:6
**replace** [4] - 74:9, 74:10, 74:11, 74:12
**replaced** [1] - 4:15
**replacing** [1] - 69:25
**Reported** [1] - 2:3
**REPORTED** [1] - 2:6
**reporter** [2] - 13:17, 24:16
**Reporter** [2] - 2:3, 127:15
**reporting** [1] - 80:9
**represent** [3] - 14:25, 15:3, 15:6
**representation** [1] - 83:20
**representative** [1] - 8:6
**representing** [2] - 20:22, 89:14
**request** [1] - 63:3
**requests** [2] - 66:20, 66:22
**required** [2] - 61:21,

98:10
**requisite** [1] - 13:1
**research** [2] - 14:10, 42:21
**reserve** [2] - 25:23, 38:10, 78:25, 79:2, 85:14, 126:9
**residence** [1] - 23:19
**resolve** [2] - 66:10, 85:7
**resolved** [2] - 64:23, 85:2
**respective** [3] - 13:11, 20:9, 83:21
**responded** [3] - 48:18, 53:4, 53:9
**response** [6] - 11:17, 16:2, 62:14, 64:16, 65:14, 86:9
**responsibilities** [2] - 94:9, 94:17
**responsibility** [6] - 10:19, 82:15, 83:18, 84:14, 84:18, 92:14
**responsible** [2] - 89:14, 92:19
**rest** [1] - 5:8
**restaurant** [2] - 31:13, 82:10
**restroom** [1] - 64:13
**result** [1] - 93:14
**resulted** [1] - 89:3
**RESUMED** [2] - 9:12, 65:5
**retail** [2] - 26:20, 27:8
**retailer** [2] - 42:8, 42:14
**retire** [4] - 60:21, 81:6, 84:20, 87:12
**retired** [16] - 23:21, 25:6, 25:9, 27:8, 27:18, 27:20, 31:4, 31:23, 32:3, 38:5, 40:1, 40:21, 43:14, 43:16, 44:22, 57:4
**RETIRED** [2] - 80:12, 127:1
**return** [5] - 24:13, 25:14, 65:24, 100:13, 101:22
**RETURNED** [1] - 79:8
**returned** [2] - 24:10, 26:24
**reviewed** [1] - 85:25
**Richard** [3] - 21:19, 22:22, 23:4
**Richey** [3] - 30:11, 31:2, 46:8

**Rick** [1] - 22:22
**right-hand** [1] - 111:3
**rights** [2] - 10:7, 10:17
**rise** [3] - 3:2, 7:12, 66:2, 67:23, 79:7, 126:25
**road** [3] - 97:24, 109:11, 124:21
**Road** [1] - 97:5
**robbed** [1] - 58:3
**robbing** [1] - 57:20
**Robert** [4] - 21:18, 21:21, 34:15, 96:15
**rocket** [1] - 114:2
**Rodriguez** [7] - 3:9, 7:18, 8:2, 14:25, 20:12, 20:16, 102:11
**RODRIGUEZ** [33] - 1:21, 3:8, 3:14, 3:17, 4:3, 4:17, 4:22, 4:25, 5:21, 5:24, 6:9, 7:19, 7:23, 8:1, 8:16, 9:10, 14:23, 15:13, 20:11, 67:6, 69:3, 69:17, 71:10, 73:5, 77:9, 77:13, 78:1, 78:8, 78:17, 96:19, 102:10, 102:12, 127:7
**Roger** [2] - 43:11, 75:7, 75:25
**role** [1] - 95:14
**Ron** [2] - 30:10, 53:12
**Ronald** [3] - 71:19, 72:6, 80:2
**room** [1] - 84:20
**ROOM** [2] - 80:12, 127:1
**rooms** [1] - 47:13
**roth** [1] - 76:23
**Roth** [7] - 45:22, 59:10, 75:19, 75:23, 76:12, 76:20, 79:20
**roughly** [1] - 95:6
**round** [2] - 100:12, 113:19
**rounds** [1] - 73:23
**route** [1] - 97:4
**Rover** [1] - 101:1
**RPR** [2] - 2:3, 127:14
**rude** [1] - 82:13
**rule** [1] - 84:1
**rules** [3] - 60:22, 81:7, 86:14
**rulings** [1] - 83:14
**run** [3] - 32:24, 103:20, 103:21
**runs** [2] - 109:11,

109:21
**rush** [1] - 109:2
**Ruth** [1] - 22:25

**S**

**sad** [1] - 108:5
**safe** [1] - 93:5
**safes** [1] - 105:4
**safety** [2] - 45:7, 115:22
**sales** [6] - 26:20, 27:9, 31:25, 42:8, 42:13, 100:22
**salesman** [1] - 38:2
**salon** [1] - 29:10
**Sandi** [1] - 13:17
**SANDRA** [1] - 127:14
**Sandra** [3] - 2:3, 23:6, 127:14
**Sarasota** [1] - 25:5
**sat** [2] - 29:13, 102:16
**satisfaction** [2] - 11:2, 112:25
**satisfied** [1] - 58:11
**Saturday** [2] - 110:13, 119:3
**save** [1] - 106:6
**saw** [1] - 50:11
**Sawyer** [2] - 17:18, 18:10
**schedule** [3] - 5:11, 5:17, 13:4
**scheduled** [2] - 5:8, 9:25
**scheme** [3] - 88:13, 88:16, 113:15
**Schmidt** [1] - 22:24
**school** [9] - 25:7, 25:10, 29:20, 30:12, 34:23, 36:14, 43:17, 48:2, 48:5
**schooling** [1] - 30:22
**science** [1] - 51:25
**Science** [1] - 48:22
**scientist** [1] - 114:2
**Scott** [1] - 23:2
**seal** [19] - 115:3, 116:11, 116:12, 116:13, 116:16, 116:20, 116:23, 116:24, 117:3, 117:11, 117:19, 117:22, 117:23, 117:25, 118:2, 118:5, 118:6, 119:7, 119:12
**sealed** [5] - 116:25, 120:11, 120:12,

120:25, 121:17
**search** [2] - 89:4, 97:12
**Seat** [60] - 66:14, 66:15, 66:16, 66:17, 66:18, 66:25, 68:10, 68:21, 70:8, 70:11, 70:14, 70:20, 70:23, 71:2, 71:7, 71:8, 71:13, 71:14, 71:15, 71:16, 71:18, 71:19, 71:20, 71:21, 71:22, 71:23, 72:12, 72:15, 72:19, 73:1, 73:11, 73:14, 74:1, 74:3, 74:9, 74:10, 74:11, 74:12, 75:6, 75:15, 75:16, 75:18, 75:24, 75:25, 76:8, 76:9, 76:12, 76:19, 76:25, 78:5, 79:18, 79:19, 79:20, 79:24, 79:25, 80:1
**seat** [1] - 79:13
**seated** [17] - 11:25, 13:13, 13:18, 14:11, 19:23, 25:24, 26:24, 45:12, 49:22, 62:6, 66:5, 70:20, 70:22, 73:6, 79:10, 80:6, 127:3
**seats** [1] - 65:25
**second** [2] - 77:10, 77:13
**secretly** [1] - 112:8
**Section** [1] - 18:4
**sections** [1] - 94:14
**secure** [1] - 100:21
**securing** [2] - 36:17, 37:8
**SECURITY** [10] - 3:2, 7:12, 7:15, 66:2, 67:23, 68:1, 79:5, 79:9, 126:23, 127:2
**security** [7] - 9:13, 12:17, 13:25, 36:17, 36:22, 37:4, 37:10
**see** [20] - 9:6, 12:19, 13:7, 14:8, 29:10, 45:5, 48:7, 55:15, 70:2, 82:8, 82:25, 95:22, 103:7, 103:9, 110:18, 123:22, 124:19, 124:20, 125:2, 125:3
**seeing** [1] - 103:1
**seeking** [1] - 91:7
**seem** [1] - 11:10
**seized** [4] - 89:5, 97:16, 98:3, 100:17

**seizure** - 91:6, 91:10, 98:15
**selected** [6] - 11:22, 11:25, 16:22, 49:22, 60:9, 62:6
**selection** [1] - 16:25
**self** [7] - 25:18, 31:4, 31:5, 31:6, 31:11, 31:24, 51:23
**self-employed** [4] - 25:18, 31:5, 31:6, 31:24
**sell** [2] - 119:13, 123:2
**semi** [4] - 44:22, 108:10, 108:14, 125:12
**sending** [1] - 99:8
**sense** [5] - 102:3, 114:8, 115:15, 125:4
**sentence** [3] - 91:21, 123:3, 124:9
**Sergeant** [2] - 22:25, 43:5
**series** [1] - 11:5
**serious** [4] - 108:9, 108:11, 108:12, 113:14
**serve** [6] - 13:1, 15:21, 16:4, 16:21, 23:13, 60:10
**served** [15] - 24:10, 24:13, 25:13, 26:15, 26:22, 27:22, 28:9, 28:18, 39:15, 40:6, 41:9, 41:22, 42:22, 44:3, 46:17
**serves** [2] - 13:15, 14:12
**service** [42] - 9:25, 10:2, 10:20, 10:24, 20:4, 24:2, 24:3, 24:4, 24:5, 24:6, 24:24, 25:1, 25:19, 26:14, 26:22, 27:11, 28:18, 29:21, 30:7, 30:20, 36:15, 36:18, 36:22, 36:24, 37:2, 37:4, 40:5, 40:23, 40:24, 41:21, 42:22, 43:8, 43:9, 43:20, 44:3, 44:8, 44:9, 45:10, 46:3, 47:15, 100:2
**serving** [3] - 10:14, 10:19, 48:15
**set** [1] - 88:9
**Seth** [1] - 23:3
**sets** [1] - 17:2
**seven** [3] - 25:22, 26:18, 44:24

**shape** [1] - 82:6
**share** [3] - 10:16, 49:4, 126:15
**Sharon** [3] - 32:22, 54:15, 80:4
**sheet** [2] - 23:16, 116:16
**SHELDON** [1] - 1:8
**Sheldon** [29] - 14:16, 14:25, 17:16, 18:8, 20:14, 29:25, 71:17, 88:10, 88:24, 89:7, 89:17, 90:23, 91:7, 92:3, 92:7, 92:20, 93:7, 93:8, 94:19, 98:12, 98:13, 102:21, 103:10, 105:8, 105:10, 105:21, 105:24, 106:19, 107:17
**Shell** [1] - 30:3
**Shelley** [2] - 17:19, 18:11
**Shelton** [1] - 20:13
**sheriff** [1] - 55:8
**Sherwood** [2] - 21:20, 99:25
**shift** [1] - 4:22
**shifts** [1] - 61:11
**ship** [1] - 114:15
**shipment** [2] - 110:10, 120:25
**shipments** [2] - 90:23, 90:25
**shipped** [1] - 95:12
**shipper** [4] - 116:7, 117:4, 120:13, 121:15
**shippers** [1] - 115:17
**shipping** [1] - 114:6
**shop/wrecker** [1] - 25:19
**short** [3] - 3:23, 5:14, 6:1
**SHORTER** [1] - 1:8
**shorter** [4] - 15:14, 20:16, 78:18, 103:2
**Shorter** [44] - 1:21, 14:16, 15:1, 17:16, 17:19, 18:8, 18:11, 20:13, 88:10, 88:24, 89:7, 89:17, 90:23, 91:7, 92:4, 92:7, 92:20, 93:7, 93:8, 94:20, 98:8, 98:12, 98:16, 99:6, 99:8, 99:13, 99:22, 100:4, 100:16, 100:24, 101:2, 102:21, 103:6, 103:10, 103:25, 105:8, 105:10,

105:22, 105:24, 106:14, 106:19, 107:17
**Shorter's** [4] - 98:8, 98:13, 100:18, 101:14
**show** [27] - 86:21, 89:24, 101:7, 102:23, 103:5, 103:10, 103:24, 104:1, 104:8, 104:14, 105:9, 105:13, 105:15, 106:8, 106:14, 106:23, 106:24, 107:20, 108:5, 111:6, 111:10, 111:18, 111:25, 112:5, 112:20, 114:13, 122:3
**shown** [2] - 61:14, 103:22
**shrink** [1] - 97:19, 97:22
**shrink-wrap** [1] - 97:22
**shrink-wrapped** [1] - 97:19
**shut** [1] - 117:16
**sick** [3] - 116:6, 116:9, 117:8
**side** [11] - 86:18, 108:15, 109:3, 109:8, 110:3, 110:4, 110:7, 111:3, 114:17, 117:11
**SIDEBAR** [4] - 7:24, 9:11, 62:23, 65:4
**sidebar** [6] - 6:4, 7:22, 8:13, 62:22, 84:4, 84:25
**sight** [1] - 23:12
**signature** [1] - 119:11
**signed** [1] - 120:8
**significance** [1] - 100:6
**significant** [2] - 4:5, 5:25
**silos** [2] - 36:18, 37:9
**simply** [10] - 10:15, 11:18, 12:17, 16:24, 17:6, 17:10, 82:13, 83:23, 84:2, 84:19
**single** [6] - 24:21, 28:6, 28:15, 29:11, 42:9, 125:8
**sit** [4] - 11:22, 62:18, 84:24, 108:8
**sitting** [3] - 10:13, 44:8, 60:13, 65:24
**six** [4] - 30:18, 45:3, 71:22, 73:7
**skimming** [1] -

114:18
**skipped** [1] - 75:20
**slots** [1] - 99:17
**slow** [2] - 125:9, 125:14
**small** [1] - 41:5
**smoke** [1] - 103:7
**social** [3] - 20:6, 21:10, 59:22
**Sociology** [1] - 48:22
**software** [2] - 24:21, 41:6
**sold** [1] - 92:8
**sole** [2] - 11:20, 60:13
**solemnly** [2] - 7:3, 80:19
**someone** [3] - 104:17, 114:20
**somewhere** [1] - 110:3
**son** [10] - 28:16, 31:18, 38:7, 42:21, 43:18, 46:13, 46:15, 52:2, 56:18
**son's** [1] - 38:19
**Sonja** [1] - 26:7
**sons** [1] - 33:1
**soon** [2] - 64:16, 102:15
**sophisticated** [1] - 104:10
**sophomore** [1] - 26:12
**sorry** [8] - 36:5, 36:23, 38:4, 38:12, 50:21, 55:6, 72:4, 79:2
**sort** [1] - 103:20
**sorts** [3] - 117:2, 117:24, 118:24
**source** [2] - 83:11, 126:18
**south** [2] - 94:20, 109:21
**southbound** [1] - 110:2
**spanned** [1] - 101:15
**special** [3] - 16:11, 107:13, 117:12
**Special** [7] - 19:24, 21:17, 21:21, 22:21, 22:23, 22:24
**specialist** [2] - 34:8, 36:13
**specific** [1] - 117:21
**specifically** [1] - 116:23
**speculate** [2] - 83:6, 105:25

**speculating** [1] - 118:11
**spelled** [1] - 22:20
**spend** [3] - 53:16, 53:20, 104:24
**spent** [2] - 13:8, 119:18
**spirit** [1] - 10:20
**spoken** [2] - 3:19, 125:20
**spoking** [1] - 69:18
**spouse** [1] - 23:24
**Spring** [1] - 27:14
**Springhill** [1] - 47:3
**Springs** [1] - 44:5
**St** [4] - 1:19, 23:7, 33:2, 88:20
**stacked** [1] - 97:21
**stainless** [1] - 118:6
**stand** [6] - 24:14, 58:4, 80:17, 83:4, 86:4, 87:1
**standing** [2] - 15:7, 96:9
**start** [2] - 124:25, 125:4
**started** [1] - 35:6
**starting** [1] - 30:22
**state** [7] - 5:12, 14:19, 19:10, 96:20, 108:10, 121:4, 121:5
**State** [2] - 52:20, 97:5
**statement** [9] - 24:4, 36:21, 85:13, 85:14, 85:18, 85:22, 87:19, 122:5, 126:9
**statements** [9] - 13:21, 64:22, 78:13, 85:11, 85:20, 86:19, 86:22, 87:4, 87:13
**States** [20] - 9:18, 14:15, 14:22, 18:4, 18:5, 18:17, 19:2, 19:21, 21:22, 36:16, 43:5, 47:19, 52:9, 89:13, 89:15, 90:13, 91:18, 100:15, 101:25, 102:5
**STATES** [3] - 1:1, 1:4, 1:14
**station** [1] - 30:3
**statistically** [1] - 8:7
**status** [1] - 44:12
**Ste** [1] - 1:19
**steal** [1] - 117:10
**stealing** [2] - 114:21, 120:16
**steel** [5] - 36:11, 38:3, 117:20, 118:6

**stenographic** [1] - 127:10
**STENOGRAPHICA LLY** [1] - 2:6
**stepchildren** [2] - 31:7, 31:21
**STEPHEN** [1] - 2:1
**Stephenson** [1] - 23:1
**stepsons** [1] - 31:23
**Steven** [2] - 15:6, 21:4
**still** [10] - 29:19, 36:14, 44:25, 92:10, 93:10, 93:15, 95:20, 98:16, 98:19, 113:24
**stolen** [2] - 58:5, 59:1
**stop** [8] - 89:3, 96:16, 96:17, 100:4, 100:6, 125:7, 125:11, 125:12
**stopped** [2] - 89:1, 115:6
**stops** [1] - 125:10
**store** [4] - 26:21, 32:24, 54:19, 94:12
**stories** [1] - 57:11
**street** [5] - 82:9, 92:17, 106:9, 107:15, 122:21
**Street** [1] - 2:1
**streets** [1] - 89:9
**stricken** [1] - 4:9
**strictly** [1] - 38:25
**strike** [13] - 4:2, 4:11, 66:13, 66:21, 66:8, 68:10, 68:16, 72:5, 72:18, 73:1, 73:10, 74:5, 77:3, 77:15, 77:24, 77:25, 78:5
**strikes** [9] - 4:7, 4:11, 67:18, 72:2, 74:15, 74:20, 74:23, 77:19
**strong** [2] - 63:8, 65:10
**struck** [4] - 4:13, 4:14, 68:18, 69:12
**Stuckert** [1] - 44:19
**studied** [2] - 48:20, 51:24
**studies** [1] - 49:1
**study** [1] - 51:24
**studying** [1] - 48:23
**stuff** [1] - 112:6
**stupid** [1] - 107:17
**subject** [1] - 16:12
**submit** [2] - 122:17, 125:22

**substance** [10] - 18:1, 18:2, 18:14, 18:16, 18:24, 19:1, 89:21, 90:3, 90:10, 101:9
**substantive** [1] - 89:19
**successful** [2] - 113:23, 113:25
**succession** [1] - 4:15
**sufficient** [1] - 68:17
**sufficiently** [1] - 65:10
**suggested** [1] - 97:1
**Suite** [1] - 1:22
**summarize** [1] - 86:20
**Super** [2] - 5:5, 5:15
**supermarket** [1] - 46:16
**Supermarkets** [1] - 39:25
**supervisor** [3] - 39:11, 39:18, 43:19
**support** [4] - 41:15, 63:5, 85:24, 90:14
**supports** [1] - 65:8
**supposedly** [1] - 113:15
**Suppress** [1] - 64:21
**suppress** [1] - 64:22
**surmise** [1] - 96:11
**swayed** [1] - 62:1
**swear** [4] - 6:22, 7:3, 80:13, 80:19
**Swihart** [9] - 30:10, 53:12, 68:22, 69:2, 69:24, 71:19, 72:4, 72:6, 80:2
**sworn** [4] - 49:13, 61:2, 61:5, 81:1
**sympathy** [1] - 62:3
**synopsis** [1] - 3:23
**system** [4] - 46:12, 46:15, 60:12, 104:13
**systems** [1] - 39:24

**T**

**table** [3] - 4:23, 19:23, 121:19
**tainted** [2] - 115:23, 116:2
**taints** [1] - 120:18
**TAKEN** [2] - 7:13, 67:21
**Tammitha** [1] - 24:19
**Tammy** [5] - 39:9,

40:13, 71:24, 74:5, 80:1
**Tampa** [26] - 1:19, 1:20, 1:24, 2:2, 2:5, 9:20, 26:7, 28:14, 29:9, 29:15, 29:17, 33:5, 34:4, 35:10, 43:2, 93:5, 93:21, 96:3, 96:7, 100:4, 106:8, 108:15, 109:3, 109:5, 110:16, 110:23
**Tampanians** [1] - 109:6
**tapes** [1] - 92:5
**Tarpon** [1] - 44:5
**tasked** [1] - 93:17
**tax** [1] - 121:8
**teacher** [4] - 25:7, 25:11, 42:20, 43:17
**teaches** [1] - 30:14
**Teamsters** [1] - 114:14
**technology** [2] - 41:19, 111:16
**telephone** [3] - 46:10, 93:25, 95:25
**ten** [2] - 32:4, 40:7, 41:3
**tend** [2] - 32:13, 56:10
**term** [3] - 3:25, 10:24
**terms** [1] - 94:23
**Terra** [1] - 27:5
**terrible** [1] - 115:24
**terroristic** [1] - 116:4
**testify** [3] - 8:20, 87:2, 87:9
**testifying** [3] - 19:24, 87:8, 91:19
**testimony** [15] - 81:11, 81:14, 81:22, 85:24, 86:2, 86:7, 86:9, 98:25, 102:3, 113:1, 115:2, 117:15, 118:1, 118:14, 119:20
**Texas** [1] - 38:14
**THE** [275] - 1:1, 1:1, 1:14, 3:3, 3:5, 3:12, 3:16, 3:25, 4:4, 4:20, 4:24, 5:18, 5:23, 6:2, 6:10, 6:18, 6:20, 6:25, 7:7, 7:9, 7:13, 7:17, 7:22, 7:24, 8:12, 8:19, 8:23, 9:8, 9:11, 9:12, 9:13, 12:25, 15:8, 15:12, 15:18, 20:2, 20:15, 20:23, 21:6, 22:1, 22:14, 22:18, 23:8, 24:23, 25:1, 25:3, 25:15, 25:25,

26:5, 26:16, 26:25, 27:3, 27:12, 27:24, 28:2, 28:19, 28:23, 29:1, 29:6, 30:9, 30:19, 30:24, 31:9, 31:14, 31:20, 32:1, 32:5, 32:8, 32:10, 32:17, 32:20, 33:7, 33:10, 33:21, 33:25, 34:2, 34:19, 35:1, 35:5, 35:8, 35:11, 35:15, 35:22, 36:6, 36:20, 36:25, 37:3, 37:6, 37:11, 37:15, 37:20, 37:23, 38:18, 38:22, 39:2, 39:8, 39:16, 39:20, 40:8, 40:11, 40:15, 40:25, 41:10, 41:24, 42:3, 42:12, 42:15, 42:24, 43:10, 44:4, 44:10, 44:15, 44:17, 45:13, 45:21, 46:6, 46:19, 47:1, 47:9, 47:17, 47:25, 48:3, 48:7, 48:25, 49:3, 50:4, 50:6, 50:9, 50:17, 50:19, 50:21, 51:5, 51:8, 51:14, 51:18, 52:5, 52:17, 52:22, 53:2, 53:13, 53:17, 53:23, 54:2, 54:11, 54:14, 54:17, 54:22, 55:1, 55:4, 55:10, 55:14, 55:17, 55:25, 56:3, 56:8, 56:12, 56:15, 56:20, 56:23, 57:8, 57:14, 57:23, 58:7, 58:11, 58:14, 58:18, 58:22, 59:2, 59:6, 59:13, 59:18, 59:21, 59:24, 60:2, 60:6, 60:8, 62:23, 62:25, 63:12, 63:21, 64:2, 64:5, 64:7, 64:15, 64:23, 64:25, 65:3, 65:4, 65:5, 65:6, 66:4, 66:5, 66:12, 67:3, 67:9, 67:14, 67:16, 67:20, 67:21, 67:25, 68:3, 68:14, 68:17, 68:23, 68:25, 69:5, 69:8, 69:11, 69:13, 69:15, 69:19, 69:22, 69:25, 70:3, 70:8, 70:13, 70:16, 70:18, 70:21, 70:24, 71:3, 71:6, 71:12, 72:7, 72:10, 72:14, 72:19, 72:24, 73:4, 73:7, 73:12, 73:19,

73:25, 74:8, 74:18, 74:22, 75:1, 75:4, 75:10, 75:14, 75:23, 76:4, 76:7, 76:14, 76:18, 76:24, 77:5, 77:8, 77:18, 77:22, 78:3, 78:7, 78:10, 78:16, 78:19, 78:23, 79:3, 79:8, 80:12, 80:13, 80:24, 80:25, 96:22, 102:9, 102:11, 107:24, 108:1, 126:7, 126:10, 127:1, 127:4
**themselves** [4] - 90:8, 104:15, 105:6, 106:7
**THEN** [2] - 7:13, 67:21
**Theodore** [2] - 7:8, 7:9
**theory** [1] - 112:12
**therapy** [1] - 40:20
**THEREUPON** [6] - 7:13, 66:4, 67:21, 79:8, 80:12, 127:1
**they've** [4] - 82:11, 105:1, 105:2, 124:23
**thick** [1] - 116:19
**thirty** [1] - 78:14
**thirty-five** [1] - 78:14
**Thomas** [9] - 13:14, 14:14, 22:24, 29:15, 36:7, 71:15, 71:22, 74:2, 79:24
**thoughts** [2] - 49:16, 49:23
**thousand** [3] - 89:18, 94:25, 99:15
**thousands** [2] - 88:14, 94:21
**threat** [2] - 107:8, 107:14
**three** [13] - 8:21, 25:6, 25:22, 31:7, 31:22, 34:12, 43:6, 45:24, 55:12, 58:5, 72:1, 74:14, 78:24
**throughout** [4] - 61:17, 93:3, 94:9, 105:1
**throwaway** [1] - 93:23
**Thursday** [2] - 5:9, 110:15
**ticket** [3] - 26:10, 104:18, 107:1
**tie** [1] - 112:17
**TIME** [2] - 7:24, 62:23
**Title** [1] - 18:3

**TO** [3] - 79:8, 80:12, 127:1
**today** [1] - 89:12
**together** [2] - 6:15, 35:3
**Tommy** [1] - 71:24
**tomorrow** [5] - 82:9, 126:13, 126:15, 126:21, 127:4
**Tomsich** [1] - 14:11
**tones** [2] - 84:7, 85:1
**took** [2] - 48:23, 50:7
**top** [1] - 114:18
**touch** [2] - 59:17, 103:7
**touching** [1] - 14:5, 15:20, 16:3, 51:9, 102:25
**toward** [7] - 36:1, 37:17, 39:5, 45:17, 51:11, 54:5, 55:22
**towards** [1] - 98:20
**toys** [1] - 47:12
**tractor** [14] - 87:25, 89:4, 94:3, 95:11, 96:1, 97:11, 97:13, 97:14, 97:19, 99:10, 99:16, 115:7, 115:8, 115:10
**tractor-trailer** [9] - 87:25, 89:4, 94:3, 96:1, 97:11, 97:13, 97:14, 97:19, 99:10
**tractor-trailers** [2] - 95:11, 99:16
**traffic** [2] - 40:21, 125:11
**trafficker** [1] - 123:16
**trailer** [20] - 87:25, 89:4, 94:3, 96:1, 97:11, 97:13, 97:14, 97:19, 99:10, 108:10, 108:14, 115:6, 115:7, 115:9, 115:10, 115:11, 116:18, 117:5, 118:15, 121:16
**trailers** [3] - 95:11, 99:16, 118:12
**train** [1] - 38:11
**trained** [1] - 38:11
**training** [2] - 37:11, 37:14
**transcribes** [1] - 13:19
**TRANSCRIPT** [1] - 1:13
**transcript** [5] - 81:14, 111:23, 112:3, 112:4, 125:19
**transcription** [1] -

127:10
**TRANSCRIPTION** [1] - 2:7
**transportation** [2] - 88:9, 88:16
**transported** [3] - 88:2, 88:6, 99:22
**travel** [3] - 5:11, 5:15, 97:4
**treatment** [1] - 122:25
**TRIAL** [1] - 1:13
**trial** [30] - 5:7, 9:3, 10:7, 11:4, 12:3, 16:5, 16:16, 19:24, 38:16, 60:21, 61:10, 61:18, 80:21, 81:6, 81:12, 81:16, 81:25, 83:14, 83:25, 85:3, 85:8, 85:15, 91:19, 94:24, 102:1, 103:23, 105:21, 108:8, 113:14, 115:2
**tried** [4] - 11:24, 14:7, 16:12, 78:8
**trip** [3] - 100:2, 100:12, 100:13
**trips** [1] - 99:14
**Trooper** [7] - 21:18, 23:2, 96:15, 96:25, 97:1, 97:20, 98:1
**trophies** [1] - 31:17
**truck** [38] - 28:15, 28:21, 28:25, 58:24, 89:1, 96:23, 97:11, 97:23, 108:10, 108:14, 108:19, 110:6, 110:16, 110:21, 111:22, 112:10, 112:17, 114:4, 114:19, 115:4, 115:13, 116:12, 118:9, 119:3, 119:16, 119:24, 120:11, 120:13, 120:21, 120:24, 121:12, 121:14, 121:15, 121:16, 121:20, 123:11, 125:12
**trucker** [3] - 115:18, 119:22, 120:6
**truckers** [4] - 115:16, 120:15, 121:12, 121:13
**trucking** [4] - 116:22, 119:20, 119:21, 121:1
**trucks** [3] - 94:12, 115:19, 119:23
**true** [5] - 36:5, 68:14, 80:20, 80:21, 127:9

**truly** [2] - 7:4, 80:20
**trust** [5] - 93:14, 93:15, 120:14, 120:20, 120:22
**truth** [2] - 16:1, 106:16
**truthful** [1] - 16:2
**try** [10] - 4:21, 13:3, 13:6, 51:3, 57:12, 80:20, 81:1, 85:4, 90:1, 111:23
**trying** [6] - 3:10, 16:7, 84:9, 121:12, 124:8, 124:25
**Turcotte** [2] - 44:4, 68:11
**turn** [3] - 96:12, 98:11, 125:1
**turned** [3] - 92:12, 95:21, 100:7
**Turner** [1] - 22:23
**turning** [1] - 110:2
**two** [53] - 8:3, 25:21, 25:22, 27:15, 28:6, 30:5, 31:5, 31:24, 33:1, 33:17, 38:7, 38:14, 42:20, 43:23, 45:5, 47:3, 53:24, 64:7, 74:23, 89:24, 95:20, 100:5, 100:8, 100:13, 104:9, 106:5, 106:22, 108:6, 108:22, 111:8, 111:22, 112:10, 112:17, 113:8, 113:12, 115:6, 116:25, 117:2, 117:5, 117:24, 118:8, 118:14, 118:24, 120:9, 120:22, 121:11, 121:24, 124:5, 124:12, 125:24
**Tylenol** [1] - 115:23
**type** [1] - 116:4

## U

**U-turn** [1] - 125:1
**U.S** [15] - 1:18, 1:18, 2:4, 100:17, 109:17, 109:19, 109:20, 109:23, 109:25, 110:4, 110:25, 111:4, 124:21, 125:2
**Ulmerton** [9] - 109:11, 109:14, 109:15, 109:16, 109:23, 110:5, 111:4, 124:21

**ultimately** [5] - 89:3, 90:16, 94:19, 96:15, 98:3
**unable** [1] - 125:23
**unanswered** [1] - 83:6
**under** [5] - 60:12, 88:23, 92:21, 97:15, 99:4
**undercover** [3] - 56:7, 57:12, 92:24
**underlying** [1] - 58:15
**underneath** [1] - 111:4
**unduly** [1] - 11:13
**unemployed** [3] - 23:21, 30:6, 44:7
**unemployment** [1] - 44:12
**unfortunately** [1] - 113:14
**union** [1] - 114:20
**unions** [1] - 120:15
**United** [20] - 9:18, 14:15, 14:22, 18:4, 18:5, 18:17, 19:2, 19:21, 21:22, 36:16, 43:5, 47:19, 52:9, 89:13, 89:15, 90:13, 91:18, 100:14, 101:25, 102:5
**UNITED** [3] - 1:1, 1:4, 1:14
**University** [1] - 43:19
**unknown** [2] - 17:13, 17:23
**unlawful** [2] - 90:1, 90:6
**unless** [1] - 117:17
**unlike** [1] - 89:6
**unload** [1] - 94:11
**unrecovered** [1] - 59:1
**unrelated** [1] - 107:7
**up** [29] - 5:14, 9:5, 37:9, 45:1, 45:2, 51:21, 53:6, 56:6, 68:23, 84:23, 88:2, 88:9, 93:6, 93:21, 93:25, 94:17, 95:16, 97:25, 100:7, 104:18, 109:10, 109:13, 109:17, 114:21, 116:17, 117:3, 117:17, 120:8, 126:19
**usage** [1] - 15:25
**utilized** [3] - 6:22, 6:23, 73:7

**V**

**Valcy** [2] - 17:21, 18:21
**Vallejo** [1] - 21:24
**valued** [1] - 92:13
**van** [1] - 42:18
**Van** [1] - 100:3
**Vanhook** [2] - 41:12, 52:19
**various** [3] - 9:24, 66:7, 87:2
**vehicles** [1] - 100:23
**venire** [5] - 8:5, 8:10, 9:6, 63:3, 63:4
**VENIRE** [2] - 66:4, 80:12
**Verde** [1] - 27:5
**verdict** [27] - 16:17, 24:10, 24:11, 24:13, 25:14, 26:24, 33:6, 38:13, 38:17, 40:7, 41:25, 42:2, 46:5, 49:12, 49:14, 60:11, 60:22, 60:24, 61:3, 61:6, 61:25, 62:8, 80:22, 81:2, 81:7, 86:16, 87:12
**verdicts** [3] - 38:15, 81:9, 101:22
**versus** [2] - 14:16, 56:11
**victim** [1] - 57:16
**view** [3] - 58:21, 61:3, 68:18
**views** [2] - 63:8, 65:11
**Vincent** [1] - 23:7
**violation** [5] - 18:5, 18:16, 49:13, 61:2, 61:5
**visit** [1] - 107:10
**visited** [1] - 59:12
**voice** [1] - 24:15
**voir** [5] - 6:1, 6:3, 6:12, 15:22, 15:24
**VOLCY** [1] - 1:9
**Volcy** [25] - 2:1, 8:18, 14:17, 15:7, 17:21, 18:21, 21:5, 21:8, 23:7, 87:23, 88:8, 89:16, 91:11, 96:6, 97:7, 101:13, 104:2, 108:7, 108:14, 109:1, 113:13, 115:12, 120:13, 120:20, 123:10

**W**

**Wade** [1] - 22:23
**wait** [1] - 77:23
**waitress** [1] - 41:20
**Wakeland** [2] - 39:10, 40:14
**Wakeland-DeJesus** [2] - 39:10, 40:14
**walked** [2] - 57:18, 57:19
**Walmart** [7] - 97:3, 97:5, 113:22, 114:7, 114:16, 119:2, 119:10
**Walmart's** [1] - 113:23
**Walter** [4] - 36:8, 71:22, 74:2, 79:24
**wand** [1] - 107:13
**warehouse** [13] - 88:19, 88:22, 94:5, 95:13, 96:7, 99:12, 99:15, 112:1, 112:2, 112:6, 112:14, 112:16, 125:21
**warehouses** [2] - 94:11, 105:3
**WAS** [6] - 7:13, 7:25, 9:11, 62:24, 65:4, 67:21
**Washington** [2] - 1:21, 38:8
**waste** [2] - 28:15, 28:22
**water** [1] - 114:23
**weather** [1] - 82:21
**week** [6] - 5:1, 5:4, 5:20, 13:6, 102:18, 109:2
**weekday** [1] - 109:2
**weigh** [1] - 94:13
**weighing** [1] - 122:18
**welcome** [2] - 9:15, 12:10
**welfare** [1] - 14:6
**Wesley** [1] - 28:13
**West** [1] - 2:1
**west** [6] - 90:24, 109:7, 109:11, 109:12, 109:15, 109:16
**westbound** [1] - 111:3
**whatsoever** [4] - 20:5, 20:18, 21:1, 21:9
**WHEREUPON** [2] - 9:11, 65:4

**WHICH** [2] - 7:24, 62:23
**white** [1] - 111:24
**whole** [3] - 108:8, 113:4, 116:21
**wholesale** [1] - 45:25
**wife** [11] - 27:20, 27:25, 30:14, 36:12, 38:4, 38:5, 42:19, 43:8, 43:15, 44:8, 47:11
**wife's** [2] - 40:1, 53:14
**willfully** [2] - 17:22, 90:6
**WILLIAM** [1] - 1:14
**William** [1] - 9:15
**willing** [1] - 12:14
**Wisconsin** [1] - 25:13
**wish** [3] - 3:6, 22:3, 78:12
**witness** [15] - 5:14, 8:15, 21:13, 22:11, 63:17, 63:19, 63:24, 64:1, 83:3, 86:3, 87:1, 119:11, 122:9, 123:21
**witnessed** [2] - 119:7, 119:8
**witnesses** [9] - 5:12, 8:14, 9:5, 21:16, 22:6, 34:14, 87:1, 87:9, 106:4
**women's** [1] - 26:20
**wonder** [1] - 46:21
**wondering** [1] - 48:6
**word** [6] - 5:25, 112:1, 112:5, 124:5, 124:7, 125:24
**words** [2] - 15:24, 125:20
**worker** [1] - 36:11
**works** [15] - 26:3, 26:10, 30:4, 33:2, 33:3, 34:15, 34:24, 45:6, 46:12, 46:13, 46:14, 46:16, 119:20, 119:21, 120:7
**World** [1] - 53:21
**world** [2] - 113:19, 122:6
**worth** [3] - 88:14, 94:22, 114:15
**wrap** [1] - 97:22
**wrapped** [1] - 97:19

**Y**

**year** [7] - 34:23, 35:7,

39:13, 40:3, 45:2, 46:9
**years** [62] - 24:20, 25:6, 26:8, 26:19, 27:6, 27:7, 27:15, 28:5, 28:14, 29:9, 29:16, 30:1, 30:12, 31:3, 32:4, 32:23, 33:13, 34:4, 34:5, 36:9, 36:10, 38:1, 39:11, 40:7, 40:18, 41:3, 41:4, 41:13, 41:14, 42:6, 42:7, 42:17, 43:1, 43:13, 43:17, 43:23, 43:24, 44:5, 44:20, 44:23, 44:24, 45:23, 46:10, 47:3, 47:4, 47:11, 50:8, 50:14, 51:23, 53:24, 55:13, 56:7, 56:17, 59:19, 99:6, 104:24, 106:25, 113:16, 115:23
**yogurt** [1] - 58:4
**York** [2] - 42:21, 56:18
**young** [1] - 40:11
**Youngman** [5] - 24:17, 24:19, 50:10, 70:7, 79:12
**yourself** [2] - 19:17, 62:17
**yourselves** [4] - 20:9, 23:17, 82:1, 126:17

**Z**

**Zephyrhills** [1] - 36:8