IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE No. 8:08 CR 270 T 24 EAJ

UNITED STATES OF AMERICA

      Plaintiff,

v.
                      January 29, 2009
                      9:30 a.m.

SHELDON SHORTER
JEAN EVENS BAPTISTE
HARDAWAY VOLCY

      Defendants.
_____/

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE WILLIAM J. CASTAGNA
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Government:    JAMES PRESTON
                      Assistant U.S. Attorney
                      U.S. Attorney's Office
                      400 North Tampa St.,
                      Ste. 3200
                      Tampa, FL 33602

For the Defendant:    HUGO A. RODRIGUEZ
Shorter                  1210 Washington Avenue
                      Suite 245
                      Miami Beach, FL  33139

For the Defendant:    JORGE CHELALA
Baptiste                 Chalela Law Group
                      3111 W MLK Blvd - Ste 100
                      PO Box 173407
                      Tampa, FL 33672-0407

For the Defendant:        STEPHEN CRAWFORD
Volcy                     Law Office of Stephen M.
                          Crawford
                          610 W Bay St
                          Tampa, FL 33606


Reported By:              Sandra K. Lee, RPR
                          Official Court Reporter
                          U.S. District Court
                          801 North Florida Avenue
                          Tampa, FL 33602
                          (813) 301-5699

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

<u>INDEX</u>

WITNESS:                                          PAGE:

**ROBERT LANESE**                                    6
     REDIRECT EXAMINATION                            6
BY MR. PRESTON
     CROSS-EXAMINATION                              18
BY MR. CRAWFORD:
     REDIRECT EXAMINATION                           20
BY MR. PRESTON
**PRICE POLYNICE**                                  29
     DIRECT EXAMINATION                             29
BY MR. PRESTON
     CROSS-EXAMINATION                              58
BY MR. CRAWFORD:
     REDIRECT EXAMINATION                           80
BY MR. PRESTON:
ROBERT LANESE                                       82
     DIRECT EXAMINATION                             82
BY MR. PRESTON
     CROSS EXAMINATION                              84
BY MR. CHELALA
     REDIRECT EXAMINATION                           96
BY MR. PRESTON
**RICHARD MORELLO**                                111
     DIRECT EXAMINATION                            112
BY MR. PRESTON
     CROSS-EXAMINATION                             131
BY MR. PRESTON
     REDIRECT EXAMINATION                          135
BY MR. PRESTON
**BARRY GOLDEN**                                   137
     DIRECT EXAMINATION                            138
BY MR. PRESTON
     CROSS-EXAMINATION                             141
BY MR. RODRIGUEZ
     REDIRECT EXAMINATION                          142
BY MR. PRESTON
**CHRIS ADAM**                                     143
     DIRECT EXAMINATION                            144
BY MR. PRESTON
     CROSS-EXAMINATION                             149
BY MR. RODRIGUEZ
**JAMES MORGAN, JR.,**                             150
     DIRECT EXAMINATION                            151
BY MR. PRESTON
     CROSS-EXAMINATION                             160
BY MR. RODRIGUEZ

        REDIRECT EXAMINATION                    165
BY MR. PRESTON
**BILLY RAY PRICE**                            184
        DIRECT EXAMINATION                      185
BY MR. CRAWFORD:
        CROSS-EXAMINATION                       220
BY MR. PRESTON
        REDIRECT EXAMINATION                    241
BY MR. CRAWFORD:
**JEAN EVENS BAPTISTE**                         244
        DIRECT EXAMINATION                      245
BY MR. CHALELA

* * * * *

<u>EXHIBITS:</u>                    <u>IDENTIFIED:</u>

<u>EXHIBITS:</u>                    <u>RECEIVED:</u>

    38                      15
    57                      18
    13 and 13A              36
    36                      83
    23                      123
    26                      127
    29                      153
                            168

1               P R O C E E D I N G

2          COURT SECURITY OFFICER:  All rise for

3   the jury.

4    (THEREUPON, THE JURY RETURNED TO THE COURTROOM.)

5          COURT SECURITY OFFICER:  All rise.  The

6   Honorable William J. Castagna presiding.  This

7   Honorable Court is now in session.

8          THE COURT:  Good morning, ladies and

9   gentlemen.

10          MEMBERS OF THE JURY:  Good morning, Your

11   Honor.

12          THE COURT:  We are prepared to proceed,

13   counsel?

14          MR. PRESTON:  Yes, Your Honor.

15          MR. CHELALA:  Yes, Your Honor.

16          THE COURT:  You may continue,

17   Mr. Crawford.

18          MR. CRAWFORD:  Thank you, Your Honor.

19   I'm done.

20          THE COURT:  All right.

21          MR. CHELALA:  I have no questions, Your

22   Honor.

23          THE COURT:  Any other cross-examination

24   by defense counsel?

25          MR. RODRIGUEZ:  No, Your Honor.

1          THE COURT:  All right.  Redirect.

2          MR. PRESTON:  Yes, Your Honor.

3              ROBERT LANESE,

4   a witness, having been previously sworn to tell

5   the truth, the whole truth and nothing but the

6   truth, was examined and testified as follows:

7              REDIRECT EXAMINATION

8   BY MR. PRESTON:

9   Q.    Trooper Lanese, you were asked by

10  Mr. Crawford about your observations of

11  Mr. Baptiste at the stop.

12       What observations did you make when you

13  first encountered defendant Volcy?

14  A.    I approached the passenger side of the --

15  the tractor trailer and observed Mr. Volcy either

16  taking apart a phone or putting a phone together.

17          MR. CRAWFORD:  Judge, I'm going to

18  object.  Outside the scope of cross.  And ask to

19  approach.

20          THE COURT:  What about that,

21  Mr. Preston?

22          MR. PRESTON:  Mr. Crawford was inquiring

23  about the trooper's observations of the defendant

24  Baptiste, Your Honor.  These are additional

25  observations at the time of the arrest.

1          THE COURT:  Objection is overruled.

2          MR. CRAWFORD:  May I approach for just a

3     moment, Your Honor?

4          THE COURT:  Pardon?

5          MR. CRAWFORD:  May I approach for just a

6     moment?

7          THE COURT:  You may.

8          MR. CRAWFORD:  Thank you.

9          (AT WHICH TIME THE FOLLOWING SIDEBAR

10    DISCUSSION WAS HELD:)

11         MR. CRAWFORD:  Judge, I asked about the

12    demeanor of the driver of the vehicle,

13    Mr. Baptiste, when he got out.  I didn't say a

14    word about what my client's interaction was with

15    this trooper during cross.

16         In fact I was surprised when Mr. Preston

17    finished his direct examination that he did not go

18    into this episode about destroying or taking apart

19    his cell phone, so I didn't touch it.

20         And now to allow Mr. Preston to do it on

21    redirect is outside of my cross which I

22    deliberately limited so as not to open that door.

23    And he's going to have the last word.

24         THE COURT:  How about that, Mr. Preston?

25         MR. PRESTON:  Well, Judge, I could

1    recall the witness.  Secondly, by asking the

2    questions about this trooper's interpretation of

3    observations at the time of the encounter, Mr.

4    Crawford has put into question whether this

5    trooper had in fact reasonable experience to

6    determine whether there was suspicious activity

7    taking place at the time.

8         These were additional suspicious

9    activities that the trooper observed.  And it goes

10   to the reason from -- why Mr. Crawford questioned

11   the trooper in regard to Mr. Baptiste's demeanor

12   at the time of the encounter suggesting there was

13   an innocent explanation that puts the trooper's

14   observations into question.

15        Additional observations also show

16   suspicious activity at the time of the stop.

17            THE COURT:  Well, it's a -- a thin case

18   as far as a connection between the direct and

19   cross.  But you do have the option.  And the Court

20   would grant you leave to recall the witness if

21   that were necessary.

22        And simply in the interest of time, I

23   think it is not necessary.  If you want to make

24   any further inquiry on that subject, I'll give you

25   leave to do so.

1          MR. CRAWFORD:  Thank you, sir.

2          MR. PRESTON:  Judge, while we're up here

3    there is one other matter that would be possibly

4    objected to as outside the scope.  Mr. Crawford

5    had a question about the seal in regards to the

6    truck.

7          THE COURT:  Yes.

8          MR. PRESTON:  In examining the photos

9    there is a red object in the corner of the bumper

10   area of the tractor trailer.  And I've obtained a

11   photograph from Countryside Baking which is a

12   photo of the seal that they use to seal trucks,

13   and it is red in nature.

14          I plan on asking the trooper if he knows

15   what the object is in the corner of the

16   photograph, whether a photo of the seal from

17   Countryside Baking might assist him in his

18   recollection of whether he might have broken the

19   seal on that truck that night.

20          I think it helps the defense potentially

21   basically in their defense, but it's not something

22   that I want hidden from the jury.  And that's why

23   I'm trying to bring to everyone's attention.

24          THE COURT:  Do you have any problem with

25   that?

1    MR. CRAWFORD:  No.  And -- and -- and I

2 agree that this is an issue that needs to be fully

3 explored.  We haven't seen the photograph from

4 Countryside Bakery, which we'd like to look at.

5    And perhaps as part of our recross if

6 the Court is so inclined we might be able to use

7 that to explore it in a little more detail.

8    THE COURT:  All right.  Is that

9 photograph in evidence presently?

10    MR. PRESTON:  No, Your Honor.  I have it

11 at my table.

12    THE COURT:  All right.  Share it with

13 counsel.  If there's any problem with it, ask for

14 a sidebar and we'll resolve it.

15    MR. CRAWFORD:  Thank you, sir.

16    (AT WHICH TIME THE SIDEBAR DISCUSSION

17 WAS CONCLUDED AND THE PROCEEDING RESUMED AS

18 FOLLOWS:)

19 BY MR. PRESTON:

20 Q. Trooper Lanese, could you please tell the

21 jury about your observations of the defendant Volcy

22 during your initial encounter with him.

23 A. Yes, sir.  He -- he was in the passenger

24 side of the truck, had exited the truck and was

25 taking apart a cell phone or putting it together.

1          And later found out that he was taking
2     the --
3               MR. CRAWFORD:  Objection.  Lack of
4     foundation as to how he later found out.
5               THE COURT:  All right.  You may explore
6     that inquiry, Counsel.
7               MR. PRESTON:  I'll move on, Your Honor.
8               THE COURT:  All right.
9     BY MR. PRESTON:
10    Q.    Trooper Lanese, you indicated that you did
11    check the temperature on the trailer when you
12    approached; is that correct?
13    A.    Yes, sir.
14    Q.    And the temperature was what again?
15    A.    Over 35 degrees.
16    Q.    All right.  Have you explored trailers --
17    searched trailers which are -- carry frozen cargo
18    before?
19    A.    Yes, sir.
20    Q.    And what temperature is generally used in
21    that regard?
22    A.    They like to keep it around ten degrees,
23    depending on the commodity that's in there.  But
24    the majority of them are -- are going to be around
25    ten degrees.

1    Mr. Volcy informed me that that's what the

2  temperature was supposed to be run at, ten degrees

3  on that particular load.

4  Q.    Is there a fog factor in regard to a trailer

5  if a -- if a refrigeration unit is running that far

6  below freezing temperature?

7  A.    Yes, sir.

8  Q.    Could you explain that to the jury.

9  A.    The -- in -- in Florida, especially in the

10  summertime with our humidity here, they -- when

11  you open up the back door of a tractor trailer

12  that's -- that's at a very, very low temperature,

13  the entire interior of it like turns to fog and

14  you can't see in that -- the vehicle at all.

15    The way we -- we search those vehicles when

16  it -- the temperature is so low, I actually put on

17  a winter coat, go into the rig, close the door.

18  And I have a -- a set of handcuffs that I'll put

19  in the door so I can't be locked into the semi.

20    And then I can -- I can inspect the entire

21  load of the -- of the rig without any problems at

22  all.  Because of the -- there's no fog if you keep

23  that temperature low inside the -- the rig.

24  Q.    Did you need to do that on this occasion?

25  A.    No, sir.

1    Q.    You went through a series of photographs

2    with Mr. Crawford leading up to a turn from

3    Ulmerton onto Belcher.  That would have been a

4    left-hand turn; correct?

5    A.    Yes, sir.

6    Q.    Between U.S. 19 and Belcher Road is there

7    another major intersection where that truck could

8    have turned?

9    A.    Yes, sir.

10   Q.    What road is that?

11   A.    That's 66th Street.

12   Q.    Trooper Lanese, you indicated that you did

13   not recall breaking a seal on that rig; correct?

14   A.    Yes, sir.

15   Q.    I'd like to show you what's in evidence as

16   Government's Exhibit No. 35.

17            MR. PRESTON:  Would you bring that up,

18   please.

19            THE WITNESS:  Yes, sir.

20   BY MR. PRESTON:

21   Q.    Trooper, in the bottom right-hand corner of

22   this photograph --

23            MR. PRESTON:  And just enlarge that

24   corner.

25   BY MR. PRESTON:

1    Q.    -- there's a red rounded item in that

2    corner.

3    A.    Yes, sir.

4    Q.    Do you recognize that?  Could that

5    potentially be a seal in the back of a rig?

6    A.    It -- it could be.

7    Q.    What do you typically do when you break a

8    seal?

9    A.    I typically -- when I break the seal, I'll

10   put the seal on the bumper.  And that would be the

11   area just below the lights of the rig.  And just

12   leave the seal there and --

13   Q.    Do you think a photograph of a seal used by

14   Countryside Baking might assist your recollection

15   in regard to whether this is a seal that you might

16   have broke on that trailer?

17   A.    Yes, sir.

18   Q.    I'm showing you what has been marked for

19   identification purposes as Government's Exhibit

20   No. 37.  Having reviewed that photograph and

21   comparing it to the government photograph that I

22   had just shown you -- what was that number again?

23   Comparing it to Government's Exhibit 35, does that

24   assist your recollection in regard to whether that

25   is potentially a seal that you broke on that

1 vehicle?

2 A.    Yes, sir.

3 Q.    All right.  What do you think after looking

4 at the Countryside seal and looking at the small

5 corner of that tractor trailer rig?

6 A.    It's a -- it's a good possibility that I

7 broke the seal.

8         MR. PRESTON:  I'll move Government's

9 Exhibit 37 in evidence, Your Honor.

10         MR. CRAWFORD:  No objection.

11         THE COURT:  It is received.

12         MR. PRESTON:  May I publish using the

13 overhead, Judge?

14         THE COURT:  Yes, you may.

15         COURTROOM DEPUTY CLERK:  You have a 37

16 that's a lineup.

17         MR. PRESTON:  I have a 37 already?

18         COURTROOM DEPUTY CLERK:  That's a

19 lineup.

20         MR. PRESTON:  Sorry about that.  This

21 will be Government's Exhibit 38.

22         THE COURT:  All right.

23         MR. CRAWFORD:  Still no objection.

24         (EXHIBIT 38 ADMITTED INTO EVIDENCE.)

25 BY MR. PRESTON:

1    Q.    And again, Trooper Lanese, it's your

2    testimony that the door for the rig can be opened

3    without breaking the seal; correct?

4    A.    Yes, sir.

5    Q.    You would have no purpose for opening a door

6    for the rig without breaking the seal during your

7    search; is that correct?

8    A.    No sir.

9         MR. PRESTON:  I have no further

10   questions at this time, Your Honor.

11        THE COURT:  How is it that the door

12   could be opened without breaking the seal?

13        THE WITNESS:  There's two different ways

14   that you can take a door and open it up without

15   breaking that seal.  One is it -- is to unbolt the

16   mechanism that locks into where the seal is.  It's

17   very easy to take the back bolt off and take the

18   entire locking mechanism apart without breaking

19   that seal.

20        And the other way is to take the hinges

21   off the door and open up the door that way.  In

22   that case you'd have to have a winch.  It's very

23   heavy, the doors.  So it's more common to take it

24   apart at the bolts and easily go into it.

25        And the seals can be broken and put back

1    together as well.  I've found a lot of seals that

2    have been broken and put back together.

3              THE COURT:  And is there any way of

4    telling whether a seal has been broken and put

5    back together?

6              THE WITNESS:  Yes.  If you -- with this

7    particular seal I probably just pulled it with my

8    hand.  I -- I don't recall actually breaking this

9    particular seal on this particular truck.  I just

10   don't remember doing that.  But with a plastic

11   seal it's very easy to pull it and -- and break it

12   apart, and then you can just push it back

13   together.

14             THE COURT:  It sticks together, does it?

15             THE WITNESS:  Yes, sir.  A little bit of

16   manipulation with a tool or a knife and -- and

17   it's easily put back together.

18             THE COURT:  All right.  Thank you.

19        Do the questions of the Court prompt any

20   further inquiry by any counsel?

21             MR. CRAWFORD:  Yes, Judge, if I may.

22             THE COURT:  Yes, you may.

23             MR. CRAWFORD:  If I could approach the

24   witness?

25             THE COURT:  Yes, you may.

1    <u>CROSS-EXAMINATION</u>

2    BY MR. CRAWFORD:

3    Q.    Trooper Lanese, let me show you what I have

4    marked now as Volcy Exhibit No. 57 and ask if you

5    would look at these two photographs and tell us --

6              THE COURT:  That was 50 or 67?

7              MR. CRAWFORD:  57, 5-7.

8              THE COURT:  57.

9    BY MR. PRESTON:

10   Q.    Does that appear similar to the type of seal

11   that is depicted in Government's 38 that I just put

12   on the overhead?

13   A.    Yes, sir.

14             MR. CRAWFORD:  Judge, we would offer

15   Volcy Exhibit 57 as evidence.

16             MR. PRESTON:  No objection.

17             THE COURT:  It is received.

18             (EXHIBIT 57 ADMITTED INTO EVIDENCE.)

19   BY MR. CRAWFORD:

20   Q.    All right.  So it's your testimony that you

21   believe that the trailer of a tractor trailer rig

22   can be entered without breaking the seal in one of

23   three ways; right?

24   A.    There's actually two ways.

25   Q.    All right.  Two ways.  The first way or the

1  second way is that you can take the bolts off of

2  those heavy doors and remove the whole door with

3  the seal intact.  But as you've already admitted,

4  that would take some significant equipment and that

5  would be extremely difficult; correct?

6  A.    Yes, sir.

7  Q.    The second way is to take the bolting

8  mechanism on the back of the doors of the trailer

9  and remove it with the seal intact --

10  A.    Yes, sir.

11  Q.    -- is that -- is that the other way?

12  A.    Yes, sir.

13  Q.    Okay.  Is there any indication on the

14  tractor trailer that you stopped on April 24, 2008,

15  that that bolt area had been removed?

16  A.    I don't recall.

17  Q.    No markings with screwdriver's or pliers

18  or -- or anything to remove that particular

19  mechanism?

20  A.    I don't recall, sir.

21  Q.    You don't even remember the seal, do you?

22  A.    No, I don't.

23  Q.    Okay.

24        MR. CRAWFORD:  Judge, thank you for the

25  opportunity to recross.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1          THE COURT:  All right.

2             Anything further, Mr. Preston?

3          MR. PRESTON:  Yes, Your Honor.

4               REDIRECT EXAMINATION

5    BY MR. PRESTON:

6    Q.    Trooper Lanese, would the removal of the

7    portion of the locking mechanism to open the door

8    without breaking the seal necessarily leave any

9    signs that in fact it happened?

10   A.    If you were careful with the bolts, you

11   could easily take it apart without -- without

12   making marks.  There would probably be tooling on

13   the inside that you'd see from a -- from a wrench.

14   But if you were careful, it -- it -- it can be

15   done.

16   Q.    Do you have a -- a videotape showing how

17   this process can actually take place?

18   A.    Yes, sir.

19          MR. CRAWFORD:  Judge, I'm going to

20   object, and ask to approach sidebar.

21          THE COURT:  What is your objection,

22   Counsel?

23          MR. CRAWFORD:  We've never seen this

24   videotape.

25          THE COURT:  Come to sidebar.

                    (AT WHICH TIME THE FOLLOWING SIDEBAR
DISCUSSION WAS HELD:)

          MR. CRAWFORD:  I feel like I'm getting
sandbagged here.

          THE COURT:  Well, I don't want that to
happen.

          MR. CRAWFORD:  I agree.  I know
Mr. Preston doesn't either.

          THE COURT:  What have you got?

          MR. PRESTON:  Judge, this procedure has
been called into question.  And Trooper Lanese had
a training video which he gave us yesterday
morning.  I've reviewed it.  It shows that that
bolt can be removed in less than a minute's time
with a couple tools.

          THE COURT:  And what is the -- what is
the focus on this seal?  Is there some suggestion
that it was removed and replaced or that it was
not or that there was even a seal on the vehicle?

          MR. PRESTON:  Well, Mr. Chalela's
opening made it sound like this truck was Fort
Knox, and that there is no way that these
gentleman would know that the drugs were in that
car if the seal was put on it when they easily
could have gotten to the offload site, removed the

1    bolt, opened the doors, took their load off,

2    repackaged their unpalleted boxes of cookie dough,

3    put it all back in, put the bolt back in, and went

4    to their point of drop off.  And they had the days

5    to do it.

6            MR. CRAWFORD:  Well, all right.  I

7    understand.  And -- and certainly this trooper

8    could -- now that we're on the third direct, could

9    go ahead and -- and testify that there is a

10   training tape that depicts this.

11           The problem is is we're now being given

12   the -- the video.  And I've got an expert trucking

13   witness that we may be calling later today.

14   Haven't had a chance to show him this video and to

15   discuss this issue with him.  It just perverts the

16   discovery process.

17           THE COURT:  Well, you -- you will have

18   access to this -- to this video.  You can show it

19   to him before you put him on the stand.

20           MR. CRAWFORD:  Well, all right.  I'll

21   have to figure out where I'm going to show him

22   this video because I don't have any video

23   equipment here with me at the courthouse.

24           THE COURT:  If it's going to be shown

25   here, it can sure be shown again.

1          MR. CRAWFORD:  All right.  I just ask

2     the Court to perhaps make the courtroom available

3     during the lunch hour so I can do it then.

4          THE COURT:  Mr. Preston can work with

5     you on that score so he'll have it available for

6     your expert or for your witness.  Whether he's an

7     expert or not I don't know.

8          MR. CRAWFORD:  For the record I still

9     want to object as to the untimeliness of the

10    disclosure of the videotape that the government is

11    going to offer now as an exhibit, and the fact

12    that it is outside the original direct and

13    original cross.

14         THE COURT:  Okay.  When did you first

15    become aware of the existence of this tape,

16    Mr. Preston?

17         MR. PRESTON:  Yesterday morning before

18    Trooper Lanese took the stand.

19         THE COURT:  Okay.

20         MR. CHELALA:  Can we have a moment, Your

21    Honor?

22         THE COURT:  All right.

23         MR. CHALELA:  Can we have a moment

24    just --

25         THE COURT:  Yes.

1          (PAUSE IN PROCEEDING.)

2          MR. CRAWFORD:  All right.  Then I would

3     add to my objection that the training tape is

4     going to exhibit a certain amount of expertise and

5     scientific knowledge on a particular matter that

6     brings it within the scope of Rule 702.

7          And I would submit that this trooper

8     does not have the expertise to talk about this

9     particular process other than the fact that at

10    some training session he saw some training film

11    that deals with the subject matter.  So I don't

12    think that we can lay necessarily the foundation

13    that would be appropriate to introduce this.

14          THE COURT:  Well, the witness has

15    already testified that this can be done, that the

16    seal can be removed without leaving any mark or

17    other indication of its removal, and he was

18    permitted to testify to that.  And that testimony

19    is in the record.

20          This film, video, or whatever it is, as

21    far as appears at this moment is simply,

22    Mr. Preston -- and you can supplement what I say

23    if I'm not correct -- as I understand it from you,

24    simply shows how you can open a door without

25    removing the seal -- I mean, without breaking the

seal.

MR. PRESTON: Yes, sir. That's the
basis -- one of the bases for this trooper's
knowledge that that can in fact occur.

MR. CRAWFORD: Judge, can I ask you to
inquire of the government why if after the opening
statements made by co-counsel and having this tape
in his possession before he called Trooper Lanese
we are now at this point in his examination as
opposed to putting it on during his direct, which
would have given us the orderly process that we
normally do with these things?

THE COURT: Well, as I understand it, he
just got it this morning.

MR. PRESTON: Yesterday morning.

THE COURT: Yesterday morning.

MR. CRAWFORD: Before Trooper Lanese
testified.

THE COURT: I got you just got it this
morning.

MR. PRESTON: Yesterday morning. And it
didn't become relevant until this trooper was
challenged in regard to the seal that was used,
Judge.

THE COURT: Well, first -- well, next

```
1    let me ask do any of the defendants intend to

2    utilize as a basis of evidence to present or

3    argument to make that the truck could not be

4    entered without breaking the seal?

5              MR. CRAWFORD:  Yes.

6              THE COURT:  Is that a part of any

7    defense here?

8              MR. CRAWFORD:  That will be part of our

9    defense, yes, sir.

10             THE COURT:  All right.  Then if that's

11   going to be a part of it, and that's going to be

12   an issue in the case, then I think the jury's

13   entitled to have presented to them the evidence as

14   to whether that can or cannot take place.  And

15   we'll proceed on that basis.

16             MR. PRESTON:  Judge, I anticipated -- I

17   anticipated that this was potentially going to be

18   rebuttal evidence.  But the last question in

19   regard to the markings and stuff makes it relevant

20   at this point in time in our case in chief.

21             MR. CRAWFORD:  I'm wondering --

22             THE COURT:  Well, as it -- it could, of

23   course, be presented in rebuttal.  But I'll leave

24   that up to you.

25             MR. CRAWFORD:  Could I ask how long the
```

1    tape is?

2              THE COURT:  Pardon?

3              MR. CRAWFORD:  How long the tape is in

4    duration.

5              THE COURT:  I don't know.

6              MR. PRESTON:  This portion of the video

7    that we're going to publish is approximately a

8    minute.

9              MR. CRAWFORD:  Could we see it outside

10   the presence of the jury before it's played in

11   case there's any other concerns?

12             MR. PRESTON:  That's a reasonable

13   request, Your Honor.

14             THE COURT:  All right.

15             MR. CRAWFORD:  Thank you, sir.

16             THE COURT:  We'll do it.  Can you save

17   that and keep this witness here until our

18   11 o'clock break?

19             MR. PRESTON:  Yes, sir.  I'll ask if I

20   may recall the witness --

21             THE COURT:  Yes.

22             MR. PRESTON:  -- and I'll go to my next

23   witness.

24             MR. CRAWFORD:  All right.

25             THE COURT:  Okay.

1          (WHEREUPON, THE SIDEBAR DISCUSSION WAS

2    CONCLUDED AND THE PROCEEDING RESUMED AS FOLLOWS:)

3          MR. PRESTON:  Your Honor, may I conclude

4    at this time and recall Trooper Lanese later on

5    this morning?

6          THE COURT:  Yes, you may.

7          MR. PRESTON:  Thank you.

8          THE COURT:  Any further examination of

9    this witness by defense counsel on his testimony

10   as it has been presented thus far?

11         MR. CHELALA:  No, Your Honor, thank you.

12         MR. CRAWFORD:  Not at this time, Judge.

13   Thank you, sir.

14         THE COURT:  The next witness,

15   Mr. Preston?

16         You may come down, of course, Officer

17   Lanese, and stay available for recall.

18         THE WITNESS:  Yes, sir.

19         MR. PRESTON:  Price Polynice, please.

20         COURTROOM DEPUTY CLERK:  Sir, if you'll

21   raise your right hand.

22         Do you solemnly swear or affirm that the

23   testimony you will give in this cause shall be the

24   truth, the whole truth, and nothing but the truth,

25   so help you God?

1          THE WITNESS:  I do.

2                    **PRICE POLYNICE,**

3     a witness, having been duly sworn to tell the

4     truth, the whole truth and nothing but the truth,

5     was examined and testified as follows:

6          COURTROOM DEPUTY:  Sir, if you'll state

7     your name and spell your last name for the record,

8     please.

9          THE WITNESS:  My name is Price Polynice,

10    P-O-L-Y-N-I-C-E.

11         THE COURT:  You may inquire, Counsel.

12         MR. PRESTON:  Thank you, Your Honor.

13                  <u>DIRECT EXAMINATION</u>

14    BY MR. PRESTON:

15    Q.    Good morning, Mr. Polynice.

16    A.    Good morning.

17    Q.    Mr. Polynice, could you please tell the jury

18    who you work for and what you do for that

19    organization.

20    A.    Yes.  I work for ALC, which is a translation

21    company.  I do mostly translation for Title 3.

22    Q.    Now, ALC, is there a formal name for -- for

23    that acronym for your organization?

24    A.    Oh, yes.  It's All World Language Services.

25    Q.    What is your job with All World Language

1    Services?

2    A.    I do translation.  It's mostly Title 3,

3    which is wiretapping and transcript when needed.

4    Q.    All World Language Consultants, do they have

5    any contract with the United States Government?

6    A.    Yes, they do hold a contract with the

7    Department of Justice.  And we work for the DEA.

8    Q.    And what field office of the DEA do you

9    generally work with?

10   A.    Miami.

11   Q.    What language do you specialize in as far as

12   translation services?

13   A.    Creole and French.

14   Q.    What is your native language?

15   A.    Creole.

16   Q.    And how is it that your native language is

17   Creole?

18   A.    I was born in Haiti and raised in Haiti.  I

19   spend the first part of my education in Haiti.

20   Q.    When did you move to the United States?

21   A.    I moved to the United States in 1986.

22   Q.    How old were you then?

23   A.    I was 16 years old.

24   Q.    How long have you been a Creole to English

25   translator?

1    A.    It's a little bit over 14 years.  I started

2    when I was in the Navy.  I serve as a linguist in

3    Guantanamo Bay, Cuba.

4    Q.    Just a little bit louder, please.

5    A.    I'm sorry.

6    Q.    You can pull that microphone closer or scoot

7    your chair up if you like.

8    A.    Okay.

9    Q.    Could you start over, please, with your

10   background.

11   A.    Yes.  I started translating when I was in

12   the military for the Navy.  I serve as a linguist

13   in Guantanamo Bay, Cuba, in 1992.  And

14   subsequently when I got out I sign up with a

15   company in Miami that's called Master Translating

16   and study doing Title 3 for them in Miami.

17   Q.    Did Master Translation have a contract with

18   DEA in Miami at that time?

19   A.    Yes, they did.

20   Q.    And could you please track your employment

21   through any other language services that you worked

22   for that had DEA contracts.

23   A.    Yes.  I work for Masters ALC.  Metropolitan

24   was another company.  Valencia Group I did work

25   for them.  And maybe some others that I can't

1    remember right now.

2    Q.    And although these different companies are

3    headquartered at different locations, do you

4    primarily work in the Miami area where you reside?

5    A.    Yes.

6    Q.    When you indicated that you primarily work

7    on Title 3 or wiretap type translations, are there

8    other records which you're asked to translate from

9    time to time?

10   A.    Yes.  From time to time we do during

11   criminal scene verbatim.  In the old days we used

12   to get tapes.  These days we get a CD.  And

13   basically we are required to listen to it and

14   write exactly what you hear.  Do a transcript of

15   it.

16   Q.    Do you work with an individual by the name

17   of Gregory Bazin?

18   A.    Yes.

19   Q.    Pursuant to the contract with DEA, were you

20   asked to participate in the translation and

21   transcription of a Haitian Creole proceeding from

22   April 2008?

23   A.    Yes.

24   Q.    Did you prepare a translation and

25   transcription of that particular recording?

1    A.    Yes.  Gregory actually did the translation.

2    And I went back and QC it.  Basically we do

3    quality control where you have one translator

4    primarily going and doing the translation.  After

5    he does that, I go and actually review it and make

6    sure that everything is correct in there.

7    Q.    So you were the ultimate reviewer?

8    A.    Yes.

9    Q.    So the -- was the completed product

10   essentially your final review of the transcript?

11   A.    Yes.

12   Q.    And did you review that along with the

13   recording?

14   A.    Yes.

15   Q.    Did the transcript that was provided

16   identify names of the speakers?

17   A.    Yes.

18   Q.    Other than things that you might have heard

19   listening to the recording in regard to names, how

20   were the names identified to you before your

21   listening process?

22   A.    Well, we get -- in the paper that they send

23   to us, they basically tell us who's on the

24   recording, who are the participants in the

25   recording.  And in that particular recording at

1  certain time the officer would -- in the recording

2  itself would identify the people in there.

3           MR. PRESTON:  May I approach the

4  witness, Your Honor?

5           THE COURT:  You may.

6  BY MR. PRESTON:

7  Q.     Polynice, I just handed you what have been

8  marked for identification purposes as Government's

9  Exhibits 13 and 13A.  Is this the recording and the

10 transcript which you've been talking right now --

11 or at the moment in regard to what you were asked

12 to translate for DEA?

13 A.     Yes.

14 Q.     In listening to the recording, how would you

15 describe the overall quality of the recording that

16 was made?

17 A.     Overall quality is good.

18 Q.     Are there any points in the recording where

19 conversations or things said are unclear?

20 A.     Yes.

21 Q.     What do you generally do to account for

22 things that are unclear when you are preparing a

23 transcript?

24 A.      If it's unclear, you just mark them

25 inaudible that you can't hear them or you don't

1    understand them.  Or sometimes you have two people

2    talking -- overlapping, so you identify that as

3    overlap.

4         Or if there's any noise that -- in this case

5    there was police radio talking in the

6    background -- so you have to identify all those

7    noise because they -- they can block you from

8    listening to exactly is -- that's being said.

9    Q.    In the preparation of the transcript do you

10   try to identify as many places as possible those

11   areas of concern?

12   A.    Yes.

13   Q.    And I may have asked this already, but have

14   you reviewed Government's Exhibit No. 13 along with

15   the translation and transcription which appears in

16   Government's Exhibit 13A?

17   A.    Yes, I did.

18   Q.    Did you find that transcript to be a

19   substantially accurate transcription of the Creole

20   conversation that was taken from the tape?

21   A.    Yes, sir.

22   Q.    And did you find the translation contained

23   in Government's Exhibit 13A to be a substantially

24   accurate translation of the Creole conversation

25   that was transcribed?

1    A.     Yes.

2              MR. PRESTON:  The government moves at

3    this time into evidence, Your Honor, Government's

4    Exhibits 13 and 13A.

5              THE COURT:  Any objections?

6              MR. CHELALA:  No, Your Honor.

7              THE COURT:  They are received.

8              (EXHIBITS 13 and 13A ADMITTED INTO

9    EVIDENCE.)

10             MR. PRESTON:  Your Honor, since this is

11   a foreign language recording I would move to

12   publish by way of simultaneous -- concurrent

13   reading between myself and Mr. Polynice of

14   pertinent portions of the transcript.

15             THE COURT:  I don't quite follow what

16   you're proposing.

17             MR. PRESTON:  What I am proposing is to

18   read the -- portions of the transcript into the

19   record with the assistance of Mr. Polynice, him

20   taking one person's role and myself taking another

21   person's role.

22             THE COURT:  We're going to hear the tape

23   audibly?

24             MR. PRESTON:  The tape is a foreign

25   language recording, Your Honor.

THE COURT:  Yes.  That's going to be played?

MR. PRESTON:  No, sir.

THE COURT:  All right.  Are you using the screen?

MR. PRESTON:  No, sir -- well, yes, we're using the screen to show the portions of the transcript that we're referring to, yes, sir.

THE COURT:  All right.  So the translation will appear on the screen?

MR. PRESTON:  Yes, sir.

THE COURT:  And what do you propose to read then?

MR. PRESTON:  The English translation.

THE COURT:  Well, isn't that what's going to be on the screen?

MR. PRESTON:  Yes, sir.  But that's not what -- the only way the jury could hear that would be for a reading of the transcript unless we just put up pages and let them sit here and read it themselves, which would be fine with me as well.

THE COURT:  Is -- is what will go on the screen ordinarily readable from the distance that the jury is from the screen?

```
 1                MR. PRESTON:  I believe so.
 2                THE COURT:  I'm just wondering whether
 3        it's going to be necessary for you or the witness
 4        to read that as -- is it written in English?
 5                MR. PRESTON:  Yes, sir.
 6                THE COURT:  It may be helpful for the
 7        jury to hear it as well as to see it.
 8                     But you understand, ladies and
 9        gentlemen, that the -- what you see on the screen
10        is what either of these two gentlemen will be
11        reading.  You will be reading it as well.  If your
12        reading of it is different from theirs, you'll be
13        guided by your own reading of it.
14                     Proceed, Mr. Preston.
15                MR. PRESTON:  Yes, Your Honor.  If I
16        could please have --
17                MR. CRAWFORD:  I'd make an objection of
18        this procedure pursuant to Rule 106, the doctrine
19        of completeness.
20                THE COURT:  I beg your pardon?
21                MR. CRAWFORD:  Rule 106, the doctrine of
22        completeness.
23                THE WITNESS:  What about it?
24                MR. CRAWFORD:  That it is our position
25        that the transcript if we're going to play or read
```

1   any portions of it ought to be read from beginning
2   to end in order to provide context as opposed to
3   just picking out particular pieces.
4           THE COURT:  Well, I didn't understand
5   what the plan was in that regard.
6           MR. PRESTON:  Your Honor, the transcript
7   is 65 pages long.  I intend to publish portions of
8   the transcript.  The entire transcript is in
9   evidence in the case and available for complete
10  review and examination as to any portions counsel
11  wishes to address.
12          THE COURT:  If the entire document will
13  be in evidence, Counsel may read excerpts from it
14  for such purposes Counsel deems appropriate.
15          Your examination -- you will have
16  available the entire document.  If you wish to
17  utilize any further portion of it, you are at
18  liberty to do so.
19          MR. CRAWFORD:  Thank you, Your Honor.
20          THE COURT:  Proceed.
21          MR. PRESTON:  Yes, Your Honor.  Could I
22  please have Page 4.
23  BY MR. PRESTON:
24  Q.    Mr. Polynice, I'd like to begin halfway down
25  Page 4.  We're going to move to Page 5 from there

about halfway down.  I will assume the name Volcy.
Could you please read the portions that are under
the name Baptiste.

A.     Yes.

(The following transcript was read into the record
     by Mr. Preston as Mr. Volcy and the witness
                    reading as Mr. Baptiste.)

          "MR. VOLCY:  (Read by Mr. Preston)  The
things that I have will be easy to see it."

          "MR. BAPTISTE:  (Read by the witness)
And why?"

          "MR. VOLCY:  Yeah (pause) I am in
trouble."

          "MR. BAPTISTE:  Did you throw the cell
phone away?"

          "MR. VOLCY:  Yeah, I smash the thing.
(Pause) I smash it."

          "MR. BAPTISTE:  What did you tell you
were doing?  Up to this club?"

          "MR. VOLCY:  Yes."

          MR. PRESTON:  Page 5, please.

          "MR. VOLCY:  I told them" --

          MR. PRESTON:  I'm sorry.  That would be
Baptiste, please.

          "MR. BAPTISTE:  I told them that I was

passing in (beeps) to make a U-turn.  We are
delivering those things (stutters) on Monday."

"MR. VOLCY:  Saturday (pause) Yo, they
are going to search the truck, man (voices
overlap)."

"MR. BAPTISTE:  There is nothing in the
truck anyway.  There is something up front."

"MR. VOLCY:  There is something in the
back also.  They put some into the back also."

MR. PRESTON:  Move to the middle of Page
6, please, beginning after background radio.

"MR. VOLCY:  I never told them that I
was going to Walmart.  I told them that we were
chilling and we went that way."

"MR. BAPTISTE:  Uh."

"MR. VOLCY:  That's what I told him.  I
told him (unintelligible) was looking out.  The
guys called me already.  I told them that the
police stop us.  And then I broke the phone."

"MR. BAPTISTE:  They tell you that?"

"MR. VOLCY:  Oh, I told the guys about
it when they called me.  You don't see that I took
a longer to make the turn?"

"MR. BAPTISTE:  So you told them that we
are making the delivery on Saturday?"

1          "MR. VOLCY:  Uh-huh."

2          MR. PRESTON:  Top of Page 7, please.

3          "MR. VOLCY:  Uh-huh."

4          "MR. BAPTISTE:  I didn't say when we

5     were going to deliver."

6          "MR. VOLCY:  Well, they didn't -- they

7     didn't ask you yet?"

8          "MR. BAPTISTE:  I told him that -- that

9     (stutters) since it was early, that we were

10    going -- going to -- we are looking for Club Oz.

11    The club name is Oz (beeps)."

12         MR. PRESTON:  Would you please turn to

13    Page 19.  We'll read from Page 19 to the first two

14    lines of Page 20.

15         "MR. VOLCY:  Uhm, what's going on?"

16         "MR. BAPTISTE:  (Inaudible response) A

17    cop dog."

18         "MR. VOLCY:  Uhm.  You are scared now?"

19         "MR. BAPTISTE:  (Inaudible response)."

20         "MR. VOLCY:  We are shit out of luck."

21         "MR. BAPTISTE:  (Inaudible response)

22    (beeps)."

23         "MR. VOLCY:  Uhm, with what?"

24         "MR. BAPTISTE:  (Beeps) They are going

25    to put the dog up there right now."

BY MR. PRESTON:

Q.    It says "right;" correct?  There's no "now" there?

A.    No.  Right.

        "MR. VOLCY:  Uh-huh."

        "MR. BAPTISTE:  I feel like (inaudible) put things outside (beeps) (inaudible).  You don't see the dog (inaudible) go inside the truck."

        "MR. VOLCY:  You can't believe there is all those things (beeps) (inaudible) (beeps)."

        "MR. BAPTISTE:  Right now the dog is going to give us all (beeps) (inaudible) (beeps) (inaudible) (beeps) (inaudible)."

        "MR. VOLCY:  The dog is not up yet?"

        "MR. BAPTISTE:  They will need a flashlight in there (beeps) (inaudible)."

        "MR. VOLCY:  Only one light."

        MR. PRESTON:  Page 20, please.

        "MR. BAPTISTE:  We are dead."

        "MR. VOLCY:  Yeah, you feel like you are dead."

        MR. PRESTON:  Next going to move to Page 30.  Beginning after the notation door, door close, and read through Page 33 where we'll stop it where it says background radio transmission.

1    BY MR. PRESTON:

2    Q.    Before we do that, there -- there are

3    portions that we've already read, Mr. Polynice,

4    where the word "beep" is used.  There's no

5    suggestion that anybody is saying the word "beep;"

6    correct?

7    A.    Correct.  That's just coming from the police

8    radio.

9    Q.    Thank you.

10            "MR. VOLCY:  It looks like your mind so

11   occupied."

12            "MR. BAPTISTE:  I'm thinking."

13            "MR. VOLCY:  The problem with the dog?

14   (Voices overlap)."

15            "MR. BAPTISTE:  No."

16            "MR. VOLCY:  Yeah, right.  The dog

17   already find."

18            "MR. BAPTISTE:  They are putting on

19   their gloves.  Hey, they got us.  There is one

20   that went up and came down.  The other one didn't

21   take the dog with him."

22            "MR. VOLCY:  The other (stutters) guy is

23   putting on gloves.  That one is probably looking

24   at us (inaudible).  Wow" --

25            THE COURT:  Just a moment.  Coordinate

with what's on the screen.

MR. PRESTON:  You mean at the top?

THE COURT:  Yes.

"MR. VOLCY:  The other (stutters) guy is putting on gloves.  That one is probably looking at us (inaudible).  Wow, we are in trouble."

"MR. BAPTISTE:  All that marijuana?  We are in -- we are in trouble."

"MR. VOLCY:  Here is the crazy guy.  Okay?  The dog also."

"MR. BAPTISTE:  They are all putting on gloves."

"MR. VOLCY:  Uh-huh."

"MR. BAPTISTE:  Uh, we are in, man."

"MR. VOLCY:  We are in, my brother."

"MR. BAPTISTE:  Uh-huh.  (Sigh).  They see it, man."

"MR. VOLCY:  Everything was in there.  We are gone.  Things were very hard, the schedule.  They will see the thing easily if they go all the way up front, man."

"MR. BAPTISTE:  If he goes all the way to the front."

"MR. VOLCY:  Yeah, because it's going to be too much.  They could stay in the middle."

1          "MR. BAPTISTE:  No, man."

2          "MR. VOLCY:  How many boxes that you put

3     on top of them?  Only one box?"

4          "MR. BAPTISTE:  Just on that, they got

5     us."

6          "MR. VOLCY:  Uh-huh.  That's very easy,

7     my man.  The bag was completely hiding them?"

8          "MR. BAPTISTE:  Uh-huh."

9          "MR. VOLCY:  Oh, shit.  The dog

10    (something)" -- I'm sorry.  "The dog saw

11    something.  They are not going to let it go like

12    that."

13         "MR. BAPTISTE:  Shit.  Where is he?

14    (Pause)."

15         "MR. VOLCY:  Now you are in trouble with

16    him?"

17         "MR. BAPTISTE:  Yeah."

18         "MR. VOLCY:  Uhm."

19         "MR. BAPTISTE:  You see them?"

20         "MR. VOLCY:  Uh-huh."

21         "MR. BAPTISTE:  What did they find in

22    the cage?"

23         "MR. VOLCY:  Uh-huh.  There is that

24    snow."

25         "MR. BAPTISTE:  They are going to find

1    it there anyway."

2              "MR. VOLCY:  Uh-huh.  Look, all of those

3    are cameras.  There is -- there is everything.

4    This truck have -- this car have everything."

5              "MR. BAPTISTE:  That's very close.

6    That's right there.  (Inaudible)."

7              "MR. VOLCY:  The guy told me to go in.

8    It's the area that we are in, man."

9              "MR. BAPTISTE:  All the guys found bread

10   (pause) otherwise the things wasn't inside a

11   plastic bag, nothing at all, man."

12             "MR. VOLCY:  Yeah, they already see."

13             "MR. BAPTISTE:  Yeah, at least

14   (inaudible) (hissing)."

15   BY MR. PRESTON:

16   Q.    That's not suggesting that the person

17   designated as Volcy was hissing at that point, does

18   it?

19   A.    No.

20   Q.    Is that radio?

21   A.    That's background noise.

22   Q.    Thank you.

23             "MR. VOLCY:  These things, man, they are

24   going to arrest us (background radio

25   transmission)."

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1          MR. PRESTON:  We'll next publish Page 37

2     beginning just below the indication background

3     door close through Page 39 to the section

4     designated as pause.

5               Please begin.

6               "MR. BAPTISTE:  Did you tell him to

7     call?"

8               "MR. VOLCY:  (Voices overlap).  Yeah,

9     that's what I told him.  He is saying -- I told

10    him to call 20 call where we picked up the load."

11              "MR. BAPTISTE:  I don't go (inaudible)

12    pick up the load.  Oh, shit."

13              "MR. VOLCY:  Uh-huh, that's crazy man."

14              "MR. BAPTISTE:  (Inaudible).  These guys

15    are dangerous."

16              "MR. VOLCY:  So you see where we are?"

17              "MR. BAPTISTE:  They got this guy down

18    there."

19              MR. PRESTON:  Page 38.

20              "MR. VOLCY:  He said -- he said a

21    thousand, like a thousand."

22              "MR. BAPTISTE:  Dangerous."

23              "MR. VOLCY:  Anyway, that shit -- that

24    shit it's burn, man.  Laughs.  Fuck."

25              "MR. BAPTISTE:  You give up --  give

where you came from?"

   "MR. VOLCY:  (Inaudible)."

   "MR. BAPTISTE:  (Inaudible)."

   "MR. VOLCY:  Yes."

   "MR. BAPTISTE:  We are shit out of luck."

   "MR. VOLCY:  Shit out of luck."

   "MR. BAPTISTE:  And then that's a shit, man.  Damn."

   "MR. VOLCY:  Yeah, we need to tell them where the thing was going to be deliver."

   "MR. BAPTISTE:  What you can give them, I don't know the location."

   "MR. VOLCY:  On, well, we know something, man."

   "MR. BAPTISTE:  Thank God we torn up the lady's house we came from."

   "MR. VOLCY:  What (inaudible)?"

   "MR. BAPTISTE:  That's why I told you that man (pause) T.V. don't come here, man.  How come you are doing something like that and they hide it for you."

   MR. PRESTON:  Page 39.

   "MR. VOLCY:  Uh-huh."

   "MR. BAPTISTE:  (Inaudible) damn."

1           "MR. VOLCY:  Right now, well (inaudible)

2 God is giving us shit."

3           "MR. BAPTISTE:  I'm going to lose my

4 license (inaudible)."

5           "MR. VOLCY:  How are you doing?"

6           "MR. BAPTISTE:  Did he lose his

7 license?"

8           "MR. VOLCY:  Damn, they (stutters) have

9 a lot of 'things' here, man.  There is a lot of

10 'things.'"

11           "MR. BAPTISTE:  Yeah (long pause)  do

12 you think the guys gave us out?  I don't think

13 so."

14           "MR. VOLCY:  No, no, man."

15           "MR. BAPTISTE:  (Voice overlap) He

16 wouldn't get both of us like that too (breathing

17 heavy)."

18           "MR. VOLCY:  (Inaudible)."

19           MR. PRESTON:  Could we leave that up for

20 a moment, please.

21 BY MR. PRESTON:

22 Q.   Mr. Polynice, in one section that begins

23 with the voice Volcy, damn, there are two places

24 there where the word "things" is in quotations.

25           Why does the transcript specifically use

1   quotations for the word "things" in that part of

2   the transcript?

3   A.    Because usually the word "things" may mean

4   other things.

5   Q.    The word "things" was what was used though?

6   Is that the literal translation of what appeared in

7   the Creole?

8   A.    I would have to refer to the document

9   itself.  Which page is that?

10  Q.    That's Page 39.

11  A.    Yes, that's what -- that what was used,

12  things.

13  Q.    So the translation in this case would just

14  be things.  And since the entire statement is a

15  quote, the quotation marks are actually

16  unnecessary; correct?

17  A.    Yes.  But it might be that in the

18  conversation they emphasize on things, and that's

19  why we have to include that in quotation marks.

20  Q.    Thank you.  I'd like to go to the next page,

21  Page 40.  We're going to begin after the series of

22  inaudibles at the top of Page 40, and go through

23  Page 42, the first statement at the top of Page 42.

24        Would you please begin this one.

25            "MR. BAPTISTE:  You think the guys are

1  going to help us get out, man?"

2          "MR. VOLCY:  Hell, yeah.  Yeah."

3          "MR. BAPTISTE:  Are you sure?"

4          "MR. VOLCY:  (Inaudible) God, the guys

5  (stutter) are not well organized, man.  Georgia

6  (hissing) they are not well organized."

7          "MR. BAPTISTE:  Is this thing a setup?"

8          "MR. VOLCY:  It look a lot like a setup,

9  man.  Well, one of the guys -- one of the guys

10  that set us up."

11          "MR. BAPTISTE:  (Voices overlap) It

12  looks like it."

13          "MR. VOLCY:  You can see the way the

14  police -- it feel like if you have (stutters)

15  weed."

16          "MR. BAPTISTE:  That's not possible,

17  man."

18          "MR. VOLCY:  Uh-huh."

19          "MR. PRESTON:  Page 41, please."

20          "MR. BAPTISTE:  As I was approaching I

21  said oh, shit just like that.  As I was

22  approaching (pause) how much money do you think

23  our bail is going to be?"

24          "MR. VOLCY:  (Laughs) Uh (inaudible)

25  you know a lot of money.  State of Florida is

hard, man.  They pulled the weapon on -- why, we
don't even have any weapon.  This is what I don't
like with the police."

        "MR. BAPTISTE:  They scared me, man."

        "MR. VOLCY:  I didn't eat since this
morning (inaudible)."

        "MR. BAPTISTE:  You didn't run
(inaudible)?"

        "MR. VOLCY:  I was just about to run.
That's a big trouble, man (breathing heavily).
That's a big deal, man.  They are going to drive
the truck right now."

        "MR. BAPTISTE:  I lost my job and I lost
the truck, man."

        "MR. VOLCY:  Yes (long pause)."

        "MR. BAPTISTE:  That's why if the guys
give us a down payment, we could take this money."

        MR. PRESTON:  Top of Page 42, please.
Just read that first statement there.

        "MR. BAPTISTE:  If the guys give us a
down payment, we can use this money to do the
thing -- but shit."

        MR. PRESTON:  Could I have a moment,
Your Honor?

        THE COURT:  You may.

MR. PRESTON: I'm next going to publish on the bottom of Page 46 through two-thirds of the way down Page 48.

"MR. VOLCY: Do you think they can be deported you for that?"

"MR. BAPTISTE: (Inaudible)."

"MR. VOLCY: Uhm."

MR. PRESTON: Page 47.

"MR. BAPTISTE: You don't know what was in the truck. You are in here and you know that you don't know anything. You know something, man?"

"MR. VOLCY: (Inaudible)."

"MR. BAPTISTE: We did not put the seal. The guy put the seal on it. The guy seal his trailer. That's it."

"MR. VOLCY: Look how far we got. We got all the way to the boulevard."

"MR. BAPTISTE: Is that where I went in?"

"MR. VOLCY: Yeah. This is the street near (inaudible)."

"MR. BAPTISTE: Yeah."

"MR. VOLCY: In the street next the 7-11. After that I think the guys got into that

1 area."

2          "MR. BAPTISTE:  Oh, no.  No.  Now the

3 could -- the guys could go through down there."

4          "MR. VOLCY:  Yeah.  Yeah.  (Pause)."

5          "MR. BAPTISTE:  This look like the same

6 guys (pause).  If I could find someone to give a

7 full address, man."

8          "MR. VOLCY:  I know.  I see a Focus.

9 That the guys.  They slow down."

10          "MR. BAPTISTE:  It look like the guys

11 are pulling the things out right here

12 (inaudible)."

13          MR. PRESTON:  Page 48, please.

14          "MR. VOLCY:  (Laughs) They're inside the

15 truck."

16          "MR. BAPTISTE:  (Uh-huh)."

17          "MR. VOLCY:  Maybe they are taking them

18 out.  They are inside the truck right now."

19          "MR. BAPTISTE:  Or the guys just find

20 found the money."

21          "MR. VOLCY:  Oh, I am worse."

22          "MR. BAPTISTE:  My life is ruin, my

23 man."

24          "MR. VOLCY:  Uhm."

25          "MR. BAPTISTE:  My life supposed to be

1  ruin."

2              "MR. VOLCY:  Uh-huh."

3              "MR. BAPTISTE:  I need to look for

4  another job now."

5              "MR. VOLCY:  Shit.  That's going to be

6  hard.  The company truck going to hire people like

7  that again (unintelligible).  Anyway, shit, shit,

8  shit, shit (unintelligible).  Anyway, that's if

9  they find me guilty."

10             MR. PRESTON:  Finally I'd like to go to

11  Page 44 and publish midway 44 to about two-thirds

12  down on 55.

13             MR. CRAWFORD:  44?

14             MR. PRESTON:  I'm sorry.  54.  Page 54

15  beginning with anyway, please.

16             "MR. BAPTISTE:  Anyway, we don't have --

17  we can't do anything with these guys anymore."

18             "MR. VOLCY:  I have my computer in the

19  truck."

20             "MR. BAPTISTE:  They're not going to

21  take things like that.  They might open it to see

22  who you were communicating with, things like that.

23  Then the phone I would (inaudible)."

24             "MR. VOLCY:  Your phone doesn't need

25  (inaudible)."

1           "MR. BAPTISTE:  Huh?"

2           "MR. VOLCY:  The only phone (inaudible)

3    I am calling the guys around here."

4           "MR. BAPTISTE:  With your phone

5    (inaudible)?"

6           "MR. VOLCY:  (Voices overlap)

7    (inaudible) the other phone, that's why I

8    destroyed it."

9           "MR. BAPTISTE:  Yeah."

10          "MR. VOLCY:  I am communicating with

11   him."

12          "MR. BAPTISTE:  Where's the chip?"

13          "MR. VOLCY:  I smash it with my teeth

14   and I throw it away.  I smash it with my teeth in

15   my mouth."

16          "MR. BAPTISTE:  Oh, you have time to --

17   you should have time.  When you pulled up if there

18   was a way to stop somewhere, man."

19          "MR. VOLCY:  For what?"

20          "MR. BAPTISTE:  The phone.  Well, this

21   is better.  What about if they found the phone?

22   They could find the chip.  If they find the

23   chip" --

24          "MR. VOLCY:  They have to find the chip

25   (voices overlap)."

1          "MR. BAPTISTE:  Smash it under my

2     teeth."

3          MR. PRESTON:  May I have a moment, Your

4     Honor?

5          THE COURT:  You may.

6          MR. PRESTON:  Your Honor, I have no

7     additional questions of the witness at this time.

8          THE COURT:  All right.

9     Cross-examination.

10          MR. CRAWFORD:  Judge, if we could --

11     just a moment.

12          THE COURT:  Mr. Crawford?

13          MR. CRAWFORD:  Judge, with your

14     permission I'm going to go before Mr. Chalela.

15     Thank you, sir.

16                    CROSS-EXAMINATION

17     BY MR. CRAWFORD:

18     Q.    Is it Polynice or Polynice?

19     A.    Polynice.

20     Q.    Polynice.  All right.  Mr. Polynice, thank

21     you for coming up and helping us with the

22     translation.

23          Let me ask you, is there a difference

24     between translation and interpretation?

25     A.    Yes.

Q.    Okay.  And it's fair to say that if you
translate something you were doing it literally,
whereas if you interpret something you are taking
the meaning of whatever you are translating and
interpreting; correct?

A.    Correct.

Q.    All right.  And it is easier perhaps to
translate, just to take word for word and to
translate it to another language than it is to
interpret; correct?

A.    Somewhat.

Q.    All right.  Because when you are
interpreting, you need certain information to help
you put the language in context; correct?

A.    Well, to tell you the truth, both of them go
hand-in-hand because it's not always one way or
the other.

Q.    All right.

A.    Sometimes if you have a particular phrase or
word, when you translate it over it doesn't make
no sense.

Q.    So you try and make it make sense?

A.    Right.

Q.    All right.  So, for example, if you are
translating a written document that is in Aramaic,

1   and you are trying to determine what it would be in

2   English, you can't really do it word for word.  It

3   requires you to do it word for word and then put it

4   in English grammar or phrase so that it makes

5   sense; right?

6   A.    Right.

7   Q.    All right.  And to take a famous book like

8   the Bible, it's been translated from its original

9   language in some books in Hebrew, some books in

10  Aramaic, maybe some books in Greek, translated

11  through the Vulgate into Latin, right, and then

12  went on into English with King James, et cetera;

13  right?

14  A.    Correct.

15  Q.    Okay.  And each one of those translations

16  required some interpretation; right?

17  A.    Yes.

18  Q.    And, boy, we've had some theological debates

19  as to what they mean, haven't we?

20  A.    Yeah.

21  Q.    Okay.  So let's have our debates about this.

22  Would you agree with me that in order to do your

23  job as an interpreter, the more you know about the

24  context of when the conversation takes place, the

25  better you are going to be able to interpret;

1    right?

2    A.    Right.

3    Q.    So, for example, if you are aware that two

4    people are sitting in a baseball game and one of

5    them stands up and says kill him, it's at a

6    baseball game; right?

7    A.    Right.

8    Q.    And someone is upset with the Red Sox and

9    what they've just done to the Rays; right?

10   A.    True.

11   Q.    Okay.  So in that context you now can

12   appreciate and understand what killing -- killing

13   meant as opposed to if you just said it with no

14   context; right?

15   A.    Sure.

16   Q.    Correct?

17   A.    That's correct.

18   Q.    All right.  So tell me what context you knew

19   when you did this interpretation.

20   A.    Okay.  The background in this is that I work

21   for the DEA.  So most of the translation I do are

22   related to cases that's related to the DEA.  And

23   that means that's going to be some kind of drug

24   involvement -- involve, and that's what it is.

25   Q.    So you bring to the process this idea that

1    this is a drug case; right?  Because why else would

2    DEA have you be doing the interpretation; correct?

3    A.    True.

4    Q.    All right.  What else did you know about

5    this case?

6    A.    Well, in the -- in the little summary they

7    give us, those guys are arrested and they are

8    basically under --

9    Q.    You need to slow up a little bit.  Okay?

10   A.    Okay.  They're -- the individuals in

11   question are arrested, and they're in a police

12   vehicle.

13   Q.    Right.

14   A.    And that's what I was listening to, the

15   conversation then.

16   Q.    That's all you knew?

17   A.    Yes.

18   Q.    That's all you knew?

19   A.    Yes.

20   Q.    Were you told that these individuals were

21   truck drivers?

22   A.    No.

23   Q.    Were you told that these individuals were

24   from Haiti?

25   A.    Well, since they, working the cases -- I

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1  assumed that they -- they speak Creole.

2  Q.    Okay.  They spoke Creole, so you assumed

3  that they'd be from Haiti because that's really the

4  only nation where they speak Creole; right?

5  A.    Well, not really.  I mean there is 33

6  countries in the world where they speak Creole.

7  Q.    All right?

8  A.    And it's speaking in a variation of -- of

9  ways, but in Haiti we speak it in a specific way.

10 Q.    All right.  So you were able because of your

11 language skills to listen to what they said in

12 Creole --

13 A.    Yes.

14 Q.    -- and make an educated assumption that they

15 are from Haiti?

16 A.    Not necessarily.  I mean they might be from

17 Haiti or they might be Haitian descent --

18 Q.    All right.

19 A.    -- where they grow up in a house where they

20 speak Creole.

21 Q.    Okay.  All right.  So there are certain

22 dialects of Creole?

23 A.    Within Haiti or outside?

24 Q.    In the world.

25 A.    Well, Creole itself doesn't determine any

1    language.

2    Q.    Right.

3    A.    Creole itself just means that it's a

4    variation of another language.

5    Q.    So in other words, we had the French came

6    and colonized Haiti, and we had the Carib Indians,

7    and we had other influences.  And all of those

8    languages melded into what we would call Creole;

9    right?

10   A.    Well, that -- that's not exactly right.

11   Q.    Help us.

12   A.    Okay.  Creole, the way Haitians speak

13   Creole, the grammar of it is basic African

14   language.  As with any -- any other languages,

15   there is influence of the French since we occupied

16   by the French.

17        Even the American when they came in in the

18   1900s.  We are influenced by that.  Spanish.

19   There's other words that mix in into language

20   itself because language is alive.  It's get

21   influenced by every which way.

22   Q.    Okay.  So to use an example from America,

23   English is the predominant language as it comes

24   over and the colonies are being settled by

25   predominantly speaking English folks.

          But there's also people coming in from
Germany and later on Italy, and certainly from
Ireland.  And we've developed in the country
certain accents or dialects; right?

A.    Right.

Q.    So if I say y'all down here, you know what
I'm talking about.  If I say it somewhere else,
they'll look at me funny; right?

A.    Right.

Q.    Okay.  Are there those type of distinctions
in Creole depending on what region you're from?

A.    In Haiti somewhat, yes.

Q.    All right.  Fair to say that there is slang
that is utilized by people speaking Creole?

A.    Yes.

Q.    All right.  So if I say to you you feel me,
in English what does that mean to you?  You feel
me?

A.    In English that's you understand me.  I
mean --

Q.    Well, the literal translation to you, feel
me would be I'd come over here and you'd touch me;
right?

A.    Right.

Q.    Right.  You feel me?

A.    Yes.

Q.    Okay.  But if I said that in context as I'm trying to explain something to someone else, would you agree me that you feel me could mean do you understand me?

A.    Yes.

Q.    Do you see where I'm coming from?

A.    Yeah.

Q.    So that's slang that you need to interpret; right?

A.    Yes.

Q.    And you need to know the context of the conversation in order to interpret that slang; right?

A.    Yes.

Q.    Okay.  You agree with me that each individuals have certain ways of speaking and different ways of speaking?

A.    Yes.

Q.    All right.  Some people speak -- I don't know.  Have flowery speech.  They use some archaic terms.  Other people speak at a more basic level using different vocabularies.  We all speak differently; right?

A.    Yes.

1    Q.    And it would help you as an interpreter if

2    you had the opportunity to sit down with the people

3    that were speaking to help you understand what they

4    might be saying; right?

5    A.    Yes.

6    Q.    You could do a better job if you had a

7    chance to interview the people that were speaking;

8    right?

9    A.    Yeah.

10   Q.    Because you'd get to know them?

11   A.    Sure.

12   Q.    All right.  And it's fair to say that in

13   this case you never spoke with Mr. Baptiste or

14   Mr. Volcy; correct?

15   A.    No.

16   Q.    All right.  One final part of language,

17   inflection.  When you are listening, you can hear

18   to a point what the inflection of the speech is?

19   A.    Yes.

20   Q.    So if I said to you damn the torpedoes, full

21   speed ahead, what is that telling you?  That I'm

22   Admiral Farragut and I'm being brave; right?

23   A.    Right.

24   Q.    Okay.  But if I say damn, torpedoes.  Full

25   speed ahead, now I'm not being so heroic, am I?

1  A.    Right.

2  Q.    Because the inflection of my voice is

3  different; right?

4  A.    Correct.

5  Q.    So it's important as you are listening to

6  listen to the inflection in order to interpret;

7  right?

8  A.    Sure.

9  Q.    Okay.  Now, in this particular case Gregory

10 Bazin --

11 A.    Bazin.

12 Q.    How do you spell that?

13 A.    B-A-Z-I-N.

14 Q.    Okay.

15 A.    It's pronounced Bazin.

16 Q.    Bazin.  He took the tape recording and put

17 on earphones, I'm assuming, and he listened to it,

18 and he wrote out what he thought was a rough draft

19 of the translation; right?

20 A.    Uh-huh.

21 Q.    Is that correct?

22 A.    Correct.

23 Q.    Okay.  And then after he did that -- and

24 he -- I'm assuming he speaks Creole?

25 A.    Correct.

1  Q.    And he has a similar, same background as

2  you?

3  A.    Yes.

4  Q.    He's part of your company?

5  A.    Yes.

6  Q.    And he does contract work for DEA also?

7  A.    Yes.

8  Q.    Okay.  So he did his idea of the translation

9  or the interpretation, and then you put on the

10 earphones and you listened and you checked his

11 work; right?

12 A.    Yes.  But what -- what it gives me is

13 actually his final work.

14 Q.    Ah.

15 A.    This is very tedious work.

16 Q.    Sure?

17 A.    For each minute that somebody talk on the

18 tape, for example, that takes me an hour to

19 actually write down.

20 Q.    Because you have to listen to it over and

21 over?

22 A.    And over.  And you have to do that over

23 several days so you make sure what you write down

24 is actually accurate.

25 Q.    Okay.  And then you take his transcript and

1  you listen and you do some quality control; right?

2  A.    I basically do exactly the same thing he

3  does except that since he wrote everything out for

4  me.  So my work is a little bit less than what he

5  did.  So I just go and check what he did is right.

6  And if something is iffy, then I go back and I

7  listen to it again and I put -- give it the final

8  touch it needed.

9  Q.    All right.  Give us an example of where he

10  got it wrong.

11  A.    Excuse me?

12  Q.    Give us an example of where he got it wrong,

13  where you corrected something that you listened to

14  again and heard and corrected him.

15  A.    All right.  Okay.  This work I actually did

16  back in July.

17  Q.    Right.

18  A.    For me to go back in my memory from July and

19  tell you exactly what I did back then, I mean come

20  on, it's impossible for me to go back.

21  Q.    So you can't -- you don't have any rough

22  notes from the original transcript and --

23  A.    No.  We don't -- we don't do notes.  We

24  don't keep notes or anything like that.

25  Q.    All right.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    THE COURT:  Let's take a break, Counsel.

2    MR. CRAWFORD:  Certainly, Your Honor.

3  Thank you.

4    THE COURT:  We'll reconvene at 11:15.

5    Do not discuss the case, ladies and

6  gentlemen.

7    COURT SECURITY OFFICER:  Please rise for

8  the jury.

9   (THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)

10   (THEREUPON, A RECESS WAS TAKEN, AND THEN THE

11    PROCEEDINGS CONTINUED AS FOLLOWS:)

12    COURT SECURITY OFFICER:  Please rise for

13  the jury.

14   (THEREUPON, THE JURY ENTERED THE COURTROOM.)

15    COURT SECURITY OFFICER:  Please be

16  seated.

17    (PAUSE IN PROCEEDING.)

18    COURT SECURITY OFFICER:  All rise.  This

19  Honorable Court is now in session.  Please be

20  seated.

21    THE COURT:  You may continue,

22  Mr. Crawford.

23    MR. CRAWFORD:  Thank you, Your Honor.

24  BY MR. CRAWFORD:

25  Q.    All right.  Mr. Polynice, let's finish up

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    with your cohort, Mr. Gregory Bazin.

2    A.      Bazin.

3    Q.      Bazin.  I'll get it right eventually.  I'm

4    sorry.  Okay.

5            You can't remember specifically what you

6    corrected, but you did make some corrections as to

7    his translation; correct?

8    A.      This is usually the case.  Because when two

9    people listen to something and listen to it over

10   and over, you get in your head of what is said.

11   And then you might have little things here and

12   there that you need to correct at the end.

13   Q.      Okay.  So while you can't remember

14   specifically, chances are very good that you made

15   some corrections to his original transcript; right?

16   A.      Sure.

17   Q.      All right.  Now, would you agree with me

18   that the amount of stress the speaker is under

19   could have an effect on the language they use and

20   what interpretation would be appropriate?

21   A.      I'm not sure I'm qualified to -- to figure

22   that out.  I don't know.

23   Q.      All right.  Would it be helpful for you when

24   you're doing your translation, and more

25   specifically your interpretation, to know whether

1  or not the speaker was under stress or not?  It

2  would be helpful to know that, wouldn't it?

3  A.     Well, not from -- from my point of view, not

4  really.  I'm just translating.  I mean the amount

5  of stress you are in has nothing to do with my

6  job.  I just have to basically take your words and

7  just translate them, and that's it.

8  Q.     All right.  Well, then for us to understand

9  your translation, it would be helpful for the

10  here -- for the people that have to make a decision

11  beyond a reasonable doubt, it would help us to know

12  whether they were under stress or not, wouldn't it?

13  A.     Maybe, yeah.

14  Q.     Okay.  And it was your understanding that

15  these two individuals that were speaking were in

16  the back seat of a patrol car?

17  A.     Correct.

18  Q.     And did you know whether they were

19  handcuffed or not?

20  A.     No, I didn't know.  But I could tell from

21  the conversation that I listened to that at one

22  point they weren't, and at another point they came

23  and handcuffed them --

24  Q.     Okay?

25  A.     -- and put them under arrest when I was

1    listening.

2    Q.    There is that part.  And there is a point

3    during this transcript where they are taken out and

4    handcuffed and put back in the vehicle; right?

5    A.    Uh-huh.

6    Q.    Okay.  And were you aware that there was a

7    dog involved?

8    A.    Yes.  I also heard on the -- on this --

9    on -- on the -- on the audio I heard about the

10   dog.  I heard the dog barking.  So I knew there

11   was a dog there.

12   Q.    Okay.  All right.

13         MR. CRAWFORD:  Judge, with your

14   permission if I could bring the blackboard.

15         THE COURT:  You may do so.

16         MR. CRAWFORD:  Judge, if you could

17   inquire if the jury can see the blackboard.

18         THE COURT:  Can you see that all right?

19         And, counsel, you may change your

20   positions to clearly see the blackboard.

21   BY MR. PRESTON:

22   Q.    All right.  I put on the blackboard

23   K-R-A-Z-E.  How do you say that in Creole?

24   A.    Crazy.

25   Q.    What does that mean?

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    A.    To break.

2    Q.    Okay.  So in your transcript that you and

3    your colleague prepared, on Page 4 down at the

4    bottom where you've got Volcy saying kraze, do you

5    see that?

6    A.    Yes.

7    Q.    Okay.  You have translated that to yeah, I

8    smash.

9    A.    Right.

10   Q.    Okay.  So kraze is one of those words that

11   can mean broken, it can mean smash, it can mean

12   other things; right?

13   A.    Yeah.

14   Q.    Okay.  So it is your interpretation that

15   Mr. Volcy is saying on Page 4 when he says kraze --

16   is it bagay, bagay ?

17   A.    Bagella.  Bagay.

18   Q.    Don't laugh at me.  I can't speak Creole.

19   A.    Okay.

20   Q.    All right.  That it means I smash the thing?

21   A.    Right.

22   Q.    That is your interpretation?

23   A.    Yes.

24   Q.    Okay.  Now, if you go to Page 6 -- and I

25   think my numbering was a little off.  See if I can

1   correct it?

2   A.      Okay.

3   Q.      Right here again Volcy?

4   A.      Uh-huh.

5   Q.      Okay.  Here we use the word "kraze" again;

6   correct?

7   A.      Right.

8   Q.      And this time you interpret it to mean

9   broke?

10  A.      Correct.

11  Q.      Okay.  So kraze can mean smash or it can

12  mean broken?

13  A.      Sure.  It's pretty much the same action.

14  Q.      Now, if I say to you bread, what do I mean?

15  A.      Bread?

16  Q.      Yeah.

17  A.      It means the bread that you eat.

18  Q.      I'm sorry.  Red.

19  A.      Red?

20  Q.      R-E-D -- R-E-A-D.  What do I mean?  If you

21  hear read, what do I mean?

22  A.      That's mean you read something.

23  Q.      Okay.  So it could mean I am reading

24  something off the paper; right?

25  A.      Uh-huh.

Q.    Or it could mean that I have a red pen;
right?

A.    Correct.

Q.    And so it's important to put it in context
to know what it means; correct?

A.    Correct.

Q.    And who better to put it in context than the
person speaking; right?

A.    Sure.

Q.    Because they're in a much better position to
know what they mean by their own words; right?

A.    Sure.

Q.    Are your aware that early on in this tape
the police officer comes back to the patrol car and
starts questioning the two individuals sitting in
the back as to whether they have marijuana in the
cab portion of the tractor trailer?  Do you
remember that?

A.    Yes.

Q.    Okay.  And you remember him asking them
specifically do you smoke marijuana; right?

A.    Yes.

Q.    And then you recall that afterwards then the
dog arrives; right?

A.    Right.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1   Q.    Okay.  Let's talk about this word.

2  Mr. Preston alluded to this during direct.  I want

3  to flush it out just a little bit more.  Okay.

4        B-A-G-A-Y, how do you pronounce that in

5  Creole?

6   A.    Bagay.

7   Q.    Say again.

8   A.    Bagay.

9   Q.    Bagay?

10   A.    Bagay.

11   Q.    Bagay?

12   A.    Yes.

13   Q.    All right.  And bagay can mean what?

14   A.    Thing.

15   Q.    Thing.  And so if you're using the word

16  "thing" in the vernacular and you're talking, thing

17  could be anything; right?

18   A.    Yes.

19   Q.    Which is why we see that word so much in

20  this transcript?

21        Now, there are certain places in this

22  transcript where you interpret bagay -- bagay to

23  mean something other than thing.

24   A.    Right.

25   Q.    Why?

```
1    A.      Because of the way they are talking.

2    Q.      Okay.  So --

3    A.      And you can end up with that -- because

4    bagay is something and some thing.  And you can

5    call anything something.  So in the way they are

6    talking in the course of conversation I can tell

7    that that bagay is that bagay, and that bagay is

8    something else.

9    Q.      So that's your judgment call as to what

10   thing they're talking about based on the context of

11   the conversation?

12   A.      On the context.  If they're talking about

13   the phone and then they said thing afterward, I

14   can assume that the phone is the thing and

15   something else.

16   Q.      Understood.  And the context that you were

17   given was that this is a DEA case, two guys sitting

18   in the back of a patrol car; right?

19   A.      Right.

20           MR. CRAWFORD:  If I could have just a

21   moment, Your Honor.

22           THE COURT:  You may.

23           MR. CRAWFORD:  Judge, I'm done.  Thank

24   you, sir.

25           Mr. Polynice, thank you, sir.
```

1          THE WITNESS:  You're welcome.

2          THE COURT:  Any further inquiry from

3     defense counsel?

4          MR. CHALELA:  No, thank you, Your Honor.

5          THE COURT:  All right.

6          Redirect, Mr. Preston.

7               REDIRECT EXAMINATION

8     BY MR. PRESTON:

9     Q.    In regard -- in regard to the word "bagay,"

10    thing, you -- you never put in your transcript the

11    word "drugs" or "marijuana," did you?

12    A.    No.

13    Q.    Even though you were working on a DEA case;

14    correct?

15    A.    Unless it was mentioned, I didn't -- I

16    didn't translate anything to say drugs or anything

17    like that, no.

18    Q.    Specifically for the word "bagay," thing;

19    correct?

20    A.    Right.  I didn't translate that word to mean

21    drugs or anything like that.

22    Q.    And I'd just like to turn back to Page 9,

23    please.  I'm sorry.  Page 19.  We'll pull up a

24    section here.

25          It begins with Baptiste.  And the Creole

1  phrase to our left is -- please correct me -- but

2  youn chef chen (phonetic).

3  A.    Yes.

4  Q.    Is youn chef chen literally translated a cop

5  dog?

6  A.    No.  It's actually translated to say a chief

7  dog.

8  Q.    A chief dog?

9  A.    Right.  But the word "chef" in Creole refers

10 to the police cops.

11 Q.    So you use it in interpretation in the

12 translation in that instance; correct?

13 A.    Correct.  Because that word, that's what it

14 means in Creole.  A chef is somebody in authority,

15 and it usually goes toward police officers.

16 Q.    So there's an example of what you and

17 Mr. Crawford were discussing; correct?

18 A.    Correct.

19 Q.    Another example would be the final line here

20 under Volcy, which is noutoukakawe.

21 A.    Noutoukakawe.

22 Q.    How does that literally translate?

23 A.    We just shit, yes.

24 Q.    And how would you -- and how did you

25 translate it in this particular incident?

A.    We are shit out of luck.

          MR. PRESTON:  Nothing further, Your
Honor.

          THE COURT:  You may come down,
Mr. Polynice.

          THE WITNESS:  Thank you, sir.

          THE COURT:  You are excused from further
attendance.

          Your next witness.

          MR. PRESTON:  The government recalls
Robert Lanese.

          MR. CRAWFORD:  Judge, if I can interrupt
for just a second, we've got a humming over here,
a noise that we need to deal with.

                    (PAUSE IN PROCEEDING.)

                    ROBERT LANESE,
a witness, having been previously sworn to tell
the truth, the whole truth and nothing but the
truth, was examined and testified as follows:

          MR. PRESTON:  May I inquire, Your Honor?

          THE COURT:  You may.

                    DIRECT EXAMINATION

BY MR. PRESTON:

Q.    Trooper Lanese, in regard to your knowledge
of the ability for a trailer door to be opened

1  without breaking a seal, have you reviewed a video

2  demonstration of that particular procedure?

3  A.     Yes, I have.

4  Q.     Did you bring a copy of that video to court

5  with you yesterday?

6  A.     Yes, sir.

7  Q.     I'd like to show you what's been marked for

8  identification purposes as Government's Exhibit 36.

9  I want to take a moment to make sure I didn't do a

10  second 36 as well.

11      And you recognize that CD?

12  A.     Yes, sir.

13  Q.     Does that CD contain the demonstration that

14  you're discussing now?

15  A.     Yes, sir, it does.

16          MR. PRESTON:  Government would move into

17  evidence Government's Exhibit No. 36, Your Honor.

18          MR. CRAWFORD:  Judge, same objections as

19  made at sidebar.

20          THE COURT:  All right.  Government 36 is

21  received.

22          (EXHIBIT 36 ADMITTED INTO EVIDENCE.)

23          MR. PRESTON:  And I move to publish the

24  portion referred to by Trooper Lanese, please.

25          THE COURT:  You may do so.

```
 1              (PLAYING VIDEOTAPE, EXHIBIT 36).

 2              MR. PRESTON:  No further questions.

 3              THE COURT:  Anything from defense

 4    counsel on that -- on that issue, Mr. Crawford?

 5              MR. CHELALA:  If it pleases the Court,

 6    may I, Your Honor?

 7              THE COURT:  Mr. Chelala.

 8              MR. CHELALA:  Thank you, Your Honor.

 9                    CROSS EXAMINATION

10    BY MR. CHELALA:

11    Q.    Trooper, yesterday you testified that you

12    didn't remember anything about a seal or whether

13    you had broken a seal on this particular case;

14    correct?

15    A.    Yes, sir.

16    Q.    Okay.  Today you testified and the

17    government showed you something indicated red on

18    the back lower portion of a photograph at the back

19    of the trailer.  Do you remember that today?

20    A.    Yes, sir.

21    Q.    Okay.  And the government asked you whether

22    that might refresh your memory of possibly there

23    being a seal on that truck in this case; correct?

24    A.    Yes, sir.

25    Q.    Okay.  Then the government showed you
```

1    pictures of a Countryside Bakery out there in

2    California, a picture of one of their seals, and --

3    and asked you something along the lines of does

4    this look like possibly that could be the red thing

5    that we see on the truck in question.  And you said

6    yeah, looks like it's possible; correct?

7    A.    Sure.

8    Q.    Okay.  Now, you testified then to the jury

9    this morning that in your opinion the back of the

10   truck could be opened without breaking the seal.

11   Do you remember that?

12   A.    Yes, sir.

13   Q.    Okay.  And as it turns out, you brought a

14   video that you had where that was just demonstrated

15   to us; correct?

16   A.    Yes, sir.

17   Q.    Okay.  Let me ask you this:  Again, as to

18   the -- not -- ignoring the video for a minute,

19   ignoring that Countryside seal for a minute.  Just

20   the facts of this case and the truck in question

21   where these two gentlemen were stopped in --

22   occupying.

23        Did you at any time take any pictures of any

24   pry marks or anything else in regard to opening up

25   this seal --

```
1   A.      No.
2   Q.      -- theoretically?
3           And the way you testified this morning seems
4   as if you were trained and well familiar with the
5   ease with which one could open up the back doors of
6   a trailer without disturbing a seal.  So is that
7   true?  Are you -- were you well familiar with this?
8   A.      Yes, sir.
9   Q.      And for how long have you been so well
10  familiar?
11  A.      For years.  I -- I teach it around the
12  country, sir.
13  Q.      Oh, you actually are a teacher?
14  A.      Yes, sir.
15  Q.      And you've been a teacher for years?
16  A.      Yes, sir.
17  Q.      Okay.  Then let me ask you then:  This video
18  demonstration, what is the context of the video
19  demonstration that we just watched?  Was that in
20  front of law enforcement, the Florida Highway
21  Patrol?
22  A.      Yes, sir.
23  Q.      Oh, I see.  So the gentleman there, I
24  doubt -- maybe he is.  Is he a Florida trooper
25  himself?
```

A.      The gentleman that was speaking in the video

was a subject that is ex law enforcement that is a

professional trucker.

Q.      I see.  Okay.  So he's ex law enforcement.

You don't know what experience that he had is?

A.      No, sir.

Q.      Okay.  And as you say, he's a professional

trucker?

A.      Yes, sir.

Q.      And he's to play this video, and that's why

you I guess at some point have it in your

possession, demonstrating how to open up the back

doors of a trailer without disturbing a seal placed

upon it; correct?

A.      Yes, sir.

Q.      Okay.  So would you agree with me that the

whole point of showing Florida Highway Patrol this

video and making the video is to demonstrate how if

I'm a trucker and I have a seal on my truck and I

know I have contraband of some sort in my truck,

that this would be a manner with which I could open

up the doors without disturbing the seal and not

alert say the buyer of the legitimate goods that

I'm hauling in my truck.  That's the whole point of

the video; right?

A.     Yes, sir.

Q.     All right.  So the whole point of the video
is to show what bad guys do that are hauling
legitimate goods and hence have a seal; correct?

A.     Yes, sir.

Q.     Okay.  Now, let's talk about why that seal
is so important.  Would you agree with me that the
whole purpose of having a seal is to protect a
seller of his or her goods from having those goods
tampered with or stolen or watered down en route to
the buyer of my goods?

A.     It's a quality control issue.  That's all
the seal is.  If -- if it was a -- an important --
as important as a -- like a -- I don't know, a
load of money back there, I would put a different
type of a lock -- locking system on there to keep
the person out.

       But a seal itself is basically just quality
control from shipper to receiver.  And it can
easily be manipulated, taken off, put back
together.

Q.     If you could just please -- if you could
just answer the questions that I pose to you.

A.     I'm trying to.

Q.     Okay.  Here's the question.  It's really

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

quite easy.  As a shipper of goods I'm a

businessman or woman.  Would you agree with that?

A.     Yes.

Q.     Okay.  And if my buyer is Walmart as

apparently in this case, then I have a great

customer that I make a good living off of for my --

for my company.  Would you agree with that?

A.     Yes.

Q.     Okay.  So let's go to the facts of this

case.  If I'm Countryside Bakery, Incorporated, in

Irvine, California, and I got a customer as big as

Walmart or Sam's Club, then that -- you would agree

with me that that customer of my bakery is a good

customer; correct?

A.     Yes.

Q.     Okay.  And the whole point -- would you

agree with me that the whole point of me having

this whole seal process on my goods that are being

shipped is to insure, as you said, quality control

and the safety of my goods so that when they get to

my customer they're in the same condition that I

sent them in; correct?

A.     Yes.

Q.     Okay.  That's the whole point of a seal.

You agree with that; right?

1    A.      Yes, sir.

2    Q.      Okay.  Thank you.

3            So being -- let's go back to April 24th of

4    last year when this incident occurred.  Okay?

5    A.      Yes, sir.

6    Q.      Knowing, as a professor all across the

7    nation for years about sealing, trucking,

8    interdiction, drugs, contraband, and all these

9    things about which you've just told us, why in the

10   world would you not have put in your report and

11   come prepared yesterday to testify about whether

12   there was a seal on that truck knowing how

13   important that is in the business that you're a

14   professor about?

15   A.      I really don't know why I didn't document

16   that in my report that I broke a seal on this

17   particular occasion.

18   Q.      Well, you wrote -- you did generate a

19   report; correct?

20   A.      Yes, sir.

21   Q.      And that's so that -- let's say we're coming

22   up kind of almost on April already this year.

23   That's, oh, nine months later, a year later when

24   something as important as this criminal conspiracy

25   case is in -- in trial.

1    And you've been called to testify and

2    subpoenaed to testify in front of the jury. The

3    whole purpose of a report is so that you can

4    refresh your recollection about this one particular

5    incident that occurred in the late afternoon on

6    April 24th of '08; correct?

7    A.    Yes, sir.

8    Q.    Okay.  And in fact, you surely generated a

9    report; correct?

10    A.    Yes, sir.

11    Q.    Okay.  And in that report that you

12    generated, let me -- let me ask you -- I'll venture

13    to guess.  Are Florida Highway Patrol, which is

14    what?  Tallahassee is the center?  Center command

15    for Florida Highway Patrol is Tallahassee?

16    A.    Yes, sir.

17    Q.    Okay.  And that's because it's a State of

18    Florida agency; correct?

19    A.    Yes, sir.

20    Q.    Okay.  And you've been with the Florida

21    Highway Patrol for how many years again?

22    A.    Twenty-seven.

23    Q.    Okay.  The report upon which you wrote the

24    report, the document carefully what you did in this

25    case about which you've just testified yesterday

1  and today was generated upon a Florida Highway

2  Patrol report format given to you by your agency;

3  correct?

4  A.    Yes, sir.

5  Q.    Okay.  Over 27 years you say?

6  A.    Yes, sir.

7  Q.    Over the 27 years that you've been a Florida

8  Highway Patrol have you pretty much always used

9  that same standard format that the chief commander

10  issues for the Florida Highway Patrol upon which to

11  write reports?  Have you pretty much always used

12  that format?

13  A.    No.  That's a different format that's a --

14  it's a -- it's a recent change within about four

15  years that particular report.

16  Q.    Okay.  So before this there was a different

17  format?

18  A.    It was a different -- different form, yes,

19  sir.

20  Q.    Okay.  But all throughout the 27 years, the

21  commander in chief and his or her high brass, they

22  generate and they agree upon a standard report so

23  that all troopers throughout the State of Florida

24  are all using the same report; correct?

25  A.    Yes, sir.

1     Q.    Okay. And surely, even in the academy when

2 you were young, before starting your career of

3 27 years, you learned how important report writing

4 is so that when cases like this come before a jury

5 months, if not years later, you are accurately able

6 to refresh your memory about the important facts in

7 your investigation; correct?

8     A.    Yes, sir.

9     Q.    Okay. Now, surely you must have documented

10 the important facts in this case on that report;

11 correct?

12     A.    Yes, sir.

13     Q.    Okay. And is it fair to venture that the

14 report itself is what, five pages long?

15     A.    Probably.

16     Q.    Okay. About five pages long. And what kind

17 of font do you use? Real small front; right?

18     A.    Yes, sir.

19     Q.    Okay. We're not talking 14 point double

20 spaced font like an appellate brief before this --

21 or Atlanta Court; we're talking about real small

22 font and real small lines with about five pages of

23 information that you documented about this

24 incident; correct?

25     A.    Yes, sir.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    Q.    Okay.  Now, you put in the incident -- or

2    surely you put all the most important things that

3    you did in this incident so that you could jog your

4    memory when testifying potentially like you did

5    yesterday and today; correct?

6    A.    Yes, sir.

7    Q.    Okay.  About the call from the DEA agent,

8    Mr. Duralia; correct?

9    A.    Yes, sir.

10   Q.    Okay.  How you agreed to help out the

11   federal government, the DEA, in -- in interdicting

12   this semi truck that was told to you had

13   importation of marijuana in it; correct?

14   A.    Yes, sir.

15   Q.    Okay.

16            MR. CRAWFORD:  Judge, could I ask to

17   approach sidebar for just a moment?

18            THE COURT:  Not at this point.  Let's

19   not interrupt this examination.

20            MR. CHELALA:  Could I have a moment with

21   my counsel, Your Honor?

22            THE COURT:  You may.

23            MR. CHELALA:  Thank you.

24            MR. CRAWFORD:  Thank you, Your Honor.

25            (Pause in proceeding.)

BY MR. CHELALA:

Q.    In this report that you wrote then, did --
is there any -- is there anywhere indicated in your
report that there were any pry marks or tool marks
that you checked to see whether the back doors had
been removed without disturbing the seal?

A.    No, sir.

Q.    Okay.  Do you remember whether you looked
for that, being a national professor on that?

A.    Yes, sir.

Q.    Okay.  So you did look for that?

A.    Yes, sir.

Q.    And it's not in your report?

A.    I don't recall seeing it.

Q.    Okay.  You don't recall seeing it?

A.    No, sir.

Q.    How about the tools, the tools that we saw
in the video that you -- you found no tools, did
you?

A.    I didn't go into the cab of the truck.

Q.    Okay.  So the answer is no, you did not find
any tools?

A.    No, sir.

Q.    Okay.

          MR. CHELALA:  Nothing further, Your

1   Honor.

2             THE COURT:  Mr. Preston.

3                 REDIRECT EXAMINATION

4   BY MR. PRESTON:

5   Q.      Trooper Lanese, other than speculating, you

6   didn't know what was going to happen when this

7   truck arrived at the warehouse had you not

8   intercepted it; correct?

9   A.      Correct.

10  Q.      As far as opening the door, breaking the

11  seal, anything of that nature; correct?

12  A.      Correct.

13  Q.      Next time you break a seal will you find it

14  to be an important point to put in your report?

15  A.      Yes, sir.

16            MR. PRESTON:  Nothing further, Your

17  Honor.

18            THE COURT:  You may come down,

19  Mr. Lanese.

20            THE WITNESS:  Thank you.

21            THE COURT:  Since we have only ten

22  minutes till noontime, let's take an early noon

23  recess.  And we'll ask that you come back at 1:15.

24  Remind you not to discuss the case.  Do not make

25  up your minds about any of the issues yet.

1          You may take the jury.

2               COURT SECURITY OFFICER:  Please rise for

3     the jurors.

4        (THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)

5               THE COURT:  You may be seated.  We'll be

6     in recess for the lunch break.

7               As far as counsel is concerned, however,

8     let's get back early enough and we can go through

9     the respective charges to the jury before they

10    have to be back in the courtroom.

11              MR. CRAWFORD:  Judge, if I could --

12              THE COURT:  Yes.

13              MR. CRAWFORD:  -- I need to know when

14    the government thinks they're going to rest.

15              THE COURT:  Mr. Preston, can you shed

16    some light on that subject?

17              MR. PRESTON:  Well, it's dependent on

18    cross-examination, Your Honor.  I have four more

19    witnesses to call, and I would expect less than

20    two hours testimony.

21              I have Richard Morello, who will discuss

22    the GPS device that was on the trailer.  Deputy

23    U.S. Marshal Barry Golden to discuss an encounter

24    with the defendant Shorter.  And then two

25    gentlemen who sold cars to the defendant Shorter.

1           MR. CRAWFORD:  Well, then I -- I agree

2    given the -- who those witnesses are that we'll

3    probably be done by mid afternoon.

4           The problem I have is that I have a

5    witness coming in because you told me to have them

6    here this afternoon that I have to prepare over

7    the lunch break, and I can't be doing that and be

8    here for a charge conference simultaneously.

9           THE COURT:  Well, we can defer it until

10   later in the day.

11          MR. CRAWFORD:  Thank you, sir.  And,

12   Judge, I don't think there's going to be much

13   debate on the charge conference if that helps.

14          THE COURT:  All right.

15          MR. CRAWFORD:  Thank you.

16          THE COURT:  All right.  I told the jury

17   to be back at 1:15.  Well, if we don't anticipate

18   much debate on that -- on the instructions --

19          MR. RODRIGUEZ:  Do it at the end of the

20   day.

21          THE COURT:  It's now five minutes to

22   12:00.  If counsel is back by 1 o'clock, we can

23   take that 15 minutes to go over the instructions

24   and that might take care of that.

25          We'll see that you get copies of them

before you leave for lunch now so you'll have an
opportunity to review them.  And we'll try to get
that done between 1:00 and 1:15.

We'll be in recess until 1 o'clock as
far as you are concerned.  1:15 for the jury.

(AT WHICH TIME THE LUNCHEON RECESS WAS TAKEN.)

COURT SECURITY OFFICER:  All rise.

THE COURT:  Good afternoon, gentlemen
and ladies in the courtroom.

Thank you for coming back promptly,
gentlemen.

You've been furnished with a packet of
the instructions which are proposed to give to the
jury.  I'll refer to them by the letter and number
designation in the upper right-hand corner.

If you have any objection or comment
that you wish to make, please interrupt me and
we'll hear you on the subject.

If I don't hear anything from you after
reasonable pause, I'll simply go on to the next
one.

The face page.

MR. RODRIGUEZ:  Nothing.

THE COURT:  B2.2.

MR. CRAWFORD:  Judge, is B2.2 -- is that

reference 2.2 from the standards, and B stands for

basic?

        THE COURT:  Yes.  2.1 -- B2.1.  B3.

        MR. CRAWFORD:  Judge, it looks like B2.1

and B2.2 are identical.

        THE COURT:  Except for 2.2 refers to

whether the defendant will testify or not, and 2.1

does not make reference to a defendant's

testimony.

        MR. CRAWFORD:  And you will make the

call depending on if the defendant testifies?

        THE COURT:  Right.

        MR. CRAWFORD:  If the defendant -- one

defendant testifies and one does not?

        THE COURT:  2.2 will be given.

        MR. CRAWFORD:  Thank you, sir.

        THE COURT:  B3.  B4.2.  B5.  B6.2.

        MR. PRESTON:  You have B6.5, Your Honor?

        THE COURT:  Pardon?

        MR. CRAWFORD:  Depends on if they

testify.

        MR. PRESTON:  Oh, I got ahead of myself.

I'm sorry.

        THE COURT:  Consider those two in

conjunction with each other.  6.5, as you note,

has a last paragraph referring to the defendant's right not to testify.

And if defendant does testify, the jury should consider that the same way as any other witness.

We'll make that determination when you make your determination as to whether the defendants will testify.

S1.2.

MR. RODRIGUEZ: Yes, Your Honor. Second paragraph reads in this case the government called as one of its witnesses. It really called two witnesses that qualified or for which this instruction applies, and I'd like that highlighted.

THE COURT: What do you mean you'd like it highlighted?

MR. RODRIGUEZ: What I mean highlighted, I'd like it noted. It -- it says -- it infers ss there was only one person who was either a co-defendant or who entered into a plea agreement. We have two people that have done that. Or you can put "has called one or more" if you would like. But I'm saying this case specifically there have been two people.

1    THE COURT:  Yes.  Well, we'll change one

2    to two.

3         B7.  T-6.  S-5.

4         MR. RODRIGUEZ:  Yes, Your Honor.  Second

5    full paragraph, second sentence we should just

6    eliminate one of the two possesses --

7         THE COURT:  Which -- which instruction

8    are you referring to?

9         MR. RODRIGUEZ:  Oh, did I miss one?  Did

10   you say B8?

11        THE COURT:  No.  T-6 was the last one.

12   This one S-5.

13        MR. CRAWFORD:  Judge, I have S-2.2.

14        THE COURT:  That's the next one.

15        MR. CRAWFORD:  Okay.  Excuse me, Your

16   Honor.

17        THE COURT:  Do you have S-5?

18        MR. RODRIGUEZ:  We do.

19        MR CRAWFORD:  I do not.

20        THE COURT:  Who does not?  Mr. Rodriguez

21   is giving you a copy.

22        MR. CRAWFORD:  Thank you, Your Honor.

23   No objection.

24        THE COURT:  S2.2.  B-8.

25        MR. PRESTON:  Your Honor, in regard to

```
1   S2.2 --
2                THE COURT:  Yes.
3                MR. PRESTON:  -- that refers to -- I'm
4   sorry.  The word "detained" is in there.  I guess
5   that would be appropriate in regard to Trooper
6   Lanese's discussions with the defendants.  No
7   objection.
8                THE COURT:  All right.  B-8.
9                MR. RODRIGUEZ:  As I stated before, Your
10  Honor, the fifth sentence right before the word
11  "possess" --
12               THE COURT:  What about it?
13               MR. RODRIGUEZ:  We just -- we just need
14  to eliminate one of the to's that are there, Your
15  Honor.  Says "together to to possess."
16               THE COURT:  What -- what line are you
17  reading?
18               MR. RODRIGUEZ:  The fifth one, Your
19  Honor.
20               THE COURT:  B-8?
21               MR. RODRIGUEZ:  Yes, Your Honor.  Fifth
22  line.  Four words in, Your Honor.
23               THE COURT:  Which reads what?
24               MR. RODRIGUEZ:  "Willfully conspired
25  together to" -- then it says "to" --
```

```
 1              THE COURT:  Oh, oh, I see.  It's a
 2   grammatical?
 3              MR. RODRIGUEZ:  Yes, Your Honor.
 4              THE COURT:  All right.
 5              MR. RODRIGUEZ:  No problem.
 6              THE COURT:  Thank you.  O-87.  O-85.
 7              MR. RODRIGUEZ:  Your Honor, Hugo
 8   Rodriguez.
 9              THE COURT:  Yes.
10              MR. RODRIGUEZ:  Fifth line reads "the
11   defendant."  Since this applies to all three could
12   it say "a defendant"?
13              THE COURT:  Where are you?
14              MR. RODRIGUEZ:  Fifth line of O-85.  The
15   predicate is "the defendant can be found guilty."
16   Prior to that we're talking about in the plural.
17   So could it read "a defendant"?
18              THE COURT:  Yes, it will read "a
19   defendant."
20              MR. RODRIGUEZ:  My next one is, Your
21   Honor, a continuation of 08.  The last full
22   paragraph goes to defendants Baptiste and Volcy --
23              THE COURT:  Yes.
24              MR. RODRIGUEZ:  -- but my client is also
25   charged in Count II separate from them in a
```

1    similar manner.

2             MR. PRESTON:  Count II does not specify

3    quantity, Your Honor.

4             MR. RODRIGUEZ:  Well, what about B1.D?

5    Jim?

6             Your Honor, I've cleared it up.  That

7    was the only thing ss I had as to B -- as to 0-85.

8             MR. CRAWFORD:  Judge, if I could then

9    address my issues on these two?

10            THE COURT:  Pardon?

11            MR. CRAWFORD:  With respect to the

12   preceding jury instruction, 0-87 and 0-85, I

13   believe ss there should be a third element in both

14   that establishes the weight for Apprendi purposes

15   and also for sentencing purposes.

16            MR. PRESTON:  May I respond, Your Honor?

17            THE COURT:  Yes, you may.

18            MR. PRESTON:  The instruction as the

19   Court has presented to us is appropriate and

20   correct pursuant to the commentary to the 11th

21   Circuit standard for pattern jury instructions in

22   that the jury is to determine as is revealed in

23   the concluding paragraphs of both of those

24   instructions they are to determine the quantity

25   involved in regard to the weight.

1          The weight itself is not an essential

2    element of the offense charged.  It's not -- it

3    does not bear on their finding of guilt or not

4    guilt.  It does bear, however, on the future

5    penalties potentially faced by the defendants on a

6    conviction, therefore the special verdict forms

7    that go along with this instruction will provide

8    the jury an opportunity under Apprendi to make a

9    specific finding in regard to the threshold

10   quantities at which enhanced penalties apply.

11          THE COURT:  True.  S-6.  S-7.  The

12   second paragraph, second sentence -- or the first

13   sentence, again Mr. Rodriguez's observation that

14   "the defendant" shall be changed to "a defendant".

15   And then on the end of that line again the word

16   "the" is changed to "a".

17          MR. CRAWFORD:  Judge, to be

18   grammatically correct should the "are" be changed

19   to "is"?

20          THE COURT:  No.  The acts --

21          MR. CRAWFORD:  That's correct.  Okay.

22          THE COURT:  So in that line we have

23   three changes from "the" to "a".

24          MR. CHALELA:  Your Honor, is there a

25   fourth change at the --

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1          THE COURT:  Yes.  Next line.  And

2    throughout that page the word "the" will be

3    changed to "a" wherever it refers to defendant.

4          B9.1.  B10.4.  B11.  B12.

5          Then we have the proposed verdict forms

6    as to each of the defendants.

7          MR. RODRIGUEZ:  Yes, Your Honor.  Hugo

8    Rodriguez.

9          THE COURT:  Yes.

10         MR. RODRIGUEZ:  Your Honor, in reading

11   the verdict form and reading the Indictment as to

12   Count I --

13         THE COURT:  Yes.

14         MR. RODRIGUEZ:  -- it says "to

15   distribute and possess with the intention to

16   distribute".

17         THE COURT:  To distribute --

18         MR. RODRIGUEZ:  And possess with the

19   intent to distribute.

20         THE COURT:  To distribute and possess

21   with intent to distribute.

22         MR. RODRIGUEZ:  With intent to

23   distribute.  Got it.  All right.  That cleared it

24   up.  I was misreading it.  Excuse me.

25         THE COURT:  Just where you place the

1 emphasis.

2 MR. RODRIGUEZ: Got it. That's true. I

3 learned that this morning.

4 THE COURT: Are there any other

5 instructions which any defendant or the government

6 suggest be included which have not been included

7 in the Court's proposed instructions?

8 MR. PRESTON: No, Your Honor.

9 MR. CRAWFORD: Yes, Your Honor. I have

10 several that I'd like the Court to consider

11 giving.

12 THE COURT: Have you submitted them?

13 MR. CRAWFORD: I did, Your Honor.

14 THE COURT: They are?

15 MR. CRAWFORD: First one would be --

16 let's see if it's a special or basic. A special

17 instruction 1.1 from the 11th Circuit.

18 THE COURT: Basic or --

19 MR. CRAWFORD: Special.

20 THE COURT: Special?

21 MR. CRAWFORD: Yes, sir. It's entitled

22 Accomplice Informer and Immunity.

23 THE COURT: All right.

24 MR. CRAWFORD: This case is a little

25 different than what we normally do because in this

particular case Mr. Parra was in effect given

immunity in that he was not charged with this

Indictment and the crimes committed in this

Indictment.  He stands ready to be sentenced on

another Indictment which is a separate conspiracy.

So it is our position ss because of that

unique status this instruction should be given in

addition to the one that the Court is going to

give concerning special testimony or special

witnesses.

THE COURT:  It will be included,

Mr. Crawford.

MR. CRAWFORD:  Thank you, Your Honor.

THE COURT:  Let's see.  That'll be

included just after the other instruction that is

a cautionary instruction.  I don't find it

immediately here.

Yes, S1.2.  It will be included

immediately before S1.2.  Will be S1.1.

MR. CRAWFORD:  And, Judge, I would also

ask that you include S1.3.  Again, that is from

the standard 11th Circuit special instructions.

It is entitled Accomplice Addictive Drugs and

Immunity.

Again, Mr. Parra testified that he had

been dealing and using marijuana for over ten
years, and I believe that the paragraph dealing
with a witness that is using addictive drug during
the time that he testifies about should be a
special instruction given to this jury.

     MR. PRESTON:  My -- my recollection is
completely different, Your Honor.  I don't recall
any witness testifying as to the use of drugs in
this case.

     THE COURT:  I don't either.

     MR. CRAWFORD:  Well, let me check with
my colleagues.  My memory could be a bit off.

     Judge, we didn't ask that question, so I
would agree there's nothing in the record at this
point to establish that unless we recall
Mr. Duralia and elicit that, which we might do.

     THE COURT:  All right.  Does that take
care of your suggestions?

     MR. CRAWFORD:  Yes, sir, thank you.

     THE COURT:  All right.

     We will bring the jury in, Mr. Bohlig.

     MR. PRESTON:  Your Honor, may I step out
for just a moment?

     THE COURT:  Pardon?

     MR. PRESTON:  May I step out for just a

1  moment?

2  THE COURT:  Yes.

3  MR. PRESTON:  Thank you.

4  COURT SECURITY OFFICER:  Please rise for

5  the jury.

6  (THEREUPON, THE JURY RETURNED TO THE COURTROOM.)

7  COURT SECURITY OFFICER:  Please be

8  seated.

9  THE COURT:  Good afternoon, ladies and

10  gentlemen.  Thank you for returning promptly.  We

11  had a few things to take care of that we did, so I

12  appreciate your patience.

13  Mr. Preston.

14  MR. PRESTON:  Richard Morello, please.

15  COURTROOM DEPUTY CLERK:  Sir, if you'll

16  raise your right hand.

17  Do you solemnly swear or affirm that the

18  testimony you shall give in this cause will be the

19  truth, the whole truth, and nothing but the truth,

20  so help you God?

21  THE WITNESS:  I do.

22  **RICHARD MORELLO,**

23  a witness, having been duly sworn to tell the

24  truth, the whole truth and nothing but the truth,

25  was examined and testified as follows:

1          COURTROOM DEPUTY CLERK:  Please be

2    seated in the witness stand.

3          Sir, if you'll state your name and spell

4    your last name for the record, please.

5          THE WITNESS:  Richard Morello,

6    M-O-R-E-L-L-O.

7          THE COURT:  You may inquire, Counsel.

8          MR. PRESTON:  Thank you, Your Honor.

9                    DIRECT EXAMINATION

10   BY MR. PRESTON:

11   Q.    Good afternoon, Mr. Morello.

12   A.    Good afternoon.

13   Q.    You and I spoke the evening before last; is

14   that correct?

15   A.    That's correct.

16   Q.    And prior to that you've had communications

17   with Special Agent Justin Duralia with the Drug

18   Enforcement Administration; is that correct?

19   A.    That's correct, sir.

20   Q.    Could I ask you just pull the microphone a

21   little closer or pull your chair a little closer to

22   the microphone.

23   A.    Is that better?

24   Q.    Yes, sir, thank you.

25         Mr. Morello, could you please tell us who

1    you work for?

2    A.    I work for a company called TransCore.

3    Q.    Where is TransCore located?

4    A.    The company that I work for is located in

5    Ottawa, Canada.  There's a head office in

6    Beaverton, Oregon.

7    Q.    What does TransCore do?

8    A.    The -- one of the things we do is we design,

9    develop, manufacture, and sell a satellite asset

10   tracking device.

11   Q.    What is an asset tracking device?

12   A.    It's a device that can go on a -- a truck or

13   a ship or a train that tracks the location of that

14   particular asset at any time.

15   Q.    In regard to that portion of TransCore's

16   clientele, what sort of clients use your services

17   as it pertains to these asset tracking devices?

18   A.    The majority of our clients are trucking

19   firms.  However, we also sell to railways,

20   shipping companies.

21   Q.    What is your position within your

22   corporation?

23   A.    I'm the customer support manager in charge

24   of dealing with the customer support issues with

25   our customers, and also liaison -- liaising

between engineering and the design team and the
sales and customers.

Q.    From that position were you also tasked by
your corporation to respond to a United States law
enforcement inquiry as well as a subpoena in regard
to records that are kept by your company?

A.    Yes, I was.

Q.    What specifically would an asset tracking
device tell you or your clientele?

A.    Depending on the type of device that they
have on their asset, the simplest thing that it
would tell would be the -- the location of that
particular asset in terms of GPS coordinates.

     And the -- our customers have access via a
web -- going on the Internet -- a web interface to
view that on a map.  So they would see their asset
on -- on the -- on -- on the map.

     The -- it would also tell -- it might tell
speed if the asset is moving.  For more
sophisticated asset tracking devices the -- it --
it would also monitor engine diagnostics,
temperature, RPM speed, idling time, a variety of
diagnostic capabilities as well as temperature.

     The more sophisticated units that we have
also we connect various sensors to the device that

1    monitor say a temperature in a -- in a

2    refrigerated unit, that monitor door open, door

3    closed on the unit.

4        That also we have a cargo sensor that --

5    that's able to tell how much cargo is in a

6    particular trailer.  Monitors brakes.  That --

7    that would be our more -- more sophisticated unit.

8    Q.    Are you familiar with the technology under

9    which GPS devices can provide the information that

10   you described in regard to geographical location?

11   A.    Yes.

12   Q.    Would you be able to explain to the jury how

13   a GPS works.

14   A.    Sure.

15        MR. PRESTON:  I don't remember if this

16   particular courtroom has this.  But may I inquire,

17   Miss Thomas, if this device has chalkboard

18   capability, or if we just merely work off the

19   blank screen if the overhead is on?

20        COURTROOM DEPUTY CLERK:  No, it doesn't

21   have chalkboard.

22        MR. PRESTON:  Okay.  Could we have the

23   DOAR presenter turned on, please.

24   BY MR. PRESTON:

25   Q.    Mr. Morello, I believe just on the blank

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    screen that your in front -- that's in front of you

2    that could lead to drawing diagrams.  That your

3    finger will serve as a pen.  An immediate touch I

4    believe will produce an arrow.  So please connect

5    and move if that will assist you.  And we'll see if

6    this will work.

7    A.    Okay.  So the way I'll -- I'll explain this

8    is rather -- rather than get into a fair amount of

9    technical detail, I'll -- I'll -- I'll do the --

10   I'll -- I'll explain this in a way I think you'll

11   understand how the -- how the GPS systems work.

12        And just as a bit of background, the GPS

13   positioning systems are provided by a series of

14   approximately 22 satellites that are above the

15   earth all over the earth and are rotating

16   constantly.  And it's these satellites that

17   essentially aid in the identification of where you

18   are.

19        And to give you an example of how it works

20   so that you -- that you have an understanding of

21   how it works, if -- if you would think of yourself

22   as being dropped in the middle of the United

23   States somewhere and you had absolutely no way of

24   knowing where you were, however there were three

25   people who did know where you were and, you know,

how that would help you in understanding where you were located.

So I'll just draw -- I'll put a point as where you've been dropped and you have no idea where you are.

The -- however, you know someone in -- in New York City and -- who you're able to call.  And they tell you that you -- that you are approximately 2,000 kilometers -- or 2,000 miles from where they are.

So you would draw a circle with a 2,000-mile radius with that person in New York City located at -- at the center of that.  And what you would know then is that you were located somewhere on that 2,000-mile -- 2,000-mile circumference.

And you know another person, and that person is say in Miami.  And you call them and they say, well, you're about 1500 miles away.  So you draw another circle around that person.  It's not really centered, but you get the idea.  And now you've narrowed your location to two spots on the intersection of those two circles as to where you're located.

And you know another person in say Los Angeles, and you call him and you say so where am

1    he.  He says oh, you're about 3,000 miles from

2    where I am.  So you draw the circle again.  And

3    the intersection of those three circles then

4    identifies exactly where you are.

5         And that's essentially how the GPS system

6    works except they use satellites are the -- are

7    the people.  And the radio signal between the GPS

8    unit and the satellite is the amount of time it

9    takes to go is the -- is -- is calculated in the

10   distance, and that gives you the distance.

11        Now, there's a -- a complexity with -- this

12   is a two-dimensional explanation, which is --

13   which -- which is simplified because it's --

14   it's -- it's easier to understand.

15        The way the satellites -- the -- it -- it's

16   a sphere that is -- that is the -- the distance

17   creates a sphere, so you have the intersection of

18   spheres instead of two-dimensional circles.  And

19   all that means is that you need -- in order to get

20   that point you need another location.  The --

21   you -- you need another satellite.

22        So for the -- for the optimum identification

23   of a GPS position, four satellites is what's

24   required, although three will suffice.  But four

25   is -- is what's required.  So --

Q.     TransCore's services involve three or four
satellites for GPS identification points?
A.     We can use either, yes.  The -- the -- what
happens is four is the -- is -- is -- provides
the -- the most accurate identification or
location.  But three -- three will also provide
a -- a -- a fix.

       And then the way -- and the -- what happens
is that sometimes your -- the satellite view can
be blocked by a building or a tree or whatever and
you may not be able to get all the -- the four, so
you may only see three.

       And then the -- the system cheats by using
the -- the surface of the earth as -- as that
other sphere and then it's -- it's able to -- to
do a calculation.  But it's not as accurate.

              THE COURT:  The concept is visually
understandable as you have explained it.  How does
it work on a practical level?  You have a truck on
the highway --

              THE WITNESS:  Correct.

              THE COURT: -- how does it -- your system
know where that truck is within a reasonable
boundary?

              THE WITNESS:  The -- there's a -- a GPS

1    unit as part of the -- the terminal, the asset

2    tracking device that sits on top of the truck.

3    It -- the -- it's communicating with the GPS

4    satellites.  In other words, it knows where the --

5    the asset is.

6            Part of our terminal also communicates

7    with another satellite for communication, and it's

8    able to rely that GPS information via the

9    satellite to a -- a processing center that

10   displays it to the -- the customer and -- and

11   ourselves as -- as to where that location is.  So

12   that for depending on how the customer asks for

13   how many reports it wants, we will provide the --

14   the actual location of that particular device

15   based on the reporting interval.

16   BY MR. PRESTON:

17   Q.    Is this similar technology that tells

18   persons who are using navigation devices or cell

19   phones with GPS where they're located?

20   A.    The -- the GPS part of it, in other words,

21   identifying where you are, it's exactly the same.

22           The additional service that we provide is

23   then being able to send that information of where

24   you are to somewhere else so someone else will

25   know where you are.  That's the additional --

the -- the additional aspect of -- of -- of our terminal.

     For the most part the -- the location is not known to the driver.  It's like this information if we had this on a truck, the drivers wouldn't be receiving this information, the GPS information.

Q.     Now, you've indicated that you're based in Canada.  Where are your clients based?

A.     The majority of our clients are in the United States.  But we also have customers in Europe, Africa, Middle East, and Australia.

Q.     Does TransCore have a north American transportation client by the name of Cool Carriers?

A.     Yes, they do.

Q.     Were you asked to research your business records in regard to a Trailer No. 1238 for Cool Carriers?

A.     Yes, I was.

Q.     What records are kept in the course of business at TransCore in regard to this client?

A.     The -- normally on our system there is a 20-day record of the -- the actual detailed view that the client would see via the Internet with respect to the disposition, the location, or the -- the health of -- of his particular asset.

And then we keep a -- we archive for a year the basic positional data that -- that would have -- we would have collected from that particular customer.  And it's just a -- the lat and long data.

Q.    Is it the routine practice of TransCore to maintain these records for a year after they are collected?

A.    Yes, that's -- that's -- that's sort of what we do.

Q.    Were you able to produce a record in regard to Trailer 1238 which dealt with a time period of April 17th of 2008, through April 26th of 2008?

A.    Yes, I was.

MR. PRESTON:  May I approach the witness, Your Honor?

THE COURT:  You may.

BY MR. PRESTON:

Q.    Mr. Morello, do you recognize what has been marked for identification purposes as Government's Exhibit 23?

A.    Yes, I do.

Q.    What is Government's Exhibit 23?

A.    It's a -- a record of the asset identified by our unique terminal ID and the asset ID with

latitude and longitude readings, plus a heading

reading and a fixed type and a time stamp for

each -- each time that the information was

collected.

     MR. PRESTON:  Your Honor, I would move

Government's 23 into evidence.

     THE COURT:  Any objection?

     MR. CHALELA:  No objection, Your Honor.

     THE COURT:  It is received.

     (EXHIBIT 23 ADMITTED INTO EVIDENCE.)

     MR. PRESTON:  May I publish?

     THE COURT:  You may.

     MR. PRESTON:  Miss Thompson, could we

switch back to the -- thank you.

BY MR. PRESTON:

Q.    Mr. Morello, could you briefly describe for

the jury what these various columns are telling us.

A.    The terminal ID is -- is our unique

identifier that we -- we -- we put on every --

every one of our terminals that we sell.  And

it -- it allows us to identify in -- in our system

the -- the unit.

     The asset ID is -- is the -- is the name

that the customer assigns to the asset.  In other

words, a truck number or a trailer number.  And

1    that's their name.  And they -- they do the

2    association on -- on their system with that.

3        The -- the latitude and the longitude are

4    the -- the GPS coordinates for the particular

5    asset.  The heading is the -- the number is a 0 to

6    259 number that -- or, sorry, 359 number that is

7    a -- a degree measurement off of true north.  And

8    it is -- it -- it -- it identifies the -- the

9    heading from true north that a particular vehicle

10   may be headed at -- at any particular time.

11       The fixed type is a -- is an indication, one

12   being that the -- the satellite at -- at -- at any

13   particular time that's down here has -- was able

14   to see four satellites in order to get a -- a GPS

15   fix.

16       And the time stamp is the -- is the time at

17   which the -- the -- the particular device located

18   and transmitted that information back into the

19   system.

20   Q.   Now, we see in the time stamp columns a

21   number of dates, but there are some consistent

22   times that pop up in regard to 9:57 a.m. or

23   9:58 a.m. or p.m.  Why would they be so consistent

24   on those dates?

25   A.   The customer has the ability to specify a

1  number of reports per day ranging from one up to

2  24. In other words, 24 being one every hour. And

3  in this particular case the -- the customer had --

4  had requested two reports a day, around 8:34 in

5  the morning, and another one at it looks like

6  9:58 p.m. in the afternoon.

7      So the system is -- is -- is such that it

8  will -- it will generate those reports -- the

9  position report at those specific times every day

10  until such time as the customer changes it.

11  Q.     Now, the designations latitude and

12  longitude, those are predetermined measurements

13  that anyone can use; correct?

14  A.     Correct.

15  Q.     What would one do in regard to a latitude

16  and longitude to determine a location?

17  A.     What our systems does or our customers do

18  they feed those -- those values into a Google

19  earth or another -- or -- or a MapQuest program,

20  and it -- it will spot the location of the -- the

21  asset on -- on a map.

22  Q.     And if you had to do it on hard copy maps,

23  what would you do?

24  A.     And then you would -- you would print those

25  up.

1   Q.     If you didn't have a computer program, could
2   you simply spread out a map that had longitude and
3   latitude and -- and measure the squares and find
4   the location?
5   A.     Yes, you could.
6   Q.     In today's day and age you find it easier to
7   use a computer program to designate the points that
8   you're looking for?
9   A.     Yes, it -- it's much easier today just to --
10  to put those into a computer program.
11  Q.     Did you examine these waypoints with a
12  MapQuest mapping program?
13  A.     Yes, I did.
14  Q.     Did you examine maps which were printed out
15  in regard to that examination?
16  A.     Yes, I did.
17  Q.     Do you recognize the package which is
18  Government's Exhibit No. 26?
19  A.     Yes, I do.
20  Q.     What does Government's Exhibit No. 26
21  represent?
22  A.     It is the MapQuest representation of the --
23  the GPS positions for the -- for the asset 1238 at
24  various -- various time stamps.
25  Q.     I'd like you to look at the exhibit that's

1    up here now, and that is Government's Exhibit 23.

2    And I would like to focus your attention on the

3    latitude and longitude position, 33.46 latitude

4    minus 112.1717 longitude.

5         On the Exhibit 23 that particular position

6    appears at five different points between

7    April 18th, 2008, at 9:58 p.m. and April 20th of

8    2008, at 9:58 a.m.; is that correct?

9    A.    Yes, that's correct.

10   Q.    And in your MapQuest examination was that

11   particular location --

12             MR. PRESTON:  First, Your Honor, I'm

13   sorry.  I'd like to introduce into evidence

14   Government's Exhibit No. 26.

15             THE COURT:  Any objection?

16             MR. CHALELA:  No objection, Your Honor.

17             THE COURT:  It is received.

18             (EXHIBIT 26 ADMITTED INTO EVIDENCE.)

19   BY MR. PRESTON:

20   Q.    Is that particular position found in

21   Government's Exhibit 26, the maps which have been

22   produced?

23   A.    Yes.

24   Q.    I'd like to turn to Page 5 of Government's

25   Exhibit No. 26.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1       MR. PRESTON:  Publish that, please.

2   BY MR. PRESTON:

3   Q.    Does this particular star represent the

4   general location of latitude 33.46, longitude minus

5   112.1717?

6   A.    Yes, it does.

7   Q.    And that would be somewhere in the area of

8   Phoenix, Arizona?

9   A.    Yes, that's correct.

10  Q.    And if we zoomed in even more, it would be

11  more precise, for instance, from a satellite

12  imaging; is that correct?

13  A.    That's correct.

14  Q.    How accurate in terms of feet and yards is

15  the device or the devices that you use with these

16  assets?

17  A.    For this particular fixed type of one, which

18  means that we were able to see four satellite --

19  four GPS satellites to make the fix, the -- the

20  location is -- is accurate to within 30 feet.

21          MR. PRESTON:  Can I go back, please, to

22  Government's Exhibit 23.

23  BY MR. PRESTON:

24  Q.    In Government's Exhibit 23 for those five

25  points that we just discussed, there are a

1    different indicators under the column heading.  Why

2    would they be different?

3    A.    The -- the heading indication is a -- is

4    developed -- it's derived as -- the formula that's

5    used to make the heading is derived using a

6    velocity vector.  And if a unit is standing still,

7    it is not -- it's not an accurate representation

8    of the -- the actual true heading.  And that's why

9    when units are standing still, the heading

10   indicator, in other words where it's heading

11   essentially is -- is -- is not accurate.

12         We -- we only have accuracy when we -- when

13   the unit is traveling in a -- at a certain speed,

14   and usually above 15 to 20 miles an hour is when

15   we can get a -- a good indication of what the

16   heading is -- the true heading is.

17   Q.    In your examination of the data here and

18   with the use of MapQuest, were you able to

19   determine whether this vehicle during the period of

20   time depicted here was in the area of Riverside,

21   California?

22   A.    There was a -- a point, yeah, that showed it

23   as being close to Riverside.

24   Q.    And could you please tell us which page of

25   Exhibit No. 26 we're dealing with?

1  A.    That would be the next page I guess.

2  Q.    That's the next page on the screen that

3  you're referring to?

4  A.    Yes.

5        MR. CRAWFORD:  Judge, so that I'm clear,

6  this is the Page 6 of Exhibit 28 -- I'm sorry,

7  Exhibit 26?  Page 6 of Exhibit 26?

8        MR. PRESTON:  That's correct.

9        That would be Page 7.

10 BY MR. PRESTON:

11 Q.    In this particular waypoint is that a

12 correct waypoint?

13 A.    Waypoint is not the --

14 Q.    How would you -- what would you call this

15 point?  Map point?

16 A.    Yeah, that would be a map point.

17 Q.    This particular map point would then

18 correspond on Government's Exhibit No. 23 --

19        MR. PRESTON:  Go back.

20 BY MR. PRESTON:

21 Q.    -- to the April 20th, 2008, 9:58 p.m.

22 timestamp; is that correct?

23 A.    That's correct.

24 Q.    Going back to the earlier waypoint that we

25 talked about in the area of Phoenix, Arizona, and

on Government's Exhibit 23 zooming into those five

times that we see that map point -- I'm sorry --

between April 18th of 2008, at 9:58 p.m. and

April 20th of 2008, at 9:58 a.m., that particular

asset was not in Riverside, California, at least at

those points in time; is that correct?

A.    That is correct.

          MR. PRESTON:  I have no additional

questions for Mr. Morello at this time, Your

Honor.

          THE COURT:  Cross-examination.

          MR. CRAWFORD:  Thank you, Your Honor.

                    CROSS-EXAMINATION

BY MR. PRESTON:

Q.    Mr. Morello, do you know what type of asset

tracking device Cool Carriers had on this

particular trailer?

A.    What type of asset tracking device?

Q.    If that's the right term.  What type of

tracking device did Cool Carriers have?

A.    Yes, I do.  It was a --

Q.    Was it the deluxe model, the medium model,

or the --

A.    It's the -- it's our what we call a 3550,

which is our -- I guess our intermediate type

1    model.

2    Q.    All right.  So could the 3550 tell Cool

3    Carriers what the temperature was inside the

4    trailer?

5    A.    The -- no, because we didn't have a -- for

6    that particular asset I don't think we had

7    temperature sensors on the --

8    Q.    Could the 3550 tell Cool Carriers or any of

9    us when the doors were opened or not?

10   A.    No, there wasn't door opening capabilities.

11   Q.    And would the 3550 tell us or anyone the

12   load weight of this particular trip?

13   A.    No, it wouldn't.

14   Q.    All right.  Now, you indicated that there

15   are sometimes that the satellite is blocked and you

16   can't get that triangulization that is necessary to

17   fix the exact location?

18   A.    That is correct.

19   Q.    Okay.  But if it's blocked, you're behind a

20   building or something, that's just going to be

21   temporary; right?  Once you emerge from the other

22   side of the building, the satellite triangulization

23   will work; correct?

24   A.    That's correct.

25   Q.    So really the only time that you might have

1   a triangulization problem would be if the vehicle

2   or the tracking device was parked or -- or

3   stationary and was blocked from a satellite;

4   correct?

5   A.      That is correct.  Although you can get a --

6   you don't necessarily have to be fully blocked.

7   You can get partial blockage of -- of the

8   satellite either by a tree or a -- or a bridge, if

9   they're under a bridge or --

10  Q.      Okay.  But it'll be temporary usually?

11  A.      Yeah, exactly.

12  Q.      All right.  Now, it's your understanding

13  that this particular device -- or -- or do you know

14  was this device on the tractor portion of the

15  tractor trailer rig or was it on the trailer

16  portion of the tractor trailer rig?

17  A.      My understanding was it was on the tractor

18  part.

19  Q.      Meaning the motorized vehicle truck part?

20  A.      Correct.

21  Q.      Okay.  And how did you come to know that?

22  A.      The -- for the 3550 device for the most part

23  we -- we -- we -- we connect those to power -- to

24  vehicle power.  They don't -- they don't

25  their self -- a self-contained battery pack, so

we -- we connect those to vehicle power.

And if it's a non refrigerated truck, then the -- it would normally go on the tractor part to be connected to power.

Q.    Okay.

A.    For a refrigerated truck then it would -- would normally go on the -- on -- on the -- the trailer part.

Q.    All right.  Are you aware that the vehicle at issue here was a refrigerator truck?

A.    I -- I wasn't aware that it was a refrigerated truck.

Q.    All right.  Well, let's assume it is a refrigerator truck.  It's possible that this particular device was on the trailer as opposed to the truck; correct?

A.    Correct.

Q.    All right.  And you are aware that in a tractor trailer situation you can decouple the two; right?

A.    Correct.

Q.    So it is possible for the tractor to pull into a warehouse, for the drivers to leave and go to a hotel, and during that time frame the trailer be decoupled, taken somewhere else, and then

1   perhaps brought back; right?

2   A.    Correct.

3   Q.    And your tracking device would only tell us

4   where the trailer went; correct?

5   A.    Correct.

6   Q.    And it is possible if the tracking device is

7   on the cab that the tracking device would tell us

8   that the cab stayed stationary in my hypothetical;

9   correct?

10   A.    Correct.

11           MR. CRAWFORD:  Thank you, sir.

12           THE COURT:  Any further inquiry?

13           MR. CHALELA:  No further, Your Honor,

14   thank you.

15           THE COURT:  Redirect.

16           MR. PRESTON:  Yes, Your Honor.

17               REDIRECT EXAMINATION

18   BY MR. PRESTON:

19   Q.    Mr. Morello, you indicated that a

20   refrigerated vehicle, that it would be more likely

21   that the device would be on the trailer; correct?

22   A.    Correct.

23   Q.    I'd like to show you exhibits -- or portions

24   of two exhibits.  Government's Exhibit 24, look at

25   the first page of that exhibit.

1          MR. PRESTON:  Do it the old-fashioned

2     way, Your Honor.

3     BY MR. PRESTON:

4     Q.     Take a look at Government's Exhibit No. 24.

5     Is there a box on Government's Exhibit No. 24 where

6     you see a designation number for a trailer?

7     A.     No, I don't see anything.

8     Q.     Under driver's daily log if you could just

9     drop down.  It's on the left-hand side of the page.

10    Just drop down immediately under that.

11    A.     Oh, okay.  So, yes.  Sorry.  I see a -- it's

12    a -- a truck number and the trailer number.

13    Q.     And the trailer number is what?

14    A.     1238.

15    Q.     What is the number of the trailer or the

16    asset that this device was put on?

17    A.     1238.

18    Q.     Take a look at Government's Exhibit 25 and

19    tell me if you can see the number on that exhibit

20    as well.

21    A.     It's 1238.

22          MR. PRESTON:  Your Honor, can I please

23    have the overhead put on.

24    BY MR. PRESTON:

25    Q.     1238 that you recognized on Government's

1    Exhibit No. 24; is that correct?

2    A.      Correct.

3    Q.      Government's Exhibit No. 25 you see 1238

4    after the designation TL.  No. 1238; correct?

5    A.      Correct.

6            MR. PRESTON:  Nothing further, Your

7    Honor.

8            THE COURT:  You may come down,

9    Mr. Morello.  You are excused from further

10   attendance.

11           Your next witness, Mr. Preston.

12           MR. PRESTON:  Barry Golden.

13           COURTROOM DEPUTY CLERK:  Sir, if you'll

14   come forward to be sworn.  If you'll raise your

15   right hand.

16           Do you solemnly swear or affirm that the

17   testimony you shall give in this cause will be the

18   truth, the whole truth, and nothing but the truth,

19   so help you God?

20           THE WITNESS:  I do.

21                   **BARRY GOLDEN,**

22   a witness, having been duly sworn to tell the

23   truth, the whole truth and nothing but the truth,

24   was examined and testified as follows:

25           COURTROOM DEPUTY CLERK:  Please be

1    seated in the witness stand.

2            Sir, if you'll state your name and spell

3    your last name for the record, please.

4            THE WITNESS:  My name is Barry Golden.

5    Last name is spelled G-O-L-D-E-N.

6            THE COURT:  You may inquire, Counsel.

7            MR. PRESTON:  Thank you, Your Honor.

8                    DIRECT EXAMINATION

9    BY MR. PRESTON:

10   Q.    Good afternoon.

11   A.    Good afternoon.

12   Q.    You are a Deputy United States Marshal; is

13   that correct?

14   A.    Yes, sir, I am.

15   Q.    How long have you been employed by the

16   United States Marshal Service?

17   A.    Eighteen years.

18   Q.    Were you on duty on May 30th, 2007?

19   A.    Yes, I was.

20   Q.    On that date did you come in contact with an

21   individual then identified as Anthony Kaseem

22   Dubois?

23   A.    Yes, I did.

24   Q.    During that encounter did you determine

25   whether this Mr. Dubois used any other names?

1    A.    Yes, I did.

2    Q.    And what names did you come up with?

3    A.    We realize that he also used the name

4    Sheldon Shorter, O'Neil Shorter, Marco Davis, and

5    Denzel O'Neil Sawyer.

6    Q.    Do you see this individual who went by the

7    name of Anthony Kaseem Dubois in court today?

8    A.    Yes, I do.

9          MR. RODRIGUEZ:  Your Honor, we'll

10   acknowledge that this is the individual with whom

11   he is talking, Sheldon Shorter.

12         THE COURT:  The record will so reflect

13   that acknowledgment.

14   BY MR. PRESTON:

15   Q.    During that encounter did you ask the

16   defendant if you could search his vehicle?

17   A.    Yes, I did.

18   Q.    What was his reply?

19   A.    He stated yes.

20   Q.    What kind of vehicle did you search?

21   A.    It was a 2008 white Mercedes CL63.

22   Q.    During that examination did you determine

23   where the vehicle had been purchased?

24   A.    Yes, I did.

25   Q.    Where had it been purchased?

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1  A.    It was purchased at Fort Lauderdale Mercedes

2  Benz during the month of May 2007 on or about

3  May 18th, 2007.

4  Q.    And was it registered to Anthony Kaseem

5  Dubois?

6  A.    Yes, sir, it was.

7  Q.    Did you locate any United States currency

8  during your search of the vehicle?

9  A.    Yes, sir, I did.

10  Q.    How much -- approximately how much United

11  States currency was located?

12  A.    Fifty-four thousand dollars.

13  Q.    Was that currency as well as the vehicle

14  seized?

15  A.    Yes, it was.

16  Q.    In addition to the vehicle registration,

17  were there any other items or receipts in the

18  vehicle in the name of Anthony Dubois?

19  A.    Yes, there was.

20  Q.    What did that consist of?

21  A.    During the search of the vehicle in the

22  glove compartment I discovered a receipt from a

23  hotel on South Beach and on Miami Beach, Florida.

24  It was a hotel receipt where Mr. Dubois had

25  checked out.  But for the prior couple of days --

I believe it was a two night stay -- but the
interesting point that I noticed on the receipt
that the -- the charge per day was approximately
$1,300.

Q.    In addition to your identification of the
purchase point for this particular vehicle, did you
do any follow-up investigation concerning other car
dealerships in the south Florida area?

A.    Yes, sir, I did.

Q.    Did you provide the information that you
received in that follow-up investigation to Special
Agent Justin Duralia with the Drug Enforcement
Administration --

A.    Yes, I did.

Q.    -- here in Tampa?

A.    Yes, sir, I did.

        MR. PRESTON:  I have no additional
questions at this time, Your Honor.

        THE COURT:  Cross-examination,
Mr. Rodriguez.

                CROSS-EXAMINATION

BY MR. RODRIGUEZ:

Q.    Good afternoon, Mr. Golden.

A.    Good afternoon.

Q.    Mr. Golden, we take you back to May 2007,

1   the date we're talking about.

2   A.      Correct.

3   Q.      This gentleman consented to a search of the

4   car?

5   A.      Yes, sir, he did.

6   Q.      And you found a dark colored backpack in the

7   rear passenger seat; isn't that correct?

8   A.      That's correct.

9   Q.      And that backpack which was in the rear

10  passenger seat is the backpack that contained the

11  $54,000; right?

12  A.      That's correct.

13          MR. RODRIGUEZ:  Thank you very much.

14          THE COURT:  Any further inquiry?

15          MR. CHALELA:  No, Your Honor.

16          THE COURT:  Redirect.

17                  REDIRECT EXAMINATION

18  BY MR. PRESTON:

19  Q.      Was there any additional identification in

20  the backpack that was just discussed?

21  A.      No.  It was just the -- the backpack

22  contained some money.  There was a smaller cloth

23  bag inside the backpack that contained currency as

24  well.

25  Q.      Was the defendant in the -- defendant

1    Shorter in the company of other individuals on that

2    date?

3    A.    Yes, he was.

4    Q.    Did that include a person by the name of --

5    or who gave you the name Sidney Morgan?

6    A.    Yes, he was.  That was one of the persons

7    there at the scene.

8              MR. PRESTON:  I have no additional

9    questions, Your Honor.

10             THE COURT:  You may come down, Marshal

11   Golden.

12             Your next witness.

13             MR. PRESTON:  Chris Adam.

14             COURTROOM DEPUTY CLERK:  Sir, if you'll

15   raise your right hand.

16             Do you solemnly swear or affirm that the

17   testimony you shall give in this cause shall be

18   the truth, the whole truth, and nothing but the

19   truth, so help you God?

20             THE WITNESS:  Yes, ma'am.

21                       **CHRIS ADAM,**

22   a witness, having been duly sworn to tell the

23   truth, the whole truth and nothing but the truth,

24   was examined and testified as follows:

25             COURTROOM DEPUTY CLERK:  Please be

1    seated in the witness stand.

2            Sir, if you'll state your name and spell

3    your last name for the record, please.

4            THE WITNESS:  Chris Adam, A-D-A-M.

5            THE COURT:  You may inquire, Counsel.

6                    DIRECT EXAMINATION

7    BY MR. PRESTON:

8    Q.    Good afternoon, Mr. Adam.

9    A.    Good afternoon.

10   Q.    You're here pursuant to a subpoena that was

11   issued; is that correct?

12   A.    That's correct.

13   Q.    And that's concerning your former employment

14   with an auto dealership; correct?

15   A.    Correct.

16   Q.    Who were you working for in March of 2007?

17   A.    Champion Porsche.

18   Q.    In what capacity?

19   A.    Sales.

20   Q.    In March of 2007 did you have dealings with

21   a person who identified himself as Anthony Dubois?

22   A.    Yes.

23   Q.    Did you sell Mr. Dubois a vehicle?

24   A.    Yeah.

25   Q.    Could you tell the jury what kind of vehicle

1  he purchased.

2  A.    A Porsche Cayenne turbo.

3  Q.    Porsche Cayenne --

4  A.    Turbo.

5  Q.    -- turbo?

6        Was it -- was this a walk on the lot

7  purchase and walk out type deal or -- or how did it

8  develop?

9  A.    No.  We -- we ordered the car.  Ordered it

10 together.

11 Q.    When you say we "ordered it together" --

12 A.    He picked the colors and -- and stuff like

13 that.  It wasn't a car that we carried on the lot

14 so much.

15 Q.    Approximately how long did this process take

16 place between the initial negotiations and -- and

17 the final purchase?

18 A.    About two months by the time when -- when

19 you first order a car, it takes about two months

20 to get it in.

21 Q.    This sale concluded on March 30th of 2007?

22 A.    I believe so, yes.

23 Q.    Have you reviewed records pertaining to this

24 particular sale from Champion Motors?

25 A.    Have I reviewed the records?

1    Q.    Yes.

2    A.    Not other than what was showed to me

3    pertaining to this case, no.

4    Q.    Pertaining to this particular sale?

5    A.    Yes, I've seen it.

6    Q.    Prior to your testimony did you see the

7    records --

8    A.    Yes.

9    Q.    -- for the sale?

10         Are you familiar with those records?

11   A.    Yeah.

12   Q.    I'll show you what has been marked for

13   identification purposes as Government's Exhibit

14   No. 28 and ask if you recognize these.

15   A.    Yes, I do.

16   Q.    What is Government's Exhibit No. 28?  What

17   is Government's Exhibit No. 28?

18   A.    This is just our standard dealership

19   purchase contract and the various paperwork that

20   goes along with it.

21   Q.    And you were the salesman that took care of

22   closing this deal?

23   A.    Yep, yep.

24   Q.    What was the purchase price for the Porsche

25   Cayenne turbo?

1   A.     One hundred eleven thousand, eight hundred

2   eighty.

3   Q.     Was this vehicle financed?

4   A.     No.  It was paid for cash I believe.

5   Q.     And from your meetings with this Mr. Dubois,

6   the discussions about the color, et cetera, did it

7   appear to you whether this vehicle was for

8   Mr. Dubois or another individual?

9   A.     No.  It was for him.  It was a -- a very

10  cool vehicle, and he was excited about it.  So was

11  I.

12  Q.     Was he with anyone else during any of the

13  transaction steps?

14  A.     Yeah.  He came in with a guy once and with a

15  female one time.

16  Q.     On one of the documents in that package

17  there is a cashier's check in the amount of

18  $100,000 --

19  A.     Yes.

20  Q.     -- three pages from the back.

21  A.     Uh-huh.

22  Q.     In handwriting there it says the name Nicole

23  Bailey.  Are you familiar with what that would

24  represent?

25  A.     I am not, no.

         MR. PRESTON:  One moment, Your Honor.

BY MR. PRESTON:

Q.    I'm going to bring up, I hope, the first

page of Government's Exhibit No. 28.  First I'd

like to zoom into the top portion.

      We talked about an Anthony K. Dubois as

being the purchaser.  Do you see that person in

court today?

A.    Yeah.

Q.    Could you please tell the jury where he's

seated and describe him.

         MR. RODRIGUEZ:  Your Honor -- well, go

ahead, Mr. Adam.

         THE WITNESS:  Right there.

         MR. RODRIGUEZ:  We'll so acknowledge

Sheldon Shorter, Your Honor.

         THE COURT:  The record will reflect that

acknowledgment.

BY MR. PRESTON:

Q.    We still have it on this portion of the

screen, but over to the right-hand side we see the

figure 111,880.  That is the list price of the

vehicle?

A.    Yes.

Q.    Is that exclusive of tax and title?

1    A.    Yes.

2            MR. PRESTON:  Nothing further, Your

3    Honor, thank you.

4            THE COURT:  Cross-examination.

5            MR. RODRIGUEZ:  Briefly, Your Honor.

6    May I approach the witness to show him a document?

7            THE COURT:  You may.

8                    CROSS-EXAMINATION

9    BY MR. RODRIGUEZ:

10   Q.    I'd ask you to take a look a particular

11   check that's there in front of you which is part of

12   the government's exhibit.  Do you see that?

13   A.    Yes, sir.

14   Q.    Okay.  And that is a check in the amount of

15   $18,000, and the remitter is All Star

16   Entertainment?

17   A.    Uh-huh.

18   Q.    Do you remember the black man that was

19   with -- with my client the day that he went in

20   there, and do you remember if he referred to him as

21   Lo?

22   A.    I do not remember that.

23   Q.    Okay.  But he -- do you remember if he was

24   with a dark black man?

25   A.    Vaguely I remember him, but, yeah.  I mean

1    yeah, I don't --

2    Q.    Prior to your testimony today have you been

3    shown any pictures of anyone to identify who that

4    other black man was that was --

5    A.    No.

6    Q.    -- with Mr. Shorter?

7         MR. RODRIGUEZ:  Thank you very much.

8         THE COURT:  Redirect.

9         MR. PRESTON:  No, Your Honor.  May the

10   witness be excused?

11        THE COURT:  You may come down, Mr. Adam.

12   You are excused from further attendance.

13        Mr. Preston?

14        MR. PRESTON:  Bo Morgan, please.

15        COURTROOM DEPUTY:  Sir, if you'll raise

16   your right hand.

17        Do you solemnly swear or affirm that the

18   testimony you shall give in this cause will be the

19   truth, the whole truth, and nothing but the truth,

20   so help you God?

21        THE WITNESS:  Yes.

22             **JAMES MORGAN, JR.**,

23   a witness, having been duly sworn to tell the

24   truth, the whole truth and nothing but the truth,

25   was examined and testified as follows:

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1          COURTROOM DEPUTY CLERK:  Please be

2    seated in the witness stand.

3          Sir, if you'll state your name and spell

4    your last name for the record, please.

5          THE WITNESS:  My legal name is James

6    Wood Morgan, Jr.  And I go as Bo Morgan.  My last

7    name is spelled M-O-R-G-A-N.

8          THE COURT:  You may inquire, Counsel.

9          MR. PRESTON:  Thank you, Your Honor.

10                 DIRECT EXAMINATION

11   BY MR. PRESTON:

12   Q.    Mr. Morgan, what is your place of

13   employment?

14   A.    I'm a general manager of Crown Audi in

15   Clearwater, Florida.

16   Q.    Not to state the obvious, but what type of

17   vehicles do you sell at your dealership?

18   A.    New and used Audis and pre-owned vehicles.

19   Q.    Are you familiar with the February of 2008

20   sale of an Audi A5 to an individual who identified

21   himself as -- I'm sorry, to a female who identified

22   herself as a Aliyah Ramdial?  That's A-L-I-Y-A-H,

23   R-A-M-D-I-A-L.

24   A.    Yeah.  It's actually an S5.  But, yes, an

25   Audi S5.

1  Q.    S5.  Did you negotiate with this

2  Miss Ramdial in regard to the purchase of that

3  particular vehicle?

4  A.    I facilitated the sale through one of my

5  salespersons.

6  Q.    And was that sale from what you facilitated

7  negotiated by the female Aliyah Ramdial?

8  A.    She was never involved in anything except at

9  the time of delivery we placed it in her name and

10 she wrote a check for it.

11 Q.    Who was it that negotiated for this

12 particular vehicle?

13 A.    There was a -- actually another gentleman

14 that was representing that gentleman (indicating).

15 Q.    So the first contact occurred by another

16 individual?

17 A.    Yes, sir.

18 Q.    All right.  Would his name appear in any of

19 the records from your company?

20 A.    I believe we receipted $5,000 in his name or

21 a thousand dollars.  We receipted some type of

22 money I believe in the intermediary's name.

23         MR. PRESTON:  May I approach the

24 witness, Your Honor?

25         THE COURT:  You may.

1    BY MR. PRESTON:

2    Q.    Would you please examine Government's

3    Exhibit No. 29, and first just tell me if you

4    recognize those documents.

5    A.    Yes, sir.  These are the copies of documents

6    we use regarding to a -- a sale of an automobile

7    from us.

8    Q.    And do these documents pertain to the

9    specific sale that we're discussing now in your

10   testimony?

11   A.    Yes, sir.

12           MR. PRESTON:  Moving Government's

13   Exhibit No. 29 into evidence at this time, Your

14   Honor?

15           MR. RODRIGUEZ:  No objection, Your

16   Honor.

17           THE COURT:  They are received.

18           (EXHIBIT 29 ADMITTED INTO EVIDENCE.)

19   BY MR. PRESTON:

20   Q.    Starting from the first page, could I ask

21   you to please page through the exhibit to the fifth

22   page of the exhibit.

23           MR. PRESTON:  And we'll bring that up on

24   the screen as well, please.

25           THE WITNESS:  Is this the cash receipt

1   you're referring to?  Oh, no.  That's Page 1.
2   MR. PRESTON:
3   Q.    The fifth page at the bottom of the fifth
4   page would say cash receipt at the bottom.  It's on
5   the screen right now if you recognize that.  I'm
6   going to enlarge a section of that.  And the name
7   Ramiro Parra appears in the upper left-hand corner
8   of this portion of the exhibit which is on the
9   screen in front of you?
10  A.    Yes, sir.
11  Q.    Okay.  Who is Ramiro Parra?
12  A.    He was the intermediary that was trying to
13  find this car for someone.  And my understanding
14  of it is he used to do a lot of work for this
15  person -- it's this gentleman here, but it was --
16  it was a third party.
17  Q.    There are several people at this table.
18  Who -- who are you referring to over here?
19  A.    The gentleman next to the gentleman in the
20  light blue shirt.
21          MR. PRESTON:  Identifying the defendant,
22  Your Honor.
23          THE COURT:  The record will reflect that
24  the witness has identified the defendant Shorter.
25          MR. PRESTON:  Thank you, Your Honor.

BY MR. PRESTON:

Q.    Mr. Morgan, did you ever learn of this person's name during any part of this negotiation?

A.    We tried, but he would never give us his name.

Q.    What role did the defendant Shorter, as identified now, play in regard to the purchase of this particular vehicle?

A.    I'm not really certain how to answer that. You said what role did --

Q.    What role did he play in the negotiations or the purchase of the vehicle, from your prospective?

A.    In my perspective the vehicle was for him, but it was actually negotiated by a third party.

Q.    And who was that third party?

A.    I believe it was this Ramiro Parra.

Q.    And when Ramiro Parra and the defendant were at your business, what observations did you make in regard to this transaction or this negotiation that led you to believe that the vehicle was for this gentleman here to my right, the defendant?

A.    Well, if I can go back for just a moment, that particular vehicle had just came out with Audi.  And we were under strict scrutiny not to allowed that car to be exported.  And the

1    gentleman that gave us the deposit, we wanted to

2    make sure that he just wasn't a broker and we were

3    actually selling it to an alter ego that would --

4    that it will leave the country.  He had told us

5    that he's representing someone from south Florida

6    that wanted to buy that car.

7    Q.    Now, when you're dealing with high end

8    vehicles like this, are you looking for signs of --

9    of wealth in regard to an individual to determine

10   whether they actually can -- can purchase your

11   vehicle?

12           MR. RODRIGUEZ:  Objection to the leading

13   form of the question.

14           THE COURT:  Rephrase.

15           MR. PRESTON:  Yes, Your Honor.

16   BY MR. PRESTON:

17   Q.    Did Ramiro Parra appear to be somebody that

18   was ready to purchase --

19           MR. RODRIGUEZ:  Objection, lack of

20   foundation.

21           MR. PRESTON:  I'll move on, Your Honor.

22   BY MR. PRESTON:

23   Q.    Please continue with your observations in

24   regard to this overall transaction.

25   A.    Okay.  The gentleman that came in to -- that

gave us this $5,000, I wanted to make sure he was

not a broker.  You can't judge a book by its

cover, but that's not the type of person that

usually buys that type of car.  So he was

representing -- buying that car for someone else.

When we tried to inquire who was buying the

car, he would never tell us who was buying the

car.  As I said earlier, the primary purpose of

trying to find out the end user was to make sure

that the car doesn't get exported.

Once they -- once they came -- once the car

was available to be sold and it was ready for

delivery was the first time that I saw the

gentleman in the light blue shirt.

The gentleman that represented himself as

Ramiro Parra and a third female that represented

herself as Aliyah Ramdial.

Q.    And why did you involve yourself in the

process at that point in time?

A.    Two reasons.  One, I had a very

inexperienced salesperson.  Three (sic), that car

was very, very visible, and I wanted to make sure

that the car was not going to be exported.

I know I keep repeating myself on that, but

we get a lot of people from south Florida coming

1  up to our area to buy cars, take them down to

2  south Florida, and export them because the dealers

3  down there know all the exporters.

4      With that car being in limited supply and

5  demand, I had a young, green, salesman that did

6  not know all the questions to ask.  So I wanted to

7  make sure that we weren't going to be penalized by

8  selling a car that was going to be on a boat to

9  some foreign country.

10  Q.    And what steps did you take in assisting

11  this green salesman?

12  A.    I'm sorry, sir?  Repeat it.

13  Q.    What steps did you take in the process to

14  assist this green salesman with regard to those

15  concerns?

16  A.    I was trying to find out this gentleman's

17  name because we have a list that's put out by Audi

18  of known exporters.

19  Q.    Did you ever determine the name?

20  A.    He would never tell us his name.

21  Q.    The sale went through nonetheless; correct?

22  A.    That's correct.

23  Q.    Did you observe any jewelry on the

24  defendant?

25  A.    Yes, sir.

Q.    What did you see that was of significance to

you?

A.    I wear -- usually wear a Rolex presidential

with diamonds on it.  And he had an extremely nice

Rolex presidential with a pave face and pave band.

Q.    Did you and he have a discussion in regard

to that watch?

A.    He actually had a conversation with my

salesperson on the second or time that he same in.

        MR. RODRIGUEZ:  Objection, Your Honor.

Calls for hearsay.

BY MR. PRESTON:

Q.    Did you witness that conversation?

A.    I listened to conversation.

Q.    What did you hear?

A.    I was within earshot there again because my

salesperson was inexperienced and I wanted to make

sure that he was doing the right things.  And he

was looking at buying another car that was over a

hundred thousand dollars.

Q.    What kind of car was that?

A.    That was an Audi S8.  And the conversation

got around it being over a hundred thousand

dollars.  There was a comment that he made about

his watch.  My -- excuse me.  My sales person said

1    that's a very nice watch you're wearing.  And it

2    was the impression that he gave him that that was

3    as much as that car would cost.

4    Q.     That was the gentleman in the blue shirt who

5    commented in that fashion?

6    A.     Correct.

7          MR. PRESTON:  Thank you, Your Honor.  No

8    additional questions at this time.

9          THE COURT:  Cross-examination,

10   Mr. Rodriguez.

11          MR. RODRIGUEZ:  Yes, Your Honor.  Trying

12   to coordinate here.

13                CROSS-EXAMINATION

14   BY MR. RODRIGUEZ:

15    Q.     Mr. Morgan, you see some documents there

16   right in front of your screen?

17    A.     Yes, sir.

18    Q.     I understand you -- you're the manager of

19   the --

20    A.     Yeah, I'm the general manager, yes, sir.

21    Q.     Can you look at the page there at the

22   right-hand bottom?  No, it should be up on your

23   screen, and you should have the original --

24    A.     I'm sorry.

25    Q.     Is that your signature there on the

1   right-hand side?

2   A.     No, it's not.

3   Q.     Okay.  That says manager; right?

4   A.     That's correct.

5   Q.     Okay.  Can you look at the next page?

6          MR. RODRIGUEZ:  Could you put the next

7   page up.

8   BY MR. RODRIGUEZ:

9   Q.   Can we assume that's the purchaser of the

10  vehicle?

11  A.     Sir?

12  Q.     Can we assume that's the purchaser of

13  vehicle?

14  A.     Yes, sir.

15  Q.     Okay.

16         MR. RODRIGUEZ:  Can we look at the next

17  page, please.

18  BY MR. RODRIGUEZ:

19  Q.     It's a cash receipt made out to the

20  purchaser for the amount.  And it says the sales --

21  what's the name of the salesperson there?

22  A.     Jesse Langston.

23  Q.     Okay.  That's the person that -- that was

24  responsible for this sale?

25  A.     Yes, sir.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

Q.    Like you said before, you came in on the
tail end because you were concerned about the
export factor?

A.    No, I didn't say that.

Q.    You were the salesman in this deal?

A.    You said that I said that I came in on the
tail end, and that's not what I said.  I came in
from the very beginning of the deal.

Q.    Okay.  That's fine.

        MR. RODRIGUEZ:  Can we look at the next
page.

BY MR. RODRIGUEZ:

Q.    And what's reflected there as the
salesperson?

A.    Jesse --

Q.    And whose signature is that on the
right-hand side?

A.    That receipted the money would be Jared
Sullivan.

Q.    Jared Sullivan.  Okay.

        MR. RODRIGUEZ:  Can we go two pages
more.  The one which is the receipt that was
previously up.  Yes, that one.

By MR. RODRIGUEZ:

Q.    Can you tell us who filled that document

1   out, please.

2   A.    I don't recognize the signature, sir.

3   Q.    And who was the money received from?

4   A.    Ramiro Parra.

5   Q.    And the salesperson?

6   A.    Jesse.

7         MR. RODRIGUEZ:  Can we move onto the

8   registration, please.  It's not numbered.  Yes.

9   BY MR. RODRIGUEZ:

10  Q.    On the right-hand side there there's a

11  dealer's agent signature.  Is that your signature?

12  A.    No, sir.  That would be our business

13  manager, Jared Sullivan.

14        MR. RODRIGUEZ:  And can we go to the

15  next page, please.

16  BY MR. RODRIGUEZ:

17  Q.    This is a certification of pollution

18  control.  Is that your signature there as the

19  transferrer?

20  A.    No, sir.  None of these signatures would be

21  mine ever.

22  Q.    Oh, okay.  All right.  I'm sorry.  Thank

23  you.

24  A.    A -- a separate manager that does nothing

25  but the state documents because he's most familiar

1    with them would be doing all the signatures on

2    those.

3    Q.    So a fellow by the name of Ramiro Parra came

4    in and deposited this, and then the car was later

5    picked up by a woman who paid for it, and my client

6    was present; correct?

7    A.    That's correct.

8    Q.    And you believe that a watch that he had on

9    is similar to the watch that you have; right?

10   A.    No.  His was extremely nice, a lot nicer

11   than mine.

12   Q.    And you could tell that it wasn't a knockoff

13   or anything else; right, Mr. Morgan?

14   A.    No, sir.  I never said that either.

15   Q.    Okay.  But you can tell the difference

16   between a real Rolex and a knockoff, right, because

17   you're the -- you're the sales manager at the Audi

18   dealership?

19   A.    I'm sorry, sir.  What was that?

20   Q.    You can tell the difference between a

21   knockoff and a real watch because you're the sales

22   manager at the Audi dealership?

23   A.    Usually, yes, sir.

24         MR. RODRIGUEZ:  Good.  Thank you.

25         THE COURT:  Redirect.

<u>REDIRECT EXAMINATION</u>

BY MR. PRESTON:

Q.    You have a Rolex?

A.    Yes, sir.

Q.    And what is your familiarity with that particular model of watches?

A.    I have seven Rolex watches.  I bought one for each one of my children, including my wife.

Q.    Feel like you've ever been sold a knockoff?

A.    Sir?

Q.    You feel like you've ever been sold a knockoff.

A.    Fortunately I've always bought them from a jeweler.  But you can usually tell by the weight and the look of them and the way that the time -- the sweep moves.  Have I seen some that you can't tell?  Absolutely.

Q.    In addition to what was just gone over in regard to the documentation, was there an additional thousand dollars left with your company for the -- for a deposit on that additional vehicle that you discussed?

A.    Once the deal was consummated on the S5, the gentleman wanted us to sell him an S6 that was inbound and it wasn't there yet.  And to call when

that vehicle came in.

Q.     And the last page of the document would reflect that thousand dollar deposit, but still in the name of Aliyah Ramdial; correct?

A.     As of about 60 days ago it was.  We were trying to reconcile our books, and we had some deposits, and we were trying to figure out where they were.

Q.     Miss Ramdial ever come back for that thousand dollars?

A.     No.  We tried calling.  That was the only phone number that we could find for anyone.  And we tried calling to either find out, you know, what we needed to do.

       And let me back up a moment.  The gentleman did come back in to negotiate another -- to negotiate a deal and to trade his car again.

Q.     What car did he want to trade?

A.     He was going to trade the S5 for an S8 now.

Q.     Did that deal ever take place?

A.     No.  We couldn't come to terms on the numbers.

Q.     Who was negotiating those terms?

A.     Jesse and myself.

Q.     With who?

1  A.     With that gentleman there.

2          MR. PRESTON:  Thank you.  No further

3  questions, Your Honor.

4          THE COURT:  You may come down,

5  Mr. Morgan.

6          MR. PRESTON:  May this witness be

7  excused, Your Honor?

8          THE COURT:  You are excused from further

9  attendance, Mr. Morgan.

10         Your next witness?

11         MR. PRESTON:  Your Honor, the United

12  States of America rests.

13         THE COURT:  What says the defense?

14         MR. RODRIGUEZ:  May we approach, Your

15  Honor?

16         THE COURT:  You may.

17         (AT WHICH TIME THE FOLLOWING SIDEBAR

18  DISCUSSION WAS HELD:)

19         MR. RODRIGUEZ:  May I make a suggestion

20  that we allow the jury to take their break now and

21  we can either do our Rule 29s at that time or let

22  us reserve our Rule 29s, give them a break, and

23  let's continue on so we can get as much of this

24  done, and let them go a little earlier if you

25  want.  Then we can do our Rule 29s.

1          THE COURT:  You can do your Rule 29

2     right here.

3          MR. RODRIGUEZ:  Pursuant to Rule 29 I

4     make my motion.

5          THE COURT:  What is your motion?

6          MR. RODRIGUEZ:  For a judgment of

7     acquittal despite of the government's evidence.

8          THE COURT:  The remaining defendants?

9          MR. CRAWFORD:  We would echo the very

10    eloquent argument of co-counsel.

11         MR. RODRIGUEZ:  And I make my argument

12    so I can preserve the record in a subsequent Rule

13    29 that is necessary at the end of this case.

14         THE COURT:  Do you want to say anything

15    else about your Rule 29 motion --

16         MR. RODRIGUEZ:  No, I don't, Your Honor.

17         THE COURT:  -- at this time?

18         MR. RODRIGUEZ:  No, I don't.

19         THE COURT:  Mr. Chalela.

20         MR. CHALELA:  Your Honor, I make the

21    same motion Mr. Crawford just made asking the

22    Court to consider acquittal in there being

23    insufficient evidence at this juncture to either

24    tie them into the conspiracy on the one count or

25    to the knowing possession on the other count.

1          THE COURT:  Mr. Preston.

2          MR. PRESTON:  Your Honor, when the

3    light is -- when the evidence is viewed in the

4    light most favorable to the government, the motion

5    should be denied and the case should go to the

6    jury.  All the essential elements have been

7    addressed in a sufficient fashion that it's

8    certainly a jury question at this time.

9          THE COURT:  The Court finds that there

10   is sufficient evidence in the record to justify a

11   reasonable jury in returning a verdict of guilty,

12   and therefore the Rule 29 motions are denied.

13         MR. RODRIGUEZ:  Thank you, Your Honor.

14         THE COURT:  All right.  What's your next

15   step, gentlemen?

16         MR. RODRIGUEZ:  If I'm up next, the

17   defense, we have nothing on behalf of Mr. Shorter.

18         THE COURT:  All right.  Mr. Chalela.

19         MR. CHALELA:  Your Honor, Mr. Crawford

20   and I are presenting an expert together.

21         THE COURT:  You're what?

22         MR. CHALELA:  We are presenting a

23   trucking expert.

24         THE COURT:  All right.

25         MR. CRAWFORD:  He is ready.  We're ready

1    to go.

2              THE COURT:  All right.  I will ask you

3    gentlemen in order what you wish to do.

4              You may announce that you rest.

5              You may be prepared to call your first

6    witness.

7              MR. CRAWFORD:  Judge, if you would, if

8    we could go out of order.  I'm going to be calling

9    the trucking expert on behalf technically of my

10   client, but on behalf of both Mr. Baptiste and --

11             THE COURT:  Right.  You can announce

12   that.

13             MR. CRAWFORD:  Fine.

14             THE COURT:  All right.

15             MR. CHALELA:  May we take our break

16   right now?

17             THE COURT:  Pardon?

18             MR. CHALELA:  May we please take our

19   break.

20             THE COURT:  Well, it's probably just as

21   well if we do that.  We'll reconvene at 3 o'clock.

22             MR. CHALELA:  Thank you, Your Honor.

23             THE COURT:  All right.

24             (AT WHICH TIME THE SIDEBAR DISCUSSION

25   WAS CONCLUDED AND THE PROCEEDING RESUMED AS

```
1   FOLLOWS:)
2            THE COURT:  We're going to take our
3   afternoon recess early, ladies and gentlemen.  Ask
4   that you return to the courtroom at 3 o'clock.  Do
5   not discuss the case, do not make up your minds
6   about any of the issues yet.
7            COURT SECURITY OFFICER:  Please rise for
8   the jury.
9     (THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)
10           THE COURT:  Please be seated.
11           In the light of your announcement,
12  Mr. Rodriguez, that in effect Mr. Shorter will not
13  be testifying?
14           MR. RODRIGUEZ:  That's correct, Your
15  Honor.  I don't know if it's the Court's policy to
16  have a colloquy or not, but I have discussed with
17  Mr. Shorter his rights -- his constitutional
18  rights.  I have discussed the decision of United
19  States vs. Teague with Mr. Shorter, and he has
20  apprised me that he has no interest in providing
21  testimony in this matter.
22           THE COURT:  All right.  Thank you.
23           Mr. Shorter, you've heard the statement
24  of your attorney?
25           DEFENDANT SHORTER:  Yes.
```

1    THE COURT:  I need to hear from you

2  whether or not you wish to testify in this case.

3    DEFENDANT SHORTER:  No, I don't want to

4  testify.

5    THE COURT:  Well, I'm obliged to advise

6  you notwithstanding your discussion with counsel

7  that you have the absolute right to testify in

8  this case if you wish to do so regardless of

9  whether your counsel wishes to have you testify or

10  not.

11    Obviously, you have some benefit to be

12  derived from listening to your attorney, but I do

13  want you to understand that you have that absolute

14  right to testify if you wish to do so.  You

15  understand that now?

16    DEFENDANT SHORTER:  Yes.

17    THE COURT:  Do you wish to testify as a

18  witness in this case?

19    DEFENDANT SHORTER:  No.

20    THE COURT:  Thank you.  We'll be in

21  recess until 3 o'clock.

22    (THEREUPON, A RECESS WAS TAKEN, AND THEN THE

23    PROCEEDINGS CONTINUED AS FOLLOWS:)

24    COURT SECURITY OFFICER:  All rise.  This

25  Honorable Court is again in session.  Please be

1  seated.

2        THE COURT:  Mr. Chalela and

3  Mr. Crawford, do you propose to have your clients

4  testify?

5        MR. CHALELA:  Yes, Your Honor.

6        THE COURT:  They will take the witness

7  stand?

8        MR. CHALELA:  They intend to, Your

9  Honor.

10       THE COURT:  All right.  Mr. Crawford?

11       MR. CRAWFORD:  Yes, Your Honor.

12       THE COURT:  All right.  Thank you.

13       MR. CRAWFORD:  Judge, can I also remind

14  the Court that I reserved my opening statement,

15  and that I'm prepared to give it now.

16       THE COURT:  All right.  How long do you

17  wish?

18       MR. CRAWFORD:  Five minutes.

19       THE COURT:  Splendid.

20       Bring in the jury, Mr. Bohlig.

21   (THEREUPON, THE JURY RETURNED TO THE COURTROOM.)

22       COURT SECURITY OFFICER:  Please be

23  seated.

24       THE COURT:  As you may recall, ladies

25  and gentlemen, at the early part of the case when

1   opening statements were being made Mr. Crawford

2   announced that he would reserve his opening

3   statement until a later time.

4           This is an appropriate time for him to

5   do so after the government has rested, and I call

6   on Mr. Crawford at this time to present his

7   opening statement in which he will tell you what

8   he expects his evidence will show.

9           Mr. Crawford.

10           MR. CRAWFORD:  Thank you, Your Honor.

11           Ladies and gentlemen, the difficulty of

12   reserving opening statement, you don't get to hear

13   from us until we're a couple days into the case.

14           But I know from the earlier instructions

15   that the Court gave you you agreed to keep an open

16   mind.  We appreciate that.  So hear our side of

17   the story before you make up your mind.  All

18   right.

19           The evidence is going to show from this

20   point forward that Mr. Volcy Berman Hardaway was

21   born on September 10th in 1971, in Haiti.  He came

22   to the United States in 1990, and after studying

23   hard to learn both English and about this country,

24   became a citizen in 1994, just like all of us.

25           He went to Mercer College in New Jersey.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    Also to Citton, C-I-T-T-O-N, Institute, which is a

2    computer accounting type specialized school where

3    he got a certificate.

4         From 1996 to 2001 he worked for

5    McGraw-Hill, a very well accomplished and known

6    publisher where he worked in the accounts payable

7    up in New Jersey before he was finally laid off.

8         He drove a school bus for a couple of

9    years, and then in 2001 he got his commercial

10   driver's license and has been a long haul truck

11   driver since then.

12        Unfortunately, he's separated from his

13   wife who still lives in New Jersey.  Fortunately,

14   there are no kids.  His mother and father are

15   still alive.  Live in -- mother lives in New -- in

16   Haiti, father lives up in New Jersey.  He has five

17   sisters and two brothers.

18        He met Jean Baptiste down in south

19   Florida when they both used to live down there and

20   drive trucks.  Jean Baptiste and his family were

21   from Haiti also, so it makes sense that they got

22   to know each other and became acquaintances.  Not

23   necessarily friends, but acquaintances.

24        There were times when Mr. Baptiste would

25   go home to Haiti to visit his family, and he would

1    make his truck with Cool Carriers available for
2    Mr. Volcy to drive, and that went on a few times.
3              And that's important because you should
4    know in mid April of 2008, Mr. Volcy had moved
5    back up to New Jersey with his father and his
6    other family siblings that live up there.  Job
7    market was horrible.  He wasn't getting any work
8    in south Florida, so he went up there.
9              He got a call in mid April from Jean
10   Baptiste and said I am going to Haiti in a few
11   weeks.  Would you like to use the truck while I'm
12   gone.  They had done that before.  It would give
13   Mr. Volcy a chance to work.  He said sure.
14             Baptiste went on to say I have loads
15   that I have to deliver off into Kansas and then on
16   to California, and then I'm going to be coming
17   back to Florida.  Would you drive with me.
18   Knowing that when you double team in a tractor
19   trailer, one person can be sleeping while the
20   other person is driving.  And so you get there
21   quicker and you make more money the quicker you
22   deliver loads.
23             My client said sure.  And so
24   Mr. Baptiste went towards New Jersey where he
25   picked up my client, and they headed west.  And

1  you will see the bills of lading and the stops

2  they made as they went out to California.

3        When they got to Riverside, California,

4  the one that the government has been focused on,

5  they were a few days early.  So they dropped the

6  truck off and they went to a local hotel and they

7  basically crashed.  As you might imagine, after

8  spending all that time in the cab of a truck, when

9  you have a few days off the last place you want to

10  be is in that truck.  And so they left it.

11        What happened?  We're not sure.  But

12  they ultimately come back, get back in the truck,

13  and now they start the long drive east to head

14  back to Florida.

15        At some point they pick up -- well, in

16  California they pick up a load of frozen cookie

17  dough from Walmart that they're going to deliver

18  to Walmart here in Florida.  So they start the

19  long trip.

20        The trailer is sealed in California and

21  not opened all the way across.  Our clients are

22  not at the warehouse when the dough is added to

23  the back of the truck.  They assumed it's cookie

24  dough because that's what the bill of lading says.

25  They don't know.  They weren't there when it was

1    loaded.

2            And you'll hear from a trucking expert

3    that that's not unusual for long haul truck

4    drivers not to know what's going on in the

5    warehouse behind them.

6            So the truck's sealed.  They come to

7    Florida.  They make good time because remember

8    there's two of them, and they can drive steady.

9    They don't have to stop six hours or eight hours

10   to rest.

11           They arrive in Florida a couple of days

12   early for when the load is going to be delivered.

13   So they have a choice.  They can deliver the load

14   perhaps early, assuming that they can work out the

15   details with the warehouse, or they can mess

16   around in central Florida before they drop the

17   load and then head to Miami where Baptiste will go

18   to Haiti and where Mr. Volcy will use his truck to

19   make some money.

20           They decide as they are coming across

21   the country that they would like when they get

22   into the Tampa Bay area -- and understand these

23   two or not from Tampa Bay.  They're from south

24   Florida.  They're not from this area -- that

25   they'd like to go to a strip joint that they've

heard of.

So they get information.  I'm sure you
all have -- as you're traveling across the
country, have stopped at Flying Js or stopped at
some of these trucker places.  And you'll see the
truckers there.  And there's shower facilities,
there's sleeping facilities.  There's an awful lot
of telephones because they want the truckers to
come in and use their particular facilities.

And this is also a place of
communication where they're talk and they'll visit
and they'll share where's the best restaurants,
where's the place to go for entertainment.

And it is at one of these points where
January Baptiste is given the phone number of a
local guy in the Tampa Bay area that he can call
or that he can get -- and -- and find out where
this strip club Oz is.

And so sure enough, as they're coming
and he gets a phone call, he takes it -- Baptiste
gets the phone call and hands it to Hardaway and
says he's going to give you directions to the
strip club.

Mr. Volcy says okay.  Gets on the phone.
And you've heard the transcript asking for

directions.  And sure enough, and you saw the
photographs, and I painstakingly went through them
with the Florida Highway Patrolman so you can
visualize what it's like to be driving down
Ulmerton.

And imagine yourself in a 16 -- in an
18-wheeler.  It's hard to see the club over to the
right.  And not knowing where you're going, even
though you've gotten directions, they went right
by it.  Saw it.

Now, they have got to maneuver an
18-wheeler truck on Ulmerton Road at 5 o'clock
over to turn around.  It's like turning around a
battleship.  It takes some time.

So it took them -- they went past 66,
but they made it to the next exit -- or the next
big intersection, Belcher, where they could go
left.  And that's what they did.  And when they
went left, they -- they were again looking to turn
around.  And the lights come on.

So they go looking now to pull off on
the right side of the road.  It takes awhile to
get an 18-wheeler over to the right side of the
road.  They pull off onto 118, and there's the
Florida Highway Patrol and the arrest.  All right?

1    Now, that is their version of what the evidence

2    will show.

3         The police put them in the back of a

4    Florida Highway Patrol and secretly tape record

5    them.  And they're speaking in Creole and they're

6    scared because they know that they're going to get

7    a citation.  They're going to be accused of

8    something.  They're not sure what.  They don't

9    know what's in the back of the -- of the truck.

10   They see the dog come up.  They see all the police

11   officers come up.  And so they're talking to each

12   other in Creole.

13        If you look at the whole transcript, the

14   whole transcript, you'll see that the police

15   officer comes back to him early on and accuses him

16   of having marijuana.

17        And, ladies and gentlemen, that's why

18   for the rest of the transcript they're talking

19   about marijuana in the truck trailer because

20   that's what the cops have told them, and they're

21   going we're in big trouble.

22        We don't know what's in there.  But

23   we're in big trouble because they're going to find

24   something in there.  They're going to blame us.

25   We're going to get arrested.  What's our bail

1  going to be.

2         Ladies and gentlemen, that's going to be

3  the rest of the story that you're about to hear.

4  Thank you.

5         THE COURT:  Call your first witness.

6         MR. CRAWFORD:  Thank you, Your Honor.

7  At this time the defense would call Mr. Billy Ray

8  Price.

9         MR. PRESTON:  May we approach, Your

10  Honor?

11         THE COURT:  Come to sidebar.

12         (AT WHICH TIME THE FOLLOWING SIDEBAR

13  DISCUSSION WAS HELD:)

14         MR. PRESTON:  Judge, I'm concerned about

15  the timing of this witness in that the information

16  I was given in regard to this expert indicated

17  that he would assist the jury in describing what

18  truck drivers know or might not know in regard to

19  certain things which may not be relevant prior to

20  the testimony of the defendants in this case.

21         So I don't know what happens if -- if it

22  becomes irrelevant during my questioning, but I

23  want to bring it to the Court's attention that if

24  it in fact hinges upon some of the information

25  that we're supposed to hear from the defendants

1    first, that I would object to the testimony being

2    presented at this point in time as not relevant.

3            THE COURT:  What about it?

4            MR. CHALELA:  You know more about that

5    than I do.

6            MR. CRAWFORD:  Yeah, I do.  His

7    testimony is going to come from stuff that's

8    already in the record.  There's nothing that our

9    clients are going to say that he needed to -- to

10   veil his opinions.  In fact, I don't think he

11   evens knows what our clients are going to say.  We

12   haven't shared that with him.

13           THE COURT:  You -- you say your clients

14   will testify?

15           MR. CRAWFORD:  That is correct.

16           THE COURT:  All right.  Is their

17   testimony in any way related to what this witness

18   will testify to?

19           MR. CRAWFORD:  Well, yes.  There's a

20   relationship, but it is not the basis upon which

21   this expert has -- is rendering his opinion and

22   giving his testimony.

23           THE COURT:  Well, I think we can

24   simplify it and alleviate Mr. Preston's concern by

25   your assurance to the Court that your witnesses

1    will testify.

2             MR. CRAWFORD:  Yes, sir, my client will

3    testify.

4             THE COURT:  Is that true with you,

5    Mr. Chalela?

6             MR. CHALELA:  Yes, Your Honor.

7             THE COURT:  Does that satisfy you?

8             MR. PRESTON:  Yes, Your Honor.

9             THE COURT:  Okay.

10            MR. CRAWFORD:  Thank you, Judge.

11            (WHEREUPON, THE SIDEBAR DISCUSSION WAS

12   CONCLUDED AND THE PROCEEDING RESUMED AS FOLLOWS:)

13            COURTROOM DEPUTY CLERK:  If you'll

14   raise your right hand.

15            Do you solemnly swear or affirm that the

16   testimony you shall give in this cause will be the

17   truth, the whole truth, and nothing but the truth,

18   so help you God?

19            THE WITNESS:  I do.

20                      **BILLY RAY PRICE,**

21   a witness, having been duly sworn to tell the

22   truth, the whole truth and nothing but the truth,

23   was examined and testified as follows:

24            COURTROOM DEPUTY CLERK:  Please be

25   seated in the witness stand.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1          Sir, if you will state your name and

2    spell your last name for the record, please.

3               THE WITNESS:  It's Billy Ray Price,

4    P-R-I-C-E.

5               MR. CRAWFORD:  May I inquire, Your

6    Honor?

7               THE COURT:  Would you spell your last

8    name, please.

9               THE WITNESS:  P-R-I-C-E, Price.

10              THE COURT:  Thank you.

11         You may inquire.

12              MR. CRAWFORD:  Thank you, Your Honor.

13                   <u>DIRECT EXAMINATION</u>

14   BY MR. CRAWFORD:

15   Q.    Mr. Price, tell the jury what you do for a

16   driving.

17   A.    I own and manager a trucking company.

18   Q.    And how long have you labored in the

19   trucking business?

20   A.    About 25 years.

21   Q.    Have you even driven a tractor trailer

22   truck?

23   A.    Yes, sir.

24   Q.    Do you have to have a special license in the

25   State of Florida, or any of the 50 states for that

1  matter, in order to drive a tractor trailer truck?

2  A.     Yes, sir.

3  Q.     Tell us a little bit about that licensing

4  process.  What do you need to do to be a licensed

5  truck driver?

6  A.     You have to take a written examination and a

7  driving test.

8  Q.     And how long have you had that license?

9  A.     About 25 years.

10  Q.     All right.  Are you familiar with the terms

11  long haul truck driver and short haul truck driver?

12  A.     Yes, sir.

13  Q.     Please tell us the difference.

14  A.     Long -- a long haul truck driver is someone

15  who would go state to state to state.  A short

16  haul driver would be somebody that would run in

17  state like your UPS drivers and so on and so

18  forth.

19         If you're close to a state line, a short

20  haul driver may cross state lines but, you know,

21  his ideal situation is to come home every night.

22  Q.     Have you had experience both as a long haul

23  and short haul driver?

24  A.     Yes.

25  Q.     Give us the details about the type of

1  trucking experience you've had in your 25 years.

2  A.    Well, I started out in the coal industry

3  driving a coal truck.

4        Went from there to an over the road

5  application as a flatbed driver.

6        Then moved to Florida and drove flatbed down

7  here for five or six years.

8        And then went into business with one of my

9  brothers hauling household goods.

10 Q.    So you're actually a moving man?

11 A.    Yes.

12 Q.    Okay.

13 A.    I moved furniture and government items, so

14 on and so forth.

15       Came back to Florida after about eight or

16 nine years of that.  Went to work for a company

17 out in Dover, Florida, called WW pulling

18 refrigerator trucks.  Moved from that to gas

19 tankers.

20       And then bought a truck of my own and

21 started my own business.

22 Q.    All right.  Any time during this experience

23 before you started your own business where you did

24 any particular special assignments for the United

25 States government?

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

A.     Yeah, I hauled some what I believed to be

currency.  I don't know.

Q.     They wouldn't tell you, huh?

A.     It was one of those deals where you back in

and you don't get out of your truck.  And you pull

out and there's a car follows you around.  And you

go to your destination and you unload.

Q.     All right.

A.     I've also, I think, hauled some ammunitions

for the government.  Household movers are

traditionally, you know, allowed to do things like

that.  I've been in the underground up in Maryland

where the president, you know, has his little

hideaway and their offices and --

Q.     Camp David?

A.     Did underground -- yeah.  Did underground

moves and stuff like that.

Q.     All right.  Let's talk a little bit about

your business.  What is the name of it?

A.     Seminole Transportation.

Q.     And why is it called -- is it based in

Seminole, Florida?

A.     No.  I'm a Florida State fan, and it seemed

like a good idea at the time.

Q.     All right.  Is that your company shirt?

1    A.    Yes, sir.

2    Q.    And I guess I see where the colors come

3    from?

4    A.    Yes, sir.

5    Q.    Okay.  Where's your business located?

6    A.    Zephyrhills, Florida.

7    Q.    And how many trucks do you run out of your

8    business?

9    A.    We've got 22 currently.  I've had as high as

10   35.

11   Q.    Okay.  Let's talk for a minute then about

12   the trucking business in general.  Are there some

13   truck drivers that are what we would call

14   independent truckers?

15   A.    Yes.  They're called owner operators.

16   Q.    Okay.  Tell me about them, how they work.

17   A.    Basically they buy a piece of equipment and,

18   you know, get a license and a business license and

19   a DOT or ICC number, and they go to work.

20   Q.    So they actually own their rig?

21   A.    They own their rig.  Some of them lease to a

22   company such as myself.

23   Q.    Okay.

24   A.    And where the -- you know, my company would

25   control their movements, but they would still own

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    their equipment.

2    Q.    All right.  Well --

3    A.    We would take a percentage of that revenue

4    for dispatching, handling paperwork, doing the

5    billing.  You know, taking a loss if the customer

6    doesn't pay.  They get paid anyway.  You know,

7    we -- we suffer the loss.

8          And then there's another application where

9    they would start their own company, one truck, and

10   they could call it anything.  And they would use a

11   computer in their -- in their truck or have their

12   wife do it at home, and go onto the load boards

13   and big pick out loads and do --

14   Q.    All right.

15   A.    -- their own billing, their own thing.

16   Q.    Let me follow up on some of what you just

17   told us.  Okay.  So the certain truck drivers,

18   these independent drivers, they own their own rig

19   and they can basically on their own find loads?

20   A.    Yes, sir.

21   Q.    Tell us generally speaking how an

22   independent truck driver finds loads to transport.

23   A.    Well, you can have, like I say, a laptop in

24   your truck with Internet service.  You know, in

25   today's time everybody's got one.

1    Q.    Okay.

2    A.    You go on and you pay subscriptions to

3    places that are called like -- there's one that's

4    called the Internet Truck Stop, B2B is another

5    one.  There -- there's several different load

6    boards out there.

7    Q.    And there's a posting on this load board

8    that says --

9    A.    Posting.

10   Q.    -- I want to move chicken for Tyson's

11   Chicken from Minneapolis to San Francisco?

12   A.    It wouldn't say that.  It'd say reefer or

13   flatbed or RGN or, you know, a specific type of

14   trailer, what they're looking for, where it's

15   coming from, and where it's going to.

16        And then you would pick the phone up and

17   call that number and is it still available.  Yeah.

18   As long as you're set up with them and you have

19   your credentials, they would dispatch you the

20   load.  You would go pick it up, deliver it, send

21   your paperwork to them, and then they would pay

22   you.

23   Q.    All right.  Now, you used the term "reefer."

24   A.    Yes.

25   Q.    And we're sensitive to that given the

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    allegations in this case.

2    A.    Yes, sir.

3    Q.    What does that mean in trucking parlance?

4    A.    Just short for a refrigerated unit.

5    Q.    So a reefer is refrigerator?

6    A.    Yes.

7    Q.    That's what --

8    A.    Yes, sir.  They call, you know, auto

9    transporters parking lots, you know, things like

10   that.  Bull wagons for a cattle truck.  It's just

11   a slang.

12   Q.    Okay.  So some of these independent truckers

13   will do their own thing?

14   A.    Yes, sir.

15   Q.    Others will associate with a business like

16   yours?

17   A.    Yes, sir.

18   Q.    All right.  And the advantage of associating

19   with a business like yours is that you do all the

20   paperwork?

21   A.    Correct.  And they don't suffer any of the

22   losses of, you know, customers not paying or

23   stringing you out.  They get their money right

24   away.  They ride our -- our insurance policies.

25   They get a better rate on insurance.  They have

1    someone managing them.

2    Q.    Okay.

3    A.    We're like a manager for -- for those types

4    of people.

5    Q.    Approximately how many will you manage in

6    that capacity?

7    A.    At one point I had like 30.  Today we have

8    none.  We got tired --

9    Q.    And the reason for that is?

10   A.    We got tired of suffering the insurance

11   losses.  You know, an owner operator has an

12   accident, and it goes on my insurance.  So next

13   year when I go to renew, even though he's not here

14   anymore, I'm still paying for his loss runs, you

15   know, for about five years.  So we got to the

16   point where it wasn't worth it to us to have owner

17   operators in our organization.

18        We have a broker's license, and we will

19   broker them.  That way we're not connected to them

20   in any way.  We just verify they have insurance

21   and, you know, they're of a business, and we give

22   them the load.  They send us their paperwork, we

23   pay them, we collect from our customer, it's a

24   done deal.

25   Q.    All right.  Let's talk for a moment about

1    what I call private company truck drivers.

2    A.    Yes, sir.

3    Q.    I would assume certain large corporations

4    like oh, Home Depot or Walmart, have certain fleet

5    of trucks where they move their own product and

6    they work just exclusively for that company; right?

7    A.    Yeah.  Walmart has from what I understand

8    two divisions.  They have an all company driver

9    division, and then they have an owner operator

10   division.  And they'll allow them to pull their

11   trailers back and forth here and there.  As owner

12   operators they pretty much control them all the

13   time --

14   Q.    Okay.

15   A.    -- and so on and so forth.

16         Now, Home Depot, the only truckers that they

17   employ are the guys that are running around

18   delivering the refrigerator to your home.  As far

19   as I know, they don't have any kind of long haul

20   situation or anything like that.

21   Q.    So they would use --

22   A.    Publix is -- Publix is all company drivers.

23   And they all just go to their store and so on and

24   so forth.  And then there's companies like myself

25   that go over -- you know, we hire -- we're for

1    hire for anybody, and all of my guys are my

2    employees.  So we dispatch them and we run them

3    just like employees.

4    Q.    All right.

5    A.    And JB Hunt's the same way.  They don't have

6    any owner operators.  And, you know, there's a lot

7    of -- you know, Warner Enterprises.

8    Q.    So there's a lot of different types out

9    there on the highway?

10   A.    Yes, sir.

11   Q.    Okay.  Let's talk now about loading and

12   unloading.  Let's first focus on the loading

13   process.  What role, if any, does the driver play

14   in loading the truck?

15   A.    Depends on the load.

16   Q.    Okay.  Tell us --

17   A.    Me as a household mover, I took it out of

18   the house and stacked it in the truck, and I put

19   it back in the house.

20   Q.    Okay.

21   A.    There are loads that you get that are driver

22   load and unload.

23   Q.    Is that what they're called?

24   A.    Yes.

25   Q.    What is the term again?

```
1    A.      Driver load or unload.
2    Q.      So you know that when you accept that
3    contract that this is a driver load?
4    A.      Yes.  The dispatcher will tell you, and then
5    you either hire a lumper --
6    Q.      A what?
7    A.      A lumper.
8    Q.      How do you spell that?
9    A.      L-U-M-P-E-R.
10   Q.      Okay.  What's a lumper?
11   A.      If you drive around Hillsborough Avenue, you
12   see them all over the place.  They're standing on
13   the street.  When a truck comes by, they're like
14   this.  Or they're at Kash n' Karry, Publix, a lot
15   of the big warehouses.
16           And they're standing there in wait for the
17   driver to show up knowing that he's going to have
18   to have somebody take that commodity off the
19   trailer.
20           You know, the industry's gotten to where the
21   truck driver has to drive it across country and
22   just about put it on your shelf.
23   Q.      Okay.
24   A.      So there are loads that are like that, which
25   is why I got out of the refrigerator business.
```

1    Floor loaded onions, 50 pound bags of onions, you

2    know, 45,000 pounds of onions, it'll kill you.

3    Q.    So you hire a lumper to help you?

4    A.    You hire a lumper.

5    Q.    All right.

6    A.    And pretty much once you hire the lumper,

7    you go sit in your cab.  When he gets done, he's

8    brings your paperwork out, you -- you're -- you're

9    done.  You don't do anything.

10   Q.    Okay.  So are there certain types of

11   transports when you're loading where you have

12   nothing to do with what's loaded into the trailer?

13   A.    Yes, sir.

14   Q.    Tell us about that.

15   A.    There are companies out there that don't

16   want the drivers anywhere on their dock due to

17   workmen's comp, sensitivity of the load, so on and

18   so forth.

19        If you can think about it, if -- if you're

20   hauling a food grade product, you know, you as the

21   public consuming that, you don't want every Joe

22   Blow, Tom, Dick, and Harry up in -- excuse me --

23   up in your load.  You know, they could put

24   anything in that.

25   Q.    All right.

A.     So in that situation it would be what's
called a shipper load and count.  The shipper
would load it, count it, give you your bills, and
put a seal on the trailer door.

When you get to the other end, you let the
guy know you're there.  He comes out, he takes
your paperwork, he verifies the seal and the
serial number, he breaks the seal.  You open your
doors, you back into the dock, and you -- now
there are circumstances where they allow you to
unload that load or they make you unload it.

Q.     Right?

A.     No driver wants to unload chickens.  You
know, you just don't want to do it.  You're tired,
you've been driving.  You want to crawl up in the
bunk and -- take a rest.

So there are loads where you would still be
required to unload the shipment, but you have to
let the warehouse break that seal.  If that seal
is broken, they -- they turn the load away.  They
don't want it --

Q.     Well, let's --

A.     -- because they don't know what's -- what
you've done with it.

Q.     Set aside the seal for a minute.  Let's just

1  focus on -- on loading.  Okay?

2       When you bring the truck -- the empty

3  trailer up --

4  A.    Yes, sir.

5  Q.    -- and you're supposed to pick up

6  something --

7  A.    Yes, sir.

8  Q.    -- are there times that you have nothing to

9  do with what's brought onto the trailer?

10  A.    Absolutely.

11  Q.    Are there times that you stay in the cab --

12  A.    Yes, sir.

13  Q.    -- and you have no idea what they're putting

14  on the truck?

15  A.    Yes, sir.

16  Q.    Have there been times in your own personal

17  experience where you have found things put in your

18  trailer that you didn't know were there?

19  A.    Yeah, I guess.  You know, the bill of lading

20  says what's -- what they're putting on there.

21  Q.    Right.

22  A.    I've never discovered contraband or, you

23  know, anything like that on a trailer that -- no,

24  you know, I'd have to say no, I've never

25  discovered anything that I didn't know -- knowing

what's back there is two different things.  If my
ticket says, you know, 45,000 pounds of Hershey
bars, and I go to the other end and I give them
the ticket and I have nothing to do with unloading
it, they sign it, they give to me, I'm assuming
there was Hershey bars on there.

Q.    You don't know?

A.    No, I don't know.

Q.    Did you have any experience in Kentucky with
currency where you didn't know what they put back
there?

A.    Absolutely.

Q.    Yeah.

A.    Well, I don't know that it was currency.

Q.    Okay.

A.    All I know is I went to the treasury, and
they climbed up in the truck with me, they opened
and closed my doors, and they told me don't open
them.

Q.    There have been times in private practice --
setting aside the government practice -- when a
private load where you have pulled up, opened the
doors, and have no idea what they're putting into
the back of your trailer?

A.    That's correct.

Q.      Okay.  You do get the paperwork?

A.      Yes, sir.

Q.      All right.  Now, let's talk about this seal situation.  When is the trailer usually sealed? For what reasons?

A.      The customer's request.  Again, if it's a food grade product, most of the shippers will seal the trailer.  They don't want you in there.  They don't want you messing with the commodity.

        It's just for everybody's protection, you know, especially these days, you know, you don't know what people are going to do to that trailer or anything that's in -- on board.  So --

Q.      So it's -- it's a safety device?

A.      It's a safety device.  And it cuts down on a lot of work on the receiving end.  If it's sealed, they know nobody's been in there.  They don't have to count it.  You know, they just take it off the trailer and away you go.

Q.      All right.  Let me show you what's been previously received in evidence as the Government's Exhibit 38, Volcy Exhibit 57, and ask you are these plastic seals that you have seen during your 25 years of experience?

A.      Yes, sir, it appears to be.

                MR. CRAWFORD:  If I could put them on

the overhead.  All right.

BY MR. CRAWFORD:

Q.      Where are these seals placed on the trailer?

A.      Passenger's side door on the locking

mechanism.

Q.      And why are they placed on the passenger

side?  I'm assuming you're look at the -- behind

the truck?

A.      At the back of the truck, the passenger

side.

Q.      Okay.  On the right side?

A.      Yes, sir.

Q.      Why?

A.      Because that's the first door to be opened.

If you don't open that door, you can't open the

other one.

Q.      Okay.  Because the doors overlap?

A.      They overlap.

Q.      Okay.  So you have to open --

A.      The right door.

Q.      -- the right door before you can open the

left door?

A.      And that's done so if you're stop beside the

highway and you have to open the door, you're not

1   opening the door in the traffic.  So they put it

2   on the passenger side.

3   Q.    Okay.  And this is what type of mechanism on

4   the back of the trailer?

5   A.    It's just a standard door, lock and hasp,

6   that you would put a padlock through or a seal or

7   both.  They make the seal small like that so that

8   you can slip a padlock in under them and still

9   lock the trailer so that your average guy can't

10  just walk up and flip the latch and pull that and

11  break that seal off and get in your trailer.

12  Q.    I've seen plastic ties that have a little --

13  a hole in one end and are grooved, and you stick it

14  through and pull it tight.  Is it that type of

15  seal?

16  A.    It's called a zip top.  It's similar to that

17  in the mechanism.  However a zip tie, as you know,

18  goes all the way through where you can pull it

19  tight.  You can shove a screwdriver down in there

20  and get that thing loose.  It ain't going to work

21  very good, but you can get it loose.

22        This has got -- should have -- if you've got

23  a picture of the end of it, it should be closed on

24  the end.  So when it goes in there, there's a lip

25  on it and it locks on that lip.

1          And in order to get that thing off, you're

2     going to mess it up.  You're going to be able to

3     tell when you get to the other end, the shipper --

4     or the receiver is going to know that you messed

5     with that seal.

6     Q.     Is this the end you're talking about?

7     A.     Yeah.  It's not a very good view of it, but,

8     yeah, that -- that end is closed off.  So when you

9     shove that up in there, it locks.  You're not --

10    you can't get them apart easily.

11    Q.     Now, I noticed that on these particular

12    examples one of them has the name Countryside.

13    A.     Yes, sir.

14    Q.     What is that generally for?

15    A.     It's telling, you know, who -- probably who

16    the shipper is.  You know, that way the -- the

17    receiver knows right away that that's

18    Countryside's seal.

19    Q.     So it would be more difficult for someone

20    else down the road to cut that seal and then put

21    one like it because they have to have Countryside

22    on it; right?

23    A.     Yes.

24              THE COURT:  Mr. Crawford --

25              MR. CRAWFORD:  Yes, sir.

1          THE COURT:  -- reach that microphone.

2          MR. CRAWFORD:  Thank you, Your Honor.

3          THE COURT:  That'll help.

4    BY MR. CRAWFORD:

5    Q.    Let me show you another side of this

6    particular seal.  And can you see the number there?

7    A.    Yes, sir.

8    Q.    What is the purpose that the number plays on

9    the seal?

10   A.    It's a serial number.

11   Q.    And the purpose that that plays in helping

12   security?

13   A.    To identify that seal.

14   Q.    Okay.  No. 30, No. 20.  I'm going to show on

15   the overhead Government's Exhibit No. 30, which is

16   this picking sheet that we've all seen numerous

17   times, and ask can you tell at the bottom that

18   there's a seal number?

19   A.    Yes, sir.

20   Q.    What is that for?

21   A.    That's the seal number that the shipper put

22   on the paperwork, and then the driver signed for

23   that --

24   Q.    Is it unusual?

25   A.    -- stating that that's the seal that's on

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    the trailer.

2    Q.    Okay.  So the purpose of the number, if I

3    understand it, is you get the bill of lading which

4    tells us certain things about the load?

5    A.    Yes, sir.

6    Q.    It also tell us that this load is sealed?

7    A.    Yes, sir.

8    Q.    And that this is the number that is on this

9    particular seal?

10   A.    Yes, sir.

11   Q.    So if you're coming across country and

12   someone cuts that seal and tries to replace it --

13   A.    Right.

14   Q.    -- they're going to have to not only have

15   Countryside on it, they're also going to have to

16   have this number on it; right?

17   A.    That's correct.

18   Q.    Are you aware of what occurs if law

19   enforcement or the Department of Transportation

20   intercepts a trailer and wants to look it in, what

21   type of paperwork is generated from that procedure?

22   A.    They have to sign your bill of lading.  They

23   have to put a law enforcement seal on it and

24   record the seal number on either your document or

25   they give you a separate document and it says

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    we're Florida agriculture inspection.  You know,

2    we opened your trailer and we sealed it back.

3    Those are the only people who are authorized to

4    break that seal.

5    Q.    All right.  Let's talk about the

6    consequences if a truck driver receives a sealed

7    load, and then arrives at the particular location

8    where you are to drop it off and the seal is

9    broken.  What happens at that point?

10   A.    He pretty much owns that load.

11   Q.    Which means that they're not going to pay

12   you for it?

13   A.    They're going to refuse it.  They're going

14   to refuse it.

15   Q.    Okay.

16   A.    Now, he's either going to go to the truck

17   stop and sell it out the back of his truck or, you

18   know, whatever his -- if he's an owner operator

19   or, you know, what have you.

20   Q.    Okay.

21   A.    It's -- it'll be refused.  They're not going

22   to take it if that seal is broken.

23   Q.    So there are personal consequences to the

24   driver or to his company --

25   A.    Absolutely.

1    Q.    -- if that load is not delivered with the

2    seal on it?

3    A.    Absolutely.

4    Q.    All right.  So in this particular case I

5    want you to assume -- or you can see, Government's

6    Exhibit No. 30, that Countryside Baking sold

7    77 cases of oatmeal raisin cookie dough.  You with

8    me?

9    A.    Yes, sir.

10    Q.    And they were shipped to Walmart in Winter

11    Haven.

12    A.    Yes, sir.

13    Q.    So if the drivers show up at Walmart in

14    Winter Haven and that seal is broken or not there,

15    then they're going to, excuse my pun, eat 77 cases

16    of oatmeal raisin cookie dough?

17    A.    Yes, sir.  I wouldn't want to eat it.  Would

18    you?

19    Q.    I like cookie dough.

20    A.    If it's not sealed.

21    Q.    All right.  So once these trailers are

22    sealed, is there any way to get into the trailer

23    without breaking the seal?

24    A.    Sure.  Cut a hole in the side of it or, you

25    know, I guess you could take the refrigeration

unit off the front.  You can get into it.  It's --

Q.    Are you --

A.    Being able to do it without someone else

knowing that you did it would be the impossibility

in my opinion.

Q.    All right.  Well, then let's talk about the

examples you've given us.  If you cut a hole in the

side of the truck with a blowtorch, fair to say

that there would be evidence of that that someone

had entered it?

A.    Yes, sir.

Q.    Fair to say that when you arrived at Walmart

that they might have some questions about the

legitimacy of that load?

A.    Yes, sir.

Q.    All right.  If you took the refrigerator

unit off of the trailer and entered that way --

A.    Yes, sir.

Q.    -- would there be some telltale signs that

something was missing and/or had been removed and

that you would know before you unloaded it?

A.    In my opinion, yes, sir.

Q.    All right.  Is it possible to take the back

doors of the trailer off at the bolts and remove

the whole both doors and get in that way?

A.    On some units it is.

Q.    Okay.  What type of mechanism or machinery
would you need to do something like that?

A.    Well, you'd need a wrench that would fit
the -- whatever kind of bolt they put in there.
It depends on the trailer manufacturer whether
they use bolts or rivets.

Q.    Well, let's -- let's -- we'll get to that as
far as the mechanism.  I want to talk about the
doors, the hinges, that whole --

A.    That's what I'm telling you.  Some -- some
manufacturers river their doors on because they
don't want people to be able to breach the seal.
They'll put them on with a rivet.

      If you'll show that picture, you'll see a
picture of a rivet on that locking mechanism that
you would have to drill out to get that -- that
part of the latch off.  They would use that same
application on the hinges and the locking
mechanism of the door.

Q.    All right.  I think you're asking to see
Photograph --

A.    There it is.  That's a rivet.

Q.    This is a rivet right here?

A.    Yes, sir.

1    Q.    So how do you get that off?

2    A.    With a drill.

3    Q.    With a drill?

4    A.    Or a torch or a chisel or something.  It

5    ain't going to look like that when you get done --

6    Q.    Okay.

7    A.    -- because you're not going to have that

8    rivet to put back in.  It's going to be a screw or

9    a bolt or something -- some other, you know,

10   mounting mechanism.  And the first thing the guy

11   is going to see is something brand new right

12   there.

13   Q.    All right.  So that's if it has a rivet?

14   A.    That's correct.

15   Q.    However, if it's just a nut and bolt, tell

16   us how you might be able to take this mechanism

17   off.

18   A.    Well, you could take it off probably pretty

19   easy, but getting it back on would be a problem

20   because it would have a -- a nut on the back of it

21   or the bolt would be pushed through the back.  And

22   the only way to get to that is to be inside the

23   trailer.

24   Q.    All right.  We've seen a video in this case

25   of a gentleman who takes a screwdriver and a

crowbar and some other, you know, hand tools and
basically removes the looking mechanism and keeps
the seal intact.

A.      Uh-huh.

Q.      What telltale signs would you see?

A.      I haven't seen that video.  I can't testify
to that.

Q.      Well, all right.  Let's play it for you.

        MR. CRAWFORD:  Judge, if I could ask to
publish 36 -- Exhibit 36 for the witness?

        THE COURT:  You may do so.

        MR. CRAWFORD:  Thank you, sir.

        It's going to appear on your screen,
Mr. Price.

        (PLAYING VIDEO, EXHIBIT 36.)

BY MR. CRAWFORD:

Q.      Okay.  So now that you've seen that, tell
us --

A.      Now, can you show the picture of the other?

Q.      Of our truck?

A.      The one that you had on the overhead a few
minutes ago.

        MR. PRESTON:  Objection.  That's not
relevant, Judge.  That's from a totally unrelated
truck.  That's just to show the seal.

          MR. CRAWFORD:  Well, unfortunately we do

not have a picture of the doors of this particular

truck.  The government didn't take them.

BY MR. CRAWFORD:

Q.    So I'm going to have to ask you --

          MR. PRESTON:  Objection to that comment,

Your Honor.

          THE COURT:  All right.

          MR. PRESTON:  Move to strike.

          THE COURT:  Proceed.

BY MR. CRAWFORD:

Q.    I'm going to have to ask you, is there --

has there been an evolution of these mechanisms on

the back of the door?  Have they gotten more

sophisticated the newer the trucks are?

A.    They change every day.

Q.    Okay.

A.    Just like the door handle on your '69 Ford

is not the same as the one on your 2006.

Q.    The one we see on this video, older model,

newer model?

A.    Looked to me like a pretty older model

trailer.

Q.    All right.  I want you to assume in this

particular case that it's -- the trailer is a 2006

1  trailer.

2  A.    Yes, sir.

3  Q.    Is there a high probability that it's not

4  going to be that type --

5          MR. PRESTON:  Objection, leading.

6          THE COURT:  Sustained.

7  By MR. CRAWFORD:

8  Q.    Tell us what the probability is if you can

9  that it's going to have that type of older locking

10  mechanism?

11  A.    Slim to none.

12  Q.    Thank you.

13          All right.  Let's move onto unloading.

14  A.    Yes, sir.

15  Q.    Once you have driven the tractor trailer

16  truck to the particular location, what role, if

17  any, does the driver have of unloading?

18  A.    It depends on the load.

19  Q.    Okay.  Sometimes you are responsible for

20  unloading it?

21  A.    Yes, sir.

22  Q.    Sometimes you get a lumper to help you?

23  A.    Yes, sir.

24  Q.    And sometimes you're told stay away.  Don't

25  even step on our dock?

1   A.      Yes, sir.

2   Q.      Generally speaking, when a load is a

3   refrigerator load and is sealed --

4   A.      Yes, sir.

5   Q.      The driver plays what role in unloading?

6   A.      He presents his bills to the receiving

7   clerk, manager, whoever is in charge.  They walk

8   outside.  He checks the paperwork against the

9   serial number on the seal.  If the driver's got a

10  lock on, he has him take it off.  As long as the

11  seal's verified and it's intact, they break the

12  seal, he opens his doors and backs in.

13  Q.      Okay.  And then what role, generally

14  speaking, will a driver have for a refrigerated

15  truckload?

16  A.      Little or none.  You know, if -- if it's a

17  driver unload, then obviously, you know, he's

18  responsible to get it off of that trailer.  If

19  it's not a driver unload, he don't want to go in

20  and stand around and watch them take it off.  He's

21  going to go back and sit in his cab and fill his

22  logbooks out, do paperwork, make phone calls, look

23  for his next load, do whatever he wants to do.

24  You know, that's his job.

25  Q.      All right.  So it's possible then that the

1    driver, aside from the paperwork that accompanied

2    the load, would not know what is being unloaded?

3    A.    It's possible, yes, sir.

4    Q.    All right.  Let's talk for a moment about

5    refrigerated trailers.

6    A.    Yes, sir.

7    Q.    You indicated you have had experience

8    driving these type of trailers; correct?

9    A.    Yes, sir.

10   Q.    Okay.  How does a driver know what

11   temperature to set the trailer?

12   A.    It's on the bill of lading.

13   Q.    Okay.  So showing again Exhibit No. 30, down

14   at the very bottom --

15   A.    Yes, sir.

16   Q.    -- it's hard to see --

17          MR. CRAWFORD:  Should I turn down the

18   lamp, Miss Thomas?  Is there a way to do that?

19          COURTROOM DEPUTY CLERK:  You can zoom

20   in.

21          THE WITNESS:  I can see it.  It's minus

22   ten.

23          THE COURT:  We can see that.

24          MR. CRAWFORD:  All right.

25   BY MR. CRAWFORD:

Q.    Tell us -- the temperature there is what?

A.    Minus ten.

Q.    Okay.  So that tells the driver what?

A.    That tells the driver that he needs to maintain minus ten degrees Fahrenheit throughout the transportation of the load.

Q.    Okay.  How does the driver do that?

A.    He sets his refrigerated unit.  You know, I always set mine five or ten degrees lower than what it said because that's a minimum.  And then, you know, as long as the reefer performs he's got no problems.

Q.    These reefers are recycling like a refrigerator?

A.    Yeah, it's just like a -- a huge meat cooler or a meat locker.  It's a refrigerated unit.

Q.    Okay.  And -- and by recycling, I guess what I mean -- and let's make sure we're talking the same here --

A.    Yes, sir.

Q.    -- I set the temperature at ten below.

A.    Yes, sir.

Q.    And as it naturally begins to heat up, then the refrigerator will kick on, cool the air --

A.    That's correct.

Q.     -- and then once it gets down to where I've set it, it'll cut off?

A.     No, they don't cut off.

Q.     They stay -- keep going?

A.     To keep it minus ten, it pretty -- it's pretty running constantly.

Q.     All right.  Now, how does the driver monitor the temperature inside the trailer?

A.     Well, it's dependent on the unit.  They all have some kind of mechanism that the driver can see from his mirror.  It'll be on the side of the trailer.  Will either be a red or green light.

       If there's an issue with the unit temperature wise with what you've got it set at, you'll get a red light in your mirror.  And the driver can see that at anytime when he's sitting in the driver seat.  A lot of them have a temperature monitor there that he can see as well.  Uhm, some of them even have -- have them in the cabs.

Q.     Okay.  Is there something that is often placed in the load or in the trailer that is called the black box?

A.     They call it a black box, tattletale, so on and so forth.

1   Q.    Tell the jury what that is.

2   A.    It's a device that they'll hide inside a

3   load that, you know, nobody -- the driver doesn't

4   know it's there.  It's just a small box.  And when

5   the load gets to the other end, to protect you,

6   the public, they'll plug that up and see if at any

7   point in a given time during that shipment if it

8   was above their recommended temperature to make

9   sure that the product is not spoiled.

10        Nobody knows -- you know, the driver doesn't

11   know it's there.  We all know they use them.

12   We've seen them, you know, during unloading and

13   what have you.  But they don't tell you they're

14   putting the tattletale in it.

15        They may not put one in every load.  But for

16   the most part Walmart is pretty careful, so -- you

17   know, I -- I can't tell you what their practices

18   are, but there is a device that they use to

19   monitor the load.

20   Q.    Okay.  Have there been occasions in your

21   experience where you have arrived at a destination

22   early?

23   A.    Yes, sir.

24   Q.    And do you have an option at that point as

25   to whether to deliver the load early or to wait

1   until when it's due?

2   A.     Pretty much no.  These warehouses are so

3   busy they set your appointment.  If you're early,

4   you set there.

5   Q.     Okay.

6   A.     They don't care.

7          MR. CRAWFORD:  If I could have just a

8   moment, Your Honor?

9          THE COURT:  You may.

10         MR. CRAWFORD:  Mr. Price, thank you.

11         THE WITNESS:  You're welcome, sir.

12         THE COURT:  Cross-examination,

13  Mr. Preston.

14         MR. PRESTON:  Thank you, Your Honor.

15              CROSS-EXAMINATION

16  BY MR. PRESTON:

17  Q.     Good afternoon, Mr. Price.

18  A.     How you doing, sir?

19  Q.     My name is Jim Preston.  I'm an Assistant

20  United States Attorney here in Tampa, and I'm

21  prosecuting this case.

22  A.     Nice to meet you.

23  Q.     We've never met before; correct?

24  A.     No, sir.

25  Q.     Mr. Price, Mr. Crawford hired you to appear

today as his expert in trucking.  What did he tell you he was looking for?

A.    For me to discuss and talk about trailer seals and what that meant, and what the driver's responsibility was, who was allowed to open that seal, what the procedure was thereof.

Q.    Did he explain to you that he was trying to deal with issues concerning the knowledge of his client concerning a stored shipment of marijuana within a legitimate cargo?

A.    He told me that it was -- that it did involve some drugs, yes, sir.

Q.    Now, Mr. Crawford showed you a Government's Exhibit, I believe it's No. 30, which was a picking sheet from Countryside Baking Company; correct?

A.    Yes, sir.

          MR. PRESTON:  Can we have that?  I'm sorry.  Could we switch over?  Thank you.

BY MR. PRESTON:

Q.    And this is the document that you examined; correct?

A.    Yes, sir.

Q.    And Mr. Crawford, when he talked to you in preparation for the case, advised you that his clients were transporting a load from this

1  particular company; correct?

2  A.    Yes, sir.

3  Q.    Did he discuss with you that he wanted to --

4  he wanted to have you testify concerning your

5  knowledge of sealed tractor trailers --

6  A.    Yes, sir.

7  Q.    -- and that it would pertain to a sealed

8  load which his client picked up from Countryside

9  Baking?

10  A.    Yes, sir.

11  Q.    And did Mr. Crawford explain to you that

12  Countryside Baking is a 21-year old corporation

13  that does $80 million worth of product a year?

14  A.    No, sir.

15  Q.    Did he discuss with you the major contract

16  that they have with Walmart Industries?

17  A.    No, sir.

18  Q.    Did he tell you that Countryside Baking has

19  a loading procedures where three or four dock

20  workers plus a quality control manager handle every

21  load that is -- that is loaded onto a truck that

22  leaves their facility?

23  A.    No, sir.  I would hope that they would,

24  though.

25  Q.    Would you expect a driver to have all the

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1   picking sheets relating to a particular load that

2   he's carrying at a particular time?

3   A.   If it's a sealed load he would have whatever

4   they gave him.  They could tell him that there was

5   77 cases of chickens on there.  He's -- he's not

6   going to know.

7   Q.   What's a case?

8   A.   It's a box.

9      Is there water in this?

10   Q.   Yes, sir.  Help yourself.

11      If we take a look at Government's Exhibit

12   No. 35, you haven't seen this photograph, have you?

13   A.   Yes, sir, I have.

14   Q.   All right.  We're looking at some boxes

15   there; correct?

16   A.   Yes, sir.

17   Q.   You would recognize each of those boxes to

18   be called a case; correct?

19   A.   Yes, sir.

20   Q.   All right.  Typically --

21      MR. CRAWFORD:  Your Honor, if I could,

22   Mr. Price, I think it's on the screen in front of

23   you.  And it's easier for you to talk in the

24   microphone.

25      THE WITNESS:  Sorry.

1          MR. PRESTON:  Thank you, Mr. Crawford.

2          THE WITNESS:  I'm not a professional at

3  this.

4  BY MR. PRESTON:

5  Q.     We understand, Mr. Price.

6          Mr. Price, so what we're looking at here are

7  a number of cases which say Sam's Club and easy to

8  bake on them; correct?

9  A.     Well, my eyesight's not that good, but,

10  yeah, it seems to be, yes.

11  Q.     All right.  Now, we see these cases stacked

12  five high; correct?

13  A.     Yes, sir.

14  Q.     And if we're looking across, it appears to

15  be about six across; correct?

16  A.     Yes, sir.

17  Q.     And if we look to the far right of that

18  picture, we can see there's at least two deep

19  before we hit that plastic, shiny substance in the

20  back; correct?

21  A.     Yes, sir.

22  Q.     And you're familiar with that shiny, plastic

23  substance in the back because that's shrink wrap;

24  correct?

25  A.     Yes, sir.

1    Q.    And pallets of food grade items are often,

2    if not always, shrink-wrapped; correct?

3    A.    Yes.

4    Q.    In fact, to ship items like this frozen

5    cookie dough, the industry standard is a

6    requirement that they be shipped on food grade

7    pallets; correct?

8    A.    No, sir.

9    Q.    A frozen box sitting on the floor of a

10    tractor trailer isn't going to receive the same

11    circulation of air as the remainder of that truck,

12    is it?

13    A.    I would agree with that, yes, sir.

14    Q.    So it would be in Countryside Baking's best

15    interest to have their entire shipment palletized

16    and wrapped as we see behind these boxes; correct?

17    A.    In my opinion, yes, it'd be in their best

18    interest.

19    Q.    All right.  So if we have a tractor trailer

20    full of cookie dough, that's going to be more than

21    77 cases, too; correct?

22    A.    Yes, sir.

23    Q.    All right.  Palletized items going to the

24    back of the tractor trailer; correct?

25    A.    Yes, sir.

Q.    Each -- did Mr. Crawford tell you that
Countryside Baking does use food grade pallets
which contain between 55 and 77 cases of their
cookie dough?

A.    No, sir.

Q.    But in any event, if pallets are going
almost to the nose of that trailer, we're looking
at far more than 77 cases; correct?

A.    You would think.  Can I elaborate on that a
little bit?

Q.    Sure.

A.    You have to maintain axle weights.  Okay?
And a lot of times you'll have two pallets in the
nose, and then two singles, and then two pallets,
a single, single, and then full pallets in the
back because you're lighter on the back of the
trailer than you are in the front.

       So in order to take up the room in the
trailer to spread the weight out over the axles
because these -- the states only allow you
22,000 pounds per axle, 12,5 on your steer, so you
have to get that weight placed properly inside the
van in order to distribute the weight.

       And a lot of these companies have -- have
had enough experience, and they know how to put

1    the stuff -- the product in the trailer, whether

2    it's two, one, two or, you know, whatever the case

3    may be to spread that weight out so that when the

4    trucker pulls up on the scale he's not over his

5    axle weights and pays a fine for doing so.

6    Q.    But depending the weight of the product, the

7    load could in fact be stacked front to back on the

8    pallets?

9    A.    Yeah, if it's -- if it's toilet paper, it's

10   all the way to the roof.  But this is cookie

11   dough.  I'm assuming those cases are reasonably

12   heavy, and they look to be about chest high.

13   Q.    And at chest high the pallets could go from

14   front -- from rear to nose; correct?

15   A.    They could be anything, sir.

16   Q.    All right.

17   A.    You know, it's possible.

18   Q.    Now, if we're looking at this shipment, and

19   Countryside Baking sends their goods out --

20   A.    Yes, sir.

21   Q.    -- on shrink-wrapped palletized --

22   A.    Yes, sir.

23   Q.    -- packages --

24   A.    Yes, sir.

25   Q.    -- as you would expect, then these boxes

1    that are on the front of the box are not per their

2    standard; correct -- on the front of the truck per

3    their standard; correct?

4    A.    Sir, I -- I can't testify to what their

5    standards are.  I can testify to the fact that

6    it's not uncommon for a shipper -- if you'll go

7    back to that picture and look and that that

8    there's no more room on that trailer, to put an

9    extra half a pallet or a pallet depending on what

10    they order.

11         If you order 79 cases of cookie dough, and

12    they -- there's 70 on those pallets and they need

13    nine more cases, they're going to stack them up in

14    the back of that trailer like that.  It happens.

15    They do it.  I've seen it.

16    Q.    But in this case you're not telling the jury

17    that another pallet couldn't fit in that space

18    where those boxes were, are you?

19    A.    That's what I'm telling you.  No.

20    There's -- if -- if you take it off of the pallet,

21    that's possible that there's another pallet

22    sitting there.  But you're not going to slide

23    another one in because of your length restriction

24    of the trailer.  I don't know how many pallets are

25    up in there.  I don't know what size pallets.

1    It's possible that they did stack some extra cases

2    on the back of that trailer like that.  They -- it

3    is done.

4    Q.    But you don't know if a pallet was broken

5    down and stacked across the front of that tractor

6    trailer, either, do you?

7    A.    No, I don't.

8    Q.    But if Countryside --

9    A.    All I'm saying is that this is done in the

10   industry.  And I don't know -- it kind of looks

11   like there's two rows there.  So you could pretty

12   much sit here and count them.  But, you know, I

13   don't know what's in that truck.  All I can see is

14   what's on the back of that trailer.

15   Q.    Fair enough.

16         MR. PRESTON:  Could we please look at

17   Government's Exhibit 7C.

18   BY MR. PRESTON:

19   Q.    Now, you would describe this portion of the

20   trailer as the nose of the trailer; correct?

21   A.    Seems to be yes, sir.

22   Q.    It appears to be the back wall?

23   A.    That's the side wall with --

24   Q.    The side wall with the back wall being to

25   your immediate upper right?

1    A.    Yes, sir.

2    Q.    All right.  And we see in this photograph

3    some loose shrink wrap; correct?

4    A.    Yes, sir.

5    Q.    All right.  And that in your experience

6    would be something that could have been removed

7    from a pallet that was shrink-wrapped; correct?

8    A.    Yes, sir.

9    Q.    We also see here a number of the same boxes

10   that were covering the rear of the trailer;

11   correct?

12   A.    Yes, sir.

13   Q.    The easy bake Sam's Club boxes?

14   A.    Yes, sir.

15   Q.    All right.  The other items which appear to

16   be silver in nature there, almost a duct tape

17   color --

18   A.    Yes, sir.

19   Q.    -- did you ever see anything like that?

20   A.    No.  On T.V. maybe, but no.

21   Q.    No one has ever snuck one of those into one

22   of your loads; correct?

23   A.    I hope not.

24   Q.    Now, if a pallet was unwrapped after being

25   legitimately loaded and sealed, that would require

1  the door to be open without breaking the seal, if

2  it was to appear unbroken, at least once; correct?

3  A.    They would have had to have gotten into the

4  trailer somehow.

5  Q.    All right.  And in order to remove that

6  contraband, assuming it's contraband -- in order to

7  remove that contraband without the receiver knowing

8  that the doors had been opened prior to them

9  receiving this load --

10 A.    Yes, sir.

11 Q.    -- without breaking the seal, someone would

12 have to have the ability to open the door without

13 braking a seal so that the receiver didn't know

14 that the load had been manipulated to hide this

15 contraband; correct?

16 A.    Obviously, sir.  Yes, sir.

17 Q.    And you are well familiar with the old adage

18 where there's a will, there's a way; correct?

19 A.    I've been told that, yes, sir.

20 Q.    And when someone has to eat a load, to use

21 your words --

22 A.    Yes, sir.

23 Q.    -- that would all depend on whether they

24 were going to be paid more than that load to begin

25 with; correct?

A.    I guess.

Q.    If in fact they had to eat the load?

A.    Correct.

Q.    And although you've never tried to manipulate one, you can't tell this jury that someone doesn't know how to open a seal and put it back together to make it appear like it hadn't been opened, are you?

A.    I've -- it's been my experience from looking at them that it'd be pretty impossible to -- to put that seal back together without someone knowing it.

Q.    But you've never had a need or desire to do that, have you?

A.    No, sir.

Q.    And you're not telling the jury that someone else who had a need or desire to do that couldn't do it, are you?

A.    It's impossible for me to say that.

Q.    Right.  Just like you weren't aware that there was a way to open those doors until you saw that video; right?

A.    Well, there's -- you know, there's a way to open the doors that you showed on that video.  I would agree with that.

Q.    All right.  But before that -- before you

saw that video, you -- you weren't aware of that

procedure at all, were you?

A.    I've never done that procedure, no.

Q.    You told Mr. Crawford that you weren't aware

of that procedure, didn't you?

A.    Yes, sir.

Q.    Okay.  Now, are you familiar with the term

"asset tracking"?

A.    Yes, sir.

Q.    All right.  And what is asset tracking?

A.    It's a mechanism that you would use to track

your equipment.

Q.    What sort of mechanism would you be familiar

with?

A.    Today they use GPS.

Q.    And a GPS device placed on an asset such as

a tractor trailer will tell the company such as

yours --

A.    Yes, sir.

Q.    -- where their assets have been located;

correct?

A.    Yes, sir.

Q.    All right.  By the way, in regard to the

loading procedure that was discussed, you discussed

1  a truck driver bringing his truck to a loading

2  dock.  Whether he participated in the loading or

3  not, the cargo be put on his truck?

4  A.     Yes, sir.

5  Q.     And then he or she would leave the facility;

6  correct?

7  A.     That's possible, yes, sir.

8  Q.     All right.

9  A.     They -- you know, drivers drop trailers all

10  the time and leave and come back and pick them up.

11  Q.     Do they ever leave them in a -- in a hotel

12  parking lot to have some stranger come pick up

13  their -- their tractor trailer and take it to a

14  facility and bring it back to the hotel parking lot

15  in your experience?

16  A.     Can you repeat -- repeat that question?

17  Q.     Well, how would you feel if one of your

18  drivers turned over there their to a stranger to go

19  pick up a load and bring it back to them?

20  A.     I'd be reasonably upset.

21  Q.     All right.  That's not a common practice in

22  the industry at all, is it?

23  A.     No, sir.

24  Q.     You expect your drivers to bring the truck

25  to the facility where they're picking up their

1  load; correct?

2  A.     Yes, sir.

3  Q.     And regardless of whether they go for a cup

4  of coffee and come back, that truck stays there,

5  and they're the only ones that are going to move

6  that truck; correct?

7  A.     Yes, sir.

8  Q.     A hundred percent accountability for the

9  vehicle that they're driving; correct?

10  A.     They're responsible for it, yes, sir.

11  Q.     Are you familiar with driver's logs?

12  A.     Yes, sir.

13  Q.     Why does a driver keep a daily log?

14  A.     Because it's the law.

15  Q.     And it's the law because there have to be

16  certain controls in regard to the hours a driver

17  spends in his truck as well as the destinations

18  that they have reached and are traveling to?

19  A.     Correct.

20  Q.     Accountability?

21  A.     Accountability, yes.

22  Q.     And in those driver's daily logs, drivers

23  are supposed to record such things as off duty

24  status, sleep time, driving time, which -- and on

25  duty time; correct?

A.     Yes, sir.

Q.     They're required to tell the authorities or their company through these forms where they are at any given time during that entire time of travel; correct?

A.     They're required o pretty much to tell you where they're at their entire life.  And when you're off duty at home, you have to fill a log out that says I'm off duty at home, and turn it in.

Q.     And when they fill out these logs, they're required to note the particular tractor and trailer that they're involved with at that point in time as well; correct?

A.     That's correct.

Q.     And if someone else took their tractor trailer, they're responsible for that; correct?

A.     Yes, sir.

Q.     All right.  Can you conceive a situation where this is going to occur, just leaving your tractor trailer somewhere and coming back for it in a couple days and -- and not knowing if someone used it while you were gone?

A.     Absolutely.  Guys park tractor trailers at Walmart for the entire weekend or the -- a week

1  or, you know, so for the holiday.  And they show

2  back up a week later, they don't know whether it's

3  been moved -- or, you know, how would you?  The

4  only people that would know would be somebody

5  that's tracking it.  You know, look around your

6  local K-Mart or Walmart.  There'll be nine trucks

7  parked in there through Christmas.  May have loads

8  on them, may have not.

9  Q.    Just leaves the keys, anybody wants to

10  borrow it can borrow it?

11  A.    No, you don't -- you don't need a key to --

12  to take a tractor trailer.

13  Q.    Mileage, gas levels, things like that,

14  people don't take note of that when they -- when

15  they're professional drivers?

16  A.    They would take note of the mileage, I would

17  think.  It could be -- you know, I -- I --

18  Q.    And if someone came back and saw that their

19  truck was thousands of miles off what it should --

20  what it was when they left it, they're going to

21  report that as a problem; correct?

22  A.    Well, you would think unless they're

23  scratching their head trying to figure out if they

24  wrote a digit down wrong.

25        MR. PRESTON:  May I have Government's

1    Exhibit 24, please.

2    BY MR. PRESTON:

3    Q.    In Government's Exhibit No. 24 we see Truck

4    No. 2024 and Trailer No. 1238 with the names

5    Hardaway Volcy and J. Evens B.; correct?

6    A.    Yes, sir.

7    Q.    All right.  The driver signature being

8    Hardaway Volcy; correct?

9    A.    Yes, sir.

10   Q.    All right.  Now, according to the first page

11   of this exhibit Mr. Volcy is reporting to be --

12   let's start at 9:00 a.m. -- in a sleeper berth

13   until 10:00 p.m. when he indicates that he's in

14   Riverside, California; correct?

15   A.    Yes, sir.

16   Q.    And then he goes off duty at 10:00 p.m.;

17   correct?

18   A.    Yes, sir.

19   Q.    If we go to the next page of that exhibit,

20   Mr. Volcy is telling whoever looks at this document

21   that he's in Riverside, California, for the next

22   24 hours; correct?

23   A.    That's correct.

24   Q.    Not Phoenix, Arizona.  Riverside,

25   California; correct?

1    A.    Yes, sir.

2    Q.    And if we go to the next page, April 20th of

3    2008, Mr. Volcy is telling whoever looks at this

4    document that he is off duty in Riverside,

5    California, for the next 24 hours?

6    A.    Yes, sir.

7    Q.    If we go to the next page, Mr. Volcy remains

8    off duty according to what he's telling whoever

9    might be reviewing his driver's daily log, that

10    he's in Riverside, California, off duty until

11    approximately 2:30 p.m. when he assumes sleeper

12    berth mode; correct?

13    A.    Yes, sir.

14    Q.    Not Phoenix, Arizona; correct?

15    A.    No, sir.

16          MR. PRESTON:  Could I have Exhibit 25,

17    please.

18    BY MR. PRESTON:

19    Q.    In Government's Exhibit No. 25 we see the

20    same tractor and trailer numbers; correct?

21    A.    Yes, sir.

22    Q.    The driver's logs as reported in this

23    exhibit are for driver J. Evens B.; correct?

24    A.    Yes, sir.

25    Q.    The first page of this exhibit reveals that

1    Mr. Evens Baptiste or Evens B. here is driving to

2    Riverside, California, arriving approximately 10

3    o'clock p.m., where he goes off duty; correct?

4    A.    Yes, sir.

5    Q.    On the next page for April 19th of 2008, a

6    24-hour off duty period is reported on the driver's

7    log with the additional notation of off duty for

8    the date April 20th of 2008; correct?

9    A.    Yes, sir.

10   Q.    All right.  Not Phoenix, Arizona, or

11   anywhere near there; correct?

12   A.    No, sir.

13   Q.    And then if we go to April 21st for the

14   driver's daily log, the off duty status from the

15   previous 48 hours reported -- 48 plus hours

16   reported concludes according to what Mr. J. Evens

17   B. would report to anyone who might see this that

18   he's leaving Riverside, California, at

19   approximately 2:00 p.m. --

20   A.    Yes.

21   Q.    -- in a -- in an on duty status, which

22   begins as a driving status at approximately 2:45

23   p.m.; correct?

24   A.    Yes, sir.

25   Q.    Nowhere on Government's Exhibits 24 or 25

does it indicate anything about Phoenix, Arizona;
correct?

A.     No, sir.

Q.     Mr. Crawford indicated something about the
government not taking a photograph.  He didn't show
you any photographs from the back of that door of
that tractor trailer; correct?

A.     No, sir, he didn't.

Q.     From what he did tell you, that was a
tractor trailer owned or returned to a company
called Cool Carriers; correct?

A.     Yes, sir.

Q.     And you have no reason to believe that Cool
Carriers doesn't still have that same tractor
trailer, do you?

A.     No, sir, I sure don't.

          MR. PRESTON:  Thank you, Your Honor.
          Thank you, sir.

          THE COURT:  Redirect.

          MR. CRAWFORD:  If I can have just a
moment, Your Honor.

                REDIRECT EXAMINATION

BY MR. CRAWFORD:

Q.     Mr. Price, government counsel asked if you
are aware of certain things about Countryside

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

Bakery.

A.     Yes, sir.

Q.     You don't know anything about them, do you?

A.     No, sir.

Q.     And I didn't tell you anything about them, did I?

A.     No, sir.

Q.     Okay.  But he seemed to indicate in his questioning that they --

THE COURT:  Counsel, let's not reflect on what counsel indicated or seemed to indicate.

MR. CRAWFORD:  All right.

BY MR. CRAWFORD:

Q.     Then hypothetically assume that the particular company where you're going to pick a load up is a multi million dollar company.  It moves multi million dollars every year of their product, and they have three loading docks.  And they have a supervisor on these docks.

Is that the type of facility that is probably not going to let the driver get up and help load or unload the product?

A.     Sir, I can't testify as to what they'll allow them to do.  They're people.

Q.     So it varies?

1    A.    It varies.

2    Q.    Okay.

3    A.    It depends on their specific rules and

4    regulations and how their boss man feels about a

5    truck driver being -- walking around his dock.

6    Q.    Fair enough?

7    A.    You know, me as an owner, I don't want a

8    bunch of truck drivers walking around my dock.

9    But that's not to say that they're different.  I

10   couldn't tell you.

11   Q.    Fair enough.

12        MR. CRAWFORD:  Thank you for your help.

13   We appreciate it.

14        THE COURT:  Thank you, Mr. Price.  You

15   are excused from further attendance.

16        MR. CRAWFORD:  Judge, if we could

17   approach for just a moment?

18        THE COURT:  Come to sidebar.

19        (AT WHICH TIME THE FOLLOWING SIDEBAR

20   DISCUSSION WAS HELD:)

21        MR. CRAWFORD:  All right.  That's the

22   only witness that we're going to call other than

23   our clients.  Our clients are going to be on the

24   stand for awhile.  Should I go ahead and keep

25   going, or do you want to break for the day?

 1            THE COURT:  No, no.  We're going.  We've

 2    got to finish this trial.

 3            MR. CRAWFORD:  Okay.

 4            THE COURT:  All right.

 5            MR. CRAWFORD:  You ready to go?  Okay.

 6            (AT WHICH TIME THE SIDEBAR DISCUSSION

 7    WAS CONCLUDED AND THE PROCEEDING RESUMED AS

 8    FOLLOWS:)

 9            THE COURT:  Your next witness,

10    Mr. Crawford.

11            MR. CRAWFORD:  Judge, Mr. Chalela is

12    going to go next.

13            THE COURT:  All right.  Mr. Chalela.

14            MR. CHALELA:  Your Honor, we call Jean

15    Baptiste.

16            COURTROOM DEPUTY CLERK:  Sir, if you'll

17    raise your right hand.

18            Do you solemnly swear or affirm that the

19    testimony you shall give in this cause will be the

20    truth, the whole truth, and nothing but the truth,

21    so help you God?

22            THE WITNESS:  I do.

23            **JEAN EVENS BAPTISTE,**

24    a witness, having been duly sworn to tell the

25    truth, the whole truth and nothing but the truth,

was examined and testified through an interpreter
as follows:

COURTROOM DEPUTY CLERK:  Please be
seated in the witness stand.

Sir, if you'll state your name and spell
your last name for the record.

THE WITNESS:  My name is Jean Evens
Baptiste.  Baptiste is B-A-P-T-I-S-T-E.

THE COURT:  You may inquire.

DIRECT EXAMINATION

BY MR. CHALELA:

Q.    Mr. Baptiste, what year was the trailer that
was -- we've been talking about, when was -- what
year is that trailer from?

A.    '06.

Q.    And do you know the -- the truck?

A.    Yes.

Q.    And what year is the truck from?

A.    '07.

Q.    Okay.  Did you own that truck and trailer?

A.    No, sir.

MR. CHALELA:  Your Honor, if I could
have the interpreter since --

THE INTERPRETER:  No.

BY MR. CHALELA:

```
1    Q.    You understand a decent amount of English?

2    A.    A little.

3    Q.    But for these legal proceedings we have the

4    interpreter.  So, if you will, we have a procedure

5    where I ask the question.  You have to wait for the

6    interpreter to interpret it.  Okay?

7    A.    Yes.

8    Q.    And then when you give your answer to the

9    interpreter, the interpreter will give your answer

10   to the jury and to me.  Okay?

11   A.    Yes.

12   Q.    Have you driven for Cool Carriers before

13   this trip?

14   A.    Yes.

15   Q.    And where did you -- where are they located

16   at, in Florida?

17   A.    In Florida.

18   Q.    And tell the jury how you began this trip.

19   What was your first assignment?

20   A.    I took a load from Miami, and I had ten

21   stops.  And I went up to New Jersey, and drove to

22   finish in Kansas.

23   Q.    When did Mr. Volcy enter into the operation

24   on that trip?

25   A.    Because he always helps me.  I went to pick
```

1    him up.  It was a long trip, and I had to go pick

2    him up.  It was ten stops.  And I went to pick him

3    up to come and help me on this long haul.

4    Q.    You've seen the driver logs chosen by the

5    government and put into the evidence; correct?

6    A.    Yes.

7    Q.    And during this entire trip did you fill out

8    logs for the entire trip?

9    A.    Yes.

10    Q.    What the government has introduced in this

11    trial, are those just parts of the driver logs that

12    you filled out in this trip?

13    A.    Yes.

14    Q.    You said that you had ten specific loads

15    that you left Florida with?

16    A.    Ten stops.

17    Q.    Ten stops.  So explain to the jury, was your

18    first stop in New Jersey?

19    A.    No, it wasn't in New Jersey.

20    Q.    Tell us where.

21    A.    I went by New Jersey.  My first stop was in

22    Georgia.  I went there and went to Kansas.

23    Q.    So first you went to New Jersey, then to

24    Georgia?

25    A.    They're close by.

1    Q.    So the answer to my question:  You went to

2    New Jersey first, and then to Georgia?

3    A.    Yes.

4    Q.    Okay.  And what did you do in Georgia?

5    A.    That was my first stop.  That's where I was.

6    Q.    Okay.  And did you pick up a load there?

7    A.    No, because I have nine more.

8    Q.    Okay.  Nine more stops?

9    A.    Yes.

10   Q.    Okay.  Did you have any -- did anyone unload

11   things from your truck in Georgia?

12   A.    No.  I was the one who unloaded in Georgia.

13   Q.    You were the one that unloaded in Georgia?

14   A.    Yes.

15   Q.    And what did you unload in Georgia?

16   A.    Plants.

17   Q.    Okay.  Plants.  Mr. Volcy I assume was with

18   you at this time?

19   A.    Yes.

20   Q.    Now, the government has introduced some

21   driver logs, and you -- you've had the privilege of

22   being able to see those logs introduced by the

23   government; correct?

24   A.    Yes.

25   Q.    And some of the logs on the same moment of

1  the same day show you as the -- you, the person

2  that is the main driver filling out the paperwork;

3  correct?

4  A.    I filled in my portion.

5  Q.    I understand.  And other driver logs would

6  have Mr. Volcy as the main driver; correct?

7  A.    Yes.  When he drives, he's the one.

8  Q.    If we look at both of your logs on the same

9  day and the same day, will one of you possibly be

10  driving while the other one's sleeping?

11  A.    Yes.

12  Q.    Okay.  So the truck's on the road at times

13  moving, but one of the gentlemen are actually

14  resting and sleeping in the cab; is that right?

15  A.    Yes.

16  Q.    Okay.  Where did you go after Georgia?

17  A.    I have Missouri.

18  Q.    Did you have a stop in Missouri?

19  A.    Yes.

20  Q.    And what did you stop in Missouri, to unload

21  or to load?

22  A.    To unload.

23  Q.    And what did you unload in Missouri?

24  A.    Still plants.

25  Q.    Okay.  When was your next stop -- or, excuse

1   me, where?

2           THE INTERPRETER:  One more time for

3   the --

4   BY MR. CHALELA:

5   Q.    Where was your next stop?

6   A.    Kansas.

7   Q.    Did you unload or load in Kansas?

8   A.    Unload in Kansas.

9   Q.    And what did you unload in Kansas?

10  A.    Plants.

11  Q.    Plants again.  Okay.  After Kansas where did

12  the two of you go to stop next?

13  A.    In some other location in Kansas.

14  Q.    Okay.  So there's a second stop in Kansas

15  area?

16  A.    Yeah, I finished unloading in Kansas and

17  picked up another load in Kansas.

18  Q.    Okay.  So the second stop in Kansas is

19  actually to pick up a load?

20  A.    This was the tenth one.

21  Q.    And what did you pick up in Kansas?

22  A.    Chicken.

23  Q.    Okay.  And do you remember the company

24  that -- of the chicken maker that -- that you

25  loaded upon the truck there?

1   A.      The Tyson.

2   Q.      Tyson.  After picking up the chicken at the

3   last stop in Kansas, where did you go to next?

4   A.      I went in California.  That's where it was,

5   in California.

6   Q.      And do you remember the main city that you

7   first stopped at in California?

8   A.      Riverside.  That's where I was heading.

9   Q.      Okay.

10          THE COURT:  Where -- excuse me.  Where

11  was that?

12          THE INTERPRETER:  Riverside, Your Honor.

13          THE COURT:  Okay.

14  BY MR. CHALELA:

15  Q.      In Riverside, California, did you unload the

16  chicken from Tyson Foods?

17  A.      That's where I landed, in Riverside.

18  Q.      Okay.  Did Tyson Foods -- who -- who

19  received the Tyson chicken in Riverside?

20  A.      It's a company that received it in

21  Riverside, California.

22  Q.      Did they have workers unloading the chicken

23  or did you have to unload the chicken?

24  A.      They unloaded it.

25  Q.      Okay.  After Riverside, where was your next

1   stop?

2   A.     That was my last stop in Riverside.  And

3   they called me to go pick up another load

4   somewhere else.

5   Q.     Okay.  So the last stop was to unload Tyson

6   chicken in Riverside, California.  And at that

7   point you got dispatched or called for another

8   assignment?

9   A.     I called my dispatcher, and he sent me to

10  get another load.

11  Q.     Okay.  Was that in Irvine, California?

12  A.     I went to pick it up at Irvine, California.

13  Q.     The Countryside Bakery about which we've

14  heard?

15  A.     Yes.

16  Q.     Okay.  And who loaded the truck in Irvine,

17  California, at Countryside Bakery?

18  A.     They did.

19          MR. CHALELA:  I couldn't understand the

20  answer.

21          THE INTERPRETER:  They did.

22  BY MR. CHALELA:

23  Q.     Workers at Countryside Bakery loaded your

24  load?

25  A.     Yes.

1   Q.    The flowers that you had transported earlier

2   in the trip, did those require some refrigeration?

3   A.    Yes.

4   Q.    And obviously, the chicken I would imagine

5   was required to be at a low temperature as well?

6   A.    Minus ten.

7   Q.    Minus ten?

8   A.    Yes, sir.

9   Q.    All right.  So you and Mr. Volcy leave

10  Countryside Bakery in Irvine, California, and where

11  do you go next?

12  A.    The load that we were carrying was when --

13  in Tampa.

14  Q.    In Tampa area?

15        THE INTERPRETER:  Interpreter has a

16  question about distinction between Tampa and below

17  Tampa.  Okay.

18        THE WITNESS:  It was south to Tampa,

19  Florida.

20  BY MR. CHALELA

21  Q.    South to Tampa or south of Tampa?

22  A.    South of Tampa.

23  Q.    South of Tampa.  Okay.

24        Now, you've heard testimony in this case

25  about -- and you saw the video of opening doors to

```
1    avoid -- some sorts of doors can be opened
2    apparently without breaking the seal.  You saw
3    that; correct?
4    A.    Yes.
5    Q.    Okay.  Had you known that that was possible
6    before this trial?
7    A.    No.
8    Q.    Before seeing the video for the first time,
9    did you ever even know that that was possible?
10   A.    No.
11   Q.    So while we were in trial on Monday,
12   Tuesday, and Wednesday of this week, I guess you
13   still didn't know that -- did you know that that
14   was possible?
15   A.    No, I have never had this experience.
16   Q.    Are you telling this jury that your
17   understanding was that going into -- opening the
18   doors of a trailer without breaking the seal was
19   not possible?
20   A.    It's impossible.
21   Q.    How long have you been a long haul trucker?
22   A.    I started driving trucks in '97.
23   Q.    All right.  Did you have one area you were
24   to deliver goods at in Florida or two?
25              THE INTERPRETER:  Can I have the
```

1    question again?

2          MR. CHALELA: All right. I'll strike

3    the question.

4    BY MR. CHALELA:

5    Q.    On your way to Florida do you arrive to

6    Florida before the time to deliver your frozen

7    dough?

8    A.    Yes.

9    Q.    Before arriving to the Tampa Bay area, had

10    you heard that Tampa is known for strip clubs?

11    A.    No.

12    Q.    Did you -- did there come a time where you

13    learned about a strip club named Oz?

14    A.    Yes.

15    Q.    Tell the jury when you first heard about

16    this Oz or Oz strip club.

17    A.    The first time I heard about it was at Exit

18    2. I had stopped to eat, and we were talking.

19    And I spoke with somebody who gave me a phone

20    number and said he would call to find the club.

21    Q.    Somebody gave you a phone number to

22    specifically know how to find the Club Oz?

23    A.    Yeah. There were a bunch of us drivers

24    sitting down and eating, and we were talking about

25    this. And I told them that I -- it's been a long

1    time.  I need to go to a club.  And he gave me the

2    number.

3    Q.    Did you -- do you remember what day of the

4    week you were supposed to deliver this frozen

5    dough?

6    A.    I was supposed to deliver it on Friday.

7    They change it to Saturday.

8    Q.    They changed it to Saturday?

9    A.    The dispatcher change it because it had to

10   be appointed -- an appointment.

11   Q.    It has to be appointment when you show up to

12   a warehouse to unload a trailer?

13   A.    Yes.

14   Q.    Okay.  So when do you get to Tampa Bay?

15   A.    I arrive in Tampa Bay on Thursday afternoon.

16   Q.    Is that Thursday, April 24th, when you end

17   up getting put in the back of a police car?

18   A.    Yes.

19   Q.    Okay.  Did you come into Tampa Bay going

20   southbound on I-75?

21   A.    Yes, I was coming down 75.  I came down 75.

22   Q.    Okay.  What was the purpose of crossing

23   Tampa Bay on the Howard Franklin?

24   A.    The reason I went there is because I went

25   down through 275.  They told me that's the road I

have to use to get to the club.

Q.    The -- the person who answered the phone at the number you were supposed to call for directions?

A.    Yes.  Somebody answered.

Q.    And who actually made the call to this person to get directions to Club Oz?

A.    The person who was driving with me.  Because I was driving, so I gave it to Volcy to get the directions.

Q.    So you were actually driving the -- the 18-wheeler?

A.    Yes.

Q.    And you gave the phone to Mr. Volcy to call to get directions?

A.    Yes.

Q.    I'm trying to remember what Government's Exhibit is, the first call from the informant at 5 o'clock.

        MR. PRESTON:  12A.

        MR. CHALELA:  Oh, may I please see 12A, Your Honor?

        THE COURT:  Pardon?

        MR. CHALELA:  May I please approach to get Exhibit 12A?

1            THE COURT:  Yes, you may.

2            MR. CHALELA:  For the record we're going

3    to be looking at right now the Exhibit 12A.  It

4    will be on your screen.

5            (PLAYING AUDIO, EXHIBIT 12A.)

6    BY MR. CHALELA:

7    Q.    Okay.  What we've just heard is a phone call

8    that's coming in -- I'm sorry.  What we've just

9    heard is a phone call that's coming into the cab of

10    the truck that you're driving, and apparently

11    Mr. Volcy answering the phone hello.

12    A.    Volcy called.  I don't know if he didn't

13    pick up.  And Volcy called back.

14    Q.    Okay.  So --

15    A.    If he called back.

16    Q.    If you can remember, is it your

17    understanding in your memory that --

18            MR. PRESTON:  Objection; leading.

19            THE COURT:  Overruled.  Proceed.

20    BY MR. CHALELA:

21    Q.    Is it your understanding that you had Volcy

22    call this number, or that the number called you for

23    the first attempted communication between you?

24    A.    Well, Volcy called and he didn't pick up,

25    and so he called us back.

Q.     Okay.  Did you have a chance to follow along
and listen to that first phone call that the
government has put in as a recording?

A.     Yes.

Q.     Okay.  Is the word "warehouse" anywhere in
here?

A.     No, it's not there.  That's what -- that's
not what I was looking for.

Q.     Okay.

          MR. CHALELA:  May I place this back on
the table, Your Honor?

          THE COURT:  Yes.

BY MR. CHALELA:

Q.     All right.  Before April 24th, Thursday, had
you ever been in this area of Belcher Road and
Ulmerton and 66th Street or U.S. 19 or anything
like that before?

A.     No.

Q.     You've never specifically been in that area
of Pinellas County before?

A.     No.

Q.     Had you ever been to Club Oz before?

A.     No.

Q.     Okay.  Was it explained to you that U.S. 19
would be an overpass at some point in your route?

A.    No.

Q.    What was traffic like -- excuse me.  What
was traffic like at 5:00, 5:30 in the afternoon at
that time?

A.    It was very busy.

Q.    Okay.  Do you remember getting to the
point -- and you've seen the photos introduced by
Mr. Crawford.  Do you remember the point of being
on Ulmerton Road and trying to figure out where
to -- where you were supposed to go?

A.    Yes.

Q.    And I think at that point you were being
told by this person on the other line through your
co-driver, Mr. Volcy, who is listening, that you
were supposed to go down to a Belcher Road?

A.    To go in that direction, yes.

Q.    Okay.  In that direction.

      Now, at some point when U.S. 19 is going
over your head, did you see that you were about to
pass by a sign with a big O-Z on it?

A.    I was looking for that.  I didn't see it.

Q.    Okay.  At some point do you realize that
you've passed the area where O-Z is -- or Oz?

A.    Yes.

Q.    And at what point is that?

A.     Because it was more than two miles.  As long
as I pass two miles in the truck, I knew that I
had passed it.

Q.     Okay.  And do you remember there being any
construction of the Ulmerton Road at that time of
year last year, Thursday, the 24th?

A.     Yes.

Q.     Okay.  Now, did you -- you've got your --
what is it -- a CDL they call that, a commercial
driver's license?

A.     Yes.

Q.     And when did you earn that?

A.     I went to school for it.

Q.     So you had to be taught -- did you have to
be taught on how to drive a big 18-wheeler?  That
was part of the training to get a CDL?

A.     Yes.

Q.     When you -- do you remember what it was like
to first learn how to drive an 18-wheeler?

A.     Yes.

Q.     And when you first learned how to drive, was
it in an empty parking lot?

A.     Yes.

Q.     And eventually I suppose -- did you
eventually be taken out in traffic?

A.     Yeah, after when I was able to.

Q.     Was it quite an accomplishment to be able to get a CDL?

A.     Oh, yes.

Q.     Now, given the traffic on that day and the construction about which you have spoken, explain to the jury how difficult it is for you driving to have to make a left-hand turn and make a U-turn.

A.     When you pass a point where there's traffic and having overshot your location, you cannot turn immediately when you are driving an 18-wheeler, and you have to find the right position to turn around.

Q.     Now, are you familiar with signs on the back of semi trailers that say caution, wide turn?

A.     Yes.

Q.     And is that because to turn left as a driver you have to first get into the right side of the lanes to be able to coordinate that turn?

A.     Yes, because I have 53 feet behind me.

Q.     I don't -- I'll just ask it open-endedly. Can you make a U-turn like you can in a car at that point on Ulmerton, or do you have to first turn left and double back?

A.     You cannot turn like a car.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    Q.    You cannot -- are you telling this jury that

2    you could not make a U-turn like a sedan might be

3    able to?

4    A.    No, you cannot.

5    Q.    So first you would have -- did you first

6    have to make a left-hand turn and head south, and

7    then eventually make another left-hand turn to then

8    head east, and then make another left-hand turn to

9    go back?

10            THE COURT:  Why don't you just ask him

11   what he did.

12   BY MR. CHALELA:

13   Q.    What did you -- well, what -- what did you

14   intend to do when you got to Belcher?

15   A.    At the first intersection that I found, I

16   turned left to see if I could turn again to come

17   back.

18   Q.    Okay.  At some point did you notice that a

19   police officer had his or her lights on you to

20   stop?

21   A.    No.  When I turned, I didn't have the police

22   behind me.

23   Q.    Okay.  At some point after turning left on

24   Belcher, did you notice police lights telling you

25   to stop?

1   A.      Yes.

2   Q.      And did you find a spot to pull over?

3   A.      No, I couldn't find a place to stop.  There

4   were cars going by, so I had to move along to find

5   a place to stop.

6   Q.      Okay.  So after moving along to find a place

7   to stop, did you come to a stop?

8   A.      Yes.

9   Q.      What did you do after stopping the truck?

10  A.      I stopped.

11  Q.      And then?

12  A.      The police asked me to get out of the car

13  and come to him.

14  Q.      You -- you're telling us that the police

15  officer told you to get down off the car [sic] and

16  come to him?

17  A.      Yes.

18  Q.      Okay.  And did you get down off the cab and

19  walk towards him?

20  A.      Yes, I went down and went to talk to him.

21  Q.      Was it the same officer as testified earlier

22  today?  Did you -- is that the same officer?

23  A.      Yes.

24  Q.      Okay.  What did -- what happened next?

25  A.      He said nothing.  He just asked me to give

```
1    him my license, and remove everything from my

2    pocket and put it on the car.

3    Q.    And did you do so?

4    A.    Yes.

5    Q.    And then what happened?

6    A.    I asked him why I was stopped.

7    Q.    And what did he say?

8    A.    He said, you need to say nothing.  He put my

9    handcuffs on and said sit down in the car.

10   Q.    He put handcuffs on you right away you're

11   saying?

12   A.    Yes.

13   Q.    And the handcuffs, were they in front of

14   your body or behind your body?

15   A.    Behind.

16   Q.    On your wrists?

17   A.    On my wrists behind my back.

18   Q.    And he put you in a car you say?

19   A.    Yes.

20   Q.    Was it a police car?

21   A.    A police car.

22   Q.    Okay.  And then what did you remember

23   happening?

24            THE INTERPRETER:  Interpreter asked what

25   he know, but I should have said what do you
```

1 recall.

2     THE WITNESS:  And after he put me in the

3 car, just say him on the phone.

4 BY MR. CHALELA:

5 Q.    And then what do you remember happening?

6 A.    Then I saw him open the head of the truck

7 and then went in.

8 Q.    Okay.  Did you see where Mr. Volcy was at

9 this point?

10 A.    Yes.

11 Q.    And tell us what you saw.

12 A.    As I was sitting in the police car, the only

13 thing I saw was Volcy's feet on the ground.  Then

14 the police went into the cabin and searched.  Then

15 he got off.

16 Q.    Who got off?

17 A.    The police.

18 Q.    What, came out of the cab?

19 A.    He went in, looked all around, and then got

20 off.

21 Q.    I didn't -- I did not understand where

22 Mr. Volcy was seen by you at this point exactly.

23 A.    As I was -- he didn't speak to us at the

24 same time.  As I was sitting in the back of the

25 police car, he went and talked to Volcy and asked

1　him to get out of the car.

2　　　And then I saw that he went and put the

3　handcuffs on Volcy as well and then brought him to

4　the car, sat us in different positions in the car.

5　In the meantime he stayed on the phone talking to

6　somebody.  I don't know.  He was talking to

7　someone on the phone.

8　Q.　So was Mr. Volcy handcuffed behind

9　Mr. Volcy's back as well?

10　A.　Yes, behind his back.

11　Q.　And was he sitting next to you in the patrol

12　car?

13　A.　Each of us on one side.

14　Q.　Okay.  And you're describing at this point

15　the trooper on the phone?

16　A.　Yes.

17　Q.　Is he outside of the car, the trooper?

18　A.　Yes, he's outside.

19　Q.　What is the next thing that you remember?

20　A.　It lasted about 45 minutes, and then after

21　that I saw another car that came over.  That came

22　with a dog.

23　Q.　With a dog?

24　A.　Yes.

25　Q.　And what happened -- how many people arrived

1  with the dog?

2  A.    One driver and a dog.

3  Q.    So just one -- one additional officer

4  arrived with that officer's dog?

5  A.    Yes.

6  Q.    Were you -- were you able to see the things

7  about which you're describing to us right now?

8  A.    Yes.  From where the police car was parked I

9  could see that.

10  Q.    Was the police car parked behind the truck?

11  A.    No, it was parked on its side.

12  Q.    On its side.  Okay.

13  A.    On the driver's side.

14  Q.    What did you remember happening with the

15  dog?  What did you see the dog do, if anything?

16  A.    First, I saw him get the dog into the cabin.

17  It went inside through the driver's side, and then

18  got off and went through the other side.  And then

19  got him back up on the truck, and then got off to

20  the driver's side.

21  Q.    At this point did you know why you were

22  stopped that day?

23  A.    Until that time I kept asking him.  I still

24  didn't know.

25  Q.    You kept asking him and what?

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

A.    I asked him why I was stopped.  He never

told me.

Q.    Okay.  Did you start to get worried when

they brought a dog?

A.    Yes, because I know as soon as you see these

types of dogs near a police, you know that they're

coming to verify these types of things in the car.

Q.    All right.  Did -- did you -- did you know

that there was all this marijuana in your trailer?

A.    No.

Q.    Did the officer come to you and -- did the

trooper come to you and tell you that there was a

dog, and that the dog had smelled some marijuana?

A.    No.

Q.    Okay.  At some point does the trooper tell

you that?

A.    He came to me and asked what do you have in

the truck.

Q.    Okay.  And what were the first things that

you told him?  What did you tell him?

A.    I said, sir, I don't know.  I'm the driver.

I don't know anything.

Q.    Okay.  Did you describe what you imagined

was in your truck?

A.    Yes, he asked me.

1          MR. CHALELA:  May I have one moment,

2    Your Honor?

3          THE COURT:  Yes, you may.

4          MR. CHALELA:  Thank you.

5          THE COURT:  Ladies and gentlemen, I'm

6    going to impose on your good nature and see if we

7    can't stay here till about 5:30 if necessary.

8          Let's proceed, gentlemen.

9          MR. CHALELA:  Could I get Exhibit 12 of

10   the government?

11         THE COURT:  Yes, you may.

12         (MR. RODRIGUEZ LEAVES THE COURTROOM.)

13   BY MR. CHALELA:

14   Q.   If we could go to --

15         THE COURT:  Hold on just a moment,

16   Mr. Chalela.

17         Mr. Bohlig, would you find Mr. Rodriguez,

18   please.

19         MR. CRAWFORD:  Judge, he asked if I

20   could cover him for just a moment, and I'd be

21   happy to.  That's what we were huddling about

22   right here.

23         THE COURT:  Is that agreeable with you,

24   Mr. Shorter?

25         DEFENDANT SHORTER:  Yes.

1           THE COURT:  Proceed.

2           MR. CHALELA:  Thank you, Your Honor.  If

3    I could see Page 3 of Government's 13A.

4    BY MR. CHALELA:

5    Q.    About halfway down the government has

6    prepared a transcript that says, "Baptiste:  Over

7    like over -- overpass I just passed, and I'm trying

8    to make a U-turn."

9           Do you remember saying that to the officer

10   when he asking you what you were doing?

11   A.    Yes.

12   Q.    Up above that on the same page, the first

13   time that we see your voice, it says, "No, no, no.

14   I said we -- we are going to Walmart, but I am

15   going to Roosevelt."

16          Were you talking about where your load was

17   supposed to be delivered?

18   A.    No.  I told him I was lost.  I was going to

19   Oz.

20   Q.    Okay.

21          MR. CHALELA:  On Page 2, please.

22   BY MR. CHALELA:

23   Q.    At the -- at the top there you say, "Bread."

24          And it an appears that Mr. Volcy before that

25   had said, "It's frozen bread."

1      Do you see that?

2   A.    Yes.

3   Q.    It's the same thing, bread?

4   A.    Yes.

5   Q.    Okay.  Was that the frozen bread dough that

6   you were hauling?  Is that what you're talking

7   about?

8   A.    Yes.

9          MR. CHALELA:  Now, if we could go to

10  Page 4, please.  Excuse me.  My -- my numbers are

11  different than the other ones.

12         Yes, Page 4.  At the very bottom we have

13  Volcy.  And the government's translation says,

14  "Yes, I smash the thing.  I smash it."

15  A.    Yes, I see it.

16  Q.    Okay.  Next to that -- to the left of that

17  is what was phonetically uttered by Volcy, and it

18  says -- can you read that Creole phrase to us, yuna

19  kraze bagay (attorney phonetically speaking

20  Creole)?

21  A.    Yuna kraze bagay (phonetic) (speaking

22  Creole.)

23  Q.    And then?

24  A.    Kraze.

25  Q.    Okay.  Are you familiar with this word,

1    "kraze"?

2    A.    Yes.

3    Q.    And can it mean knocking something down?

4          MR. PRESTON:  Objection, leading.

5          THE COURT:  Sustained.  Ask him what it

6    means.

7    BY MR. CHALELA:

8    Q.    Give us some -- are there various meanings

9    to this word?

10   A.    Yes.

11   Q.    And can you give us some of the various

12   meanings of this word?

13   A.    Kraze.  I might have something, it falls off

14   and it breaks.  It kraze.

15   Q.    Okay.  What else?  Any other meanings?

16   A.    Kraze.  I could just look at you and say I'm

17   going to kraze you.

18   Q.    Okay.

19         THE COURT:  What would that mean?  What

20   were you going to do to him if you kraze him?

21         THE WITNESS:  I'm going to kill you.

22         MR. CHALELA:  May we please go to Page

23   5.

24   BY MR. CHALELA:

25   Q.    On Page 5 of the 65-page transcript we have

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1  a second set of utterings by you, and it says --

2  the translation the government provides is, "There

3  is nothing in the truck anyway.  There is something

4  up front."

5        Now, I would like you to go to on the left

6  side there where it says Baptiste for the phonetic

7  of that phrase.  And can you read that maconin

8  pauge gen bagay  (attorney phonetically speaking

9  Creole).  Can you read that to us fully.

10          THE INTERPRETER:  Which line would be

11  that be, please?

12  BY MR. CHALELA:

13  Q.    It would be the fourth set of statements

14  there starting with maconin pauge gen bagay.

15  A.    (Speaking Creole.)

16  Q.    Go ahead and read the whole thing, please.

17  A.    (Speaking Creole.)

18  Q.    Okay.  Stop.  Stop right there.  What did

19  you mean to say when you said maconin pauge gen

20  bagay lan truck lan (attorney phonetically speaking

21  Creole) anyway?  What does that mean?

22  A.    There's nothing in the truck.

23  Q.    What did you mean there's nothing in the

24  truck anyway when you said it at that moment that

25  it was recorded?

A.     If it's whatever they might be looking for,
they're not going to find anything.

Q.     Okay.  Very good.  Okay.

        MR. CHALELA:  If we could go to Page 7,
please, at the fourth statement made down the
page.

BY MR. CHALELA:

Q.     "I told him that -- that since it was
early."  Okay.  Here we have the government
interpreting your statement as follows:  "I told
him that -- that since it was early, that we were
looking for Club Oz, the club name is Oz."

        Do you remember making a statement like that
to Mr. Volcy?

A.     Yes, I did say that.

Q.     What did you mean it was early?  What -- you
were early for what?

A.     The time we were supposed to deliver the
load wasn't up -- wasn't up yet.  We had time to
go and have fun and rest.

        MR. CHALELA:  If we could go to -- oh,
let's go to this without the transcript for now.

BY MR. CHALELA:

Q.     What degrees you -- did you understand you'd
have had to have that dough at?

1  A.     Minus ten.

2  Q.     Now, do you ever remember on this trip there

3  being a problem keeping it at negative ten?

4  A.     No.

5        MR. CHALELA:  If we could go to the top

6  of Page -- this is where my copy starts to

7  become -- okay.  Very good.

8        On the Government's exhibit the bottom

9  of Page 9, please.  On the bottom of Page 9 may I

10  please have -- okay.

11  BY MR. CHALELA:

12  Q.     In the middle of Page 9 there is a notation

13  that a door is opened.  Do you see that?

14  A.     Yes.

15  Q.     And then we see where Leo, 495, says, "Hey,

16  guy, are you with me?"

17  A.     Yes.

18  Q.     And then you say, "Yeah."

19        Do you remember something like that?

20  A.     I don't quite -- I'm not following you.

21  Q.     Okay.  On the transcript do you see where it

22  says, "Hey, guy," and then you say, "Yeah"?

23  A.     Yes.

24  Q.     Okay.  Very good.  Now, Mr. Volcy says,

25  "Yeah, sir."

1          Okay?  All right.  Now --

2     A.    Yes.

3     Q.    -- this law enforcement officer, Leo 495,

4     says, "This smoke marijuana."

5          Do you see that?

6     A.    Yes.

7     Q.    Okay.  And your co-driver, Volcy, says,

8     "Smoke?"

9     A.    I see it.

10    Q.    And then you follow with, "Smoke?"

11    A.    Yes, I see it.

12    Q.    And then so now the Leo asks again, "Anybody

13    smoke, huh?"

14    A.    No.

15    Q.    And tell the jury what you said to that

16    question.

17    A.    I said, no.

18    Q.    And tell the jury what your co-driver said

19    to that question.

20    A.    No.

21    Q.    Now, before that we've already reviewed

22    where you've spoken to Volcy and said there's

23    nothing in the truck anyway; right?

24    A.    Yes.

25    Q.    Okay.  Now, going back to the bottom of Page

1    9 after, anybody smoke, anybody smoke, and you both

2    say no, the officer says, "No.  A little bit of

3    marijuana inside the floorboard of your car over

4    there on your side.  Why did you take your cell

5    phone apart?"

6         And tell the jury what you say to this

7    statement by the police officer that they found

8    marijuana in the car.  What do you say?

9    A.    I said that we don't smoke.

10   Q.    Okay.  And on the transcript that the

11   government has provided, they -- they have chosen

12   to put a question mark there:  Marijuana?

13        Do you see that?  At the top of Page 10, I'm

14   sorry.  At the top of Page 10 the government has

15   chosen to put a question mark by your voice saying,

16   "Marijuana?"

17   A.    I see it.

18   Q.    Now, apparently you don't -- do you speak

19   Spanish?

20   A.    No.

21   Q.    And you're from Haiti; right?

22   A.    Yes.

23   Q.    Apparently the law enforcement officer

24   thinks that you're Hispanic because he says, "Si,

25   marijuana."

1       Okay?  Do you see that there in the
2  transcript?
3  A.     I see it.
4  Q.     Now, as to the issue of your co-driver,
5  Mr. Volcy, we saw how the officer tells you he
6  found marijuana, and he followed it up with
7  something about a phone to Mr. Volcy.
8       Here at this point do you -- do you see here
9  where it says, "Volcy:  This phone no work, sir."
10 Okay?  "I got my other one in the car."
11 A.     Yes.
12 Q.     "I was trying to fix that phone."
13      Do you see that?
14 A.     Yes.
15 Q.     Now, this, if you look to the left of that,
16 is in English because your co-driver is speaking to
17 an English speaking officer.
18 A.     I see it.
19 Q.     Does -- can kraze mean something that's
20 broken?
21 A.     Kraze can mean a whole number of things.
22 Q.     Okay.  Very good.
23      Now, a little further down Volcy says,
24 "Yeah, this phone no work."
25      Do you see that?

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1  A.    Yes.

2  Q.    Okay.  And again it's spoken in English

3  because he's speaking to an English officer?

4  A.    Yes.

5  Q.    Can kraze mean something that does not work?

6        MR. PRESTON:  Objection.  Objection,

7  leading.

8        THE COURT:  Rephrase your questions,

9  Counsel, so that you're asking for information and

10 not providing it.

11        MR. CHALELA:  Thank you, Your Honor.

12 BY MR. CHALELA:

13 Q.    Okay.  At the bottom of Page 10 the Leo, the

14 law enforcement officer, says, "Are [sic] you guys

15 never been arrested for anything?"

16        Do you see that?

17 A.    Yes.

18 Q.    And then Mr. Volcy says, "No."

19 A.    Yes.

20 Q.    And you say, "No, pal."

21 A.    Yes.

22 Q.    Then at some point Mr. Volcy says, "He find

23 marijuana?"  And the government has chosen to put a

24 question mark there.

25        Do you remember Mr. Volcy asking you about

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1   this marijuana that the police officer says he
2   found?
3   A.      No.
4   Q.      Do you remember at some point being worried
5   that the officer has told you they found marijuana
6   with that dog?
7            THE INTERPRETER:  Could you repeat the
8   question, please.
9   BY MR. CHALELA:
10  Q.      You're in the back of a police car; right?
11  A.      Yes.
12  Q.      You're handcuffed behind your back?
13  A.      Yes.
14  Q.      You've already said on the transcript that
15  there's nothing in the truck anyway, right?
16  A.      Yes.
17  Q.      You've explained to us that meant that you
18  understood there to be nothing to worry about.
19           THE COURT:  Counsel, what is your
20  question?
21           THE WITNESS:  Yes.
22  BY MR. CHALELA:
23  Q.      At some point do you become concerned that
24  the officer has told you that the dog has found
25  some marijuana?

A.      I wasn't worried.  I was startled when he

said that.

Q.      What were you?

A.      I was startled when he said that.

Q.      Startled.  Okay.

        MR. CHALELA:  If we could go down to the

top of the middle of Page 13.

BY MR. CHALELA:

Q.      The government says that you said the

following in Creole to your co-driver, Volcy:

"Where did they find that marijuana?  That's not

yours?"

        And Mr. Volcy, the government says, "No.

No.  No, man.  All that, it's not even worth" --

        Do you remember asking Mr. Volcy whether any

marijuana was his?

A.      I asked him -- the police had stated that

there was -- that there was marijuana in there.

Q.      Okay.  Very good.

        THE COURT:  Counsel, do not comment on

the testimony after it is given.

        MR. CHALELA:  Yes, Your Honor.  Sorry.

        THE COURT:  All right.

BY MR. CHALELA:

Q.      Now, after Volcy says to you, "No.  No.  No,

man, all that it's not even worth a -- not even

30," you say, according to the government, in

Creole, "So he didn't take them.  He is just

lying."

     According to the government, you said, "So

he didn't take them.  He's just lying?"

     What did you mean by he is lying?

A.    That the police was lying because I knew

there was nothing in the truck.

Q.    Now, about this business about the

temperature being a negative ten, at no -- at any

time did you have problems with that negative ten

temperature?

A.    No.

Q.    And right after this last area of the

transcript we see that you say, according to the

government, in Creole, "It's running fine right

now."

A.    Yes.

Q.    What were you talking about running fine

right now?

A.    The temperature.

Q.    Now, Mr. Volcy according to the government,

says, "You see that guy is already crazy."

     What guy did you understand him to be

1   talking about that was crazy?

2   A.    Based upon the actions of the police, his

3   movements, I was asking him questions.  He said to

4   me, don't even talk to this guy.  He's already --

5   he is angry with you already.

6   Q.    And Mr. Baptiste, according to the

7   government, you say, "He is lying about the

8   marijuana.  The phone is broken."

9       What did you mean he is lying about the

10   marijuana?  Who did you say -- mean to say was

11   lying?

12   A.    The police officer because I knew there was

13   no marijuana in the cab -- in the car -- in the

14   cab.

15       MR. PRESTON:  Clarification.  That was

16   in the cab?

17       THE INTERPRETER:  Final answer from the

18   respondent was the cab.

19       MR. PRESTON:  Thank you.

20   BY MR. CHALELA:

21   Q.    Did you think there was marijuana anywhere

22   in the truck, cab, or the trailer?

23   A.    I drive in the cab.  I know what's in there.

24   What's in the back I have no idea.  I don't know.

25   I know there are frozen dough or bread.

Q.     Now, at the bottom of Page 14, the third
statement from the end you say, "It's working"
after Mr. Volcy talks about the freezer and things
like this.

What did you mean to say is working?

A.     The reefer.

Q.     The refrigerator?

A.     Yes, the refrigerator.

Q.     Now, going down a little bit farther --
excuse me -- at the top of Page 15, a door opens
and the law enforcement officer asks, according to
the government, "Who owns the truck?"

And we see the government says that you
said, "Me."

And then he asks, "You do?"

And then you explain that it's -- you're
actually leasing, but from a company.  Do you
remember saying that?

A.     No.

Q.     What do you mean by -- did you mean that you
own the truck personally?

A.     The truck's not mine.

Q.     Okay.  Were you leasing the truck?

A.     I drive for the company.

Q.     I understand.

1          THE COURT:  All right.  Mr. Chalela,

2     we're going to recess for the day.

3          MR. CHALELA:  Yes, Your Honor.

4          THE COURT:  We'll reconvene tomorrow

5     morning at 9 o'clock, ladies and gentlemen.

6     9 o'clock.

7          You may take the jury, Mr. Bohlig.

8          COURT SECURITY OFFICER:  Please rise for

9     the jury.

10      (THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)

11          THE COURT:  Mr. Rodriguez, you will

12     remain in the courtroom during the course of the

13     proceedings unless you have leave of the Court to

14     be absent.

15          MR. RODRIGUEZ:  I apologize, Your Honor.

16     I don't know what I had for lunch, but I needed to

17     be excused for a minute.  I apologize.

18          THE COURT:  All right.  We'll reconvene

19     tomorrow morning at 9 o'clock.

20          MR. CHALELA:  9 o'clock, Your Honor?

21          THE COURT:  9 o'clock.

22               (PROCEEDINGS ADJOURNED.)

23

24

25          I CERTIFY that the foregoing is a true

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1  and accurate transcription of my stenographic

2  notes.

3  Dated:  07/25/2009.

4

5                    ___s/ Sandra K. Lee_____
                        SANDRA K. LEE, RPR
6                        Official Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$1,300** [1] - 141:4
**$100,000** [1] - 147:18
**$18,000** [1] - 149:15
**$5,000** [2] - 152:20, 157:1
**$54,000** [1] - 142:11
**$80** [1] - 222:12

**'**

**'06** [1] - 245:14
**'07** [1] - 245:18
**'08** [1] - 91:6
**'69** [1] - 213:17
**'97** [1] - 254:21
**'things** [1] - 50:10
**'things'** [1] - 50:9

**0**

**0** [1] - 124:5
**0-85** [1] - 104:6, 105:7, 105:12
**0-87** [1] - 104:6, 105:12
**07/25/2009** [1] - 287:2
**08** [1] - 104:21

**1**

**1** [3] - 98:22, 99:4, 154:1
**1.1** [1] - 108:17
**10** [4] - 240:1, 278:12, 278:13, 280:12
**100** [1] - 1:23
**106** [2] - 38:18, 38:21
**10:00** [2] - 238:12, 238:15
**10th** [1] - 174:20
**11** [1] - 27:18
**111** [1] - 3:14
**111,880** [1] - 148:22
**112** [1] - 3:14
**112.1717** [2] - 127:4, 128:5
**118** [1] - 180:23
**11:15** [1] - 71:4
**11th** [3] - 105:20, 108:17, 109:22
**12** [1] - 270:8
**12,5** [1] - 226:20
**1210** [1] - 1:20

**123** [1] - 4:17
**1238** [10] - 121:16, 122:12, 126:23, 136:14, 136:17, 136:21, 136:25, 137:3, 137:4, 238:3
**127** [1] - 4:17
**12:00** [1] - 98:22
**12A** [5] - 257:19, 257:20, 257:24, 258:2, 258:4
**13** [6] - 4:16, 34:9, 35:14, 36:4, 36:8, 282:6
**131** [1] - 3:15
**135** [1] - 3:16
**137** [1] - 3:17
**138** [1] - 3:18
**13A** [7] - 4:16, 34:9, 35:16, 35:23, 36:4, 36:8, 271:2
**14** [3] - 31:1, 93:19, 284:25
**141** [1] - 3:19
**142** [1] - 3:20
**143** [1] - 3:21
**144** [1] - 3:21
**149** [1] - 3:22
**15** [4] - 4:15, 98:23, 129:14, 285:9
**150** [1] - 3:23
**1500** [1] - 117:18
**151** [1] - 3:24
**153** [1] - 4:18
**16** [2] - 30:23, 180:5
**160** [1] - 3:25
**165** [1] - 4:1
**168** [1] - 4:18
**173407** [1] - 1:23
**17th** [1] - 122:13
**18** [2] - 3:5, 4:15
**18-wheeler** [7] - 180:6, 180:11, 180:22, 257:11, 261:14, 261:18, 262:10
**184** [1] - 4:2
**185** [1] - 4:2
**18th** [3] - 127:7, 131:3, 140:3
**19** [7] - 13:6, 42:13, 80:23, 259:15, 259:23, 260:17
**1900s** [1] - 64:18
**1971** [1] - 174:20
**1986** [1] - 30:21
**1990** [1] - 174:21
**1992** [1] - 31:13
**1994** [1] - 174:23

**1996** [1] - 175:3
**19th** [1] - 240:4
**1:00** [1] - 99:3
**1:15** [4] - 96:23, 98:17, 99:3, 99:5

**2**

**2** [2] - 255:17, 271:20
**2,000** [2] - 117:9
**2,000-mile** [3] - 117:11, 117:15
**2.1** [2] - 100:3, 100:7
**2.2** [3] - 100:1, 100:6, 100:15
**20** [2] - 3:6, 42:14, 43:18, 48:10, 129:14, 205:13
**20-day** [1] - 121:22
**2001** [2] - 175:3, 175:8
**2006** [2] - 213:18, 213:24
**2007** [7] - 138:18, 140:2, 140:3, 141:25, 144:16, 144:20, 145:21
**2008** [15] - 19:14, 32:22, 122:13, 127:7, 127:8, 130:21, 131:3, 131:4, 139:21, 151:19, 176:3, 239:2, 240:4, 240:7
**2009** [1] - 1:6
**2024** [1] - 238:3
**20th** [5] - 127:7, 130:21, 131:4, 239:1, 240:7
**21-year** [1] - 222:11
**22** [2] - 116:14, 189:8
**22,000** [1] - 226:20
**220** [1] - 4:3
**23** [1] - 4:17, 122:21, 122:23, 123:6, 123:10, 127:1, 127:5, 128:22, 128:24, 130:18, 131:1
**24** [13] - 1:2, 19:14, 125:2, 135:24, 136:4, 136:5, 137:1, 237:25, 238:2, 238:21, 239:4, 240:24
**24-hour** [1] - 240:5
**241** [1] - 4:4
**244** [1] - 4:5
**245** [2] - 1:20, 4:6
**24th** [5] - 90:3, 91:6, 256:15, 259:13, 261:5
**25** [9] - 136:18,

137:3, 185:19, 186:8, 186:25, 201:23, 239:15, 239:18, 240:24
**259** [1] - 124:6
**26** [10] - 4:17, 126:18, 126:20, 127:14, 127:18, 127:21, 127:25, 129:25, 130:7
**26th** [1] - 122:13
**27** [4] - 92:5, 92:7, 92:20, 93:3
**270** [1] - 1:2
**275** [1] - 256:24
**28** [5] - 130:6, 146:14, 146:16, 146:17, 148:4
**29** [12] - 1:6, 3:7, 3:7, 4:18, 153:3, 153:13, 153:18, 168:1, 168:3, 168:13, 168:15, 169:12
**29s** [3] - 167:21, 167:22, 167:25
**2:00** [1] - 240:18
**2:30** [1] - 239:10
**2:45** [1] - 240:21
**2lst** [1] - 240:12

**3**

**3** [8] - 29:21, 30:2, 31:16, 32:7, 170:21, 171:4, 172:21, 271:2
**3,000** [1] - 118:1
**30** [1] - 43:23, 128:20, 193:6, 205:13, 205:14, 208:5, 216:12, 221:13, 283:1
**301-5699** [1] - 2:7
**30th** [2] - 138:18, 145:21
**3111** [1] - 1:23
**3200** [1] - 1:18
**33** [2] - 43:24, 63:5
**33.46** [2] - 127:3, 128:4
**33139** [1] - 1:21
**33602** [2] - 1:18, 2:6
**33606** [1] - 2:3
**33672-0407** [1] - 1:24
**35** [5] - 11:15, 13:16, 14:23, 189:9, 223:11
**3550** [5] - 131:24, 132:2, 132:8, 132:11, 133:22
**359** [1] - 124:6

**36** [10] - 4:16, 4:16, 83:8, 83:10, 83:17, 83:20, 83:22, 212:9, 212:14
**36)** [1] - 84:1
**37** [5] - 14:20, 15:9, 15:15, 15:17, 48:1
**38** [6] - 4:15, 15:21, 15:24, 18:11, 48:19, 201:21
**39** [3] - 48:3, 49:23, 51:10

**4**

**4** [6] - 39:22, 39:25, 75:3, 75:15, 272:9, 272:11
**40** [2] - 51:21, 51:22
**400** [1] - 1:17
**41** [1] - 52:19
**42** [3] - 51:23, 53:18
**44** [2] - 56:11, 56:13
**45** [1] - 267:19
**45,000** [2] - 197:1, 200:1
**46** [1] - 54:2
**47** [1] - 54:8
**48** [4] - 54:3, 55:13, 240:14
**495** [2] - 276:14, 277:2

**5**

**5** [7] - 39:25, 40:21, 127:24, 180:11, 257:17, 273:22, 273:24
**5-7** [1] - 18:7
**50** [3] - 18:6, 185:24, 196:25
**53** [1] - 262:19
**54** [2] - 56:14
**55** [2] - 56:12, 226:2
**57** [7] - 4:15, 18:4, 18:7, 18:8, 18:15, 18:18, 201:21
**58** [1] - 3:8
**5:00** [1] - 260:2
**5:30** [2] - 260:2, 270:6

**6**

**6** [6] - 3:3, 3:4, 41:11, 75:24, 130:6, 130:7
**6.5** [1] - 100:25

**60** [1] - 166:5
**610** [1] - 2:2
**65** [1] - 39:7
**65-page** [1] - 273:24
**66** [1] - 180:14
**66th** [2] - 13:11, 259:15
**67** [1] - 18:6

## 7

**7** [3] - 42:2, 130:9, 275:3
**7-11** [1] - 54:25
**70** [1] - 228:11
**702** [1] - 24:6
**75** [2] - 256:20
**77** [6] - 208:6, 208:14, 223:4, 225:20, 226:2, 226:7
**79** [1] - 228:10
**7C** [1] - 229:16

## 8

**80** [1] - 3:9
**801** [1] - 2:6
**813** [1] - 2:7
**82** [2] - 3:10, 3:11
**83** [1] - 4:16
**84** [1] - 3:12
**8:08** [1] - 1:2
**8:34** [1] - 125:4

## 9

**9** [10] - 80:22, 276:8, 276:11, 277:25, 286:4, 286:5, 286:18, 286:19, 286:20
**96** [1] - 3:13
**9:00** [1] - 238:11
**9:30** [1] - 1:6
**9:57** [1] - 124:22
**9:58** [7] - 124:23, 125:6, 127:7, 127:8, 130:21, 131:3, 131:4

## A

**a"** [2] - 106:16, 106:23
**A-D-A-M** [1] - 144:4
**a.m** [6] - 1:6, 124:22, 124:23, 127:8, 131:4, 238:11
**A5** [1] - 151:20

**ability** [3] - 82:25, 124:25, 231:11
**able** [25] - 10:6, 60:25, 63:10, 93:5, 115:5, 115:12, 117:7, 119:11, 119:15, 120:8, 120:23, 122:11, 124:13, 128:18, 129:18, 204:1, 209:2, 210:12, 211:15, 248:21, 261:25, 262:1, 262:18, 263:2, 268:5
**absent** [1] - 286:13
**absolute** [2] - 172:7, 172:13
**absolutely** [7] - 116:23, 165:17, 199:9, 200:11, 207:24, 208:2, 236:23
**academy** [1] - 93:1
**accents** [1] - 65:4
**accept** [1] - 196:1
**access** [2] - 22:18, 114:14
**accident** [1] - 193:11
**accompanied** [1] - 215:25
**Accomplice** [2] - 108:22, 109:23
**accomplished** [1] - 175:4
**accomplishment** [1] - 262:1
**according** [9] - 238:9, 239:7, 240:15, 283:1, 283:4, 283:15, 283:22, 284:5, 285:10
**account** [1] - 34:21
**accountability** [3] - 235:7, 235:19, 235:20
**accounting** [1] - 175:1
**accounts** [1] - 175:5
**accuracy** [1] - 129:12
**accurate** [10] - 35:19, 35:24, 69:24, 119:5, 119:16, 128:14, 128:20, 129:7, 129:11, 286:25
**accurately** [1] - 93:5
**accused** [1] - 181:6
**accuses** [1] - 181:14
**acknowledge** [2] - 139:10, 148:15
**acknowledgment** [2] - 139:13, 148:18
**acquaintances** [2] - 175:21, 175:22

**acquittal** [2] - 168:7, 168:22
**acronym** [1] - 29:23
**action** [1] - 76:13
**actions** [1] - 284:1
**activities** [1] - 8:9
**activity** [2] - 8:6, 8:16
**acts** [1] - 106:20
**actual** [3] - 120:14, 121:22, 129:8
**adage** [1] - 231:16
**ADAM** [2] - 3:21, 143:21
**Adam** [5] - 143:13, 144:4, 144:8, 148:13, 150:11
**add** [1] - 24:3
**added** [1] - 177:21
**Addictive** [1] - 109:23
**addictive** [1] - 110:3
**addition** [4] - 109:8, 140:16, 141:5, 165:18
**additional** [16] - 6:24, 8:8, 8:15, 58:7, 120:22, 120:25, 121:1, 131:8, 141:17, 142:19, 143:8, 160:8, 165:20, 165:21, 240:6, 268:2
**address** [3] - 39:11, 55:7, 105:9
**addressed** [1] - 169:7
**ADJOURNED** [1] - 286:21
**Administration** [2] - 112:18, 141:13
**Admiral** [1] - 67:22
**ADMITTED** [7] - 15:24, 18:18, 36:8, 83:22, 123:10, 127:18, 153:18
**admitted** [1] - 19:3
**advantage** [1] - 192:17
**advise** [1] - 172:5
**advised** [1] - 221:23
**affirm** [7] - 28:22, 111:17, 137:16, 143:16, 150:17, 184:14, 244:17
**Africa** [1] - 121:11
**African** [1] - 64:13
**afternoon** [18] - 91:5, 98:3, 98:6, 99:8, 111:9, 112:11, 112:12, 125:6, 138:10, 138:11, 141:23, 141:24,

144:8, 144:9, 171:3, 220:16, 256:14, 260:2
**afterwards** [1] - 77:23
**age** [1] - 126:6
**agency** [2] - 91:18, 92:2
**agent** [2] - 94:7, 163:11
**Agent** [2] - 112:17, 141:12
**ago** [2] - 166:5, 212:21
**agree** [18] - 10:2, 21:7, 60:22, 66:4, 66:16, 72:17, 87:16, 88:7, 89:2, 89:7, 89:12, 89:17, 89:25, 92:22, 98:1, 110:14, 225:12, 232:24
**agreeable** [1] - 270:22
**agreed** [2] - 94:10, 174:15
**agreement** [1] - 101:21
**agriculture** [1] - 206:25
**ahead** [7] - 22:9, 67:21, 67:25, 100:22, 148:13, 243:23, 274:15
**aid** [1] - 116:17
**AIDED** [1] - 2:8
**ain't** [2] - 203:19, 211:4
**air** [2] - 217:23, 225:10
**ALC** [3] - 29:20, 29:22, 31:23
**alert** [1] - 87:23
**alive** [2] - 64:20, 175:14
**Aliyah** [4] - 151:22, 152:7, 157:17, 166:4
**ALIYAH** [1] - 151:22
**allegations** [1] - 191:25
**alleviate** [1] - 183:23
**allow** [6] - 7:20, 167:20, 194:9, 198:9, 226:19, 242:23
**allowed** [5] - 155:25, 188:10, 221:4
**allows** [1] - 123:21
**alluded** [1] - 78:2
**almost** [3] - 90:22, 226:6, 230:15
**alter** [1] - 156:3
**AMERICA** [1] - 1:3

**America** [2] - 64:22, 167:12
**American** [2] - 64:17, 121:12
**ammunitions** [1] - 188:8
**amount** [9] - 24:4, 72:18, 73:4, 116:8, 118:8, 147:17, 149:14, 161:20, 245:25
**AND** [7] - 10:17, 28:2, 71:10, 170:25, 172:22, 184:11, 244:6
**Angeles** [1] - 117:25
**angry** [1] - 284:4
**announce** [2] - 170:4, 170:11
**announced** [1] - 174:2
**announcement** [1] - 171:11
**answer** [8] - 88:23, 95:21, 155:9, 246:7, 246:8, 247:25, 252:19, 284:16
**answered** [2] - 257:1, 257:4
**answering** [1] - 258:10
**Anthony** [6] - 138:21, 139:7, 140:4, 140:18, 144:21, 148:6
**anticipate** [1] - 98:17
**anticipated** [2] - 26:16, 26:17
**anytime** [1] - 218:15
**anyway** [13] - 41:7, 47:1, 48:23, 56:7, 56:8, 56:15, 56:16, 190:5, 274:2, 274:20, 274:23, 277:22, 281:14
**apart** [9] - 6:16, 7:18, 10:25, 16:18, 16:24, 17:12, 20:11, 204:9, 278:4
**apologize** [2] - 286:14, 286:16
**appear** [10] - 18:10, 37:10, 147:7, 152:18, 156:17, 212:12, 220:24, 230:14, 231:1, 232:6
**APPEARANCES** [1] - 1:15
**appeared** [1] - 51:6
**appellate** [1] - 93:20
**application** [3] - 187:4, 190:7, 210:18

**applies** [2] - 101:14, 104:11

**apply** [1] - 106:10

**appointed** [2] - 256:7

**appointment** [3] - 220:2, 256:9, 256:10

**appreciate** [4] - 61:12, 111:12, 174:16, 243:12

**Apprendi** [2] - 105:14, 106:8

**apprised** [1] - 171:20

**approach** [14] - 6:19, 7:2, 7:5, 17:23, 20:20, 34:3, 94:17, 122:15, 149:6, 152:23, 167:14, 182:8, 243:16, 257:23

**approached** [2] - 6:14, 11:12

**approaching** [2] - 52:20, 52:22

**appropriate** [6] - 24:13, 39:14, 72:20, 103:5, 105:19, 174:4

**April** [20] - 19:14, 32:22, 90:3, 90:22, 91:6, 122:13, 127:7, 130:21, 131:3, 131:4, 176:3, 176:8, 239:1, 240:4, 240:7, 240:12, 256:15, 259:13

**Aramaic** [2] - 59:25, 60:10

**archaic** [1] - 66:21

**archive** [1] - 122:1

**area** [22] - 9:10, 14:11, 19:15, 32:4, 47:8, 55:1, 128:7, 129:20, 130:25, 141:8, 158:1, 178:21, 178:23, 179:15, 250:14, 253:13, 254:22, 255:8, 259:14, 259:18, 260:22, 283:14

**areas** [1] - 35:11

**argument** [4] - 26:3, 168:10, 168:11

**Arizona** [6] - 128:4, 130:25, 238:23, 239:13, 240:9, 240:25

**arrest** [4] - 6:25, 47:24, 73:25, 180:24

**arrested** [4] - 62:7, 62:11, 181:24, 280:14

**arrive** [3] - 178:10, 255:4, 256:14

**arrived** [5] - 96:7, 209:11, 219:20,

267:24, 268:3

**arrives** [2] - 77:24, 207:6

**arriving** [2] - 240:1, 255:8

**arrow** [1] - 116:4

**AS** [7] - 10:17, 28:2, 71:11, 170:25, 172:23, 184:11, 244:6

**aside** [3] - 198:24, 200:20, 215:25

**aspect** [1] - 121:1

**asset** [28] - 113:9, 113:11, 113:14, 113:17, 114:8, 114:11, 114:13, 114:16, 114:19, 114:20, 120:1, 120:5, 121:25, 122:24, 122:25, 123:23, 123:24, 124:5, 125:21, 126:23, 131:5, 131:15, 131:18, 132:6, 136:16, 233:8, 233:10, 233:16

**assets** [2] - 128:16, 233:20

**assignment** [2] - 246:18, 252:7

**assignments** [1] - 187:23

**assigns** [1] - 123:24

**assist** [6] - 9:17, 14:14, 14:24, 116:5, 158:14, 182:16

**assistance** [1] - 36:19

**Assistant** [2] - 1:16, 220:18

**assisting** [1] - 158:10

**associate** [1] - 192:14

**associating** [1] - 192:17

**association** [1] - 124:2

**assume** [10] - 40:1, 79:14, 134:13, 161:9, 161:12, 194:2, 208:4, 213:23, 242:13, 248:16

**assumed** [3] - 63:1, 63:2, 177:22

**assumes** [1] - 239:10

**assuming** [7] - 68:17, 68:24, 178:13, 200:4, 202:7, 227:10,

231:5

**assumption** [1] - 63:14

**assurance** [1] - 183:24

**AT** [9] - 7:9, 10:16, 21:1, 99:6, 167:17, 170:24, 182:11, 243:18, 244:5

**Atlanta** [1] - 93:21

**attempted** [1] - 258:22

**attendance** [5] - 82:8, 137:10, 150:12, 167:9, 243:14

**attention** [3] - 9:23, 127:2, 182:22

**Attorney** [2] - 1:16, 220:19

**attorney** [5] - 171:24, 172:12, 272:18, 274:7, 274:19

**Attorney's** [1] - 1:17

**Audi** [8] - 151:14, 151:20, 151:25, 155:24, 158:17, 159:22, 164:17, 164:22

**audibly** [1] - 36:23

**audio** [1] - 74:9

**AUDIO** [1] - 258:4

**Audis** [1] - 151:18

**Australia** [1] - 121:11

**authorities** [1] - 236:1

**authority** [1] - 81:14

**authorized** [1] - 207:2

**auto** [1] - 144:14, 192:7

**automobile** [1] - 153:6

**available** [8] - 23:2, 23:5, 28:17, 39:9, 39:16, 157:12, 175:25, 191:16

**Avenue** [3] - 1:20, 2:6, 196:10

**average** [1] - 203:8

**avoid** [1] - 253:25

**aware** [5] - 23:15, 61:3, 74:6, 77:13, 134:9, 134:11, 134:18, 206:17, 232:19, 233:1, 233:4, 241:24

**awful** [1] - 179:6

**awhile** [2] - 180:21, 243:23

**axle** [3] - 226:11,

226:20, 227:4

**axles** [1] - 226:18

# B

**B-8** [3] - 102:24, 103:8, 103:20

**B-A-P-T-I-S-T-E** [1] - 245:7

**B-A-Z-I-N** [1] - 68:13

**B1.D** [1] - 105:4

**B10.4** [1] - 107:4

**B11** [1] - 107:4

**B12** [1] - 107:4

**B2.1** [2] - 100:3, 100:4

**B2.2** [3] - 99:24, 99:25, 100:5

**B2B** [1] - 191:3

**B3** [2] - 100:3, 100:17

**B4.2** [1] - 100:17

**B5** [1] - 100:17

**B6.2** [1] - 100:17

**B6.5** [1] - 100:18

**B7** [1] - 102:3

**B8** [1] - 102:10

**B9.1** [1] - 107:4

**background** [10] - 31:10, 35:6, 41:11, 43:25, 47:21, 47:24, 48:2, 61:20, 69:1, 116:12

**backpack** [6] - 142:6, 142:9, 142:10, 142:20, 142:21, 142:23

**backs** [1] - 215:11

**bad** [1] - 88:3

**bag** [3] - 46:7, 47:11, 142:23

**bagay** [21] - 75:16, 75:17, 78:8, 78:9, 78:10, 78:11, 78:13, 78:22, 79:4, 79:7, 80:9, 80:18, 272:18, 272:20, 274:7, 274:13, 274:19

**BAGAY** [1] - 78:4

**Bagay** [1] - 78:6

**bagella** [1] - 75:17

**bags** [1] - 196:25

**bail** [2] - 52:23, 181:24

**Bailey** [1] - 147:23

**bake** [2] - 224:7, 230:12

**Bakery** [8] - 10:4, 85:1, 89:10, 241:25,

252:12, 252:16, 252:22, 253:9

**bakery** [1] - 89:13

**Baking** [10] - 9:11, 9:17, 14:14, 208:5, 221:14, 222:8, 222:11, 222:17, 226:1, 227:18

**Baking's** [1] - 225:13

**band** [1] - 159:5

**BAPTISTE** [90] - 1:7, 4:5, 40:10, 40:14, 40:18, 40:25, 41:6, 41:15, 41:20, 41:24, 42:4, 42:8, 42:16, 42:19, 42:21, 42:24, 43:6, 43:11, 43:15, 43:19, 44:12, 44:15, 44:18, 45:7, 45:11, 45:14, 45:16, 45:22, 46:1, 46:4, 46:8, 46:13, 46:17, 46:19, 46:21, 46:25, 47:5, 47:9, 47:13, 48:6, 48:11, 48:14, 48:17, 48:22, 48:25, 49:3, 49:5, 49:8, 49:12, 49:16, 49:19, 49:25, 50:3, 50:6, 50:11, 50:15, 51:25, 52:3, 52:7, 52:11, 52:16, 52:20, 53:4, 53:7, 53:13, 53:16, 53:20, 54:6, 54:9, 54:14, 54:19, 54:23, 55:2, 55:5, 55:10, 55:16, 55:19, 55:22, 55:25, 56:3, 56:16, 56:20, 57:1, 57:4, 57:9, 57:12, 57:16, 57:20, 58:1, 244:22

**baptiste** [1] - 1:22

**Baptiste** [27] - 6:11, 6:24, 7:13, 40:3, 40:7, 40:24, 67:13, 80:25, 104:22, 170:10, 175:17, 175:19, 175:23, 176:9, 176:13, 176:23, 178:16, 179:14, 179:19, 239:25, 244:14, 245:7, 245:11, 271:5, 274:5, 284:5

**Baptiste's** [1] - 8:11

**barking** [1] - 74:10

**Barry** [3] - 97:23, 137:12, 138:4

**BARRY** [2] - 3:17, 137:21

**bars** [2] - 200:2, 200:5

**baseball** [2] - 61:4, 61:6

**based** [6] - 79:10, 120:15, 121:7, 121:8, 188:20, 284:1

**bases** [1] - 25:3

**basic** [6] - 64:13, 66:22, 100:2, 108:16, 108:18, 122:2

**basis** [4] - 25:3, 26:2, 26:15, 183:19

**battery** [1] - 133:25

**battleship** [1] - 180:13

**Bay** [11] - 2:2, 31:3, 31:13, 178:21, 178:22, 179:15, 255:8, 256:13, 256:14, 256:18, 256:22

**Bazin** [7] - 32:17, 68:10, 68:11, 68:15, 68:16, 72:1, 72:3

**bazin** [1] - 72:2

**Beach** [3] - 1:21, 140:23

**bear** [2] - 106:3, 106:4

**Beaverton** [1] - 113:6

**became** [2] - 174:23, 175:21

**become** [4] - 23:15, 25:22, 276:6, 281:22

**becomes** [1] - 182:21

**beep** [2] - 44:4, 44:5

**beeps** [8] - 41:1, 42:24, 43:7, 43:10, 43:12, 43:13, 43:16

**beeps)** [3] - 42:11, 42:22, 43:10

**BEFORE** [1] - 1:13

**beg** [1] - 38:20

**began** [1] - 246:17

**begin** [5] - 39:24, 48:5, 51:21, 51:24, 231:23

**beginning** [6] - 39:1, 41:11, 43:23, 48:2, 56:15, 162:8

**begins** [4] - 50:22, 80:25, 217:22, 240:21

**behalf** [3] - 169:17, 170:9, 170:10

**behind** [13] - 132:19, 178:4, 202:7, 225:15, 262:19, 263:21,

265:13, 265:14, 265:16, 267:7, 267:9, 268:9, 281:11

**Belcher** [7] - 13:3, 13:6, 180:16, 259:14, 260:14, 263:13, 263:23

**below** [5] - 12:6, 14:11, 48:2, 217:20, 253:15

**benefit** [1] - 172:11

**Benz** [1] - 140:2

**Berman** [1] - 174:19

**berth** [2] - 238:11, 239:11

**beside** [1] - 202:23

**best** [3] - 179:11, 225:13, 225:16

**better** [5] - 57:21, 60:25, 67:6, 77:7, 77:10, 112:23, 192:24

**between** [15] - 8:18, 13:6, 36:13, 58:24, 99:3, 114:1, 118:7, 127:6, 131:3, 145:16, 164:16, 164:20, 226:2, 253:15, 258:22

**beyond** [1] - 73:11

**Bible** [1] - 60:8

**big** [10] - 53:10, 53:11, 89:11, 180:16, 181:20, 181:22, 190:12, 196:14, 260:19, 261:14

**bill** [5] - 177:23, 199:18, 206:2, 206:21, 216:11

**billing** [2] - 190:4, 190:14

**bills** [3] - 176:25, 198:2, 215:5

**BILLY** [2] - 4:2, 184:19

**Billy** [2] - 182:6, 185:2

**bit** [13] - 17:15, 31:1, 31:4, 62:9, 70:4, 78:3, 110:12, 116:12, 186:2, 188:17, 226:9, 278:1, 285:8

**black** [5] - 149:18, 149:24, 150:4, 218:22, 218:23

**blackboard** [4] - 74:14, 74:17, 74:20, 74:22

**blame** [1] - 181:23

**blank** [2] - 115:19, 115:25

**block** [1] - 35:7

**blockage** [1] - 133:7

**blocked** [5] - 119:10, 132:15, 132:19, 133:3, 133:6

**Blow** [1] - 197:21

**blowtorch** [1] - 209:7

**blue** [3] - 154:20, 157:14, 160:4

**Blvd** [1] - 1:23

**Bo** [2] - 150:14, 151:6

**board** [2] - 191:6, 201:12

**boards** [2] - 190:11, 191:5

**boat** [1] - 158:8

**body** [2] - 265:13

**Bohlig** [4] - 110:21, 173:20, 270:16, 286:6

**bolt** [9] - 16:17, 19:15, 21:14, 22:1, 22:3, 210:4, 211:8, 211:14, 211:20

**bolting** [1] - 19:7

**bolts** [5] - 16:24, 19:1, 20:10, 209:23, 210:6

**book** [2] - 60:7, 157:2

**books** [4] - 60:9, 60:10, 166:6

**born** [2] - 30:18, 174:20

**borrow** [2] - 237:9

**boss** [1] - 243:3

**bottom** [14] - 13:21, 54:2, 75:4, 154:3, 154:4, 160:22, 205:16, 216:13, 272:11, 276:7, 276:8, 277:24, 280:12, 284:25

**bought** [3] - 165:7, 165:13, 187:19

**boulevard** [1] - 54:18

**boundary** [1] - 119:24

**box** [8] - 46:3, 136:5, 218:22, 218:23, 219:3, 223:7, 225:8, 227:25

**Box** [1] - 1:23

**boxes** [9] - 22:2, 46:2, 223:13, 223:16, 225:15, 227:24, 228:17, 230:8, 230:12

**boy** [1] - 60:18

**brakes** [1] - 231:12

**braking** [1] - 231:12

**brand** [1] - 211:10

**brass** [1] - 92:21

**brave** [1] - 67:22

**breach** [1] - 210:12

**bread** [8] - 47:9, 76:14, 76:15, 76:17, 271:24, 272:2, 272:4, 284:24

**Bread** [1] - 271:22

**break** [18] - 14:7, 14:9, 17:11, 27:18, 71:1, 75:1, 96:13, 97:6, 98:7, 167:20, 167:22, 170:15, 170:19, 198:18, 203:10, 207:3, 215:10, 243:24

**breaking** [19] - 13:13, 16:3, 16:6, 16:12, 16:15, 16:18, 17:8, 18:22, 20:8, 24:25, 26:4, 83:1, 85:10, 96:10, 208:22, 230:25, 231:10, 254:1, 254:17

**breaks** [2] - 198:7, 273:13

**breathing** [2] - 50:16, 53:10

**bridge** [2] - 133:8, 133:9

**brief** [1] - 93:20

**briefly** [2] - 123:16, 149:5

**bring** [14] - 9:23, 13:17, 61:25, 74:14, 83:4, 110:21, 148:3, 153:23, 173:20, 182:22, 199:1, 234:13, 234:18, 234:23

**bringing** [1] - 233:25

**brings** [2] - 24:6, 197:7

**broke** [6] - 14:16, 14:25, 15:7, 41:19, 76:9, 90:16

**broken** [14] - 9:18, 16:25, 17:2, 17:4, 75:11, 76:12, 84:13, 198:19, 207:8, 207:21, 208:13, 229:3, 279:19, 284:7

**broker** [2] - 156:2, 157:2, 193:18

**broker's** [1] - 193:17

**brother** [1] - 45:15

**brothers** [2] - 175:16, 187:8

**brought** [5] - 85:13, 135:1, 199:8, 267:2,

269:3

**building** [3] - 119:10, 132:20, 132:22

**bull** [1] - 192:9

**bumper** [2] - 9:9, 14:10

**bunch** [2] - 243:7, 255:22

**bunk** [1] - 198:15

**burn** [1] - 48:24

**bus** [1] - 175:7

**business** [19] - 90:13, 121:15, 121:20, 155:18, 163:12, 185:18, 187:7, 187:20, 187:22, 188:18, 189:4, 189:7, 189:11, 189:17, 192:14, 192:18, 193:20, 196:24, 283:9

**businessman** [1] - 89:2

**busy** [2] - 220:2, 260:4

**buy** [3] - 156:6, 158:1, 189:16

**buyer** [3] - 87:23, 88:11, 89:4

**buying** [4] - 157:5, 157:6, 157:7, 159:19

**buys** [1] - 157:4

**BY** [127] - 3:4, 3:5, 3:6, 3:8, 3:9, 3:10, 3:11, 3:12, 3:13, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:22, 3:23, 3:24, 3:25, 4:1, 4:3, 4:4, 4:5, 4:6, 6:8, 10:19, 11:9, 13:20, 13:25, 15:25, 18:2, 18:9, 18:19, 20:5, 29:14, 34:6, 39:23, 43:1, 44:1, 47:15, 50:21, 58:17, 71:24, 74:21, 80:8, 82:23, 84:10, 95:1, 96:4, 112:10, 115:24, 120:16, 122:18, 123:15, 127:19, 128:2, 128:23, 130:10, 130:20, 131:14, 135:18, 136:3, 136:24, 138:9, 139:14, 141:22, 142:18, 144:7, 148:2, 148:19, 149:9, 151:11, 153:1, 153:19, 155:1, 156:16, 156:22,

159:12, 160:14, 161:8, 161:18, 162:12, 163:9, 163:16, 165:2, 185:13, 202:2, 205:3, 212:15, 213:3, 213:10, 216:24, 220:15, 221:18, 224:3, 229:17, 238:1, 239:17, 241:22, 242:12, 245:10, 245:24, 250:3, 251:13, 252:21, 253:19, 255:3, 258:5, 258:19, 259:12, 263:11, 266:3, 270:12, 271:3, 271:21, 273:6, 273:23, 274:11, 275:6, 275:22, 276:10, 280:11, 281:8, 281:21, 282:7, 282:23, 284:19

## C

**cab** [18] - 77:17, 95:20, 135:7, 135:8, 177:7, 197:6, 199:10, 215:20, 249:13, 258:8, 264:17, 266:17, 284:12, 284:13, 284:15, 284:17, 284:21, 284:22
**cabin** [2] - 266:13, 268:15
**cabs** [1] - 218:19
**cage** [1] - 46:22
**calculated** [1] - 118:9
**calculation** [1] - 119:16
**California** [26] - 85:2, 89:11, 129:21, 131:5, 176:15, 177:1, 177:2, 177:15, 177:19, 238:13, 238:20, 238:24, 239:4, 239:9, 240:1, 240:17, 251:3, 251:4, 251:6, 251:14, 251:20, 252:5, 252:10, 252:11, 252:16, 253:9
**cameras** [1] - 47:3
**Camp** [1] - 188:14
**Canada** [2] - 113:5, 121:8
**cannot** [5] - 26:14, 262:9, 262:24,

262:25, 263:3
**capabilities** [2] - 114:23, 132:10
**capability** [1] - 115:18
**capacity** [2] - 144:18, 193:5
**car** [57] - 21:24, 47:4, 73:16, 77:14, 79:18, 141:7, 142:4, 145:9, 145:13, 145:19, 154:13, 155:25, 156:6, 157:4, 157:5, 157:7, 157:8, 157:10, 157:11, 157:21, 157:23, 158:4, 158:8, 159:19, 159:21, 160:3, 164:4, 166:17, 166:18, 188:5, 256:16, 262:21, 262:24, 264:11, 264:14, 265:1, 265:8, 265:17, 265:19, 265:20, 266:2, 266:11, 266:24, 266:25, 267:3, 267:11, 267:16, 267:20, 268:7, 268:9, 269:6, 278:2, 278:7, 279:9, 281:9, 284:12
**care** [5] - 98:24, 110:18, 111:11, 146:21, 220:5
**career** [1] - 93:2
**careful** [3] - 20:10, 20:14, 219:15
**carefully** [1] - 91:24
**cargo** [5] - 11:17, 115:4, 115:5, 221:9, 234:2
**Carib** [1] - 64:6
**carried** [1] - 145:13
**Carriers** [10] - 121:13, 121:17, 131:16, 131:20, 132:3, 132:8, 175:25, 241:10, 241:13, 246:11
**carry** [1] - 11:17
**carrying** [2] - 223:1, 253:11
**cars** [1] - 97:25, 158:1, 264:3
**CASE** [1] - 1:2
**case** [52] - 8:17, 16:22, 26:12, 26:20, 27:11, 35:4, 39:9, 51:13, 62:1, 62:5, 67:13, 68:9, 71:5, 72:8, 79:17, 80:13,

84:13, 84:23, 85:20, 89:5, 89:10, 90:25, 91:25, 93:10, 96:24, 101:11, 101:24, 108:24, 109:1, 110:9, 125:3, 146:3, 168:13, 169:5, 171:5, 172:2, 172:8, 172:18, 173:25, 174:13, 182:19, 191:25, 208:3, 211:23, 213:24, 220:20, 221:23, 223:6, 223:17, 227:1, 228:15, 253:23
**cases** [15] - 61:22, 62:25, 93:4, 208:6, 208:14, 223:4, 224:6, 224:10, 225:20, 226:2, 226:7, 227:10, 228:10, 228:12, 228:25
**cash** [4] - 147:4, 153:25, 154:4, 161:19
**cashier's** [1] - 147:17
**Castagna** [1] - 5:6
**CASTAGNA** [1] - 1:13
**cattle** [1] - 192:9
**caution** [1] - 262:14
**cautionary** [1] - 109:16
**Cayenne** [3] - 145:2, 145:3, 146:25
**CD** [3] - 32:12, 83:11, 83:13
**CDL** [3] - 261:8, 261:15, 262:2
**cell** [5] - 7:19, 10:25, 40:14, 120:18, 278:3
**center** [4] - 91:14, 117:13, 120:19
**centered** [1] - 117:20
**central** [1] - 178:15
**certain** [17] - 24:4, 34:1, 59:13, 63:21, 65:4, 66:17, 78:21, 129:13, 155:9, 182:18, 190:16, 194:2, 194:3, 197:9, 206:3, 235:15, 241:24
**certainly** [4] - 22:7, 65:2, 71:2, 169:8
**certificate** [1] - 175:2
**certification** [1] - 163:17
**CERTIFY** [1] - 286:24
**cetera** [2] - 60:12,

147:6
**chair** [2] - 31:7, 112:21
**Chalela** [10] - 1:22, 58:14, 168:19, 169:18, 173:2, 184:4, 244:10, 244:12, 270:15, 285:25
**CHALELA** [70] - 4:6, 23:23, 80:4, 84:8, 94:23, 106:24, 123:8, 127:16, 135:13, 142:15, 168:20, 169:19, 169:22, 170:15, 170:18, 170:22, 173:5, 173:8, 183:3, 184:5, 244:13, 245:10, 245:21, 245:24, 250:3, 251:13, 252:18, 252:21, 253:19, 255:1, 255:3, 257:20, 257:23, 258:1, 258:5, 258:19, 259:9, 259:12, 263:11, 266:3, 269:25, 270:3, 270:8, 270:12, 271:1, 271:3, 271:20, 271:21, 272:8, 273:6, 273:21, 273:23, 274:11, 275:3, 275:6, 275:20, 275:22, 276:4, 276:10, 280:10, 280:11, 281:8, 281:21, 282:5, 282:7, 282:21, 282:23, 284:19, 286:2, 286:19
**Chalela's** [1] - 21:20
**chalkboard** [2] - 115:17, 115:21
**challenged** [1] - 25:23
**champion** [1] - 144:17
**Champion** [1] - 145:24
**chance** [4] - 22:14, 67:7, 176:12, 258:25
**chances** [1] - 72:14
**change** [7] - 74:19, 92:14, 102:1, 106:25, 213:15, 256:6, 256:8
**changed** [5] - 106:14, 106:16, 106:18, 107:3, 256:7
**changes** [2] - 106:23, 125:10
**charge** [5] - 98:8, 98:13, 113:23, 141:3,

215:6
**charged** [3] - 104:25, 106:2, 109:2
**charges** [1] - 97:9
**cheats** [1] - 119:13
**check** [7] - 11:11, 70:5, 110:11, 147:17, 149:11, 149:14, 152:10
**checked** [3] - 69:10, 95:5, 140:25
**checks** [1] - 215:7
**chef** [4] - 81:2, 81:4, 81:9, 81:14
**CHELALA** [12] - 1:22, 3:12, 5:15, 5:21, 23:20, 28:11, 36:6, 84:5, 84:10, 94:20, 95:1, 95:25
**Chelala** [1] - 84:7
**chest** [2] - 227:11, 227:12
**chicken** [10] - 191:9, 250:21, 250:23, 251:1, 251:15, 251:18, 251:21, 251:22, 252:5, 253:3
**Chicken** [1] - 191:10
**chickens** [2] - 198:12, 223:4
**chief** [5] - 26:20, 81:6, 81:8, 82:9, 92:21
**chien** [2] - 81:2, 81:4
**children** [1] - 165:8
**chilling** [1] - 41:14
**chip** [4] - 57:12, 57:22, 57:23, 57:24
**chisel** [1] - 211:3
**choice** [1] - 178:12
**chosen** [4] - 247:3, 278:10, 278:14, 280:22
**Chris** [2] - 143:13, 144:4
**CHRIS** [2] - 3:21, 143:21
**Christmas** [1] - 237:6
**circle** [3] - 117:11, 117:19, 118:2
**circles** [3] - 117:22, 118:3, 118:18
**Circuit** [3] - 105:21, 108:17, 109:22
**circulation** [1] - 225:10
**circumference** [1] - 117:15
**circumstances** [1] -

198:9
**citation** [1] - 181:6
**citizen** [1] - 174:23
**Citton** [1] - 174:25
**CITTON** [1] - 174:25
**City** [2] - 117:7,
117:12
**city** [1] - 251:5
**CL63** [1] - 139:21
**clarification** [1] -
284:14
**clear** [1] - 130:5
**cleared** [2] - 105:6,
107:23
**clearly** [1] - 74:20
**Clearwater** [1] -
151:15
**CLERK** [16] - 15:15,
15:18, 28:20, 111:15,
112:1, 115:20,
137:13, 137:25,
143:14, 143:25,
151:1, 184:12,
184:23, 216:18,
244:15, 245:2
**clerk** [1] - 215:6
**client** [12] - 104:24,
121:13, 121:20,
121:23, 149:19,
164:5, 170:10,
176:22, 176:24,
184:1, 221:8, 222:7
**client's** [1] - 7:14
**clientele** [2] -
113:16, 114:9
**clients** [12] - 113:16,
113:18, 121:8, 121:9,
173:3, 177:20, 183:8,
183:10, 183:12,
221:24, 243:22
**climbed** [1] - 200:16
**close** [7] - 12:17,
43:24, 47:5, 48:3,
129:23, 186:18,
247:24
**closed** [4] - 115:3,
200:17, 203:22, 204:7
**closer** [3] - 31:6,
112:21
**closing** [1] - 146:22
**cloth** [1] - 142:22
**club** [11] - 40:19,
42:11, 179:17,
179:22, 180:6,
255:12, 255:15,
255:19, 255:25,
256:25, 275:11
**Club** [8] - 42:10,
89:12, 224:6, 230:12,
255:21, 257:6,

259:21, 275:11
**clubs** [1] - 255:9
**co** [9] - 25:7, 101:21,
168:10, 260:13,
277:6, 277:17, 279:3,
279:15, 282:9
**co-counsel** [2] -
25:7, 168:10
**co-defendant** [1] -
101:21
**co-driver** [6] -
260:13, 277:6,
277:17, 279:3,
279:15, 282:9
**coal** [2] - 187:1,
187:2
**coat** [1] - 12:17
**coffee** [1] - 235:3
**cohort** [1] - 72:1
**colleague** [1] - 75:3
**colleagues** [1] -
110:12
**collect** [1] - 193:22
**collected** [3] - 122:3,
122:8, 123:4
**College** [1] - 174:24
**colloquy** [1] - 171:16
**colonies** [1] - 64:24
**colonized** [1] - 64:6
**color** [2] - 147:6,
230:16
**colored** [1] - 142:6
**colors** [2] - 145:12,
189:1
**column** [1] - 129:1
**columns** [2] -
123:17, 124:20
**coming** [18] - 44:7,
58:21, 65:1, 66:7,
90:21, 98:5, 99:10,
157:25, 176:15,
178:19, 179:18,
191:14, 206:10,
236:20, 256:20,
258:7, 258:8, 269:6
**command** [1] - 91:14
**commander** [2] -
92:9, 92:21
**comment** [4] - 99:16,
159:24, 213:5, 282:19
**commentary** [1] -
105:20
**commented** [1] -
160:5
**commercial** [2] -
175:8, 261:8
**committed** [1] -
109:3
**commodity** [3] -
11:23, 196:17, 201:8

**common** [2] - 16:23,
234:20
**communicates** [1] -
120:6
**communicating** [3] -
56:22, 57:10, 120:3
**communication** [3] -
120:7, 179:10, 258:22
**communications** [1]
- 112:16
**comp** [1] - 197:16
**companies** [5] -
32:2, 113:20, 194:23,
197:14, 226:23
**company** [33] -
29:21, 31:15, 31:24,
56:6, 69:4, 89:7,
113:2, 113:4, 114:6,
143:1, 152:19,
165:20, 185:16,
187:15, 188:24,
189:21, 189:23,
190:8, 193:25, 194:5,
194:7, 194:21,
207:23, 221:25,
233:17, 236:2, 241:9,
242:14, 242:15,
250:22, 251:19,
285:16, 285:23
**Company** [1] -
221:14
**comparing** [2] -
14:21, 14:23
**compartment** [1] -
140:22
**complete** [1] - 39:9
**completed** [1] - 33:9
**completely** [2] -
46:7, 110:7
**completeness** [2] -
38:19, 38:22
**complexity** [1] -
118:11
**computer** [6] -
56:18, 126:1, 126:7,
126:10, 175:1, 190:10
**COMPUTER** [1] - 2:8
**COMPUTER-AIDED**
[1] - 2:8
**conceive** [1] -
236:18
**concept** [1] - 119:17
**concern** [2] - 35:11,
183:23
**concerned** [5] - 97:7,
99:5, 162:2, 182:13,
281:22
**concerning** [6] -
109:9, 141:7, 144:13,
221:7, 221:8, 222:3

**concerns** [2] - 27:11,
158:15
**conclude** [1] - 28:3
**CONCLUDED** [5] -
10:17, 28:2, 170:25,
184:11, 244:6
**concluded** [1] -
145:21
**concludes** [1] -
240:15
**concluding** [1] -
105:23
**concurrent** [1] -
36:12
**condition** [1] - 89:21
**conference** [2] -
98:8, 98:13
**conjunction** [1] -
100:25
**connect** [4] - 114:25,
116:4, 133:23, 134:1
**connected** [2] -
134:4, 193:18
**connection** [1] - 8:18
**consented** [1] -
142:3
**consequences** [2] -
207:5, 207:22
**consider** [4] -
100:24, 101:4,
108:10, 168:22
**consist** [1] - 140:20
**consistent** [2] -
124:21, 124:23
**conspiracy** [3] -
90:24, 109:5, 168:24
**conspired** [1] -
103:24
**constantly** [2] -
116:16, 218:5
**constitutional** [1] -
171:17
**construction** [2] -
261:4, 262:5
**Consultants** [1] -
30:4
**consuming** [1] -
197:20
**consummated** [1] -
165:23
**contact** [2] - 138:20,
152:15
**contain** [2] - 83:13,
226:2
**contained** [5] -
35:22, 133:25,
142:10, 142:22,
142:23
**context** [14] - 39:2,
59:14, 60:24, 61:11,

61:14, 61:18, 66:2,
66:12, 77:4, 77:7,
79:10, 79:12, 79:16,
86:18
**continuation** [1] -
104:21
**continue** [4] - 5:16,
71:21, 156:23, 167:23
**CONTINUED** [2] -
71:11, 172:23
**contraband** [7] -
87:20, 90:8, 199:21,
231:5, 231:6, 231:14
**contract** [8] - 30:5,
30:6, 31:17, 32:19,
69:6, 146:19, 196:2,
222:14
**contracts** [1] - 31:22
**control** [9] - 33:3,
70:1, 88:12, 88:19,
89:19, 163:18,
189:24, 194:11,
222:19
**controls** [1] - 235:15
**conversation** [13] -
35:20, 35:24, 51:18,
60:24, 62:15, 66:13,
73:21, 79:6, 79:11,
159:8, 159:13,
159:14, 159:22
**conversations** [1] -
34:19
**conviction** [1] -
106:6
**cookie** [11] - 22:2,
177:15, 177:22,
208:6, 208:15,
208:18, 225:4,
225:19, 226:3, 227:9,
228:10
**Cool** [10] - 121:13,
121:16, 131:16,
131:20, 132:2, 132:8,
175:25, 241:10,
241:12, 246:11
**cool** [2] - 147:10,
217:23
**cooler** [1] - 217:14
**coordinate** [3] -
44:25, 160:12, 262:18
**coordinates** [2] -
114:13, 124:4
**cop** [2] - 42:17, 81:5
**copies** [2] - 98:25,
153:5
**cops** [2] - 81:10,
181:19
**copy** [4] - 83:4,
102:21, 125:22, 276:5
**corner** [8] - 9:9, 9:15,

13:21, 13:24, 14:2,
15:5, 99:15, 154:7
  **corporation** [3] -
113:22, 114:4, 222:11
  **corporations** [1] -
194:2
  **correct** [195] - 11:12,
13:4, 13:13, 16:3,
16:7, 19:5, 24:23,
33:6, 43:2, 44:6, 44:7,
51:16, 59:5, 59:6,
59:10, 59:14, 60:14,
61:16, 61:17, 62:2,
67:14, 68:4, 68:21,
68:22, 68:25, 72:7,
72:12, 73:17, 76:1,
76:6, 76:10, 77:3,
77:5, 77:6, 80:14,
80:19, 81:1, 81:12,
81:13, 81:17, 81:18,
84:14, 84:23, 85:6,
85:15, 87:14, 88:4,
89:14, 89:22, 90:19,
91:6, 91:9, 91:18,
92:3, 92:24, 93:7,
93:11, 93:24, 94:5,
94:8, 94:13, 96:8,
96:9, 96:11, 96:12,
105:20, 106:18,
106:21, 112:14,
112:15, 112:18,
112:19, 119:21,
125:13, 125:14,
127:8, 127:9, 128:9,
128:12, 128:13,
130:8, 130:12,
130:22, 130:23,
131:6, 131:7, 132:18,
132:23, 132:24,
133:4, 133:5, 133:20,
134:16, 134:17,
134:21, 135:2, 135:4,
135:5, 135:9, 135:10,
135:21, 135:22,
137:1, 137:2, 137:4,
137:5, 138:13, 142:2,
142:7, 142:8, 142:12,
144:11, 144:12,
144:14, 144:15,
158:21, 158:22,
160:6, 161:4, 164:6,
164:7, 166:4, 171:14,
183:14, 192:20,
200:24, 206:16,
211:13, 216:7,
217:24, 220:22,
221:14, 221:20,
221:25, 223:14,
223:17, 224:7,
224:11, 224:14,
224:19, 224:23,

225:1, 225:6, 225:15,
225:20, 225:23,
226:7, 227:13, 228:1,
228:2, 229:19, 230:2,
230:6, 230:10,
230:21, 231:1,
231:14, 231:17,
231:24, 232:2,
233:21, 234:5,
234:25, 235:5, 235:8,
235:18, 235:24,
236:4, 236:13,
236:14, 236:16,
237:20, 238:4, 238:7,
238:13, 238:16,
238:21, 238:22,
238:24, 239:11,
239:13, 239:19,
239:22, 240:2, 240:7,
240:10, 240:22,
241:1, 241:6, 241:10,
247:4, 248:22, 249:2,
249:5, 254:2
  **corrected** [3] -
70:13, 70:14, 72:6
  **corrections** [2] -
72:6, 72:15
  **correspond** [1] -
130:18
  **cost** [1] - 160:3
  **Counsel** [12] - 11:6,
20:22, 29:11, 39:13,
39:14, 71:1, 112:7,
138:6, 144:5, 151:8,
242:9, 280:8
  **counsel** [20] - 5:13,
5:24, 10:13, 17:20,
25:7, 28:9, 39:10,
74:19, 80:3, 84:4,
94:21, 97:7, 98:22,
168:10, 172:6, 172:9,
241:23, 242:10,
281:18, 282:19
  **Count** [2] - 104:25,
107:12
  **count** [7] - 105:2,
168:24, 168:25,
198:1, 198:2, 201:17,
229:11
  **countries** [1] - 63:6
  **country** [9] - 65:3,
86:12, 156:4, 158:9,
174:22, 178:20,
179:3, 196:20, 206:10
  **Countryside** [25] -
9:11, 9:17, 10:4,
14:14, 15:4, 85:1,
85:19, 89:10, 204:11,
204:20, 206:14,
208:5, 221:14, 222:7,

222:11, 222:17,
225:13, 226:1,
227:18, 229:7,
241:24, 252:12,
252:16, 252:22, 253:9
  **Countryside's** [1] -
204:17
  **County** [1] - 259:19
  **couple** [6] - 21:15,
140:25, 174:13,
175:7, 178:10, 236:21
  **course** [5] - 26:23,
28:16, 79:6, 121:19,
286:11
  **court** [4] - 71:12,
83:4, 139:7, 148:8
  **Court** [21] - 2:5, 2:5,
5:7, 8:19, 10:6, 17:19,
23:2, 71:19, 84:5,
93:21, 105:19,
108:10, 109:8,
168:22, 169:9,
172:25, 173:14,
174:15, 183:24,
286:12, 287:5
  **COURT** [303] - 1:1,
1:13, 5:2, 5:5, 5:8,
5:12, 5:16, 5:20, 5:23,
6:1, 6:20, 7:1, 7:4,
7:7, 7:24, 8:17, 9:7,
9:24, 10:8, 10:12,
11:5, 11:8, 15:11,
15:14, 15:22, 16:11,
17:3, 17:14, 17:18,
17:22, 17:25, 18:6,
18:8, 18:17, 20:1,
20:21, 20:25, 21:5,
21:9, 21:16, 22:17,
22:24, 23:4, 23:14,
23:19, 23:22, 23:25,
24:14, 25:13, 25:16,
25:19, 25:25, 26:6,
26:10, 26:22, 27:2,
27:5, 27:14, 27:16,
27:21, 27:25, 28:6,
28:8, 28:14, 29:11,
34:5, 36:5, 36:7,
36:15, 36:22, 37:1,
37:4, 37:9, 37:12,
37:15, 37:23, 38:2,
38:6, 38:20, 39:4,
39:12, 39:20, 44:25,
45:3, 53:25, 58:5,
58:8, 58:12, 71:1,
71:4, 71:7, 71:15,
71:18, 71:21, 74:15,
74:18, 79:22, 80:2,
80:5, 82:4, 82:7,
82:21, 83:20, 83:25,
84:3, 84:7, 94:18,

94:22, 96:2, 96:18,
96:21, 97:2, 97:5,
97:12, 97:15, 98:9,
98:14, 98:16, 98:21,
99:7, 99:8, 99:24,
100:3, 100:6, 100:12,
100:15, 100:17,
100:19, 100:24,
101:16, 102:1, 102:7,
102:11, 102:14,
102:17, 102:20,
102:24, 103:2, 103:8,
103:12, 103:16,
103:20, 103:23,
104:1, 104:4, 104:6,
104:9, 104:13,
104:18, 104:23,
105:10, 105:17,
106:11, 106:20,
106:22, 107:1, 107:9,
107:13, 107:17,
107:20, 107:25,
108:4, 108:12,
108:14, 108:18,
108:20, 108:23,
109:11, 109:14,
110:10, 110:17,
110:20, 110:24,
111:2, 111:4, 111:7,
111:9, 112:7, 119:17,
119:22, 122:17,
123:7, 123:9, 123:12,
127:15, 127:17,
131:11, 135:12,
135:15, 137:8, 138:6,
139:12, 141:19,
142:14, 142:16,
143:10, 144:5,
148:17, 149:4, 149:7,
150:8, 150:11, 151:8,
152:25, 153:17,
154:23, 156:14,
160:9, 164:25, 167:4,
167:8, 167:13,
167:16, 168:1, 168:5,
168:8, 168:14,
168:17, 168:19,
169:1, 169:9, 169:14,
169:18, 169:21,
169:24, 170:2,
170:11, 170:14,
170:17, 170:20,
170:23, 171:2, 171:7,
171:10, 171:22,
172:1, 172:5, 172:17,
172:20, 172:24,
173:2, 173:6, 173:10,
173:12, 173:16,
173:19, 173:22,
173:24, 182:4,
182:10, 183:2,

183:12, 183:15,
183:22, 184:3, 184:6,
184:8, 185:6, 185:9,
204:23, 204:25,
205:2, 212:10, 213:7,
213:9, 214:5, 216:22,
220:8, 220:11,
241:18, 242:9,
243:13, 243:17,
243:25, 244:3, 244:8,
244:12, 245:8, 251:9,
251:12, 257:22,
257:25, 258:18,
259:11, 263:9, 270:2,
270:4, 270:10,
270:14, 270:22,
270:25, 273:4,
273:18, 280:7,
281:18, 282:19,
282:22, 285:25,
286:3, 286:7, 286:10,
286:17, 286:20
  **Court's** [3] - 108:7,
171:15, 182:22
  **courthouse** [1] -
22:23
  **COURTROOM** [23] -
5:4, 15:15, 15:18,
28:20, 29:6, 71:14,
111:6, 111:15, 112:1,
115:20, 137:13,
137:25, 143:14,
143:25, 150:15,
151:1, 173:21,
184:12, 184:23,
216:18, 244:15,
245:2, 270:11
  **courtroom** [6] - 23:2,
97:10, 99:9, 115:16,
171:4, 286:11
  **cover** [2] - 157:3,
270:19
  **covering** [1] - 230:9
  **CR** [1] - 1:2
  **crashed** [1] - 177:6
  **CRAWFORD** [141] -
2:1, 3:5, 3:9, 4:3, 4:5,
5:18, 6:17, 7:2, 7:5,
7:8, 7:11, 9:1, 10:1,
10:15, 11:3, 15:10,
15:23, 17:21, 17:23,
18:2, 18:7, 18:14,
18:19, 19:24, 20:19,
20:23, 21:3, 21:7,
22:6, 22:20, 23:1,
23:8, 24:2, 25:5,
25:17, 26:5, 26:8,
26:21, 26:25, 27:3,
27:9, 27:15, 27:24,
28:12, 38:17, 38:21,

38:24, 39:19, 56:13, 58:10, 58:13, 58:17, 71:2, 71:23, 71:24, 74:13, 74:16, 79:20, 79:23, 82:12, 83:18, 94:16, 94:24, 97:11, 97:13, 98:1, 98:11, 98:15, 99:25, 100:4, 100:10, 100:13, 100:16, 100:20, 102:13, 102:15, 102:19, 102:22, 105:8, 105:11, 106:17, 106:21, 108:9, 108:13, 108:15, 108:19, 108:21, 108:24, 109:13, 109:20, 110:11, 110:19, 130:5, 131:12, 135:11, 168:9, 169:25, 170:7, 170:13, 173:11, 173:13, 173:18, 174:10, 182:5, 183:5, 183:14, 183:18, 184:1, 184:9, 185:4, 185:11, 185:13, 201:25, 202:2, 204:24, 205:1, 205:3, 212:8, 212:11, 212:15, 212:25, 213:3, 213:10, 214:6, 216:16, 216:23, 216:24, 220:6, 220:9, 223:20, 241:19, 241:22, 242:11, 242:12, 243:11, 243:15, 243:20, 244:2, 244:4, 244:10, 270:18

**Crawford** [31] - 2:2, 5:17, 6:10, 6:22, 8:4, 8:10, 9:4, 13:2, 58:12, 71:22, 81:17, 84:4, 109:12, 168:21, 169:19, 173:3, 173:10, 174:1, 174:6, 174:9, 204:23, 220:24, 221:12, 221:22, 222:10, 223:25, 225:25, 233:4, 241:3, 244:9, 260:7

**crawl** [1] - 198:14
**crazy** [5] - 45:9, 48:13, 74:24, 283:23, 283:25
**creates** [1] - 118:17
**credentials** [1] -
191:18
**Creole** [40] - 30:13, 30:15, 30:17, 30:24, 32:21, 35:19, 35:24, 51:7, 63:1, 63:2, 63:4, 63:6, 63:12, 63:20, 63:22, 63:25, 64:3, 64:8, 64:12, 64:13, 65:11, 65:14, 68:24, 74:23, 75:18, 78:5, 80:25, 81:9, 81:14, 181:4, 181:11, 272:17, 272:19, 272:21, 274:14, 274:16, 274:20, 282:9, 283:2, 283:16
**Creole** [1] - 274:8
**crimes** [1] - 109:3
**criminal** [2] - 32:11, 90:24
**CROSS** [16] - 3:5, 3:8, 3:12, 3:15, 3:19, 3:22, 3:25, 4:3, 18:1, 58:16, 84:9, 131:13, 141:21, 149:8, 160:13, 220:14
**cross** [14] - 5:23, 6:18, 7:15, 7:21, 8:19, 23:13, 58:9, 97:18, 131:11, 141:19, 149:4, 160:9, 186:19, 220:11
**CROSS-EXAMINATION** [14] - 3:5, 3:8, 3:15, 3:19, 3:22, 3:25, 4:3, 18:1, 58:16, 131:13, 141:21, 149:8, 160:13, 220:14
**cross-examination** [8] - 5:23, 58:9, 97:18, 131:11, 141:19, 149:4, 160:9, 220:11
**crossing** [1] - 256:21
**crowbar** [1] - 211:25
**Crown** [1] - 151:14
**Cuba** [2] - 31:3, 31:13
**cup** [1] - 235:2
**currency** [7] - 140:7, 140:11, 140:13, 142:23, 188:1, 200:9, 200:13
**customer** [16] - 89:6, 89:11, 89:13, 89:14, 89:21, 113:23, 113:24, 120:10, 120:12, 122:4, 123:24, 124:25, 125:3, 125:10, 190:4,
193:22
**customer's** [1] - 201:5
**customers** [6] - 113:25, 114:2, 114:14, 121:10, 125:17, 192:21
**cut** [5] - 204:19, 208:23, 209:6, 218:1, 218:2
**cuts** [2] - 201:14, 206:11

**D**

**daily** [5] - 136:8, 235:12, 235:21, 239:8, 240:13
**damn** [6] - 49:9, 49:25, 50:8, 50:23, 67:20, 67:24
**dangerous** [2] - 48:15, 48:22
**dark** [2] - 142:6, 149:24
**data** [3] - 122:2, 122:5, 129:17
**date** [4] - 138:20, 142:1, 143:2, 240:7
**Dated** [1] - 287:2
**dates** [2] - 124:21, 124:24
**David** [1] - 188:14
**Davis** [1] - 139:4
**days** [12] - 22:4, 32:11, 32:12, 69:23, 140:25, 166:5, 174:13, 177:4, 177:8, 178:10, 201:10, 236:21
**DEA** [14] - 30:7, 30:8, 31:18, 31:22, 32:19, 34:12, 61:21, 61:22, 62:2, 69:6, 79:17, 80:13, 94:7, 94:11
**dead** [2] - 43:19, 43:21
**deal** [11] - 53:11, 82:14, 145:7, 146:22, 162:5, 162:8, 165:23, 166:17, 166:20, 193:23, 221:7
**dealer's** [1] - 163:11
**dealers** [1] - 158:2
**dealership** [5] - 144:14, 146:18, 151:17, 164:18, 164:22
**dealerships** [1] -
141:8
**dealing** [5] - 110:1, 110:2, 113:24, 129:25, 156:7
**dealings** [1] - 144:20
**deals** [2] - 24:11, 188:3
**dealt** [1] - 122:12
**debate** [2] - 98:13, 98:18
**debates** [2] - 60:18, 60:21
**decent** [1] - 245:25
**decide** [1] - 178:19
**decision** [2] - 73:10, 171:18
**decouple** [1] - 134:19
**decoupled** [1] - 134:25
**deems** [1] - 39:14
**deep** [1] - 224:17
**defendant** [28] - 6:13, 6:23, 10:21, 97:24, 97:25, 100:7, 100:11, 100:13, 100:14, 101:3, 101:21, 104:11, 104:12, 104:15, 104:17, 104:19, 106:14, 107:3, 108:5, 139:16, 142:25, 154:21, 154:24, 155:6, 155:17, 155:21, 158:24
**Defendant** [3] - 1:19, 1:22, 2:1
**DEFENDANT** [5] - 171:25, 172:3, 172:16, 172:19, 270:24
**defendant"** [1] - 106:14
**defendant's** [2] - 100:8, 101:1
**defendants** [9] - 26:1, 101:8, 103:6, 104:22, 106:5, 107:6, 168:8, 182:19, 182:24
**Defendants** [1] - 1:9
**defense** [11] - 5:24, 9:20, 9:21, 26:7, 26:9, 28:9, 80:3, 84:3, 167:13, 169:17, 182:6
**defer** [1] - 98:9
**degree** [1] - 124:7
**degrees** [7] - 11:15, 11:22, 11:25, 12:2, 217:4, 217:8, 275:23
**deliberately** [1] -
7:22
**deliver** [13] - 42:5, 49:11, 176:14, 176:21, 177:16, 178:12, 191:19, 219:24, 254:23, 255:5, 256:3, 256:5, 275:17
**delivered** [3] - 178:11, 207:25, 271:16
**delivering** [2] - 41:2, 194:17
**delivery** [3] - 41:25, 152:9, 157:13
**deluxe** [1] - 131:22
**demand** [1] - 158:5
**demeanor** [2] - 7:12, 8:11
**demonstrate** [1] - 87:18
**demonstrated** [1] - 85:14
**demonstrating** [1] - 87:12
**demonstration** [4] - 83:2, 83:13, 86:18, 86:19
**denied** [2] - 169:5, 169:12
**Denzeel** [1] - 139:5
**Department** [2] - 30:7, 206:18
**dependent** [2] - 97:17, 218:8
**depicted** [2] - 18:11, 129:20
**depicts** [1] - 22:10
**deported** [1] - 54:5
**deposit** [3] - 156:1, 165:21, 166:3
**deposited** [1] - 164:4
**deposits** [1] - 166:7
**Depot** [2] - 194:3, 194:15
**Deputy** [1] - 138:12
**DEPUTY** [18] - 15:15, 15:18, 28:20, 29:6, 111:15, 112:1, 115:20, 137:13, 137:25, 143:14, 143:25, 150:15, 151:1, 184:12, 184:23, 216:18, 244:15, 245:2
**deputy** [1] - 97:22
**derived** [3] - 129:4, 129:5, 172:12
**descent** [1] - 63:17
**describe** [5] - 34:15,

123:16, 148:11, 229:18, 269:22

**described** [1] - 115:10

**describing** [3] - 182:16, 267:13, 268:6

**design** [2] - 113:8, 114:1

**designate** [1] - 126:7

**designated** [2] - 47:17, 48:4

**designation** [3] - 99:15, 136:6, 137:4

**designations** [1] - 125:11

**desire** [2] - 232:12, 232:16

**despite** [1] - 168:7

**destination** [2] - 188:6, 219:20

**destinations** [1] - 235:16

**destroyed** [1] - 57:8

**destroying** [1] - 7:18

**detail** [2] - 10:7, 116:9

**detailed** [1] - 121:22

**details** [2] - 178:14, 186:24

**detained** [1] - 103:4

**determination** [2] - 101:6, 101:7

**determine** [11] - 8:6, 60:1, 63:25, 105:22, 105:24, 125:16, 129:19, 138:24, 139:22, 156:9, 158:19

**develop** [2] - 113:9, 145:8

**developed** [2] - 65:3, 129:4

**device** [30] - 97:22, 113:10, 113:11, 113:12, 114:9, 114:10, 114:25, 115:17, 120:2, 120:14, 124:17, 128:15, 131:16, 131:18, 131:20, 133:2, 133:13, 133:14, 133:22, 134:15, 135:3, 135:6, 135:7, 135:21, 136:16, 201:13, 201:14, 219:1, 219:17, 233:16

**devices** [5] - 113:17, 114:20, 115:9, 120:18, 128:15

**diagnostic** [1] -

114:23

**diagnostics** [1] - 114:21

**diagrams** [1] - 116:2

**dialects** [2] - 63:22, 65:4

**diamonds** [1] - 159:4

**Dick** [1] - 197:21

**difference** [4] - 58:23, 164:15, 164:20, 186:12

**different** [23] - 16:13, 32:2, 32:3, 38:12, 66:18, 66:23, 68:3, 88:15, 92:13, 92:16, 92:18, 108:25, 110:7, 127:6, 129:1, 129:2, 191:4, 195:7, 199:25, 243:8, 267:3, 272:10

**differently** [1] - 66:24

**difficult** [3] - 19:5, 204:18, 262:6

**difficulty** [1] - 174:11

**digit** [1] - 237:23

**dimensional** [2] - 118:12, 118:18

**direct** [6] - 7:17, 8:18, 22:8, 23:12, 25:10, 78:2

**DIRECT** [16] - 3:7, 3:11, 3:14, 3:18, 3:21, 3:24, 4:2, 4:6, 29:13, 82:22, 112:9, 138:8, 144:6, 151:10, 185:12, 245:9

**direction** [2] - 260:15, 260:16

**directions** [7] - 179:21, 179:25, 180:8, 257:3, 257:6, 257:9, 257:14

**disclosure** [1] - 23:10

**discovered** [3] - 140:22, 199:21, 199:24

**discovery** [1] - 22:16

**discuss** [9] - 22:15, 71:5, 96:24, 97:21, 97:23, 171:5, 221:2, 222:2, 222:14

**discussed** [7] - 128:25, 142:20, 165:22, 171:16, 171:18, 233:24

**discussing** [3] - 81:17, 83:14, 153:9

**discussion** [2] - 159:6, 172:6

**DISCUSSION** [10] - 7:10, 10:16, 21:2, 28:1, 167:18, 170:24, 182:12, 184:10, 243:19, 244:5

**discussions** [2] - 103:6, 147:6

**dispatch** [2] - 191:18, 195:1

**dispatched** [1] - 252:6

**dispatcher** [3] - 196:3, 252:8, 256:8

**dispatching** [1] - 190:3

**displays** [1] - 120:10

**disposition** [1] - 121:24

**distance** [4] - 37:24, 118:10, 118:16

**distinction** [1] - 253:15

**distinctions** [1] - 65:10

**distribute** [7] - 107:15, 107:17, 107:19, 107:20, 107:21, 107:23, 226:22

**distribute"** [1] - 107:16

**District** [1] - 2:5

**DISTRICT** [3] - 1:1, 1:1, 1:13

**disturbing** [4] - 86:6, 87:13, 87:22, 95:6

**division** [2] - 194:8, 194:9

**divisions** [1] - 194:7

**DOAR** [1] - 115:23

**dock** [7] - 197:15, 198:8, 214:24, 222:18, 234:1, 243:4, 243:7

**docks** [2] - 242:17, 242:18

**doctrine** [2] - 38:18, 38:21

**document** [14] - 39:12, 39:16, 51:8, 59:25, 90:15, 91:24, 149:6, 162:25, 166:2, 206:23, 206:24, 221:19, 238:19, 239:3

**documentation** [1] - 165:19

**documented** [2] - 93:9, 93:23

**documents** [6] - 147:16, 153:4, 153:5,

153:8, 160:15, 163:25

**dog** [33] - 42:17, 42:25, 43:8, 43:11, 43:14, 44:13, 44:16, 44:21, 45:10, 46:9, 46:10, 74:7, 74:10, 74:11, 77:24, 81:5, 81:7, 81:8, 181:9, 267:21, 267:22, 267:25, 268:1, 268:3, 268:14, 268:15, 269:3, 269:12, 281:5, 281:23

**dogs** [1] - 269:5

**dollar** [2] - 166:3, 242:15

**dollars** [7] - 140:12, 152:21, 159:20, 159:24, 165:20, 166:10, 242:16

**done** [19] - 5:19, 20:15, 24:15, 61:9, 79:23, 98:3, 99:3, 101:22, 167:24, 176:11, 193:23, 197:6, 197:8, 198:23, 202:23, 211:4, 229:2, 229:8, 233:3

**door** [39] - 7:22, 12:11, 12:17, 12:19, 16:2, 16:5, 16:11, 16:14, 16:21, 19:2, 20:7, 24:24, 43:23, 48:3, 82:25, 96:10, 115:2, 132:10, 198:3, 202:4, 202:14, 202:15, 202:20, 202:21, 202:22, 202:24, 202:25, 203:4, 210:19, 213:13, 213:17, 230:25, 231:11, 241:5, 276:12, 285:9

**doors** [25] - 16:23, 19:2, 19:8, 22:1, 86:5, 87:13, 87:22, 95:5, 132:9, 198:8, 200:17, 200:22, 202:17, 209:23, 209:24, 210:9, 210:11, 213:1, 215:11, 231:7, 232:20, 232:23, 253:24, 253:25, 254:17

**DOT** [1] - 189:18

**double** [3] - 93:19, 176:17, 262:23

**doubt** [2] - 73:11, 86:24

**dough** [17] - 22:2,

177:16, 177:21, 177:23, 208:6, 208:15, 208:18, 225:4, 225:19, 226:3, 227:10, 228:10, 255:6, 256:4, 272:4, 275:24, 284:24

**Dover** [1] - 187:16

**down** [55] - 28:16, 39:24, 40:1, 44:20, 48:17, 53:17, 53:21, 54:3, 55:3, 55:9, 56:12, 65:6, 67:2, 69:19, 69:23, 75:3, 82:4, 88:10, 96:18, 124:13, 136:9, 136:10, 137:8, 143:10, 150:11, 158:1, 158:3, 167:4, 175:17, 175:18, 180:3, 187:5, 201:14, 203:18, 204:19, 216:12, 216:16, 217:25, 229:4, 237:23, 255:23, 256:20, 256:24, 260:14, 264:14, 264:17, 264:19, 265:8, 271:4, 273:2, 275:4, 279:22, 282:5, 285:8

**draft** [1] - 68:18

**draw** [4] - 117:3, 117:11, 117:18, 118:2

**drawing** [1] - 116:2

**drill** [3] - 210:16, 211:1, 211:2

**drive** [14] - 53:11, 175:19, 176:1, 176:16, 177:12, 178:7, 185:25, 196:10, 196:20, 261:14, 261:18, 261:20, 284:22, 285:23

**driven** [3] - 185:20, 214:14, 246:11

**driver** [62] - 7:12, 121:4, 175:10, 186:4, 186:10, 186:13, 186:15, 186:19, 186:22, 187:4, 190:21, 194:7, 195:12, 195:20, 195:25, 196:2, 196:16, 196:20, 198:12, 205:21, 207:5, 207:23, 214:16, 215:4, 215:13, 215:16,

215:18, 215:25, 216:9, 217:2, 217:3, 217:6, 218:6, 218:9, 218:15, 218:16, 219:2, 219:9, 222:24, 233:25, 235:12, 235:15, 238:6, 239:22, 242:20, 243:4, 247:3, 247:10, 248:20, 249:1, 249:4, 249:5, 260:13, 262:16, 268:1, 269:20, 277:6, 277:17, 279:3, 279:15, 282:9

**driver's** [14] - 136:8, 175:9, 215:8, 221:3, 235:10, 235:21, 239:8, 239:21, 240:5, 240:13, 261:9, 268:12, 268:16, 268:19

**drivers** [20] - 62:21, 121:5, 134:23, 178:3, 182:17, 186:16, 189:12, 190:16, 190:17, 193:25, 194:21, 197:15, 208:12, 234:8, 234:17, 234:23, 235:21, 237:14, 243:7, 255:22

**drives** [1] - 249:6

**driving** [19] - 176:19, 180:3, 185:15, 186:6, 187:2, 198:14, 216:7, 235:8, 235:23, 239:25, 240:21, 249:9, 254:21, 257:7, 257:8, 257:10, 258:9, 262:6, 262:10

**drop** [6] - 22:4, 136:9, 136:10, 178:15, 207:7, 234:8

**dropped** [3] - 116:22, 117:4, 177:4

**drove** [3] - 175:7, 187:5, 246:20

**Drug** [2] - 112:17, 141:12

**drug** [3] - 61:23, 62:1, 110:3

**Drugs** [1] - 109:23

**drugs** [7] - 21:23, 80:11, 80:16, 80:21, 90:8, 110:8, 221:11

**Dubois** [11] - 138:22, 138:25, 139:7, 140:5, 140:18, 140:24, 144:21, 144:23,

147:5, 147:8, 148:6

**duct** [1] - 230:15

**due** [2] - 197:15, 219:25

**duly** [7] - 29:3, 111:23, 137:22, 143:22, 150:23, 184:20, 244:23

**Duralia** [4] - 94:8, 110:16, 112:17, 141:12

**duration** [1] - 27:4

**during** [27] - 7:15, 10:22, 16:6, 23:3, 25:10, 32:10, 74:3, 78:2, 110:3, 129:19, 134:24, 138:24, 139:15, 139:22, 140:2, 140:8, 140:21, 147:12, 155:3, 182:21, 187:21, 201:22, 219:6, 219:11, 236:3, 247:6, 286:11

**duty** [14] - 138:18, 235:22, 235:24, 236:7, 236:8, 238:15, 239:3, 239:7, 239:9, 240:2, 240:5, 240:6, 240:13, 240:20

## E

**EAJ** [1] - 1:2

**early** [17] - 42:9, 77:13, 96:22, 97:8, 171:3, 173:25, 177:4, 178:11, 178:13, 181:14, 219:21, 219:24, 220:2, 275:8, 275:10, 275:15, 275:16

**earn** [1] - 261:11

**earphones** [2] - 68:17, 69:10

**earshot** [1] - 159:16

**earth** [4] - 116:15, 119:14, 125:19

**ease** [1] - 86:5

**easier** [5] - 59:7, 118:14, 126:6, 126:9, 223:22

**easily** [7] - 16:24, 17:17, 20:11, 21:24, 45:20, 88:20, 204:9

**East** [1] - 121:11

**east** [2] - 177:12, 263:7

**easy** [8] - 16:17,

17:11, 40:9, 46:6, 89:1, 211:18, 224:6, 230:12

**eat** [7] - 53:5, 76:17, 208:14, 208:16, 231:19, 232:1, 255:17

**eating** [1] - 255:23

**echo** [1] - 168:9

**educated** [1] - 63:14

**education** [1] - 30:19

**effect** [3] - 72:19, 109:1, 171:12

**ego** [1] - 156:3

**eight** [3] - 147:1, 178:8, 187:14

**eighteen** [1] - 138:17

**eighty** [1] - 147:2

**either** [16] - 6:15, 21:8, 38:10, 101:20, 110:10, 119:3, 133:8, 164:14, 166:13, 167:21, 168:23, 196:4, 206:23, 207:15, 218:11, 229:5

**elaborate** [1] - 226:8

**element** [2] - 105:13, 106:2

**elements** [1] - 169:6

**eleven** [1] - 147:1

**elicit** [1] - 110:16

**eliminate** [2] - 102:6, 103:14

**eloquent** [1] - 168:10

**emerge** [1] - 132:21

**emphasis** [1] - 108:1

**emphasize** [1] - 51:18

**employ** [1] - 194:16

**employed** [1] - 138:15

**employees** [2] - 195:1, 195:2

**employment** [3] - 31:20, 144:13, 151:13

**empty** [2] - 199:1, 261:21

**en** [1] - 88:10

**encounter** [6] - 8:3, 8:12, 10:22, 97:23, 138:24, 139:15

**encountered** [1] - 6:13

**end** [22] - 39:2, 72:12, 79:3, 98:19, 106:15, 156:7, 157:9, 162:2, 162:7, 168:13, 198:4, 200:2, 201:15, 203:12, 203:22, 203:23, 204:2, 204:5, 204:7, 219:4, 256:15,

285:1

**endedly** [1] - 262:20

**Enforcement** [2] - 112:18, 141:12

**enforcement** [10] - 86:20, 87:2, 87:4, 114:5, 206:18, 206:22, 277:2, 278:22, 280:13, 285:10

**engine** [1] - 114:21

**engineering** [1] - 114:1

**English** [16] - 30:24, 37:14, 38:4, 60:2, 60:4, 60:12, 64:23, 64:25, 65:17, 65:19, 174:22, 245:25, 279:15, 279:16, 280:1, 280:2

**enhanced** [1] - 106:10

**enlarge** [2] - 13:23, 154:6

**enter** [1] - 246:22

**entered** [5] - 18:22, 26:4, 101:21, 209:9, 209:16

**ENTERED** [1] - 71:14

**Enterprises** [1] - 195:6

**entertainment** [1] - 179:12

**Entertainment** [1] - 149:16

**entire** [13] - 12:13, 12:20, 16:18, 39:8, 39:12, 39:16, 51:14, 225:14, 236:3, 236:6, 236:24, 247:6, 247:7

**entitled** [3] - 26:13, 108:21, 109:23

**episode** [1] - 7:18

**equipment** [5] - 19:4, 22:23, 189:16, 189:25, 233:12

**especially** [2] - 12:9, 201:10

**essential** [2] - 106:1, 169:6

**essentially** [4] - 33:10, 116:17, 118:5, 129:11

**establish** [1] - 110:15

**establishes** [1] - 105:14

**et** [2] - 60:12, 147:6

**Europe** [1] - 121:11

**evening** [1] - 112:13

**EVENS** [3] - 1:7, 4:5, 244:22

**Evens** [6] - 238:4, 239:22, 239:25, 240:15, 245:6

**evens** [1] - 183:10

**event** [1] - 226:5

**eventually** [4] - 72:3, 261:23, 261:24, 263:6

**evidence** [24] - 10:9, 13:15, 15:9, 18:15, 26:2, 26:13, 26:18, 36:3, 39:9, 39:13, 83:17, 123:6, 127:13, 153:13, 168:7, 168:23, 169:3, 169:10, 174:8, 174:18, 180:25, 201:20, 209:8, 247:4

**EVIDENCE** [7] - 15:24, 18:18, 36:9, 83:22, 123:10, 127:18, 153:18

**evolution** [1] - 213:12

**ex** [2] - 87:2, 87:4

**exact** [1] - 132:17

**exactly** [9] - 32:14, 35:8, 64:10, 70:2, 70:19, 118:4, 120:21, 133:11, 266:21

**EXAMINATION** [48] - 3:4, 3:5, 3:6, 3:7, 3:8, 3:9, 3:11, 3:12, 3:13, 3:14, 3:15, 3:16, 3:18, 3:19, 3:20, 3:21, 3:22, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:6, 6:7, 18:1, 20:4, 29:13, 58:16, 80:7, 82:22, 84:9, 96:3, 112:9, 131:13, 135:17, 138:8, 141:21, 142:17, 144:6, 149:8, 151:10, 160:13, 165:1, 185:12, 220:14, 241:21, 245:9

**examination** [19] - 5:23, 7:17, 25:9, 28:8, 39:10, 39:15, 58:9, 94:19, 97:18, 126:15, 127:10, 129:17, 131:11, 139:22, 141:19, 149:4, 160:9, 186:5, 220:11

**examine** [3] - 126:11, 126:14, 153:2

**examined** [10] - 6:6, 29:5, 82:19, 111:25, 137:24, 143:24,

150:25, 184:22, 221:19, 244:25
**examining** [1] - 9:8
**example** [9] - 59:24, 61:3, 64:22, 69:18, 70:9, 70:12, 81:16, 81:19, 116:19
**examples** [2] - 204:11, 209:6
**except** [4] - 70:3, 100:6, 118:6, 152:8
**excerpts** [1] - 39:13
**excited** [1] - 147:10
**exclusive** [1] - 148:25
**exclusively** [1] - 194:5
**excuse** [11] - 70:11, 102:15, 107:24, 159:25, 197:21, 208:14, 249:24, 251:9, 260:1, 272:9, 285:9
**excused** [8] - 82:7, 137:9, 150:10, 150:12, 167:7, 167:8, 243:14, 286:16
**Exhibit** [58] - 13:16, 14:19, 14:23, 15:9, 15:21, 18:4, 18:15, 35:14, 35:16, 35:23, 83:8, 83:17, 122:21, 122:23, 126:18, 126:20, 127:1, 127:5, 127:14, 127:21, 127:25, 128:22, 128:24, 129:25, 130:6, 130:7, 130:18, 131:1, 135:24, 136:4, 136:5, 136:18, 137:1, 137:3, 146:13, 146:16, 146:17, 148:4, 153:3, 153:13, 201:21, 205:14, 208:5, 212:9, 216:12, 221:13, 223:10, 229:16, 237:25, 238:2, 239:15, 239:18, 257:17, 257:24, 258:2, 270:8
**exhibit** [14] - 23:11, 24:4, 126:25, 135:25, 136:19, 149:12, 153:21, 153:22, 154:8, 238:10, 238:18, 239:22, 239:24, 276:7
**EXHIBIT** [9] - 15:24, 18:18, 83:22, 84:1, 123:10, 127:18,

153:18, 212:14, 258:4
**Exhibits** [3] - 34:9, 36:4, 240:24
**EXHIBITS** [3] - 4:9, 4:14, 36:8
**exhibits** [2] - 135:23, 135:24
**existence** [1] - 23:15
**exit** [1] - 180:15
**Exit** [1] - 255:16
**exited** [1] - 10:24
**expect** [4] - 97:19, 222:24, 227:24, 234:23
**expects** [1] - 174:8
**experience** [15] - 8:5, 87:5, 186:21, 186:25, 187:21, 199:16, 200:8, 201:23, 216:6, 219:20, 226:24, 230:4, 232:8, 234:14, 254:14
**expert** [10] - 22:12, 23:6, 23:7, 169:20, 169:23, 170:9, 178:1, 182:15, 183:20, 220:25
**expertise** [2] - 24:4, 24:8
**explain** [10] - 12:8, 66:3, 115:12, 116:7, 116:10, 221:6, 222:10, 247:16, 262:5, 285:15
**explained** [3] - 119:18, 259:23, 281:16
**explanation** [2] - 8:13, 118:12
**explore** [2] - 10:7, 11:5
**explored** [2] - 10:3, 11:16
**export** [2] - 158:2, 162:3
**exported** [3] - 155:25, 157:10, 157:23
**exporters** [2] - 158:3, 158:18
**extra** [2] - 228:8, 228:25
**extremely** [3] - 19:5, 159:4, 164:10
**eyesight's** [1] - 224:8

# F

**face** [2] - 99:22, 159:5
**faced** [1] - 106:5
**facilitated** [2] - 152:4, 152:6
**facilities** [3] - 179:5, 179:6, 179:8
**facility** [5] - 222:21, 234:4, 234:13, 234:24, 242:19
**fact** [13] - 7:16, 8:5, 20:9, 23:11, 24:9, 25:4, 91:8, 182:23, 183:9, 225:3, 227:6, 228:4, 232:1
**factor** [2] - 12:4, 162:3
**facts** [4] - 85:20, 89:9, 93:6, 93:10
**Fahrenheit** [1] - 217:4
**fair** [10] - 59:1, 65:13, 67:12, 93:13, 116:8, 209:7, 209:11, 229:14, 243:5, 243:10
**falls** [1] - 273:12
**familiar** [16] - 86:4, 86:7, 86:10, 115:8, 146:10, 147:23, 151:19, 163:25, 186:9, 224:21, 231:16, 233:7, 233:13, 235:10, 262:13, 272:24
**familiarity** [1] - 165:5
**family** [3] - 175:19, 175:24, 176:5
**famous** [1] - 60:7
**fan** [1] - 188:22
**far** [13] - 8:18, 12:5, 24:21, 28:10, 30:11, 54:17, 96:10, 97:7, 99:5, 194:17, 210:8, 224:16, 226:7
**Farragut** [1] - 67:22
**fashion** [2] - 160:5, 169:7
**fashioned** [1] - 136:1
**father** [3] - 175:13, 175:15, 176:4
**favorable** [1] - 169:4
**February** [1] - 151:19
**federal** [1] - 94:11
**feed** [1] - 125:18
**feet** [1] - 128:14, 128:20, 262:19, 266:12

**fellow** [1] - 164:3
**female** [4] - 147:15, 151:21, 152:7, 157:16
**few** [6] - 111:11, 176:1, 176:9, 177:4, 177:8, 212:20
**field** [1] - 30:8
**fifth** [8] - 103:10, 103:18, 103:21, 104:10, 104:14, 153:21, 154:3
**fifty** [1] - 140:12
**fifty-four** [1] - 140:12
**figure** [6] - 22:21, 72:21, 148:22, 166:7, 237:22, 260:8
**fill** [4] - 215:20, 236:7, 236:10, 247:6
**filled** [3] - 162:25, 247:11, 249:3
**filling** [1] - 249:1
**film** [2] - 24:10, 24:20
**final** [7] - 33:10, 67:16, 69:13, 70:7, 81:19, 145:17, 284:16
**finally** [2] - 56:10, 175:6
**financed** [1] - 147:3
**fine** [6] - 37:21, 162:9, 170:13, 227:4, 283:16, 283:19
**finger** [1] - 116:3
**finish** [3] - 71:25, 244:1, 246:21
**finished** [2] - 7:17, 250:15
**firms** [1] - 113:19
**first** [50] - 6:13, 18:25, 23:14, 25:25, 30:19, 42:13, 51:23, 53:19, 106:12, 108:15, 127:12, 135:25, 145:19, 148:3, 148:4, 152:15, 153:3, 153:20, 157:13, 170:5, 182:4, 182:25, 195:11, 202:14, 211:9, 238:9, 239:24, 246:18, 247:17, 247:20, 247:22, 248:1, 248:4, 251:6, 254:7, 255:14, 255:16, 257:17, 258:22, 259:1, 261:18, 261:20, 262:17, 262:22, 263:4, 263:14, 268:15, 269:18, 271:11

**fit** [2] - 210:3, 228:16
**five** [13] - 93:14, 93:16, 93:22, 98:21, 127:6, 128:24, 131:1, 173:18, 175:15, 187:6, 193:14, 217:8, 224:11
**fix** [5] - 119:7, 124:15, 128:19, 132:17, 279:11
**fixed** [3] - 123:2, 124:11, 128:17
**FL** [5] - 1:18, 1:21, 1:24, 2:3, 2:6
**flashlight** [1] - 43:16
**flatbed** [3] - 187:4, 187:5, 191:12
**fleet** [1] - 194:3
**flip** [1] - 203:9
**floor** [2] - 196:25, 225:8
**floorboard** [1] - 278:2
**FLORIDA** [1] - 1:1
**Florida** [47] - 2:6, 12:9, 52:25, 86:20, 86:24, 87:17, 91:13, 91:15, 91:18, 91:20, 92:1, 92:7, 92:10, 92:23, 140:23, 141:8, 151:15, 156:5, 157:25, 158:2, 175:18, 176:7, 176:16, 177:13, 177:17, 178:6, 178:10, 178:15, 178:23, 180:2, 180:24, 181:3, 185:24, 187:5, 187:14, 187:16, 188:21, 188:22, 189:5, 206:25, 246:15, 246:16, 247:14, 253:18, 254:23, 255:4, 255:5
**flowers** [1] - 252:25
**flowery** [1] - 66:21
**flush** [1] - 78:3
**Flying** [1] - 179:3
**focus** [4] - 21:17, 127:2, 195:11, 198:25
**Focus** [1] - 55:8
**focused** [1] - 177:3
**fog** [3] - 12:4, 12:13, 12:22
**folks** [1] - 64:25
**follow** [6] - 36:15, 141:7, 141:11, 190:15, 258:25, 277:9
**follow-up** [2] - 141:7,

141:11
**followed** [1] - 279:5
**following** [3] - 40:5, 276:19, 282:9
**FOLLOWING** [5] - 7:9, 21:1, 167:17, 182:11, 243:18
**FOLLOWS** [7] - 10:18, 28:2, 71:11, 171:1, 172:23, 184:11, 244:7
**follows** [11] - 6:6, 29:5, 82:19, 111:25, 137:24, 143:24, 150:25, 184:22, 188:5, 245:1, 275:9
**font** [3] - 93:17, 93:20, 93:22
**food** [5] - 197:19, 201:6, 224:25, 225:5, 226:1
**Foods** [2] - 251:15, 251:17
**FOR** [1] - 1:1
**Ford** [1] - 213:17
**foregoing** [1] - 286:24
**foreign** [3] - 36:11, 36:24, 158:9
**form** [3] - 92:18, 107:11, 156:13
**formal** [1] - 29:22
**format** [5] - 92:2, 92:9, 92:12, 92:13, 92:17
**former** [1] - 144:13
**forms** [3] - 106:6, 107:5, 236:2
**formula** [1] - 129:4
**Fort** [2] - 21:21, 140:1
**forth** [7] - 186:17, 187:13, 194:10, 194:14, 194:23, 197:17, 218:24
**fortunately** [2] - 165:13, 175:12
**forward** [2] - 137:14, 174:19
**foundation** [3] - 11:4, 24:12, 156:20
**four** [13] - 92:14, 97:18, 103:22, 118:23, 118:24, 119:1, 119:4, 119:11, 124:14, 128:18, 128:19, 140:12, 222:18
**fourth** [3] - 106:25, 274:12, 275:4

**frame** [1] - 134:24
**Francisco** [1] - 191:10
**Franklin** [1] - 256:22
**freezer** [1] - 285:2
**freezing** [1] - 12:6
**French** [4] - 30:13, 64:5, 64:15, 64:16
**Friday** [1] - 256:5
**friends** [1] - 175:22
**front** [21] - 41:7, 45:21, 45:23, 86:20, 91:2, 93:17, 116:1, 149:11, 154:9, 160:16, 208:25, 223:21, 226:16, 227:6, 227:13, 227:25, 228:1, 229:4, 265:12, 274:3
**frozen** [9] - 11:17, 177:15, 225:3, 225:8, 255:5, 256:3, 271:24, 272:4, 284:24
**fuck** [1] - 48:24
**full** [7] - 55:7, 67:20, 67:24, 102:5, 104:21, 225:19, 226:14
**fully** [1] - 10:2, 133:6, 274:8
**fun** [1] - 275:19
**funny** [1] - 65:8
**furnished** [1] - 99:12
**furniture** [1] - 187:12
**future** [1] - 106:4

## G

**G-O-L-D-E-N** [1] - 138:5
**game** [2] - 61:4, 61:6
**gas** [2] - 187:17, 237:12
**gen** [3] - 274:7, 274:13, 274:18
**general** [4] - 128:4, 151:14, 160:20, 189:11
**generally** [7] - 11:20, 30:9, 34:21, 190:20, 204:13, 215:1, 215:12
**generate** [3] - 90:18, 92:22, 125:8
**generated** [4] - 91:8, 91:12, 92:1, 206:20
**gentleman** [19] - 21:23, 86:23, 87:1, 142:3, 152:13, 152:14, 154:15, 154:19, 155:21,

156:1, 156:25, 157:14, 157:15, 160:4, 165:24, 166:15, 167:1, 211:24
**gentleman's** [1] - 158:16
**gentlemen** [20] - 5:9, 38:9, 38:10, 71:6, 85:21, 97:25, 99:8, 99:11, 111:10, 169:15, 170:3, 171:3, 173:25, 174:11, 181:16, 182:1, 249:12, 270:4, 270:7, 286:4
**geographical** [1] - 115:10
**Georgia** [10] - 52:5, 247:21, 247:23, 248:1, 248:3, 248:10, 248:11, 248:12, 248:14, 249:15
**Germany** [1] - 65:2
**given** [17] - 22:11, 25:11, 79:17, 92:2, 98:2, 100:15, 109:1, 109:7, 110:5, 179:14, 182:15, 191:24, 209:6, 219:6, 236:3, 262:4, 282:20
**glove** [1] - 140:22
**gloves** [4] - 44:19, 44:23, 45:5, 45:12
**God** [10] - 28:25, 49:16, 50:2, 52:4, 111:20, 137:19, 143:19, 150:20, 184:17, 244:20
**Golden** [6] - 97:23, 137:12, 138:4, 141:23, 141:25, 143:11
**GOLDEN** [2] - 3:17, 137:21
**goods** [1] - 87:23, 88:4, 88:9, 88:11, 89:1, 89:18, 89:20, 187:8, 227:18, 254:23
**Google** [1] - 125:18
**government** [45] - 14:21, 23:10, 25:6, 36:2, 82:10, 83:16, 83:20, 84:17, 84:21, 84:25, 94:11, 97:14, 101:11, 108:5, 169:4, 174:5, 177:3, 187:12, 187:24, 188:9, 200:20, 213:2, 241:4, 241:23, 247:4, 247:9, 248:19, 248:22,

259:2, 270:9, 271:4, 274:1, 275:8, 278:10, 278:13, 280:22, 282:8, 282:12, 283:1, 283:4, 283:16, 283:22, 284:6, 285:11, 285:12
**Government** [2] - 1:16, 30:5
**Government's** [51] - 13:16, 14:19, 14:23, 15:8, 15:21, 18:11, 34:8, 35:14, 35:16, 35:23, 36:3, 83:8, 83:17, 122:20, 122:23, 123:6, 126:18, 126:20, 127:1, 127:14, 127:21, 127:24, 128:22, 128:24, 130:18, 131:1, 135:24, 136:4, 136:5, 136:18, 136:25, 137:3, 146:13, 146:16, 146:17, 148:4, 153:2, 153:12, 201:20, 205:14, 208:4, 221:12, 223:10, 229:16, 237:24, 238:2, 239:18, 240:24, 257:16, 271:2, 276:7
**government's** [3] - 149:12, 168:7, 272:12
**GPS** [22] - 97:22, 114:13, 115:9, 115:13, 116:11, 116:12, 118:5, 118:7, 118:23, 119:2, 119:25, 120:3, 120:8, 120:19, 120:20, 121:6, 124:4, 124:14, 126:23, 128:19, 233:15, 233:16
**grade** [5] - 197:19, 201:6, 224:25, 225:5, 226:1
**grammar** [2] - 60:4, 64:13
**grammatical** [1] - 104:2
**grammatically** [1] - 106:18
**grant** [1] - 8:20
**great** [1] - 89:5
**Greek** [1] - 60:10
**green** [4] - 158:5, 158:11, 158:14, 218:11
**Gregory** [4] - 32:17,

33:1, 68:9, 72:1
**grooved** [1] - 203:12
**ground** [1] - 266:12
**Group** [2] - 1:22, 31:24
**grow** [1] - 63:19
**Guantanamo** [2] - 31:3, 31:13
**guess** [11] - 87:11, 91:13, 103:4, 130:1, 131:25, 189:1, 199:18, 208:24, 217:16, 231:25, 254:11
**guided** [1] - 38:13
**guilt** [2] - 106:3, 106:4
**guilty** [3] - 56:9, 104:15, 169:11
**guy** [17] - 44:22, 45:4, 45:9, 47:7, 48:17, 54:15, 147:14, 179:15, 198:5, 203:8, 211:9, 276:15, 276:21, 283:23, 283:24, 284:3
**guys** [26] - 41:18, 41:21, 47:9, 48:14, 50:12, 51:25, 52:4, 52:9, 53:16, 53:20, 54:25, 55:3, 55:6, 55:9, 55:10, 55:19, 56:17, 57:3, 62:7, 79:17, 88:3, 194:16, 194:25, 236:23, 280:13

## H

**Haiti** [18] - 30:18, 30:19, 62:24, 63:3, 63:9, 63:15, 63:17, 63:23, 64:6, 65:12, 174:20, 175:15, 175:20, 175:24, 176:9, 178:17, 278:20
**Haitian** [2] - 32:21, 63:17
**Haitians** [1] - 64:12
**half** [1] - 228:8
**halfway** [3] - 39:24, 40:1, 271:4
**hand** [25] - 13:4, 13:21, 17:8, 28:21, 59:16, 99:15, 111:16, 136:9, 137:15, 143:15, 148:21, 150:16, 154:7, 160:22, 161:1,

162:17, 163:10, 184:13, 211:25, 244:16, 262:7, 263:5, 263:6, 263:7

**hand-in-hand** [1] - 59:16

**handcuffed** [5] - 73:19, 73:23, 74:4, 267:7, 281:11

**handcuffs** [5] - 12:18, 265:8, 265:9, 265:12, 267:2

**handed** [1] - 34:7

**handle** [2] - 213:17, 222:19

**handling** [1] - 190:3

**hands** [1] - 179:20

**handwriting** [1] - 147:22

**happy** [1] - 270:20

**hard** [7] - 45:19, 53:1, 56:6, 125:22, 174:22, 180:6, 216:15

**Hardaway** [4] - 174:19, 179:20, 238:4, 238:7

**HARDAWAY** [1] - 1:8

**Harry** [1] - 197:21

**hasp** [1] - 203:4

**haul** [12] - 175:9, 178:2, 186:10, 186:13, 186:15, 186:19, 186:21, 186:22, 194:18, 247:2, 254:20

**hauled** [2] - 187:25, 188:8

**hauling** [5] - 87:24, 88:3, 187:8, 197:19, 272:5

**Haven** [2] - 208:10, 208:13

**head** [9] - 72:10, 113:5, 177:12, 178:16, 237:22, 260:18, 263:5, 263:7, 266:5

**headed** [2] - 124:10, 176:24

**heading** [12] - 123:1, 124:5, 124:9, 129:1, 129:3, 129:5, 129:8, 129:9, 129:10, 129:16, 251:7

**headquartered** [1] - 32:3

**health** [1] - 121:25

**hear** [16] - 32:14, 34:25, 36:22, 37:18, 38:7, 67:17, 76:21,

99:18, 99:19, 159:15, 172:1, 174:12, 174:16, 178:1, 182:2, 182:24

**heard** [15] - 33:18, 70:14, 74:8, 74:9, 74:10, 171:23, 178:25, 179:24, 252:13, 253:23, 255:9, 255:14, 255:16, 258:6, 258:8

**hearsay** [1] - 159:11

**heat** [1] - 217:22

**heavily** [1] - 53:10

**heavy** [3] - 16:23, 19:2, 227:11

**heavy)** [1] - 50:17

**Hebrew** [1] - 60:9

**HELD** [5] - 7:10, 21:2, 167:18, 182:12, 243:19

**hell** [1] - 52:2

**hello** [1] - 258:10

**help** [22] - 28:25, 52:1, 59:13, 64:11, 67:1, 67:3, 73:11, 94:10, 111:20, 117:1, 137:19, 143:19, 150:20, 184:17, 197:2, 205:2, 214:21, 223:9, 242:21, 243:11, 244:20, 247:2

**helpful** [4] - 38:6, 72:23, 73:2, 73:9

**helping** [2] - 58:21, 205:10

**helps** [3] - 9:20, 98:13, 246:24

**hence** [1] - 88:4

**heroic** [1] - 67:25

**herself** [2] - 151:22, 157:17

**Hershey** [2] - 200:1, 200:5

**hidden** [1] - 9:22

**hide** [3] - 49:22, 219:1, 231:13

**hideaway** [1] - 188:13

**hiding** [1] - 46:7

**high** [7] - 92:21, 156:7, 189:8, 214:2, 224:11, 227:11, 227:12

**highlighted** [3] - 101:15, 101:17, 101:18

**Highway** [11] - 86:20, 87:17, 91:13, 91:15, 91:21, 92:1, 92:8,

92:10, 180:2, 180:24, 181:3

**highway** [3] - 119:20, 195:8, 202:24

**Hill** [1] - 175:4

**Hillsborough** [1] - 196:10

**himself** [4] - 86:25, 144:21, 151:21, 157:15

**hinges** [4] - 16:20, 182:23, 210:9, 210:18

**hire** [7] - 56:6, 194:24, 194:25, 196:4, 197:2, 197:3, 197:5

**hired** [1] - 220:24

**Hispanic** [1] - 278:23

**hissing** [2] - 47:17, 52:6

**hissing)** [1] - 47:14

**hit** [1] - 224:18

**hold** [2] - 30:6, 270:14

**hole** [3] - 203:12, 208:23, 209:6

**holiday** [1] - 236:25

**Home** [2] - 194:3, 194:15

**home** [6] - 175:24, 186:20, 190:11, 194:17, 236:7, 236:8

**Honor** [146] - 5:11, 5:14, 5:15, 5:18, 5:22, 5:25, 6:2, 6:24, 7:3, 10:10, 11:7, 15:9, 16:10, 20:3, 23:21, 27:13, 28:3, 28:11, 29:12, 34:4, 36:3, 36:6, 36:10, 36:25, 38:15, 39:6, 39:19, 39:21, 53:24, 58:4, 58:6, 71:2, 71:23, 79:21, 80:4, 82:3, 82:20, 83:17, 84:6, 84:8, 94:21, 94:24, 96:1, 96:17, 97:18, 100:18, 101:10, 102:4, 102:16, 102:22, 102:25, 103:10, 103:15, 103:19, 103:21, 103:22, 104:3, 104:7, 104:21, 105:3, 105:6, 105:16, 106:24, 107:7, 107:10, 108:8, 108:9, 108:13, 109:13, 110:7, 110:22, 112:8, 122:16, 123:5, 123:8,

127:12, 127:16, 131:10, 131:12, 135:13, 135:16, 136:2, 136:22, 137:7, 138:7, 139:9, 141:18, 142:15, 143:9, 148:1, 148:12, 148:16, 149:3, 149:5, 150:9, 151:9, 152:24, 153:14, 153:16, 154:22, 154:25, 156:15, 156:21, 159:10, 160:7, 160:11, 167:3, 167:7, 167:11, 167:15, 168:16, 168:20, 169:2, 169:13, 169:19, 170:22, 171:15, 173:5, 173:9, 173:11, 174:10, 182:5, 182:9, 184:5, 184:7, 185:5, 185:11, 205:1, 213:6, 220:7, 220:13, 223:20, 241:16, 241:20, 244:13, 245:21, 251:11, 257:21, 259:10, 270:1, 271:1, 280:10, 282:21, 286:2, 286:14, 286:19

**HONORABLE** [1] - 1:13

**Honorable** [4] - 5:6, 5:7, 71:19, 172:25

**hope** [3] - 148:3, 222:22, 230:22

**horrible** [1] - 176:6

**hotel** [6] - 134:24, 140:23, 140:24, 177:5, 234:10, 234:13

**hour** [2] - 23:3, 69:18, 125:2, 129:14

**hours** [8] - 97:20, 178:8, 235:15, 238:21, 239:4, 240:14

**house** [4] - 49:17, 63:19, 195:17, 195:18

**household** [3] - 187:8, 188:9, 195:16

**Howard** [1] - 256:22

**huddling** [1] - 270:20

**huge** [1] - 217:14

**hugo** [1] - 107:7

**Hugo** [1] - 104:7

**HUGO** [1] - 1:19

**huh** [1] - 55:16

**humidity** [1] - 12:10

**humming** [1] - 82:13

**hundred** [5] - 147:1, 159:20, 159:23, 235:7

**Hunt's** [1] - 195:4

**hypothetical** [1] - 135:8

**hypothetically** [1] - 242:13

**I**

**I-75** [1] - 256:19

**ICC** [1] - 189:18

**ID** [4] - 122:25, 123:18, 123:23

**idea** [8] - 61:25, 69:8, 117:4, 117:20, 188:23, 199:12, 200:22, 284:23

**ideal** [1] - 186:20

**identical** [1] - 100:5

**identification** [11] - 14:19, 34:8, 83:8, 116:17, 118:22, 119:2, 119:5, 122:20, 141:5, 142:19, 146:13

**IDENTIFIED** [1] - 4:9

**identified** [8] - 33:20, 122:24, 138:21, 144:21, 151:20, 151:21, 154:24, 155:7

**identifier** [1] - 123:19

**identifies** [2] - 118:4, 124:8

**identify** [8] - 33:16, 34:2, 35:2, 35:6, 35:10, 123:21, 150:3, 205:12

**identifying** [2] - 120:21, 154:21

**idling** [1] - 114:22

**iffy** [1] - 70:6

**ignoring** [2] - 85:18, 85:19

**II** [2] - 104:25, 105:2

**imagine** [1] - 177:6, 180:5, 253:3

**imagined** [1] - 269:22

**imaging** [1] - 128:12

**immediate** [2] - 116:3, 229:24

**immediately** [4] - 109:17, 109:19, 136:10, 262:10

**Immunity** [2] - 108:22, 109:24

**immunity** [1] - 109:2

**important** [13] - 68:5, 77:4, 88:7, 88:13, 88:14, 90:13, 90:24, 93:3, 93:6, 93:10,

94:2, 96:14, 176:2
**importation** [1] - 94:13
**impose** [1] - 270:5
**impossibility** [1] - 209:3
**impossible** [4] - 70:20, 232:9, 232:18, 254:19
**impression** [1] - 160:2
**IN** [3] - 24:1, 71:17, 82:15
**inaudible** [20] - 34:25, 42:16, 42:19, 42:21, 43:6, 43:8, 43:10, 43:12, 43:13, 47:14, 48:11, 49:18, 49:25, 50:1, 52:4, 52:24, 53:8, 57:2, 57:5, 57:7
**inaudible** [18] - 43:7, 43:13, 43:16, 44:24, 45:6, 47:6, 48:14, 49:2, 49:3, 50:4, 50:18, 53:6, 54:6, 54:13, 54:22, 55:12, 56:23, 56:25
**inaudibles** [1] - 51:22
**inbound** [1] - 165:25
**incident** [6] - 81:25, 90:4, 91:5, 93:24, 94:1, 94:3
**inclined** [1] - 10:6
**include** [3] - 51:19, 109:21, 143:4
**included** [5] - 108:6, 109:11, 109:15, 109:18
**including** [1] - 165:8
**Incorporated** [1] - 89:10
**independent** [4] - 189:13, 190:17, 190:21, 192:11
**INDEX** [1] - 3:1
**Indians** [1] - 64:6
**indicate** [3] - 240:25, 242:7, 242:10
**indicated** [12] - 11:10, 13:12, 32:6, 84:17, 95:3, 121:7, 132:14, 135:19, 182:15, 216:6, 241:3, 242:10
**indicates** [1] - 238:12
**indicating)** [1] - 152:14

**indication** [6] - 19:13, 24:17, 48:2, 124:11, 129:3, 129:15
**indicator** [1] - 129:10
**indicators** [1] - 129:1
**Indictment** [4] - 107:11, 109:3, 109:4, 109:5
**individual** [8] - 32:16, 138:21, 139:6, 139:10, 147:8, 151:20, 152:16, 156:9
**individuals** [7] - 62:10, 62:20, 62:23, 66:17, 73:15, 77:15, 143:1
**Industries** [1] - 222:15
**industry** [4] - 187:1, 225:4, 229:9, 234:21
**industry's** [1] - 196:19
**inexperienced** [2] - 157:21, 159:17
**infers** [1] - 101:19
**inflection** [4] - 67:17, 67:18, 68:2, 68:6
**influence** [1] - 64:15
**influenced** [2] - 64:18, 64:21
**influences** [1] - 64:7
**informant** [1] - 257:17
**information** [15] - 59:13, 93:23, 115:9, 120:8, 120:23, 121:4, 121:6, 123:3, 124:18, 141:10, 179:1, 182:14, 182:23, 280:8
**informed** [1] - 12:1
**Informer** [1] - 108:22
**initial** [2] - 10:22, 145:16
**innocent** [1] - 8:13
**inquire** [13] - 25:6, 29:11, 74:17, 82:20, 112:7, 115:16, 138:6, 144:5, 151:8, 157:6, 185:4, 185:10, 245:8
**inquiring** [1] - 6:22
**inquiry** [7] - 8:24, 11:6, 17:20, 80:2, 114:5, 135:12, 142:14
**inside** [14] - 12:23, 20:13, 43:8, 47:10, 55:14, 55:18, 132:3, 142:23, 211:21, 218:7, 219:1, 226:21, 268:16, 278:2
**inspect** [1] - 12:20

**inspection** [1] - 206:25
**instance** [2] - 81:12, 128:11
**instead** [1] - 118:18
**Institute** [1] - 174:25
**instruction** [10] - 101:14, 102:7, 105:12, 105:18, 106:7, 108:17, 109:7, 109:15, 109:16, 110:5
**instructions** [9] - 98:18, 98:23, 99:13, 105:21, 105:24, 108:5, 108:7, 109:22, 174:14
**insufficient** [1] - 168:23
**insurance** [5] - 192:23, 192:24, 193:9, 193:11, 193:19
**insure** [1] - 89:19
**intact** [4] - 19:3, 19:9, 212:2, 215:10
**intend** [4] - 26:1, 39:7, 173:8, 263:13
**intent** [3] - 107:19, 107:21, 107:22
**intention** [1] - 107:15
**interaction** [1] - 7:14
**intercepted** [1] - 96:8
**intercepts** [1] - 206:19
**interdicting** [1] - 94:11
**interdiction** [1] - 90:8
**interest** [4] - 8:22, 171:20, 225:14, 225:17
**interesting** [1] - 141:2
**interface** [1] - 114:15
**interior** [1] - 12:13
**intermediary** [1] - 154:12
**intermediary's** [1] - 152:22
**intermediate** [1] - 131:25
**Internet** [4] - 114:15, 121:23, 190:23, 191:3
**interpret** [9] - 59:3, 59:10, 60:25, 66:9, 66:13, 68:6, 76:8, 78:22, 246:5
**interpretation** [11] - 8:2, 58:24, 60:16, 61:19, 62:2, 69:9,

72:20, 72:25, 75:14, 75:22, 81:11
**interpreter** [10] - 60:23, 67:1, 244:25, 245:22, 246:3, 246:5, 246:8, 253:14, 265:23
**INTERPRETER** [10] - 245:23, 250:1, 251:11, 252:20, 253:14, 254:24, 265:23, 274:9, 281:6, 284:16
**interpreting** [3] - 59:5, 59:13, 275:9
**interrupt** [3] - 82:12, 94:19, 99:17
**intersection** [6] - 13:7, 117:22, 118:3, 118:17, 180:16, 263:14
**interval** [1] - 120:15
**interview** [1] - 67:7
**INTO** [7] - 15:24, 18:18, 36:8, 83:22, 123:10, 127:18, 153:18
**introduce** [2] - 24:13, 127:13
**introduced** [4] - 247:9, 248:19, 248:21, 260:6
**investigation** [3] - 93:7, 141:7, 141:11
**involve** [4] - 61:24, 119:1, 157:18, 221:11
**involved** [4] - 74:7, 105:25, 152:8, 236:12
**involvement** [1] - 61:24
**Ireland** [1] - 65:3
**irrelevant** [1] - 182:21
**Irvine** [5] - 89:11, 252:10, 252:11, 252:15, 253:9
**issue** [8] - 10:2, 22:15, 26:12, 84:4, 88:12, 134:10, 218:12, 279:3
**issued** [1] - 144:11
**issues** [6] - 92:10, 96:25, 105:9, 113:24, 171:6, 221:7
**it'd** [3] - 191:11, 225:16, 232:9
**it'll** [5] - 133:10, 197:1, 207:20, 218:1, 218:10
**Italy** [1] - 65:2
**item** [1] - 14:1

**items** [6] - 140:17, 187:12, 224:25, 225:3, 225:22, 230:14
**itself** [8] - 34:2, 51:9, 63:25, 64:3, 64:20, 88:18, 93:14, 106:1

## J

**James** [2] - 60:12, 151:5
**JAMES** [3] - 1:16, 3:23, 150:22
**January** [2] - 1:6, 179:14
**Jared** [2] - 162:18, 163:13
**jared** [1] - 162:20
**JB** [1] - 195:4
**Jean** [5] - 175:17, 175:19, 176:8, 244:13, 245:6
**jEAN** [1] - 1:7
**JEAN** [2] - 4:5, 244:22
**Jersey** [12] - 174:24, 175:6, 175:12, 175:15, 176:4, 176:23, 246:20, 247:17, 247:18, 247:20, 247:22, 248:1
**Jesse** [4] - 161:22, 162:15, 163:6, 166:24
**jeweler** [1] - 165:14
**jewelry** [1] - 158:23
**Jim** [2] - 105:5, 220:18
**job** [8] - 29:25, 53:13, 56:4, 60:23, 67:6, 73:6, 176:5, 215:23
**Joe** [1] - 197:20
**jog** [1] - 94:3
**joint** [1] - 178:24
**JORGE** [1] - 1:22
**JR** [2] - 3:23, 150:22
**Jr** [1] - 151:6
**Js** [1] - 179:3
**judge** [31] - 6:17, 7:11, 9:2, 18:14, 19:24, 20:19, 21:10, 25:5, 26:16, 58:10, 58:13, 74:13, 74:16, 79:23, 83:18, 94:16, 97:11, 99:25, 100:4, 102:13, 105:8, 106:17, 110:13, 130:5, 157:2, 170:7, 173:13, 182:13,

212:8, 243:15, 244:10
**Judge** [11] - 7:25, 15:13, 17:21, 25:24, 28:12, 82:12, 98:12, 109:20, 184:9, 212:23, 270:18
**JUDGE** [1] - 1:13
**judgment** [2] - 79:9, 168:6
**July** [2] - 70:16, 70:18
**juncture** [1] - 168:23
**jurors** [1] - 97:3
**JURY** [14] - 1:12, 5:4, 5:10, 71:9, 71:14, 97:4, 111:6, 171:9, 173:21, 286:9
**jury** [56] - 5:3, 9:22, 10:21, 12:8, 27:10, 29:17, 37:18, 37:25, 38:7, 71:8, 71:13, 74:17, 85:8, 91:2, 93:4, 97:1, 97:9, 98:16, 99:5, 99:14, 101:3, 105:12, 105:21, 105:22, 106:8, 110:5, 110:21, 111:5, 115:12, 123:17, 144:25, 148:10, 167:20, 169:6, 169:8, 169:11, 171:8, 173:20, 182:16, 185:14, 218:25, 228:15, 232:4, 232:15, 246:9, 246:17, 247:16, 254:15, 255:14, 262:6, 262:25, 277:14, 277:17, 278:5, 286:6, 286:8
**jury's** [1] - 26:12
**Justice** [1] - 30:7
**justify** [1] - 169:10
**Justin** [2] - 112:17, 141:12

## K

**K-Mart** [1] - 237:5
**K-R-A-Z-E** [1] - 74:23
**Kansas** [15] - 176:14, 246:21, 247:21, 250:5, 250:6, 250:7, 250:8, 250:10, 250:12, 250:13, 250:15, 250:16, 250:17, 250:20, 251:2
**Karry** [1] - 196:13
**Kaseem** [3] - 138:21,

139:7, 140:4
**Kash** [1] - 196:13
**keep** [12] - 11:22, 12:22, 27:17, 70:24, 88:16, 122:1, 157:24, 174:15, 218:3, 218:4, 235:12, 243:23
**keeping** [1] - 276:2
**keeps** [1] - 212:1
**Kentucky** [1] - 200:8
**kept** [4] - 114:6, 121:19, 268:22, 268:24
**key** [1] - 237:10
**keys** [1] - 237:8
**kick** [1] - 217:23
**kids** [1] - 175:13
**kill** [3] - 61:5, 197:1, 273:20
**killing** [2] - 61:12
**kilometers** [1] - 117:9
**kind** [10] - 61:23, 90:22, 93:16, 139:20, 144:25, 159:21, 194:18, 210:4, 218:9, 229:9
**King** [1] - 60:12
**knife** [1] - 17:16
**knocking** [1] - 273:2
**knockoff** [5] - 164:12, 164:16, 164:21, 165:9, 165:12
**knowing** [12] - 90:6, 90:12, 116:24, 168:25, 176:17, 180:7, 196:16, 199:24, 209:3, 231:6, 232:11, 236:21
**knowledge** [5] - 24:5, 25:4, 82:24, 221:7, 222:4
**known** [5] - 121:4, 158:18, 175:4, 254:4, 255:9
**knows** [5] - 9:14, 120:4, 183:10, 204:16, 219:9
**Knox** [1] - 21:22
**kraze** [17] - 75:4, 75:10, 75:15, 76:5, 76:11, 272:18, 272:20, 272:23, 272:25, 273:12, 273:13, 273:15, 273:16, 273:19, 279:18, 279:20, 280:4

## L

**L-U-M-P-E-R** [1] - 196:8
**labored** [1] - 185:17
**lack** [2] - 11:3, 156:19
**ladies** [12] - 5:8, 38:8, 71:5, 99:9, 111:9, 171:3, 173:24, 174:11, 181:16, 182:1, 270:4, 286:4
**lading** [6] - 176:25, 177:23, 199:18, 206:2, 206:21, 216:11
**lady's** [1] - 49:17
**laid** [1] - 175:6
**lamp** [1] - 216:17
**lan** [2] - 274:19
**landed** [1] - 251:16
**lanes** [1] - 262:18
**lanese** [1] - 96:19
**LANESE** [4] - 3:3, 3:10, 6:3, 82:16
**Lanese** [17] - 6:9, 10:20, 11:10, 13:12, 16:1, 18:3, 20:6, 21:11, 23:18, 25:8, 25:17, 28:4, 28:17, 82:11, 82:24, 83:24, 96:5
**Lanese's** [1] - 103:6
**Langston** [1] - 161:22
**Language** [3] - 29:24, 29:25, 30:4
**language** [18] - 30:11, 30:14, 30:16, 31:21, 36:11, 36:25, 59:9, 59:14, 60:9, 63:11, 64:1, 64:4, 64:14, 64:19, 64:20, 64:23, 67:16, 72:19
**languages** [2] - 64:8, 64:14
**laptop** [1] - 190:22
**large** [1] - 194:2
**last** [24] - 7:23, 26:18, 29:7, 90:4, 101:1, 102:11, 104:21, 112:4, 112:13, 138:3, 138:5, 144:3, 151:4, 151:6, 166:2, 177:8, 185:1, 185:6, 245:5, 251:2, 252:1, 252:4, 261:5, 283:14
**lasted** [1] - 267:19
**lat** [1] - 122:4

**latch** [2] - 203:9, 210:17
**late** [1] - 91:5
**Latin** [1] - 60:11
**latitude** [8] - 123:1, 124:3, 125:11, 125:15, 126:3, 127:3, 128:4
**Lauderdale** [1] - 140:1
**laugh** [1] - 75:18
**laughs** [3] - 48:24, 52:24, 55:14
**Law** [2] - 1:22, 2:1
**law** [12] - 86:20, 87:2, 87:4, 114:4, 206:17, 206:22, 235:13, 235:14, 277:2, 278:22, 280:13, 285:10
**lay** [1] - 24:12
**lead** [1] - 116:2
**leading** [6] - 13:2, 156:12, 214:4, 258:17, 273:3, 280:6
**learn** [1] - 155:2, 174:22, 261:18
**learned** [4] - 93:3, 108:3, 255:12, 261:20
**lease** [1] - 189:20
**leasing** [2] - 285:16, 285:22
**least** [4] - 47:13, 131:5, 224:17, 231:1
**leave** [14] - 8:20, 8:25, 14:12, 20:8, 26:23, 50:19, 99:1, 134:23, 156:4, 234:4, 234:9, 234:10, 253:8, 286:12
**leaves** [2] - 222:21, 237:8
**LEAVES** [1] - 270:11
**leaving** [3] - 24:16, 236:19, 240:17
**led** [1] - 155:20
**Lee** [1] - 287:4
**lee** [1] - 2:4
**LEE** [1] - 287:4
**left** [22] - 13:4, 81:1, 136:9, 154:7, 165:20, 177:9, 180:17, 180:18, 202:22, 237:19, 247:14, 262:7, 262:16, 262:23, 263:5, 263:6, 263:7, 263:15, 263:22, 272:15, 274:4, 279:14
**left-hand** [7] - 13:4,

136:9, 154:7, 262:7, 263:5, 263:6, 263:7
**legal** [2] - 151:5, 246:2
**legitimacy** [1] - 209:13
**legitimate** [3] - 87:23, 88:4, 221:9
**legitimately** [1] - 230:24
**length** [1] - 228:22
**Leo** [4] - 276:14, 277:2, 277:11, 280:12
**less** [3] - 21:14, 70:4, 97:19
**letter** [1] - 99:14
**level** [2] - 66:22, 119:19
**levels** [1] - 237:12
**liaising** [1] - 113:25
**liaison** [1] - 113:25
**liberty** [1] - 39:18
**license** [10] - 50:4, 50:7, 175:9, 185:23, 186:7, 189:17, 193:17, 261:9, 264:25
**licensed** [1] - 186:3
**licensing** [1] - 186:2
**life** [3] - 55:22, 55:25, 236:6
**light** [1] - 43:17, 97:16, 154:20, 157:14, 169:3, 169:4, 171:11, 218:11, 218:14
**lighter** [1] - 226:15
**lights** [4] - 14:11, 180:19, 263:18, 263:23
**likely** [1] - 135:20
**limited** [2] - 7:22, 158:4
**line** [11] - 81:19, 103:16, 103:22, 104:10, 104:14, 106:15, 106:22, 107:1, 186:18, 260:12, 274:9
**lines** [4] - 42:14, 85:3, 93:22, 186:19
**lineup** [2] - 15:16, 15:19
**linguist** [2] - 31:2, 31:12
**lip** [2] - 203:23, 203:24
**list** [2] - 148:22, 158:17
**listen** [9] - 32:13, 63:11, 68:6, 69:20,

70:1, 70:7, 72:9, 259:1

**listened** [5] - 68:17, 69:10, 70:13, 73:21, 159:14

**listening** [10] - 33:19, 33:21, 34:14, 35:8, 62:14, 67:17, 68:5, 74:1, 172:12, 260:13

**literal** [2] - 51:6, 65:21

**literally** [3] - 59:2, 81:4, 81:22

**live** [3] - 175:14, 175:18, 176:5

**lives** [3] - 175:12, 175:14, 175:15

**living** [1] - 89:6

**Lo** [1] - 149:21

**load** [72] - 12:3, 12:21, 22:1, 48:10, 48:12, 88:15, 132:12, 177:15, 178:11, 178:12, 178:16, 190:11, 191:4, 191:6, 191:19, 193:21, 195:14, 195:21, 195:25, 196:2, 197:16, 197:22, 198:1, 198:2, 198:10, 198:19, 200:21, 206:3, 206:5, 207:6, 207:9, 207:25, 209:13, 214:17, 215:1, 215:2, 215:22, 216:1, 217:5, 218:21, 219:2, 219:4, 219:14, 219:18, 219:24, 221:24, 222:7, 222:20, 222:25, 223:2, 227:6, 231:8, 231:13, 231:19, 231:23, 232:1, 234:18, 234:25, 242:15, 242:21, 246:19, 248:5, 249:20, 250:6, 250:16, 250:18, 252:2, 252:9, 252:23, 253:11, 271:15, 275:18

**loaded** [8] - 177:25, 196:25, 197:11, 222:20, 230:24, 250:24, 252:15, 252:22

**loading** [10] - 195:10, 195:11, 195:13, 197:10,

198:25, 222:18, 233:24, 233:25, 234:1, 242:17

**loads** [11] - 176:13, 176:21, 190:12, 190:18, 190:21, 195:20, 196:23, 198:16, 230:21, 237:6, 247:13

**local** [3] - 177:5, 179:15, 237:5

**locate** [1] - 140:7

**located** [12] - 113:3, 113:4, 117:2, 117:12, 117:14, 117:23, 120:19, 124:17, 140:11, 189:4, 233:20, 246:14

**location** [22] - 49:13, 113:13, 114:12, 115:10, 117:21, 118:20, 119:6, 120:11, 120:14, 121:3, 121:24, 125:16, 125:20, 126:4, 127:11, 128:4, 128:20, 132:17, 207:6, 214:15, 250:12, 262:9

**locations** [1] - 32:3

**lock** [4] - 88:16, 203:4, 203:8, 215:9

**locked** [1] - 12:19

**locker** [1] - 217:15

**locking** [7] - 16:18, 20:7, 88:16, 202:4, 210:15, 210:18, 214:8

**locks** [3] - 16:16, 203:24, 204:8

**log** [6] - 136:8, 235:12, 236:7, 239:8, 240:6, 240:13

**logbooks** [1] - 215:21

**logs** [12] - 235:10, 235:21, 236:10, 239:21, 247:3, 247:7, 247:10, 248:20, 248:21, 248:24, 249:4, 249:7

**longitude** [8] - 123:1, 124:3, 125:12, 125:16, 126:2, 127:3, 127:4, 128:4

**look** [35] - 10:4, 18:5, 47:2, 52:8, 54:17, 55:5, 55:10, 56:3, 65:8, 85:4, 95:11, 126:25, 135:24, 136:4, 136:18,

149:10, 160:21, 161:5, 161:16, 162:10, 165:15, 181:12, 202:7, 206:19, 211:4, 215:21, 223:10, 224:16, 227:11, 228:6, 229:15, 237:4, 249:7, 273:15, 279:14

**looked** [3] - 95:8, 213:21, 266:18

**looking** [25] - 15:3, 15:4, 41:17, 42:10, 44:23, 45:5, 126:8, 156:8, 159:19, 180:18, 180:20, 191:13, 212:1, 221:1, 223:13, 224:5, 224:13, 226:6, 227:17, 232:8, 258:2, 259:7, 260:20, 274:25, 275:11

**looks** [8] - 44:10, 52:12, 85:6, 100:4, 125:5, 229:9, 238:19, 239:2

**loose** [3] - 203:19, 203:20, 230:2

**Los** [1] - 117:24

**lose** [2] - 50:3, 50:6

**loss** [3] - 190:4, 190:6, 193:13

**losses** [2] - 192:21, 193:10

**lost** [3] - 53:13, 271:17

**louder** [1] - 31:4

**low** [4] - 12:12, 12:16, 12:23, 253:4

**lower** [2] - 84:18, 217:8

**luck** [4] - 42:20, 49:6, 49:7, 82:1

**lumper** [7] - 196:4, 196:6, 196:9, 197:2, 197:3, 197:5, 214:21

**lunch** [5] - 23:3, 97:6, 98:7, 99:1, 286:15

**LUNCHEON** [1] - 99:6

**lying** [7] - 283:3, 283:5, 283:6, 283:7, 284:6, 284:8, 284:10

## M

**M-O-R-E-L-L-O** [1] - 112:6

**M-O-R-G-A-N** [1] - 151:7

**ma'am** [1] - 143:20

**machinery** [1] - 210:1

**maconin** [3] - 274:6, 274:13, 274:18

**main** [3] - 249:1, 249:5, 251:5

**maintain** [3] - 122:7, 217:4, 226:11

**major** [2] - 13:7, 222:14

**majority** [3] - 11:24, 113:18, 121:9

**maker** [1] - 250:23

**man** [37] - 41:4, 45:14, 45:17, 45:21, 46:1, 46:7, 47:8, 47:11, 47:23, 48:13, 48:24, 49:9, 49:15, 49:20, 50:9, 50:14, 52:1, 52:5, 52:9, 52:17, 53:1, 53:4, 53:10, 53:11, 53:14, 54:12, 55:7, 55:23, 57:18, 149:18, 149:24, 150:4, 187:9, 243:3, 282:13, 282:25

**manage** [1] - 193:4

**manager** [13] - 113:23, 151:14, 160:18, 160:20, 161:3, 163:13, 163:24, 164:17, 164:22, 185:16, 193:2, 215:6, 222:19

**managing** [1] - 192:25

**maneuver** [1] - 180:10

**manipulate** [1] - 232:4

**manipulated** [2] - 88:20, 231:13

**manipulation** [1] - 17:16

**manner** [2] - 87:21, 105:1

**manufacture** [1] - 113:9

**manufacturer** [1] - 210:5

**manufacturers** [1] - 210:11

**map** [8] - 114:16, 114:17, 125:21, 126:2, 130:15, 130:16, 130:17, 131:2

**mapping** [1] - 126:12

**MapQuest** [5] - 125:19, 126:12, 126:22, 127:10, 129:18

**maps** [3] - 125:22, 126:14, 127:21

**March** [3] - 144:16, 144:20, 145:21

**Marco** [1] - 139:4

**marijuana** [28] - 45:7, 77:16, 77:21, 80:11, 94:13, 110:1, 181:15, 181:18, 221:8, 269:8, 269:12, 277:3, 278:2, 278:7, 278:11, 278:24, 279:5, 280:22, 280:25, 281:4, 281:24, 282:10, 282:15, 282:17, 284:7, 284:9, 284:12, 284:20

**Marijuana** [1] - 278:15

**mark** [5] - 24:16, 34:24, 278:11, 278:14, 280:23

**marked** [6] - 14:18, 18:4, 34:8, 83:7, 122:20, 146:12

**market** [1] - 176:6

**markings** [2] - 19:17, 26:19

**marks** [6] - 20:12, 51:15, 51:19, 85:24, 95:4

**Marshal** [4] - 97:23, 138:12, 138:16, 143:10

**Mart** [1] - 237:5

**Maryland** [1] - 188:11

**Master** [2] - 31:15, 31:17

**Masters** [1] - 31:23

**matter** [9] - 9:3, 24:5, 24:11, 171:21, 185:25

**McGraw** [1] - 175:4

**McGraw-Hill** [1] - 175:4

**mean** [48] - 24:25, 45:2, 51:3, 60:19, 63:5, 63:16, 65:17, 65:20, 66:4, 70:19, 73:4, 74:25, 75:11, 76:8, 76:11, 76:12, 76:14, 76:20, 76:21, 76:22, 76:23, 77:1, 77:11, 78:13, 78:23, 80:20, 101:16,

101:18, 149:25,
192:2, 217:17, 273:2,
273:18, 274:18,
274:20, 274:22,
275:15, 279:18,
279:20, 280:4, 283:6,
284:8, 284:9, 285:4,
285:19

**meaning** [2] - 59:4,
133:19

**meanings** [3] -
273:7, 273:11, 273:14

**means** [10] - 61:23,
64:3, 75:20, 76:17,
77:5, 81:14, 118:19,
128:18, 207:10, 273:5

**meant** [3] - 61:13,
221:3, 281:16

**meantime** [1] - 267:2

**measure** [1] - 126:3

**measurement** [1] -
124:7

**measurements** [1] -
125:12

**meat** [2] - 217:14,
217:15

**mechanism** [19] -
16:16, 16:18, 19:8,
19:19, 20:7, 202:5,
203:2, 203:16, 210:1,
210:8, 210:15,
210:19, 211:9,
211:15, 212:1, 214:9,
218:9, 233:11, 233:13

**mechanisms** [1] -
213:12

**medium** [1] - 131:22

**meet** [1] - 220:21

**meetings** [1] - 147:5

**melded** [1] - 64:8

**MEMBERS** [1] - 5:10

**memory** [6] - 70:18,
84:22, 93:6, 94:4,
110:12, 258:16

**mentioned** [1] -
80:15

**Mercedes** [2] -
139:21, 140:1

**Mercer** [1] - 174:24

**merely** [1] - 115:18

**mess** [2] - 178:14,
204:1

**messed** [1] - 204:3

**messing** [1] - 201:8

**met** [2] - 175:17,
220:22

**Metropolitan** [1] -
31:23

**Miami** [10] - 1:21,
30:10, 31:15, 31:16,

31:18, 32:4, 117:17,
140:23, 178:16,
246:19

**microphone** [5] -
31:6, 112:20, 112:22,
204:25, 223:23

**mid** [3] - 98:3, 176:3,
176:8

**Middle** [1] - 121:11

**middle** [5] - 41:10,
45:25, 116:22,
276:11, 282:6

**MIDDLE** [1] - 1:1

**midway** [1] - 56:11

**might** [26] - 9:17,
9:18, 10:6, 14:14,
14:15, 33:18, 51:17,
56:21, 63:16, 63:17,
67:4, 72:11, 84:22,
98:24, 110:16,
114:18, 132:25,
177:6, 182:17,
209:12, 211:15,
239:8, 240:16, 263:1,
273:12, 274:25

**mileage** [2] - 237:12,
237:15

**miles** [7] - 117:9,
117:18, 118:1,
129:14, 237:18,
260:25, 261:1

**military** [1] - 31:12

**million** [3] - 222:12,
242:15, 242:16

**mind** [3] - 44:10,
174:15, 174:17

**minds** [2] - 96:25,
171:5

**mine** [4] - 163:21,
164:11, 217:8, 285:21

**minimum** [1] - 217:9

**Minneapolis** [1] -
191:10

**minus** [9] - 127:4,
128:4, 216:20, 217:1,
217:4, 218:4, 253:5,
253:6, 275:25

**minute** [7] - 27:8,
69:17, 85:18, 85:19,
189:10, 198:24,
286:16

**minute's** [1] - 21:14

**minutes** [6] - 96:22,
98:21, 98:23, 173:18,
212:21, 267:19

**mirror** [2] - 218:10,
218:14

**misreading** [1] -
107:24

**miss** [3] - 102:9,

123:13, 166:9

**Miss** [3] - 115:17,
152:2, 216:17

**missing** [1] - 209:19

**Missouri** [4] -
249:16, 249:17,
249:19, 249:22

**mix** [1] - 64:19

**MLK** [1] - 1:23

**mode** [1] - 239:11

**model** [7] - 131:22,
132:1, 165:6, 213:19,
213:20, 213:21

**moment** [30] - 7:3,
7:6, 23:20, 23:23,
24:21, 34:11, 44:25,
50:20, 53:23, 58:3,
58:11, 79:21, 83:9,
94:17, 94:20, 110:23,
111:1, 148:1, 155:22,
166:15, 193:24,
216:3, 220:7, 241:20,
243:16, 248:24,
269:25, 270:14,
270:19, 274:23

**Monday** [1] - 41:2,
254:10

**money** [13] - 52:22,
52:25, 53:17, 53:21,
55:20, 88:15, 142:22,
152:22, 162:18,
163:3, 176:20,
178:18, 192:22

**monitor** [6] - 114:21,
115:1, 115:2, 218:6,
218:17, 219:18

**monitors** [1] - 115:6

**month** [1] - 140:2

**months** [4] - 90:23,
93:5, 145:18, 145:19

**MORELLO** [2] - 3:14,
111:22

**Morello** [12] - 97:21,
111:14, 112:5,
112:11, 112:25,
115:25, 122:19,
123:16, 131:9,
131:15, 135:19, 137:9

**Morgan** [10] - 143:5,
150:14, 151:6,
151:12, 155:2,
160:15, 164:13,
167:5, 167:9

**MORGAN** [2] - 3:23,
150:22

**morning** [19] - 5:8,
5:10, 21:13, 23:17,
25:14, 25:15, 25:16,
25:20, 25:21, 28:5,
29:15, 29:16, 53:6,

85:9, 86:3, 108:3,
125:5, 286:4, 286:18

**most** [9] - 61:21,
94:2, 119:5, 121:3,
133:22, 163:25,
169:4, 201:6, 219:15

**mostly** [2] - 29:21,
30:2

**mother** [2] - 175:13,
175:14

**motion** [5] - 168:4,
168:5, 168:15,
168:21, 169:4

**motions** [1] - 169:12

**motorized** [1] -
133:19

**Motors** [1] - 145:24

**mounting** [1] - 211:9

**mouth** [1] - 57:15

**move** [19] - 11:7,
15:8, 30:20, 36:11,
39:25, 41:10, 43:22,
83:16, 83:23, 116:5,
123:5, 156:21, 163:7,
191:9, 194:4, 213:8,
214:12, 235:4, 264:3

**moved** [6] - 30:21,
176:3, 187:5, 187:12,
187:17, 237:2

**movements** [2] -
189:24, 284:2

**mover** [1] - 195:16

**movers** [1] - 188:9

**moves** [4] - 36:2,
165:16, 188:16,
242:16

**moving** [5] - 114:19,
153:12, 187:9,
249:12, 264:5

**MR** [686] - 3:4, 3:5,
3:6, 3:8, 3:9, 3:10,
3:11, 3:12, 3:13, 3:15,
3:16, 3:17, 3:18, 3:19,
3:20, 3:22, 3:23, 3:24,
3:25, 4:1, 4:3, 4:4,
4:5, 4:6, 5:14, 5:15,
5:18, 5:21, 5:25, 6:2,
6:8, 6:17, 6:22, 7:2,
7:5, 7:8, 7:11, 7:25,
9:1, 9:2, 9:8, 10:1,
10:10, 10:15, 10:19,
11:3, 11:7, 11:9,
13:17, 13:20, 13:23,
13:25, 15:8, 15:10,
15:12, 15:17, 15:20,
15:23, 15:25, 16:9,
17:21, 17:23, 18:2,
18:7, 18:9, 18:14,
18:16, 18:19, 19:24,
20:3, 20:5, 20:19,

20:23, 21:3, 21:7,
21:10, 21:20, 22:6,
22:20, 23:1, 23:8,
23:17, 23:20, 23:23,
24:2, 25:2, 25:5,
25:15, 25:17, 25:21,
26:5, 26:8, 26:16,
26:21, 26:25, 27:3,
27:6, 27:9, 27:12,
27:15, 27:19, 27:22,
27:24, 28:3, 28:7,
28:11, 28:12, 28:19,
29:12, 29:14, 34:3,
34:6, 36:2, 36:6,
36:10, 36:17, 36:24,
37:3, 37:6, 37:11,
37:14, 37:17, 38:1,
38:5, 38:15, 38:17,
38:21, 38:24, 39:6,
39:19, 39:21, 39:23,
40:8, 40:10, 40:12,
40:14, 40:16, 40:18,
40:20, 40:21, 40:22,
40:23, 40:25, 41:3,
41:6, 41:8, 41:10,
41:12, 41:15, 41:16,
41:20, 41:21, 41:24,
42:1, 42:2, 42:3, 42:4,
42:6, 42:8, 42:12,
42:15, 42:16, 42:18,
42:19, 42:20, 42:21,
42:23, 42:24, 43:1,
43:5, 43:6, 43:9,
43:11, 43:14, 43:15,
43:17, 43:18, 43:19,
43:20, 43:22, 44:1,
44:10, 44:12, 44:13,
44:15, 44:16, 44:18,
44:22, 45:2, 45:4,
45:7, 45:9, 45:11,
45:13, 45:14, 45:15,
45:16, 45:18, 45:22,
45:24, 46:1, 46:2,
46:4, 46:6, 46:8, 46:9,
46:13, 46:15, 46:17,
46:18, 46:19, 46:20,
46:21, 46:23, 46:25,
47:2, 47:5, 47:7, 47:9,
47:12, 47:13, 47:15,
47:23, 48:1, 48:6,
48:8, 48:11, 48:13,
48:14, 48:16, 48:17,
48:19, 48:20, 48:22,
48:23, 48:25, 49:2,
49:3, 49:4, 49:5, 49:7,
49:8, 49:10, 49:12,
49:14, 49:16, 49:18,
49:19, 49:23, 49:24,
49:25, 50:1, 50:3,
50:5, 50:6, 50:8,
50:11, 50:14, 50:15,

50:18, 50:19, 50:21, 51:25, 52:2, 52:3, 52:4, 52:7, 52:8, 52:11, 52:13, 52:16, 52:18, 52:19, 52:20, 52:24, 53:4, 53:5, 53:7, 53:9, 53:13, 53:15, 53:16, 53:18, 53:20, 53:23, 54:1, 54:4, 54:6, 54:7, 54:8, 54:9, 54:13, 54:14, 54:17, 54:19, 54:21, 54:23, 54:24, 55:2, 55:4, 55:5, 55:8, 55:10, 55:13, 55:14, 55:16, 55:17, 55:19, 55:21, 55:22, 55:24, 55:25, 56:2, 56:3, 56:5, 56:10, 56:13, 56:14, 56:16, 56:18, 56:20, 56:24, 57:1, 57:2, 57:4, 57:6, 57:9, 57:10, 57:12, 57:13, 57:16, 57:19, 57:20, 57:24, 58:1, 58:3, 58:6, 58:10, 58:13, 58:17, 71:2, 71:23, 71:24, 74:13, 74:16, 74:21, 79:20, 79:23, 80:4, 80:8, 82:2, 82:10, 82:12, 82:20, 82:23, 83:16, 83:18, 83:23, 84:2, 84:5, 84:8, 84:10, 94:16, 94:20, 94:23, 94:24, 95:1, 95:25, 96:4, 96:16, 97:11, 97:13, 97:17, 98:1, 98:11, 98:15, 98:19, 99:23, 99:25, 100:4, 100:10, 100:13, 100:16, 100:18, 100:20, 100:22, 101:10, 101:18, 102:4, 102:9, 102:13, 102:15, 102:18, 102:19, 102:22, 102:25, 103:3, 103:9, 103:13, 103:18, 103:21, 103:24, 104:3, 104:5, 104:7, 104:10, 104:14, 104:20, 104:24, 105:2, 105:4, 105:8, 105:11, 105:16, 105:18, 106:17, 106:21, 106:24, 107:7, 107:10, 107:14, 107:18, 107:22, 108:2, 108:8, 108:9, 108:13, 108:15,

108:19, 108:21, 108:24, 109:13, 109:20, 110:6, 110:11, 110:19, 110:22, 110:25, 111:3, 111:14, 112:8, 112:10, 115:15, 115:22, 115:24, 120:16, 122:15, 122:18, 123:5, 123:8, 123:11, 123:13, 123:15, 127:12, 127:16, 127:19, 128:1, 128:2, 128:21, 128:23, 130:5, 130:8, 130:10, 130:19, 130:20, 131:8, 131:12, 131:14, 135:11, 135:13, 135:16, 135:18, 136:1, 136:3, 136:22, 136:24, 137:6, 137:12, 138:7, 138:9, 139:9, 139:14, 141:17, 141:22, 142:13, 142:15, 142:18, 143:8, 143:13, 144:7, 148:1, 148:2, 148:12, 148:15, 148:19, 149:2, 149:5, 149:9, 150:7, 150:9, 150:14, 151:9, 151:11, 152:23, 153:1, 153:12, 153:15, 153:19, 153:23, 154:2, 154:21, 154:25, 155:1, 156:12, 156:15, 156:16, 156:19, 156:21, 156:22, 159:10, 159:12, 160:7, 160:11, 160:14, 161:6, 161:8, 161:16, 161:18, 162:10, 162:12, 162:21, 162:24, 163:7, 163:9, 163:14, 163:16, 164:24, 165:2, 167:2, 167:6, 167:11, 167:14, 167:19, 168:3, 168:6, 168:9, 168:11, 168:16, 168:18, 168:20, 169:2, 169:13, 169:16, 169:19, 169:22, 169:25, 170:7, 170:13, 170:15, 170:18, 170:22, 171:14, 173:5, 173:8,

173:11, 173:13, 173:18, 174:10, 182:5, 182:8, 182:13, 183:3, 183:5, 183:14, 183:18, 184:1, 184:5, 184:7, 184:9, 185:4, 185:11, 185:13, 201:25, 202:2, 204:24, 205:1, 205:3, 212:8, 212:11, 212:15, 212:22, 212:25, 213:3, 213:5, 213:8, 213:10, 214:4, 214:6, 216:16, 216:23, 216:24, 220:6, 220:9, 220:13, 220:15, 221:16, 221:18, 223:20, 223:25, 224:3, 229:15, 229:17, 237:24, 238:1, 239:15, 239:17, 241:16, 241:19, 241:22, 242:11, 242:12, 243:11, 243:15, 243:20, 244:2, 244:4, 244:10, 244:13, 245:10, 245:21, 245:24, 250:3, 251:13, 252:18, 252:21, 253:19, 255:1, 255:3, 257:19, 257:20, 257:23, 258:1, 258:5, 258:17, 258:19, 259:9, 259:12, 263:11, 266:3, 269:25, 270:3, 270:8, 270:11, 270:12, 270:18, 271:1, 271:3, 271:20, 271:21, 272:8, 273:3, 273:6, 273:21, 273:23, 274:11, 275:3, 275:6, 275:20, 275:22, 276:4, 276:10, 280:5, 280:10, 280:11, 281:8, 281:21, 282:5, 282:7, 282:21, 282:23, 284:14, 284:18, 284:19, 286:2, 286:14, 286:19
**multi** [2] - 242:15, 242:16
**must** [1] - 93:9

## N

**n'** [1] - 196:13
**name** [52] - 29:7,

29:9, 29:22, 32:16, 40:1, 40:3, 42:11, 112:3, 112:4, 121:13, 123:23, 124:1, 138:2, 138:3, 138:4, 138:5, 139:3, 139:7, 140:18, 143:4, 143:5, 144:2, 144:3, 147:22, 151:3, 151:4, 151:5, 151:7, 152:9, 152:18, 152:20, 152:22, 154:6, 155:3, 155:5, 158:17, 158:19, 158:20, 161:21, 164:3, 166:4, 184:25, 185:1, 185:7, 188:18, 204:11, 220:18, 245:4, 245:5, 245:6, 275:11
**named** [1] - 255:12
**names** [6] - 33:16, 33:19, 33:20, 138:25, 139:2, 238:3
**narrowed** [1] - 117:21
**nation** [2] - 63:4, 90:7
**national** [1] - 95:9
**native** [2] - 30:14, 30:16
**naturally** [1] - 217:22
**nature** [4] - 9:13, 96:11, 230:15, 270:5
**navigation** [1] - 120:18
**Navy** [2] - 31:2, 31:12
**near** [3] - 54:22, 240:10, 269:5
**necessarily** [5] - 20:8, 24:12, 63:16, 133:6, 175:22
**necessary** [6] - 8:21, 8:23, 38:3, 132:16, 168:13, 270:6
**need** [26] - 12:24, 43:15, 49:10, 56:3, 56:24, 59:13, 62:9, 66:9, 66:12, 72:12, 82:14, 97:13, 103:13, 118:19, 118:20, 118:21, 172:1, 186:3, 210:2, 210:3, 228:11, 232:12, 232:16, 237:10, 255:25, 265:7
**needed** [5] - 30:3, 70:8, 166:14, 183:8, 286:15
**needs** [2] - 10:2, 217:3

**negative** [3] - 276:2, 283:10, 283:11
**negotiate** [3] - 152:1, 166:16, 166:17
**negotiated** [3] - 152:7, 152:11, 155:14
**negotiating** [1] - 166:23
**negotiation** [2] - 155:3, 155:19
**negotiations** [2] - 145:16, 155:11
**never** [19] - 20:23, 41:12, 67:13, 80:10, 152:8, 155:4, 157:7, 158:20, 164:14, 199:21, 199:23, 220:22, 232:3, 232:12, 233:3, 254:14, 259:18, 268:25, 280:14
**New** [15] - 117:7, 117:12, 174:24, 175:6, 175:12, 175:14, 175:15, 176:4, 176:23, 246:20, 247:17, 247:18, 247:20, 247:22, 248:1
**new** [2] - 151:18, 211:10
**newer** [2] - 213:14, 213:20
**next** [49] - 25:25, 27:22, 28:14, 43:22, 48:1, 51:20, 54:1, 54:24, 82:9, 96:13, 99:20, 102:14, 104:20, 107:1, 130:1, 130:2, 137:11, 143:12, 154:19, 161:5, 161:6, 161:16, 162:10, 163:15, 167:10, 169:14, 169:16, 180:15, 193:11, 215:22, 238:18, 238:20, 239:1, 239:4, 239:6, 240:4, 244:8, 244:11, 249:24, 250:4, 250:11, 251:2, 251:24, 253:10, 264:23, 267:10, 267:18, 272:15
**nice** [4] - 159:4, 160:1, 164:10, 220:21
**nicer** [1] - 164:10
**Nicole** [1] - 147:22
**night** [3] - 9:19, 141:1, 186:20

**nine** [6] - 90:23, 187:15, 228:12, 237:5, 248:6, 248:7

**nobody** [2] - 219:2, 219:9

**nobody's** [1] - 201:16

**noise** [4] - 35:4, 35:7, 47:21, 82:14

**non** [1] - 134:2

**none** [4] - 163:20, 193:7, 214:10, 215:15

**nonetheless** [1] - 158:21

**noon** [1] - 96:22

**noontime** [1] - 96:22

**normally** [5] - 25:12, 108:25, 121:21, 134:3, 134:7

**North** [2] - 1:17, 2:6

**north** [3] - 121:12, 124:7, 124:9

**nose** [4] - 226:6, 226:13, 227:13, 229:19

**notation** [3] - 43:23, 240:6, 276:11

**note** [4] - 100:25, 236:11, 237:13, 237:15

**noted** [1] - 101:19

**notes** [4] - 70:22, 70:23, 70:24, 287:1

**nothing** [41] - 6:5, 28:24, 29:4, 41:6, 47:11, 73:5, 82:2, 82:18, 95:25, 96:16, 99:23, 110:14, 111:19, 111:24, 137:6, 137:18, 137:23, 143:18, 143:23, 149:2, 150:19, 150:24, 163:24, 169:17, 183:7, 184:16, 184:21, 197:11, 199:7, 200:3, 244:19, 244:24, 264:24, 265:7, 274:2, 274:21, 274:22, 277:22, 281:14, 281:17, 283:8

**notice** [2] - 263:17, 263:23

**noticed** [2] - 141:2, 204:10

**notwithstanding** [1] - 172:6

**noutoukakawe** [2] - 81:20, 81:21

**nowhere** [1] - 240:24

**number** [39] - 14:22, 99:14, 123:25, 124:5, 124:6, 124:21, 125:1, 136:6, 136:12, 136:13, 136:15, 136:19, 166:12, 179:14, 189:18, 191:16, 198:7, 205:5, 205:7, 205:9, 205:17, 205:20, 206:1, 206:7, 206:15, 206:23, 215:8, 224:6, 230:8, 255:19, 255:20, 256:1, 257:2, 258:21, 279:20

**numbered** [1] - 163:8

**numbering** [1] - 75:25

**numbers** [3] - 166:22, 239:19, 272:9

**numerous** [1] - 205:15

**nut** [2] - 211:14, 211:19

## O

**o'clock** [14] - 27:18, 98:22, 99:4, 170:21, 171:4, 172:21, 180:11, 240:2, 257:18, 286:4, 286:5, 286:18, 286:19, 286:20

**O'Neil** [2] - 139:4, 139:5

**O-85** [1] - 104:14

**oatmeal** [2] - 208:6, 208:15

**object** [6] - 6:18, 9:9, 9:15, 20:20, 23:9, 182:25

**objected** [1] - 9:4

**objection** [26] - 7:1, 11:3, 15:10, 15:23, 18:16, 20:21, 24:3, 38:17, 99:16, 102:23, 103:7, 123:7, 123:8, 127:15, 127:16, 153:15, 156:12, 156:19, 159:10, 212:22, 213:5, 214:4, 258:17, 273:3, 280:5

**objections** [2] - 36:5, 83:18

**obliged** [1] - 172:5

**observation** [1] - 106:13

**observations** [10] - 6:10, 6:12, 6:23, 6:25, 8:3, 8:14, 8:15, 10:21, 155:18, 156:23

**observe** [1] - 158:23

**observed** [2] - 6:15, 8:9

**obtained** [1] - 9:10

**obvious** [1] - 151:16

**obviously** [4] - 172:11, 215:16, 231:15, 253:3

**occasion** [2] - 12:24, 90:17

**occasions** [1] - 219:19

**occupied** [2] - 44:11, 64:15

**occupying** [1] - 85:22

**occur** [2] - 25:4, 236:19

**occurred** [2] - 90:4, 91:5, 152:15

**occurs** [1] - 206:17

**OF** [4] - 1:1, 1:3, 1:12, 5:10

**offense** [1] - 106:2

**offer** [2] - 18:14, 23:11

**office** [2] - 30:8, 113:5

**Office** [2] - 1:17, 2:1

**OFFICER** [14] - 5:2, 5:5, 71:7, 71:12, 71:15, 71:18, 97:2, 99:7, 111:4, 111:7, 171:7, 172:24, 173:22, 286:7

**officer** [23] - 34:1, 77:14, 181:14, 263:18, 264:14, 264:20, 264:21, 268:2, 269:10, 271:8, 277:2, 278:1, 278:6, 278:22, 279:4, 279:16, 280:2, 280:13, 280:25, 281:4, 281:23, 284:11, 285:10

**Officer** [1] - 28:16

**officer's** [1] - 268:3

**officers** [2] - 81:15, 181:10

**offices** [1] - 188:13

**Official** [2] - 2:5, 287:5

**offload** [1] - 21:25

**often** [2] - 218:20, 224:25

**old** [6] - 30:22, 30:23, 32:11, 136:1, 222:11, 231:16

**old-fashioned** [1] - 136:1

**older** [3] - 213:19, 213:21, 214:8

**once** [11] - 132:21, 147:14, 157:11, 165:23, 197:5, 208:20, 214:14, 217:25, 231:1

**one** [101] - 9:3, 16:15, 18:22, 25:3, 33:3, 36:20, 43:17, 44:19, 44:20, 44:23, 45:5, 46:3, 50:22, 51:24, 52:9, 59:16, 60:15, 61:4, 67:16, 73:21, 75:10, 85:2, 86:5, 91:4, 99:21, 100:13, 100:14, 101:12, 101:20, 101:23, 102:1, 102:6, 102:9, 102:11, 102:12, 102:14, 103:14, 103:18, 104:20, 108:15, 109:8, 113:8, 123:20, 124:11, 125:1, 125:2, 125:5, 125:15, 128:17, 143:6, 147:1, 147:15, 147:16, 148:1, 152:4, 157:20, 162:22, 162:23, 165:7, 165:8, 168:24, 176:18, 177:3, 179:13, 187:7, 188:3, 190:8, 190:24, 191:2, 191:4, 193:6, 202:16, 203:12, 204:11, 204:20, 212:20, 213:18, 213:19, 219:14, 227:1, 228:22, 230:20, 232:4, 234:16, 248:11, 248:12, 249:6, 249:8, 249:12, 250:1, 250:19, 254:22, 267:12, 268:1, 268:2, 269:25, 279:9

**one's** [1] - 249:9

**ones** [2] - 235:4, 272:10

**onions** [3] - 196:25, 197:1

**open** [27] - 7:22, 12:11, 16:14, 16:21, 20:7, 24:24, 56:21, 86:5, 87:12, 87:21, 115:2, 174:15, 198:7, 200:17, 202:15, 202:19, 202:21, 202:24, 221:4, 230:25, 231:11, 232:5, 232:20, 232:23, 262:20, 266:5

**open-endedly** [1] - 262:20

**opened** [15] - 16:2, 16:12, 22:1, 82:25, 85:10, 132:9, 177:20, 200:16, 200:21, 202:14, 207:1, 231:7, 232:7, 253:25, 276:12

**opening** [14] - 16:5, 21:21, 25:6, 85:24, 96:10, 132:10, 173:14, 174:1, 174:2, 174:7, 174:12, 202:25, 253:24, 254:16

**opens** [2] - 215:11, 285:9

**operation** [1] - 246:22

**operator** [3] - 193:10, 194:8, 207:17

**operators** [4] - 189:14, 193:16, 194:11, 195:5

**opinion** [5] - 85:9, 183:20, 209:4, 209:21, 225:16

**opinions** [1] - 183:9

**opportunity** [4] - 19:25, 67:2, 99:2, 106:8

**opposed** [4] - 25:10, 39:2, 61:13, 134:15

**optimum** [1] - 118:22

**option** [2] - 8:19, 219:23

**order** [17] - 39:2, 60:22, 66:13, 68:6, 118:19, 124:14, 145:19, 170:3, 170:8, 185:25, 203:25, 226:17, 226:22, 228:9, 228:10, 231:4, 231:5

**ordered** [3] - 145:9, 145:11

**orderly** [1] - 25:11

**ordinarily** [1] - 37:24

**Oregon** [1] - 113:6

**organization** [3] - 29:19, 29:23, 193:16

**organized** [2] - 52:5,

52:6

**original** [6] - 23:12, 23:13, 60:8, 70:22, 72:15, 160:23

**otherwise** [1] - 47:10

**Ottawa** [1] - 113:5

**ought** [1] - 39:1

**ourselves** [1] - 120:11

**outside** [10] - 6:18, 7:21, 9:4, 23:12, 27:9, 43:7, 63:23, 215:7, 267:16, 267:17

**overall** [3] - 34:15, 34:17, 156:24

**overhead** [7] - 15:13, 18:12, 115:19, 136:23, 202:1, 205:14, 212:20

**overlap** [6] - 35:3, 50:15, 52:11, 57:6, 202:17, 202:18

**overlap)** [4] - 41:5, 44:14, 48:8, 57:25

**overlapping** [1] - 35:2

**overpass** [2] - 259:24, 271:6

**overruled** [2] - 7:1, 258:18

**overshot** [1] - 262:9

**own** [20] - 38:13, 77:11, 185:16, 187:19, 187:20, 187:22, 189:19, 189:20, 189:24, 190:8, 190:14, 190:17, 190:18, 192:12, 194:4, 199:15, 245:19, 285:20

**owned** [2] - 151:18, 241:9

**owner** [8] - 189:14, 193:10, 193:15, 194:8, 194:10, 195:5, 207:17, 243:6

**owns** [2] - 207:9, 285:11

**OZ** [2] - 260:19, 260:22

**Oz** [13] - 42:10, 42:11, 179:17, 255:12, 255:15, 255:21, 257:6, 259:21, 260:22, 271:18, 275:11

# P

**P-O-L-Y-N-I-C-E** [1] - 29:10

**P-R-I-C-E** [1] - 185:3

**p.m** [11] - 124:23, 125:6, 127:7, 130:21, 131:3, 238:12, 238:15, 239:10, 240:2, 240:18, 240:22

**pack** [1] - 133:25

**package** [2] - 126:17, 147:16

**packages** [1] - 227:22

**packet** [1] - 99:12

**padlock** [2] - 203:5, 203:7

**PAGE** [1] - 3:2

**Page** [49] - 39:22, 39:25, 41:10, 42:2, 42:13, 42:14, 43:22, 43:24, 48:1, 48:3, 51:10, 51:21, 51:22, 51:23, 53:18, 54:2, 54:3, 56:11, 75:3, 75:15, 75:24, 80:22, 80:23, 127:24, 130:6, 130:7, 130:9, 154:1, 271:2, 271:20, 272:9, 272:11, 273:21, 273:24, 275:3, 276:5, 276:8, 276:11, 277:24, 278:12, 278:13, 280:12, 282:6, 284:25, 285:9

**page** [38] - 40:21, 43:18, 48:19, 49:23, 51:9, 51:20, 52:19, 54:8, 55:13, 56:14, 99:22, 107:2, 129:24, 130:1, 130:2, 135:25, 136:9, 148:4, 153:20, 153:21, 153:22, 154:3, 154:4, 160:21, 161:5, 161:7, 161:17, 162:11, 163:15, 166:2, 238:9, 238:18, 239:1, 239:6, 239:24, 240:4, 271:11, 275:5

**pages** [7] - 37:20, 39:7, 93:14, 93:16, 93:22, 147:20, 162:21

**paid** [4] - 147:4, 164:5, 190:5, 231:23

**painstakingly** [1] - 180:1

**pal** [1] - 280:19

**pallet** [8] - 228:8,
228:16, 228:19, 228:20, 229:3, 230:6, 230:23

**palletized** [3] - 225:14, 225:22, 227:20

**pallets** [12] - 224:25, 225:6, 226:1, 226:5, 226:12, 226:13, 226:14, 227:7, 227:12, 228:11, 228:23, 228:24

**paper** [3] - 33:22, 76:24, 227:8

**paperwork** [14] - 146:19, 190:3, 191:20, 192:19, 193:21, 197:7, 198:6, 200:25, 205:21, 206:20, 215:7, 215:21, 215:25, 249:1

**paragraph** [6] - 101:1, 101:11, 102:5, 104:22, 106:12, 110:2

**paragraphs** [1] - 105:23

**pardon** [8] - 7:4, 27:2, 38:20, 100:19, 105:10, 110:24, 170:17, 257:22

**park** [1] - 236:23

**parked** [5] - 133:2, 237:6, 268:7, 268:9, 268:10

**parking** [4] - 192:8, 234:11, 234:13, 261:21

**parlance** [1] - 192:2

**Parra** [10] - 109:1, 109:25, 154:7, 154:11, 155:16, 155:17, 156:17, 157:16, 163:4, 164:3

**part** [24] - 10:5, 26:6, 26:8, 26:11, 30:19, 51:1, 67:16, 69:4, 74:2, 120:1, 120:6, 120:20, 121:3, 133:18, 133:19, 133:22, 134:3, 134:8, 149:11, 155:3, 173:25, 210:17, 219:15, 261:15

**partial** [1] - 133:7

**participants** [1] - 33:24

**participate** [1] - 32:20

**participated** [1] - 234:1

**particular** [69] - 12:3, 17:7, 17:9, 19:18, 24:5, 24:9, 32:25, 33:25, 39:3, 59:19, 68:9, 81:25, 83:2, 84:13, 90:17, 91:4, 92:15, 109:1, 113:14, 114:13, 115:6, 115:16, 120:14, 121:25, 122:4, 124:4, 124:9, 124:10, 124:13, 124:17, 125:3, 127:5, 127:11, 127:20, 128:3, 128:17, 130:11, 130:17, 131:4, 131:17, 132:6, 132:12, 133:13, 134:15, 141:6, 145:24, 146:4, 149:10, 152:3, 152:12, 155:8, 155:23, 165:6, 179:8, 187:23, 204:10, 205:5, 206:8, 207:6, 208:3, 213:1, 213:24, 214:15, 221:25, 222:25, 223:1, 236:11, 242:14

**parts** [1] - 247:10

**party** [3] - 154:16, 155:14, 155:15

**pass** [3] - 260:19, 261:1, 262:8

**passed** [3] - 260:22, 261:2, 271:6

**passenger** [7] - 6:14, 10:23, 142:7, 142:10, 202:6, 202:9, 203:1

**passenger's** [1] - 202:4

**passing** [1] - 41:1

**past** [1] - 180:14

**patience** [1] - 111:12

**patrol** [4] - 73:16, 77:14, 79:18, 267:10

**Patrol** [10] - 86:21, 87:17, 91:13, 91:15, 91:21, 92:2, 92:8, 92:10, 180:24, 181:3

**Patrolman** [1] - 180:2

**pattern** [1] - 105:21

**pauge** [3] - 274:7, 274:13, 274:18

**pause** [10] - 40:12, 40:17, 41:3, 47:10, 48:4, 49:20, 50:11, 52:22, 94:25, 99:20

**PAUSE** [3] - 24:1,
71:17, 82:15

**pause)** [4] - 46:14, 53:15, 55:4, 55:6

**pave** [2] - 159:5

**pay** [5] - 190:5, 191:1, 191:20, 193:22, 207:10

**payable** [1] - 175:5

**paying** [2] - 192:21, 193:13

**payment** [2] - 53:17, 53:21

**pays** [1] - 227:4

**pen** [2] - 77:1, 116:3

**penalized** [1] - 158:7

**penalties** [2] - 106:5, 106:10

**people** [26] - 34:2, 35:1, 56:6, 61:4, 65:1, 65:14, 66:20, 66:22, 67:2, 67:7, 72:9, 73:10, 101:22, 101:25, 116:25, 118:7, 154:17, 157:25, 193:3, 201:11, 207:2, 210:12, 237:3, 237:13, 242:23, 267:24

**per** [5] - 125:1, 141:3, 226:20, 227:25, 228:1

**percent** [1] - 235:7

**percentage** [1] - 190:2

**performs** [1] - 217:10

**perhaps** [5] - 10:5, 23:2, 59:7, 135:1, 178:13

**period** [3] - 122:12, 129:19, 240:5

**permission** [2] - 58:14, 74:14

**permitted** [1] - 24:18

**person** [23] - 47:16, 77:8, 88:17, 101:20, 117:12, 117:16, 117:19, 117:24, 143:4, 144:21, 148:7, 154:15, 157:3, 159:25, 161:23, 176:18, 176:19, 248:25, 257:1, 257:6, 257:7, 260:12

**person's** [3] - 36:20, 36:21, 155:3

**personal** [2] - 199:15, 207:22

**personally** [1] -

285:20
**persons** [2] - 120:18, 143:6
**perspective** [1] - 155:13
**pertain** [2] - 153:8, 222:6
**pertaining** [3] - 145:23, 146:3, 146:4
**pertains** [1] - 113:17
**pertinent** [1] - 36:14
**perverts** [1] - 22:15
**Phoenix** [6] - 128:8, 130:25, 238:23, 239:13, 240:9, 240:25
**phone** [40] - 6:16, 7:19, 10:25, 40:15, 41:19, 56:23, 56:24, 57:2, 57:4, 57:7, 57:20, 57:21, 79:13, 79:14, 166:12, 179:14, 179:19, 179:20, 179:23, 191:15, 215:21, 255:18, 255:20, 257:1, 257:13, 258:6, 258:8, 258:10, 259:1, 266:2, 267:4, 267:6, 267:14, 278:4, 279:6, 279:8, 279:11, 279:23, 284:7
**phones** [1] - 120:19
**phonetic** [2] - 272:20, 274:5
**phonetic)** [1] - 81:2, 285:5
**phonetically** [4] - 272:16, 272:18, 274:7, 274:19
**photo** [2] - 9:12, 9:16
**Photograph** [1] - 210:21
**photograph** [12] - 9:11, 9:16, 10:3, 10:9, 13:22, 14:13, 14:20, 14:21, 84:18, 223:11, 230:1, 241:4
**photographs** [4] - 13:1, 18:5, 180:1, 241:5
**photos** [2] - 9:8, 260:6
**phrase** [5] - 59:19, 60:4, 81:1, 272:17, 274:6
**pick** [21] - 48:12, 177:14, 177:15, 190:12, 191:15, 191:19, 199:4, 234:9, 234:11, 234:18,

242:14, 246:24, 246:25, 247:1, 248:5, 250:18, 250:20, 252:2, 252:11, 258:12, 258:23
**picked** [6] - 48:10, 145:12, 164:5, 176:24, 222:7, 250:16
**picking** [6] - 39:3, 205:15, 221:13, 222:25, 234:24, 251:1
**picture** [8] - 85:2, 203:22, 210:14, 210:15, 212:18, 213:1, 224:17, 228:6
**pictures** [3] - 85:1, 85:23, 150:3
**piece** [1] - 189:16
**pieces** [1] - 39:3
**Pinellas** [1] - 259:19
**place** [16] - 8:7, 20:17, 26:14, 60:24, 107:25, 145:16, 151:12, 166:20, 177:8, 179:9, 179:12, 196:11, 259:9, 264:2, 264:4, 264:5
**placed** [7] - 87:13, 152:9, 202:3, 202:6, 218:21, 226:21, 233:16
**places** [5] - 35:10, 50:23, 78:21, 179:4, 191:2
**Plaintiff** [1] - 1:5
**plan** [2] - 9:14, 39:5
**plants** [5] - 248:15, 248:16, 249:23, 250:9, 250:10
**plastic** [6] - 17:10, 47:11, 201:22, 203:11, 224:18, 224:21
**play** [6] - 38:25, 87:10, 155:7, 155:11, 195:12, 212:7
**played** [2] - 27:10, 37:2
**PLAYING** [3] - 84:1, 212:14, 258:4
**plays** [3] - 205:7, 205:10, 215:4
**plea** [1] - 101:21
**pleases** [1] - 84:5
**pliers** [1] - 19:17
**plug** [1] - 219:5
**plural** [1] - 104:16
**plus** [3] - 123:1, 222:19, 240:14
**PO** [1] - 1:23

**pocket** [1] - 265:1
**point** [61] - 22:4, 25:9, 26:20, 47:17, 67:18, 73:3, 73:22, 74:2, 87:11, 87:17, 87:24, 88:2, 89:16, 89:17, 89:24, 93:19, 94:18, 96:14, 110:15, 117:3, 118:20, 129:22, 130:15, 130:16, 130:17, 131:2, 141:2, 141:6, 157:19, 174:19, 177:14, 183:1, 193:6, 193:15, 207:8, 219:6, 219:23, 236:12, 252:6, 259:24, 260:6, 260:7, 260:11, 260:17, 260:21, 260:24, 262:8, 262:22, 263:17, 263:22, 266:8, 266:21, 267:13, 268:20, 269:14, 279:7, 280:21, 281:3, 281:22
**points** [7] - 34:18, 119:2, 126:7, 127:6, 128:25, 131:6, 179:13
**police** [34] - 35:5, 41:19, 44:7, 52:14, 53:3, 62:11, 77:14, 81:10, 81:15, 181:2, 181:9, 181:13, 256:16, 263:18, 263:20, 263:23, 264:11, 264:13, 265:19, 265:20, 266:11, 266:13, 266:16, 266:24, 268:7, 268:9, 269:5, 278:6, 280:25, 281:9, 282:16, 283:7, 284:1, 284:11
**policies** [1] - 192:23
**policy** [1] - 171:15
**pollution** [1] - 163:17
**polynice** [2] - 58:20, 79:25
**POLYNICE** [2] - 3:7, 29:2
**Polynice** [16] - 28:19, 29:9, 29:15, 29:17, 34:7, 36:13, 36:19, 39:24, 44:3, 50:22, 58:18, 58:19, 58:20, 71:25, 82:5
**pop** [1] - 124:22
**Porsche** [4] - 144:17, 145:2, 145:3, 146:24

**portion** [14] - 20:7, 27:6, 39:17, 77:17, 83:24, 84:18, 113:15, 133:14, 133:16, 148:5, 148:20, 154:8, 229:18, 249:3
**portions** [9] - 36:14, 36:18, 37:7, 39:1, 39:7, 39:10, 40:2, 44:3, 135:23
**pose** [1] - 88:23
**position** [1] - 38:24, 77:10, 109:6, 113:21, 114:3, 118:23, 125:9, 127:3, 127:5, 127:20, 262:11
**positional** [1] - 122:2
**positioning** [1] - 116:13
**positions** [3] - 74:20, 126:23, 267:3
**possess** [5] - 103:11, 103:15, 107:15, 107:18, 107:20
**possesses** [1] - 102:6
**possession** [3] - 25:8, 87:12, 168:25
**possibility** [1] - 15:6
**possible** [17] - 35:10, 52:16, 85:6, 134:14, 134:22, 135:6, 209:22, 215:24, 216:2, 227:16, 228:20, 228:25, 234:6, 254:4, 254:8, 254:13, 254:18
**possibly** [4] - 9:3, 84:22, 85:4, 249:8
**posting** [2] - 191:6, 191:8
**potentially** [6] - 9:20, 14:5, 14:25, 26:17, 94:4, 106:5
**pound** [1] - 196:25
**pounds** [3] - 197:1, 200:1, 226:20
**power** [4] - 133:23, 133:24, 134:1, 134:4
**practical** [1] - 119:19
**practice** [4] - 122:6, 200:19, 200:20, 234:20
**practices** [1] - 219:16
**pre** [1] - 151:18
**pre-owned** [1] - 151:18
**preceding** [1] -

105:12
**precise** [1] - 128:11
**predetermined** [1] - 125:12
**predicate** [1] - 104:15
**predominant** [1] - 64:23
**predominantly** [1] - 64:25
**preparation** [2] - 35:9, 221:23
**prepare** [2] - 32:24, 98:6
**prepared** [6] - 5:12, 75:3, 90:11, 170:5, 173:15, 271:5
**preparing** [1] - 34:22
**presence** [1] - 27:10
**present** [3] - 26:2, 164:6, 174:6
**presented** [5] - 26:13, 26:23, 28:10, 105:19, 183:1
**presenter** [1] - 115:23
**presenting** [2] - 169:20, 169:22
**presently** [1] - 10:9
**presents** [1] - 215:5
**preserve** [1] - 168:12
**president** [1] - 188:12
**presidential** [2] - 159:3, 159:5
**presiding** [1] - 5:6
**preston** [2] - 40:8, 96:2
**PRESTON** [219] - 1:16, 3:4, 3:6, 3:8, 3:10, 3:11, 3:13, 3:15, 3:16, 3:17, 3:18, 3:20, 3:22, 3:24, 4:1, 4:4, 5:14, 6:2, 6:8, 6:22, 7:25, 9:2, 9:8, 10:10, 10:19, 11:7, 11:9, 13:17, 13:20, 13:23, 13:25, 15:8, 15:12, 15:17, 15:20, 15:25, 16:9, 18:9, 18:16, 20:3, 20:5, 21:10, 21:20, 23:17, 25:2, 25:15, 25:21, 26:16, 26:16, 27:6, 27:12, 27:19, 27:22, 28:3, 28:7, 28:19, 29:12, 29:14, 34:3, 34:6, 36:2, 36:10, 36:17, 36:24, 37:3, 37:6, 37:11, 37:14, 37:17, 37:17, 38:1,

38:5, 38:15, 39:6, 39:21, 39:23, 40:21, 40:23, 41:10, 42:2, 42:12, 43:1, 43:18, 43:22, 44:1, 45:2, 47:15, 48:1, 48:19, 49:23, 50:19, 50:21, 52:19, 53:18, 53:23, 54:1, 54:8, 55:13, 56:10, 56:14, 58:3, 58:6, 74:21, 80:8, 82:2, 82:10, 82:20, 82:23, 83:16, 83:23, 84:2, 96:4, 96:16, 97:17, 100:18, 100:22, 102:25, 103:3, 105:2, 105:16, 105:18, 108:8, 110:6, 110:22, 110:25, 111:3, 111:14, 112:8, 112:10, 115:15, 115:22, 115:24, 120:16, 122:15, 122:18, 123:5, 123:11, 123:13, 123:15, 127:12, 127:19, 128:1, 128:2, 128:21, 128:23, 130:8, 130:10, 130:19, 130:20, 131:8, 131:14, 135:16, 135:18, 136:1, 136:3, 136:22, 136:24, 137:6, 137:12, 138:7, 138:9, 139:14, 141:17, 142:18, 143:8, 143:13, 144:7, 148:1, 148:2, 148:19, 149:2, 150:9, 150:14, 151:9, 151:11, 152:23, 153:1, 153:12, 153:19, 153:23, 154:2, 154:21, 154:25, 155:1, 156:15, 156:16, 156:21, 156:22, 159:12, 160:7, 165:2, 167:2, 167:6, 167:11, 169:2, 182:8, 182:13, 184:7, 212:22, 213:5, 213:8, 214:4, 220:13, 220:15, 221:16, 221:18, 223:25, 224:3, 229:15, 229:17, 237:24, 238:1, 239:15, 239:17, 241:16, 257:19, 258:17, 273:3, 280:5, 284:14, 284:18

**Preston** [21] - 6:21, 7:16, 7:20, 7:24, 20:2, 21:8, 23:4, 23:16, 24:22, 28:15, 38:14, 40:6, 78:2, 80:6, 97:15, 111:13, 137:11, 150:13, 169:1, 220:12, 220:18
**Preston's** [1] - 183:23
**pretty** [15] - 76:13, 92:8, 92:11, 194:11, 197:5, 207:9, 211:17, 213:21, 218:4, 218:5, 219:15, 220:1, 229:10, 232:9, 236:5
**previous** [1] - 240:14
**previously** [4] - 6:4, 82:17, 162:23, 201:20
**price** [13] - 28:19, 146:24, 148:22, 185:14, 212:13, 220:9, 220:16, 220:24, 223:21, 224:4, 224:5, 241:23, 243:13
**PRICE** [5] - 3:7, 4:2, 29:2, 184:19, 185:8
**Price** [4] - 29:9, 182:7, 185:2, 185:8
**primarily** [3] - 32:4, 32:6, 33:4
**primary** [1] - 157:8
**print** [1] - 125:24
**printed** [1] - 126:14
**private** [3] - 193:25, 200:19, 200:21
**privilege** [1] - 248:20
**probability** [2] - 214:2, 214:7
**problem** [10] - 9:24, 10:13, 22:11, 44:13, 98:4, 104:5, 133:1, 211:18, 237:20, 276:2
**problems** [3] - 12:21, 217:11, 283:11
**procedure** [10] - 21:10, 38:18, 83:2, 206:20, 221:5, 233:2, 233:3, 233:5, 233:24, 246:3
**procedures** [1] - 222:18
**proceed** [8] - 5:12, 26:15, 38:14, 39:20, 213:9, 258:18, 270:7, 270:25
**proceeding** [2] - 32:21, 94:25
**PROCEEDING** [8] -

10:17, 24:1, 28:2, 71:17, 82:15, 170:25, 184:11, 244:6
**PROCEEDINGS** [3] - 71:11, 172:23, 286:21
**proceedings** [2] - 246:2, 286:12
**process** [12] - 20:17, 22:16, 24:9, 25:11, 33:21, 61:25, 89:18, 145:15, 157:19, 158:13, 186:3, 195:12
**processing** [1] - 120:9
**produce** [2] - 116:4, 122:11
**produced** [1] - 127:22
**product** [10] - 33:9, 194:4, 197:19, 201:6, 219:8, 222:12, 226:25, 227:5, 242:17, 242:21
**professional** [4] - 87:3, 87:7, 224:1, 237:14
**professor** [3] - 90:6, 90:14, 95:9
**program** [5] - 125:19, 126:1, 126:7, 126:10, 126:12
**prompt** [1] - 17:19
**promptly** [2] - 99:10, 111:10
**pronounce** [1] - 78:4
**pronounced** [1] - 68:15
**properly** [1] - 226:21
**propose** [1] - 37:12, 173:3
**proposed** [3] - 99:13, 107:5, 108:7
**proposing** [2] - 36:16, 36:17
**prosecuting** [1] - 220:20
**prospective** [1] - 155:12
**protect** [2] - 88:8, 219:4
**protection** [1] - 201:9
**provide** [7] - 39:2, 106:7, 115:9, 119:6, 120:13, 120:22, 141:10
**provided** [3] - 33:15, 116:13, 278:10
**provides** [1] - 119:4, 274:1

**providing** [2] - 171:20, 280:9
**pry** [2] - 85:24, 95:4
**public** [2] - 197:20, 219:5
**publish** [11] - 15:12, 27:7, 36:12, 39:7, 48:1, 54:1, 56:11, 83:23, 123:11, 128:1, 212:9
**publisher** [1] - 175:5
**Publix** [3] - 194:21, 196:13
**pull** [14] - 17:11, 31:6, 80:23, 112:20, 112:21, 134:22, 180:20, 180:23, 188:4, 194:9, 203:9, 203:13, 203:17, 264:1
**pulled** [4] - 17:7, 53:1, 57:17, 200:21
**pulling** [2] - 55:11, 187:16
**pulls** [1] - 227:3
**pun** [1] - 208:14
**purchase** [10] - 141:6, 145:7, 145:17, 146:19, 146:24, 152:2, 155:7, 155:12, 156:10, 156:18
**purchased** [4] - 139:23, 139:25, 140:1, 145:1
**purchaser** [4] - 148:7, 161:9, 161:12, 161:20
**purpose** [8] - 16:5, 88:8, 91:3, 157:8, 205:7, 205:10, 206:1, 256:21
**purposes** [8] - 14:19, 34:8, 39:14, 83:8, 105:14, 105:15, 122:20, 146:13
**pursuant** [5] - 32:19, 38:18, 105:20, 144:10, 168:3
**push** [1] - 17:12
**pushed** [1] - 211:20
**put** [79] - 8:4, 12:16, 12:18, 14:10, 16:25, 17:2, 17:4, 17:17, 18:11, 21:24, 22:3, 22:19, 37:20, 41:9, 42:25, 43:7, 46:2, 54:14, 54:15, 59:14, 60:3, 68:16, 69:9, 70:7, 73:25, 74:4, 74:22, 77:4, 77:7, 80:10, 88:15, 88:20,

90:10, 94:1, 94:2, 96:14, 101:23, 117:3, 123:19, 126:10, 136:16, 136:23, 158:17, 161:6, 181:2, 195:17, 196:21, 197:22, 198:3, 199:16, 200:9, 201:25, 202:25, 203:5, 204:19, 205:20, 206:22, 210:4, 210:13, 211:7, 219:14, 226:24, 228:7, 232:5, 232:10, 234:2, 247:4, 256:16, 259:2, 265:1, 265:7, 265:9, 265:17, 266:1, 267:1, 278:11, 278:14, 280:22
**puts** [1] - 8:13
**putting** [6] - 6:16, 10:25, 25:10, 44:18, 44:23, 45:5, 45:11, 199:12, 199:19, 200:22, 219:13

## Q

**QC** [1] - 33:2
**qualified** [2] - 72:21, 101:13
**quality** [8] - 33:3, 34:15, 34:17, 70:1, 88:12, 88:18, 89:19, 222:19
**quantities** [1] - 106:10
**quantity** [2] - 105:3, 105:24
**questioned** [1] - 8:10
**questioning** [3] - 77:15, 182:21, 242:8
**questions** [16] - 5:21, 8:2, 16:10, 17:19, 58:7, 84:2, 88:23, 131:9, 141:18, 143:9, 158:6, 160:8, 167:3, 209:12, 280:7, 284:2
**quicker** [1] - 176:20
**quite** [4] - 36:15, 89:1, 262:1, 276:19
**quotation** [2] - 51:15, 51:19
**quotations** [2] - 50:24, 51:1
**quote** [1] - 51:15

# R

**R-A-M-D-I-A-L** [1] - 151:23
**R-E-A-D** [1] - 76:20
**radio** [7] - 35:5, 41:11, 43:25, 44:8, 47:20, 47:24, 118:7
**radius** [1] - 117:12
**railways** [1] - 113:19
**raise** [7] - 28:21, 111:16, 137:14, 143:15, 150:15, 184:13, 244:16
**raised** [1] - 30:18
**raisin** [2] - 208:6, 208:15
**Ramdial** [6] - 151:22, 152:1, 152:7, 157:17, 166:4, 166:9
**Ramiro** [8] - 154:7, 154:11, 155:16, 155:17, 156:17, 157:16, 163:4, 164:3
**ranging** [1] - 125:1
**rate** [1] - 192:24
**rather** [2] - 116:8
**RAY** [2] - 4:2, 184:19
**Ray** [2] - 182:6, 185:2
**Rays** [1] - 61:9
**reach** [1] - 204:25
**reached** [1] - 235:17
**Read** [1] - 40:10
**read** [22] - 36:18, 37:13, 37:20, 38:4, 38:25, 39:1, 39:13, 40:2, 40:5, 40:8, 42:13, 43:24, 44:3, 53:19, 76:21, 76:22, 104:17, 104:18, 272:17, 274:6, 274:8, 274:15
**readable** [1] - 37:24
**reading** [12] - 36:13, 37:19, 38:11, 38:12, 38:13, 40:7, 76:23, 103:17, 107:10, 107:11, 123:2
**readings** [1] - 123:1
**reads** [3] - 101:11, 103:23, 104:10
**ready** [6] - 109:4, 156:18, 157:12, 169:25, 244:4
**real** [5] - 93:17, 93:21, 93:22, 164:16, 164:21
**realize** [1] - 139:3,

260:21
**really** [10] - 60:2, 63:3, 63:5, 73:4, 88:25, 90:15, 101:12, 117:20, 132:25, 155:9
**rear** [4] - 142:7, 142:9, 227:13, 230:9
**reason** [4] - 8:10, 193:8, 241:12, 256:23
**reasonable** [6] - 8:5, 27:12, 73:11, 99:20, 119:23, 169:11
**reasonably** [2] - 227:10, 234:19
**reasons** [2] - 157:20, 201:4
**rebuttal** [2] - 26:18, 26:23
**receipt** [7] - 140:22, 140:24, 141:2, 153:25, 154:4, 161:19, 162:22
**receipted** [3] - 152:20, 152:21, 162:18
**receipts** [1] - 140:17
**receive** [1] - 225:9
**received** [12] - 15:11, 18:17, 36:7, 83:21, 123:9, 127:17, 141:11, 153:17, 163:3, 201:20, 251:18, 251:19
**RECEIVED** [1] - 4:14
**receiver** [5] - 88:19, 204:3, 204:16, 231:6, 231:12
**receives** [1] - 207:5
**receiving** [4] - 121:6, 201:15, 215:5, 231:8
**recent** [1] - 92:14
**recess** [6] - 96:23, 97:6, 99:4, 171:3, 172:21, 286:1
**RECESS** [3] - 71:10, 99:6, 172:22
**recognize** [9] - 14:4, 83:11, 122:19, 126:17, 146:14, 153:4, 154:5, 163:2, 223:16
**recognized** [1] - 136:25
**recollection** [5] - 9:18, 14:14, 14:24, 91:4, 110:6
**recommended** [1] - 219:7
**reconcile** [1] - 166:6
**reconvene** [4] - 71:4,

170:21, 286:3, 286:17
**record** [25] - 23:8, 24:19, 29:7, 36:19, 40:5, 110:14, 112:4, 121:22, 122:11, 122:24, 138:3, 139:12, 144:3, 148:17, 151:4, 154:23, 168:12, 169:10, 181:3, 183:7, 185:1, 206:23, 235:22, 245:5, 258:1
**recorded** [1] - 274:24
**recording** [15] - 32:25, 33:13, 33:19, 33:24, 33:25, 34:1, 34:9, 34:14, 34:15, 34:18, 36:11, 36:25, 68:16, 259:2
**records** [10] - 32:8, 114:6, 121:16, 121:19, 122:7, 145:23, 145:25, 146:7, 146:10, 152:19
**recross** [2] - 10:5, 19:25
**recycling** [2] - 217:12, 217:16
**RED** [1] - 76:20
**red** [10] - 9:9, 9:13, 14:1, 76:18, 76:19, 77:1, 84:17, 85:4, 218:11, 218:14
**Red** [1] - 61:8
**redirect** [8] - 6:1, 7:21, 80:6, 135:15, 142:16, 150:8, 164:25, 241:18
**REDIRECT** [16] - 3:4, 3:6, 3:9, 3:13, 3:16, 3:20, 4:1, 4:4, 6:7, 20:4, 80:7, 96:3, 135:17, 142:17, 165:1, 241:21
**reefer** [4] - 191:11, 191:22, 192:4, 217:10
**reefers** [1] - 217:12
**refer** [3] - 51:8, 99:14, 285:5
**reference** [2] - 100:1, 100:8
**referred** [2] - 83:24, 149:20
**referring** [6] - 37:8, 101:1, 102:8, 130:3, 154:1, 154:18
**refers** [4] - 81:9, 100:6, 103:3, 107:3
**reflect** [5] - 139:12,

148:17, 154:23, 166:3, 242:9
**reflected** [1] - 162:13
**refresh** [3] - 84:22, 91:4, 93:6
**refrigerated** [10] - 115:2, 134:2, 134:6, 134:12, 135:20, 192:3, 215:13, 216:4, 217:7, 217:15
**refrigeration** [3] - 12:5, 208:24, 253:1
**refrigerator** [12] - 134:10, 134:14, 187:17, 192:4, 194:17, 196:24, 209:15, 215:2, 217:13, 217:23, 285:6, 285:7
**refuse** [2] - 207:12, 207:13
**refused** [1] - 207:20
**regard** [39] - 8:11, 11:21, 12:4, 14:15, 14:24, 25:23, 26:19, 33:19, 34:11, 39:5, 80:9, 82:24, 85:24, 102:25, 103:5, 105:25, 106:9, 113:15, 114:5, 115:10, 121:16, 121:20, 122:11, 124:22, 125:15, 126:15, 152:2, 155:7, 155:19, 156:9, 156:24, 158:14, 159:6, 165:19, 182:15, 182:17, 233:23, 235:15
**regarding** [1] - 153:6
**regardless** [2] - 172:8, 235:2
**regards** [1] - 9:5
**region** [1] - 65:11
**registered** [1] - 140:4
**registration** [2] - 140:16, 163:8
**regulations** [1] - 243:3
**related** [3] - 61:22, 183:16
**relating** [1] - 222:25
**relationship** [1] - 183:19
**relevant** [5] - 25:22, 26:19, 182:18, 183:1, 212:23
**rely** [1] - 120:8
**remain** [1] - 286:11

**remainder** [1] - 225:10
**remaining** [1] - 168:8
**remains** [1] - 239:6
**remember** [39] - 17:10, 19:21, 32:1, 72:5, 72:13, 77:18, 77:20, 84:12, 84:19, 85:11, 95:8, 115:15, 149:18, 149:20, 149:22, 149:23, 149:25, 178:6, 250:22, 251:5, 256:2, 257:16, 258:15, 260:5, 260:7, 261:3, 261:17, 265:21, 266:4, 267:18, 268:13, 271:8, 275:12, 276:1, 276:18, 280:24, 281:3, 282:14, 285:17
**remind** [2] - 96:24, 173:13
**remitter** [1] - 149:15
**removal** [2] - 20:6, 24:17
**remove** [7] - 19:2, 19:9, 19:18, 209:23, 231:4, 231:6, 264:25
**removed** [8] - 19:15, 21:14, 21:18, 21:25, 24:16, 95:6, 209:19, 230:5
**removes** [1] - 212:1
**removing** [1] - 24:25
**rendering** [1] - 183:20
**renew** [1] - 193:12
**repackaged** [1] - 22:2
**repeat** [4] - 158:12, 234:15, 281:6
**repeating** [1] - 157:24
**rephrase** [2] - 156:14, 280:7
**replace** [1] - 206:11
**replaced** [1] - 21:18
**reply** [1] - 139:18
**report** [22] - 90:10, 90:16, 90:19, 91:3, 91:9, 91:11, 91:23, 91:24, 92:2, 92:15, 92:22, 92:24, 93:3, 93:10, 93:14, 95:2, 95:4, 95:13, 96:14, 125:9, 237:20, 240:16
**reported** [5] - 2:4, 239:21, 240:5, 240:14, 240:15

**REPORTED** [1] - 2:8
**Reporter** [2] - 2:5, 287:5
**reporting** [2] - 120:15, 238:10
**reports** [5] - 92:11, 120:13, 125:1, 125:4, 125:8
**represent** [3] - 126:21, 128:3, 147:24
**representation** [2] - 126:22, 129:7
**represented** [2] - 157:15, 157:16
**representing** [3] - 152:14, 156:5, 157:5
**request** [2] - 27:13, 201:5
**requested** [1] - 125:4
**require** [2] - 230:24, 253:1
**required** [9] - 32:13, 60:16, 118:24, 118:25, 198:17, 236:1, 236:5, 236:11, 253:4
**requirement** [1] - 225:5
**requires** [1] - 60:3
**research** [1] - 121:15
**reserve** [2] - 167:22, 174:2
**reserved** [1] - 173:14
**reserving** [1] - 174:12
**reside** [1] - 32:4
**resolve** [1] - 10:14
**respect** [2] - 105:11, 121:24
**respective** [1] - 97:9
**respond** [2] - 105:16, 114:4
**respondent** [1] - 284:17
**response** [2] - 42:16, 42:21
**response)** [1] - 42:19
**responsibility** [1] - 221:4
**responsible** [5] - 161:24, 214:18, 215:17, 235:9, 236:16
**rest** [7] - 97:14, 170:4, 178:9, 181:17, 182:2, 198:15, 275:19
**restaurants** [1] - 179:11
**rested** [1] - 174:5
**resting** [1] - 249:13
**restriction** [1] -

228:22
**rests** [1] - 167:12
**RESUMED** [5] - 10:17, 28:2, 170:25, 184:11, 244:6
**RETIRED** [4] - 71:9, 97:4, 171:9, 286:9
**return** [1] - 171:4
**RETURNED** [3] - 5:4, 111:6, 173:21
**returned** [1] - 241:9
**returning** [2] - 111:10, 169:11
**revealed** [1] - 105:22
**reveals** [1] - 239:24
**revenue** [1] - 190:2
**review** [5] - 33:5, 33:10, 33:12, 39:10, 99:2
**reviewed** [7] - 14:20, 21:13, 35:14, 83:1, 145:23, 145:25, 277:20
**reviewer** [1] - 33:7
**reviewing** [1] - 239:8
**RGN** [1] - 191:12
**Richard** [3] - 97:21, 111:14, 112:5
**RICHARD** [2] - 3:14, 111:22
**ride** [1] - 192:23
**rig** [15] - 12:17, 12:21, 12:23, 13:13, 14:5, 14:11, 15:5, 16:2, 16:6, 18:21, 133:15, 133:16, 189:19, 189:20, 190:17
**right-hand** [7] - 13:21, 99:15, 148:21, 160:22, 161:1, 162:17, 163:10
**rights** [2] - 171:17, 171:18
**rise** [11] - 5:2, 5:5, 71:7, 71:12, 71:18, 97:2, 99:7, 111:4, 171:7, 172:24, 286:7
**river** [1] - 210:11
**Riverside** [20] - 129:20, 129:23, 131:5, 177:2, 238:13, 238:20, 238:23, 239:3, 239:9, 240:1, 240:17, 251:7, 251:11, 251:14, 251:16, 251:18, 251:20, 251:24, 252:1, 252:5
**rivet** [1] - 210:13,

210:15, 210:22, 210:23, 211:7, 211:12
**rivets** [1] - 210:6
**Road** [6] - 13:6, 180:11, 259:14, 260:8, 260:14, 261:4
**road** [7] - 13:10, 180:21, 180:23, 187:3, 204:19, 249:11, 256:24
**Robert** [1] - 82:11
**ROBERT** [4] - 3:3, 3:10, 6:3, 82:16
**Rodriguez** [7] - 102:20, 104:8, 107:8, 141:20, 160:10, 270:16, 286:10
**RODRIGUEZ** [70] - 1:19, 3:19, 3:23, 3:25, 5:25, 98:19, 99:23, 101:10, 101:18, 102:4, 102:9, 102:18, 103:9, 103:13, 103:18, 103:21, 103:24, 104:3, 104:5, 104:7, 104:10, 104:14, 104:20, 104:24, 105:4, 107:7, 107:10, 107:14, 107:18, 107:22, 108:2, 139:9, 141:22, 142:13, 148:12, 148:15, 149:5, 149:9, 150:7, 153:15, 156:12, 156:19, 159:10, 160:11, 160:14, 161:6, 161:8, 161:16, 161:18, 162:10, 162:12, 162:21, 162:24, 163:7, 163:9, 163:14, 163:16, 164:24, 167:14, 167:19, 168:3, 168:6, 168:11, 168:16, 168:18, 169:13, 169:16, 171:14, 270:11, 286:14
**rodriguez** [1] - 171:12
**Rodriguez's** [1] - 106:13
**role** [9] - 36:20, 36:21, 155:6, 155:10, 155:11, 195:12, 214:15, 215:4, 215:12
**Rolex** [5] - 159:3, 159:5, 164:16, 165:3, 165:7
**roof** [1] - 227:9

**ROOM** [4] - 71:9, 97:4, 171:9, 286:9
**room** [2] - 226:17, 228:7
**Roosevelt** [1] - 271:14
**rotating** [1] - 116:15
**rough** [2] - 68:18, 70:21
**rounded** [1] - 14:1
**route** [2] - 88:10, 259:24
**routine** [1] - 122:6
**rows** [1] - 229:10
**RPM** [1] - 114:22
**RPR** [2] - 2:4, 287:4
**ruin** [2] - 55:22, 56:1
**Rule** [10] - 24:6, 38:18, 167:21, 167:22, 167:25, 168:1, 168:3, 168:12, 168:15, 169:12
**rule** [1] - 38:21
**rules** [1] - 243:2
**run** [6] - 12:2, 53:7, 53:9, 186:15, 189:6, 195:1
**running** [5] - 12:5, 194:16, 218:5, 283:16, 283:19
**runs** [1] - 193:13

**S**

**S-2.2** [1] - 102:13
**S-5** [3] - 102:3, 102:12, 102:17
**S-6** [1] - 106:11
**S-7** [1] - 106:11
**S1.1** [1] - 109:19
**S1.2** [3] - 101:9, 109:18, 109:19
**S1.3** [1] - 109:21
**S2.2** [2] - 102:24, 103:1
**S5** [5] - 151:24, 151:25, 152:1, 165:23, 166:19
**S6** [1] - 165:24
**S8** [2] - 159:22, 166:19
**safety** [3] - 89:20, 201:13, 201:14
**sale** [11] - 145:21, 145:24, 146:4, 146:9, 151:20, 152:4, 152:6, 153:6, 153:9, 158:21, 161:24
**sales** [6] - 114:2,

144:19, 159:25, 161:20, 164:17, 164:21
**salesman** [5] - 146:21, 158:5, 158:11, 158:14, 162:5
**salesperson** [6] - 157:21, 159:9, 159:17, 161:21, 162:14, 163:5
**salespersons** [1] - 152:5
**Sam's** [3] - 89:12, 224:6, 230:12
**San** [1] - 191:10
**sandbagged** [1] - 21:4
**Sandra** [2] - 2:4, 287:4
**SANDRA** [1] - 287:4
**sat** [1] - 267:3
**satellite** [13] - 113:9, 118:8, 118:21, 119:9, 120:7, 120:9, 124:12, 128:11, 128:18, 132:15, 132:22, 133:3, 133:8
**satellites** [9] - 116:14, 116:16, 118:6, 118:15, 118:23, 119:2, 120:4, 124:14, 128:19
**satisfy** [1] - 184:6
**Saturday** [4] - 41:3, 41:25, 256:6, 256:7
**save** [1] - 27:16
**saw** [18] - 24:10, 46:10, 95:17, 157:13, 179:25, 180:9, 232:20, 233:1, 237:17, 253:24, 254:1, 266:5, 266:10, 266:12, 267:1, 267:20, 268:15, 279:4
**Sawyer** [1] - 139:5
**scale** [1] - 227:3
**scared** [3] - 42:18, 53:4, 181:5
**scene** [2] - 32:11, 143:7
**schedule** [1] - 45:19
**school** [3] - 175:1, 175:7, 261:12
**scientific** [1] - 24:5
**scoot** [1] - 31:6
**scope** [3] - 6:18, 9:4, 24:6
**score** [1] - 23:5
**scratching** [1] - 237:22

**screen** [20] - 37:5, 37:7, 37:10, 37:16, 37:24, 37:25, 38:9, 45:1, 115:19, 116:1, 130:2, 148:21, 153:24, 154:5, 154:9, 160:16, 160:23, 212:12, 223:21, 258:3
**screw** [1] - 211:7
**screwdriver** [2] - 203:18, 211:24
**screwdriver's** [1] - 19:17
**scrutiny** [1] - 155:24
**seal** [110] - 9:5, 9:12, 9:16, 9:19, 13:13, 14:5, 14:8, 14:9, 14:10, 14:12, 14:13, 14:15, 14:25, 15:4, 15:7, 16:3, 16:6, 16:12, 16:15, 16:16, 16:19, 17:4, 17:7, 17:9, 17:11, 18:10, 18:22, 19:3, 19:9, 19:21, 20:8, 21:17, 21:19, 21:24, 24:16, 24:25, 25:1, 25:23, 26:4, 54:14, 54:15, 83:1, 84:12, 84:13, 84:23, 85:10, 85:19, 85:25, 86:6, 87:13, 87:19, 87:22, 88:4, 88:6, 88:8, 88:13, 88:18, 89:18, 89:24, 90:12, 90:16, 95:6, 96:11, 96:13, 198:3, 198:6, 198:7, 198:18, 198:24, 201:2, 201:6, 203:5, 203:6, 203:10, 203:14, 204:4, 204:17, 204:19, 205:5, 205:8, 205:12, 205:17, 205:20, 205:24, 206:8, 206:11, 206:22, 206:23, 207:3, 207:7, 207:21, 208:1, 208:13, 208:22, 210:12, 212:2, 212:24, 215:8, 215:11, 221:5, 230:25, 231:10, 231:12, 232:5, 232:10, 254:1, 254:17
**seal's** [1] - 215:10
**sealed** [14] - 177:19, 178:5, 201:3, 201:15, 206:5, 207:1, 207:5, 208:19, 208:21, 215:2, 222:4, 222:6,

223:2, 230:24
**sealing** [1] - 90:7
**seals** [6] - 16:25, 17:1, 85:2, 201:22, 202:3, 221:3
**search** [8] - 12:15, 16:7, 41:4, 139:16, 139:20, 140:8, 140:21, 142:3
**searched** [2] - 11:17, 266:13
**seat** [4] - 73:16, 142:7, 142:10, 218:16
**seated** [14] - 71:16, 71:20, 97:5, 111:8, 112:2, 138:1, 144:1, 148:11, 151:2, 171:10, 173:1, 173:23, 184:24, 245:3
**second** [13] - 19:1, 19:7, 82:13, 83:10, 101:10, 102:4, 102:5, 106:12, 159:9, 250:13, 250:17, 273:25
**secondly** [1] - 8:1
**secretly** [1] - 181:3
**section** [4] - 48:3, 50:22, 80:24, 154:6
**security** [1] - 205:11
**SECURITY** [14] - 5:2, 5:5, 71:7, 71:12, 71:15, 71:18, 97:2, 99:7, 111:4, 111:7, 171:7, 172:24, 173:22, 286:7
**sedan** [1] - 263:1
**see** [116] - 12:14, 20:13, 27:9, 38:7, 38:9, 40:9, 41:22, 43:8, 45:17, 45:20, 46:19, 47:12, 48:16, 52:13, 55:8, 56:21, 66:7, 74:17, 74:18, 74:20, 75:5, 75:25, 78:19, 85:5, 86:23, 87:4, 95:5, 98:25, 104:1, 108:16, 109:14, 114:16, 116:5, 119:12, 121:23, 124:14, 124:20, 128:18, 131:2, 136:6, 136:7, 136:11, 136:19, 137:3, 139:6, 146:6, 148:7, 148:21, 149:12, 159:1, 160:15, 176:25, 179:4, 180:6, 181:9, 181:13, 189:1,

196:11, 205:5, 208:4, 210:14, 210:20, 211:10, 212:4, 213:19, 216:15, 216:20, 216:22, 218:10, 218:15, 218:17, 219:5, 224:10, 224:17, 225:15, 229:12, 230:1, 230:8, 230:18, 238:2, 239:18, 240:16, 248:21, 257:20, 260:18, 260:20, 263:15, 266:7, 268:5, 268:8, 268:14, 269:4, 270:5, 271:2, 271:12, 271:25, 272:14, 276:12, 276:14, 276:20, 277:4, 277:8, 277:10, 278:12, 278:16, 278:25, 279:2, 279:7, 279:12, 279:17, 279:24, 280:15, 283:15, 283:23, 285:12
**seeing** [3] - 95:14, 95:15, 254:7
**seized** [1] - 140:14
**self** [2] - 133:25
**self-contained** [1] - 133:25
**sell** [7] - 113:9, 113:19, 123:20, 144:23, 151:17, 165:24, 207:16
**seller** [1] - 88:9
**selling** [2] - 156:3, 158:8
**semi** [3] - 12:19, 94:12, 262:14
**Seminole** [2] - 188:19, 188:21
**send** [4] - 33:22, 120:23, 191:19, 193:21
**sends** [1] - 227:18
**sense** [4] - 59:21, 59:22, 60:5, 175:20
**sensitive** [1] - 191:24
**sensitivity** [1] - 197:16
**sensor** [1] - 115:4
**sensors** [2] - 114:25, 132:7
**sent** [2] - 89:22, 252:8
**sentence** [4] - 102:5, 103:10, 106:12,

106:13
**sentenced** [1] - 109:4
**sentencing** [1] - 105:15
**separate** [4] - 104:25, 109:5, 163:24, 206:24
**separated** [1] - 175:11
**September** [1] - 174:20
**serial** [3] - 198:7, 205:9, 215:8
**series** [3] - 13:1, 51:21, 116:13
**serve** [3] - 31:2, 31:12, 116:3
**Service** [2] - 138:16
**service** [2] - 120:22, 190:23
**Services** [2] - 29:24, 30:1
**services** [4] - 30:12, 31:21, 113:16, 119:1
**session** [4] - 5:7, 24:10, 71:19, 172:25
**set** [13] - 12:18, 52:10, 191:17, 198:24, 216:10, 217:8, 217:20, 218:1, 218:13, 220:2, 220:3, 273:25, 274:12
**sets** [1] - 217:7
**setting** [1] - 200:20
**settled** [1] - 64:24
**setup** [2] - 52:7, 52:8
**seven** [2] - 91:22, 165:7
**several** [4] - 69:23, 108:10, 154:17, 191:4
**shall** [9] - 28:23, 106:14, 111:18, 137:17, 143:17, 150:18, 184:15, 244:18
**share** [2] - 10:12, 179:11
**shared** [1] - 183:11
**shed** [1] - 97:15
**sheet** [2] - 205:15, 221:14
**sheets** [1] - 222:25
**SHELDON** [1] - 1:7
**Sheldon** [3] - 139:4, 139:11, 148:16
**shelf** [1] - 196:21
**shiny** [2] - 224:18, 224:21
**ship** [2] - 113:13,

225:3
**shipment** [5] - 198:17, 219:6, 221:8, 225:14, 227:17
**shipped** [3] - 89:19, 208:9, 225:5
**shipper** [8] - 88:19, 89:1, 198:1, 204:2, 204:15, 205:20, 228:5
**shippers** [1] - 201:6
**shipping** [1] - 113:20
**shirt** [4] - 154:20, 157:14, 160:4, 188:24
**shit** [19] - 42:20, 46:9, 46:13, 48:12, 48:23, 48:24, 49:5, 49:7, 49:8, 50:2, 52:21, 53:22, 56:5, 56:7, 56:8, 81:23, 82:1
**short** [5] - 186:10, 186:14, 186:18, 186:22, 192:3
**SHORTER** [6] - 1:7, 171:25, 172:3, 172:16, 172:19, 270:24
**Shorter** [17] - 1:20, 97:24, 97:25, 139:4, 139:11, 143:1, 148:16, 150:6, 154:24, 155:6, 169:17, 171:12, 171:17, 171:19, 171:23, 270:23
**shove** [2] - 203:18, 204:8
**show** [27] - 8:15, 13:15, 18:3, 22:14, 22:18, 22:21, 37:7, 83:7, 88:3, 135:23, 146:12, 149:6, 174:8, 174:18, 181:1, 196:16, 201:19, 205:4, 205:13, 208:12, 210:14, 212:18, 212:24, 236:25, 241:4, 248:25, 256:10
**showed** [6] - 84:17, 84:25, 129:22, 146:2, 221:12, 232:23
**shower** [1] - 179:5
**showing** [4] - 14:18, 20:16, 87:17, 216:12
**shown** [4] - 14:22, 22:24, 22:25, 150:3
**shows** [2] - 21:13, 24:24
**shrink** [5] - 224:22,

225:1, 227:20, 230:2, 230:6
**shrink-wrapped** [3] - 225:1, 227:20, 230:6
**Si** [1] - 278:23
**siblings** [1] - 176:5
**sic** [3] - 157:21, 264:14, 280:13
**side** [32] - 6:14, 10:24, 132:22, 136:9, 148:21, 161:1, 162:17, 163:10, 174:16, 180:21, 180:22, 202:4, 202:7, 202:10, 202:11, 203:1, 205:4, 208:23, 209:7, 218:10, 229:22, 229:23, 262:17, 267:12, 268:10, 268:11, 268:12, 268:16, 268:17, 268:19, 274:5, 278:3
**sidebar** [7] - 10:14, 20:20, 20:25, 83:19, 94:17, 182:10, 243:17
**SIDEBAR** [10] - 7:9, 10:16, 21:1, 28:1, 167:17, 170:24, 182:11, 184:10, 243:18, 244:5
**Sidney** [1] - 143:5
**sigh)** [1] - 45:16
**sign** [4] - 31:14, 200:4, 206:21, 260:19
**signal** [1] - 118:7
**signature** [7] - 160:25, 162:16, 163:2, 163:11, 163:18, 238:6
**signatures** [2] - 163:20, 164:1
**signed** [1] - 205:21
**significance** [1] - 159:1
**significant** [1] - 19:4
**signs** [5] - 20:9, 156:8, 209:18, 212:4, 262:13
**silver** [1] - 230:15
**similar** [6] - 18:10, 69:1, 105:1, 120:17, 164:9, 203:15
**simplest** [1] - 114:11
**simplified** [1] - 118:13
**simplify** [1] - 183:23
**simply** [5] - 8:22, 24:21, 24:24, 99:20, 126:2

**simultaneous** [1] - 36:12
**simultaneously** [1] - 98:8
**single** [2] - 226:14
**singles** [1] - 226:13
**sisters** [1] - 175:16
**sit** [6] - 37:20, 67:2, 197:6, 215:20, 229:11, 265:8
**site** [1] - 21:25
**sits** [1] - 120:2
**sitting** [10] - 61:4, 77:15, 79:17, 218:15, 225:8, 228:21, 255:23, 266:11, 266:23, 267:10
**situation** [6] - 134:19, 186:20, 194:19, 197:25, 201:3, 236:18
**six** [3] - 178:8, 187:6, 224:14
**size** [1] - 228:24
**skills** [1] - 63:11
**slang** [2] - 65:13, 66:9, 66:13, 192:10
**sleep** [1] - 235:23
**sleeper** [2] - 238:11, 239:10
**sleeping** [4] - 176:18, 179:6, 249:9, 249:13
**slide** [1] - 228:21
**slim** [1] - 214:10
**slip** [1] - 203:7
**slow** [2] - 55:9, 62:9
**small** [6] - 15:4, 93:17, 93:21, 93:22, 203:6, 219:3
**smaller** [1] - 142:22
**smash** [11] - 40:16, 40:17, 57:13, 57:14, 58:1, 75:8, 75:11, 75:20, 76:11, 272:13
**smelled** [1] - 269:12
**Smoke** [2] - 277:7, 277:9
**smoke** [6] - 77:21, 277:3, 277:12, 277:25, 278:8
**snow** [1] - 46:24
**snuck** [1] - 230:20
**sold** [5] - 97:25, 157:12, 165:9, 165:11, 208:5
**solemnly** [7] - 28:22, 111:17, 137:16, 143:16, 150:17, 184:14, 244:17

**someone** [23] - 55:6, 61:8, 66:3, 117:6, 120:24, 154:13, 156:5, 157:5, 186:13, 192:25, 204:18, 206:11, 209:2, 209:8, 231:10, 231:19, 232:5, 232:10, 232:15, 236:15, 236:21, 237:17, 267:6
**sometimes** [7] - 35:1, 59:19, 119:9, 132:15, 214:18, 214:21, 214:23
**somewhat** [2] - 59:11, 65:12
**somewhere** [9] - 57:18, 65:7, 116:23, 117:14, 120:24, 128:7, 134:25, 236:20, 252:3
**soon** [1] - 269:4
**sophisticated** [4] - 114:20, 114:24, 115:7, 213:14
**sorry** [25] - 15:20, 31:5, 40:23, 46:10, 56:14, 72:4, 76:18, 80:23, 100:23, 103:4, 124:6, 127:13, 130:6, 131:2, 136:11, 151:21, 158:12, 160:24, 163:22, 164:19, 221:17, 223:24, 258:7, 278:13, 282:21
**sort** [4] - 87:20, 113:16, 122:9, 233:13
**sorts** [1] - 253:25
**sound** [1] - 21:21
**South** [1] - 140:23
**south** [13] - 141:8, 156:5, 157:25, 158:2, 175:17, 176:7, 178:22, 253:17, 253:20, 253:21, 253:22, 263:5
**southbound** [1] - 256:19
**Sox** [1] - 61:8
**space** [1] - 228:16
**spaced** [1] - 93:20
**Spanish** [2] - 64:18, 278:18
**speaker** [2] - 72:18, 73:1
**speakers** [1] - 33:16
**speaking** [23] - 63:8, 64:25, 65:14, 66:17, 66:18, 67:3, 67:7,

73:15, 77:8, 87:1, 181:4, 190:20, 215:1, 215:13, 272:18, 272:20, 274:7, 274:14, 274:16, 274:19, 279:15, 279:16, 280:2
**speaks** [1] - 68:24
**Special** [2] - 112:17, 141:11
**special** [11] - 106:6, 108:16, 108:19, 108:20, 109:9, 109:22, 110:5, 185:23, 187:23
**specialize** [1] - 30:11
**specialized** [1] - 175:1
**specific** [7] - 63:9, 106:9, 125:9, 153:9, 191:12, 243:2, 247:13
**specifically** [10] - 50:25, 72:5, 72:14, 72:25, 77:21, 80:18, 101:24, 114:8, 255:21, 259:18
**specify** [2] - 105:2, 124:25
**speculating** [1] - 96:5
**speech** [2] - 66:21, 67:18
**speed** [5] - 67:21, 67:25, 114:19, 114:22, 129:13
**spell** [10] - 29:7, 68:12, 112:3, 138:2, 144:2, 151:3, 185:1, 185:6, 196:7, 245:4
**spelled** [2] - 138:5, 151:7
**spend** [1] - 30:19
**spending** [1] - 177:7
**spends** [1] - 235:16
**sphere** [3] - 118:16, 118:17, 119:15
**spheres** [1] - 118:18
**splendid** [1] - 173:19
**spoiled** [1] - 219:8
**spoken** [3] - 262:5, 277:21, 280:1
**spot** [2] - 125:20, 264:1
**spots** [1] - 117:21
**spread** [3] - 126:2, 226:18, 227:2
**squares** [1] - 126:3
**ss** [4] - 101:19, 105:7, 105:13, 109:6
**St** [2] - 1:17, 2:2

**stack** [2] - 228:12, 228:25
**stacked** [4] - 195:17, 224:10, 227:6, 229:4
**stamp** [1] - 123:2, 124:16, 124:20
**stamps** [1] - 126:24
**stand** [11] - 22:19, 23:18, 112:2, 138:1, 144:1, 151:2, 173:7, 184:24, 215:19, 243:23, 245:3
**standard** [2] - 92:9, 92:22, 105:21, 109:22, 146:18, 203:4, 225:4, 228:1, 228:2
**standards** [2] - 100:1, 228:4
**standing** [4] - 129:6, 129:9, 196:11, 196:15
**stands** [3] - 61:5, 100:1, 109:4
**Star** [1] - 149:15
**star** [1] - 128:3
**start** [8] - 31:9, 177:12, 177:17, 190:8, 238:11, 269:2
**started** [6] - 31:1, 31:11, 187:1, 187:20, 187:22, 254:21
**starting** [3] - 93:2, 153:20, 274:13
**startled** [3] - 281:25, 282:3, 282:4
**starts** [2] - 77:15, 276:5
**state** [16] - 29:6, 52:25, 112:3, 138:2, 144:2, 151:3, 151:16, 163:25, 184:25, 186:14, 186:16, 186:18, 186:19, 245:4
**State** [4] - 91:17, 92:23, 185:24, 188:22
**statement** [13] - 51:14, 51:23, 53:19, 171:23, 173:14, 174:3, 174:7, 174:12, 275:4, 275:9, 275:12, 278:6, 285:1
**statements** [3] - 25:7, 174:1, 274:12
**states** [2] - 185:24, 226:19
**STATES** [3] - 1:1, 1:3, 1:13
**States** [15] - 30:5, 30:20, 30:21, 114:4, 116:23, 121:10,

138:12, 138:16, 140:7, 140:11, 167:12, 171:19, 174:21, 187:24, 220:19

**stating** [1] - 205:24

**stationary** [2] - 133:3, 135:8

**status** [5] - 109:7, 235:23, 240:13, 240:20, 240:21

**stay** [7] - 28:17, 45:25, 141:1, 199:10, 214:23, 218:3, 270:6

**stayed** [2] - 135:8, 267:4

**stays** [1] - 235:3

**Ste** [2] - 1:18, 1:23

**steady** [1] - 178:7

**steer** [1] - 226:20

**stenographic** [1] - 286:25

**STENOGRAPHICA LLY** [1] - 2:8

**step** [4] - 110:22, 110:25, 169:15, 214:24

**STEPHEN** [1] - 2:1

**Stephen** [1] - 2:1

**steps** [3] - 147:13, 158:10, 158:13

**stick** [1] - 203:12

**sticks** [1] - 17:14

**still** [17] - 15:23, 23:8, 129:6, 129:9, 148:20, 166:3, 175:12, 175:14, 189:24, 191:16, 193:13, 198:16, 203:7, 241:13, 249:23, 254:12, 268:22

**stolen** [1] - 88:10

**stop** [30] - 6:11, 8:16, 41:19, 43:24, 57:18, 178:8, 202:23, 207:16, 247:17, 247:20, 248:4, 249:17, 249:19, 249:24, 250:4, 250:11, 250:13, 250:17, 251:2, 251:25, 252:1, 252:4, 263:19, 263:24, 264:2, 264:4, 264:6, 274:17

**Stop** [1] - 191:3

**stopped** [10] - 19:14, 85:21, 179:3, 251:6, 255:17, 264:9, 265:5,

268:21, 268:25

**stopping** [1] - 264:8

**stops** [6] - 176:25, 246:20, 247:1, 247:15, 247:16, 248:7

**store** [1] - 194:22

**stored** [1] - 221:8

**story** [2] - 174:16, 182:2

**stranger** [2] - 234:11, 234:17

**Street** [2] - 13:11, 259:15

**street** [3] - 54:21, 54:24, 196:12

**stress** [4] - 72:18, 73:1, 73:5, 73:12

**strict** [1] - 155:24

**strike** [2] - 213:8, 255:1

**stringing** [1] - 192:22

**strip** [6] - 178:24, 179:17, 179:22, 255:9, 255:12, 255:15

**study** [1] - 31:16

**studying** [1] - 174:21

**stuff** [5] - 26:19, 145:12, 183:6, 188:16, 226:25

**stutter** [1] - 52:5

**stutters** [6] - 41:2, 42:9, 44:22, 45:4, 50:8, 52:14

**subject** [5] - 8:24, 24:11, 87:2, 97:16, 99:18

**submit** [1] - 24:7

**submitted** [1] - 108:12

**subpoena** [2] - 114:5, 144:10

**subpoenaed** [1] - 91:2

**subscriptions** [1] - 191:1

**subsequent** [1] - 168:12

**subsequently** [1] - 31:14

**substance** [2] - 224:18, 224:22

**substantially** [2] - 35:19, 35:23

**suffer** [2] - 190:6, 192:20

**suffering** [1] - 193:9

**suffice** [1] - 118:24

**sufficient** [2] - 169:7, 169:10

**suggest** [1] - 108:6

**suggesting** [2] - 8:12, 47:16

**suggestion** [3] - 21:17, 44:5, 167:19

**suggestions** [1] - 110:18

**Suite** [1] - 1:20

**Sullivan** [3] - 162:19, 162:20, 163:13

**summary** [1] - 62:6

**summertime** [1] - 12:10

**supervisor** [1] - 242:18

**supplement** [1] - 24:22

**supply** [1] - 158:4

**support** [2] - 113:23, 113:24

**suppose** [1] - 261:23

**supposed** [12] - 12:2, 55:25, 182:24, 199:4, 235:22, 256:3, 256:5, 257:2, 260:9, 260:14, 271:16, 275:17

**surely** [4] - 91:8, 93:1, 93:9, 94:2

**surface** [1] - 119:14

**surprised** [1] - 7:16

**suspicious** [3] - 8:6, 8:8, 8:16

**sustained** [2] - 214:5, 273:4

**swear** [7] - 28:22, 111:17, 137:16, 143:16, 150:17, 184:14, 244:17

**sweep** [1] - 165:16

**switch** [2] - 123:14, 221:17

**sworn** [10] - 6:4, 29:3, 82:17, 111:23, 137:14, 137:22, 143:22, 150:23, 184:20, 244:23

**system** [9] - 88:16, 118:5, 119:13, 119:22, 121:21, 123:21, 124:2, 124:19, 125:7

**systems** [3] - 116:11, 116:13, 125:17

# T

**T-6** [2] - 102:3, 102:11

**T.V** [2] - 49:20, 230:19

**table** [3] - 10:11, 154:17, 259:10

**tail** [2] - 162:2, 162:7

**TAKEN** [3] - 71:10, 99:6, 172:22

**talks** [1] - 285:2

**Tallahassee** [2] - 91:14, 91:15

**Tampa** [25] - 1:17, 1:18, 1:24, 2:3, 2:6, 141:15, 178:21, 178:22, 179:15, 220:19, 253:12, 253:13, 253:15, 253:16, 253:17, 253:20, 253:21, 253:22, 255:8, 255:9, 256:13, 256:14, 256:18, 256:22

**tampered** [1] - 88:10

**tankers** [1] - 187:18

**tape** [14] - 22:10, 23:15, 24:3, 25:7, 27:1, 27:3, 35:20, 36:22, 36:24, 68:16, 69:18, 77:13, 181:3, 230:15

**tapes** [1] - 32:12

**tasked** [1] - 114:3

**tattletale** [2] - 218:23, 219:13

**taught** [2] - 261:13, 261:14

**tax** [1] - 148:25

**teach** [1] - 86:11

**teacher** [2] - 86:13, 86:15

**Teague** [1] - 171:19

**team** [2] - 114:1, 176:17

**technical** [1] - 116:9

**technically** [1] - 170:9

**technology** [2] - 115:8, 120:17

**tedious** [1] - 69:15

**teeth** [3] - 57:13, 57:14, 58:2

**telephones** [1] - 179:7

**telltale** [2] - 209:18, 212:4

**temperature** [24] - 11:11, 11:14, 11:20, 12:2, 12:6, 12:12, 12:16, 12:23, 114:22, 114:23, 115:1, 132:3, 132:7, 216:10,

216:25, 217:20, 218:7, 218:13, 218:17, 219:7, 253:4, 283:10, 283:12, 283:21

**temporary** [2] - 132:21, 133:10

**ten** [22] - 11:22, 11:25, 12:2, 96:21, 110:1, 216:21, 217:1, 217:4, 217:8, 217:20, 218:4, 246:19, 247:1, 247:13, 247:15, 247:16, 253:5, 253:6, 275:25, 276:2, 283:10, 283:11

**tenth** [1] - 250:19

**term** [4] - 131:19, 191:22, 195:24, 233:7

**terminal** [5] - 120:1, 120:6, 121:2, 122:25, 123:18

**terminals** [1] - 123:20

**terms** [6] - 66:22, 114:13, 128:14, 166:21, 166:23, 186:9

**test** [1] - 186:6

**testified** [18] - 6:6, 24:15, 25:18, 29:5, 82:19, 84:11, 84:16, 85:8, 86:3, 91:25, 109:25, 111:25, 137:24, 143:24, 150:25, 184:22, 244:25, 264:20

**testifies** [3] - 100:11, 100:14, 110:4

**testify** [26] - 22:9, 24:18, 90:11, 91:1, 91:2, 100:7, 100:21, 101:2, 101:3, 101:8, 172:2, 172:4, 172:7, 172:9, 172:14, 172:17, 173:4, 183:13, 183:17, 183:25, 184:2, 212:5, 222:3, 228:3, 228:4, 242:22

**testifying** [3] - 94:4, 110:8, 171:13

**testimony** [25] - 16:2, 18:20, 24:18, 28:9, 28:23, 97:20, 100:9, 109:9, 111:18, 137:17, 143:17, 146:6, 150:2, 150:18, 153:10, 171:21, 182:19, 182:25, 183:6, 183:16,

183:21, 184:15,
244:18, 253:23,
282:20

**that'll** [2] - 109:14,
205:2

**THE** [373] - 1:1, 1:1,
1:13, 5:4, 5:8, 5:10,
5:12, 5:16, 5:20, 5:23,
6:1, 6:20, 7:1, 7:4,
7:7, 7:9, 7:24, 8:17,
9:7, 9:24, 10:8, 10:12,
10:16, 10:17, 11:5,
11:8, 13:19, 15:11,
15:14, 15:22, 16:11,
16:13, 17:3, 17:6,
17:14, 17:15, 17:18,
17:22, 17:25, 18:6,
18:8, 18:17, 20:1,
20:21, 20:25, 21:1,
21:5, 21:9, 21:16,
22:17, 22:24, 23:4,
23:14, 23:19, 23:22,
23:25, 24:14, 25:13,
25:16, 25:19, 25:25,
26:6, 26:10, 26:22,
27:2, 27:5, 27:14,
27:16, 27:21, 27:25,
28:1, 28:2, 28:6, 28:8,
28:14, 28:18, 29:1,
29:9, 29:11, 34:5,
36:5, 36:7, 36:15,
36:22, 37:1, 37:4,
37:9, 37:12, 37:15,
37:23, 38:2, 38:6,
38:20, 38:23, 39:4,
39:12, 39:20, 44:25,
45:3, 53:25, 58:5,
58:8, 58:12, 71:1,
71:4, 71:9, 71:10,
71:14, 71:21, 74:15,
74:18, 79:22, 80:1,
80:2, 80:5, 82:4, 82:6,
82:7, 82:21, 83:20,
83:25, 84:3, 84:7,
94:18, 94:22, 96:2,
96:18, 96:20, 96:21,
97:4, 97:5, 97:12,
97:15, 98:9, 98:14,
98:16, 98:21, 99:6,
99:8, 99:24, 100:3,
100:6, 100:12,
100:15, 100:17,
100:19, 100:24,
101:16, 102:1, 102:7,
102:11, 102:14,
102:17, 102:20,
102:24, 103:2, 103:8,
103:12, 103:16,
103:20, 103:23,
104:1, 104:4, 104:6,
104:9, 104:13,

104:18, 104:23,
105:10, 105:17,
106:11, 106:20,
106:22, 107:1, 107:9,
107:13, 107:17,
107:20, 107:25,
108:4, 108:12,
108:14, 108:18,
108:20, 108:23,
109:11, 109:14,
110:10, 110:17,
110:20, 110:24,
111:2, 111:6, 111:9,
111:21, 112:5, 112:7,
119:17, 119:21,
119:22, 119:25,
122:17, 123:7, 123:9,
123:12, 127:15,
127:17, 131:11,
135:12, 135:15,
137:8, 137:20, 138:4,
138:6, 139:12,
141:19, 142:14,
142:16, 143:10,
143:20, 144:4, 144:5,
148:14, 148:17,
149:4, 149:7, 150:8,
150:11, 150:21,
151:5, 151:8, 152:25,
153:17, 153:25,
154:23, 156:14,
160:9, 164:25, 167:4,
167:8, 167:13,
167:16, 167:17,
168:1, 168:5, 168:8,
168:14, 168:17,
168:19, 169:1, 169:9,
169:14, 169:18,
169:21, 169:24,
170:2, 170:11,
170:14, 170:17,
170:20, 170:23,
170:24, 170:25,
171:2, 171:9, 171:10,
171:22, 172:1, 172:5,
172:17, 172:20,
172:22, 173:2, 173:6,
173:10, 173:12,
173:16, 173:19,
173:21, 173:24,
182:4, 182:10,
182:11, 183:2,
183:12, 183:15,
183:22, 184:3, 184:6,
184:8, 184:10,
184:11, 184:18,
185:2, 185:6, 185:8,
185:9, 204:23,
204:25, 205:2,
212:10, 213:7, 213:9,
214:5, 216:20,

216:22, 220:8,
220:10, 220:11,
223:24, 224:1,
241:18, 242:9,
243:13, 243:17,
243:18, 243:25,
244:3, 244:5, 244:6,
244:8, 244:12,
244:21, 245:6, 245:8,
245:23, 250:1, 251:9,
251:11, 251:12,
252:20, 253:14,
253:17, 254:24,
257:22, 257:25,
258:18, 259:11,
263:9, 265:23, 266:1,
270:2, 270:4, 270:10,
270:11, 270:14,
270:22, 270:25,
273:4, 273:18,
273:20, 274:9, 280:7,
281:6, 281:18,
281:20, 282:19,
282:22, 284:16,
285:25, 286:3, 286:9,
286:10, 286:17,
286:20

**theirs** [1] - 38:12

**themselves** [1] -
37:21

**THEN** [2] - 71:10,
172:22

**theological** [1] -
60:18

**theoretically** [1] -
86:2

**there'll** [1] - 237:5

**therefore** [2] - 106:6,
169:12

**thereof** [1] - 221:5

**THEREUPON** [10] -
5:4, 71:9, 71:10,
71:14, 97:4, 111:6,
171:9, 172:22,
173:21, 286:9

**they've** [2] - 61:9,
178:24

**thin** [1] - 8:17

**thinking** [1] - 44:12

**thinks** [2] - 97:14,
278:23

**third** [7] - 22:8,
105:13, 154:16,
155:14, 155:15,
157:16, 284:25

**thirds** [2] - 54:2,
56:11

**Thomas** [2] - 115:17,
216:17

**Thompson** [1] -

123:13

**thousand** [10] -
48:21, 140:12, 147:1,
152:21, 159:20,
159:23, 165:20,
166:3, 166:10

**thousands** [1] -
237:18

**three** [14] - 18:23,
104:11, 106:23,
116:24, 118:3,
118:24, 119:1, 119:6,
119:12, 147:20,
157:21, 222:18,
242:17

**threshold** [1] - 106:9

**throughout** [4] -
92:20, 92:23, 107:2,
217:4

**throw** [2] - 40:14,
57:14

**Thursday** [4] -
256:14, 256:15,
259:13, 261:5

**ticket** [2] - 200:1,
200:3

**tie** [2] - 168:24,
203:16

**ties** [1] - 203:11

**tight** [2] - 203:13,
203:18

**TIME** [9] - 7:9, 10:16,
21:1, 99:6, 167:17,
170:24, 182:11,
243:18, 244:5

**timestamp** [1] -
130:22

**timing** [1] - 182:14

**tired** [3] - 193:7,
193:9, 198:13

**Title** [4] - 29:21,
30:2, 31:16, 32:7

**title** [1] - 148:25

**TL** [1] - 137:4

**TO** [7] - 5:4, 71:9,
97:4, 111:6, 171:9,
173:21, 286:9

**today** [13] - 22:13,
84:16, 84:19, 92:1,
94:5, 126:9, 139:7,
148:8, 150:2, 193:6,
220:25, 233:15,
264:21

**today's** [2] - 126:6,
190:24

**together** [16] - 6:16,
10:25, 17:1, 17:2,
17:5, 17:13, 17:14,
17:17, 88:21, 103:15,
103:25, 145:10,

145:11, 169:20,
232:6, 232:10

**toilet** [1] - 227:8

**Tom** [1] - 197:21

**tomorrow** [2] -
286:3, 286:18

**took** [10] - 22:1,
23:18, 41:22, 68:16,
146:21, 180:14,
195:16, 209:15,
236:15, 246:19

**tool** [2] - 17:16, 95:4

**tooling** [1] - 20:12

**tools** [6] - 21:15,
95:17, 95:18, 95:22,
211:25

**top** [15] - 42:2, 45:2,
46:3, 51:22, 51:23,
53:18, 120:2, 148:5,
203:15, 271:22,
276:4, 278:12,
278:13, 282:6, 285:9

**torch** [1] - 211:3

**torn** [1] - 49:16

**torpedoes** [2] -
67:20, 67:24

**tos** [1] - 103:14

**totally** [1] - 212:23

**touch** [4] - 7:19,
65:22, 70:8, 116:3

**toward** [1] - 81:15

**towards** [2] - 176:23,
264:18

**track** [2] - 31:20,
233:11

**tracking** [16] -
113:10, 113:11,
113:17, 114:8,
114:20, 120:2,
131:16, 131:18,
131:20, 133:2, 135:3,
135:6, 135:7, 233:8,
233:10, 237:4

**tracks** [1] - 113:13

**tractor** [34] - 6:15,
9:10, 12:11, 15:5,
18:21, 19:14, 77:17,
133:14, 133:15,
133:16, 133:17,
134:3, 134:19,
134:22, 176:17,
185:20, 185:25,
214:14, 222:4, 225:9,
225:18, 225:23,
229:4, 233:17,
234:12, 236:11,
236:15, 236:20,
236:23, 237:11,
239:19, 241:6, 241:9,
241:13

**trade** [3] - 166:17, 166:18, 166:19
**traditionally** [1] - 188:10
**traffic** [6] - 202:25, 260:1, 260:2, 261:24, 262:4, 262:8
**Trailer** [3] - 121:16, 122:12, 238:3
**trailer** [109] - 6:15, 9:10, 11:11, 12:4, 12:11, 14:16, 15:5, 18:21, 19:8, 19:14, 54:16, 77:17, 82:25, 84:19, 86:6, 87:13, 97:22, 115:6, 123:25, 131:17, 132:4, 133:15, 133:16, 134:8, 134:15, 134:19, 134:24, 135:4, 135:21, 136:6, 136:12, 136:13, 136:15, 176:18, 177:19, 181:18, 185:20, 185:25, 191:13, 196:18, 197:11, 198:3, 199:2, 199:8, 199:17, 199:22, 200:23, 201:3, 201:7, 201:11, 201:18, 202:3, 203:3, 203:8, 203:10, 205:25, 206:19, 207:1, 208:21, 209:16, 209:23, 210:5, 211:22, 213:22, 213:24, 213:25, 214:14, 215:17, 216:10, 218:7, 218:11, 218:21, 221:2, 225:9, 225:18, 225:23, 226:6, 226:16, 226:18, 226:25, 228:7, 228:13, 228:23, 229:1, 229:5, 229:13, 229:19, 230:9, 231:3, 233:17, 234:12, 236:11, 236:16, 236:20, 237:11, 239:19, 241:6, 241:9, 241:14, 245:11, 245:13, 245:19, 254:17, 256:11, 269:8, 284:21
**trailers** [10] - 11:16, 11:17, 194:10, 208:20, 216:4, 216:7, 222:4, 234:8, 236:23, 262:14

**train** [1] - 113:13
**trained** [1] - 86:4
**training** [6] - 21:12, 22:10, 24:3, 24:10, 261:15
**transaction** [3] - 147:13, 155:19, 156:24
**TransCore** [6] - 113:2, 113:3, 113:7, 121:12, 121:20, 122:6
**transCore's** [1] - 119:1
**TransCore's** [1] - 113:15
**transcribed** [1] - 35:25
**transcript** [39] - 30:3, 32:14, 33:10, 33:15, 34:10, 34:23, 35:9, 35:18, 36:14, 36:18, 37:8, 37:19, 38:25, 39:6, 39:8, 40:5, 50:25, 51:2, 69:25, 70:22, 72:15, 74:3, 75:2, 78:20, 78:22, 80:10, 179:24, 181:12, 181:13, 181:17, 271:5, 273:24, 275:21, 276:20, 278:9, 279:1, 281:13, 283:15
**TRANSCRIPT** [1] - 1:12
**TRANSCRIPTION** [1] - 2:8
**transcription** [5] - 32:21, 32:25, 35:15, 35:19, 286:25
**transferrer** [1] - 163:19
**translate** [11] - 32:8, 34:12, 59:2, 59:8, 59:9, 59:20, 73:7, 80:16, 80:20, 81:22, 81:25
**translated** [5] - 60:8, 60:10, 75:7, 81:4, 81:6
**translating** [4] - 31:11, 59:4, 59:25, 73:4
**Translating** [1] - 31:15
**translation** [27] - 29:20, 29:21, 30:2, 30:12, 32:20, 32:24, 33:1, 33:4, 35:15, 35:22, 35:24, 37:10, 37:14, 51:6, 51:13,

58:22, 58:24, 61:21, 65:21, 68:19, 69:8, 72:7, 72:24, 73:9, 81:12, 272:12, 274:1
**Translation** [1] - 31:17
**translations** [2] - 32:7, 60:15
**translator** [2] - 30:25, 33:3
**transmission** [1] - 43:25
**transmission)** [1] - 47:25
**transmitted** [1] - 124:18
**transport** [1] - 190:21
**transportation** [2] - 121:13, 217:5
**Transportation** [2] - 188:19, 206:18
**transported** [1] - 252:25
**transporters** [1] - 192:8
**transporting** [1] - 221:24
**transports** [1] - 197:10
**travel** [1] - 236:3
**traveling** [3] - 129:13, 179:2, 235:17
**treasury** [1] - 200:15
**tree** [2] - 119:10, 133:8
**trial** [5] - 90:25, 244:1, 247:10, 254:5, 254:10
**TRIAL** [1] - 1:12
**triangulization** [3] - 132:16, 132:22, 133:1
**tried** [5] - 155:4, 157:6, 166:11, 166:13, 232:3
**tries** [1] - 206:11
**trip** [11] - 132:12, 177:18, 246:12, 246:17, 246:23, 246:25, 247:6, 247:7, 247:11, 253:1, 276:1
**trooper** [17] - 7:15, 8:5, 8:9, 8:11, 9:14, 13:21, 22:7, 24:7, 25:22, 82:24, 84:11, 86:24, 96:5, 267:14, 267:16, 269:11, 269:14
**Trooper** [14] - 6:9, 10:20, 11:10, 13:12,

16:1, 18:3, 20:6, 21:11, 23:18, 25:8, 25:17, 28:4, 83:24, 103:5
**trooper's** [4] - 6:23, 8:2, 8:13, 25:3
**troopers** [1] - 92:23
**trouble** [7] - 40:13, 45:6, 45:8, 46:15, 53:10, 181:20, 181:22
**Truck** [2] - 191:3, 238:2
**truck** [132] - 9:6, 9:19, 10:24, 13:7, 17:9, 21:21, 26:3, 41:4, 41:7, 43:8, 47:4, 53:12, 53:14, 54:10, 55:15, 55:18, 56:6, 56:19, 62:21, 84:23, 85:5, 85:10, 85:20, 87:19, 87:20, 87:24, 90:12, 94:12, 95:20, 96:7, 113:12, 119:19, 119:23, 120:2, 121:5, 123:25, 133:19, 134:2, 134:6, 134:10, 134:12, 134:14, 134:16, 136:12, 175:9, 175:25, 176:10, 177:5, 177:7, 177:9, 177:11, 177:22, 178:2, 178:17, 180:11, 181:8, 181:18, 182:17, 185:21, 185:25, 186:4, 186:10, 186:13, 187:2, 187:19, 188:4, 189:12, 190:8, 190:10, 190:16, 190:21, 190:23, 192:9, 193:25, 195:13, 195:17, 196:12, 196:20, 199:1, 199:13, 200:16, 202:8, 202:9, 207:5, 207:15, 207:16, 209:7, 212:19, 212:24, 213:2, 214:15, 222:20, 225:10, 228:1, 229:12, 233:25, 234:2, 234:23, 235:3, 235:5, 235:16, 237:18, 243:4, 243:7, 245:15, 245:17, 245:19, 248:10, 250:24, 252:15, 258:9, 261:1, 264:8, 266:5, 268:9,

268:18, 269:17, 269:23, 274:2, 274:19, 274:21, 274:23, 277:22, 281:14, 283:8, 284:21, 285:11, 285:20, 285:22
**truck's** [3] - 178:5, 249:11, 285:21
**trucker** [6] - 87:3, 87:8, 87:19, 179:4, 227:3, 254:20
**truckers** [5] - 179:5, 179:7, 189:13, 192:11, 194:15
**trucking** [12] - 22:12, 90:7, 113:18, 169:23, 170:9, 178:1, 185:16, 185:18, 186:25, 189:11, 192:2, 220:25
**truckload** [1] - 215:14
**trucks** [8] - 9:12, 175:19, 187:17, 189:6, 194:4, 213:14, 237:5, 254:21
**true** [11] - 61:10, 62:3, 86:7, 106:11, 108:2, 124:7, 124:9, 129:8, 129:16, 184:3, 286:24
**truth** [49] - 6:5, 6:6, 28:24, 29:4, 59:15, 82:18, 82:19, 111:19, 111:24, 137:18, 137:23, 143:18, 143:19, 143:23, 150:19, 150:24, 184:16, 184:21, 244:19, 244:24
**try** [3] - 35:10, 59:22, 99:2
**trying** [16] - 9:23, 60:1, 66:3, 88:24, 154:12, 157:9, 158:16, 160:11, 166:6, 166:7, 221:6, 237:22, 257:16, 260:8, 271:6, 279:11
**Tuesday** [1] - 254:11
**turbo** [4] - 145:2, 145:4, 145:5, 146:25
**turn** [28] - 13:2, 13:4, 41:1, 41:23, 42:12, 80:22, 127:24, 180:12, 180:18, 198:19, 216:16, 236:8, 262:7, 262:9, 262:11, 262:14, 262:16, 262:18,

262:21, 262:22, 262:24, 263:1, 263:5, 263:6, 263:7, 263:15, 271:7
**turned** [5] - 13:8, 115:23, 234:17, 263:15, 263:20
**turning** [2] - 180:12, 263:22
**turns** [2] - 12:13, 85:13
**twenty** [1] - 91:22
**twenty-seven** [1] - 91:22
**two** [53] - 16:13, 18:5, 18:24, 18:25, 35:1, 38:10, 42:13, 50:23, 54:2, 56:11, 61:3, 72:8, 73:15, 77:15, 79:17, 85:21, 97:20, 97:24, 100:24, 101:12, 101:22, 101:25, 102:2, 102:6, 105:9, 117:21, 117:22, 118:12, 118:18, 125:4, 134:19, 135:24, 141:1, 145:18, 145:19, 157:20, 162:21, 175:16, 178:7, 178:22, 194:7, 199:25, 224:17, 226:12, 226:13, 227:1, 229:10, 250:11, 254:23, 260:25, 261:1
**two-dimensional** [2] - 118:12, 118:18
**two-thirds** [2] - 54:2, 56:11
**type** [28] - 18:10, 32:7, 65:10, 88:16, 114:10, 123:2, 124:11, 128:17, 131:15, 131:18, 131:19, 131:25, 145:7, 151:16, 152:21, 157:3, 157:4, 175:1, 186:24, 191:12, 203:2, 203:13, 206:20, 210:1, 214:3, 214:8, 216:7, 242:19
**types** [5] - 193:2, 195:7, 197:9, 269:5, 269:6
**typically** [3] - 14:7, 14:9, 223:19
**Tyson** [6] - 250:25, 251:1, 251:15,

251:17, 251:18, 252:4
**Tyson's** [1] - 191:9

# U

**U-turn** [5] - 41:1, 262:7, 262:21, 263:1, 271:7
**U.S** [8] - 1:16, 1:17, 2:5, 13:6, 97:23, 259:15, 259:23, 260:17
**uh-huh** [1] - 55:16
**Ulmerton** [7] - 13:3, 180:4, 180:11, 259:15, 260:8, 261:4, 262:22
**ultimate** [1] - 33:7
**ultimately** [1] - 177:11
**unbolt** [1] - 16:15
**unbroken** [1] - 231:1
**unclear** [3] - 34:19, 34:22, 34:24
**uncommon** [1] - 228:5
**under** [16] - 40:2, 58:1, 62:8, 72:18, 73:1, 73:12, 73:25, 81:20, 106:8, 115:8, 129:1, 133:9, 136:8, 136:10, 155:24, 203:7
**underground** [3] - 188:11, 188:15
**understandable** [1] - 119:18
**understood** [2] - 79:16, 281:17
**unfortunately** [2] - 175:11, 212:25
**unintelligible** [1] - 41:17
**unintelligible)** [2] - 56:7, 56:8
**unique** [1] - 109:7, 122:25, 123:18
**unit** [16] - 12:5, 115:2, 115:3, 115:7, 118:8, 120:1, 123:22, 129:6, 129:13, 192:3, 208:25, 209:16, 217:7, 217:15, 218:8, 218:12
**United** [15] - 30:5, 30:20, 30:21, 114:4, 116:22, 121:10, 138:12, 138:16, 140:7, 140:10, 167:11, 171:18,

174:21, 187:23, 220:19
**UNITED** [3] - 1:1, 1:3, 1:13
**units** [3] - 114:24, 129:9, 209:25
**unless** [5] - 37:19, 80:15, 110:15, 237:21, 286:12
**unload** [22] - 188:6, 195:21, 195:25, 198:10, 198:12, 198:17, 215:16, 215:18, 242:21, 248:9, 248:14, 249:19, 249:21, 249:22, 250:6, 250:7, 250:8, 251:14, 251:22, 252:4, 256:11
**unloaded** [5] - 209:20, 216:1, 248:11, 248:12, 251:23
**unloading** [9] - 195:11, 200:3, 214:12, 214:16, 214:19, 215:4, 219:11, 250:15, 251:21
**unnecessary** [1] - 51:16
**unpalleted** [1] - 22:2
**unrelated** [1] - 212:23
**untimeliness** [1] - 23:9
**unusual** [2] - 178:2, 205:23
**unwrapped** [1] - 230:23
**up** [118] - 9:2, 12:11, 13:2, 13:17, 16:14, 16:21, 26:24, 31:7, 31:14, 37:20, 40:19, 41:7, 42:25, 43:14, 44:20, 45:21, 48:10, 48:12, 48:25, 49:16, 50:19, 52:10, 57:17, 58:21, 61:5, 62:9, 63:19, 71:25, 79:3, 80:23, 85:24, 86:5, 87:12, 87:22, 90:22, 96:25, 105:6, 107:24, 124:22, 125:1, 125:25, 127:1, 139:2, 141:7, 141:11, 148:3, 153:23, 158:1, 160:22, 161:7, 162:23, 164:5, 166:15, 169:16,

171:5, 174:17, 175:6, 175:15, 176:4, 176:5, 176:7, 176:24, 177:14, 177:15, 181:9, 181:10, 188:11, 190:15, 191:15, 191:17, 191:19, 196:16, 197:21, 197:22, 198:14, 199:2, 199:4, 200:16, 200:21, 203:9, 204:1, 204:8, 208:12, 217:22, 219:5, 222:7, 226:17, 227:3, 228:12, 228:24, 234:9, 234:11, 234:18, 234:24, 237:1, 242:15, 242:20, 246:20, 246:25, 247:1, 247:2, 248:5, 250:16, 250:18, 250:20, 251:1, 252:2, 252:11, 256:10, 256:16, 258:12, 258:23, 268:18, 271:11, 274:3, 275:18, 279:5
**upper** [3] - 99:15, 154:7, 229:24
**UPS** [1] - 186:16
**upset** [2] - 61:8, 234:19
**user** [1] - 157:9
**utilize** [1] - 26:2, 39:17
**utilized** [1] - 65:14
**uttered** [1] - 272:16
**utterings** [1] - 273:25

# V

**vaguely** [1] - 149:25
**Valencia** [1] - 31:24
**values** [1] - 125:18
**van** [1] - 226:22
**variation** [2] - 63:8, 64:4
**varies** [1] - 242:24, 242:25
**variety** [1] - 114:22
**various** [7] - 114:25, 123:17, 126:24, 146:19, 273:7, 273:10
**vector** [1] - 129:6
**vehicle** [42] - 7:12, 12:14, 15:1, 21:19, 62:12, 74:4, 124:9,

129:19, 133:1, 133:19, 133:24, 134:1, 134:9, 135:20, 139:16, 139:20, 139:23, 140:8, 140:13, 140:16, 140:18, 140:21, 141:6, 144:23, 144:25, 147:3, 147:7, 147:10, 148:23, 152:3, 152:12, 155:8, 155:12, 155:13, 155:20, 155:23, 156:11, 161:10, 161:13, 165:21, 166:1, 235:8
**vehicles** [4] - 12:15, 151:17, 151:18, 156:8
**veil** [1] - 183:9
**velocity** [1] - 129:6
**venture** [2] - 91:12, 93:13
**verbatim** [1] - 32:11
**verdict** [4] - 106:6, 107:5, 107:11, 169:11
**verified** [1] - 215:10
**verifies** [1] - 198:6
**verify** [2] - 193:19, 269:6
**vernacular** [1] - 78:16
**version** [1] - 180:25
**versus** [1] - 171:19
**via** [3] - 114:14, 120:8, 121:23
**VIDEO** [1] - 212:14
**video** [29] - 21:12, 22:12, 22:14, 22:18, 22:22, 24:20, 27:6, 83:1, 83:4, 85:14, 85:18, 86:17, 86:18, 87:1, 87:10, 87:18, 87:25, 88:2, 95:18, 211:23, 212:5, 213:19, 232:21, 232:23, 233:1, 253:24, 254:7
**VIDEOTAPE** [1] - 84:1
**videotape** [3] - 20:16, 20:24, 23:10
**view** [5] - 73:3, 114:16, 119:9, 121:22, 204:6
**viewed** [1] - 169:3
**visible** [1] - 157:22
**visit** [2] - 175:24, 179:10
**visualize** [1] - 180:3
**visually** [1] - 119:17

**vocabularies** [1] - 66:23

**voice** [5] - 50:15, 50:23, 68:2, 271:12, 278:14

**voices** [6] - 41:4, 44:14, 48:8, 52:11, 57:6, 57:25

**Volcy** [66] - 2:1, 6:13, 6:15, 10:21, 12:1, 18:4, 18:15, 40:1, 47:17, 50:23, 67:14, 75:4, 75:15, 76:3, 81:20, 104:22, 174:19, 176:1, 176:3, 176:12, 178:17, 179:23, 201:21, 238:4, 238:7, 238:10, 238:19, 239:2, 239:6, 246:22, 248:16, 249:5, 253:8, 257:8, 257:13, 258:10, 258:11, 258:12, 258:20, 258:23, 260:13, 266:7, 266:21, 266:24, 267:2, 267:7, 271:23, 272:12, 272:16, 275:13, 276:23, 277:6, 277:21, 279:4, 279:6, 279:8, 279:22, 280:17, 280:21, 280:24, 282:9, 282:12, 282:14, 282:24, 283:22, 285:2

**volcy** [1] - 40:6

**VOLCY** [92] - 1:8, 40:8, 40:12, 40:16, 40:20, 40:22, 41:3, 41:8, 41:12, 41:16, 41:21, 42:1, 42:3, 42:6, 42:15, 42:18, 42:20, 42:23, 43:5, 43:9, 43:14, 43:17, 43:20, 44:10, 44:13, 44:16, 44:22, 45:4, 45:9, 45:13, 45:15, 45:18, 45:24, 46:2, 46:6, 46:9, 46:15, 46:18, 46:20, 46:23, 47:2, 47:7, 47:12, 47:23, 48:8, 48:13, 48:16, 48:20, 48:23, 49:2, 49:4, 49:7, 49:10, 49:14, 49:18, 49:24, 50:1, 50:5, 50:8, 50:14, 50:18, 52:2, 52:4, 52:8, 52:13, 52:18, 52:24, 53:5, 53:9, 53:15,

54:4, 54:7, 54:13, 54:17, 54:21, 54:24, 55:4, 55:8, 55:14, 55:17, 55:21, 55:24, 56:2, 56:5, 56:18, 56:24, 57:2, 57:6, 57:10, 57:13, 57:19, 57:24

**Volcy's** [2] - 266:12, 267:8

**Vulgate** [1] - 60:11

# W

**wagons** [1] - 192:9

**wait** [3] - 196:15, 219:24, 246:4

**walk** [5] - 145:6, 145:7, 203:9, 215:6, 264:18

**walking** [2] - 243:4, 243:7

**wall** [4] - 229:21, 229:22, 229:23

**Walmart** [5] - 41:13, 89:4, 89:12, 177:16, 177:17, 194:3, 194:6, 208:9, 208:12, 209:11, 219:15, 222:15, 236:24, 237:5, 271:13

**wants** [5] - 120:13, 198:12, 206:19, 215:22, 237:8

**warehouse** [8] - 96:7, 134:23, 177:21, 178:4, 178:14, 198:18, 256:11, 259:4

**warehouses** [2] - 196:14, 220:1

**Warner** [1] - 195:6

**WAS** [13] - 7:10, 10:17, 21:2, 28:1, 71:10, 99:6, 167:18, 170:25, 172:22, 182:12, 184:10, 243:19, 244:6

**Washington** [1] - 1:20

**watch** [7] - 159:7, 159:25, 160:1, 164:8, 164:9, 164:21, 215:19

**watched** [1] - 86:19

**watches** [2] - 165:6, 165:7

**water** [1] - 223:8

**watered** [1] - 88:10

**waypoint** [4] - 130:11, 130:12,

130:13, 130:24

**waypoints** [1] - 126:11

**ways** [7] - 16:13, 18:23, 18:24, 18:25, 63:9, 66:17, 66:18

**wealth** [1] - 156:9

**weapon** [2] - 53:1, 53:2

**wear** [2] - 159:3

**wearing** [1] - 160:1

**web** [2] - 114:15

**Wednesday** [1] - 254:11

**weed** [1] - 52:15

**week** [4] - 236:24, 237:1, 254:11, 256:3

**weekend** [1] - 236:24

**weeks** [1] - 176:10

**weight** [10] - 105:14, 105:25, 106:1, 132:12, 165:14, 226:18, 226:21, 226:22, 227:2, 227:5

**weights** [2] - 226:11, 227:4

**welcome** [2] - 80:1, 220:10

**west** [1] - 176:24

**whereas** [1] - 59:3

**WHEREUPON** [2] - 28:1, 184:10

**WHICH** [9] - 7:9, 10:16, 21:1, 99:6, 167:17, 170:24, 182:11, 243:18, 244:5

**white** [1] - 139:21

**whole** [32] - 6:5, 19:2, 28:24, 29:4, 82:18, 87:17, 87:24, 88:2, 88:8, 89:16, 89:17, 89:18, 89:24, 91:3, 111:19, 111:24, 137:18, 137:23, 143:18, 143:23, 150:19, 150:24, 181:12, 181:13, 184:16, 184:21, 209:24, 210:9, 244:19, 244:24, 274:15, 279:20

**wide** [1] - 262:14

**wife** [3] - 165:8, 175:12, 190:11

**willfully** [1] - 103:24

**William** [1] - 5:6

**WILLIAM** [1] - 1:13

**winch** [1] - 16:22

**Winter** [2] - 208:9, 208:13

**winter** [1] - 12:17

**wiretap** [1] - 32:7

**wiretapping** [1] - 30:3

**wise** [1] - 218:13

**wish** [8] - 39:16, 99:17, 170:3, 172:2, 172:8, 172:14, 172:17, 173:17

**wishes** [2] - 39:11, 172:9

**WITNESS** [37] - 3:2, 13:19, 16:13, 17:6, 17:15, 28:18, 29:1, 29:9, 38:23, 80:1, 82:6, 96:20, 111:21, 112:5, 119:21, 119:25, 137:20, 138:4, 143:20, 144:4, 148:14, 150:21, 151:5, 153:25, 184:18, 185:2, 185:8, 216:20, 220:10, 223:24, 224:1, 244:21, 245:6, 253:17, 266:1, 273:20, 281:20

**witness** [55] - 5:4, 8:1, 8:20, 17:24, 22:13, 23:6, 24:14, 27:17, 27:20, 27:23, 28:9, 28:14, 29:3, 34:4, 38:3, 40:6, 40:10, 58:7, 82:9, 82:17, 98:5, 101:5, 110:3, 110:8, 111:23, 112:2, 122:16, 137:11, 137:22, 138:1, 143:12, 143:22, 144:1, 149:6, 150:10, 150:23, 151:2, 152:24, 154:24, 159:13, 167:6, 167:10, 170:6, 172:18, 173:6, 182:4, 182:14, 183:16, 184:20, 184:24, 212:9, 243:21, 244:8, 244:23, 245:3

**witnesses** [6] - 97:19, 98:2, 101:12, 101:13, 109:10, 183:24

**woman** [2] - 89:2, 164:5

**wondering** [2] - 26:21, 38:2

**Wood** [1] - 151:6

**word** [33] - 7:14, 7:23, 44:4, 44:5,

50:24, 51:1, 51:3, 51:5, 59:8, 59:20, 60:2, 60:3, 76:5, 78:1, 78:15, 78:19, 80:9, 80:11, 80:18, 80:20, 81:9, 81:13, 103:4, 103:10, 106:15, 107:2, 259:4, 272:24, 273:8, 273:11

**words** [12] - 64:5, 64:19, 73:6, 75:10, 77:11, 103:22, 120:4, 120:20, 123:25, 125:2, 129:10, 231:20

**workers** [3] - 222:19, 251:21, 252:22

**workmen's** [1] - 197:16

**works** [4] - 115:13, 116:19, 116:21, 118:6

**world** [3] - 63:6, 63:24, 90:10

**World** [3] - 29:24, 29:25, 30:4

**worried** [3] - 269:2, 281:3, 281:25

**worry** [1] - 281:17

**worse** [1] - 55:21

**worth** [4] - 193:15, 222:12, 282:13, 282:25

**wow** [2] - 44:24, 45:6

**wrap** [2] - 224:22, 230:2

**wrapped** [4] - 225:1, 225:15, 227:20, 230:6

**wrench** [2] - 20:13, 210:3

**wrists** [2] - 265:15, 265:16

**write** [4] - 32:14, 69:19, 69:23, 92:11

**writing** [1] - 93:3

**written** [3] - 38:4, 59:25, 186:5

**wrote** [7] - 68:18, 70:3, 90:18, 91:23, 95:2, 152:10, 237:23

**WW** [1] - 187:16

# Y

**y'all** [1] - 65:6

**yards** [1] - 128:14

**year** [13] - 90:4, 90:22, 90:23, 122:1, 122:7, 193:12, 222:12, 242:16, 245:11, 245:13,

245:17, 261:5

**years** [22] - 30:23,
31:1, 86:11, 86:15,
90:7, 91:21, 92:5,
92:7, 92:15, 92:20,
93:3, 93:5, 110:2,
138:17, 175:8,
185:19, 186:8,
186:25, 187:6,
187:15, 193:14,
201:23

**yesterday** [10] -
21:12, 23:17, 25:15,
25:16, 25:21, 83:5,
84:11, 90:11, 91:25,
94:5

**Yo** [1] - 41:3
**York** [2] - 117:7,
117:12
**youn** [2] - 81:2, 81:4
**young** [2] - 93:2,
158:5
**yourself** [4] - 116:21,
157:18, 180:5, 223:9
**yuna** [2] - 272:17,
272:20

## Z

**Zephyrhills** [1] -
189:5
**zip** [2] - 203:15,
203:16
**zoom** [2] - 148:5,
216:18
**zoomed** [1] - 128:10
**zooming** [1] - 131:1