```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF FLORIDA
             CASE No. 8:08 CR 270 T 24 EAJ


UNITED STATES OF AMERICA


          Plaintiff,
v.
                         February 2, 2009
                         9:30 a.m.
SHELDON SHORTER
JEAN EVENS BAPTISTE
HARDAWAY VOLCY


          Defendants.
_____/



             TRANSCRIPT OF JURY TRIAL
      BEFORE THE HONORABLE WILLIAM J. CASTAGNA
         UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For the Government:    JAMES PRESTON
                       Assistant U.S. Attorney
                       U.S. Attorney's Office
                       400 North Tampa St.,
                       Ste. 3200
                       Tampa, FL 33602

For the Defendant:     HUGO A. RODRIGUEZ
Shorter                1210 Washington Avenue
                       Suite 245
                       Miami Beach, FL  33139

For the Defendant:     JORGE CHELALA
Baptiste               Chalela Law Group
                       3111 W MLK Blvd - Ste 100
                       PO Box 173407
                       Tampa, FL 33672-0407
```

```
1    the Defendant:    STEPHEN CRAWFORD
     Volcy                 Law Office of Stephen M.
2                          Crawford
                           610 W Bay St
3                          Tampa, FL 33606

4
     Reported By:          Sandra K. Lee, RPR
5                          Official Court Reporter
                           U.S. District Court
6                          801 North Florida Avenue
                           Tampa, FL 33602
7                          (813) 301-5699

8    STENOGRAPHICALLY REPORTED
     COMPUTER-AIDED TRANSCRIPTION
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

P R O C E E D I N G

COURT SECURITY OFFICER:  Please rise for the jury.

(THEREUPON, THE JURY RETURNED TO THE COURTROOM.)

THE COURT:  Good morning, ladies and gentlemen.

MEMBERS OF THE JURY:  Good morning.

MR. PRESTON:  Good morning, Your Honor.

THE COURT:  Thank you for reporting promptly.  We'll get underway.  As I indicated to you earlier, at this stage of the proceedings counsel will be presenting their final arguments to you.

Counsel for the government will have the first opportunity to present argument.  Then counsel for the defendant will have their opportunity to present their arguments.

And then in conclusion counsel for the government will have the opportunity to present a rebuttal argument in rebuttal of the arguments of defense counsel.

It's perfectly proper and in accordance with the rules that the government have the first and the last opportunity to address you because as I've already told you, the government has the

1    burden of proving the defendant guilty beyond a

2    reasonable doubt.  And that burden never shifts

3    from the government to the defendant.

4            Counsel in making these arguments to you

5    will be relying on their recollection of the

6    testimony and the evidence that is presented

7    during the course of the trial.  They'll be

8    recalling that testimony and evidence.

9            They will, of course, not intentionally

10   attempt to mislead you in any way.  But if their

11   recollection of the testimony or the evidence is

12   different from yours, you will, of course, be

13   guided by your own individual and collective

14   recollection of what took place here in the

15   courtroom.

16           The final arguments by counsel are not

17   to be considered by you as evidence in the case or

18   instructions on the law because you've already

19   heard the evidence.  And the law will come to you

20   from me.

21           But counsel are permitted to comment on

22   the instructions that will be given to you.

23   They're able to do this not because they're

24   clairvoyant in knowing what I'm going to say, but

25   because we've had a conference and they know what

instructions I will be giving to you.

They will not read those instructions to you.  That will be my responsibility.  But they are permitted to comment on the instructions.  And then they preface their comments with the judge will instruct you or the judge will tell you that the law is or the judge will charge you that the law is and so forth.

But I remind you that the arguments of counsel are neither evidence in the case because you've already heard all of the evidence nor the law because the law will come to you from me.

The arguments of counsel, however, are intended to be helpful to you in understanding the positions of both sides.  And I know you'll continue to give to counsel your close attention.

I recognize for the government Mr. Preston.

MR. PRESTON:  Thank you, Your Honor.

Good morning, ladies and gentlemen.  At the outset of my closing remarks I want to thank you for the time and attention that you paid to this case.  And with that said, let's talk about where we've been for over the past week.

At the beginning of the case in my

1   opening remarks I told you that the evidence would

2   show certain things.  I advised you that the

3   evidence would show that two or more persons in

4   some way or manner came to a mutual understanding

5   to try to accomplish a common and unlawful plan as

6   charged in the Indictment, the possession of

7   marijuana with the intent to distribute that

8   controlled substance.

9           I also advised you that the evidence

10  would show that each of the defendants knowing the

11  unlawful nature of that plan on at least one

12  occasion joined in that unlawful agreement.

13          I told you that the evidence would show

14  that the defendants on at least one occasion

15  possessed a controlled substance, marijuana,

16  either by themselves or through other individuals.

17  And that marijuana was possessed with the intent

18  to distribute it.

19          The reason I told you that the evidence

20  would show those things is because Judge Castagna

21  will inform you in similar fashion that those are

22  the essential elements of the crimes charged in

23  this case, the elements of the conspiracy charged

24  in Count I and the elements of possession with the

25  intent to distribute marijuana as charged in

Counts II and III, counts which cover each of the
defendants in the possession of marijuana with the
intent to distribute, evidence of which is also
evidence of the conspiracy -- the overall
conspiracy which is charged in this case which
each of the defendants entered into.

In regard to the conspiracy you also
learned that it's not necessary that the
government prove that each member of the
conspiracy or anyone -- all that were named in the
conspiracy, although they were conspirators, we
don't have to prove that each of those members
entered into an unlawful agreement.

What we're dealing with, although you'll
see other names in the conspiracy, names which you
heard during the trial, we're dealing with these
three members of the conspiracy in regard to the
Indictment which you'll be reading in this case.

You will also learn in regard to the
conspiracy that a person may become a member of
the conspiracy without full knowledge of the
details -- of all the details of the unlawful
scheme or the names and the identities of other
alleged conspirators.  As long as they have a
general understanding of the unlawful purpose of

the plan and knowingly and willfully joined in that plan on at least one occasion, they can be shown to be co-conspirators in this case even though they did not participate before or after that one occasion even if they played a minor part.

I bring that to your attention because we know from the evidence in this case that the involvement shown of defendants Baptiste and Volcy deals basically with the incidents leading up to the April 24th, 2008, seizure of marijuana.

Now, there's other things I want to talk to you about a little bit later about their involvement in the overall conspiracy, but they're charged with the possession with intent to distribute on April 24th.

And the evidence pointing to them in regard to the conspiracy doesn't even show that they knew Cleo Mitchell, that they knew Ramiro Parra, that they knew the defendant Shorter.

Yet by being involved with others known and unknown leading to the conversations between Mr. Volcy and Ramiro Parra, all organized, set up by the defendant Shorter, they entered into an unlawful agreement which involved the defendant

Shorter.

So even though there's a disconnect potentially that you see here in the evidence in that there's no proof of direct communications between the defendants Shorter and Volcy and Baptiste, they're still part of the same conspiracy.

Now, I also told you as we began the trial that I as an Assistant United States Attorney appearing on behalf of the government of the United States, the people of the United States had the burden of proof in this case.  And that was proving the elements charged -- the elements of the crimes charged beyond a reasonable doubt.

Reasonable doubt, the Court will advise you, that it's not beyond all possible doubt.  A reasonable doubt is a real doubt based upon reason and common sense after careful and impartial consideration of the evidence.

That's why I asked you at the beginning of the case use your common sense as you're evaluating this case because that's what you're going to need to do during your deliberations in this case.

I expect that you'll be advised that

1    proof beyond a reasonable doubt is proof of such a

2    convincing character that you will be willing to

3    rely and act upon it in the most important of your

4    own affairs.

5            Now, that's directed towards the nature

6    of the evidence which you're considering in this

7    case, not necessarily the nature of the witnesses

8    providing that evidence.  There'll be other

9    instructions in regard to judging their

10   credibility.

11           You learned at the outset through my

12   opening remarks and then through the course of the

13   trial about Ramiro Parra and Cleo Mitchell and the

14   issues which they face when you are considering

15   their credibility.  Issues such as prior felony

16   convictions, enhanced penalties, plea agreements,

17   cooperation and the hope for reduced sentences.

18   Those are all factors that come into play.

19           But this isn't a -- but when we're

20   considering the nature of the evidence that they

21   present under your reasonable doubt considerations

22   we're not dealing with issues like would you take

23   medical advice from that individual or would you

24   buy a house from that individual because the

25   answer to that question of course is no.

A year ago if you were in the marijuana trade and you needed to buy marijuana, the advice given by Ramiro Parra or Cleo Mitchell might very well be taken.  So it's the nature of the evidence in considering it, and you judge their credibility per the instructions that are given by the Court. Is there a reason that -- or are there reasons that you need to address their testimony more cautiously than other witnesses in the case? Certainly.  And that's what the Court is going to tell you.

Also in your consideration of the evidence in this case you'll be considering two types of evidence; direct evidence and circumstantial evidence.

Circumstantial evidence, ladies and gentlemen, is a proof of a chain of facts and circumstances tending to prove or disprove any fact in dispute.

We have circumstantial evidence in this case.  For instance, nobody was in Arizona or nobody testified to being in Arizona seeing the defendants Volcy and Baptiste secure a load of marijuana in their tractor trailer for transportation to the Middle District of Florida.

So you look at the circumstantial
evidence surrounding it, because when we look at
that evidence we know that they in fact secured a
load of marijuana from Phoenix, Arizona.

We know that tractor trailer shipments
of marijuana were coming to the Middle District of
Florida as organized by the defendant Shorter, as
coordinated through the defendant -- the
co-conspirator Cleo Mitchell and as received by
former co-conspirator Ramiro Parra as he
testified.

We know that Cleo Mitchell traveled to
Arizona several times in order to inspect
marijuana before it came here.  We know that Cleo
Mitchell was not supposed to fly into Arizona,
because when he lost $7,000 at the Phoenix airport
when confronted by police he later was chastised
by the defendant Shorter for not using Vegas
because Arizona was a known hot spot for marijuana
transportation.

So keeping with the policies of the
organization we know that the defendants Baptiste
and Volcy as shown in Government's Exhibit No. 25
falsify -- 24 and 25 falsify their daily driver's
logs to show that they're in Riverside, California

going in off duty status, which they report for
the next 64 and a half hours beginning on
April 18th of 2008.

How do we know that was falsified?
Well, the area where that tractor stayed for that
period of time or for at least a substantial
portion of that period of time because the GPS
doesn't track it minute for minute, it's twice a
day that it reports, we see on Government's
Exhibit 23 from the tracking several portions, the
same location from the 18th through the 20th which
we see from those latitude and longitude points in
Government's Exhibit No. 26 is the area of
Phoenix, Arizona.

9:58 p.m. is when the Phoenix points
appear on April 18th of 2008.  10 o'clock p.m. the
defendants are reporting that they're in off duty
status hundreds of miles away in Riverside,
California.  The falsification meaning what this
organization does as far as trying to avoid the
Phoenix or the Arizona connection shows
involvement in the conspiracy, but this is also
the circumstantial evidence.

And what do we learn further from there?
In Government's Exhibit 7C we see packages of

marijuana in the back -- or the nose of that
railer covered by the cookie dough which was
picked up in California by the defendants.  We see
the loose shrink wrap that covered the pallets
that that marijuana was -- I'm sorry -- that the
cookie dough was originally wrapped in before
being moved around in order to cover up the
marijuana.

And although we don't have photographs
or testimony of the defendants loading that truck
with the marijuana, the evidence does show
Baptiste and Volcy were involved in receiving a
shipment of marijuana in Arizona because that's
where the tractor trailer was for that point in
time.  And you have to ask why they lied.  That's
an example of the circumstantial evidence that
you'll be considering in this case.

Direct evidence in this case we see in
the form of testimony of eyewitnesses to allow the
instances that defendant Shorter was involved in,
Mr. Parra, and Mr. Mitchell.

We have direct evidence out of defendant
Shorter's own mouth when we listened to the tape
recordings made during his conversations with
Ramiro Parra.  I'm going to get to that in just a

few moments here.  So those are the types of
evidence that you're to consider also in your
evaluation.

Let's talk about the evidence.  We heard
from Ramiro Parra in this case, again not somebody
that you'd take medical advice or buy a home from.
A person who is as we told you during opening
statements, who told you from the stand that he's
a convicted felon.  He's looking at enhanced
penalties.  Decided to cooperate.  He's hoping for
a reduction.

Of course as has been pointed out by
Mr. Rodriguez and Mr. Parra he's not being charged
with the information that he provided to the
government which led to the investigation beyond
his arrest on the other case.

He's not being made to be a witness
against himself when he begins his cooperation
with the government.  He's expected to tell us
everything.  So you can use your common sense why
he wouldn't expect to be charged with identifying
this other conduct that was not a subject of his
arrest.  But nonetheless, he's not being charged
with that -- with this conspiracy.  He was charged
in another conspiracy.

1          Ramiro Parra tells you about the history

2     here.  He had a relationship with Cleo Mitchell

3     dating back several years which involved 20-pound

4     marijuana fronts where he was receiving marijuana

5     on consignment.  And as that relationship grew and

6     Mr. Mitchell received new and better

7     opportunities, Ramiro Parra was tasked with

8     obtaining warehouses for the receipt of marijuana.

9          At first the initial location was not

10    one in which Ramiro Parra was privy to what

11    exactly was going on there.  He saw signs of what

12    he suspected was marijuana trafficking.  And of

13    course he knew Cleo Mitchell's history because he

14    dealt with Cleo Mitchell.

15          But when the second warehouse was

16    obtained Mr. Parra was brought clearly into the

17    game as far as his new responsibilities.  His new

18    responsibilities being the receipt, the inventory

19    or counting, the dividing, the distributing, the

20    collecting money for, the delivering money for

21    marijuana.  Thousands of pounds, millions of

22    dollars worth of marijuana which were received at

23    least once a month in at least 1,000-pound

24    shipments on tractor trailers that came from

25    Arizona.

1          Ramiro Parra answered primarily to Cleo

2     Mitchell who answered to Sheldon Shorter.

3     Eventually Ramiro Parra was allowed to be around

4     the defendant Sheldon Shorter in the counting of

5     money.  And he was even tasked eventually with

6     delivering money to and for the defendant

7     Shorter on a number of locations directly to the

8     defendant Shorter on approximately five occasions

9     in South Florida where defendant Shorter showed up

10    in a variety of expensive vehicles.

11          And he also was tasked by defendant

12    Shorter at one point in time as we learned in the

13    purchase of an Audi here in Pinellas County by

14    putting down that initial $5,000 down payment

15    before Mr. Shorter showed up as the obvious

16    purchaser even though the vehicle was placed in

17    Ms. Ramdial's name.

18          We learned that Ramiro Parra was

19    arrested on or about April 1st of 2008.  He waived

20    his detention hearing, went to jail, and was

21    interviewed in the jail by the DEA.

22          Ramiro Parra decided at that point to

23    cooperate.  And you learned some of the

24    information that Ramiro Parra provided law

25    enforcement and where it went from there.

1          At the time of his arrest Parra owed the

2     defendant Shorter a sizeable amount of money.  As

3     estimated by Mr. Parra he owed Mr. Shorter around

4     $150,000.  Cleo Mitchell testified that he

5     believed it was closer to $200,000.

6          But in any event a sizeable amount of

7     money including money owed for the 80 pounds of

8     marijuana which was turned over by Ramiro Parra to

9     law enforcement on April 11th of 2008.  Marijuana

10    that was owned by the defendant Shorter as

11    evidenced by his desire to collect the money owed

12    to him for that marijuana.

13         So even though we don't have hands on

14    involvement by the defendant Shorter, you'll learn

15    about different types of possession.  And that

16    marijuana was constructively possessed by the

17    defendant Shorter as well as he aided and abetted

18    in the possession of that marijuana as charged in

19    Count II of the Indictment.

20         We've just addressed one possession.  He

21    also possessed the April 24th load, but the

22    possession of that load is specifically charged in

23    regard to the defendants Baptiste and Volcy when

24    you consider the substantive counts during your

25    deliberations.

1          Now, with that money owed we learned

2     that Ramiro Parra under the direction of the Drug

3     Enforcement Administration started acting in an

4     undercover capacity.  You see him referred to in

5     some transcripts as CS, confidential source.

6          And as a confidential source now working

7     with the Drug Enforcement Administration in regard

8     to the investigation of the conspiracy which

9     Ramiro Parra revealed, we see Ramiro Parra meeting

10    with other individuals, persons named in the

11    Indictment who owed Ramiro Parra money for

12    marijuana that was already distributed in the

13    Pinellas County area of the Middle District of

14    Florida.

15          The collections of those monies at the

16    direction of DEA resulted in Ramiro Parra taking

17    those funds to the Rocky Point Apartment in Tampa

18    where the safe was located -- or the safes were

19    located where the money was stored prior to Cleo

20    Mitchell getting that money back to the owner of

21    the money, the defendant Sheldon Shorter.

22          These collections were just a portion.

23    And you remember the evidence in this case in

24    regard to a bulk amount of marijuana that was

25    left.  And that was the 80 pounds or 88 pounds,

somewhere in that area of marijuana that was

seized by the Drug Enforcement Administration on

April 11th.

Now, that was a sizeable chunk of the

150,000 to $200,000 that was owed to the defendant

by Ramiro Parra.  And we know from the evidence in

this case that the defendant Shorter was

significantly interested in receiving his money

back.  Let's listen to Government's Exhibit 11A

again.

(AUDIOTAPE PLAYING, 11A.)

CS:  "Hey, what up, Big Pimp?"

SHORTER:  "Yo, what's going on, man?"

CS:  "Shit.  I apologize I didn't

answer, man.  I was in the bathroom."

SHORTER:  "Mmm.  Oh, well, anyway, yo,

what's going on, man, cuz I'm hearing you're

supposed to be bringing in this and you ain't

bring nothing yet, man."

CS:  "No.  I'm" --

SHORTER:  "It's like you slowing shit up

right now.  You fucking up right now, man."

CS:  "I know.  I was telling Pimp, uh, I

know it doesn't really make a difference, but I

was -- I was -- I didn't call him last night

because my wife got in a bad accident.  Um, we
just got out of the hospital like early this
morning about 6:00 in the morning.  Um, I" --

SHORTER:  "Yeah, he was telling me about
that, yeah."

CS:  "Yeah, it's uh" --

SHORTER:  "Yeah, he was telling me about
that."

CS:  "The shit I have to get together is
really coming from like one -- like one dude that
I've been -- I've been cool with for awhile.  Um,
ever since I bonded out I haven't been able to
actually make physical contact with him.  I've
been by his -- his dad's house and I've been by
his, uh, mother's little -- like a little time
share that she has.  Um, but I just got -- I
just -- I ran into somebody that -- that --
that -- that could basically run into him a lot
easier than I could just because I really -- I
really don't know his whole group of people.  And
I shot dude $50 trying to fucking to get him to
fucking have him call me.  You know what I'm
saying?  Once he calls me I'll be able to
straighten everything out.  You know what I'm
saying?"

SHORTER: "Yeah, but you -- I don't know. You guys need to get up and go find the motherfucker, man. That's what I'm talking about instead of just waiting for him to call."

CS: "Yeah, yeah."

SHORTER: "If he ain't been calling" --

CS: "Well, no, I've been" --

SHORTER: -- "then you got to get up and get in touch with that nigga."

CS: "Yeah. Don't" --

SHORTER: "You feel me?"

CS: "Don't" --

SHORTER: "You can't just wait on him."

CS: "Yeah. Don't -- I mean I don't know what Pimp's told you, but don't think that I haven't, dude. I've sat -- I've sat at his dad's house, which I'm guaranteeing that he's not at his dad's house. Because I've sat there probably one, two, three, four, probably three days in a row for like three, four hours.

"And then I've sat there, uh, cuz he told me to go late at night, he told me to go early in the morning cuz the -- he goes -- he -- so from last time I heard he goes to, uh, St. Petersburg Junior College.

"So I even went in the parking lot there and sat to see if I could see his car. And I haven't ran into him at all. I'm thinking that he's not even around here. You know what I'm saying?

"But I'm waiting to verify it. I'm -- you know, I'm -- anybody that I know that might know, you know. Cuz I really -- I let him do his thing. Like I've been knowing him for a good -- a good amount of time. You get what I'm saying?"

SHORTER: "Yeah, a good amount of time, but you spoke to him. Didn't you speak to him (unintelligible)?"

CS: "I -- I don't know what number he called on because I tried calling him back, and it just goes straight to voice mail. But I -- I spoke to him. And he was asking me like, you know, what was going on. And, you know, I told him. I said" --

SHORTER: "Yo (unintelligible) the bullshit right now. So" --

MR. PRESTON: Let's stop there. Let's go to Government's Exhibit 11F and listen to that conversation.

(AUDIOTAPE PLAYING, 11F.)

```
 1          CS:  "Hello."

 2          SHORTER:  "Yo."

 3          CS:  "Pimp, what up?"

 4          SHORTER:  "Yo, what up?"

 5          CS:  "Shit.  I'm waiting on this

 6   fucking -- uh, I'm waiting on him to call me to

 7   see if he fucking left or not cuz I called him

 8   twice and told him he needs to hurry up and get

 9   down here."

10          SHORTER:  "Yeah, man, you're getting on

11   my nerves with your bullshit, man.  That's some

12   real bullshit."

13          CS:  "I -- I agree -- I agree.  I

14   ain't -- I'm -- that's -- that's why I was saying

15   when -- when he does -- when he gets -- I already

16   knew he was gonna be fucking taking his time by

17   the way he sounded yesterday.  Cuz I don't know if

18   I spooked him out yesterday or not, but I told

19   him -- I told him he could meet someone up there.

20   And he was like -- he was like, how the fuck do

21   you know anyone up there?  And I'm like, Dog, it's

22   just a friend.  I said, it's not a big deal.  He's

23   like, no, no, no, I'm not gonna meet anyone else.

24   I'm going to meet you so I'm -- I'm straightened

25   up with you.  I'm like, well, you know where I'm
```

at.  I said, I've been waiting on you forever."

SHORTER:  "Yo, call this fucking dude and see what the fuck he's doing, man, cuz y'all are stressing me out there."

CS:  "All right.  I'm sorry."

SHORTER:  "I got things I gotta -- I gotta take care of, and I need my shit to take care of what I gotta take care of.  Y'all are really getting on my nerves, man.  For real I got things I got to do, man."

CS:  "Yeah, I know."

SHORTER:  "You call that motherfucker (unintelligible)."

CS:  "All right."

MR. PRESTON:  And of course we know part of that conversation referred back to earlier conversations about sending somebody to Atlanta to pick up the money.

Let's listen to Government's Exhibit 11G, just the first portion of that.

(AUDIOTAPE PLAYING, 11G.)

CS:  "Hey, Pimp."

SHORTER:  "Yo."

CS:  "My bad man, I fucking fell asleep. I saw that you had fucking (unintelligible)."

```
 1              SHORTER:  "Yeah."
 2              CS:  "My bad.  Yeah, dude's fucking.
 3     I -- I talked to him a little bit.  I -- I don't
 4     know what time this afternoon, but I talked to
 5     him.  I told him that it's -- I -- you know, I'm
 6     basically at a standstill without that.  He's --
 7     he's fucking.  He's -- he's -- he's telling me
 8     he's -- he's definitely coming, da, da, da.  He's
 9     basically just starting to fucking, pissing me off
10     cuz it's not that I doubt that he's got the money
11     cuz he was acting all paranoid about having it.
12     But he's just fucking -- I guess he just hasn't --
13     I don't know what his problem is.  I don't -- I
14     don't know if he's left yet or what.  So I'm --
15     I'm telling him that I'll fucking come damn near
16     to the border just to meet him.  You know what I'm
17     saying?"
18              SHORTER:  "Yo, you see, man.  This is
19     the bullshit I'm talking about, man.  You gotta go
20     by his momma house something, man.  That's what
21     you need to do.  You need to ride by his momma
22     house and hand his momma the phone so she can tell
23     her boyfriend the fucking, the thing.  You don't
24     think so?"
25              MR. PRESTON:  Stop there.  Go by his
```

momma house?  As you were listening to these calls
and others, how many of you thought back to
Mr. Rodriguez's opening remarks?  Thought to the
words patsy, mope and said what?  What?  You got
to.  You need to.  You're stressing me out, man.
You're getting on my nerves.  You're getting on my
nerves.  I need.  I gotta.  Patsy?  Mope?  Leader
organizer.  His conspiracy.

Ramiro Parra worked for Cleo Mitchell
and Sheldon Shorter.  Cleo Mitchell worked for
Sheldon Shorter.  He was nobody's patsy.  He's
telling people to go to someone's momma house so
she can tell her boyfriend the F-ing thing.  You
can't get the money from him.  Go lean on his
momma for it.  That was his idea.

And when Ramiro Parra ultimately told
the defendant Shorter that he had the money, we
also see the relationship in this business
organization which the defendant led.  And we hear
the phone conversations about meeting at the gas
station and with expectations that he would be
actually meeting the defendant Shorter to give him
his money, money which we hear along with the
Dodge Charger that was turned over should wrap up
the debt for Ramiro Parra.

1          The defendant Sheldon Shorter, Anthony

2    Dubois, whatever name doesn't show up at the gas

3    station.  But at that very location Cleo Mitchell

4    shows up.  Why?  Because Cleo Mitchell, not the

5    boss in regard to the defendant Shorter, but his

6    employee -- Shorter's employee, Cleo Mitchell,

7    shows up to pick up the $70,000 which was a sham

8    delivery.

9          But Cleo Mitchell shows up at the

10   defendant Shorter's insistence because as the

11   boss, as the higher up, as the guy who we don't

12   see getting his hands dirty through the course of

13   this conspiracy, the defendant Shorter is capable

14   of and directs Cleo Mitchell to go pick up the

15   money just in case, because remember there was a

16   suspicion about Ramiro Parra at that time.  He had

17   already been arrested.  There had already been a

18   seizure.  And so there was a suspicion that Cleo

19   Mitchell and the defendant Shorter had.

20         But when greed overcomes suspicion, it's

21   all about getting the money.  Figuring once they

22   got it, they can just distance themselves from

23   Parra, especially the defendant Shorter because of

24   his remaining in the background through the course

25   of this.

```
1              But fortunately we get to hear him.  We
2    get to hear him giving orders.  We get to hear how
3    people are getting on his nerves.  We get to hear
4    what he needs.  We get to hear what he wants.  And
5    it's about nothing less than the marijuana which
6    is the subject of this conspiracy and the money
7    that he wanted for it.  The money which he could
8    use to buy fancy cars and expensive jewelry and
9    take trips.  Trips related to the movement of
10   money for marijuana.
11             In addition to the money issues Ramiro
12   Parra told you about the April 24th, 2008,
13   shipment.  In his initial cooperation he advised
14   that it was time for another monthly load of
15   marijuana to be making its way to the Middle
16   District of Florida.
17             And yes, the government agreed to a bond
18   for Ramiro Parra so he could be out of jail.  And
19   that bond allowed the government, the United
20   States to seize over 1,500 pounds of marijuana,
21   which at a thousand dollars a pound would be over
22   a million and a half dollars worth of marijuana
23   and also collect evidence in regard to the other
24   conspirators in this case including the leader of
25   the gang, Sheldon Shorter.  So yes, the government
```

did agree to a bond.

And we learned that the same process
that had been used in other marijuana receipts by
Ramiro Parra was put into play in regard to this
April load as well.  A cell phone would be left at
the Rocky Point Apartment.  Ramiro Parra would be
told when to go get that cell phone.  And that
cell phone would then be used to communicate with
the drivers of the vehicle.

In this case we hear Mr. Volcy on the
recordings with Mr. Parra receiving directions.
Directions to conclude this journey to Oz which
was never a journey to Oz.  It was a journey to
deliver dope, marijuana, weed for this
organization to Pinellas County, Middle District
of Florida.

Through those calls we hear things with
Mr. Volcy contrary to what both he and
Mr. Baptiste said about their journey to Oz.  We
find out that they're heading to Belcher and 118.
Let's just listen to Government's Exhibit 12E
again.

(AUDIOTAPE PLAYING, 12E.)

VOLCY:  "Yo.  I got pulled over by
police."

CS:  "Huh?"

VOLCY:  "I got pulled over, man."

CS:  "You what?  I can't hear you.
Hello.  Hello."

MR. PRESTON:  Mr. Volcy has to tell
Mr. Parra at that point what happened.  He just
got pulled over by the police.  Who would be most
concerned about him being pulled over by the
police?  Not some person he wants to meet at a
strip joint, but the person he's supposed to
deliver the marijuana to.

If we look at the call right before
that, 12D, we see where he was headed.

(AUDIOTAPE PLAYING, 12D.)

CS:  "All right.  What -- you see Largo
Ulmerton."

VOLCY:  "(Unintelligible) I'm -- I'm
coming down now."

CS:  "Okay.  That's fine."

VOLCY:  "Uh, yeah, you say -- what did
you say the road is again?  Belch -- Belch --
Belcher?"

CS:  "No.  Listen.  Ulmerton Road in
Largo.  It's the second exit."

VOLCY:  "No.  I already get off that

exit, yeah."

        CS:  "All right.  So all you do is come
down for about 20 minutes.  You're going to pass
through, uh, construction.  You're going to pass
through, uh, uh -- like you're going to pass
through two construction zones.  You keep going
down for about 20 minutes.  It's -- you come down
and you get -- uh, you get on -- uh, you get on
Belcher Road."

        VOLCY:  "Belcher Road and what?  You
make a left then?"

        CS:  "Yeah, you make a left.  There'll
be a 7-Eleven, uh, and an IHOP Restaurant on the
corner.  And there will also be like a CVS or
Walgreens on your right."

        VOLCY:  "All right (unintelligible) what
to do."

        CS:  "Huh?"

        VOLCY:  "(Unintelligible) what to do."

        CS:  "All right.  When you make that
left, you come down to 118th, which is the next
major intersection, and you make a right and then
call.  And come down that street, and I'm on the
left-hand side.  Call me.  You'll see me."

        VOLCY:  "Okay."

1          CS:  "All right."

2          MR. PRESTON:  And we know from the

3     photographs that were introduced through

4     Mr. Crawford, I believe, that this wasn't a

5     journey to Oz.  Belcher and 118th is far removed

6     from where these defendants were heading.  And

7     they were heading to that area for the specific

8     purpose of dropping that marijuana off.

9          They wouldn't have been shocked to

10    follow these directions into 118th had they not

11    been stopped by the Florida Highway Patrol to meet

12    Ramiro Parra outside a warehouse instead of at a

13    strip club where they would back in and unload

14    their illegal cargo of marijuana.

15         No shock or surprise there.  That was

16    the plan.  Just as other truck drivers on other

17    dates dropped off other loads, these defendants

18    knew what was going on.

19         And the defendant Shorter knew all about

20    it too as we can see when he's communicating after

21    the seizure, not knowing that it had been taken

22    away with Ramiro Parra on April 21st of 2008 as we

23    heard in Government's Exhibit 31.  Let's listen to

24    that.

25         (AUDIOTAPE PLAYING, 31A.)

1      CS:  "Yo."

2      SHORTER:  "Yo."

3      CS:  "I just got off the phone with Pimp

4  and he said -- he is telling me it will be another

5  30 minutes he said."

6      SHORTER:  "Yeah.  Cause them -- them

7  motherfuckers be lying talking about they right

8  there when they ain't right there.  You know what

9  I'm talking about?"

10     CS:  "Yeah.  Yeah."

11     SHORTER:  "These ain't -- these ain't

12 them other two."

13     CS:  "But I'm -- I'm good to go.  I'm

14 fucking -- I'm ready to rock and roll.  So I'm --

15 I'm -- I'm just going to go to the store and get

16 some water and a Gatorade and I'm going to come

17 right back."

18     SHORTER:  "But -- but when they called

19 you, how far they said they was from you?"

20     CS:  "Okay.  When they called me the

21 first time, they said 275.  The second time they

22 said they was -- they was passing -- they was

23 passing downtown.  So I don't -- you know what I'm

24 saying?  I don't know where the fuck they're at.

25 I don't know if they just were saying that and

whether they're on 75 or what."

        SHORTER:  "Yeah."

        CS:  "So I don't know just fucking -- I
don't know.  I know I'm on time and I wasn't --
you know what I'm saying?  I'm good to go.  I got
everything warmed up."

        SHORTER:  "All right."

        CS:  "But it's -- it's quiet as fuck
over here.  But" --

        SHORTER:  "All right."

        CS:  "Yeah.  I'm -- I'm getting
something to drink and I'm coming right back."

        SHORTER:  "All right."

        CS:  "All right."

        MR. RODRIGUEZ:  Objection, Your Honor.
It's out of context.  This conversation occurred
three days prior to any seizure.

        THE COURT:  You'll have adequate time
for argument, Counsel.

        MR. RODRIGUEZ:  Thank you, Your Honor.

        MR. PRESTON:  Now, on April 24th of 2008
at 7:39 p.m. Sheldon Shorter just had a
conversation with Ramiro Parra and talks about --
why is he so agitated?  Why is he so agitated that
they're not there yet?  Because it's his marijuana

1   that he's concerned about.  When he says this

2   ain't -- these ain't them other two it's because

3   he has truck drivers who haven't been to Pinellas

4   Country yet.  The defendants Volcy and Baptiste

5   were to deliver his marijuana to Largo, Florida.

6           And we learn after the fact that there

7   were some communications that Cleo Mitchell

8   learned from Sheldon Shorter, provided them with

9   information that the drivers had broken the chip,

10  which Mr. Baptiste and Mr. Volcy told us about in

11  their conversation in the rear of the patrol car.

12          And whether kraze means kill, break,

13  smash, or destroy, it all goes to the same thing.

14  Not the cell phone device itself, but the chip.

15  The one thing Mr. Volcy couldn't explain what he

16  meant by chip at that point in time.  He couldn't

17  get around his own words.

18          We also heard in this case from Cleo

19  Mitchell, as I mentioned.  Cleo Mitchell also

20  recounted his history in marijuana distribution

21  with the defendant Shorter of how they met through

22  a common marijuana associate, how the

23  opportunities to travel to Arizona to inspect,

24  pick out and secure marijuana was given to Cleo

25  Mitchell through the defendant Shorter.  A

1  business opportunity which the defendant Shorter

2  would supervise and profit from.

3            You learned about Cleo Mitchell's trips

4  to Arizona where based on the defendant's

5  arrangements -- defendant Shorter's arrangements,

6  Shorter could pick out that marijuana.  He would

7  meet with Mexicans and pick from thousands of

8  pounds of marijuana at a stash house location

9  there.

10           One such trip to Arizona was confirmed

11 through law enforcement based on the fact that

12 Cleo Mitchell had been stopped in the Phoenix

13 airport and lost $7,000.  Again, a trip which he

14 was chastised about by the defendant Shorter who

15 was unhappy that Cleo Mitchell had broken from

16 protocol and had placed himself in the Phoenix

17 airport in a location where marijuana traffickers

18 apparently can be identified.  Something the

19 defendant Shorter didn't want to happen in this

20 case.

21           Over the next couple of years again

22 thousands of pounds on a monthly basis.  Millions

23 of dollars of marijuana sold in Pinellas County,

24 Middle District of Florida.

25           Cleo Mitchell also related how Ramiro

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    Parra performed the duties which Parra himself

2    described and how it took a year or so before

3    Parra was actually allowed to be around the

4    defendant Shorter in any kind of marijuana related

5    activity.

6             The defendant Shorter later gained

7    according to both Parra and Mitchell a comfort

8    level with Parra which resulted in Parra now

9    getting the -- to conduct the enviable tasks of

10   delivering money to and for the defendant Shorter

11   as well as putting deposits down on the Audis,

12   cars, moving up in the world.

13            Cleo Mitchell also told you about the

14   period of time between Parra's arrest on the other

15   charges and that period leading up to the time of

16   Mitchell's arrest again where greed overcame

17   suspicion as Shorter -- as defendant Shorter

18   pushed both Mitchell and Parra to bring him money

19   so another load could come in.

20            Mitchell would send the funds that were

21   collected placed by Parra in the safe in the Rocky

22   Point Apartment to the defendant Shorter.  Cleo

23   Mitchell told you about how he instructed Parra to

24   pick up the phone as the defendant Shorter

25   organized the April 24th load when Mitchell and

the defendant Shorter both were suspicious that
Parra might have turned.  And that's why the
marijuana was seized on April 24th.

There still was that $80,000 out there
owed by Parra.  And after the defendant Shorter
pressured Parra as we listened to several
recordings dealing with that, as he pressured
Parra into getting that money, he also sent Cleo
Mitchell as Cleo Mitchell testified to pick up
that money.

After that seizure of the sham currency
which the organization believed was a loss of
$70,000, Mitchell confirmed that the defendant
Shorter was in the just get it mode with
discussions about how Ramiro Parra should go to
the police and claim that that money was his
business money.

We heard from Cleo Mitchell also in
regard to some of the movements of other monies.
In particular he related how he would meet the
defendant Shorter in the area of the International
Mall.

He recounted one occasion for you when
he delivered two Nike duffle bags in the parking
lot of the International Mall to the defendant

1    Shorter, the International Mall being right next

2    to Tampa International Airport, which also has

3    some gates for private air travel.  And how Cleo

4    Mitchell followed the defendant Shorter to one

5    such gate at the Tampa International Airport and

6    watched him go through.

7              That information was confirmed by a

8    gentleman by the name of David Sherwood who came

9    in here and talked to you ladies and gentlemen and

10   presented to you records from Hop-A-Jet, the

11   private charter company that Mr. Sherwood pilots

12   for.

13             David Sherwood told you about the

14   defendant Shorter's travel from Fort Lauderdale to

15   the L.A. area in California, Van Nuys airport

16   during which there was a 45-minute stop in Tampa

17   in order to pick up luggage belonging to one of

18   the three persons taking that trip.

19             Mr. Sherwood recounted how he helped

20   take those Nike duffle bags or at least one of

21   those Nike duffle bags and put it in the cargo

22   area in the rear of the plane.  And he was

23   concerned enough about what he felt in that bulky

24   package that he was putting on the back of the

25   plane to tell the pilot about his concerns

1    remembering the unusual nature of the bag so he

2    could report it to you when he was able to testify

3    at this trial.

4         And we know what was in the bag because

5    we had just learned from Cleo Mitchell that a Nike

6    duffle bag was used to deliver the seven to

7    $800,000 at the International Mall, which Cleo

8    Mitchell then followed the defendant Shorter to

9    the airport where the defendant Shorter took his

10   bags with his other two associates and took the

11   trip to California aboard a private yet.

12         Government's Exhibit 32, please.

13         $54,992.  A $55,000 trip to California,

14   just a portion of the seven to $800,000 that was

15   being taken out there for more marijuana.

16         We also learned that marijuana from

17   California was being shipped in the freight

18   containers that we saw a photograph of during

19   Ramiro Parra's testimony in this case and as also

20   testified to by Cleo Mitchell.

21         Now, Mitchell also discussed with you

22   the use of defendant Shorter's drug money to

23   purchase automobiles.  On one occasion Cleo

24   Mitchell took $150,000 of drug proceeds in cash

25   and had a friend, Kevin Wells, purchase a

cashier's check.  That cashier's check was to be
used for the specific purpose of buying a
Mercedes-Benz.

We saw from the records of Mercedes-Benz
which were introduced through Lance Noel that a
purchase of a vehicle valued at approximately
$165,000, that white Mercedes-Benz in the name of
Anthony Dubois, took place.

Anthony Dubois was referred by a real
estate client that Mr. Noel had sold other
Mercedes to.  That client had ordered this one of
a kind Mercedes-Benz and then couldn't close the
deal, so he referred Anthony Dubois for the
purchase of that automobile.

We also learned that Mr. Shorter
apparently had a taste for expensive vehicles.
And he went forward and purchased the
Mercedes-Benz using the cashier's check which Cleo
Mitchell had purchased through Kevin Wells with
$150,000 in drug proceeds.  No financing.  Paid in
full.  $165,000 Mercedes Benz.

And we learned from Deputy United States
Marshal Barry Golden the conclusion of the
defendant Shorter's use of that vehicle when
the vehicle was seized based on the May 2008

1    encounter -- 2007 encounter between Deputy United

2    States Marshal and the defendant Sheldon Shorter

3    then known to Deputy United States Marshal as

4    Anthony Dubois, the same person who had the

5    Mercedes-Benz in his name, the same driver's

6    license which was presented for that purchase and

7    if I recall correctly also the purchase of the

8    Porsches which I'll get to in a moment.

9             But Anthony Dubois during that encounter

10   allowed Deputy Golden to search the vehicle.  And

11   another $55,000 -- or $54,000, sorry, was seized

12   from the vehicle which resulted in the vehicle

13   then being seized from the defendant Shorter.

14            Other vehicles we heard about include

15   the purchases of the Porsche Cayenne paid in full,

16   $111,000 right up front.  No financing.  Drug

17   money.

18            We heard about the purchase of the Audi.

19   Again, a unique one of a kind type vehicle.  Audi

20   just put it out.  Mr. Morgan's biggest concern was

21   that this new Audi not be shipped overseas.  And

22   he recounted how it was clear that the defendant

23   was the one who purchased -- was purchasing it,

24   but they couldn't even get the defendant's name

25   out of him -- we're talking about the defendant

1    Shorter -- his name out of him during that

2    process.

3              And the records revealed what Ramiro

4    Parra told you, that Ramiro Parra went in and put

5    down that $5,000 in drug money as a down payment

6    for that particular vehicle.

7              Agent Duralia also talked to you during

8    the case about his role as a case agent about

9    Ramiro Parra's cooperation, the collection of

10   monies, the deliveries of monies to the Rocky

11   Point Apartment, his review of the recordings and

12   the transcripts that were prepared.

13             Agent Duralia enlisted the assistance of

14   Trooper Lanese in the April 24th, 2008, seizure.

15   And we heard from Trooper Lanese about how he was

16   waiting at the Howard Franklin Bridge for a

17   tractor trailer.

18             At the time that he was advised based on

19   the conversations that the defendant Volcy was

20   having with Ramiro Parra that a tractor trailer

21   was crossing the Howard Franklin Bridge,

22   Trooper Lanese saw the Cool Carriers truck, which

23   is the truck in question in this case.

24             Knowing that based on the directions

25   that were being given that he could get to 118th

1   and Belcher quicker if he took the other exit,

2   118th rather than Ulmerton because of the

3   construction, Trooper Lanese proceeded to that

4   area.  And from there he discovered the tractor

5   trailer.

6           Knowing that there was marijuana on

7   board that tractor trailer, Trooper Lanese was

8   tasked with finding another reason potentially to

9   stop the vehicle, and he saw it.  The driving

10  mannerisms of the defendant Baptiste created a

11  traffic infraction which resulted in what is

12  called a traffic stop, which led to the dogs being

13  brought out because of the inconsistent statements

14  that were made by the defendant Baptiste and the

15  defendant Volcy before they started getting

16  their -- trying to get their stories together,

17  stories about the journey to Oz.

18          And after the dog alerts and consents,

19  the cargo which law enforcement already knew was

20  on the truck based on the investigation in this

21  case was seized.  Cargo which the defendants Volcy

22  and Baptiste picked up out west and brought here

23  for the specific purpose of delivering it.

24          Trooper Lanese placed the defendants

25  Volcy and Baptiste in the patrol car.  And from

1  the transcript we know what they talked about in

2  the back of the patrol car as they tried to get

3  their stories straight and as they discussed the

4  inconsistencies in their initial stories.

5      As they discussed things like destroying

6  the chip.  As they discussed things like the other

7  guys and who might have set them up.  The other

8  guys, the people that gave them the marijuana, the

9  people that ordered the marijuana, and the guy who

10  was there to receive the marijuana, Ramiro Parra.

11      We heard from Mr. Polynice about the

12  transcript which was prepared which he did the

13  final version of.  And we really didn't get into

14  any heavy discussions about the Bible

15  translations.  What it came down to was questions

16  about what kraze could have meant in different

17  places.

18      Mr. Polynice did a fine job of

19  explaining to you the transcription and

20  translation process.  And there really aren't any

21  genuine areas of concern in regard to the

22  substantial accuracy of the transcript which

23  reflects the conversation between Mr. Baptiste and

24  Mr. Volcy.

25      We also heard from Richard Morello from

1    TransCore Corporation who provided asset tracking

2    services to clients around the world, in

3    particular to Cool Carriers in regard to their

4    property which included trailer No. 1238.

5            And Mr. Morello related that the records

6    kept by TransCore of the GPS locations --

7    designated locations of that tractor trailer which

8    are accurate to within 30 feet put that tractor

9    trailer in the area of Phoenix, Arizona beginning

10   at 9:58 p.m. on April 18th of 2008 where it

11   remained through April 20th of 2008, the same time

12   that the defendants Baptiste and Volcy told

13   whoever might be looking, law enforcement or you

14   in their driver's logs that they were off duty in

15   Riverside, California.

16           That was a fantasy just like the journey

17   to Oz was a fantasy.  That fabrication was the

18   start of the fabrications that they presented when

19   they testified to you during this trial.

20           Members of the jury, I'm going to have

21   an opportunity to address you in regard to some of

22   the issues that Mr. Rodriguez, Mr. Chalela and

23   Mr. Crawford will be presenting to you now.  They

24   have an opportunity to talk to you.  Please give

25   them the same attention that you gave me.

1          I expect we'll hear things about mopes

2     and patsies again.  I expect that we'll hear about

3     the impenetrability of a tractor trailer seal when

4     the defense's own experts basically conceded that

5     where there's a will, there's a way.  And when a

6     million and a half dollars worth of marijuana is

7     involved, a plastic seal ain't going to stop an

8     offload.

9          But we'll still hear a little bit about

10    its impenetrability again, I guess.  Tell you

11    what, let's hear what they've got to say.  And

12    I'll be back to talk to you before you're charged

13    in this case.  Thank you.

14               THE COURT:  Mr. Rodriguez.

15               MR. CRAWFORD:  Can we approach just for

16    a moment?  Your Honor --

17               MR. RODRIGUEZ:  Mr. Crawford has a

18    request.  Can we approach?

19               THE COURT:  Why do you want to approach,

20    counsel?

21               MR. CRAWFORD:  I would like to take a

22    quick break.

23               THE COURT:  We will reconvene at 10:45.

24               MR. CRAWFORD:  Thank you, sir.

25               THE COURT:  Do not discuss the case,

1    ladies and gentlemen.

2           COURT SECURITY OFFICER:  Please rise for

3    the jury.

4      (THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)

5       (THEREUPON, A RECESS WAS TAKEN, AND THEN THE

6           PROCEEDINGS CONTINUED AS FOLLOWS:)

7           COURT SECURITY OFFICER:  This Honorable

8    Court is again in session.

9           THE COURT:  Mr. Rodriguez, you have an

10   inquiry?

11          MR. RODRIGUEZ:  Judge, I will ask the

12   ultimate authority, but I received counsel but

13   various other people.  And that was as to whether

14   I could read a portion of the jury instructions to

15   the jury.

16          THE COURT:  No.  I will read the

17   instructions to the jury.  You may as I indicated

18   comment on the instructions, but there's no point

19   in both of us reading them.

20          MR. RODRIGUEZ:  I quite understand.  And

21   that's what I have been apprised.  And thank you

22   very much, Your Honor.

23          THE COURT:  You may bring in the jury.

24          COURT SECURITY OFFICER:  Yes, sir.

25          THE COURT:  You wanted, Mr. Rodriguez,

1    30 minutes?

2              MR. RODRIGUEZ:  Judge, I don't even

3    recall what I told you.

4              THE COURT:  I think that's what you

5    said.

6              MR. RODRIGUEZ:  I don't know -- I

7    haven't timed this out.  I don't know that I'll go

8    much longer than that, Your Honor.  Just give me

9    some leeway.

10             COURT SECURITY OFFICER:  All rise for

11   the jury.

12    (THEREUPON, THE JURY RETURNED TO THE COURTROOM.)

13             COURT SECURITY OFFICER:  Please be

14   seated.

15             THE COURT:  Mr. Rodriguez.

16             MR. RODRIGUEZ:  Yes, Your Honor.  Well,

17   did your team win?  I was afraid of asking who you

18   were pulling for.

19             Good morning, ladies and gentlemen.  Do

20   any of you know anyone or maybe your kids or

21   whatever that have been accused of something not

22   in a criminal case -- not in a criminal case, but

23   let's say in everyday life at school, in the

24   importation business, let's say in banking or

25   retail?  Do you know of anyone that's been accused

and how they must feel?  Or what do they do?

Because the question I have is how do you prove a

negative?  How do you prove I didn't do something?

I thought of that.  And it was ironic

that just last week my daughter told me of a story

of a young man who's in school who was in a car

with a bunch of people and there was beer in that

car.  The beer was closed.  He wasn't the driver.

And his parents chastised him.  You've been

drinking, Billy.  You've been drinking.  I changed

his name.  You've been drinking.

Dad, I wasn't drinking.  Joe had the

beer.  I haven't been drinking.  Mom, you've been

drinking.  How do you prove a negative?  How does

he prove to his folks that he wasn't drinking

beer?  Simple as it may be, we need to elevate the

stakes greatly, greatly.

The other thing is have we ever been

involved at a party where someone tells a story to

one person.  Then it goes to the next person.

Then it goes to the next person.  Then it goes to

the next person.  And then you sit around and you

hear the results much later.  And you all sit

around and you laugh.  You said, how did that

happen?  How did it get from A to Z so

1  ridiculously?

2  Now, ask yourself what if one or two of

3  those people within that little group had a real

4  motive to lie or embellish or really exaggerate

5  something, what would that story be?

6  Ladies and gentlemen, on Monday on

7  behalf of Sheldon Shorter I told you that Sheldon

8  Shorter did not possess marijuana, that he did not

9  touch marijuana, that he did not distribute

10  marijuana, that he did not deal in marijuana.  The

11  evidence has told you now the same.

12  On Monday we told you that Sheldon

13  Shorter did not conspire to possess marijuana, he

14  did not conspire to deal in marijuana, and he

15  didn't conspire to distribute marijuana.  Those

16  were my words Monday.  Later on they were the

17  words of the government's key witnesses because

18  they said the same thing.  And now you know that

19  he did not.

20  Ramiro Parra from the witness stand

21  finally admitted to me and to you and on

22  questioning of Mr. Preston that Sheldon Shorter

23  did not possess, did not deal, did not touch any

24  marijuana.  He told you that from the stand.  And

25  Mr. Preston asked him again later on.

As significant Cleo Mitchell told you
that Sheldon Shorter didn't conspire to possess
marijuana, deal in marijuana, or distribute
marijuana.

Sheldon Shorter is not guilty of Count I
of this Indictment which I'll talk to you in a
little bit more from their own paid witnesses.
Sheldon Shorter cannot be guilty of possession of
marijuana because their own paid witnesses told
you that.

The government's own stars regardless
can't do that.  They're not willing to push that
envelope even that far because they know that
there is no evidence and no proof that Sheldon
Shorter either possessed or distributed any
marijuana.  They know it, the government knows it,
and now you know it.

Sheldon Shorter is not guilty of
Count I, but he's charged in two counts, ladies
and gentlemen.

The evidence did show you that Parra and
Cleo, every opportunity they had to move the story
along injected well, it was Shorter that told --
Parra didn't say it.  He said, Cleo told me it was
Shorter.  Cleo did this.  Cleo told me.  The story

1   kept embellishing, and you'll find out the reason

2   why they did it that way.

3          What every venture upon every question

4   regardless of the question asked, the nail was

5   Shorter told Cleo.  He was their boss.  He pulled

6   their strings.  Really?  Is that what the evidence

7   really did show you?  Let's talk about what the

8   evidence did show you and as significantly what

9   they didn't tell you.

10          The judge will instruct you that someone

11  who is accused doesn't have to do a thing.

12  Doesn't have to ask my questions, doesn't have to

13  testify because in our system the best it exists,

14  the burden is on the government to prove beyond a

15  reasonable doubt, heavy duty.  That isn't touching

16  toes, touching a touchdown with 35 seconds left.

17  That's not that.  Trust me.  Beyond a reasonable

18  doubt is a route, a tremendous route in any sport

19  or endeavor that you're in.  That hasn't happened

20  and they know that.

21          We all know that Parra has a reason to

22  exaggerate.  If you're offended by the lie, I'll

23  back off of that.  But we know his motive is to

24  embellish at least some of the truth because there

25  is some truth.

1          But now the embellishing part, the

2    speculative, the conjecture is what is not beyond

3    a reasonable doubt and what you need to see

4    through.  He knows of the system.  Why?  Because

5    he's manipulated the system before.

6          I didn't have to tell you he was a

7    convicted drug dealer.  Mr. Preston told you.  Not

8    only is Parra a convicted drug dealer; Cleo

9    Mitchell is a convicted drug dealer.

10          Ask Mr. Preston when he stands up, is

11   Sheldon Shorter a convicted drug dealer?  Has

12   Sheldon Shorter ever been convicted of a drug

13   offense?  Ask him to tell you the response to that

14   question because the answer is he's not and never

15   has been.  And that is the truth.

16          THE COURT:  Counsel, come to sidebar

17   please.

18          (AT WHICH TIME THE FOLLOWING SIDEBAR

19   DISCUSSION WAS HELD:)

20          THE COURT:  It sounds very much to me

21   like you're testifying, Mr. Rodriguez.

22          MR. RODRIGUEZ:  No, Your Honor.  The

23   government witnesses are convicted drug felons.

24   My client is not a convicted drug felon.  I'm just

25   commenting on the evidence that's been shown.  The

1    government's the one that raised that issue.

2           MR. PRESTON:  There's no evidence in

3    this record that the defendant is not a convicted

4    drug felon in any regard.  And just because it's

5    not in evidence doesn't mean you get go comment on

6    it.

7           MR. RODRIGUEZ:  I was --

8           THE COURT:  Mr. Preston has not charged

9    that he was a convicted felon.

10          MR. RODRIGUEZ:  Because he can't.  I'm

11   saying -- I understand what the Court's saying.

12   And I apologize if you think that I went too far,

13   but I was commenting on his most recent comment

14   that these are two drug dealers and you can't

15   believe them for medical evidence --

16          THE COURT:  No.  But for you to stand up

17   and testify before the jury unsworn -- not that

18   that would make any difference -- but to testify

19   before the jury that the defendant -- your

20   defendant is not a convicted drug felon --

21          MR. RODRIGUEZ:  Well, Judge I thought --

22          THE COURT:  -- that's testimony.

23          MR. RODRIGUEZ:  I apologize.  And I'm

24   sure that the Court at the end of everybody's or

25   before when you instruct the jury will tell the

```
1    jury that our comments of all four of us are not

2    any evidence.  And I apologize and --

3              THE COURT:  All right.

4              MR. RODRIGUEZ:  Thank you.

5              (WHEREUPON, THE SIDEBAR DISCUSSION WAS

6    CONCLUDED AND THE PROCEEDING RESUMED AS FOLLOWS:)

7              MR. RODRIGUEZ:  May I continue, Your

8    Honor?

9              THE COURT:  You may.

10             MR. RODRIGUEZ:  As we were saying

11   before, Parra and Cleo know how to manipulate the

12   system.  They know what they need to do one, to

13   get themselves out of jail and hopefully another,

14   not to spend 20 to 25 years of his life in jail.

15             You heard the government ask him and

16   I'll talk to you about later this jail -- get out

17   of jail card that Parra held, doesn't that go to

18   his foreknowledge of wanting to manipulate the

19   system and what he could do with it?

20             But there's something that you must

21   understand.  For them to get any consideration

22   from the government, it's not enough that they say

23   we did something illegal.  They must implicate

24   another person.  That is what's key.  They must

25   implicate another person other than themselves.
```

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

```
1    They need to put the nail in the coffin of someone
2    else.
3           The great enemy of the truth is not
4    often -- is often -- is very often not to lie
5    deliberate contrived and dishonest, but the myth
6    persistent pervasive and realistic for those of us
7    that are old enough, John F. Kennedy.  I'll refer
8    to this later on.
9           What I'm trying to describe to you I
10   will in a few moments.
11          THE COURT:  Counsel --
12          MR. RODRIGUEZ:  What we said to you --
13          THE COURT:  Counsel --
14          MR. RODRIGUEZ:  Yes, Your Honor.
15          THE COURT:  -- excuse me.  You may put
16   these messages on the screen, but do not leave
17   them there.
18          MR. RODRIGUEZ:  Got it.  Thank you, Your
19   Honor.  I'm not as high tech.  Excuse me.
20          When we -- we were here Monday.  We
21   talked about two very sophisticated longstanding
22   admitted drug dealers.  Now we know that they're
23   willing to implicate their family members, use
24   other people, use decoys, use whatever is
25   necessary one, to effectuate what they were doing,
```

1  but more importantly to cast blame and to have

2  someone else that can be blamed because each of

3  them wanted to have a get out of jail card.

4  Unfortunately this is not Monopoly.  It's much

5  more serious than that.  Okay?

6          As much as Mr. Parra tried to implicate

7  Sheldon Shorter, he couldn't because Shorter never

8  possessed any marijuana, never dealt in any

9  marijuana.  As the government tried to get him to

10  verify his story using the words of the agent, we

11  tried to lure Shorter in.  They wanted to verify

12  the story that Parra was giving them.  And we'll

13  talk about it -- they couldn't because he is not

14  who they believe he is to be.

15          Parra was arrested April 1st, 2008, over

16  ten months ago.  Repeatedly you heard him say how

17  he and Cleo compartmentalized what they were

18  doing.  How Cleo gave him only certain information

19  and Cleo wouldn't let him do a lot of things.

20          Then he -- but he never said Shorter

21  said or whatever.  Every now and then they would

22  bring him back and he would throw in Shorter said

23  or Cleo said that Shorter said because there is no

24  evidence that -- before you or in any means that

25  Shorter is the one that pulled all these guys

1    strings.  It just didn't happen.

2          Cleo ordered them.  Parra was his guy.

3    He did all of Cleo's dirty work.  He repeatedly

4    said he was ordered by Cleo how to do it.  He was

5    ordered how to pick up the marijuana.  He wasn't

6    ordered by Shorter.  Cleo showed him how to do the

7    drug ledgers.  It wasn't Shorter.  How to collect

8    the drug money.  It wasn't Shorter.  How to store

9    the marijuana.  It wasn't Shorter.

10          Cleo ordered him to rent two warehouses,

11   not Shorter.  One of the warehouses was where they

12   kept their fancy cars.  Remember that because

13   you're going to see that again.

14          It was Cleo who ordered him to rent an

15   apartment to stash their money.  I wonder if it

16   was Cleo who told him to put it in his sister's

17   name.

18          Parra not wanting to implicate himself

19   didn't rent it in his own name.  As I told you

20   before he got it in his sister's name.  They used

21   other people to rent warehouses, to rent

22   apartments, to buy cars after the fact of all this

23   drug business, and to use other people's bank

24   accounts.  That's what they did.  They also used

25   anyone to cast aversion away from them so that

they could save themselves.

Right after lunch you will be receiving from the Court the instructions on the law. And one of the instructions the Court is going to give you is that you have to be a little bit more dubious and a little bit more caution about the testimony of certain witnesses. People like Parra who have been paid by the government and people like Parra who have been promised not to be prosecuted by the government and people like Parra who have been told that they're going to reduce his minimum mandatory and enhanced sentence for his testimony.

The same goes for Cleo who has been promised and who believes that if he does certain things, he needs to gain favor with the government. Because if they don't move and they don't ask, then they will never get a reduction from this possible 20 to 25-year sentence.

And because of that the law recognizes that you have to be careful and more cautious when you accept their testimony. All you need to do is ask yourselves why.

Mr. Preston said, well, we know Parra is a drug dealer, and we wouldn't want you to accept

1  taking his medical advice.  The heck with medical

2  advice.  Ask yourselves this question.  Would you

3  let Ramiro Parra babysit one of your kids?  Just

4  answer that question to yourselves.  And if you

5  wouldn't, then you have to take his testimony as

6  being very, very cautious and dubious.

7           Cleo Mitchell, heck, if you were lost

8  late at night and you pulled up to an intersection

9  and you didn't know where you were going, you

10  didn't have a GPS or anything else, would you roll

11  down the window and would you accept instructions

12  on where to go from Cleo Mitchell?  If you can't

13  do that, then you need to reject his testimony.

14  It's that basic, ladies and gentlemen.

15           Let's talk about why you can't trust

16  them and why they wanted to implicate Sheldon

17  Shorter.  See, Cleo told you -- excuse me -- Parra

18  told you that he held for his arrest and his get

19  out of jail card some ledgers back even though

20  Cleo told him to destroy them.

21           You're going to get this.  This is

22  Government's Exhibit 14.  It's a notebook.  We

23  could have put on get out of jail card.  And you

24  remember his testimony -- and I'm going to get

25  back to the Big Homie because this is what it's

1     all about.

2             But he put in Buddy, Big South No. 1,

3     Jits, White Boy No. 3.  All these people when

4     asked by Mr. Preston who are they, oh, those are

5     just nicknames I put in there for the people.

6     Didn't want to tell you who they were.

7             Big Homie, take this back, ladies and

8     gentlemen, No. 14 parentheses, J-I-T-S, Jits,

9     closed parentheses.  Sheldon Shorter is not

10    Big Homie.  You've heard it repeatedly.  He's

11    Big Pimp.  Has been Big Pimp.  Will always be

12    Big Pimp.  But to make him out to be the bad of

13    the bad and the bigger than the bigger they had to

14    force feed this Big Homie onto you.  And let me

15    tell you why.

16            We went through the transcripts one day,

17    and I could put them up here, where the

18    government's transcripts you referred to him as

19    Big Pimp, Pimp, Big Pimp.  Just goes through it

20    all.

21            As a matter of fact I asked the agent

22    and we spent 15 minutes while he reviewed all the

23    government's records to see if at any time -- at

24    any time Parra when speaking to Sheldon Shorter

25    ever called him Big Homie.

1          Now, you got to ask yourself, here's a

2  guy who's being told what to say and when to say

3  it, when to control whatever is coming out of his

4  mouth.  And he has said or is trying to imply that

5  Sheldon Shorter is Big Homie.  And not one time in

6  the over 100 conversations that you're going to

7  hear could the government say that he ever

8  referred to Sheldon Shorter when he was talking to

9  him as Big Homie.  Why?  Because he's not and

10 never has been.

11         Now, again, when the government sits

12 down with Parra and says, look, in the agent's

13 word we need to lure him, if you say he is, we

14 need to lure him out, you use whatever words you

15 want to in your thesaurus for lure him out.

16         They controlled what went out.  They

17 controlled everything.  So when you hear these

18 conversations and you look at the transcripts and

19 there's a paragraph and then somebody says uh-huh

20 or whatever, remember one person is controlling

21 this like when you listen to your teenager and

22 they rattle, rattle, rattle off and you don't know

23 what's going on the other side.

24         Do whatever you can to implicate him.

25 Lure him in.  Lure him in if he is Big Homie.

Now, I have to admit to you in my vernacular my
age I don't use Big Homie.  I'm older than you
might think.

　　　　　But anyway, the point is I asked my
daughter who just graduated from one of those
state universities up north.  I'm not going to
admit whether it's Gainesville or Tallahassee.
Okay?  And I said to her, what's Big Homie?  She
said, Dad, where you been?  Big Homie, that's your
home boy.  That's your home girl.  That's a person
you either grew up with, you went to school with.
They're in your neighborhood.  Everybody knows
them.  They're in your hood.  They're your homie.
Homie, you can figure that one out, can't you,
Dad?  I said, whoa.  Okay.

　　　　　My assistant was more explicit.  Said,
hey, that's your home boy.  That's your home girl.
That's the one that you're there in the hood with
initially that carries you on.  Carries you on
throughout this.  Okay?

　　　　　When you go back into the jury room
discuss if you may what does the term Big Homie
mean?  Big Homie, as I told you before, someone
you grew up with, someone you went to school with,
someone who lives in your neighborhood.  If the

the person is either big by importance or big by
size, the person is Big Homie.

Sheldon Shorter, no evidence introduced
that he's from Tampa.  No evidence introduced that
he's from St. Petersburg.  No evidence that he's
introduced from Pinellas County.  No evidence that
he went to school with Cleo or Parra, that he grew
up in their neighborhoods with Cleo or Parra.  No
evidence introduced that he knows their family,
their brothers, their sisters or anyone else.

But Cleo and Parra can't put the finger
on Big Homie.  Why?  Because each of them -- and
you heard it from Cleo -- grew up in
St. Petersburg.  Each of them went to school in
St. Petersburg.  Each of them lives in
St. Petersburg.  Each of them have their families
now in St. Petersburg.  Each of them know
Big Homie and have worked for Big Homie who had
previously been described as a notorious drug
dealer.

Big Bo as he's known as the agent
described him is Big Home.  Cleo told you that his
source of marijuana was Big Bo.  He later said,
oh, but that was before I met Mr. Shorter.  Boom.
We need that nail.  Because he knows of no

1    evidence that be proved of that, but he's told the

2    government and the government knows his source of

3    marijuana is Big Bo.

4         They distributed and he answered a lot

5    of marijuana.  It started off with a hundred

6    pounds a month for Big Bo and then went to 700

7    pounds a month for Big Bo and then went to 4,000

8    pounds of marijuana a month to Big Bo.

9         They cannot implicate Big Homie, the guy

10   who lives in their neighborhood, who knows them,

11   their family, their children, everyone else.

12   Easier -- easier to push it off on somebody else

13   who was involved and maybe aided and abetted well

14   after the fact.  They can't implicate their

15   source.  They can't give up that person that knows

16   everything about them, the person who has probably

17   eaten in their homes, played ball with them, and

18   knows all about them.

19        Like Parra said, he's afraid of being

20   threatened.  You got it.  You're looking at him.

21   Okay?  You're looking at him.  And you can go to

22   the next page which are all law enforcement

23   pictures.  All law enforcement pictures.  You can

24   look at them all.  Big Bo, Big Homie.  So they

25   give up Sheldon Shorter.  The government knows it.

And now you know why.

Let's talk about why this is true.
Parra in throwing out a lot of things said that he
had a lot of people that worked with him or he
sold dope to or collected money on.  And one of
them was a fellow named Pingy.  Parra admitted to
you that he went with Pingy to sell Big Bo's
stolen jewelry to a jewelry store.  It was worth
$65,000.  And when did he do it?  He did it two
weeks after he was put on the street with the
government.

Think this through, ladies and
gentlemen.  April 1st he is arrested.  April 11th
he goes out of jail.  April whenever he goes with
Pingy, one of those people to sell stolen jewelry
of Big Bo for cash.

Why is that important?  Parra had been
arrested.  Parra's flow of money wasn't coming
through.  Parra needed money.  He sold Big Bo's
stolen jewelry to a jewelry store in the company
of Pingy while he was working for the government.
Indisputable.  Their evidence came from the agent.

Also if you remember back Parra said
that at one time he met Pingy to either give him
money or to give him marijuana while Pingy was

driving a pewter silver Cadillac. That was
registered to Cleo's mom.

Pingy, Big Bo's guy, with Parra. Now,
ask yourselves why then would Parra deny initially
that the car was registered to Cleo's mom? Why
would Cleo angrily say, that car isn't registered
to my mom.

Well, like the agent cleared up maybe
Cleo thought you were talking about is the car
today registered to his mom. But understand the
link. Pingy, who is Big Bo's guy, is driving a
pewter colored Cadillac when he's doing a drug
deal with Parra. And that car is registered to
Cleo's mother. Sheldon Shorter's mother? No.
Cleo's mother.

Why? Cleo is Big Homie's next below
him. Now, I can't prove that to you and I'm not
hear to say anything else, but that's what the
evidence has shown and that's what it is today.
Big Homie, Big Pimp.

THE COURT: Do not leave the exhibits on
the screen, Counsel.

MR. RODRIGUEZ: In the ledger Parra had
to give a name to Big Homie. He didn't give a
name to White Boy 1, 2 and 3, Jits, and everyone

else.  Look at the ledger.  But he threw out well,
that's Shorter.  Why?  He had to give someone else
up other than himself and Cleo to get the benefit
of the deal.

He was aware, yeah, that Sheldon Shorter
using ID of Anthony Dubois had bought cars for
Cleo long after their drug dealing.  He was a
person that was easily disposable.  He was a
person that couldn't hurt them.  He was a person
that they didn't really care about.  Someone
that's not in their neighborhood who may be able
to threaten them or their families, who would know
where they're at and would know all about them.
He was a person that wasn't involved in their drug
dealing, so he couldn't say anything about them.
He was a person that never possessed marijuana.

Ladies and gentlemen, this is Page 2 of
the Indictment.  You're not going to be able to
read it very well there, but what I want to
highlight to you is the following.

Count I of where Mr. Shorter is accused
says that he knowingly and willfully conspired to
distribute and possess marijuana.  Their own
witnesses told you he did not conspire to possess
and distribute marijuana.

            Count II, Mr. Shorter with Cleo Mitchell
are accused of aiding and abetting.  Aiding and
abetting the intentional possession.  And I will
discuss that with you later.

            But what's important, ladies and
gentlemen, as the government has highlighted to
you before is that Mr. Shorter who doesn't know
these two men, and those two men are the only --
not the only ones that have been accused in this
Indictment.

            You heard Mr. Parra and Mr. Mitchell
talk about someone whose name was Jermaine
Hopkins.  If you remember him, it's very easy to
focus in.  Jermaine Hopkins is the fellow that
lived in their apartment, their money stash place
that Parra said stole $20,000 from them, Jermaine
Hopkins.

            And you remember the evidence showed
that he moved in with them.  That's where they
kept their safe.  And who had the combination to
the money safe?  Parra, Cleo, and Jermaine
Hopkins, the guy who helped them count money, the
combination to the safe.

            But Parra needing to put that nail in
the coffin said, oh, one time Shorter came over

1    and helped us count money.  Really?  How do you

2    prove a negative that he didn't do it?

3              But you know what, ladies and gentlemen?

4    Jermaine Hopkins lived there.  If that were true,

5    then the government could bring Jermaine Hopkins

6    in here to tell you if Sheldon Shorter was there

7    in his own place, his own crib counting money.

8    Now, the evidence showed that Jermaine Hopkins

9    pled guilty with an agreement with the government.

10   He was interviewed by the government.  He admitted

11   his involvement in the conspiracy, and he's been

12   sentenced in this case.

13             Why didn't Jermaine Hopkins come in and

14   tell you that Sheldon Shorter in his own crib

15   counted some money?  Maybe he wasn't there that

16   day.  But, you know, he could have said that he

17   knew about it.  It didn't happen because Sheldon

18   Shorter wasn't involved in the counting of their

19   money nor with their drugs.  He wasn't in -- never

20   in that apartment.  And now you know it.

21             Now, Parra also told you about Seth

22   Clemens.  And he described him as one of my guys.

23   Clemens is in this Indictment, and you'll see his

24   name in the Indictment.  Pled guilty pursuant to a

25   signed agreement with the government.

          MR. PRESTON:  Objection, Your Honor.
That's not in evidence.

          MR. RODRIGUEZ:  It was testified to,
Your Honor.

          THE COURT:  Proceed.

          MR. RODRIGUEZ:  He was sentenced in this
case.  He is a co-defendant.  If Sheldon Shorter
was involved, where is Seth Clemens?  Why didn't
he come in here like the other two did and testify
that Sheldon Shorter was involved?

          James Kurmay, you'll read it on the
Indictment.  James Cooney and Richard Parker.  Ask
yourselves the same questions.

          Now, when Mr. Preston gets up and says
who, Mr. Rodriguez could have subpoenaed these
people, legalese for I don't make -- a defendant
can't make an agreement with someone else.  A
defendant can't have somebody arrested.  A
defendant can't tell somebody they're going to get
them off or give them less time.  Only the
government has that power in our system.  And the
other thing is in our system an accused doesn't
have to do a thing.

          If they could have, they would have
brought him in, but they can't because Sheldon

```
 1    Shorter wasn't involved in that aspect.  Big Homie
 2    is Big Bo.
 3            I told you about April 25.  That's the
 4    day.  Because it's important as I sat here and I
 5    listened to some other evidence about a truck and
 6    some marijuana and whatever you did with the GPSs,
 7    I found it interesting that the next day -- the
 8    next day Parra is with Pingy selling Big Bo's
 9    stolen jewelry so he can pocket some money and
10    have some walk around money.
11            Interesting the next day.  Interesting
12    that it was the next day.  Did his deal for the
13    government on the 24th.  On the 25th he's doing
14    the deal for the man.
15            Big Homie can't give him money, but
16    here's my jewelry.  It's hot stuff.  Go sell it.
17    Sell it.  Pocket -- take the money, and you got
18    walk around money for the next couple months while
19    you're out on bond.
20            That's what Parra admitted to.  The
21    agent finally said, oh, yes, he said that he,
22    quote, accompanied the guy that had the stolen
23    jewelry.  Accompanied whatever it means.  He was
24    there to sell Big Bo's stolen jewelry at the store
25    the day after that other deal.
```

1          Ask yourselves why would he be doing

2     that if he wasn't a go-fer or a runner for Big Bo.

3     Why?  Once Parra tagged Shorter with Big Homie he

4     had to carry it through.  He couldn't pull it

5     back.  That throttle was gone and he had to do

6     something about it.

7          Now the government sets up the

8     scenarios, the projects as they're talked to.

9     Let's see if we can entrap or lure in Sheldon

10    Shorter who Parra met one time he says.  I don't

11    know whether that's true or not.  I don't know and

12    I don't think you'll ever know.

13         He had to implicate Shorter and get

14    the -- and get it away from Big Bo.  He had to

15    make him Big Homie.  Look through all the evidence

16    that's here if you have the time.  Look at it all

17    and see if there's any reference to any document

18    that's there, anything that's there that's been

19    put before you that Sheldon Shorter is Big Homie.

20    It's not there, ladies and gentlemen.

21         Out of one side of his mouth Parra is

22    telling you Shorter is Big Homie.  During the time

23    that he's working with the government out the

24    other side of the mouth he's side dealing for

25    Big Bo selling his hot jewelry.  Can't have it

both ways.  Can't have it both ways.

Let's talk about those efforts and what
Parra said.  Initially Parra said that he had four
trips to the east coast to deliver money to
Shorter.  You remember one time outside a club
with a lady.

How easy is it just to throw something
out when you know it can't be verified?  It cannot
be verified what's the name of the club, what was
the name of the lady, what day of the week was it,
was there -- what road did you take?

Oh, I just did it.  And I can understand
the DA not being able to verify it because he
threw it out knowing that he's not going to be
challenged on it.

So we go to the next one, an easy one,
the parking lot of a Walgreens.  Who, what, when,
where, how?  Oh, I just did it.  How much?  What
did you carry in?  We don't know.  He's making it
up if he has to.

Maybe he did do that, but it wasn't to
Sheldon Shorter, ladies and gentlemen.  And that's
not evidence that you should even consider.
There's no verification.  There is no nothing to
that.  He's just throwing it out to drive another

nail in.

Parking lot of a Holiday Inn.  Come on.
How more generic?  He could have said a school
parking -- who, what, when, where, how?  Show us
the ledgers.  Make us -- give us something we can
look at, smell, touch, see.  It didn't happen.
And he knows he can get away with that.  He can
get away with that.  And all they do is report
what he says.

Sawgrass Mall.  Come on.  Everyone --
every time I drive by there, the thing goes --
pings 15 times and they take a picture of my car.
And they have security cameras in -- in the
parking lots.  They could have and should have,
but they didn't.  Why?  It can't be verified.
It's easy to throw out anyone's name that they did
that or to cast the aversion away from them.

And today -- well, we'll get to it for
the first time.  I hear it because I didn't hear
it, Cleo or Parra said they delivered some bags to
Sheldon Shorter for this flight.  Look at your
notes.  Check your notes, your memory, or
whatever.  I don't think that was testified to,
ladies and gentlemen.  Nobody handed anything to
Sheldon Shorter.  Nada, nada, ninguno.  Didn't

1    happen.

2         Let's talk about the efforts to lure him

3    in, government's words.  They keep saying that

4    this debt of a hundred thousand dollars was to

5    Shorter.  When in doubt, throw in Shorter.  How

6    many times did Parra have to tell you Cleo is the

7    one that told me how to set up the ledgers.  I was

8    accountable to him.  If I didn't square off my

9    money, he would be into my face.  I owed him the

10   money.

11        What's even better proof is that Cleo

12   tells you -- excuse me -- Parra tells you and the

13   tapes will show you that Cleo calls him and says,

14   hey, bud, I want your car.  I want your car.

15   Shorter didn't tell him that.  Yeah, Shorter

16   called him later on.  I want your car.

17        How does he know?  Because they store

18   all their fancy cars in Parra's garage.  How would

19   Cleo know that?  How would he even know what it's

20   worth?

21        Cleo demands it.  Cleo demands the

22   title.  And then even though he said, man, I can

23   set up this guy Shorter, I can set up this guy

24   Shorter.  Can you?

25        When he says, I need to pay $70,000 more

and they have this big sham scenario of money, who
shows up to pick up the money? The guy who's who
owed the money, Cleo. As much as they want to
control it, lure it and trap it, Cleo because
that's who he owed the money to.

Later or during that Shorter calls and
says, hey, what kind of speakers and rims you got
on this car? Whoa, that makes him the man. What
kind of rims and speakers you got on this car?
Oh, it was for him. Really? Is there any
evidence to that? No, not at all. The $70,000 in
the scam was delivered to Cleo, not Shorter.

The government then played you excerpts
of some tapes. It's interesting that the
government gives somebody the script, tells them
what to say, when to call them, and then they come
in and they pull you a portion out of context and
say see, see, see, he's the guy because he called
and asked you about rims or he called and asked
about whatever, so he knew.

That's not evidence beyond a reasonable
doubt he possessed and distributed marijuana,
ladies and gentlemen, as it states in Count I.
That's only one side of the conversation. And
interestingly, those are the only ones that Parra

decided to tape.

And how many do we know he didn't tape? Ah, the machine didn't work. Yeah, he's jabbing away, setting it all up, and then makes the call. Hey, Big Pimp. And they're talking about something that he wants to control and wants to say.

Imagine it -- imagine being on the other end of a phone call with someone who has a deliberate purpose, a deliberate motive, and a deliberate means to say something to you.

And then all of a sudden somebody comes in and shows you that what they said -- and you're going uh-huh. Do you owe them? Yeah. Okay. Take care of it. Go do whatever. Okay. Or go see the guy at his big momma's house. Maybe the guy lives with his momma or whatever.

But now it's all out of context. And that's the evidence beyond a reasonable doubt that he possessed with intention when they set it all up and told the guy what to say and how to control it. That's not what it is. Not at all. Not at all.

The government stands up and says everything was organized through Shorter. Where?

How?  Because they want to get it away.  They
can't.  That's the life in the jungle and that's
the life in the street.  That's what -- it
happens.  You can't put it on the person who's
above you because he knows where you're at.  He
knows where you live.  He's the one that gave you
money and jewelry to sell so you could be on the
street to take care of yourself.

You, Mr. Mitchell, rent a car in your
mother's name and give it to his number one guy.
That's what it's about.  Not our evidence.  The
government's evidence.

A great one.  Cleo was chastised by
Shorter.  Who says?  What evidence is there of
anything of that?  Just throw him under the bus.
Put another nail in it so we can say that he told
him about the $7,000 that Cleo got taken by the
cops when he went to visit some Mexicans in
Arizona to set up these deals five times.

Is there any evidence -- any evidence
that you can look at, read, listen to that Sheldon
Shorter went anywhere to deal with any of those
things?  The answer is no, ladies and gentlemen.
No.

THE COURT:  Counsel, you have five

1   minutes remaining.

2          MR. RODRIGUEZ:  Sheldon Shorter is not

3   guilty of Count I.  If you in listening to the

4   evidence believe that he aided and abetted, then

5   you need to look at Count II because I'm not here

6   to buffalo anybody.  He did buy some expensive

7   cars for Cleo and some other people.  He did do

8   that.  And let's talk about that.  Okay?

9          As to Count I -- let me just finish --

10  let me just move on to the next one.

11          Mr. Shorter and Anthony Dubois who had a

12  fake ID -- and he's not charged with that, ladies

13  and gentlemen -- did buy some automobiles.  We

14  have the Audi, the gentleman that talked about the

15  Rolex, whether he had seven or whether they were

16  knocked off.

17          But the interesting thing about that

18  purchase is that in spite of them wanting to put

19  it on Shorter, we have Cleo writing a $5,000

20  check -- excuse me -- Parra writing a $5,000 check

21  for Cleo for a debt that he owed Cleo.  Then

22  taking Cleo's money, putting it in a bank account

23  for a woman, arranging the deal.  And then on the

24  day that she's supposed to pick up the car,

25  Sheldon Shorter shows up with her.

1            Look at the documents as to the Audi
2    sale.  That was in St. Petersburg.  Cleo ain't
3    stupid enough to show up in an Audi dealership
4    with one of his girls or one of his women being a
5    married guy in St. Petersburg in his backyard in
6    his hood.  He ain't going to do it.  Sheldon
7    Shorter went.  She got the car.
8            Let's talk about the Mercedes-Benz.
9    Interestingly that the Mercedes-Benz was
10   purchased.  And the government just told you in
11   their closing Cleo gives a friend of his, a guy of
12   his, Kevin Wells, $150,000 to put in a bank
13   account.
14           Kevin Wells then obtains a cashier's
15   check that goes over to -- that is sent to --
16   directly to the dealership.  Sheldon Shorter goes
17   there.  Puts his ID down.  Drives out with the
18   car.  It happened.  Sheldon Shorter is not charged
19   with that.  That is not illegal.
20           Look at the documents.  He told you.
21   Kevin Wells was Cleo's guy.  Cleo put the money in
22   there.  He went and picked up the car.
23           Then we have the situation where
24   Marshal Golden comes in and tells you that he
25   encountered Sheldon.  That in the back seat of a

1   Mercedes that he had the keys to there was a

2   knapsack that was found.

3          Four people he encounters.  In the back

4   passenger seat is a knapsack.  He told them to

5   search it because it wasn't his stuff.  In the

6   knapsack he finds $54,000.  We're telling you that

7   that happened well after the fact of any

8   distribution of marijuana or anything else.

9          Then we get on the Hop-A-Jet.  Adam

10  Hertz paid $54,000 on a credit card.  Where's Adam

11  Hertz?  Where's the evidence of who paid for it?

12  It was set up.  And you look at the documents by

13  Wayne Gopie.  Who's Wayne Gopie?  Cleo told you.

14  It's his guy.  Shorter was on that plane.

15         Pilot Sherwood never said that Sheldon

16  Shorter got off and picked up two bags.  Never

17  said that he had anything to do with two bags.  He

18  was on the airplane.  They want to make this

19  quantum leap and logic that it was Shorter,

20  Shorter, Shorter.  No, it didn't happen that way.

21  Remember the testimony of Pilot Sherwood.  It

22  didn't happen that way.

23         We have -- and the other one was the

24  Porsche on another check from someone on behalf of

25  Cleo for one of his women on the other side.

1    Fine.  He did those things.

2           If you believe in considering the

3    evidence that that goes to Count II and Count II

4    only aiding and abetting, then you have to decide

5    whether the government has proven it to you beyond

6    a reasonable doubt.

7           Ladies and gentlemen, there's a reason

8    that each one of them and especially Mr. Parra

9    must put the nail in that coffin.  And they're not

10   my words, but I want you to go back and look at

11   Shorter No. 2.

12          And these are the words of the

13   government from Mr. Preston.  Why has Mr. Parra

14   not been sentenced?  The defendant's cooperation

15   will not be complete before the Shorter case is

16   resolved.  And therefore, the government would be

17   unable to address that cooperation at the

18   presently scheduled hearing.

19          Heck, he told them everything he knew.

20   He made every phone call they did.  What was left?

21   To put the nail in the coffin here.  Is that

22   enough motive?  Is that enough motive to

23   embellish, cast aversions away from Big Bo,

24   Big Homie to Sheldon Shorter?  You ask yourselves,

25   ladies and gentlemen, is that enough?

1          Sheldon Shorter did not by their own

2     evidence possess and distribute any cocaine.

3     Inasmuch conjecture, speculation as they want to

4     bring in, it did not happen.  They know that.

5          If you believe that Sheldon Shorter

6     aided and abetted after the fact, then you need to

7     determine whether the government proved that to

8     you beyond a reasonable doubt.  Sheldon Shorter is

9     not Big Homie.  They knew it, the government knows

10    it, and now you know it.  Thank you very much.

11              THE COURT:  Mr. Chalela.

12              MR. CHALELA:  Thank you, Your Honor.

13    May I have 45 minutes?

14              THE COURT:  Yes.

15              MR. CHALELA:  Thank you.

16          There are certain things that we've seen

17    in evidence fortunately which I submit to you

18    supports or corroborates what we told you in

19    opening statements.  My opening statement at the

20    beginning of the case and Mr. Crawford's opening

21    statement that Mr. Volcy reserved before we put on

22    a defense case.

23          I would submit to you one of the most

24    liberating pieces of evidence came from what the

25    government through law enforcement, the police,

1   obtained from inside the cab of the tractor

2   trailer.

3          This isn't some kind of planned defense

4   that since April 24 of last year Mr. Volcy and

5   Mr. Baptiste were getting together with their

6   attorneys and planning on how to try to win a

7   trial some day.  This isn't something that those

8   two gentlemen are able to plan to put on as a

9   defense like some kind of hair-brained fantasy

10  like this creatively termed journey to Oz which

11  was kind of funny, journey to Oz.  And Oz is a

12  fantasy.

13         But what I'll review with you right now

14  that you've seen in evidence is hopefully what

15  I -- you will agree with us hard, independent,

16  objective evidence which by the end of today you

17  will decide in good conscience will set these two

18  gentlemen free from this very serious allegation.

19         Now, one of the most important things I

20  would submit to you that was gotten by the

21  government themselves from the cab is Defense

22  Exhibit No. 45.  With all that other evidence

23  you'll be able to take that back with you to the

24  jury deliberation room.

25         Now, again, this document you heard did

1    not come about because of some creative defense

2    attorney trick that we somehow planned this

3    document to try to trick you into believing our

4    clients are not guilty.  And it's not some

5    document you heard evidence about which that was

6    gotten by the defendants themselves from their

7    wife, from their uncle, from one of the fellows at

8    the truck stop.

9            This document you heard indisputable

10   evidence came from the cab on April 24th of '08

11   along with all the rest of their important papers,

12   their driving log, their certificate of

13   eligibility for a whole year to be able to drive

14   through all those different states.

15           Now, this Defense Exhibit 45 has what I

16   hope you'll agree independent objective evidence

17   which ought if nothing more to put a reasonable

18   doubt in your mind that the government proved

19   their case of guilt.

20           Let's take a look and see what this --

21   what this is is an Arizona Department of

22   Transportation essentially.  It's law enforcement.

23   It's police.  And it's a violation issued to John

24   Evens Baptiste and his --

25           THE COURT:  Excuse me, Counsel.  Can

1    that be amplified in size?

2              MR. CHALELA:  Thank you.  I'm going to

3    try.  What this is is a violation issued to

4    Mr. Jean Evens Baptiste here and Hardaway Volcy

5    here as a co-driver and a driver respectively.

6              Now, this fancy GPS evidence is indeed

7    fancy, isn't it?  We have wonderful satellite

8    technology.  Wonderful satellite technology put

9    President Bush and Colin Powell on the 52nd floor

10   of the United Nations Building in New York City to

11   show satellite photographs of what were Saddam

12   Hussein's weapons of mass destruction in the

13   desert in Iraq.

14             And Colin Powell in his heart of hearts

15   believed the CIA, the state department, and his

16   president, and those satellite photos, and ensured

17   the world that there was no reasonable doubt,

18   there wasn't even a shadow of a doubt that

19   American men and women and other countries'

20   soldiers, marines, airmen, and sailors ought to go

21   into harm's way because these pictures proved

22   beyond all reasonable doubt that there were

23   weapons of mass destruction stored in Iraq.

24             And so all of our honorable family

25   members that serve in the services and everything

else and the rest -- most of the rest of us said

well, if that is true, then we support our

president and we will commit our fathers, our

brothers, and our children to this war.

And what ended up happening?  We paid

millions of dollars for the United States Senate

to come up with a special committee to investigate

after the fact, after the March 2003 invasion

whether Saddam Hussein had any weapons of mass

destruction and whether he was part of the 911

conspiracy with Osama bin Laden and Al-Qaida.

And what happened with that senate

millions of dollar committee?  Anyone can read it

online.  You can go online and read it.  Saddam

Hussein had nothing to do with the big conspiracy

of Al-Qaida and Osama bin Laden and the doctor

from Egypt.  And there were no weapons of mass

destruction in Iraq after all.

It seems the middle east unit of the CIA

was right.  Iraq?  We're not worried about Iraq,

Mr. President.  We're worried about Iran.  Iran's

got the nuclear technology.  They're trying to

make nuclear bombs.  Iraq is still in the middle

evil ages.  After that first gulf war and we've

contained Saddam Hussein with fly zones and

everything else, why are you worried about Saddam

Hussein?  We're focused on Iraq.

George Tenet, the leader of the CIA

said, all you people, the middle east unit of the

CIA, you guys all be quiet.  And President Bush

will pin a medal on George Tenet for playing ball

with the whole conspiracy theory that Saddam

Hussein was guilty.  The satellite photos proved

it and all of our other intelligence proved it.

And they had an informant too just like we've seen

in this case, remember?  Hard Ball.  I think his

name was Hard Ball.  Curve Ball, Hard Ball.  Maybe

it was a curve ball and they thought it was a hard

ball.

But this informant assured

President Bush, John Ashcroft, Dick Cheney, and

Ronald -- or Donald Rumsfeld that this was true,

that Saddam Hussein given the satellite photos and

images, the fancy CIA intelligence from the sky,

and his own experience in this conspiracy

essentially testified that Saddam Hussein was in

on the conspiracy from 911 with Osama bin Laden

and Al-Qaida.  And he testified that he had

personal knowledge that Saddam Hussein was

involved in the conspiracy and doing his role in

1    it, playing his role in it.

2          Well, let's go back to our document.

3    Our document here says what?  That this

4    independent agency, the Arizona police essentially

5    stopped two bodies in Arizona, and they inspected

6    this truck for almost an hour from 12:50 in the

7    afternoon until 1:35 p.m.  They had an inspection

8    level two, which we'll assume is higher than an

9    inspection level one.

10          They walked around.  They conducted

11   their inspection.  And what does this document do

12   as opposed to the GPS testimony we heard about

13   from Canada?  This document proves that these two

14   bodies were in fact in Arizona on the way to

15   Riverside, California.  On the way to Riverside,

16   California.  And here's the date and time,

17   April 18.

18          Remember the testimony?  They both

19   testified and their driver's logs also corroborate

20   that, that they arrived in Riverside, California

21   early for the delivery.  We had a trucking expert

22   that we called as an expert in his trucking

23   industry.  And he explained that this is normal

24   course of business.  Warehouses are too big, too

25   busy, especially on these massive scales so that

1   if I show up in my truck early, they're not going

2   to fit me in.  They got workers, dock workers,

3   warehouse workers all day.  Everything is an

4   appointment.

5           And so this actually shows that they

6   left Emporia, Kansas, which they put here origin.

7   In other words, when was your last stop,

8   gentlemen?  Emporia, Kansas.

9           What did we hear from these two

10  gentleman when they chose to testify and submit

11  themselves to trained, experienced

12  cross-examination by the government?  What did we

13  hear them say?  That they picked up meat in

14  Kansas.  And there is independent evidence showing

15  that they did pick up meet.

16          As it turns out, there's evidence that

17  they picked up ribs.  Remember?  Beef ribs.

18  Mr. Baptiste thought it was chicken.  Remember?

19  Purdue chicken.  Well, he was close.

20          The stuff that the guys packed on his

21  truck and that he signed for turns out was beef,

22  so it was meat.  He was wrong about the details

23  because he didn't pack the truck.  Because Volcy

24  didn't pack the truck.

25          As Mr. Baptiste told you, the guy at the

dock gives you a whole stack of papers and you
sign, sign, sign, sign, sign, and you're off on
your way.  As Mr. Baptiste and Mr. Volcy told you
and as our trucking expert told you, these guys
normally don't pack the truck.  They're drivers.
They're not warehousemen and women.

          And so what did we learn?  We learned
that what Mr. Baptiste and Mr. Volcy put in their
driver's logs which were gotten from that cab by
the government on April 24th -- again, this isn't
something -- some fancy contrived defense to trick
you.

          This is the stuff -- these are the
papers that the government took from their cab
while they were in the back seat handcuffed.  And
this corroborates exactly what they testified to
you about and this also corroborates exactly the
driver's logs that were obtained.

          Now, Mr. Preston submits to you in a
very intelligent and coherent argument that they
were too smart to know that they were on GPS;
right?  Remember when he had one of the fellows on
cross-examination he said, you didn't think of
that.  You didn't -- you were -- you were pretty
smart in all your tricks, mister, but you weren't

smart enough to know that there was -- we had you
on GPS.

Well, again, the documents and the
driver's logs come from the government themselves.
They seized them from our cab.  It's not like they
knew what the government's case was going to be.
It's not like they knew to lie about going to
Riverside, California to deliver meat from
Emporia, Kansas.

And look at this document.  Turns out
they were stopped.  What did the GPS coordinates
tell us?  It tells us only that the truck and/or
trailer -- the truck and/or trailer, said the
evidence, was -- it turns out just west of
Phoenix, Arizona.  And so this has become one of
the critical elements of the government's
circumstantial evidence case against these two
gentlemen.

But what doesn't it tell us?  It doesn't
tell us that these two gentlemen's bodies or
either one of their bodies was in Arizona.  But
this document does.

This document tells various things.
Unlike the GPS, it tells us where our bodies were
and at what time our bodies were there.  This

1  document also supports the driver's logs and

2  everything seized by the government in our cab.

3  It says that they're going to where?  San Diego,

4  California.  South California.

5          Irvine, that's one of the rich, nice

6  suburbs in Silicon Valley in Southern California.

7  That's where the Countryside Bakery is.  Remember?

8          And in Riverside, California they even

9  remembered the name of the hotel or the motel,

10  Super 6 because it's off of Highway 6.

11          And then the government suggested on

12  cross-examination that somehow they're supposed to

13  have all this high technology too like GPS and

14  whatever else and 1,700 exhibits.  But where's the

15  receipt?  Ah-ha.  Where's the receipt?  If you

16  really stayed at the Hotel 6, where's your

17  receipt?

18          Who -- which one of us keeps our

19  receipts from staying at Motel 6?  Why would we do

20  that?  Why would we ever do that unless we were

21  fancy corporate people and the company was going

22  to pay for our stay at the Hyatt Regency in

23  Los Angeles or some fancy hotel on Rodeo Drive and

24  the government was -- I mean the company was going

25  to pick up the tab?

1    That's the only time we keep a receipt.

2  We don't keep our receipts from the Hotel 6.  We

3  crumble it up and pitch it in the garbage or we

4  put it on the floor of the truck cab and then it

5  gets thrown out with the McDonald's bag later on.

6    The government has tried too hard, I

7  would submit to you, too hard to make these two

8  guys look like they're guilty beyond all

9  reasonable doubt.  They have actually raised the

10  defense which they were not required to do.

11    They both took the stand and testified

12  to you under oath so that you could see them

13  testify.  They both submitted themselves knowingly

14  to experienced cross and talented

15  cross-examination by the government.  You got to

16  watch that.

17    Now, either the truth of guilt is so

18  clear now today that you are ready to convict

19  these guys and you're so sure that you have no

20  more reasonable doubt or you're thinking maybe

21  they're not guilty.  Is it reasonable that they're

22  not guilty?

23    Again, your analysis is simple, but it's

24  going to be one of the most difficult decisions in

25  your lives.  The actual analysis is simple.  You

1    12 legal judges will be studying this evidence.

2    And you're sworn here to be with us to be judges

3    of the facts and of the law as the judge will read

4    to you.

5           And you are to look at the facts

6    presented in this case and to it alone through

7    testimony and the exhibits, and you decide very

8    simply did the government prove it or didn't they?

9           Now, what the law says -- well, one last

10   thing before I forget.  This document and then

11   I'll remove it.  This document says something else

12   I would submit to you.  What does it say?  It says

13   that these drivers know that they are subject --

14   being career drivers they are subject to getting

15   stopped and inspected at any given moment on our

16   nation's highways.

17          As it turns out, just on this little

18   trip alone going from Florida to California and

19   back, just on this little trip alone they got

20   stopped by police who inspected their truck.

21          Something else the government tries a

22   little too hard to make these guys out to be

23   guilty.  And when I say that, I mean that they

24   presented evidence and testimony through the

25   trooper and everybody else.  They tried too hard I

would submit to you. And by trying too hard I would submit shows the cracks in the government's case.

Think about the adjectives. It's a red house. It's a big red house. It's a very big red house. The trooper could have testified it's a house. He could have testified it's a red house. He could have testified it's a very red house. But no. He decided to say it's an absolutely humongous house.

Why did he choose, the trooper, on direct examination to use very humongous? Okay? Do you remember what I'm talking about? I'm talking about the evidence that doors could be opened without breaking seals. That good old American steel locking doors closed can be opened without seals.

How interesting, ladies and gentlemen, that this video pops up out of nowhere on the morning that he testifies. What a coincidence, huh?

And Mr. Preston has highlighted some what he perceives to be coincidences or random guys, a random guy at a truck stop. What a coincidence that you're going to Oz, which happens

to be near the warehouse.

Let's talk about coincidences.  What a coincidence that after my opening statement to you telling you or suggesting that the evidence would show you that these doors don't get opened unless the seal is broken, what a coincidence that the trooper from the State of Florida comes in and now has some training video that he had or that the Florida Highway Patrol had from years back.  What a coincidence.

And submitting to you that he was a trucking expert kind of sort of.  Well, he's such an expert that he thought that meat and frozen goods had to be kept at ten degrees.  He was wrong.

If you remember your notes or your memory, the trooper said it's ten degrees.  That's because all he did was read that paper that said temp-ten degrees.  It's in evidence.  You can take a look at it from the Countryside Bakery.

But he misread the paper because while he's not a trucking expert, he doesn't know that it's minus ten degrees.  He just read that paper and he thought temp-ten degrees.  He didn't realize frozen goods stay at ten degrees.

Who told us that it's ten degrees?
These two guys over here explained it to you
because that's what they go for a living.  Minus
ten degrees.  Who else told us minus ten degrees?
Our trucking expert told you.

Now, it does seem like a hard to believe
coincidence, doesn't it?  What a coincidence.  You
guys happens to be at Hotel 6.  And it just so
happens that at 10 o'clock at night you were also
in -- your truck was in GPS monitor on the west
side of Phoenix.  What a coincidence.  Okay.

Well, it is a coincidence, but is it
evidence of guilt?  Is it?  The government would
have you believe that it's an outrageous theory
that these guys came up with to try to sell you
this idea that they were staying at Hotel 6 -- or
Motel 6 and that they would leave their car
packed -- or their vehicle parked with an air
conditioning running -- or the refrigeration unit
running.  But that's just malarky.  That's just
too hard to swallow.

Well, what did our trucking expert say?
First of all, how did our trucking expert testify?
Did he seem to you to be the type of witness that
was trying to give us every answer we wanted or

did he seem to you to tell Mr. Crawford point

blank on one of the questions, hey, I can't

testify as to what Countryside Bakery does and I'm

not here to know that. I have no idea what

Countryside Bakery does out there in California.

I can only testify to you what my experience in

the trucking industry is. That was the answer he

gave Mr. Crawford.

Remember Mr. Crawford called that guy,

Billy Ray Price, as a witness. And one of the

last questions Mr. Crawford asked him was, well,

Countryside Bakery, I mean it would be normal,

wouldn't it, for them on this big of a load to

pack their own things, which would corroborate

what our guys have testified to?

And he said what? The truth. I'm here

to tell you the truth. I don't have knowledge of

Countryside Bakery. I don't know what they do or

how they do it. I can only tell you that in most

cases it's not abnormal for them to do their own

packing when it's a big company with lots of money

involved and when there's a bunch of heavy stuff

to move.

Okay. Fine. What that means I would

submit to you is that our trucking expert just

came in here.  He wasn't cheerleading for one side
or the other.

And what did that trooper do, though, on
the other hand?  He came in here I would submit to
you, and his testimony was the testimony of a
cheerleader.  He came in here to have them convict
anybody they wanted to convict that day because he
came in and he said, oh, it's so easy to open up
those doors.  It's incredibly easy.  He said
something like absolutely.  I mean, why did he use
those adjectives?

You can ask yourselves how a witness
testified in judging their believability or their
accuracy.  It's not so much that he's -- any
witness is necessarily lying or not lying on
purpose.

We all perceive things different ways.
And yes, if four people see a car accident,
they're all going to report it differently,
whether the light was still red, whether it was
yellow when the green car went through, whether
the green car hit the blue car and then the blue
car was caused to hit the red car.  I mean, we're
all going to have different perspectives even
though we're telling the truth.

1          Maybe the trooper when he went and found

2   this video from way back when thought gee, yeah,

3   it is darn easy.  And maybe that's why he

4   testified that way.  Maybe he testified that way

5   because he wanted to be a cheerleader for the

6   government and he wanted to bring in a video.

7          And what did we learn about that video?

8   We learned it when our expert, Mr. Price, was on

9   the stand.  What did he say?  Oh, I've never even

10  heard of that.

11         And remember what a beautiful piece of

12  information he gave us lawyers, that trucking

13  expert?  None of us caught it.  None of us

14  mentioned it in opening statement.  The government

15  didn't ask the trooper that on direct examination.

16  And none of us defense attorneys were able to ask

17  those -- that question on cross-examination of the

18  trooper.

19         But what a beautiful enlightenment of

20  the truth when Mr. Price said, now, wait a minute.

21  And he gets his glasses out or he looks at the

22  screen a little more carefully and he says what?

23  Those look like bolted on doors from back in the

24  day.  All these trucks are riveted on.  Okay?

25         That is truth calling out to us.  Those

1    little things are truth calling out to us.  Truth

2    will not always come to you clear as day.  This

3    isn't T.V. and we're not Perry Mason.  And we're

4    not going to blow away the government's case with

5    good cross-examination and closing arguments.

6           But truth in a trial in the United

7    States is designed to try to get to the truth.

8    And the judge will tell you that's what you are.

9    You're judges of the facts as compared to the law

10   and the truth.

11          Now, again, your assignment is very

12   simple.  Either the government proved the case

13   beyond every reasonable doubt or they didn't.  If

14   they don't, your verdict is not guilty.  If they

15   do, your verdict is guilty.  It's that simple.

16          But the only lawyer in this courtroom

17   who has any duty to prove something to you as to

18   your verdict is Mr. Preston.  And Mr. Preston

19   through his witnesses and exhibits has to have

20   proven guilt beyond every reasonable doubt.  If he

21   doesn't, then your legal verdict ought to be not

22   guilty.  Why?  Why is it not guilty?  Because

23   they're innocent in the eyes of the Lord?  Because

24   the angels and God know that these two gentlemen

25   are innocent?

No.  No, that's not what not guilty
means.  Not guilty is a legal term of art which
simply means the government failed to prove a case
of guilt beyond every reasonable doubt.

If they proof a case beyond a reasonable
doubt, then you need to convict these two
gentlemen.  But if they failed and you have some
reasonable doubt that they're guilty, then you
have a duty to find them not guilty.  That's what
not guilty means.

Well, how about this whole presumption
of innocence thing that we talked about that
you're to presume the two defendants innocent
throughout the whole trial until the end?

That's what we call a constitutional
safeguard.  Safeguard?  What's a safeguard?
Constitutional safeguard, what does that mean?
Keeping somebody safe, I would imagine; correct?

That's what a safeguard would be.  What
are they keeping us safe from presuming they're
innocent?  It's to keep people from getting
convicted of crimes the government failed to prove
beyond every reasonable doubt.

So that safeguard, the presumption of
innocence was given to you so that you would

1    listen throughout the whole trial with an open

2    mind and not start swaying one way or the other

3    until the conclusion of all the evidence.

4            Only if Mr. Preston's evidence has

5    overcome that presumption of innocence and left

6    you for sure for sure for darn sure that they are

7    guilty, only in that situation should you find

8    them guilty.  If you fail to do so so strongly,

9    then you should find them not guilty.

10           Reasonable doubt is another

11   constitutional safeguard.  Now, what does it mean

12   exactly?  Well, we've all seen Judge Judy and the

13   older ones of us have seen Judge Wapner from back

14   in the day, the People's Court.

15           Now, in a lawsuit if somebody crashes

16   into me and ruins my wife's back for life and, you

17   know, my lawyer wants to see if we can get some

18   money from the tort feasor's insurance company to

19   compensate my wife for her pain and suffering,

20   then we have a lawsuit in court.

21           And it's just like Judge Wapner or

22   Judge Judy or in that type of lawsuit that that --

23   the law says whoever proves a case by a

24   preponderance of the evidence, that's who the

25   judge should vote for or you as 12 judges should

1  vote for.

2         So preponderance is, you know, greater

3  weight of the evidence, a little more than

4  50 percent.  Okay?  So if -- if you hear the case

5  of the car accident involving Jorge and his wife

6  and you decide that other guy's not at fault.  It

7  wasn't his fault he crashed into Jorge.  Jorge

8  didn't come to a complete stop.  Then you would

9  find for the plaintiff [sic] and you would award

10  Jorge's wife no money from that insurance company.

11         But if you found from the evidence that

12  the guy really did cause the accident which caused

13  my wife's injuries, then you would find for the

14  plaintiff and you would award us money from the

15  other guy's insurance company.  All right.  That's

16  preponderance of evidence.

17         Now, there's another burden that's

18  higher.  It's called clear and convincing.  What

19  is clear and convincing?  Well, that's pretty darn

20  strong.  That's when some party, either the

21  government or the defendant or the plaintiff and

22  the defendant or the plaintiff and the respondent

23  depending on the legal context that you're looking

24  at, that's when one side has a burden to prove,

25  that they have to prove clear and convincing.

That's probably and most probably --
maybe the first one is probably.  And now clear
and convincing would be most probably.  Yeah, most
probably, yeah.

Okay.  That would be a situation if they
wanted to come and take my kids away.  They want
to come and take -- come into my home and take my
kids away from me and put them in the Department
of Children and Families and foster care.  That's
a pretty big deal; right?

Okay.  Now, what the government would
have to prove to take Jorge's kids away is by
clear and convincing evidence most probably --
substantially and most probably Jorge in the way
that he was supervising his own children has those
kids in danger.

Okay?  And so if the government could
come in with police officer testimony or the DCF
worker testimony and show that Jorge by clear and
convincing most probably has his own kids in
danger, then that would justify a jury or a judge
in letting the government keep my kids.  Okay?
That's clear and convincing.

What criminal standard is is based on
over 200 years of our free democracy in this

country.  We don't have hooded judges.  The
defendants aren't in some back room down on 4th
floor waiting to see how their trial turned out.

We're all about truth here.  The court
reporter takes down every word that has been said
in this entire trial.  The court clerk is taking
all important notes of what happens and when it
happens.  The judge has been here dutifully
listening to everything to make sure the law is
followed.  And you have been here dutifully
listening, all 12 of you, to try to judge the
facts and truth if it can come clean.

Now, we do that for 200 years because a
principle of our government, very intelligent
jurists, men and woman from the last 200 -- over
200 years have said the following.  In America we
do things differently.  Just because you're
arrested doesn't make you guilty.  Just because
you're on trial and you're still pleading not
guilty doesn't make you guilty.

Just because there's smoke doesn't
necessarily mean there's fire.  Just because
there's circumstances which tend to make it look
like you're guilty doesn't make you guilty for
sure for sure for darn sure beyond a reasonable

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

doubt.

And we as Americans would rather nine
out of every ten defendants, nine of them to go
free who are guilty.  As Americans we would rather
nine guilty people go free than to have one out of
ten be convicted and punished who is not guilty.

That's why the tables are completely
turned, so to speak, on the government.  That's
why a defendant has to prove nothing.  That's why
a defendant doesn't have to testify.  If a
defendant doesn't testify, you can't consider that
as evidence of anything.

If a defendant testifies, let talk about
that.  My client testified.  What does the law say
you should do?  The law says you should treat them
like any other witness.

You can believe or disbelieve any
witness the judge will say.  Any evidence you can
believe or disbelieve.  And you can also even take
somebody's testimony and believe part of it and
disregard part of it.

But the fact that a defendant testifies
and chose to go on the stand means two things.
Here's what I'm worried about.  Okay?  I'm worried
about the natural inclination and sometimes the

government's argument that because Mr. Baptiste

has everything to lose in this case we ought not

to believe a word Mr. Baptiste says when he

testifies because he's just going to lie to you

and make up a story and a fantasy about going on a

journey to Oz to get himself out of this

allegation.

That is highly impermissible.  Every

witness who takes the stand in this case the law

says is to be judged with the same tools.  And the

judge will give you some tools on how to judge a

witness's testimony.  These are ideas.  You can

have other ideas if you want.  But he'll give you

some ideas under the law on how to judge the

believability of a witness or the accuracy of a

witness.

But a defendant should never be presumed

less than honest because he is the only one on

trial with anything to lose.  At the same time you

should never treat a defendant with kid gloves

either.

Just because you might feel sorry that

these poor truck drivers ended up charged with

such a humongous huge conspiracy and over

1,500 pounds of marijuana and you feel a little

bad about that, that should never be part of your
verdict and your deliberations either.  You're not
supposed to treat these two witnesses who
testified with kid gloves.

And your verdict the judge will tell you
should never be based on sympathy for them, bias
for the government -- and maybe you're as
anti-drugs as most of us are -- or feelings of
prejudice or anger.  Okay?  So those should have
no place in your verdict.

So I caution you, and I'm sure you'll
follow it, any witness that you evaluate
tonight -- or today ought to be treated with the
same tools of judgment as any other witness.

I'll tell a couple of quick stories
about circumstantial evidence and then I'll sit
down.

Alexander -- my Greek friend told this
story once, my Greek lawyer friend, so I love this
story on circumstantial cases.

Alexander is going to work.  It's his
birthday.  And so his wife, Maria, is going to
make him his favorite blueberry pie.  And she
picks the blueberries and she does everything
homemade.  It's a homemade crust and everything.

1    And so when Nikko -- Nicholas, when he

2    gets home from school, of course Nicholas loves

3    blueberry pie too.  And Mom tells him, now,

4    listen, Nikko, we're all going to be able to eat

5    your dad's pie after dinner, but don't you be

6    going in and disturbing it because this is my big

7    present for your dad today.  So Nicholas says

8    okay.

9    When Alexander comes home, where's the

10   pie?  The wife's all excited about the big pie.

11   The pie's gone.  It's not on the kitchen table

12   anymore.  Where is it?  There's a pie plate on the

13   floor.  Rufus?  Rufus, the dog?  They look at the

14   dog and they start to yell at him, did you eat the

15   pie?  Did you eat the pie?

16   And wow, he sure looks guilty.  I can

17   tell -- I can tell Rufus is guilty because his

18   tail is between his legs and he's kind of

19   hunkering down and he's shying away because he

20   knows he's guilty.  Okay?

21   And they inspect Rufus.  And he's -- the

22   poor dog, he's got some crumbs and blueberries --

23   still pieces of blueberry on his whiskers.

24   And so he's punished.  Pick up a

25   newspaper, give him a little tap.  And they yell

and scream at him and say no more, no more, no
eating off the table, et cetera.

        At night little Nicholo is saying his
prayers and everything else.  And he starts to
feel guilty like George Washington when he cut
down the cherry tree.  And he just really can't go
to bed knowing that he really did eat the pie and
not Rufus, the dog.

        So he goes and explains to the parents
what has happened.  And they commend him for doing
the right thing and everything else.  And
everybody feels guilty that they misjudged Rufus.

        But the point of the story is Nicholo
ate the pie and Rufus simply licked up the crumbs
and whatever else was left in the pie plate.

        So things are not always what they seem
to be.  Unlike the case of Rufus where you can
scratch his ears and pet him and tell him you're
sorry and give him some extra love and maybe give
him a piece of your own meat from dinner, you
can't do that in this case.

        Whatever decision you come up with is
going to be your final decision.  And so that's
part of the reason why good conscientious citizens
are held at such a -- are to hold the government

1    as such a high burden.

2         Because if you convict -- if you choose

3    to find these two individuals guilty, you can't

4    call up the government, you can't call up the

5    judge's office a couple days later when you

6    thought of something that was said that then puts

7    a reasonable doubt in your mind as to their guilt,

8    you can't do that.  It's final.

9         So all I'm asking you to do is to think

10   that things aren't always what they appear.  Even

11   though sometimes they seem for sure, they're not.

12   The sun comes up and the sun goes down and the sun

13   comes up and the sun comes down; right?  Is there

14   any doubt about that?  No.  We know that beyond a

15   reasonable doubt.

16        Aristotle, Socrates, and Plato all knew

17   that.  But then someone in the 15th -- 16th

18   century, the 1500s, Galileo Galilei and a guy

19   named Copernicus turned all the thousands of years

20   and generations belief on its head when they

21   suggested the sun doesn't go around us.  We spin

22   and it looks like it's going around us.

23        Turns out Socrates, Plato, Aristotle,

24   and all the generations were wrong about something

25   that they knew beyond every reasonable doubt.

Look for the pieces of truth which I submit to you will creep up here. The government played the best portions and the most inculpatory -- inculpatory, in culpa, in guilt -- most inculpatory portions of that -- of that transcript in the back of the car.

It wasn't until we took the stand and explained the whole first part of the transcript. All we got is bread. We don't have anything to worry about. Then the officer challenges them. You guys smoke marijuana? We found some marijuana. No, we don't smoke any marijuana.

Door closes. Baptiste asked Volcy, do you smoke marijuana? Is that your marijuana? He says he found marijuana. Volcy, the guy's crazy. He's a crazy man. He's a crazy man.

He says that the refrigeration is not at negative ten. They can't even see in there it's so cold when they open the doors. He's crazy. We don't have any marijuana.

Then as the transcript progresses again before the portion they played, we see what? The officer tells them the dog has alerted. And they're sitting there back in that car looking at the dog alerting. And they say what? Wow, this

1   is really going bad.  One guy's going to be

2   deported now.  This is really bad.

3           And then what do they say?  We've been

4   set up.  Somebody set us up.  That's what they're

5   talking about in private.  Again, they didn't know

6   they were being recorded.

7           And so you get to hear the conversation

8   between them as it progresses from we have nothing

9   to worry about to the officer telling them there's

10  marijuana, the guy's crazy, there's no marijuana,

11  to the officer telling them the dog alerted on a

12  lot of marijuana to them saying, oh, now we're

13  really screwed.  Now it's over.

14          Okay?  Listen to all the evidence.  I

15  would submit to you that those are little streaks

16  of truth which ought to set these two gentlemen

17  free.

18          MR. RODRIGUEZ:  Your Honor, may we

19  approach?

20          THE COURT:  Just a moment.  We're having

21  lunch brought in for the jury, so I think we'll

22  take our recess at this point and have --

23  Mr. Crawford, how much time did you want?

24          MR. CRAWFORD:  Judge, I'll ask for

25  45 minutes, but I doubt I'll go that long.

THE COURT:  All right.  Rather than
delay your lunch for another 45 minutes, let's
take our recess at this point.  And we'll
reconvene at 1 o'clock.  Lunch will be brought in
for you.  And we'll hear the rest of the closing
argument.

Mr. Crawford, you may come to sidebar.

You may take the jury.

(THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)

(AT WHICH TIME THE FOLLOWING SIDEBAR
DISCUSSION WAS HELD:)

THE COURT:  Please be seated.

MR. RODRIGUEZ:  I had asked, Judge --
you answered the questions I was going to ask you
at sidebar whether they were going to get lunch or
we were going to continue.  You answered every
question.  You anticipated what I was going to ask
you.

THE COURT:  All right.  I thought you
had something that you wanted to --

MR. RODRIGUEZ:  No.  I wanted to know do
they bring us lunch?

THE COURT:  No, I'm afraid not.

MR. RODRIGUEZ:  So we're back here at
1:00.  Mr. Crawford will go, Mr. Preston will go,

1    and then you'll charge?

2                    THE COURT:  Right.

3                    MR. RODRIGUEZ:  Thank you, sir.

4                    THE COURT:  We'll be in recess until

5    1 o'clock.

6                    (THEREUPON, THE LUNCHEON RECESS WAS

7    TAKEN, AND THEN THE PROCEEDINGS CONTINUED AS

8    FOLLOWS:)

9                    COURT SECURITY OFFICER:  All rise.  This

10   Honorable Court is again in session.  Please be

11   seated.

12                   THE COURT:  Good afternoon, ladies and

13   gentlemen.

14                   MEMBERS OF THE JURY:  Good afternoon.

15                   THE COURT:  Mr. Crawford.

16                   MR. CRAWFORD:  In a few moments this

17   case is going to be yours.  You will hear argument

18   from me.  Mr. Preston will give rebuttal.  The

19   judge will give you the instructions and then

20   you're going to go back to that room and you're

21   going to deliberate, you're going to reach a

22   verdict.

23                   Then you'll go back to what we call the

24   real world, back to your families and back to your

25   jobs.  And in a couple of weeks this will be a

memory.

Understand that what you decide back there is going to affect Hardaway Volcy for the rest of his life.  So give me a little time, give me a little attention so I can discuss with you what I believe you should discuss together back there.

Four things you need to do.  You need to follow the process.  You need to determine the issues.  You need to deliberate and then you need to reach a verdict.  I'm going to talk about those four things and then I'll be done.

Let's talk for a moment about the process.  The jury process is very different than what we normally do.  Most of you may have remembered or remember or you've even read a book that came out in 2005 called Blink.  Interesting book written by a guy named Malcolm Gladwell.

The thesis was that as people living in the 21st century we make snap decisions in the blink of an eye.  We decide which way to go when we're in traffic.  We see people coming the other way on the sidewalk, and we make a decision whether we should be concerned or not concerned, whether they're attractive or not attractive.  We

1   make decisions in the blink of an eye because we

2   have to.  It is part of our instinct.  It's part

3   of us.

4           Ladies and gentlemen, the jury

5   deliberating process is very different than

6   blinking.  And I want you to keep that in mind

7   when you're back there talking among each other.

8           I would submit that you analyze it this

9   way.  That on the continuum of rational thought

10  process that we use and we bring to decision

11  making process, blinking is down at this end of

12  the spectrum.  This is where you make snap

13  judgments.  This is when you make quick decisions.

14          The jury process that you need to bring

15  to this case is at the other end of the spectrum

16  where you are required to decide the issue beyond

17  a reasonable doubt.

18          When you're back there and you're

19  discussing and you're remembering the evidence and

20  you're arguing among each other what exactly did

21  this mean, how do we interpret this, remember that

22  you can't take the blink.  You've got to analyze

23  it and determine whether or not it's been proven

24  beyond a reasonable doubt.

25          Now, Mr. Chalela I thought did a good

job discussing beyond a reasonable doubt and the

burden of proof, and so I'm not going to go into

that. But that is the way you need to deliberate.

That's the process that you are sworn to follow.

So let's now talk about the issue. If

you were alive in 1973 you will remember that

there was a senate special committee that spent a

lot of time investigating something called

Watergate. And the key question in that committee

for the month long that they met was what did the

president know and when did he know it.

And quite frankly, ladies and gentlemen,

that's the simple way to look at this case with

respect to Mr. Volcy. What did he know and when

did he know it? That's the issue.

So apply the process. The burden of

proof is always with the government. They're

presumed innocent. Reasonable doubt is when you

don't have enough evidence so that you have no

hesitation to rely on it. Apply that process to

the issue. What did Mr. Volcy know and when did

he know it?

The third part then of course is to

deliberate. And I apologize for the colors of

this, but this is all I had last night. We have

124

the process, the issue, and then you're going to
deliberate.

Deliberation. Here I'm going to spend
the majority of my time talking about the issues
that I believe you should address when you are
back in the jury room deliberating.

THE COURT: Counsel, do not leave the
exhibits up on the screen.

MR. CRAWFORD: Be happy to take that one
down, Judge.

THE COURT: All right.

MR. CRAWFORD: Deliberation, careful
consideration before a decision. The government
really gives us three arguments as to why Hardaway
Volcy knew that there was marijuana in that
trailer. All right? Three issues.

The first argument is if you look at the
daily logs and you look at the GPS, there's a
discrepancy. Therefore, he must have loaded the
marijuana and he's guilty. That's government
issue argument number one.

The second argument that they give you
is the circumstances surrounding the arrest.
Getting directions, being on Belcher Road, finding
the marijuana. That's the government's second

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

argument.

And the third argument is the statements
that he and Baptiste make in the back of the car.
That's the third one.  So Mr. Preston quite
eloquently and well done marshalled all of that
evidence and presented it to you and is now
arguing that those three arguments should convince
you beyond a reasonable doubt that Mr. Volcy knew
there was marijuana in the trailer.  Okay?

So what I want to do is take each one of
those arguments and help you I hope understand why
they haven't proven their case.

Government's argument number one, the
tractor trailer truck is in Phoenix according to
the GPS on April 19th and 20th, but the driver's
daily logs say that the tractor trailer truck is
in Riverside, California.

And the circumstantial evidence or the
inferences that he wants you to draw from that is
that our clients are covering up or lying to you
or doing something illegal, loading marijuana
because of this discrepancy.

There's three problems with this
argument.  Number one, Mr. Volcy and Mr. Baptiste
testified that after parking the tractor trailer

1   at a Walmart parking lot, they went and checked

2   into a hotel.

3           Now, analyze that for a moment.  You

4   have been living in a truck for almost two weeks.

5   You are arriving at a location where you have a

6   couple of days off.  You want to get out of the

7   truck.  You want to get as far as away from the

8   truck as you can.  You're tired of the truck.

9   Quite frankly you're tired of each other.  So they

10  get separate rooms and they check in.  And that's

11  what they do.  Common sense?  Of course.  That's

12  what happened.

13          There is no odometer evidence on this

14  truck that seems to indicate that it went from

15  Riverside to Phoenix, but there is GPS evidence

16  that it did.  So you have to ask yourself what

17  happened.

18          Well, Baptiste and Hardaway tell you

19  what happened.  They don't know.  They weren't

20  near the truck.  The truck must have been stolen

21  and taken to Arizona if you agree with the

22  government's theory, and that's where the

23  marijuana was loaded.

24          But there was another witness in this

25  case that gave you some insights that I hope you

1  will remember.  And that was Billy Ray Price, the

2  trucking expert.  You know, it's interesting the

3  only three experts in trucking in this case were

4  Volcy, Baptiste, and Billy Ray Price.  Nobody else

5  is an expert in trucking.  There were people that

6  had opinions about trucking, but those are the

7  people that do it for a living.

8          And what did Billy Ray Price tell you?

9  He told you it is not unusual to park the truck at

10  a Walmart.  And those of you that have an RV and

11  have ever spent the night at a Walmart, you know

12  that.  Every night it's full of trucks.  Walmart

13  encourages that.  24 hours.  They get some

14  business that way.

15          Mr. Price told you it's not unusual to

16  park even a reefer -- refrigerator truck at a

17  Walmart parking lot for a couple of days and leave

18  the refrigerator going.  That's what they do.

19  That's what he told you.  That was uncontroverted.

20  No one else has contradicted that.

21          He also told you that it is not unusual

22  to have truckers stolen from these Walmart parking

23  lots.  It happens even without the keys.

24          It was interesting when he offered that

25  to Mr. Preston on cross-examination Mr. Preston

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

128

didn't ask any follow-up questions.  He let it go
there.  So therefore, the evidence before you is
that yes, tractor trailer trucks get stolen at
Walmarts.  And that's what happened.  Only three
experienced drivers.  They tell you that's what
occurred.

Now, the second problem with this GPS
driver's log disparity.  Okay?  Government has
three arguments.  There's three problems with the
first argument.  And I'm going to try and keep the
numbers straight.

The second problem with the government's
argument that we're guilty because our logs don't
match up with the GPS is that there's a subtle
sort of I don't want to say attempt, but a subtle
implication here that they're shifting the burden
of proof.

Remember the line of questioning where
are the receipts?  You stayed at Super 6 or
whatever it was.  Where are the receipts?  Well,
again, ladies and gentlemen, imagine a hotel on
the side of an interstate for truck drivers.
We've seen them all.  And you pay cash.  There's
no receipt.

Even if there was a receipt, there's no

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

reason for these guys to have kept them.  All

right?  We do not have the burden of proving

anything.  We don't have to call the Super 6 or

subpoena their records and present those to you.

The government has the burden always.  So when he

gets up and argues where's the receipt, it can't

shift the burden.  Remember who has it.

The third problem with the government's

GPS driver's log issue is that it makes no sense.

It makes no sense.  If the tractor trailer truck

is loaded with marijuana on the 19th or the 20th

when the GPS says that it's near Phoenix, Arizona,

then it is loaded with the oatmeal cookie dough on

the 21st of April.  All right?

Now, think that through.  Marijuana goes

in the trailer on the 19th and/or 20th.  And then

the cookie dough comes in on the 21st from where?

Countryside Bakery.  Okay.

Government, if that is your theory,

where are the witnesses from Countryside Bakery?

Where are the people that are on the dock that are

loading the trailer that will say yes, when we put

in the 77 crates or the 200 or however many it was

of frozen cookie dough, there was already some

pallets there with shrink-wrapped silver bales

1  that looked a hell of a lot like marijuana?  Did

2  we hear that witness?  No.  Who has the burden of

3  proof?  The government.

4         Reasonable doubt can come from lack of

5  evidence just as much as it can come from

6  evidence.  They have the burden.  We have no

7  burden.  So you have the right to ask yourself in

8  that jury room, you know, I understand your

9  theory.  I understand that there's a discrepancy.

10  I understand the defendants' argument is the truck

11  must have been stolen.

12         Mr. Preston, where are those dock

13  workers?  That would have convinced me beyond a

14  reasonable doubt.  Where are they?

15         Okay.  The government's second argument

16  trying to infer that we had knowledge.  Remember,

17  that's the issue.  We're going to apply this

18  process.  The issue is what did Volcy know and

19  when did he know it.  And the government is going

20  to argue GPS.

21         And their second argument is going to be

22  the circumstances of his arrest.  He is a

23  co-driver of the tractor trailer truck.  And he

24  gets directions from Parra at a warehouse on 118th

25  off of Belcher.  All right?  And he wants you to

1    infer from that that that shows Mr. Volcy is in on

2    this conspiracy, that he knew that he was going to

3    a warehouse to deliver marijuana.  Well, I submit

4    there's three problems with this argument.

5            Number one, Volcy and Baptiste were on a

6    lark or a frolic as we call it, a merry carefree

7    adventure away from the route of business that

8    they were supposed to be doing.  They were looking

9    for Oz.

10            And I must tell you that I had a good

11    time this weekend re-looking -- looking again at

12    the movie and coming up with all kind of great

13    closing arguments about who was the scarecrow and

14    who was the tin man.  And then I decided no, this

15    case is much more serious than that.

16            They are looking for a frolic.  They

17    arrive two days early and they're looking to do

18    something.  And they're going to go to Oz.

19            Now, we know again from Billy Ray Price

20    that if you arrive at the warehouse early, you are

21    going to sit at the warehouse.  They are not going

22    to take your load out of order because they are

23    busy, and you have a specific appointment and time

24    that you have to arrive.  And if you get there

25    early, too bad.

         So you have two days.  What are you
going to do?  Go sit in Winter Haven for two days,
go sit in Arcadia for two days?  All due respect
I've been to both.  Instead you go to where you're
going to go.  And that's what they decide to do.

         I would ask you this.  When you read the
transcript, the government introduces a tape 11,
which is all of these phone calls between Parra
and to Mr. Volcy.  And remember what happens.  The
phone rings.  Baptiste is driving.  He can't
answer it, and so Baptiste gives it to Volcy.

         And they've missed the call.  And so
Volcy dials it back.  It's what you do on your
cell phone all the time.  And he gets Parra.  And
we have a transcript then of the conversations.

         I want you to read those transcripts
from this perspective.  Assume that you're looking
for Oz and you're Hardaway Volcy.  If you read the
transcripts that way, they make perfect sense.
He's trying to get directions to Oz.

         He has been handed the phone from the
driver and told get directions.  That's all he
knows.  And if you read the transcripts that way,
they make perfect sense.

         Mr. Preston has already alluded to this.

1    Oh, the last transcript Mr. Volcy volunteers he

2    got stopped by the police.  Well, okay, that's a

3    disconcerting thing.  And then the guy on the

4    other end hangs up.  All right.

5              That's the second problem with the

6    government's second argument.  And that is --

7    excuse me -- the first problem with the

8    government's second argument.  And that is if you

9    read those transcripts, you'll see they're very

10   neutral.  And they support Mr. Volcy's version of

11   the facts just as much as they support the

12   government's version.

13             We have no burden.  They do.  They have

14   to prove us guilty beyond a reasonable doubt.  We

15   don't have to prove anything.

16             So when you look at the transcript,

17   apply the process, remember the issue, what did

18   Volcy know and when did he know it, and then you

19   decide.

20             Now, the second problem with the

21   government's second argument, which is the

22   circumstances of the arrest show that he's guilty,

23   is he ate the chip.  Again, some great jokes come

24   from there, but the key point is where's the

25   evidence of that?

1          There are some statements Mr. Volcy

2   makes in the transcript about broken kraze and the

3   cell phone.  And he told you he had three phones.

4   One his personal one and the other two that were

5   identical.

6          And guess what?  The government

7   introduced them.  They handed them to Mr. Volcy

8   and they said, are these your phones?  He looked

9   at them and said, yeah.

10          Did the government introduce a broken

11  chip?  No.  Why not?  It's not broken.  And yet

12  they argue that you should find my client guilty

13  because he's talking about kraze, which is a word

14  that means so many things we're not sure what it

15  means.

16          Except Mr. Volcy and Mr. Baptiste told

17  you what it meant.  It meant it's broken.  My

18  phone's broken.  One of them doesn't work.  I put

19  the battery in to charge it while I'm using the

20  other one.  And when that battery runs out, I

21  switch batteries.  That's what I do.  Okay?  So

22  that's the second problem with the government's

23  second argument.

24          The third one involves the

25  circumstances.  Most of us if someone is arrested

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

in a car that is filled with marijuana are going
to assume that the person knew there was marijuana
there.  Right?  Smell it, see it.

Let's analyze that.  You can't smell
marijuana wrapped up like that and in a freezer.
All right?  You can't.  There's been no evidence
otherwise.

And the Court is going to tell you that
the fact that an individual is merely present at
the scene doesn't make them guilty.  The fact that
an individual may have associated with someone
else doesn't make them a co-conspirator.  The fact
that someone may have done something that furthers
the aim of that conspiracy doesn't mean they knew
about the conspiracy.

Listen carefully when the judge
instructs you on mere presence and apply that to
the facts of this case.

Volcy was the passenger in a tractor
trailer truck on April 24th, 2008, that was
stopped in Pinellas County with over a thousand
pounds of marijuana.  Does that make him a
conspirator?  No.  It makes him merely present.

Volcy was with Baptiste when this
tractor trailer truck was stopped in Pinellas

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    County on April 24th, 2008, with over a thousand

2    pounds of marijuana.  Does that make him a

3    conspirator with Mr. Baptiste?  No.  It makes him

4    a mere association.

5              Volcy was the passenger in the tractor

6    trailer truck April 24th, 2008, over a thousand

7    pounds of marijuana, but he is not guilty of

8    conspiracy if he does not know what's in that

9    trailer.  That's the issue and that's the problem

10   with the government's case.  So that's the two

11   arguments they've had.

12             Now here's the third.  They will say

13   that Mr. Volcy and Mr. Baptiste were in the back

14   seat of a Florida Highway Patrol vehicle, and they

15   made statements that showed they knew there was

16   marijuana in the trailer.  No, it doesn't.  But

17   that's what they've argued.

18             So let's analyze this for a second.

19   There are three problems with this argument.

20   Number one, the conversation is in Creole.  None

21   of us speak Creole, so we have to rely on the

22   government's witness, the interpreter, to prepare

23   this transcript.  And they do as good a job as

24   they can.

25             You should find it interesting that one

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    person did it by listening to the tape and doing

2    it.  And the person they brought in was the one

3    that just reviewed the first person's transcript

4    and made corrections, but he can't remember which

5    ones he corrected.  All right.  He's doing his job

6    as best he can.  Mr. Polynice was a nice man and

7    did what he could.  But he didn't know the context

8    of the conversation.

9           Ladies and gentlemen, you will -- the

10   reason a jury works so well is you bring the

11   collective knowledge of 12 lives together and to

12   bear upon these issues.  You know that if you

13   don't know the context of a conversation, what it

14   means, you have no idea.

15          And I used examples when I was crossing

16   him, the word red, what do I mean by red?  The

17   color red or I read a book?  Unless I give you

18   context, you cannot know.

19          And what did Mr. Polynice know?  He

20   works for DEA, so it's probably a drug case and it

21   involved marijuana.  And that's it.  And he did a

22   good job as best he could, but it does not give

23   you what you need.  So that's the first problem.

24          Now, here's the second problem with this

25   argument.  This one is more substantive.  You've

got to look at the context; right? And I submit that if you look at that transcript and you keep in mind what's going on at the time, then it makes perfect sense.

Understand this. They have pulled the tractor trailer off of Belcher, which is a busy road that was testified to, onto 118. And I even showed you a picture somewhere in here, Volcy Exhibit 33Y. I showed that picture. This is where the tractor trailer was pulled off to, Pinellas County School Board transportation training center. So it's off the road. It's out of the traffic. All right? We asked the trooper about that. He identified it.

So we have the tractor trailer truck pulled aside, and we have the Florida Highway Patrol car on the side about, as Mr. Volcy testified, from the witness stand to the podium. And in the back seat is Volcy and Baptiste watching what's going on from here to here in the tractor trailer truck.

Okay? That's the context that you got to keep this conversation in mind. And what do you think they're doing. They're talking to each other about the game that's going on in Creole.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    Okay?  They're saying, what's happening?

2            So keep this in mind.  Here's the stages

3    that occur.  The first stage is the initial

4    speculation.  They're wondering what's going on.

5    They're assuming it's a traffic stop.  A little

6    concerned now because they've put them in the back

7    of the Florida Highway Patrol.  But if you believe

8    Trooper Lanese they're not handcuffed.  They're

9    just kind of there for their own personal safety.

10   Okay?  So they're in the back and they're

11   speculating as to what's going on.

12           Now, these are intelligent and

13   experienced truck drivers.  They know about

14   troopers -- state troopers, so they're watching

15   what's going on.

16           As you read this transcript keep in mind

17   that they're commentating as to what's going on in

18   front of them just as guys do in a basketball

19   game.  They're explaining to you what you're

20   watching.  That's what they're doing.  They are

21   explaining to each other and commenting to each

22   other what they're seeing.

23           The second part is we have LEO -- that's

24   the way they are identified in the transcript, law

25   enforcement officer, we call them LEOs.  LEO comes

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    up to them and does what?  Tries to stir the pot.

2    No pun intended.  He accuses them of having pot in

3    the trailer; right?

4            Isn't that what Trooper Lanese does?  He

5    goes up to them and says, hey, there was marijuana

6    found on the floorboard of the trailer -- of the

7    cab.  Not the trailer.  The cab.  Right?  So

8    that's the second thing that happens.

9            And then he leaves.  And what do you

10   think Polynice and Baptiste do --  I'm sorry --

11   Volcy and Baptiste do at this point?  They talk

12   about what the law enforcement officer just

13   falsely accused them of.  So what do they talk

14   about?  Marijuana, of course.

15           They have just been falsely accused of

16   having marijuana in the truck, which they know is

17   not there, so they talk about marijuana.  And now

18   the government wants you to say they're talking

19   about marijuana.  That shows they know what's in

20   the trailer.  No, it doesn't.  It shows they're

21   talking about what they've just been falsely

22   accused of.  That's all it shows.

23           Then the third part because it keeps

24   going.  And you'll have the transcript back there.

25   Go over it.  You'll see.  Match up what's going

1    on.

2          What happens next?  The dog arrives.

3    These are intelligent people.  They've been in

4    this country for quite awhile now.  They know

5    about drug dogs.  All right?  So the drug dog

6    arrives.  What do you think they talk about?

7    What's the dog going to find?

8          They talk about marijuana again; right?

9    Well, of course, because that's what any normal

10   rational person would talk about when a drug dog

11   arrives.  They're commentating on what's going on

12   in front of them.

13         The next thing that happens is that LEO

14   comes back and tells them that the drug dog has

15   alerted on your vehicle.  Fancy way of saying the

16   dog has done something to let them know that

17   there's drugs there.

18         Can we have permission to search?

19   Interesting.  If you have marijuana and you know

20   you have marijuana, you're going to say to law

21   enforcement, yeah, go ahead and look.  No, you're

22   not.  You're going to make them jump through the

23   legal hoops they got to jump through to get into

24   that trailer.  You're going to ask for your

25   lawyer.  What does Baptiste say?  Yeah, sure.

1    What does Volcy say?  Okay.  Right?

2              And then as they're watching, another

3    trooper arrives.  And we now have the St. Pete

4    Police Department with the dog.  They're watching

5    like they're watching a ball game.  And they're

6    commentating on what's going on.  They're not

7    admitting they know there's marijuana in the

8    truck.  They're simply talking to each other about

9    what they're watching.  That's what's happening.

10             Okay.  That is I submit the second

11   problem with this government's argument that what

12   we said in the back of the truck -- or back of the

13   Florida Highway Patrol vehicle somehow shows we

14   know there was marijuana.

15             The third problem is is -- or the

16   third -- yeah, problem is is that Volcy and

17   Baptiste both took the stand and told you what

18   they were doing; right?  You heard Mr. Chalela

19   with his client spending a lot of time reading

20   transcripts and saying what did you mean by that,

21   what did you mean by that, what was happening when

22   you said that?

23             I know it was tedious.  I know it was

24   hard to follow, but that was the purpose was so

25   that you could understand what these two gentlemen

were thinking at the time that they were talking.
So you just don't take the government's spin on
things, but you take the two people who knew what
they were talking about and why they were saying
it.

One final point on the transcript.  You
know, no one played this one or showed it to you.
But I'd ask you to submit this.  If we're going to
play the transcript game, oh, he meant this.  This
is an admission.  Oh, he didn't mean this.  It was
not an admission.

I want you to look at this.  On Page 21
when you look at Government's Exhibit 13A,
Baptiste and Volcy are talking in Creole.  Dogs
come.  And they're chatting.  And Baptiste says,
this weekend we are going to hang out in 60.
Okay?  Up here.  Not all the way down there.

So Baptiste is saying to Volcy that even
though the drug dog has arrived, we don't have
anything to worry about.  We're eventually going
to be let go.  And what are we going to do this
weekend?  And Volcy in a very prescient question
says, the dog may find something that we don't
know about.  Wow.

That's what they were speculating about

and thinking about in the back of that patrol car.
The dog may find something we don't know about.
That proves right there they had no idea what was
in that truck.

Apply the process. Issue, what did
Volcy know and when did he know it? Deliberate,
think about, argue, discuss all those points that
I've tried to bring to your attention that I hope
you will consider in determining whether the
government has met its burden.

And then I want you to consider this.
Was Mr. Volcy in the wrong place at the wrong
time? When you Google that and you look into
certain historical examples, the best one I could
come up with was Dr. Mudd.

You may recall that when James -- no,
John Wilkes Booth assassinated President Lincoln
at the Ford Theatre in Washington, D.C., he jumped
out of the presidential box onto the stage and
broke his leg, but still made his getaway. And he
stopped by Dr. Mudd's office house to get his leg
fixed.

The trial in that case from when they
were caught until when all of them were hung
lasted six weeks. Justice moved swiftly back

then.  And Dr. Mudd was convicted of being part of
this conspiracy when all he did was follow the
Hippocratic oath, which was to fix someone's
broken leg.

That's where the phrase comes your name
is mud.  And Dr. Mudd spent the next 20 years in
Fort Jefferson, which is down in the dry Tortugas
which was a federal prison at the time until he
was finally pardoned because we recognized after
reflection after we got finished blinking that he
hadn't done anything wrong.

In this case Volcy was the co-driver.
He didn't plan the trip.  He did not handle the
paperwork.  He did not load or unload any of the
product.  He did not schedule the trip.  He did
not speak to the dispatchers.

He was along for the ride.  He only knew
what Baptiste told him.  He only got directions
from Parra because of what Parra told him.  He
didn't make the decision to lay the trip to Miami.
He didn't make the decision to go to Oz.  He was
along for the ride.  He was in the wrong place at
the wrong time.

Now, look, every month or so we wake up
and we open our newspapers or we watch the T.V.,

1    and it says such and such is released after

2    spending 20 years in prison for a crime that he or

3    she did not do.

4            There is no doubt in my mind that the

5    jurors in those cases were just as attentive as

6    you have been this past week and tried just as

7    hard as you're going to try to reach a

8    deliberation.  But because we didn't have DNA back

9    then and because they most probably didn't hold

10   the government to its burden, they blinked and

11   they got it wrong.

12           Do not make Mr. Volcy a modern day

13   Dr. Mudd.  Do your job.  Follow the process.

14   Thank you very much.

15           THE COURT:  Mr. Preston.

16           MR. PRESTON:  Members of the jury, the

17   government would not dare to ask you to consider

18   the evidence in this case under any other light

19   than what the Court will instruct you to.  I would

20   not ask you to hold myself on behalf of the

21   government to any burden lesser than what the law

22   says.

23           And that is to present facts and

24   evidence to you in support of the crimes charged

25   to prove the elements of the crimes charged beyond

1   and to the exclusion of every reasonable doubt.

2   Once again, that's a burden I accept.  And once

3   again, that's a burden that has been met.

4           This isn't Dr. Mudd.  These are three

5   persons, defendants who knowingly and willfully

6   joined in a marijuana distribution conspiracy.

7           I'm going to try to address some of the

8   arguments which have been presented to you this

9   morning and this afternoon by defense counsel in

10  reverse order.

11          Mr. Crawford's most recent comments.

12  Mr. Crawford broke down the government's proof to

13  what he calls just three things and gave you three

14  problems with each of those three things.  The

15  problem with all those arguments, they don't make

16  sense.

17          For instance, if we're looking at

18  Mr. Crawford's last argument about the problem

19  with the transcript, and that is that the

20  defendants in this case testified and that you

21  should take their word for it, that doesn't make

22  sense.

23          Because you both got to see those

24  defendants on the stand.  You got to hear their

25  testimony.  And you got to hear how they tried to

1   squeeze themselves into the tightest cracks to

2   hide from the evidence in this case and not

3   explain to you the truth in this case.

4          Mr. Crawford just made a reference to

5   Government's Exhibit No. 13 -- 13A and talked

6   about Page 21.  We could take a look at that

7   again, ladies and gentlemen.

8          This is pretty early on in the back seat

9   conversation.  When you look down to where they're

10  talking about the point that Mr. Crawford talked

11  about, this weekend we're going to hang out in 60.

12  Okay?  Now remember, the defendant Baptiste told

13  Trooper Lanese that he was going to a Walmart off

14  of State Road 60 in Brandon.

15         Mr. Crawford wants to talk about

16  context.  Remember, when we look through this

17  entire transcript we see a number of occasions

18  when these two defendants are trying to reconcile

19  what each of them had just told the law

20  enforcement officer, Trooper Lanese.  That's where

21  the 60 comes in, ladies and gentlemen.

22         Then they talk about the dog, which is

23  just up the page from that, I believe.  A little

24  further up, please.  Okay.  I'm sorry.  Right

25  here.  The dog may find something that we didn't

1    know about.

2           Remember the context that that statement

3    was made in.  Okay?  This came -- this was

4    discussed when Mr. Chalela was going through line

5    after line after line of this transcript trying to

6    find something to hang the argument on.

7           This is when the dog is in the cab.

8    They know the marijuana is not in the cab.  The

9    question is whether something might be there they

10    didn't know about in the cab.  Had nothing to do

11    with the trailer at that point in time.

12           Mr. Crawford asked you to take it in

13    context.  Take it in context.  That doesn't throw

14    doubt into the government's interpretation of the

15    transcript.  The transcript speaks for itself, the

16    words of these defendants.  Thank you.

17           On Page 30 there's some commentary.

18    Mr. Crawford's description of what's going on

19    here, commentary by the defendants.  Commentary

20    which discusses down at the bottom, hey, hey,

21    they've got us.

22           If we go to the next page, Page 31, at

23    the top we see, all that marijuana, we're -- all

24    that marijuana, we're in trouble.

25           Further down Mr. Volcy indicates

1    everything was in there.  We are gone.  They will

2    see the thing easily if they go all the way up

3    front, man.  That's not a commentary on what has

4    happened, what they've been told in regard to

5    marijuana.

6            Because if we jump ahead, we find out

7    when the defendants were told that there was a

8    large amount of marijuana in the trailer.  When

9    the law enforcement officer on Page 34 tells the

10   defendants, we found a whole bunch of marijuana in

11   there, man.

12           Pages later Mr. Volcy wasn't giving a

13   commentary.  He was telling his co-defendant, if

14   they go all the way up front, we're in trouble.

15   That's where they're going to find the marijuana.

16   And that's what happened.

17           Mr. Crawford tried to make short work of

18   Mr. Polynice's review of the transcript.  He

19   didn't just look at a piece -- a bunch of sheets

20   of paper.  He didn't go the ten hours per one page

21   or whatever the regular conversion is the first

22   time through it, but he listened to the recording

23   and reviewed the transcript and made the final

24   edits.

25           To use Mr. Crawford's second issue that

1  he feels you should concentrate on, the problems

2  with the trip and the receipt of the marijuana,

3  indicating to you that the defendants were merely

4  on frolic and detour, he tells you that the

5  transcripts, Government's Exhibit No. 12A through

6  E make perfect sense in regard to their journey to

7  Oz if you take it in context.

8          Well, what is the context that he wishes

9  you to take it from?  Again, you got to believe

10  the defendants when they tell you, well, we

11  stopped to get cheap gas coming back to Florida at

12  exit 2 in Georgia.  Hanging out with a bunch of

13  truckers or random people as we do on these

14  occasions.  Well, Mr. Baptiste is doing this.

15  Mr. Volcy doesn't have any part of the

16  conversation.

17          But Mr. Baptiste tells you that, well, I

18  hadn't been to a club in awhile, so the topic of

19  clubs comes up and somebody recommends Oz.  Which,

20  by the way, Mr. Volcy calls Os because this

21  conversation never did take place and he just saw

22  the sign as he was passing by.

23          In any event, Mr. Baptiste says and Oz

24  comes up.  And what comes from that information?

25  Well, this random person who's sitting down during

1    this conversation after Mr. Baptiste says, I don't

2    know how to get there, this random person gives

3    him a phone number.

4         Coincidentally, that phone number

5    belongs to a phone that is going to be used by

6    Ramiro Parra to call in a load of marijuana.  And

7    what a coincidence.  The defendants have a load of

8    marijuana in their truck.

9         What dumb luck could they be in that

10   somebody sits down with Baptiste -- defendant

11   Baptiste at a truck stop in Georgia and gives him

12   Oz and Ramiro Parra's phone number?  And how could

13   you be that unlucky to end up bringing a load of

14   marijuana to Ramiro Parra who's working with law

15   enforcement waiting for a load of marijuana?

16        This is not coincidental.  It's fantasy.

17   The journey to Oz is fantasy.  It's a fiction.

18   It's a creation of Mr. Baptiste and Mr. Volcy to

19   hide from what they were doing, transporting 1,561

20   pounds of marijuana.

21        Mr. Crawford also tells you that there's

22   a problem with this GPS evidence.  And that's

23   because the truck was stolen and taken to Phoenix.

24   And his expert told you that could happen.  Truck

25   drivers park their trucks at Walmart all the time.

1   Leave them there for days.  Walmart encourages it.

2   Doesn't stop that truck from being taken or stolen

3   and taken from Riverside, California to Phoenix,

4   Arizona.

5           You know what he forgot to talk about

6   during that argument?  He forgot to talk about

7   Government's Exhibit No. 24, Hardaway Volcy's

8   statement, that at 10 o'clock p.m. on April 18th

9   of 2008, some nine or so hours after the encounter

10  with Arizona law enforcement that Mr. Chalela

11  talked about where the citation was introduced, at

12  10 o'clock p.m., Hardaway Volcy reports that he's

13  in Riverside, California.

14          The truck was stolen and taken to

15  Phoenix, Arizona?  Not when we look at

16  Government's Exhibit No. 23.  It shows us at

17  9:58 p.m. the truck's already there.  So there was

18  no theft of this vehicle.

19          The defendants falsified their driver's

20  logs because the truck was sitting in Arizona

21  waiting for the load, a load that was to be hidden

22  behind the meat that they were carrying, a load

23  that would be hidden behind the cookie dough that

24  would be loaded at Countryside Baking.

25          Using your common sense you know that if

a witness, a dock worker at Countryside Baking

investigated what was at the nose of that trailer

as they started putting forklifts full of pallets

of cookie dough on there and saw that it was

marijuana, you would have heard from that witness.

They were under no duty to uncover what

was concealed in the back of that tractor trailer

before they loaded their pallets of cookie dough,

pallets which the defendants then rearranged

including putting boxes on top, which we also

saw -- I won't go to that -- which you also saw on

Page 31 where it's questioned, how many boxes did

you put on top of them?

They broke it down.  They threw the

cookie dough on top.  You saw the shrink wrap

pulled off the boxes up there hiding the illegal

cargo.

There's no stolen truck.  It's all part

of the conspiracy.  All part of the plan.  There's

nothing supersonic about a tractor trailer that's

going to cover that amount of miles in the course

of two minutes going either direction.

Mr. Crawford talks about no receipt, no

burden.  They didn't keep a receipt.  They don't

have any burden.  They came before you to tell you

that they were staying at a Hotel 6 or a Super 6
or Super 8, whatever it was they told you.

Those defendants came in here and told
you that that's where they were staying while
their tractor trailer or trailer No. 1238 was
sitting in Phoenix, Arizona.  They don't have a
burden to prove anything.

But as I asked them, wouldn't it have
been important for them to obtain records of that
stay?  The government introduced plenty of records
it subpoenaed in this case in regard to cars and
things of that nature, Hop-A-Jet, the GPS.

They just didn't think it would be
important.  No, they just couldn't prove the lie
because no such documents existed because they
weren't in Riverside, California from April 18th
to the 21st.  They arrived in California on the
21st to drop off their meat, go pick up the cookie
dough.  But they already had the marijuana by that
time.

You know, ladies and gentlemen, they say
about closing arguments when the law is with
you -- the law is against you, you argue the
facts.  When the facts are against you, you argue
the law.  When the facts and the law are both

1    against you, well, you just argue.

2            And that's what you heard.  We heard

3    everything from my client was manipulated to Colin

4    Powell and Nikko's blueberry pie.  Ignoring the

5    facts and the law.

6            Let's talk about some of Mr. Chalela's

7    argument.  He asked again why we -- why should

8    they keep a receipt?  These are supposed to be

9    businessmen.  They should be keeping track of

10   business expenses.  Want to know why to keep a

11   receipt.  And again, wouldn't it have been

12   important enough?  It didn't exist.  Coincidences

13   again.  No coincidence.  Just a fantasy.

14           He tries to emphasize Mr. Price looked

15   at that picture and said, oh, those are rivets and

16   these are bolts.  The bottom line is he said he

17   couldn't tell you what Cool Carriers was using at

18   the time because he didn't have the pictures.

19           And the government didn't insinuate once

20   during cross-examination nor would I suggest to

21   you now that Mr. Price was a hired gun, that he

22   tried to tell you things that weren't accurate.

23           He told you what he knew in this case.

24   He told you well, he couldn't tell you when he

25   didn't know.  And he candidly said he had no idea

1    that a tractor trailer could be entered without

2    breaking the seal.  He learned about that shortly

3    after you did.

4          And Mr. Chalela makes a big deal about

5    the timing of that.  Was that important before the

6    trooper's information about the entry of that --

7    the possible entry of a vehicle without breaking

8    seal was called into question?  How he learned

9    about it?  How his training was called into

10   question?  That's when it came into importance in

11   this case.

12         And regardless if we're talking about

13   breaking the seal in this case, replacing the seal

14   in this case, substituting the second seal which

15   would have been provided to Countryside Baking --

16   by Countryside Baking in order to let that load go

17   to a second location as discussed by Mr. Price,

18   whether these conspirators were willing to pay for

19   a load of cookie dough in lieu of a million and a

20   half dollars worth of marijuana, we don't know for

21   sure.

22         What we do know for sure is that these

23   defendants picked up a load of marijuana which

24   Sheldon Shorter ordered up to deliver to Ramiro

25   Parra on April 24th of 2008 knowing and willing.

The government didn't try hard to put defendant Baptiste and defendant Volcy into something as Mr. Chalela suggested that they knew knowing about.  They put themselves into a conspiracy.  They didn't have to know Mr. Shorter or the other drivers that had arrived on earlier occasions or Mr. Parra or Mr. Mitchell.

They had to agree that they would deliver marijuana here to enter into the unlawful agreement.  They had to transport that marijuana while they were in possession of it with the intent to distribute it, which means just to deliver it to another person.

Mr. Rodriguez who represents the defendant Sheldon Shorter also had a number of remarks.

Oh, and also, ladies and gentlemen, there is another question.  It was -- it was briefly touched upon by counsel.  But there's another question that you need to answer in regard to your verdicts in this case if you return verdicts of guilty as to Counts I and III.

Mr. Rodriguez tells you, I'm not buffaloing you.  And he tries to steer you towards a lesser offense here of Count II, which the

1  defendant is also guilty of.  Well, Count II

2  doesn't even charge a weight, and it takes us away

3  from the more serious offense in this case,

4  conspiracy, which addresses the entire time frame

5  that we're talking about here.

6          But in any regard, Counts I and III have

7  weight determinations.  And they're threshold

8  weights which you will address in your verdict

9  after returning verdicts of guilty.

10         Count III addresses quantities of

11 marijuana starting at a hundred kilograms or more

12 for April 24th of 2008.  And we know that

13 1,561 pounds is certainly more than the 220

14 pounds, which would be a hundred kilograms or

15 more.  So defendants Volcy and Baptiste are

16 responsible for a hundred or more kilograms of

17 marijuana as it pertains to Count III.

18         We clearly heard information about the

19 overall conspiracy in this case which involved

20 thousands and thousands of pounds of marijuana.

21 So the conspiracy charge in Count I involves in

22 excess of 2,200 pounds or in excess of a thousand

23 kilograms of marijuana.

24         Now, in regard to the defendants Volcy

25 and Baptiste as to that weight determination for

1     Count I, I submit to you that clearly there is

2     evidence that they entered in an unlawful

3     agreement to possess with intent to distribute a

4     hundred kilograms or more of marijuana.

5            But I would also ask you to recognize

6     the inferences which you can draw from the

7     evidence in this case that they were part of this

8     larger conspiracy that they knowingly and

9     willfully got themselves involved in.

10           They had the sophistication to transport

11    a large amount of marijuana across the country.

12    They had the sophistication to know how to defeat

13    the seal system if they were to intend to deliver

14    that load.

15           They had the sophistication to know how

16    to doctor their paperwork in order to avoid

17    suspicion in regard to the receipt of this

18    particular load.  They had the sophistication to

19    enter that trailer to break down a pallet of

20    legitimate cargo and cover up their load.

21           And they also talked in the transcript

22    about the other guys, in particular mentioning

23    that we won't be able to work with these guys

24    again.

25           So I submit to you that their

1   involvement in this case points to the fact they

2   knew they were getting involved with a marijuana

3   transportation organization that was moving

4   thousands of kilograms of marijuana.  And that you

5   can find that they were involved with the higher

6   threshold amount of a thousand kilograms or more

7   of marijuana.

8          Now, Mr. Rodriguez addressed a number of

9   thing in his closing remarks.  He started off by

10  asking you, how do you prove you didn't do

11  something?

12         Well, in Mr. Shorter's case you can't.

13  You can't argue the facts and the law in the case.

14  What the evidence -- when the evidence reveals

15  that you did it, you did it.

16         The government has the burden of proof

17  here.  And by presenting the evidence we proved

18  that the defendant did it.  We're not disproving a

19  negative or reversing anything here.  You heard

20  the facts and the evidence in this case.  And you

21  got to see how it meshed.

22         You know, you can't cast a play in hell

23  and get angels in starring roles.  Mr. Rodriguez

24  can get up here and he can pound the podium and

25  talk about what bad guys Ramiro Parra and Cleo

1  Mitchell are.  And he told you all the bad things
2  about those two people that the government told
3  you from the start.  Because as I just said, you
4  can't cast a play in hell and get angels in
5  starring roles.
6            Those two hellions if we want to use
7  that word are marijuana distributors involved in a
8  multimillion dollar organization in the
9  distribution of marijuana.  And who do they answer
10  to?  They answer to the defendant Sheldon Shorter
11  because this hellish world that they lived in
12  involved marijuana distribution.
13            So the local choir boy isn't going to
14  come in and tell you the intricacies of a
15  marijuana distribution organization.  We're going
16  to learn about that -- you did learn about it from
17  the people who lived it.
18            And who did they live it with?  Their
19  boss, the leader of the gang, Sheldon Shorter,
20  Anthony Dubois, and whatever other names you heard
21  during the testimony of Deputy Golden.
22            Why does somebody need so many names?
23  That's all part of it too, and we'll talk about
24  that in a few moments as well.
25            Mr. Rodriguez says Sheldon Shorter did

not touch, distribute, or deal marijuana.  You

heard it from the government's own witnesses.

Well, I agree the evidence did show that Sheldon

Shorter did not touch the marijuana.

Distribute?  Well, no, he didn't

directly distribute.  He had people do it for him.

And particularly Ramiro Parra on occasions when

there would be extra marijuana, distribute it to

individuals he designated in his book as Jits,

J-I-T-S, which were Big Homie's people.  So

Sheldon Shorter did distribute marijuana by having

Ramiro Parra deliver to other customers on those

last two loads that you looked at.

Deal.  He absolutely dealt in marijuana.

Absolutely did.  That's what this trial is about.

The marijuana dealings of Sheldon Shorter and his

associates, despite all Mr. Rodriguez's

contentions to the contrary, the government's own

witnesses spent hours saying that Sheldon Shorter

ran a marijuana possession and distribution

organization.  The unlawful agreement, which is

this conspiracy charged in Count I.

Mr. Rodriguez talked about the get out

of jail free card.  Ask yourselves what witness

who testified in this case said he or she had a

1    get out of jail free card?  What witness said
2    that?  We do have witnesses who said something
3    quite to the contrary.

4         Cleo Mitchell, a co-conspirator in this
5    case, is looking at a mandatory term of 20 years
6    in prison.  It is Cleo Mitchell's hope to receive
7    less than that 20 years.  And he signed an
8    agreement with the government to cooperate in
9    regard to those hopes, less than 20 years in
10   prison.

11        Mr. Rodriguez treats that pretty
12   cavalierly if he wants to call it a get out of
13   jail free card.

14        Ramiro Parra testified that this past
15   holiday season presented to him the last Christmas
16   that he will be spending with his family for a
17   long time.  Get out of jail free card.  No such
18   thing.  A reduced sentence does not constitute a
19   walk.  And they will answer as they told you to
20   the crimes that they've pled guilty to.

21        Mr. Rodriguez tells you the evidence in
22   this case didn't show that Sheldon Shorter ever
23   touched marijuana so Parra couldn't implicate
24   Shorter in that.  Of course not.  This is what is
25   called insulation.  The leader has his

1   subordinates do the dirty work.  Get their hands

2   dirty.

3           Ramiro Parra couldn't implicate,

4   according to Mr. Rodriguez, Sheldon Shorter, but

5   Sheldon Shorter sure did it for him.  All we had

6   to do is listen to Government's Exhibits 11A

7   through N and we see the true character of the

8   leader of the gang.  A man who's under the stress.

9   The man who's tired of the BS.  The man who tells

10  Ramiro Parra go to his momma house.  Put her on

11  the phone.

12          Sheldon Shorter implicated himself in

13  those conversations, not as somebody who was doing

14  someone else's bidding by putting a car in his

15  name for them.  Everybody worked for Sheldon

16  Shorter including indirectly the other

17  co-conspirators who didn't testify as

18  Mr. Rodriguez addressed.

19          Jermaine Hopkins and Seth Clemens were

20  two that he mentioned as well as the others,

21  person who have pled in the case.  Insulation

22  again.

23          Any indication that Seth Clemens who

24  was receiving the marijuana from Parker -- I'm

25  sorry -- from Mr. Parra or Mr. Parker or Kurmay or

1    Cooney, that they would have ever had the

2    opportunity when they're dealing with Ramiro Parra

3    and Cleo Mitchell that they would ever have the

4    opportunity to meet their boss?

5              That's part of the insulation process.

6    That's an easy question to answer for

7    Mr. Rodriguez.  It wouldn't make sense for those

8    individuals to have met and participated in a

9    marijuana distribution conspiracy with the boss.

10   They dealt with the employees.

11             And then we get this whole convoluted

12   explanation as to how Big Homie is somebody else

13   because Ramiro Parra went to a jewelry store one

14   day with Big Bo, who was Mitchell's former source

15   of supply.

16             Ramiro Parra reported that to law

17   enforcement as a suspicious activity, but that

18   certainly doesn't make Big Bo Big Homie because we

19   heard from Ramiro Parra and Cleo Mitchell that

20   Big Homie is the defendant.  Big Homie, Big Pimp.

21             Big Pimp, a name that he answers to in

22   Government's Exhibit No. 11 on several occasions

23   including the conversation where he, the defendant

24   Sheldon Shorter, Big Pimp is making the threats,

25   demands for money.

1          Mr. Rodriguez said Ramiro Parra said he

2     met the defendant Shorter one time.  Well, Ramiro

3     Parra said he met him a number of times including

4     a number of times that he actually traveled to

5     South Florida to deliver him money.  It wasn't

6     just one time.

7          And then Mr. Rodriguez said, we don't

8     even know if he even met him once.  Well, if we're

9     just looking for one time corroboration we

10    certainly know that Mr. Bo Morgan had Ramiro Parra

11    in the company of Sheldon Shorter during the Audi

12    purchases.

13         Mr. Rodriguez indicated to you that he

14    didn't recall Cleo Mitchell ever testifying about

15    turning over duffle bags full of money at the

16    mall.  Cleo Mitchell was so specific during that

17    testimony that he even mentioned that they were

18    Nike duffle bags, which is corroborated by what

19    David Sherwood told you that he received Nike

20    duffle bags when he was assisting in putting those

21    packages into the airplane.

22         Nike duffle bags which Cleo Mitchell

23    testified contained between 700 and $800,000 in

24    United States currency, which was the proceeds

25    from the sale of marijuana, the defendant's money.

1    You remember it.

2            Mr. Rodriguez tells you that the

3    government because it hasn't played the hundred

4    plus conversations is taking those conversations

5    that were played out of context.  Does that make

6    sense?  How do you take something out of context

7    when it's the defendant telling somebody what to

8    do?

9            Particularly when he's talking about the

10   collection of the $80,000 that was to be paid as

11   this transaction went along.  Giving orders to

12   Ramiro Parra about telling his customer up in

13   Georgia that the defendant Shorter is going to

14   have somebody meet him in Atlanta.  Tell him I'll

15   send a girl.  I've got people.  I'll send somebody

16   there.

17           Then when the money finally comes

18   through, it's the defendant Shorter that we hear

19   telling Ramiro Parra that he personally is going

20   to meet Ramiro Parra at a location to pick up his

21   money.  And then he sends Cleo Mitchell.  How's

22   any of that to be taken out of context?

23           How do you take out of context you need

24   to go to his momma's house when they're talking

25   about money collection?  Go lean on that guy.  Get

your money.  In so many words you're all really
getting me mad.  That's not a quote.  That
certainly is the context that you can hear and see
and read when you go over those transcripts with
those recordings if you need to do that.

Then there's the discussion about well,
the cars are put in some -- their names to -- he's
putting cars in his name to help somebody else.
And again, going through this notion about the
homie situation.

The Audi, that woman was Cleo's
friend -- Cleo Mitchell's friend.  My client, if
he was aiding and abetting by getting an Audi and
putting it in Cleo Mitchell's woman's friend's
name, then that's -- well, you know, maybe he did
that.  Bo Morgan testified that there was no doubt
in his mind that this defendant Sheldon Shorter
was purchasing the Audi.

And then if you look at the records, to
throw away this argument that this woman was Cleo
Mitchell's homie, someone from the neighborhood,
Aliyah Ramdial, if I'm saying that right, the
address on the driver's license that's copied in
the Audi file is a South Florida address, not
Pinellas County.

1          Defendant's neck of the woods, which we

2   know from other testimony in the case that Ramiro

3   Parra identified the location that was

4   photographed by law enforcement as a place he knew

5   that he visited the defendant Shorter.  And lo and

6   behold when law enforcement did surveillance down

7   there, the Charger, which was partial payment for

8   the drug debt owed, was seen at that particular

9   location in Pembroke Pines.

10          That Audi wasn't purchased for Cleo

11  Mitchell or his girlfriend.  That woman was a

12  straw purchaser of a vehicle that the defendant

13  wanted.

14          Question about the Mercedes being picked

15  up for somebody else.  Baloney.  The defendant was

16  excited about that car as he was the Porsche.

17  Mr. Adam testified that the Porsche was something

18  the defendant was certainly excited about.

19          But the Mercedes wasn't just Cleo

20  Mitchell saying, hey, Big Homie, go pick me up a

21  Mercedes.  The Mercedes went directly through a

22  third party who was a long time client of Lance

23  Noel who ordered that one of a kind special model

24  Mercedes and couldn't close the deal and said, I

25  may have somebody else interested in it.  And

1    referred the defendant, then Anthony Dubois, to

2    Mercedes of Fort Lauderdale to purchase that

3    particular vehicle.

4            And although Cleo Mitchell took the

5    $150,000 in drug cash to Kevin Wells to get the

6    cashier's check so that the defendant could

7    purchase his new desired toy, it wasn't for Cleo

8    Mitchell at all.  And it was the defendant who was

9    driving it when Barry Golden got his permission to

10   go in the car and thereafter seize another

11   $54,000.

12           Facts that were not addressed because

13   when the law and the facts are against you, you

14   just can't argue them.

15           Members of the jury, there are a number

16   of other comments that counsel made while they

17   were up here in their closing arguments.  You all

18   can address them during your deliberations if I

19   haven't touched upon them.

20           But I submit to you that the government

21   has met its burden in this case.  The government

22   has established that two or more persons entered

23   into this unlawful agreement knowingly and

24   willfully including the three defendants charged

25   in this case.

```
1              I submit to you that each of the
2    defendants at least on the dates charged in
3    Counts II and III of the Indictment possessed a
4    controlled substance called marijuana.  And they
5    possessed it with the intent to distribute it.
6              Mr. Crawford talks about a blink.  No,
7    your verdict should not be a blink.  But you've
8    been here for a week and it certainly could be
9    swift if you wanted to.
10             There's no clock on deliberations.  Take
11   as much time or as little time as you need.  But I
12   submit to you that you can return to this
13   courtroom with courage and conviction.  And you
14   can face each of the defendants.  And you can tell
15   them, Jean Baptiste, Hardaway Volcy, Sheldon
16   Shorter a/k/a Anthony Dubois, you are guilty --
17             THE DEFENDANT SHORTER:  Not guilty.
18             MR. PRESTON:  -- as charged.  So say we
19   all.
20             THE COURT:  Do you need a break, ladies
21   and gentlemen?
22             COURT SECURITY OFFICER:  Half said yes,
23   half said no.
24             THE COURT:  It is now my duty to
25   instruct you on the rules of law that you must
```

1    follow and apply in deciding this case.

2            When I finish, you will go to the jury

3    room and begin your deliberations.  It will be

4    your duty to decide whether the government has

5    proved beyond a reasonable doubt the specific

6    facts necessary to find a defendant guilty of the

7    crimes charged in the Indictment.

8            You must make your decision only on the

9    basis of the testimony and other evidence

10   presented here during the course of the trial.

11   And you must not be influenced in any way by

12   either sympathy or prejudice for or against the

13   government or the defendant.

14           You must also follow the law as I

15   explained it to you whether you agree with that

16   law or not.  And you must follow all of my

17   instructions as a whole.  You may not single out

18   or disregard any of the Court's instructions on

19   the law.

20           Now, the Indictment or formal charge

21   against a defendant is not evidence of guilt.

22   Indeed every defendant is presumed by the law to

23   be innocent.  The law does not require a defendant

24   to prove innocence or to produce any evidence at

25   all.  And if a defendant elects not to testify,

1 you cannot consider that in any way during your

2 deliberations.

3 The government has the burden of proving

4 a defendant guilty beyond a reasonable doubt. And

5 if it fails to do so, you must find that defendant

6 not guilty.

7 Thus, while the government's burden of

8 proof is a strict or heavy burden, it is not

9 necessary that the defendant's guilt be proved

10 beyond all possible doubt. It is only required

11 that the government's proof exclude any reasonable

12 doubt concerning the defendant's guilt.

13 A reasonable doubt is a real doubt based

14 upon reason and common sense after careful and

15 impartial consideration of all of the evidence in

16 the case.

17 Proof beyond a reasonable doubt

18 therefore is proof of such a convincing character

19 that you would be willing to rely and act upon it

20 without hesitation in the most important of your

21 own affairs.

22 If you are convinced that the defendant

23 has been proved guilty beyond a reasonable doubt,

24 say so. If you are not convinced, say so.

25 As I said earlier, you must consider

1   only the evidence I have admitted in the case.

2   The term evidence includes the testimony of the

3   witnesses and the exhibits admitted in the record.

4   Remember that anything the lawyers say is not

5   evidence in the case.

6           It is your own recollection and

7   interpretation of the evidence that controls.

8   What the lawyers say is not binding on you.

9           Also you should not assume from anything

10  I may have said that I have any opinion concerning

11  any of the issues in this case.  Except for my

12  instructions to you on the law, you should

13  disregard anything I may have said during the

14  trial in arriving at your own decision concerning

15  the facts.

16          Now, in considering the evidence you may

17  make deductions and reach conclusions which reason

18  and common sense lead you to make.  And you should

19  not be concerned about whether the evidence is

20  direct or circumstantial.

21          Direct evidence is the testimony of one

22  who asserts actual knowledge of a fact such as an

23  eyewitness.

24          Circumstantial evidence is proof of a

25  chain of facts and circumstances tending to prove

1    or disprove any fact in dispute.  The law makes no

2    distinction between the weight that you may give

3    to either direct or circumstantial evidence.

4              Now, in saying that you must consider

5    all the evidence I do not mean that you must

6    accept all of the evidence as true or accurate.

7    You should decide whether you believe what each

8    witness had to say and how important that

9    testimony was.  And in making that decision you

10   may believe or disbelieve any witness in whole or

11   in part.

12             Also the number of witnesses concerning

13   any particular dispute is not controlling.  In

14   deciding whether you believe or do not believe any

15   witness I suggest that you ask yourself a few

16   questions.

17             Did the witness impress you as one who

18   was telling the truth?  Did the witness have any

19   particular reason not to tell the truth?  Did the

20   witness have a personal interest in the outcome of

21   the case?  Did the witness seem to have a good

22   memory?

23             Did the witness have the opportunity and

24   the ability to observe accurately the things he or

25   she testified about?  Did the witness appear to

understand the questions clearly and answer them directly?  And did the witness's testimony differ from other testimony or other evidence?

You should also ask yourself whether there was evidence tending to prove that a witness testified falsely concerning some important fact or whether there was evidence that at some other time a witness said or did something or failed to say or do something which was different from the testimony the witness gave before you during the trial.

The fact that a witness has been convicted of a felony offense or a crime involving dishonesty or false statement is another factor that you may consider in deciding whether you believe that witness.

You should keep in mind of course that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it because people naturally tend to forget some things or remember other things inaccurately.

So if a witness has made a misstatement you need to consider whether it was simply an innocent lapse of memory or an intentional

1   falsehood.  And the significance of that may

2   depend on whether it has to do with an important

3   fact or with only an unimportant detail.

4           A defendant has a right not to testify.

5   If a defendant does testify, however, you should

6   decide in the same way as any other witness

7   whether you believe that defendant's testimony.

8           And the testimony of some witnesses must

9   be considered with more caution than the testimony

10  of other witnesses.  For example, a paid informer

11  or a witness who has been promised that he or she

12  will not be charged or prosecuted or a witness who

13  hopes to gain more favorable treatment in his or

14  her own case all may have a reason to make a false

15  statement because a witness wants to strike a good

16  bargain with the government.

17          So while a witness of that kind may be

18  entirely truthful when testifying, you should

19  consider that testimony with more caution than the

20  testimony of other witnesses.

21          Now, in this case the government called

22  as two of its witnesses a person either named as a

23  co-defendant in the Indictment or with whom the

24  government has entered into a plea agreement

25  providing for the possibility of a lesser sentence

than the witness would otherwise be exposed to.
Such plea bargaining as it is called has been
approved as lawful and proper and is expressly
provided for in the rules of this court.

However, a witness who hopes to gain
more favorable treatment may have a reason to make
a false statement because a witness wants to
strike a good bargain with the government.

So while a witness of that kind may be
entirely truthful when testifying, you should
consider such testimony with more caution than the
testimony of other witnesses.

And of course the fact that a witness
has pled guilty to the crime charged in the
Indictment is not evidence in and of itself of the
guilt of any other person.

When knowledge of a technical subject
matter might be helpful to the jury, a person
having special training or experience in that
technical field is permitted to state an opinion
concerning those technical matters.  Merely
because such a witness has expressed an opinion,
however, does not mean that you must accept that
opinion.  The same as with any other witness, it
is up to you to decide whether to rely upon it.

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1        Now, as you've heard, certain exhibits

2   have been identified as typewritten transcripts

3   and partial translation from Creole into English

4   of the oral conversation that can be heard on the

5   tape recording received in evidence.  The

6   transcript also purports to identify the speakers

7   engaged in such conversation.

8        I have admitted the transcripts for the

9   limited and secondary purpose of aiding you in

10  following the content of the conversation as you

11  listened to the tape recording, particularly those

12  portions spoken in Creole and also to aid you in

13  identifying the speakers.

14        However, you are specifically instructed

15  that whether the transcript correctly or

16  incorrectly reflects the content of the

17  conversation or the identity of the speakers is

18  entirely for you to determine based upon your own

19  evaluation of the testimony you've heard

20  concerning the preparation of the transcript and

21  from your own examination of the transcript in

22  relation to your hearing of the tape recording

23  itself as the primary evidence of its own

24  contents.  And if you should determine that the

25  transcript is in any respect incorrect or

1    unreliable, you should disregard it to that

2    extent.

3              Now, in this case you've been permitted

4    to take notes during the course of the trial.  And

5    most of you or perhaps all of you have taken

6    advantage of that opportunity and have made notes

7    from time to time.

8              You'll have those notes available to you

9    during your deliberations, but you should make use

10   of them only as an aid to your memory.  In other

11   words, you should not give your notes any

12   precedence over your independent recollection of

13   the evidence or the lack of evidence.  And neither

14   should you be unduly influenced by the notes of

15   others.

16             I emphasize that notes are not entitled

17   to any greater weight than the memory or

18   impression of each juror as to what the testimony

19   may have been.

20             Now, when the government offers

21   testimony or evidence that a defendant made a

22   statement or admission to someone after being

23   arrested or detained, the jury should consider the

24   evidence concerning such a statement with caution

25   and great care.  It is for you to decide first,

whether the defendant made the statement and second, if so, how much weight to give to it.

In making these decisions you should consider all of the evidence about the statement including the circumstances under which the defendant may have made it.

Of course any such statement should not be considered in any way whatever as evidence with respect to any other defendant on trial.

Now, at this time I'll explain the Indictment which charges three separate offenses called counts. I'll not read it to you again at length because you'll be given a copy of the Indictment for reference during your deliberations.

But in summary Count I charges that the defendants knowingly and willfully conspired together to possess 1,000 or more kilograms of marijuana with intent to distribute.

Counts II and III respectively charge the commission of what are referred to as substantive offenses, namely that the defendants possessed with intent to distribute quantities of marijuana. I'll explain the law governing those substantive offenses in a moment.

First, however, as to Count I you will note that the defendants are not charged in that count with committing a substantive offense. Rather, they are charged with having conspired to do so.

Title 21 of the United States Code Section 846 makes it a separate federal crime or offense for anyone to conspire or agree with someone else to do something which if actually carried out would be a violation of Section 841(a)(1).

Section 841(a)(1) makes it a crime for anyone to knowingly possess marijuana with the intent to distribute it.  So under the law a conspiracy is an agreement or a kind of partnership in criminal purposes in which each member becomes the agent or partner of every other member.

In order to establish a conspiracy offense it is not necessary that the government prove that all of the people named in the Indictment were members of the scheme or that those who were members had entered into any formal type of agreement.

Also, because the essence of a

conspiracy offense is a making of the scheme
itself, it is not necessary for the government to
prove that the conspirators actually succeeded in
accomplishing their unlawful plan.

What the evidence in the case must show
beyond a reasonable doubt is first, that two or
more persons in some way or manner came to a
mutual understanding to try to accomplish a common
and unlawful plan as charged in the indictment.
And second, that the defendant knowing the
unlawful purpose of the plan willfully joined in
it.

Now, a person can become a member of a
conspiracy without full knowledge of all of the
details of the unlawful scheme or the names and
identities of all of the other alleged
conspirators.

So if a defendant has a general
understanding of the unlawful purpose of the plan,
including the nature and anticipated weight of the
substance involved, and knowingly and willfully
joins in that plan on one occasion, that is
sufficient to convict that defendant for a
conspiracy even though the defendant did not
participate before and even though the defendant

played only a minor part.

Now, of course mere presence at the scene of a transaction or event or the mere fact that certain persons may have associated with each other and may have assembled together and discussed common aims and interests does not standing alone provide proof of a conspiracy.

Also a person who has no knowledge of a conspiracy, but who happens to act in a way which advances some purpose of one does not thereby become a conspirator.

The defendants are charged in the Indictment with conspiracy to possess with intent to distribute a certain quantity or weight of the alleged controlled substance.

However, you may find any defendant guilty of the offense if the quantity of the controlled substance for which he should be held responsible is less than the amount or weight charged.

Thus the verdict form prepared with respect to each defendant as I will explain to you in a moment will require if you find any defendant guilty to specify on the verdict your unanimous finding concerning the weight of the controlled

substance attributable to the defendant.

Title 21 of the United States Code Section 841(a)(1) makes it a federal crime or offense for anyone to possess a controlled substance with intent to distribute it. Marijuana is a controlled substance within the meaning of the law.

A defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt. First, that the defendant knowingly and willfully possessed marijuana as charged. And second, that the defendant possessed the substance with intent to distribute it.

To possess with intent to distribute simply means to possess with intent to deliver or transfer possession of a controlled substance to another person with or without any financial interest in the transaction.

The defendants Jean Evens Baptiste and Hardaway Volcy are charged in Count III of the Indictment with possessing with intent to distribute a certain quantity or weight of the alleged controlled substance.

However, you may find any defendant

guilty of the offense if the quantity of the
controlled substance for which he should be held
responsible is less than the amount or weight
charged.

Thus the verdict form prepared with
respect to each defendant as I will explain to you
in a moment will require if you find any defendant
guilty to specify on the verdict your unanimous
finding concerning the weight of the controlled
substance attributable to the defendant.

The law recognizes several kinds of
possession.  A person may have actual possession
or constructive possession.  A person may also
have sole possession or joint possession.

Now, a person who knowingly has direct
physical control of something is then in actual
possession of it.  A person who is not in actual
possession, but who has both the power and the
intention to later take control over something
either alone or together with someone else is in
constructive possession of it.

If one person alone has possession of
something, that possession is sole.  If two or
more persons share possession, such possession is
joint.

Whenever the word possession has been used in these instructions it includes constructive as well as actual possession and also joint as well as sole possession.

The guilt of a defendant in a criminal case may be proved without evidence that the defendant did every act involved in the commission of the crime charged because the law recognizes that ordinarily anything a person can do for one's self may also be accomplished through direction of another person as an agent or by acting together with or under the direction of another person or persons in a joint effort.

So if the acts or conduct of an agent, employee, or other associate of a defendant are willfully directed or authorized by a defendant or if a defendant aids and abets another person by willfully joining together with that person in the commission of a crime, then the law holds a defendant responsible for the conduct of the other person just as though a defendant had personally engaged in such conduct.

However, before any defendant can be held criminally responsible for the conduct of others, it is necessary that the defendant

willfully associate in some way with the crime and willfully participate in it.

Mere presence at the scene of a crime and even knowledge that a crime is being committed are not sufficient to establish that a defendant either directed or aided and abetted the crime. You must find beyond a reasonable doubt that a defendant was a willful participant and not merely a knowing spectator.

Now, you will note that the Indictment charges that the offense was committed on or about a certain date. The government does not have to prove with certainty the exact date of the alleged offense. It is sufficient if the government proves beyond a reasonable doubt that the offense was committed on a date reasonably near the date alleged.

The word knowingly as that term is used in the Indictment or in these instructions means that the act was done voluntarily and intentionally and not because of mistake or accident.

The word willfully as that term is used in the Indictment or in these instructions means that the act was committed voluntarily and

purposely with a specific intent to do something
the law forbids.  That is, with bad purpose either
to disobey or disregard to law.

Now, a separate crime or offense is
charged against one or more of the defendants in
each count of the Indictment.  Each charge and the
evidence pertaining to it should be considered
separately.

Also the case of each defendant should
be considered separately and individually.  The
fact that you may find any one or more of the
defendants guilty or not guilty of any of the
offenses charged should not affect your verdict as
to any other offense or any other defendant.

So I caution you, members of the jury,
that you are here to determine from the evidence
in this case whether each defendant is guilty or
not guilty.  Each defendant is on trial only for
the specific offense alleged in the Indictment.

Also the question of punishment should
never be considered by the jury in any way in
deciding the case.  If a defendant is convicted,
the matter of punishment is for the judge alone to
determine later.

Any verdict you reach in the jury room,

whether guilty or not guilty, must be unanimous.
In other words, in order to return a verdict you
must all agree.

Your deliberations will be secret. You
will never have to explain your verdict to anyone.
It is your duty as jurors to discuss the case with
one another in an effort to reach agreement if you
can do so. Each of you must decide the case for
yourself, but only after full consideration of the
evidence with the other members of the jury.

And while you're discussing the case, do
not hesitate to reexamine your own opinion and
change your mind if you become convinced that you
were wrong, but do not give up your honest beliefs
solely because the others think differently or
merely to get the case over with.

Remember that in a very real way you are
judges. You are judges of the facts. Your only
interest is to seek the truth from the evidence in
the case.

Now, when you go to the jury room you
should first select one of your members to act as
your foreman or forewoman who will preside over
your deliberations and will speak for you here in
court.

1          Forms of verdict have been prepared for

2     your convenience.  I'll explain these verdicts to

3     you.  The first one that I am holding shows the

4     court -- name of the court, the parties, the

5     United States of America against Sheldon Shorter.

6     This is the case number.

7          And the body of the verdict form reads

8     Count I.  As to Count I of the Indictment which

9     charges conspiracy to distribute and possess with

10    intent to distribute marijuana in violation of 21

11    United States Code Section 846 and 841(b)(1)(A)

12    we, the jury find the defendant Sheldon Shorter --

13    and check one of the lines shown here.  There are

14    the words not guilty and a blank line and the word

15    guilty and a blank line.  You will place an X or

16    checkmark on one of those blank lines to indicate

17    your unanimous verdict.

18         Now, if you find the defendant guilty,

19    then you will answer one of the following

20    questions.  Did the offense charged in Count I

21    involve -- and you'll check one of these

22    statements -- a mixture or substance containing

23    marijuana weighing a thousand kilograms or more?

24    And then there's a blank line for your checkmark

25    or X if that's what you find.

1           Or a mixture or substance containing

2    marijuana weighing 100 kilograms or more?  And if

3    that's the case, then you may check that line.

4           Or a mixture or substance containing

5    marijuana weighing 50 kilograms or more?  And you

6    may indicate that if that is your finding.

7           Or a mixture or substance containing

8    marijuana weighing less than 50 kilograms?  And if

9    that is your finding, you will check that blank

10   line.

11          Then as to Count II the verdict form

12   reads as to Count II of the Indictment which

13   charges possession with the intent to distribute

14   marijuana in violation of 21 United States Code

15   Section 841(a)(1) and 841(b)(1)(D) we, the jury

16   find the defendant Sheldon Shorter -- and then you

17   check one of those blank lines again, either not

18   guilty or guilty -- so say we all this blank day

19   of January.  And you'll put the date there.  And a

20   line for the signature of the foreman or

21   forewoman.

22          The other two verdict forms are one for

23   Jean Evens Baptiste and for Hardaway Volcy.  These

24   are identical in form.  They carry the same

25   formalities.  That is, the court, the parties to

the case, the case number, and the body of the
verdict form.

Will read as follows with regard to each
of those defendants.  Count I.  As to Count I of
the Indictment which charges conspiracy to
distribute and possess with intent to distribute
marijuana in violation of 21 United States Code
Section 846 and 841(b)(1)(A) we, the jury find the
defendant Jean Evens Baptiste -- and you check one
of those lines again indicating your finding of
not guilty or guilty.

And then if you find guilty, you will
check the appropriate line indicating the quantity
of the controlled substance relative to that
finding of guilt.

And then as to Count III the verdict
form reads as to Count III of the Indictment which
charges possession with intent to distribute
marijuana in violation of 21 United States Code
Section 841(a)(1) and (b)(1)(D) we, the jury find
the defendant -- and the names of each of the
defendants are on those separate verdict forms.
And you will check one of those lines beside the
words not guilty or the word guilty.

And then again the same choices you have

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    to register your finding with regard to the

2    quantity of the marijuana which you may find

3    applicable to that particular offense.

4              When you have reached a unanimous

5    verdict have the foreman or forewoman fill in the

6    blank portions, date, and sign it.  And indicate

7    to Mr. Bohlig you're prepared to return to the

8    courtroom.

9              If you should desire at any time to

10   communicate with me, please write down your

11   message or question and pass the note to

12   Mr. Bohlig, and he'll bring it to my attention.

13   I'll then respond as promptly as possible either

14   in writing or by having you return to the

15   courtroom so that I can address you orally.

16             I caution you, however, that with regard

17   to any question or message that you might send,

18   you should not tell me your numerical division at

19   the time.

20             I have reminded you perhaps more often

21   than you cared to hear not to discuss the case.

22   I'm about to relieve you from that admonition.  So

23   when you go to the jury room you may immediately

24   commence your selection of your jury foreman or

25   forewoman, but do not begin your deliberations

1   until there has been furnished to you copies of

2   the instructions which I have given to you and the

3   various items that have been received in evidence,

4   a copy of the Indictment and so forth.  Only when

5   you have all of those things should you begin your

6   deliberations.

7          Continue with your deliberations until

8   5 o'clock.  I do not suggest that you must reach a

9   verdict by 5 o'clock or by any other time.  But if

10  you have not reached a verdict by 5 o'clock,

11  simply recess and we will reconvene again tomorrow

12  morning at 9:30 when you can continue with your

13  deliberations.

14         If that does occur and some of you

15  return earlier tomorrow than others, do not begin

16  your deliberations or discuss the case until all

17  of you are together so that you can all share in

18  whatever discussion is taking place.

19         I think that's about all of the

20  information I need to share with you.

21         Counsel, will you come to sidebar.

22         (AT WHICH TIME THE FOLLOWING SIDEBAR

23  DISCUSSION WAS HELD:)

24         THE COURT:  Has the Court given all of

25  the instructions which it said it would give?

1          MR. RODRIGUEZ:  Yes, sir.

2          MR. CRAWFORD:  Yes, Your Honor.

3          MR. CHALELA:  Yes, Your Honor.

4          THE COURT:  Are you satisfied with the

5   instructions?

6          MR. CRAWFORD:  Yes, Your Honor.

7          MR. PRESTON:  Yes, Your Honor.

8          THE COURT:  All right.

9          MR. PRESTON:  Your Honor, while we're up

10  here it would be the government's desire to lock

11  the marijuana up into the drug vault tonight and

12  not bring it back to the court.  Would the jury be

13  offered an opportunity this afternoon before it's

14  taken back to DEA to look at it if they so desire?

15          THE COURT:  I'll do that right now.

16          MR. PRESTON:  Okay.  Thank you, Your

17  Honor.

18          MR. RODRIGUEZ:  Judge, I didn't hear

19  you.  Did you say they're coming back tomorrow at

20  9:00 or 9:30?

21          THE COURT:  9:30.

22          (AT WHICH TIME THE SIDEBAR DISCUSSION

23  WAS CONCLUDED AND THE PROCEEDING RESUMED AS

24  FOLLOWS:)

25          THE COURT:  Mr. Bohlig has mentioned to

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

me about the controlled substance that was

involved in the case.  If any of you wish to

examine it, this would be an appropriate time to

do so.  It will not be going back to the jury room

with you.  So if you wish to examine it, you are

at liberty to do so.

          And if during the course of your

deliberations you should feel the need to examine

it again, we'll undertake to retrieve it.  But

after tonight it will be going back to

headquarters, so to speak, so if you wish to

examine it, we'll make it available to you at this

time.

          (BAILIFF HANDS EXHIBIT OF MARIJUANA TO

JURORS FOR INSPECTION.)

          THE COURT:  All right.  Mr. Bohlig, you

may take the jury.

          COURT SECURITY OFFICER:  Please rise for

the jury.

   (THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)

          THE COURT:  Please be seated.  We will

be in recess, Counsel, until we hear further from

the jury.  You need not stay here the whole time

until 5 o'clock.  But if you do leave the

courthouse, be within ten minutes return time in

1    case we get a question or a verdict, we can

2    respond to it promptly and appropriately.

3              We'll be in recess until we hear further

4    from the jury.

5        (THEREUPON, A RECESS WAS TAKEN, AND THEN THE

6            PROCEEDINGS CONTINUED AS FOLLOWS:)

7              COURT SECURITY OFFICER:  All rise.

8              THE COURT:  Counsel, we have received an

9    inquiry from the jurors which reads as follows:

10   "One, can we please get a map of the USA with

11   longitude and latitude.  Two, some scotch tape."

12             I'll hear your suggested responses.

13   Government?

14             MR. PRESTON:  Judge, I think we can get

15   them scotch tape, but there's no map of the United

16   States with latitude and longitude in evidence at

17   this time.

18             THE COURT:  What says defense?

19             MR. RODRIGUEZ:  Your Honor, we had a

20   very rapid caucus.  And this time I agree with

21   Mr. Preston.  There isn't anything in evidence,

22   and we can't provide them with the map.  As to the

23   scotch tape I don't know that that's any problem,

24   so that's what we would suggest that your response

25   be.

THE COURT:  Well, unless -- unless they misinterpret my response as being sarcastic, I'll tell them that they'll have to rely on what has already been received in evidence.

MR. RODRIGUEZ:  And we can give them the scotch tape?

THE COURT:  My response reads as follows, Counsel:  "To the jury.  You will have to rely on the evidence that has been admitted."

MR. CRAWFORD:  Judge, we have no objection to giving them the scotch tape.

THE COURT:  Well, I don't know what they're going to do with scotch tape.  If they want that, they can ask for it again.  I would think that they're going to use that to stick the map up on the wall.

MR. RODRIGUEZ:  That's why you're the Judge.  We didn't figure that one out.

THE COURT:  We will again be in recess, Counsel, until we hear further from the jury.

(Proceeding adjourned.)


I CERTIFY that the foregoing is a true and accurate transcription of my stenographic

1    notes.

2    Dated:  07/25/2009.

3

4                      ___s/ Sandra K. Lee_____
                         SANDRA K. LEE, RPR
5                        Official Court Reporter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

**$**

**$111,000** [1] - 43:16
**$150,000** [5] - 18:4, 41:24, 42:20, 83:12, 171:5
**$165,000** [2] - 42:7, 42:21
**$20,000** [1] - 71:16
**$200,000** [2] - 18:5, 20:5
**$5,000** [4] - 17:14, 44:5, 82:19, 82:20
**$50** [1] - 21:21
**$54,000** [4] - 43:11, 84:6, 84:10, 171:11
**$54,992** [1] - 41:13
**$55,000** [2] - 41:13, 43:11
**$65,000** [1] - 68:9
**$7,000** [3] - 12:16, 37:13, 81:17
**$70,000** [3] - 28:7, 39:13, 78:25, 79:11
**$80,000** [2] - 39:4, 168:10
**$800,000** [3] - 41:7, 41:14, 167:23

**'**

**'08** [1] - 88:10

**0**

**07/25/2009** [1] - 201:2

**1**

**1** [4] - 63:2, 69:25, 119:4, 120:5
**1,000** [1] - 182:18
**1,000-pound** [1] - 16:23
**1,500** [2] - 29:20, 112:25
**1,561** [2] - 152:19, 159:13
**1,700** [1] - 96:14
**10** [4] - 13:16, 101:9, 153:8, 153:12
**100** [3] - 1:23, 64:6, 193:2
**10:45** [1] - 48:23
**11** [2] - 132:7, 166:22
**118** [2] - 30:20, 138:7

**118th** [6] - 32:21, 33:5, 33:10, 44:25, 45:2, 130:24
**11A** [3] - 20:9, 20:11, 165:6
**11F** [2] - 23:23, 23:25
**11G** [2] - 25:20, 25:21
**11th** [3] - 18:9, 20:3, 68:13
**12** [4] - 98:1, 107:25, 110:11, 137:11
**1210** [1] - 1:20
**1238** [2] - 47:4, 155:5
**12:50** [1] - 92:6
**12A** [1] - 151:5
**12D** [2] - 31:13, 31:14
**12E** [2] - 30:21, 30:23
**13** [1] - 148:5
**13A** [2] - 143:13, 148:5
**14** [2] - 62:22, 63:8
**15** [2] - 63:22, 77:12
**150,000** [1] - 20:5
**1500s** [1] - 116:18
**15th** [1] - 116:17
**16th** [1] - 116:17
**173407** [1] - 1:23
**18** [1] - 92:17
**18th** [6] - 13:3, 13:11, 13:16, 47:10, 153:8, 155:16
**1973** [1] - 123:6
**19th** [3] - 125:15, 129:11, 129:16
**1:00** [1] - 119:25
**1:35** [1] - 92:7
**1st** [3] - 17:19, 59:15, 68:13

**2**

**2** [5] - 1:6, 69:25, 70:17, 85:11, 151:12
**2,200** [1] - 159:22
**20** [9] - 32:3, 32:7, 57:14, 61:19, 145:6, 146:2, 164:5, 164:7, 164:9
**20-pound** [1] - 16:3
**200** [5] - 109:25, 110:13, 110:15, 110:16, 129:23
**2003** [1] - 90:8
**2005** [1] - 121:17
**2007** [1] - 43:1
**2008** [19] - 8:11,

13:3, 13:16, 17:19, 18:9, 29:12, 33:22, 35:21, 42:25, 44:14, 47:10, 47:11, 59:15, 135:20, 136:1, 136:6, 153:9, 157:25, 159:12
**2009** [1] - 1:6
**20th** [5] - 13:11, 47:11, 125:15, 129:11, 129:16
**21** [8] - 143:12, 148:6, 183:6, 186:2, 192:10, 193:14, 194:7, 194:19
**21st** [1] - 33:22
**220** [1] - 159:13
**23** [2] - 13:10, 153:16
**24** [5] - 12:2, 12:24, 87:4, 127:13, 153:7
**245** [1] - 1:20
**24th** [16] - 8:11, 8:16, 18:21, 29:12, 35:21, 38:25, 39:3, 44:14, 74:13, 88:10, 94:10, 135:20, 136:1, 136:6, 157:25, 159:12
**25** [4] - 12:23, 12:24, 57:14, 74:3
**25-year** [1] - 61:19
**25th** [1] - 74:13
**26** [1] - 13:13
**270** [1] - 1:2
**275** [1] - 34:21
**2lst** [5] - 121:20, 129:14, 129:17, 155:17, 155:18

**3**

**3** [2] - 63:3, 69:25
**30** [4] - 34:5, 47:8, 50:1, 149:17
**301-5699** [1] - 2:7
**31** [3] - 33:23, 149:22, 154:12
**3111** [1] - 1:23
**31A** [1] - 33:25
**32** [1] - 41:12
**3200** [1] - 1:18
**33139** [1] - 1:21
**33602** [2] - 1:18, 2:6
**33606** [1] - 2:3
**33672-0407** [1] - 1:24
**33Y** [1] - 138:9
**34** [1] - 150:9
**35** [1] - 54:16

**4**

**4,000** [1] - 67:7
**400** [1] - 1:17
**45** [5] - 86:13, 87:22, 88:15, 118:25, 119:2
**45-minute** [1] - 40:16
**4th** [1] - 110:2

**5**

**5** [4] - 196:8, 196:9, 196:10, 198:24
**50** [3] - 108:4, 193:5, 193:8
**52nd** [1] - 89:9

**6**

**6** [12] - 96:10, 96:16, 96:19, 97:2, 101:8, 101:16, 101:17, 128:19, 129:3, 155:1
**60** [4] - 143:16, 148:11, 148:14, 148:21
**610** [1] - 2:2
**64** [1] - 13:2
**6:00** [1] - 21:3

**7**

**7-Eleven** [1] - 32:13
**700** [2] - 67:6, 167:23
**75** [1] - 35:1
**77** [1] - 129:23
**7:39** [1] - 35:22
**7C** [1] - 13:25

**8**

**8** [1] - 155:2
**80** [2] - 18:7, 19:25
**801** [1] - 2:6
**813** [1] - 2:7
**841(a)(1** [4] - 183:12, 186:3, 193:15, 194:20
**841(a)(1)** [1] - 183:11
**841(b)(1)(A** [2] - 192:11, 194:8
**841(b)(1)(D** [1] - 193:15
**846** [3] - 183:7, 192:11, 194:8
**88** [1] - 19:25
**8:08** [1] - 1:2

**9**

**911** [2] - 90:10, 91:22
**9:00** [1] - 197:20
**9:30** [4] - 1:6, 196:12, 197:20, 197:21
**9:58** [3] - 13:15, 47:10, 153:17

**A**

**a.m** [1] - 1:6
**a/k/a** [1] - 172:16
**abets** [1] - 188:17
**abetted** [5] - 18:17, 67:13, 82:4, 86:6, 189:6
**abetting** [4] - 71:2, 71:3, 85:4, 169:13
**ability** [1] - 176:24
**able** [13] - 4:23, 21:12, 21:23, 41:2, 70:11, 70:18, 76:13, 87:8, 87:23, 88:13, 104:16, 114:4, 160:23
**abnormal** [1] - 102:20
**aboard** [1] - 41:11
**absolutely** [4] - 99:9, 103:10, 163:14, 163:15
**accept** [6] - 61:22, 61:25, 62:11, 147:2, 176:6, 179:23
**accident** [5] - 21:1, 103:18, 108:5, 108:12, 189:22
**accompanied** [2] - 74:22, 74:23
**accomplish** [2] - 6:5, 184:8
**accomplished** [1] - 188:10
**accomplishing** [1] - 184:4
**accordance** [1] - 3:22
**according** [3] - 38:7, 125:14, 165:4
**account** [2] - 82:22, 83:13
**accountable** [1] - 78:8
**accounts** [1] - 60:24
**accuracy** [3] - 46:22, 103:14, 112:15
**accurate** [4] - 47:8, 156:22, 176:6, 200:25

**accurately** [1] - 176:24
**accused** [10] - 50:21, 50:25, 54:11, 70:21, 71:2, 71:9, 73:22, 140:13, 140:15, 140:22
**accuses** [1] - 140:2
**act** [7] - 10:3, 174:19, 185:9, 188:7, 189:20, 189:25, 191:22
**acting** [3] - 19:3, 26:11, 188:11
**activity** [2] - 38:5, 166:17
**acts** [1] - 188:14
**actual** [6] - 97:25, 175:22, 187:12, 187:16, 187:17, 188:3
**Adam** [3] - 84:9, 84:10, 170:17
**addition** [1] - 29:11
**address** [11] - 3:24, 11:8, 47:21, 85:17, 124:5, 147:7, 159:8, 169:23, 169:24, 171:18, 195:15
**addressed** [4] - 18:20, 161:8, 165:18, 171:12
**addresses** [2] - 159:4, 159:10
**adequate** [1] - 35:18
**adjectives** [2] - 99:4, 103:11
**adjourned** [1] - 200:21
**Administration** [3] - 19:3, 19:7, 20:2
**admission** [3] - 143:10, 143:11, 181:22
**admit** [2] - 65:1, 65:7
**admitted** [9] - 52:21, 58:22, 68:6, 72:10, 74:20, 175:1, 175:3, 180:8, 200:9
**admitting** [1] - 142:7
**admonition** [1] - 195:22
**advances** [1] - 185:10
**advantage** [1] - 181:6
**adventure** [1] - 131:7
**advice** [5] - 10:23, 11:2, 15:6, 62:1, 62:2
**advise** [1] - 9:15
**advised** [5] - 6:2, 6:9, 9:25, 29:13,

44:18
**affairs** [2] - 10:4, 174:21
**affect** [2] - 121:3, 190:13
**afraid** [3] - 50:17, 67:19, 119:23
**afternoon** [6] - 26:4, 92:7, 120:12, 120:14, 147:9, 197:13
**age** [1] - 65:2
**agency** [1] - 92:4
**Agent** [2] - 44:7, 44:13
**agent** [10] - 44:8, 59:10, 63:21, 66:21, 68:22, 69:8, 74:21, 183:17, 188:11, 188:14
**agent's** [1] - 64:12
**ages** [1] - 90:24
**agitated** [2] - 35:24
**ago** [2] - 11:1, 59:16
**agree** [5] - 24:13, 30:1, 87:15, 88:16, 126:21, 158:8, 163:3, 173:15, 183:8, 191:3, 199:20
**agreed** [1] - 29:17
**agreement** [15] - 6:12, 7:13, 8:25, 72:9, 72:25, 73:17, 158:10, 160:3, 163:21, 164:8, 171:23, 178:24, 183:15, 183:24, 191:7
**agreements** [1] - 10:16
**ah-ha** [1] - 96:15
**ahead** [2] - 141:21, 150:6
**aid** [2] - 180:12, 181:10
**AIDED** [1] - 2:8
**aided** [5] - 18:17, 67:13, 82:4, 86:6, 189:6
**aiding** [5] - 71:2, 85:4, 169:13, 180:9
**aids** [1] - 188:17
**aim** [1] - 135:14
**aims** [1] - 185:6
**ain't** [11] - 20:18, 22:6, 24:14, 34:8, 34:11, 36:2, 48:7, 83:2, 83:6
**air** [2] - 40:3, 101:18
**airmen** [1] - 89:20
**airplane** [2] - 84:18, 167:21
**airport** [5] - 12:16,

37:13, 37:17, 40:15, 41:9
**Airport** [2] - 40:2, 40:5
**AI** [3] - 90:11, 90:16, 91:23
**Al-Qaida** [3] - 90:11, 90:16, 91:23
**alerted** [3] - 117:23, 118:11, 141:15
**alerting** [1] - 117:25
**alerts** [1] - 45:18
**Alexander** [3] - 113:18, 113:21, 114:9
**alive** [1] - 123:6
**Aliyah** [1] - 169:22
**allegation** [2] - 87:18, 112:7
**alleged** [7] - 7:24, 184:16, 185:15, 186:24, 189:13, 189:17, 190:19
**allow** [1] - 14:19
**allowed** [4] - 17:3, 29:19, 38:3, 43:10
**alluded** [1] - 132:25
**almost** [2] - 92:6, 126:4
**alone** [7] - 98:6, 98:18, 98:19, 185:7, 187:20, 187:22, 190:23
**AMERICA** [1] - 1:3
**America** [2] - 110:16, 192:5
**American** [2] - 89:19, 99:16
**Americans** [2] - 111:2, 111:4
**amount** [11] - 18:2, 18:6, 19:24, 23:10, 23:11, 150:8, 154:21, 160:11, 161:6, 185:19, 187:3
**amplified** [1] - 89:1
**analysis** [2] - 97:23, 97:25
**analyze** [5] - 122:8, 122:22, 126:3, 135:4, 136:18
**AND** [5] - 49:5, 57:6, 120:7, 197:23, 199:5
**Angeles** [1] - 96:23
**angels** [3] - 105:24, 161:23, 162:4
**anger** [1] - 113:9
**angrily** [1] - 69:6
**answer** [19] - 10:25, 20:15, 55:14, 62:4, 81:23, 101:25, 102:7,

132:11, 158:20, 162:9, 162:10, 164:19, 166:6, 177:1, 192:19
**answered** [5] - 17:1, 17:2, 67:4, 119:14, 119:16
**answers** [1] - 166:21
**Anthony** [11] - 28:1, 42:8, 42:9, 42:13, 43:4, 43:9, 70:6, 82:11, 162:20, 171:1, 172:16
**anti** [1] - 113:8
**anti-drugs** [1] - 113:8
**anticipated** [2] - 119:17, 184:20
**anyway** [2] - 20:16, 65:4
**Apartment** [4] - 19:17, 30:6, 38:22, 44:11
**apartment** [3] - 60:15, 71:15, 72:20
**apartments** [1] - 60:22
**apologize** [5] - 20:14, 56:12, 56:23, 57:2, 123:24
**appear** [3] - 13:16, 116:10, 176:25
**APPEARANCES** [1] - 1:15
**appearing** [1] - 9:10
**applicable** [1] - 195:3
**apply** [7] - 123:16, 123:20, 130:17, 133:17, 135:17, 144:5, 173:1
**appointment** [2] - 93:4, 131:23
**apprised** [1] - 49:21
**approach** [4] - 48:15, 48:18, 48:19, 118:19
**appropriate** [2] - 194:13, 198:3
**appropriately** [1] - 199:2
**approved** [1] - 179:3
**April** [35] - 8:11, 8:16, 13:3, 13:16, 17:19, 18:9, 18:21, 20:3, 29:12, 30:5, 33:22, 35:21, 38:25, 39:3, 44:14, 47:10, 47:11, 59:15, 68:13, 68:14, 74:3, 87:4, 88:10, 92:17, 94:10,

125:15, 129:14, 135:20, 136:1, 136:6, 153:8, 155:16, 157:25, 159:12
**Arcadia** [1] - 132:3
**area** [10] - 13:5, 13:13, 19:13, 20:1, 33:7, 39:21, 40:15, 40:22, 45:4, 47:9
**areas** [1] - 46:21
**argue** [8] - 130:20, 134:12, 144:7, 155:23, 155:24, 156:1, 161:13, 171:14
**argued** [1] - 136:17
**argues** [1] - 129:6
**arguing** [2] - 122:20, 125:7
**argument** [32] - 3:15, 3:20, 35:19, 94:20, 112:1, 119:6, 120:17, 124:17, 124:21, 124:22, 125:1, 125:2, 125:13, 125:24, 128:10, 128:13, 130:10, 130:15, 130:21, 131:4, 133:6, 133:8, 133:21, 134:23, 136:19, 137:25, 142:11, 147:18, 149:6, 153:6, 156:7, 169:20
**arguments** [18] - 3:12, 3:17, 3:20, 4:4, 4:16, 5:9, 5:13, 105:5, 124:14, 125:7, 125:11, 128:9, 131:13, 136:11, 147:8, 147:15, 155:22, 171:17
**Aristotle** [2] - 116:16, 116:23
**Arizona** [28] - 11:21, 11:22, 12:4, 12:13, 12:15, 12:19, 13:14, 13:21, 14:13, 16:25, 36:23, 37:4, 37:10, 47:9, 81:19, 88:21, 92:4, 92:5, 92:14, 95:15, 95:21, 126:21, 129:12, 153:4, 153:10, 153:15, 153:20, 155:6
**arrangements** [2] - 37:5
**arranging** [1] - 82:23
**arrest** [9] - 15:16, 15:23, 18:1, 38:14, 38:16, 62:18, 124:23, 130:22, 133:22

**arrested** [9] - 17:19, 28:17, 59:15, 68:13, 68:18, 73:18, 110:18, 134:25, 181:23

**arrive** [3] - 131:17, 131:20, 131:24

**arrived** [4] - 92:20, 143:19, 155:17, 158:6

**arrives** [4] - 141:2, 141:6, 141:11, 142:3

**arriving** [2] - 126:5, 175:14

**art** [1] - 106:2

**AS** [5] - 49:6, 57:6, 120:7, 197:23, 199:6

**Ashcroft** [1] - 91:16

**aside** [1] - 138:16

**asleep** [1] - 25:24

**aspect** [1] - 74:1

**assassinated** [1] - 144:17

**assembled** [1] - 185:5

**asserts** [1] - 175:22

**asset** [1] - 47:1

**assignment** [1] - 105:11

**assistance** [1] - 44:13

**Assistant** [2] - 1:16, 9:9

**assistant** [1] - 65:16

**assisting** [1] - 167:20

**associate** [3] - 36:22, 188:15, 189:1

**associated** [2] - 135:11, 185:4

**associates** [2] - 41:10, 163:17

**association** [1] - 136:4

**assume** [4] - 92:8, 132:17, 135:2, 175:9

**assuming** [1] - 139:5

**assured** [1] - 91:15

**AT** [4] - 55:18, 119:10, 196:22, 197:22

**ate** [2] - 115:14, 133:23

**Atlanta** [2] - 25:17, 168:14

**attempt** [2] - 4:10, 128:15

**attention** [7] - 5:16, 5:22, 8:7, 47:25, 121:5, 144:8, 195:12

**attentive** [1] - 146:5

**attorney** [1] - 88:2

**Attorney** [2] - 1:16, 9:10

**Attorney's** [1] - 1:17

**attorneys** [2] - 87:6, 104:16

**attractive** [2] - 121:25

**attributable** [2] - 186:1, 187:10

**Audi** [13] - 17:13, 43:18, 43:19, 43:21, 82:14, 83:1, 83:3, 167:11, 169:11, 169:13, 169:18, 169:24, 170:10

**AUDIOTAPE** [6] - 20:11, 23:25, 25:21, 30:23, 31:14, 33:25

**Audis** [1] - 38:11

**authority** [1] - 49:12

**authorized** [1] - 188:16

**automobile** [1] - 42:14

**automobiles** [2] - 41:23, 82:13

**available** [2] - 181:8, 198:12

**Avenue** [2] - 1:20, 2:6

**aversion** [2] - 60:25, 77:17

**aversions** [1] - 85:23

**avoid** [2] - 13:20, 160:16

**award** [2] - 108:9, 108:14

**aware** [1] - 70:5

**awhile** [3] - 21:11, 141:4, 151:18

## B

**b)(1)(D** [1] - 194:20

**babysit** [1] - 62:3

**background** [1] - 28:24

**backyard** [1] - 83:5

**bad** [12] - 21:1, 25:24, 26:2, 63:12, 63:13, 113:1, 118:1, 118:2, 131:25, 161:25, 162:1, 190:2

**bag** [4] - 41:1, 41:4, 41:6, 97:5

**bags** [11] - 39:24, 40:20, 40:21, 41:10, 77:20, 84:16, 84:17, 167:15, 167:18,

167:20, 167:22

**BAILIFF** [1] - 198:14

**Bakery** [8] - 96:7, 100:20, 102:3, 102:5, 102:12, 102:18, 129:18, 129:20

**Baking** [4] - 153:24, 154:1, 157:15, 157:16

**bales** [1] - 129:25

**Ball** [4] - 91:11, 91:12

**ball** [5] - 67:17, 91:6, 91:13, 91:14, 142:5

**baloney** [1] - 170:15

**bank** [3] - 60:23, 82:22, 83:12

**banking** [1] - 50:24

**BAPTISTE** [1] - 1:7

**Baptiste** [60] - 8:9, 9:6, 11:23, 12:22, 14:12, 18:23, 30:19, 36:4, 36:10, 45:10, 45:14, 45:22, 45:25, 46:23, 47:12, 87:5, 88:24, 89:4, 93:18, 93:25, 94:3, 94:8, 112:1, 112:3, 117:13, 125:3, 125:24, 126:18, 127:4, 131:5, 132:10, 132:11, 134:16, 135:24, 136:3, 136:13, 138:19, 140:10, 140:11, 141:25, 142:17, 143:14, 143:15, 143:18, 145:18, 148:12, 151:14, 151:17, 151:23, 152:1, 152:10, 152:11, 152:18, 158:2, 159:15, 159:25, 172:15, 186:20, 193:23, 194:9

**baptiste** [1] - 1:22

**bargain** [2] - 178:16, 179:8

**bargaining** [1] - 179:2

**Barry** [2] - 42:23, 171:9

**based** [11] - 9:17, 37:4, 37:11, 42:25, 44:18, 44:24, 45:20, 109:24, 113:6, 174:13, 180:18

**basic** [1] - 62:14

**basis** [2] - 37:22, 173:9

**basketball** [1] -

139:18

**bathroom** [1] - 20:15

**batteries** [1] - 134:21

**battery** [2] - 134:19, 134:20

**Bay** [1] - 2:2

**Beach** [1] - 1:21

**bear** [1] - 137:12

**beautiful** [2] - 104:11, 104:19

**become** [5] - 7:20, 95:15, 184:13, 185:11, 191:13

**becomes** [1] - 183:17

**bed** [1] - 115:7

**beef** [2] - 93:17, 93:21

**beer** [4] - 51:7, 51:8, 51:13, 51:16

**BEFORE** [1] - 1:13

**began** [1] - 9:8

**begin** [4] - 173:3, 195:25, 196:5, 196:15

**beginning** [5] - 5:25, 9:20, 13:2, 47:9, 86:20

**begins** [1] - 15:18

**behalf** [4] - 9:10, 52:7, 84:24, 146:20

**behind** [2] - 153:22, 153:23

**behold** [1] - 170:6

**Belch** [2] - 31:21

**Belcher** [9] - 30:20, 31:22, 32:9, 32:10, 33:5, 45:1, 124:24, 130:25, 138:6

**belief** [1] - 116:20

**beliefs** [1] - 191:14

**believability** [2] - 103:13, 112:15

**believes** [1] - 61:15

**belonging** [1] - 40:17

**belongs** [1] - 152:5

**below** [1] - 69:16

**benefit** [1] - 70:3

**Benz** [9] - 42:3, 42:4, 42:7, 42:12, 42:18, 42:21, 43:5, 83:8, 83:9

**beside** [1] - 194:23

**best** [5] - 54:13, 117:3, 137:6, 137:22, 144:14

**better** [2] - 16:6, 78:11

**between** [10] - 8:22, 9:5, 38:14, 43:1, 46:23, 114:18, 118:8,

132:8, 167:23, 176:2

**beyond** [38] - 4:1, 9:14, 9:16, 10:1, 15:15, 54:14, 54:17, 55:2, 79:21, 80:19, 85:5, 86:8, 89:22, 97:8, 105:13, 105:20, 106:4, 106:5, 106:23, 110:25, 116:14, 116:25, 122:16, 122:24, 123:1, 125:8, 130:13, 133:14, 146:25, 173:5, 174:4, 174:10, 174:17, 174:23, 184:6, 186:10, 189:7, 189:15

**bias** [1] - 113:6

**Bible** [1] - 46:14

**bidding** [1] - 165:14

**big** [17] - 24:22, 66:1, 66:21, 79:1, 80:16, 90:15, 92:24, 99:5, 102:13, 102:21, 109:10, 114:6, 114:10, 157:4, 166:20

**Big** [68] - 20:12, 62:25, 63:2, 63:7, 63:10, 63:11, 63:12, 63:14, 63:19, 63:25, 64:5, 64:9, 64:25, 65:2, 65:8, 65:9, 65:22, 65:23, 66:2, 66:12, 66:18, 66:22, 66:23, 67:3, 67:6, 67:7, 67:8, 67:9, 67:24, 68:7, 68:16, 68:19, 69:3, 69:11, 69:16, 69:20, 69:24, 74:1, 74:2, 74:8, 74:15, 74:24, 75:2, 75:3, 75:14, 75:15, 75:19, 75:22, 75:25, 80:5, 85:23, 85:24, 86:9, 163:10, 166:12, 166:14, 166:18, 166:20, 166:21, 166:24, 170:20

**bigger** [2] - 63:13

**biggest** [1] - 43:20

**Billy** [5] - 51:10, 102:10, 127:1, 127:4, 127:8, 131:19

**bin** [3] - 90:11, 90:16, 91:22

**binding** [1] - 175:8

**birthday** [1] - 113:22

**bit** [6] - 8:13, 26:3, 48:9, 53:7, 61:5, 61:6

**blame** [1] - 59:1

**blamed** [1] - 59:2

**blank** [9] - 102:2, 192:14, 192:15, 192:16, 192:24, 193:9, 193:17, 193:18, 195:6
**Blink** [1] - 121:17
**blink** [5] - 121:21, 122:1, 122:22, 172:6, 172:7
**blinked** [1] - 146:10
**blinking** [3] - 122:6, 122:11, 145:10
**blow** [1] - 105:4
**blue** [2] - 103:22
**blueberries** [2] - 113:24, 114:22
**blueberry** [4] - 113:23, 114:3, 114:23, 156:4
**Blvd** [1] - 1:23
**bo** [1] - 167:10
**Bo** [16] - 66:21, 66:23, 67:3, 67:6, 67:7, 67:8, 67:24, 68:16, 74:2, 75:2, 75:14, 75:25, 85:23, 166:14, 166:18, 169:16
**Bo's** [6] - 68:7, 68:19, 69:3, 69:11, 74:8, 74:24
**Board** [1] - 138:11
**board** [1] - 45:7
**bodies** [6] - 92:5, 92:14, 95:20, 95:21, 95:24, 95:25
**body** [2] - 192:7, 194:1
**bohlig** [1] - 195:7
**Bohlig** [3] - 195:12, 197:25, 198:16
**bolted** [1] - 104:23
**bolts** [1] - 156:16
**bombs** [1] - 90:23
**bond** [4] - 29:17, 29:19, 30:1, 74:19
**bonded** [1] - 21:12
**book** [4] - 121:16, 121:18, 137:17, 163:9
**boom** [1] - 66:24
**Booth** [1] - 144:17
**border** [1] - 26:16
**boss** [6] - 28:5, 28:11, 54:5, 162:19, 166:4, 166:9
**bottom** [2] - 149:20, 156:16
**bought** [1] - 70:6
**Box** [1] - 1:23
**box** [1] - 144:19

**boxes** [3] - 154:10, 154:12, 154:16
**Boy** [2] - 63:3, 69:25
**boy** [3] - 65:10, 65:17, 162:13
**boyfriend** [2] - 26:23, 27:13
**brained** [1] - 87:9
**Brandon** [1] - 148:14
**bread** [1] - 117:9
**break** [4] - 36:12, 48:22, 160:19, 172:20
**breaking** [4] - 99:15, 157:2, 157:7, 157:13
**Bridge** [2] - 44:16, 44:21
**briefly** [1] - 158:19
**bring** [5] - 8:7, 20:19, 38:18, 49:23, 59:22, 72:5, 86:4, 104:6, 119:22, 122:10, 122:14, 137:10, 144:8, 195:12, 197:12
**bringing** [2] - 20:18, 152:13
**broke** [3] - 144:20, 147:12, 154:14
**broken** [9] - 36:9, 37:15, 100:6, 134:2, 134:10, 134:11, 134:17, 134:18, 145:4
**brothers** [2] - 66:10, 90:4
**brought** [7] - 16:16, 45:13, 45:22, 73:25, 118:21, 119:4, 137:2
**BS** [1] - 165:9
**bud** [1] - 78:14
**Buddy** [1] - 63:2
**buffalo** [1] - 82:6
**buffaloing** [1] - 158:24
**Building** [1] - 89:10
**bulk** [1] - 19:24
**bulky** [1] - 40:23
**bullshit** [4] - 23:21, 24:11, 24:12, 26:19
**bunch** [5] - 51:7, 102:22, 150:10, 150:19, 151:12
**burden** [30] - 4:1, 4:2, 9:12, 54:14, 108:17, 108:24, 116:1, 123:2, 123:16, 128:16, 129:2, 129:5, 129:7, 130:2, 130:6, 130:7, 133:13, 144:10, 146:10, 146:21, 147:2, 147:3,

154:24, 154:25, 155:7, 161:16, 171:21, 174:3, 174:7, 174:8
**bus** [1] - 81:15
**Bush** [3] - 89:9, 91:5, 91:16
**business** [9] - 27:18, 37:1, 39:17, 50:24, 60:23, 92:24, 127:14, 131:7, 156:10
**businessmen** [1] - 156:9
**busy** [3] - 92:25, 131:23, 138:6
**buy** [7] - 10:24, 11:2, 15:6, 29:8, 60:22, 82:6, 82:13
**buying** [1] - 42:2

## C

**cab** [13] - 87:1, 87:21, 88:10, 94:9, 94:14, 95:5, 96:2, 97:4, 140:7, 149:7, 149:8, 149:10
**Cadillac** [2] - 69:1, 69:12
**California** [23] - 12:25, 13:19, 14:3, 40:15, 41:11, 41:13, 41:17, 47:15, 92:15, 92:16, 92:20, 95:8, 96:4, 96:6, 96:8, 98:18, 102:5, 125:17, 153:3, 153:13, 155:16, 155:17
**cameras** [1] - 77:13
**Canada** [1] - 92:13
**candidly** [1] - 156:25
**cannot** [5] - 53:8, 67:9, 76:8, 137:18, 174:1
**capable** [1] - 28:13
**capacity** [1] - 19:4
**car** [38] - 23:2, 36:11, 45:25, 46:2, 51:6, 51:8, 69:5, 69:6, 69:9, 69:13, 77:12, 78:14, 78:16, 79:8, 79:9, 81:9, 82:24, 83:7, 83:18, 83:22, 101:17, 103:18, 103:21, 103:22, 103:23, 108:5, 117:6, 117:24, 125:3, 135:1, 138:17, 144:1, 165:14, 170:16, 171:10

**card** [9] - 57:17, 59:3, 62:19, 62:23, 84:10, 163:24, 164:1, 164:13, 164:17
**care** [8] - 25:7, 25:8, 70:10, 80:15, 81:8, 109:9, 181:25
**cared** [1] - 195:21
**career** [1] - 98:14
**carefree** [1] - 131:6
**careful** [4] - 9:18, 61:21, 124:12, 174:14
**carefully** [2] - 104:22, 135:16
**cargo** [6] - 33:14, 40:21, 45:19, 45:21, 154:17, 160:20
**carried** [1] - 183:10
**Carriers** [3] - 44:22, 47:3, 156:17
**carries** [2] - 65:19
**carry** [3] - 75:4, 76:19, 193:24
**carrying** [1] - 153:22
**cars** [10] - 29:8, 38:12, 60:12, 60:22, 70:6, 78:18, 82:7, 155:11, 169:7, 169:8
**case** [121] - 4:17, 5:10, 5:23, 5:25, 6:23, 7:5, 7:18, 8:3, 8:8, 9:12, 9:21, 9:22, 9:24, 10:7, 11:9, 11:13, 11:21, 14:17, 14:18, 15:5, 15:16, 19:23, 20:7, 28:15, 29:24, 30:10, 36:18, 37:20, 41:19, 44:8, 44:23, 45:21, 48:13, 48:25, 50:22, 72:12, 73:7, 85:15, 86:20, 86:22, 88:19, 91:11, 95:6, 95:17, 98:6, 99:3, 105:4, 105:12, 106:3, 106:5, 107:23, 108:4, 112:2, 112:9, 115:17, 115:21, 120:17, 122:15, 123:13, 125:12, 126:25, 127:3, 131:15, 135:18, 136:10, 137:20, 144:23, 145:12, 146:18, 147:20, 148:2, 148:3, 155:11, 156:23, 157:11, 157:13, 157:14, 158:21, 159:3, 159:19, 160:7, 161:1, 161:12, 161:13, 161:20,

163:25, 164:5, 164:22, 165:21, 170:2, 171:21, 171:25, 173:1, 174:16, 175:1, 175:5, 175:11, 176:21, 178:14, 178:21, 181:3, 184:5, 188:6, 190:9, 190:17, 190:22, 191:6, 191:8, 191:11, 191:16, 191:20, 192:6, 193:3, 194:1, 195:21, 196:16, 198:2, 199:1
**CASE** [1] - 1:2
**cases** [3] - 102:20, 113:20, 146:5
**cash** [4] - 41:24, 68:16, 128:23, 171:5
**cashier's** [5] - 42:1, 42:18, 83:14, 171:6
**cast** [6] - 59:1, 60:25, 77:17, 85:23, 161:22, 162:4
**CASTAGNA** [1] - 1:13
**Castagna** [1] - 6:20
**caucus** [1] - 199:20
**caught** [2] - 104:13, 144:24
**caused** [2] - 103:23, 108:12
**caution** [8] - 61:6, 113:11, 178:9, 178:19, 179:11, 181:24, 190:15, 195:16
**cautious** [2] - 61:21, 62:6
**cautiously** [1] - 11:9
**cavalierly** [1] - 164:12
**Cayenne** [1] - 43:15
**cell** [4] - 30:5, 30:7, 30:8, 36:14, 132:14, 134:3
**center** [1] - 138:12
**century** [2] - 116:18, 121:20
**certain** [11] - 6:2, 59:18, 61:7, 61:15, 86:16, 144:14, 180:1, 185:4, 185:14, 186:23, 189:12
**certainly** [7] - 11:10, 159:13, 166:18, 167:10, 169:3, 170:18, 172:8
**certainty** [1] - 189:13
**certificate** [1] - 88:12

**CERTIFY** [1] - 200:24

**cetera** [1] - 115:2
**chain** [2] - 11:17, 175:25
**Chalela** [9] - 1:22, 47:22, 86:11, 122:25, 142:18, 149:4, 153:10, 157:4, 158:3
**CHALELA** [4] - 86:12, 86:15, 89:2, 197:3
**Chalela's** [1] - 156:6
**challenged** [1] - 76:15
**challenges** [1] - 117:10
**change** [1] - 191:13
**changed** [1] - 51:10
**character** [3] - 10:2, 165:7, 174:18
**charge** [8] - 5:7, 120:1, 134:19, 159:2, 159:21, 173:20, 182:20, 190:6
**charged** [41] - 6:6, 6:22, 6:23, 6:25, 7:5, 8:15, 9:13, 9:14, 15:13, 15:21, 15:23, 15:24, 18:18, 18:22, 48:12, 53:19, 56:8, 82:12, 83:18, 112:23, 146:24, 146:25, 163:22, 171:24, 172:2, 172:18, 173:7, 178:12, 179:14, 183:2, 183:4, 184:9, 185:12, 185:20, 186:12, 186:21, 187:4, 188:8, 190:5, 190:13, 192:20
**Charger** [2] - 27:24, 170:7
**charges** [8] - 38:15, 182:11, 182:16, 189:11, 192:9, 193:13, 194:5, 194:18
**charter** [1] - 40:11
**chastised** [3] - 12:17, 37:14, 51:9, 81:13
**chatting** [1] - 143:15
**cheap** [1] - 151:11
**check** [18] - 42:1, 42:18, 77:22, 82:20, 83:15, 84:24, 126:10, 171:6, 192:13, 192:21, 193:3, 193:9, 193:17, 194:9, 194:13, 194:23

**checked** [1] - 126:1
**checkmark** [2] - 192:16, 192:24
**cheerleader** [2] - 103:6, 104:5
**cheerleading** [1] - 103:1
**CHELALA** [1] - 1:22
**Cheney** [1] - 91:16
**cherry** [1] - 115:6
**chicken** [2] - 93:18, 93:19
**children** [3] - 67:11, 90:4, 109:15
**Children** [1] - 109:9
**chip** [6] - 36:9, 36:14, 36:16, 46:6, 133:23, 134:11
**choices** [1] - 194:25
**choir** [1] - 162:13
**choose** [2] - 99:11, 116:2
**chose** [2] - 93:10, 111:23
**Christmas** [1] - 164:15
**chunk** [1] - 20:4
**CIA** [5] - 89:15, 90:19, 91:3, 91:5, 91:19
**circumstances** [8] - 11:18, 110:23, 124:23, 130:22, 133:22, 134:25, 175:25, 182:5
**circumstantial** [13] - 11:15, 11:16, 11:20, 12:1, 13:23, 14:16, 95:17, 113:16, 113:20, 125:18, 175:20, 175:24, 176:3
**citation** [1] - 153:11
**citizens** [1] - 115:24
**City** [1] - 89:10
**claim** [1] - 39:16
**clairvoyant** [1] - 4:24
**clean** [1] - 110:12
**clear** [10] - 43:22, 97:18, 105:2, 108:18, 108:19, 108:25, 109:2, 109:13, 109:19, 109:23
**cleared** [1] - 69:8
**clearly** [4] - 16:16, 159:18, 160:1, 177:1
**Clemens** [5] - 72:22, 72:23, 73:8, 165:19, 165:23
**Cleo** [111] - 8:19, 10:13, 11:3, 12:9,

12:12, 12:14, 16:2, 16:13, 16:14, 17:1, 18:4, 19:19, 27:9, 27:10, 28:3, 28:4, 28:6, 28:9, 28:14, 28:18, 36:7, 36:18, 36:19, 36:24, 37:3, 37:12, 37:15, 37:25, 38:13, 38:22, 39:8, 39:9, 39:18, 40:3, 41:5, 41:7, 41:20, 41:23, 42:18, 53:1, 53:22, 53:24, 53:25, 54:5, 55:8, 57:11, 59:17, 59:18, 59:19, 59:23, 60:2, 60:4, 60:6, 60:10, 60:14, 60:16, 61:14, 62:7, 62:12, 62:17, 62:20, 66:7, 66:8, 66:11, 66:13, 66:22, 69:6, 69:9, 69:16, 70:3, 70:7, 71:1, 71:21, 77:20, 78:6, 78:11, 78:13, 78:19, 78:21, 79:3, 79:4, 79:12, 81:13, 81:17, 82:7, 82:19, 82:21, 83:2, 83:11, 83:21, 84:13, 84:25, 161:25, 164:4, 164:6, 166:3, 166:19, 167:14, 167:16, 167:22, 168:21, 169:12, 169:14, 169:20, 170:10, 170:19, 171:4, 171:7
**Cleo's** [8] - 60:3, 69:2, 69:5, 69:14, 69:15, 82:22, 83:21, 169:11
**clerk** [1] - 110:6
**client** [9] - 42:10, 42:11, 55:24, 111:14, 134:12, 142:19, 156:3, 169:12, 170:22
**clients** [3] - 47:2, 88:4, 125:20
**clock** [1] - 172:10
**close** [4] - 5:16, 42:12, 93:19, 170:24
**closed** [3] - 51:8, 63:9, 99:16
**closer** [1] - 18:5
**closes** [1] - 117:13
**closing** [8] - 5:21, 83:11, 105:5, 119:5, 131:13, 155:22, 161:9, 171:17
**club** [4] - 33:13, 76:5, 76:9, 151:18

**clubs** [1] - 151:19
**co** [12] - 8:3, 12:9, 12:10, 73:7, 89:5, 130:23, 135:12, 145:12, 150:13, 164:4, 165:17, 178:23
**co-conspirator** [4] - 12:9, 12:10, 135:12, 164:4
**co-conspirators** [2] - 8:3, 165:17
**co-defendant** [3] - 73:7, 150:13, 178:23
**co-driver** [3] - 89:5, 130:23, 145:12
**coast** [1] - 76:4
**cocaine** [1] - 86:2
**Code** [6] - 183:6, 186:2, 192:11, 193:14, 194:7, 194:19
**coffin** [4] - 58:1, 71:25, 85:9, 85:21
**coherent** [1] - 94:20
**coincidence** [11] - 99:20, 99:25, 100:3, 100:6, 100:10, 101:7, 101:11, 101:12, 152:7, 156:13
**coincidences** [3] - 99:23, 100:2, 156:12
**coincidental** [1] - 152:16
**coincidentally** [1] - 152:4
**cold** [1] - 117:19
**Colin** [3] - 89:9, 89:14, 156:3
**collect** [3] - 18:11, 29:23, 60:7
**collected** [2] - 38:21, 68:5
**collecting** [1] - 16:20
**collection** [3] - 44:9, 168:10, 168:25
**collections** [2] - 19:15, 19:22
**collective** [2] - 4:13, 137:11
**College** [1] - 22:25
**color** [1] - 137:17
**colored** [1] - 69:12
**colors** [1] - 123:24
**combination** [2] - 71:20, 71:23
**comfort** [1] - 38:7
**coming** [11] - 12:6, 21:10, 26:8, 31:18, 35:12, 64:3, 68:18, 121:22, 131:12, 151:11, 197:19

**commence** [1] - 195:24
**commend** [1] - 115:10
**comment** [5] - 4:21, 5:4, 49:18, 56:5, 56:13
**commentary** [5] - 149:17, 149:19, 150:3, 150:13
**commentating** [3] - 139:17, 141:11, 142:6
**commenting** [3] - 55:25, 56:13, 139:21
**comments** [4] - 5:5, 57:1, 147:11, 171:16
**commission** [3] - 182:21, 188:7, 188:19
**commit** [1] - 90:3
**committed** [4] - 189:4, 189:11, 189:16, 189:25
**committee** [4] - 90:7, 90:13, 123:7, 123:9
**committing** [1] - 183:3
**common** [11] - 6:5, 9:18, 9:21, 15:20, 36:22, 126:11, 153:25, 174:14, 175:18, 184:8, 185:6
**communicate** [2] - 30:8, 195:10
**communicating** [1] - 33:20
**communications** [2] - 9:4, 36:7
**company** [9] - 40:11, 68:20, 96:21, 96:24, 102:21, 107:18, 107:20, 108:10, 108:15, 167:11
**compared** [1] - 105:9
**compartmentalized** [1] - 59:17
**compensate** [1] - 107:19
**complete** [2] - 85:15, 108:8
**completely** [1] - 111:7
**COMPUTER** [1] - 2:8
**COMPUTER-AIDED** [1] - 2:8
**concealed** [1] - 154:7
**conceded** [1] - 48:4
**concentrate** [1] - 151:1
**concern** [2] - 43:20,

46:21

concerned [7] - 31:8, 36:1, 40:23, 121:24, 139:6, 175:19

concerning [10] - 174:12, 175:10, 175:14, 176:12, 177:6, 179:21, 180:20, 181:24, 185:25, 187:9

concerns [1] - 40:25

conclude [1] - 30:12

CONCLUDED [2] - 57:6, 197:23

conclusion [3] - 3:18, 42:23, 107:3

conclusions [1] - 175:17

conditioning [1] - 101:19

conduct [6] - 15:22, 38:9, 188:14, 188:20, 188:22, 188:24

conducted [1] - 92:10

conference [1] - 4:25

confidential [2] - 19:5, 19:6

confirmed [3] - 37:10, 39:13, 40:7

confronted [1] - 12:17

conjecture [2] - 55:2, 86:3

connection [1] - 13:21

conscience [1] - 87:17

conscientious [1] - 115:24

consents [1] - 45:18

consider [16] - 15:2, 18:24, 76:23, 111:11, 144:9, 144:11, 146:17, 174:1, 174:25, 176:4, 177:15, 177:24, 178:19, 179:11, 181:23, 182:4

consideration [6] - 9:19, 11:12, 57:21, 124:13, 174:15, 191:9

considerations [1] - 10:21

considered [6] - 4:17, 178:9, 182:8, 190:7, 190:10, 190:21

considering [8] - 10:6, 10:14, 10:20, 11:5, 11:13, 14:17,

85:2, 175:16

consignment [1] - 16:5

conspiracy [52] - 6:23, 7:4, 7:5, 7:7, 7:10, 7:11, 7:15, 7:17, 7:20, 7:21, 8:14, 8:18, 9:7, 13:22, 15:24, 15:25, 19:8, 27:8, 28:13, 29:6, 72:11, 90:11, 90:15, 91:7, 91:20, 91:22, 91:25, 112:24, 131:2, 135:14, 135:15, 136:8, 145:2, 147:6, 154:19, 158:5, 159:4, 159:19, 159:21, 160:8, 163:22, 166:9, 183:15, 183:19, 184:1, 184:14, 184:24, 185:7, 185:9, 185:13, 192:9, 194:5

conspirator [7] - 12:9, 12:10, 135:12, 135:23, 136:3, 164:4, 185:11

conspirators [8] - 7:11, 7:24, 8:3, 29:24, 157:18, 165:17, 184:3, 184:17

conspire [6] - 52:13, 52:14, 52:15, 53:2, 70:24, 183:8

conspired [3] - 70:22, 182:17, 183:4

constitute [1] - 164:18

constitutional [3] - 106:15, 106:17, 107:11

construction [3] - 32:4, 32:6, 45:3

constructive [3] - 187:13, 187:21, 188:3

constructively [1] - 18:16

contact [1] - 21:13

contained [2] - 90:25, 167:23

containers [1] - 41:18

containing [4] - 192:22, 193:1, 193:4, 193:7

content [2] - 180:10, 180:16

contentions [1] - 163:18

contents [1] - 180:24

context [20] - 35:16,

79:17, 80:18, 108:23, 137:7, 137:13, 137:18, 138:1, 138:22, 148:16, 149:2, 149:13, 151:7, 151:8, 168:5, 168:6, 168:22, 168:23, 169:3

continue [5] - 5:16, 57:7, 119:16, 196:7, 196:12

CONTINUED [3] - 49:6, 120:7, 199:6

continuum [1] - 122:9

contradicted [1] - 127:20

contrary [3] - 30:18, 163:18, 164:3

contrived [2] - 58:5, 94:11

control [6] - 64:3, 79:4, 80:6, 80:21, 187:16, 187:19

controlled [16] - 6:8, 6:15, 64:16, 64:17, 172:4, 185:15, 185:18, 185:25, 186:4, 186:6, 186:17, 186:24, 187:2, 187:9, 194:14, 198:1

controlling [2] - 64:20, 176:13

controls [1] - 175:7

convenience [1] - 192:2

conversation [21] - 23:24, 25:16, 35:16, 35:23, 36:11, 46:23, 79:24, 118:7, 136:20, 137:8, 137:13, 138:23, 148:9, 151:16, 151:21, 152:1, 166:23, 180:4, 180:7, 180:10, 180:17

conversations [11] - 8:22, 14:24, 25:17, 27:20, 44:19, 64:6, 64:18, 132:15, 165:13, 168:4

conversion [1] - 150:21

convict [6] - 97:18, 103:6, 103:7, 106:6, 116:2, 184:23

convicted [16] - 15:9, 55:7, 55:8, 55:9, 55:11, 55:12, 55:23, 55:24, 56:3, 56:9, 56:20, 106:22, 111:6, 145:1, 177:13, 190:22

conviction [1] - 172:13

convictions [1] - 10:16

convince [1] - 125:7

convinced [4] - 130:13, 174:22, 174:24, 191:13

convincing [9] - 10:2, 108:18, 108:19, 108:25, 109:3, 109:13, 109:20, 109:23, 174:18

convoluted [1] - 166:11

cookie [11] - 14:2, 14:6, 129:13, 129:17, 129:24, 153:23, 154:4, 154:8, 154:15, 155:18, 157:19

cool [1] - 21:11

Cool [3] - 44:22, 47:3, 156:17

Cooney [2] - 73:12, 166:1

cooperate [3] - 15:10, 17:23, 164:8

cooperation [6] - 10:17, 15:18, 29:13, 44:9, 85:14, 85:17

coordinated [1] - 12:8

coordinates [1] - 95:11

Copernicus [1] - 116:19

copied [1] - 169:23

copies [1] - 196:1

cops [1] - 81:18

copy [2] - 182:13, 196:4

corner [1] - 32:14

corporate [1] - 96:21

Corporation [1] - 47:1

correct [1] - 106:18

corrected [1] - 137:5

corrections [1] - 137:4

correctly [2] - 43:7, 180:15

corroborate [2] - 92:19, 102:14

corroborated [1] - 167:18

corroborates [3] - 86:18, 94:16, 94:17

corroboration [1] - 167:9

counsel [23] - 3:12,

3:14, 3:16, 3:18, 3:21, 4:4, 4:16, 4:21, 5:10, 5:13, 5:16, 48:20, 49:12, 55:16, 58:11, 58:13, 81:25, 124:7, 147:9, 158:19, 171:16, 196:21, 199:8

Counsel [4] - 35:19, 69:22, 88:25, 198:22, 200:8, 200:20

count [5] - 71:22, 72:1, 159:10, 183:3, 190:6

Count [30] - 6:24, 18:19, 53:5, 53:19, 70:21, 71:1, 79:23, 82:3, 82:5, 82:9, 85:3, 158:25, 159:1, 159:17, 159:21, 160:1, 163:22, 182:16, 183:1, 186:21, 192:8, 192:20, 193:11, 193:12, 194:4, 194:16, 194:17

counted [1] - 72:15

counting [4] - 16:19, 17:4, 72:7, 72:12

countries' [1] - 89:19

country [3] - 110:1, 141:4, 160:11

Country [1] - 36:4

Countryside [12] - 96:7, 100:20, 102:3, 102:5, 102:12, 102:18, 129:18, 129:20, 153:24, 154:1, 157:15, 157:16

Counts [5] - 7:1, 158:22, 159:6, 172:3, 182:20

counts [4] - 7:1, 18:24, 53:19, 182:12

County [9] - 17:13, 19:13, 30:15, 37:23, 66:6, 135:21, 136:1, 138:11, 169:25

couple [7] - 37:21, 74:18, 113:15, 116:5, 120:25, 126:6, 127:17

courage [1] - 172:13

course [25] - 4:7, 4:9, 4:12, 10:12, 10:25, 15:12, 16:13, 25:15, 28:12, 28:24, 92:24, 114:2, 123:23, 126:11, 140:14, 141:9, 154:21, 164:24, 173:10, 177:17, 179:13,

181:4, 182:7, 185:2, 198:7

**court** [9] - 107:20, 110:4, 110:6, 179:4, 191:25, 192:4, 193:25, 197:12

**COURT** [69] - 1:1, 1:13, 3:2, 3:5, 3:9, 35:18, 48:14, 48:19, 48:23, 48:25, 49:2, 49:7, 49:9, 49:16, 49:23, 49:24, 49:25, 50:4, 50:10, 50:13, 50:15, 55:16, 55:20, 56:8, 56:16, 56:22, 57:3, 57:9, 58:11, 58:13, 58:15, 69:21, 73:5, 81:25, 86:11, 86:14, 88:25, 118:20, 119:1, 119:12, 119:19, 119:23, 120:2, 120:4, 120:9, 120:12, 120:15, 124:7, 124:11, 146:15, 172:20, 172:22, 172:24, 196:24, 197:4, 197:8, 197:15, 197:21, 197:25, 198:16, 198:18, 198:21, 199:7, 199:8, 199:18, 200:1, 200:7, 200:12, 200:19

**Court** [15] - 2:5, 2:5, 9:15, 11:6, 11:10, 49:8, 56:24, 61:3, 61:4, 107:14, 120:10, 135:8, 146:19, 196:24, 201:5

**Court's** [2] - 56:11, 173:18

**courthouse** [1] - 198:25

**COURTROOM** [2] - 3:4, 50:12

**courtroom** [5] - 4:15, 105:16, 172:13, 195:8, 195:15

**cover** [4] - 7:1, 14:7, 154:21, 160:20

**covered** [2] - 14:2, 14:4

**covering** [1] - 125:20

**CR** [1] - 1:2

**cracks** [2] - 99:2, 148:1

**crashed** [1] - 108:7

**crashes** [1] - 107:15

**crates** [1] - 129:23

**CRAWFORD** [11] -

2:1, 48:15, 48:21, 48:24, 118:24, 120:16, 124:9, 124:12, 197:2, 197:6, 200:10

**Crawford** [21] - 2:2, 33:4, 47:23, 48:17, 102:1, 102:8, 102:9, 102:11, 118:23, 119:7, 119:25, 120:15, 147:12, 148:4, 148:10, 148:15, 149:12, 150:17, 152:21, 154:23, 172:6

**Crawford's** [5] - 86:20, 147:11, 147:18, 149:18, 150:25

**crazy** [5] - 117:15, 117:16, 117:19, 118:10

**created** [1] - 45:10

**creation** [1] - 152:18

**creative** [1] - 88:1

**creatively** [1] - 87:10

**credibility** [3] - 10:10, 10:15, 11:5

**credit** [1] - 84:10

**creep** [1] - 117:2

**Creole** [6] - 136:20, 136:21, 138:25, 143:14, 180:3, 180:12

**crib** [2] - 72:7, 72:14

**crime** [13] - 146:2, 177:13, 179:14, 183:7, 183:12, 186:3, 188:8, 188:19, 189:1, 189:3, 189:4, 189:6, 190:4

**crimes** [7] - 6:22, 9:14, 106:22, 146:24, 146:25, 164:20, 173:7

**criminal** [5] - 50:22, 109:24, 183:16, 188:5

**criminally** [1] - 188:24

**critical** [1] - 95:16

**cross** [9] - 93:12, 94:23, 96:12, 97:14, 97:15, 104:17, 105:5, 127:25, 156:20

**cross-examination** [8] - 93:12, 94:23, 96:12, 97:15, 104:17, 105:5, 127:25, 156:20

**crossing** [2] - 44:21, 137:15

**crumble** [1] - 97:3

**crumbs** [2] - 114:22,

115:14

**crust** [1] - 113:25

**CS** [30] - 19:5, 20:14, 20:20, 20:23, 21:6, 21:9, 22:5, 22:7, 22:10, 23:14, 24:3, 24:5, 24:13, 25:5, 25:11, 25:14, 25:24, 26:2, 31:1, 31:3, 31:19, 31:23, 32:12, 32:18, 32:20, 33:1, 34:1, 34:3, 35:11, 35:14

**cS** [12] - 20:12, 22:12, 22:14, 24:1, 25:22, 31:15, 32:2, 34:10, 34:13, 34:20, 35:3, 35:8

**culpa** [1] - 117:4

**currency** [2] - 39:11, 167:24

**curve** [1] - 91:12, 91:13

**customer** [1] - 168:12

**customers** [1] - 163:12

**cut** [1] - 115:5

**cuz** [8] - 20:17, 22:21, 22:23, 23:8, 24:7, 25:3, 26:10, 26:11

**Cuz** [1] - 24:17

**CVS** [1] - 32:14

## D

**D.C** [1] - 144:18

**DA** [1] - 76:13

**dad** [1] - 114:7

**Dad** [3] - 51:12, 65:9, 65:15

**dad's** [4] - 21:14, 22:16, 22:18, 114:5

**daily** [3] - 12:24, 124:18, 125:16

**damn** [1] - 26:15

**danger** [2] - 109:16, 109:21

**dare** [1] - 146:17

**darn** [4] - 104:3, 107:6, 108:19, 110:25

**date** [7] - 92:16, 189:12, 189:13, 189:16, 193:19, 195:6

**Dated** [1] - 201:2

**dates** [2] - 33:17, 172:2

**dating** [1] - 16:3

**daughter** [2] - 51:5, 65:5

**David** [3] - 40:8, 40:13, 167:19

**days** [10] - 22:19, 35:17, 116:5, 126:6, 127:17, 131:17, 132:1, 132:2, 132:3, 153:1

**DCF** [1] - 109:18

**DEA** [4] - 17:21, 19:16, 137:20, 197:14

**deal** [18] - 24:22, 42:13, 52:10, 52:14, 52:23, 53:3, 69:13, 70:4, 74:12, 74:14, 74:25, 81:22, 82:23, 109:10, 157:4, 163:1, 163:14, 170:24

**dealer** [6] - 55:7, 55:8, 55:9, 55:11, 61:25, 66:20

**dealers** [2] - 56:14, 58:22

**dealership** [2] - 83:3, 83:16

**dealing** [8] - 7:14, 7:16, 10:22, 39:7, 70:7, 70:15, 75:24, 166:2

**dealings** [1] - 163:16

**deals** [2] - 8:10, 81:19

**dealt** [4] - 16:14, 59:8, 163:14, 166:10

**debt** [4] - 27:25, 78:4, 82:21, 170:8

**decide** [85] - 85:4, 87:17, 98:7, 108:6, 121:2, 121:21, 122:16, 132:5, 133:19, 173:4, 176:7, 178:6, 179:25, 181:25, 191:8

**decided** [5] - 15:10, 17:22, 80:1, 99:9, 131:14

**deciding** [4] - 173:1, 176:14, 177:15, 190:22

**decision** [10] - 115:22, 115:23, 121:23, 122:10, 124:13, 145:20, 145:21, 173:8, 175:14, 176:9

**decisions** [5] - 97:24, 121:20, 122:1, 122:13, 182:3

**decoys** [1] - 58:24

**deductions** [1] - 175:17

**defeat** [1] - 160:12

**Defendant** [3] - 1:19, 1:22, 2:1

**DEFENDANT** [1] - 172:17

**defendant** [156] - 3:16, 4:1, 4:3, 8:20, 8:24, 8:25, 12:7, 12:8, 12:18, 14:20, 14:22, 17:4, 17:6, 17:8, 17:9, 17:11, 18:2, 18:10, 18:14, 18:17, 19:21, 20:5, 20:7, 27:17, 27:19, 27:22, 28:1, 28:5, 28:10, 28:13, 28:19, 28:23, 33:19, 36:21, 36:25, 37:1, 37:5, 37:14, 37:19, 38:4, 38:6, 38:10, 38:17, 38:22, 38:24, 39:1, 39:5, 39:13, 39:21, 39:25, 40:4, 40:14, 41:8, 41:9, 41:22, 42:24, 43:2, 43:13, 43:22, 43:25, 44:19, 45:10, 45:14, 45:15, 56:3, 56:19, 56:20, 73:7, 73:16, 73:18, 73:19, 108:21, 108:22, 111:9, 111:10, 111:11, 111:13, 111:22, 112:17, 112:20, 148:12, 150:13, 152:10, 158:2, 158:15, 159:1, 161:18, 162:10, 166:20, 166:23, 167:2, 168:7, 168:13, 168:18, 169:17, 170:5, 170:12, 170:15, 170:18, 171:1, 171:6, 171:8, 173:6, 173:13, 173:21, 173:22, 173:23, 173:25, 174:4, 174:5, 174:22, 178:4, 178:5, 178:23, 181:21, 182:1, 182:6, 182:9, 184:10, 184:18, 184:23, 184:24, 184:25, 185:16, 185:22, 185:23, 186:1, 186:8, 186:11, 186:13, 186:25, 187:6, 187:7, 187:10, 188:5, 188:7, 188:15, 188:16,

188:17, 188:20, 188:21, 188:23, 188:25, 189:5, 189:8, 190:9, 190:14, 190:17, 190:18, 190:22, 192:12, 192:18, 193:16, 194:9, 194:21

**defendant's** [8] - 37:4, 43:24, 85:14, 167:25, 170:1, 174:9, 174:12, 178:7

**defendants** [51] - 6:10, 6:14, 7:2, 7:6, 8:9, 9:5, 11:23, 12:22, 13:17, 14:3, 14:10, 18:23, 33:6, 33:17, 36:4, 45:21, 45:24, 47:12, 88:6, 106:13, 110:2, 111:3, 147:5, 147:20, 147:24, 148:18, 149:16, 149:19, 150:7, 150:10, 151:3, 151:10, 152:7, 153:19, 154:9, 155:3, 157:23, 159:15, 159:24, 171:24, 172:2, 172:14, 182:17, 182:22, 183:2, 185:12, 186:20, 190:5, 190:12, 194:4, 194:22

**Defendants** [1] - 1:9

**defendants'** [1] - 130:10

**defense** [10] - 3:21, 86:22, 87:3, 87:9, 88:1, 94:11, 97:10, 104:16, 147:9, 199:18

**Defense** [2] - 87:21, 88:15

**defense's** [1] - 48:4

**definitely** [1] - 26:8

**degrees** [9] - 100:14, 100:17, 100:19, 100:23, 100:24, 100:25, 101:1, 101:4

**delay** [1] - 119:2

**deliberate** [10] - 58:5, 80:10, 80:11, 120:21, 121:10, 123:3, 123:24, 124:2, 144:6

**deliberating** [2] - 122:5, 124:6

**deliberation** [4] - 87:24, 124:3, 124:12, 146:8

**deliberations** [17] -

9:23, 18:25, 113:2, 171:18, 172:10, 173:3, 174:2, 181:9, 182:15, 191:4, 191:24, 195:25, 196:6, 196:7, 196:13, 196:16, 198:8

**deliver** [14] - 30:14, 31:11, 36:5, 41:6, 76:4, 95:8, 131:3, 157:24, 158:9, 158:13, 160:13, 163:12, 167:5, 186:16

**delivered** [3] - 39:24, 77:20, 79:12

**deliveries** [1] - 44:10

**delivering** [4] - 16:20, 17:6, 38:10, 45:23

**delivery** [2] - 28:8, 92:21

**demands** [3] - 78:21, 166:25

**democracy** [1] - 109:25

**deny** [1] - 69:4

**department** [1] - 89:15

**Department** [3] - 88:21, 109:8, 142:4

**deported** [1] - 118:2

**deposits** [1] - 38:11

**Deputy** [5] - 42:22, 43:1, 43:3, 43:10, 162:21

**describe** [1] - 58:9

**described** [4] - 38:2, 66:19, 66:22, 72:22

**description** [1] - 149:18

**desert** [1] - 89:13

**designated** [2] - 47:7, 163:9

**designed** [1] - 105:7

**desire** [4] - 18:11, 195:9, 197:10, 197:14

**desired** [1] - 171:7

**despite** [1] - 163:17

**destroy** [2] - 36:13, 62:20

**destroying** [1] - 46:5

**destruction** [4] - 89:12, 89:23, 90:10, 90:18

**detail** [1] - 178:3

**details** [4] - 7:22, 93:22, 184:15

**detained** [1] - 181:23

**detention** [1] - 17:20

**determination** [1] -

159:25

**determinations** [1] - 159:7

**determine** [7] - 86:7, 121:9, 122:23, 180:18, 180:24, 190:16, 190:24

**determining** [1] - 144:9

**detour** [1] - 151:4

**device** [1] - 36:14

**dials** [1] - 132:13

**Dick** [1] - 91:16

**Diego** [1] - 96:3

**differ** [1] - 177:2

**difference** [2] - 20:24, 56:18

**different** [9] - 4:12, 18:15, 46:16, 88:14, 103:17, 103:24, 121:14, 122:5, 177:9

**differently** [3] - 103:19, 110:17, 191:15

**difficult** [1] - 97:24

**dinner** [2] - 114:5, 115:20

**direct** [10] - 9:4, 11:14, 14:18, 14:22, 99:12, 104:15, 175:20, 175:21, 176:3, 187:15

**directed** [3] - 10:5, 188:16, 189:6

**direction** [5] - 19:2, 19:16, 154:22, 188:10, 188:12

**directions** [9] - 30:11, 30:12, 33:10, 44:24, 124:24, 130:24, 132:20, 132:22, 145:18

**directly** [5] - 17:7, 83:16, 163:6, 170:21, 177:2

**directs** [1] - 28:14

**dirty** [4] - 28:12, 60:3, 165:1, 165:2

**disbelieve** [3] - 111:17, 111:19, 176:10

**disconcerting** [1] - 133:3

**disconnect** [1] - 9:2

**discovered** [1] - 45:4

**discrepancy** [3] - 124:19, 125:22, 130:9

**discuss** [9] - 48:25, 65:22, 71:4, 121:5, 121:6, 144:7, 191:6,

195:21, 196:16

**discussed** [7] - 41:21, 46:3, 46:5, 46:6, 149:4, 157:17, 185:6

**discusses** [1] - 149:20

**discussing** [3] - 122:19, 123:1, 191:11

**discussion** [2] - 169:6, 196:18

**DISCUSSION** [5] - 55:19, 57:5, 119:11, 196:23, 197:22

**discussions** [2] - 39:15, 46:14

**dishonest** [1] - 58:5

**dishonesty** [1] - 177:14

**disobey** [1] - 190:3

**disparity** [1] - 128:8

**dispatchers** [1] - 145:16

**disposable** [1] - 70:8

**disprove** [2] - 11:18, 176:1

**disproving** [1] - 161:18

**dispute** [3] - 11:19, 176:1, 176:13

**disregard** [5] - 111:21, 173:18, 175:13, 181:1, 190:3

**distance** [1] - 28:22

**distinction** [1] - 176:2

**distribute** [33] - 6:7, 6:18, 6:25, 7:3, 8:16, 52:9, 52:15, 53:3, 70:23, 70:25, 86:2, 158:12, 160:3, 163:1, 163:5, 163:6, 163:8, 163:11, 172:5, 182:19, 182:23, 183:14, 185:14, 186:5, 186:14, 186:15, 186:23, 192:9, 192:10, 193:13, 194:6, 194:18

**distributed** [4] - 19:12, 53:15, 67:4, 79:22

**distributing** [1] - 16:19

**distribution** [8] - 36:20, 84:8, 147:6, 162:9, 162:12, 162:15, 163:20, 166:9

**distributors** [1] - 162:7

**District** [7] - 2:5, 11:25, 12:6, 19:13, 29:16, 30:15, 37:24

**DISTRICT** [3] - 1:1, 1:1, 1:13

**disturbing** [1] - 114:6

**dividing** [1] - 16:19

**division** [1] - 195:18

**DNA** [1] - 146:8

**dock** [5] - 93:2, 94:1, 129:21, 130:12, 154:1

**doctor** [2] - 90:16, 160:16

**document** [15] - 75:17, 87:25, 88:3, 88:5, 88:9, 92:2, 92:3, 92:11, 92:13, 95:10, 95:22, 95:23, 96:1, 98:10, 98:11

**documents** [5] - 83:1, 83:20, 84:12, 95:3, 155:15

**Dodge** [1] - 27:24

**dog** [21] - 45:18, 114:13, 114:14, 114:22, 115:8, 117:23, 117:25, 118:11, 141:2, 141:5, 141:7, 141:10, 141:14, 141:16, 142:4, 143:19, 143:23, 144:2, 148:22, 148:25, 149:7

**Dog** [1] - 24:21

**dogs** [3] - 45:12, 141:5, 143:14

**dollar** [2] - 90:13, 162:8

**dollars** [8] - 16:22, 29:21, 29:22, 37:23, 48:6, 78:4, 90:6, 157:20

**Donald** [1] - 91:17

**done** [6] - 121:12, 125:5, 135:13, 141:16, 145:11, 189:20

**door** [1] - 117:13

**doors** [6] - 99:14, 99:16, 100:5, 103:9, 104:23, 117:19

**dope** [2] - 30:14, 68:5

**doubt** [60] - 4:2, 9:14, 9:15, 9:16, 9:17, 10:1, 10:21, 26:10, 54:15, 54:18, 55:3, 78:5, 79:22, 80:19, 85:6, 86:8, 88:18,

89:17, 89:18, 89:22, 97:9, 97:20, 105:13, 105:20, 106:4, 106:6, 106:8, 106:23, 107:10, 111:1, 116:7, 116:14, 116:15, 116:25, 118:25, 122:17, 122:24, 123:1, 123:18, 125:8, 130:4, 130:14, 133:14, 146:4, 147:1, 149:14, 169:16, 173:5, 174:4, 174:10, 174:12, 174:13, 174:17, 174:23, 184:6, 186:10, 189:7, 189:15

**dough** [11] - 14:2, 14:6, 129:13, 129:17, 129:24, 153:23, 154:4, 154:8, 154:15, 155:19, 157:19

**down** [37] - 17:14, 24:9, 31:18, 32:3, 32:7, 32:21, 32:23, 38:11, 44:5, 46:15, 62:11, 64:12, 83:17, 110:2, 110:5, 113:17, 114:19, 115:6, 116:12, 116:13, 122:11, 124:10, 143:17, 145:7, 147:12, 148:9, 149:20, 149:25, 151:25, 152:10, 154:14, 160:19, 170:6, 195:10

**downtown** [1] - 34:23

**Dr** [6] - 144:15, 144:21, 145:1, 145:6, 146:13, 147:4

**draw** [2] - 125:19, 160:6

**drink** [1] - 35:12

**drinking** [7] - 51:10, 51:11, 51:12, 51:13, 51:14, 51:15

**Drive** [1] - 96:23

**drive** [3] - 76:25, 77:11, 88:13

**driver** [6] - 51:8, 89:5, 130:23, 132:22, 145:12

**driver's** [13] - 12:24, 43:5, 47:14, 92:19, 94:9, 94:18, 95:4, 96:1, 125:15, 128:8, 129:9, 153:19, 169:23

**drivers** [13] - 30:9,

33:16, 36:3, 36:9, 94:5, 98:13, 98:14, 112:23, 128:5, 128:22, 139:13, 152:25, 158:6

**drives** [1] - 83:17

**driving** [6] - 45:9, 69:1, 69:11, 88:12, 132:10, 171:9

**drop** [1] - 155:18

**dropped** [1] - 33:17

**dropping** [1] - 33:8

**Drug** [3] - 19:2, 19:7, 20:2

**drug** [33] - 41:22, 41:24, 42:20, 43:16, 44:5, 55:7, 55:8, 55:9, 55:11, 55:12, 55:23, 55:24, 56:4, 56:14, 56:20, 58:22, 60:7, 60:8, 60:23, 61:25, 66:19, 69:12, 70:7, 70:14, 137:20, 141:5, 141:10, 141:14, 143:19, 170:8, 171:5, 197:11

**drugs** [3] - 72:19, 113:8, 141:17

**dry** [1] - 145:7

**dubious** [2] - 61:6, 62:6

**Dubois** [11] - 28:2, 42:8, 42:9, 42:13, 43:4, 43:9, 70:6, 82:11, 162:20, 171:1, 172:16

**dude** [4] - 21:10, 21:21, 22:16, 25:2

**dude's** [1] - 26:2

**due** [1] - 132:3

**duffle** [8] - 39:24, 40:20, 40:21, 41:6, 167:15, 167:18, 167:20, 167:22

**dumb** [1] - 152:9

**Duralia** [2] - 44:7, 44:13

**during** [29] - 4:7, 7:16, 9:23, 14:24, 15:7, 18:24, 40:16, 41:18, 43:9, 44:1, 44:7, 47:19, 75:22, 79:6, 151:25, 153:6, 156:20, 162:21, 167:11, 167:16, 171:18, 173:10, 174:1, 175:13, 177:10, 181:4, 181:9, 182:14, 198:7

**duties** [1] - 38:1

**dutifully** [2] - 110:8, 110:10

**duty** [10] - 13:1, 13:17, 47:14, 54:15, 105:17, 106:9, 154:6, 172:24, 173:4, 191:6

# E

**EAJ** [1] - 1:2

**early** [8] - 21:2, 22:23, 92:21, 93:1, 131:17, 131:20, 131:25, 148:8

**ears** [1] - 115:18

**easier** [3] - 21:19, 67:12

**easily** [2] - 70:8, 150:2

**east** [3] - 76:4, 90:19, 91:4

**easy** [8] - 71:13, 76:7, 76:16, 77:16, 103:8, 103:9, 104:3, 166:6

**eat** [4] - 114:4, 114:14, 114:15, 115:7

**eaten** [1] - 67:17

**eating** [1] - 115:2

**edits** [1] - 150:24

**effectuate** [1] - 58:25

**effort** [2] - 188:13, 191:7

**efforts** [2] - 76:2, 78:2

**Egypt** [1] - 90:17

**either** [20] - 6:16, 53:15, 65:11, 66:1, 68:24, 95:21, 97:17, 105:12, 108:20, 112:21, 113:2, 154:22, 173:12, 176:3, 178:22, 187:20, 189:6, 190:2, 193:17, 195:13

**elects** [1] - 173:25

**elements** [7] - 6:22, 6:23, 6:24, 9:13, 95:16, 146:25

**elevate** [1] - 51:16

**eligibility** [1] - 88:13

**eloquently** [1] - 125:5

**embellish** [3] - 52:4, 54:24, 85:23

**embellishing** [2] - 54:1, 55:1

**emphasize** [2] - 156:14, 181:16

**employee** [3] - 28:6, 188:15

**employees** [1] - 166:10

**Emporia** [3] - 93:6, 93:8, 95:9

**encounter** [4] - 43:1, 43:9, 153:9

**encountered** [1] - 83:25

**encounters** [1] - 84:3

**encourages** [2] - 127:13, 153:1

**end** [8] - 56:24, 80:9, 87:16, 106:14, 122:11, 122:15, 133:4, 152:13

**endeavor** [1] - 54:19

**ended** [2] - 90:5, 112:23

**enemy** [1] - 58:3

**enforcement** [19] - 17:25, 18:9, 37:11, 45:19, 47:13, 67:22, 67:23, 86:25, 88:22, 139:25, 140:12, 141:21, 148:20, 150:9, 152:15, 153:10, 166:17, 170:4, 170:6

**Enforcement** [3] - 19:3, 19:7, 20:2

**engaged** [2] - 180:7, 188:22

**English** [1] - 180:3

**enhanced** [3] - 10:16, 15:9, 61:12

**enlightenment** [1] - 104:19

**enlisted** [1] - 44:13

**ensured** [1] - 89:16

**enter** [2] - 158:9, 160:19

**entered** [8] - 7:6, 7:13, 8:24, 157:1, 160:2, 171:22, 178:24, 183:23

**entire** [3] - 110:6, 148:17, 159:4

**entirely** [3] - 178:18, 179:10, 180:18

**entitled** [1] - 181:16

**entrap** [1] - 75:9

**entry** [2] - 157:6, 157:7

**envelope** [1] - 53:13

**enviable** [1] - 38:9

**especially** [3] - 28:23, 85:8, 92:25

**essence** [1] - 183:25

**essential** [1] - 6:22

**essentially** [3] - 88:22, 91:21, 92:4

**establish** [2] - 183:19, 189:5

**established** [1] - 171:22

**estate** [1] - 42:10

**estimated** [1] - 18:3

**et** [1] - 115:2

**evaluate** [1] - 113:12

**evaluating** [1] - 9:22

**evaluation** [2] - 15:3, 180:19

**Evens** [5] - 88:24, 89:4, 186:20, 193:23, 194:9

**EVENS** [1] - 1:7

**event** [3] - 18:6, 151:23, 185:3

**eventually** [3] - 17:3, 17:5, 143:20

**everyday** [1] - 50:23

**evidence** [168] - 4:6, 4:8, 4:11, 4:17, 4:19, 5:10, 5:11, 6:1, 6:3, 6:9, 6:13, 6:19, 7:3, 7:4, 8:8, 8:17, 9:3, 9:19, 10:6, 10:8, 10:20, 11:4, 11:13, 11:14, 11:15, 11:16, 11:20, 12:2, 12:3, 13:23, 14:11, 14:16, 14:18, 14:22, 15:2, 15:4, 19:23, 20:6, 29:23, 52:11, 53:14, 53:21, 54:6, 54:8, 55:25, 56:2, 56:5, 56:15, 57:2, 59:24, 66:3, 66:4, 66:5, 66:6, 66:9, 67:1, 68:22, 69:19, 71:18, 72:8, 73:2, 74:5, 75:15, 76:23, 79:11, 79:21, 80:19, 81:11, 81:12, 81:14, 81:20, 82:4, 84:11, 85:3, 86:2, 86:17, 86:24, 87:14, 87:16, 87:22, 88:5, 88:10, 88:16, 89:6, 93:14, 93:16, 95:14, 95:17, 98:1, 98:24, 99:14, 100:4, 100:19, 101:13, 107:3, 107:4, 107:24, 108:3, 108:11, 108:16, 109:13, 111:12, 111:18, 113:16, 118:14, 122:19,

123:19, 125:6, 125:18, 126:13, 126:15, 128:2, 130:5, 130:6, 133:25, 135:6, 146:18, 146:24, 148:2, 152:22, 160:2, 160:7, 161:14, 161:17, 161:20, 163:3, 164:21, 173:9, 173:21, 173:24, 174:15, 175:1, 175:2, 175:5, 175:7, 175:16, 175:19, 175:21, 175:24, 176:3, 176:5, 176:6, 177:3, 177:5, 177:7, 179:15, 180:5, 180:23, 181:13, 181:21, 181:24, 182:4, 182:8, 184:5, 188:6, 190:7, 190:16, 191:10, 191:19, 196:3, 199:16, 199:21, 200:4, 200:9

**evidenced** [1] - 18:11

**evil** [1] - 90:24

**exact** [1] - 189:13

**exactly** [5] - 16:11, 94:16, 94:17, 107:12, 122:20

**exaggerate** [2] - 52:4, 54:22

**examination** [11] - 93:12, 94:23, 96:12, 97:15, 99:12, 104:15, 104:17, 105:5, 127:25, 156:20, 180:21

**examine** [4] - 198:3, 198:5, 198:8, 198:12

**example** [2] - 14:16, 178:10

**examples** [2] - 137:15, 144:14

**except** [2] - 134:16, 175:11

**excerpts** [1] - 79:13

**excess** [2] - 159:22

**excited** [3] - 114:10, 170:16, 170:18

**exclude** [1] - 174:11

**exclusion** [1] - 147:1

**excuse** [7] - 58:15, 58:19, 62:17, 78:12, 82:20, 88:25, 133:7

**EXHIBIT** [1] - 198:14

**Exhibit** [20] - 12:23, 13:10, 13:13, 13:25, 20:9, 23:23, 25:20, 30:21, 33:23, 41:12,

62:22, 87:22, 88:15, 138:9, 143:13, 148:5, 151:5, 153:7, 153:16, 166:22

**exhibits** [7] - 69:21, 96:14, 98:7, 105:19, 124:8, 175:3, 180:1

**Exhibits** [1] - 165:6

**exist** [1] - 156:12

**existed** [1] - 155:15

**exists** [1] - 54:13

**exit** [4] - 31:24, 32:1, 45:1, 151:12

**expect** [4] - 9:25, 15:21, 48:1, 48:2

**expectations** [1] - 27:21

**expected** [1] - 15:19

**expenses** [1] - 156:10

**expensive** [4] - 17:10, 29:8, 42:16, 82:6

**experience** [3] - 91:20, 102:6, 179:19

**experienced** [4] - 93:11, 97:14, 128:5, 139:13

**expert** [15] - 92:21, 92:22, 94:4, 100:12, 100:13, 100:22, 101:5, 101:22, 101:23, 102:25, 104:8, 104:13, 127:2, 127:5, 152:24

**experts** [2] - 48:4, 127:3

**explain** [8] - 36:15, 148:3, 182:10, 182:24, 185:22, 187:6, 191:5, 192:2

**explained** [4] - 92:23, 101:2, 117:8, 173:15

**explaining** [3] - 46:19, 139:19, 139:21

**explains** [1] - 115:9

**explanation** [1] - 166:12

**explicit** [1] - 65:16

**exposed** [1] - 179:1

**expressed** [1] - 179:22

**expressly** [1] - 179:3

**extent** [1] - 181:22

**extra** [2] - 115:19, 163:8

**eye** [2] - 121:21, 122:1

**eyes** [1] - 105:23

**eyewitness** [1] - 175:23

**eyewitnesses** [1] - 14:19

## F

**F-ing** [1] - 27:13

**fabrication** [1] - 47:17

**fabrications** [1] - 47:18

**face** [3] - 10:14, 78:9, 172:14

**fact** [24] - 11:19, 12:3, 36:6, 37:11, 60:22, 63:21, 67:14, 84:7, 86:6, 90:8, 92:14, 111:22, 135:9, 135:10, 135:12, 161:1, 175:22, 176:1, 177:6, 177:12, 178:3, 179:13, 185:3, 190:11

**factor** [1] - 177:14

**factors** [1] - 10:18

**facts** [21] - 11:17, 98:3, 98:5, 105:9, 110:12, 133:11, 135:18, 146:23, 155:24, 155:25, 156:5, 161:13, 161:20, 171:12, 171:13, 173:6, 175:15, 175:25, 186:9, 191:18

**fail** [1] - 107:8

**failed** [4] - 106:3, 106:7, 106:22, 177:8

**fails** [1] - 174:5

**fake** [1] - 82:12

**false** [3] - 177:14, 178:14, 179:7

**falsehood** [1] - 178:1

**falsely** [4] - 140:13, 140:15, 140:21, 177:6

**falsification** [1] - 13:19

**falsified** [2] - 13:4, 153:19

**falsify** [1] - 12:24

**families** [3] - 66:16, 70:12, 120:24

**Families** [1] - 109:9

**family** [5] - 58:23, 66:9, 67:11, 89:24, 164:16

**fancy** [10] - 29:8, 60:12, 78:18, 89:6, 89:7, 91:19, 94:11,

96:21, 96:23, 141:15

**fantasy** [8] - 47:16, 47:17, 87:9, 87:12, 112:5, 152:16, 152:17, 156:13

**far** [7] - 13:20, 16:17, 33:5, 34:19, 53:13, 56:12, 126:7

**fashion** [1] - 6:21

**fathers** [1] - 90:3

**fault** [2] - 108:6, 108:7

**favor** [1] - 61:16

**favorable** [2] - 178:13, 179:6

**favorite** [1] - 113:23

**feasor's** [1] - 107:18

**February** [1] - 1:6

**federal** [3] - 145:8, 183:7, 186:3

**feed** [1] - 63:14

**feelings** [1] - 113:8

**feet** [1] - 47:8

**fell** [1] - 25:24

**fellow** [2] - 68:6, 71:14

**fellows** [1] - 88:7, 94:22

**felon** [5] - 15:9, 55:24, 56:4, 56:9, 56:20

**felons** [1] - 55:23

**felony** [2] - 10:15, 177:13

**felt** [1] - 40:23

**fer** [1] - 75:2

**few** [5] - 15:1, 58:10, 120:16, 162:24, 176:15

**fiction** [1] - 152:17

**field** [1] - 179:20

**figure** [2] - 65:14, 200:18

**figuring** [1] - 28:21

**file** [1] - 169:24

**fill** [1] - 195:5

**filled** [1] - 135:1

**final** [7] - 3:12, 4:16, 46:13, 115:23, 116:8, 143:6, 150:23

**finally** [4] - 52:21, 74:21, 145:9, 168:17

**financial** [1] - 186:18

**financing** [2] - 42:20, 43:16

**fine** [4] - 31:19, 46:18, 85:1, 102:24

**finger** [1] - 66:11

**finish** [2] - 82:9, 173:2

**finished** [1] - 145:10

**fire** [1] - 110:22

**first** [23] - 3:15, 3:23, 16:9, 25:20, 34:21, 77:19, 90:24, 101:23, 109:2, 117:8, 124:17, 128:10, 133:7, 137:3, 137:23, 139:3, 150:21, 181:25, 183:1, 184:6, 186:10, 191:22, 192:3

**fit** [1] - 93:2

**five** [3] - 17:8, 81:19, 81:25

**fix** [1] - 145:3

**fixed** [1] - 144:22

**FL** [5] - 1:18, 1:21, 1:24, 2:3, 2:6

**flight** [1] - 77:21

**floor** [4] - 89:9, 97:4, 110:3, 114:13

**floorboard** [1] - 140:6

**Florida** [20] - 2:6, 11:25, 12:7, 17:9, 19:14, 29:16, 30:16, 33:11, 36:5, 37:24, 98:18, 100:7, 100:9, 136:14, 138:16, 139:7, 142:13, 151:11, 167:5, 169:24

**FLORIDA** [1] - 1:1

**flow** [1] - 68:18

**fly** [2] - 12:15, 90:25

**focus** [1] - 71:14

**focused** [1] - 91:2

**folks** [1] - 51:15

**follow** [11] - 33:10, 113:12, 121:9, 123:4, 128:1, 142:24, 145:2, 146:13, 173:1, 173:14, 173:16

**follow-up** [1] - 128:1

**followed** [3] - 40:4, 41:8, 110:10

**FOLLOWING** [3] - 55:18, 119:10, 196:22

**following** [5] - 70:20, 110:16, 180:10, 186:9, 192:19

**follows** [3] - 194:3, 199:9, 200:8

**FOLLOWS** [5] - 49:6, 57:6, 120:8, 197:24, 199:6

**FOR** [2] - 1:1, 198:15

**forbids** [1] - 190:2

**force** [1] - 63:14

**Ford** [1] - 144:18

**foregoing** [1] -

200:24
**foreknowledge** [1] - 57:18
**foreman** [4] - 191:23, 193:20, 195:5, 195:24
**forever** [1] - 25:1
**forewoman** [4] - 191:23, 193:21, 195:5, 195:25
**forget** [2] - 98:10, 177:21
**forgot** [2] - 153:5, 153:6
**forklifts** [1] - 154:3
**form** [8] - 14:19, 185:21, 187:5, 192:7, 193:11, 193:24, 194:2, 194:17
**formal** [2] - 173:20, 183:23
**formalities** [1] - 193:25
**former** [2] - 12:10, 166:14
**forms** [3] - 192:1, 193:22, 194:22
**Fort** [3] - 40:14, 145:7, 171:2
**forth** [2] - 5:8, 196:4
**fortunately** [2] - 29:1, 86:17
**forward** [1] - 42:17
**foster** [1] - 109:9
**four** [8] - 22:19, 22:20, 57:1, 76:3, 84:3, 103:18, 121:8, 121:12
**frame** [1] - 159:4
**Franklin** [2] - 44:16, 44:21
**frankly** [2] - 123:12, 126:9
**free** [9] - 87:18, 109:25, 111:4, 111:5, 118:17, 163:24, 164:1, 164:13, 164:17
**freezer** [1] - 135:5
**freight** [1] - 41:17
**friend** [7] - 24:22, 41:25, 83:11, 113:18, 113:19, 169:12
**friend's** [1] - 169:14
**frolic** [3] - 131:6, 131:16, 151:4
**front** [5] - 43:16, 139:18, 141:12, 150:3, 150:14
**fronts** [1] - 16:4
**frozen** [3] - 100:13, 100:25, 129:24

**fuck** [4] - 24:20, 25:3, 34:24, 35:8
**fucking** [17] - 20:22, 21:21, 21:22, 24:6, 24:7, 24:16, 25:2, 25:24, 25:25, 26:2, 26:7, 26:9, 26:12, 26:15, 26:23, 34:14, 35:3
**full** [8] - 7:21, 42:21, 43:15, 127:12, 154:3, 167:15, 184:14, 191:9
**funds** [2] - 19:17, 38:20
**funny** [1] - 87:11
**furnished** [1] - 196:1
**furthers** [1] - 135:13

## G

**gain** [3] - 61:16, 178:13, 179:5
**gained** [1] - 38:6
**Gainesville** [1] - 65:7
**Galilei** [1] - 116:18
**Galileo** [1] - 116:18
**game** [5] - 16:17, 138:25, 139:19, 142:5, 143:9
**gang** [3] - 29:25, 162:19, 165:8
**garage** [1] - 78:18
**garbage** [1] - 97:3
**gas** [3] - 27:20, 28:2, 151:11
**gate** [1] - 40:5
**gates** [1] - 40:3
**Gatorade** [1] - 34:16
**gee** [1] - 104:2
**general** [2] - 7:25, 184:18
**generations** [2] - 116:20, 116:24
**generic** [1] - 77:3
**gentleman** [3] - 40:8, 82:14, 93:10
**gentlemen** [41] - 3:6, 5:20, 11:17, 40:9, 49:1, 50:19, 52:6, 53:20, 62:14, 63:8, 68:13, 70:17, 71:6, 72:3, 75:20, 76:22, 77:24, 79:23, 81:23, 82:13, 85:7, 85:25, 87:8, 87:18, 93:8, 95:18, 99:18, 105:24, 106:7, 118:16, 120:13, 122:4, 123:12, 128:21,

137:9, 142:25, 148:7, 148:21, 155:21, 158:17, 172:21
**gentlemen's** [1] - 95:20
**genuine** [1] - 46:21
**George** [3] - 91:3, 91:6, 115:5
**Georgia** [3] - 151:12, 152:11, 168:13
**getaway** [1] - 144:20
**girl** [3] - 65:10, 65:17, 168:15
**girlfriend** [1] - 170:11
**girls** [1] - 83:4
**given** [11] - 4:22, 11:3, 11:6, 36:24, 44:25, 91:18, 98:15, 106:25, 182:13, 196:2, 196:24
**Gladwell** [1] - 121:18
**glasses** [1] - 104:21
**gloves** [2] - 112:20, 113:4
**go-fer** [1] - 75:2
**God** [1] - 105:24
**Golden** [5] - 42:23, 43:10, 83:24, 162:21, 171:9
**gonna** [2] - 24:16, 24:23
**goods** [2] - 100:14, 100:25
**Google** [1] - 144:13
**Gopie** [2] - 84:13
**gotta** [5] - 25:6, 25:7, 25:8, 26:19, 27:7
**governing** [1] - 182:24
**government** [1] - 1:16
**government** [115] - 3:14, 3:19, 3:23, 3:25, 4:3, 5:17, 7:9, 9:10, 15:15, 15:19, 29:17, 29:19, 29:25, 53:16, 54:14, 55:23, 57:15, 57:22, 59:9, 61:8, 61:10, 61:17, 64:7, 64:11, 67:2, 67:25, 68:11, 68:21, 71:6, 72:5, 72:9, 72:10, 72:25, 73:21, 74:13, 75:7, 75:23, 79:13, 79:15, 80:24, 83:10, 85:5, 85:13, 85:16, 86:7, 86:9, 86:25, 87:21, 88:18, 93:12, 94:10, 94:14, 95:4,

96:2, 96:11, 96:24, 97:6, 97:15, 98:8, 98:21, 101:13, 104:6, 104:14, 105:12, 106:3, 106:22, 108:21, 109:11, 109:17, 109:22, 110:14, 111:8, 113:7, 115:25, 116:4, 117:2, 123:17, 124:13, 124:20, 128:8, 129:5, 129:19, 130:3, 130:19, 132:7, 134:6, 134:10, 140:18, 144:10, 146:10, 146:17, 146:21, 155:10, 156:19, 158:1, 161:16, 162:2, 164:8, 168:3, 171:20, 171:21, 173:4, 173:13, 174:3, 178:16, 178:21, 178:24, 179:8, 181:20, 183:20, 184:2, 189:12, 189:14, 199:13
**government's** [34] - 52:17, 53:11, 56:1, 63:18, 63:23, 78:3, 81:12, 95:6, 95:16, 99:2, 105:4, 112:1, 124:25, 125:13, 126:22, 128:12, 129:8, 130:15, 133:6, 133:8, 133:12, 133:21, 134:22, 136:10, 136:22, 142:11, 143:2, 147:12, 149:14, 163:2, 163:18, 174:7, 174:11, 197:10
**Government's** [18] - 12:23, 13:9, 13:13, 13:25, 20:9, 23:23, 25:19, 30:21, 33:23, 41:12, 62:22, 143:13, 148:5, 151:5, 153:7, 153:16, 165:6, 166:22
**GPS** [21] - 13:7, 47:6, 62:10, 89:6, 92:12, 94:21, 95:2, 95:11, 95:24, 96:13, 101:10, 124:18, 125:15, 126:15, 128:7, 128:14, 129:9, 129:12, 130:20, 152:22, 155:12
**GPSs** [1] - 74:6
**graduated** [1] - 65:5
**great** [5] - 58:3,

81:13, 131:12, 133:23, 181:25
**greater** [2] - 108:2, 181:17
**greatly** [2] - 51:17
**greed** [2] - 28:20, 38:16
**Greek** [2] - 113:18, 113:19
**green** [2] - 103:21, 103:22
**grew** [5] - 16:5, 65:11, 65:24, 66:7, 66:13
**Group** [1] - 1:22
**group** [2] - 21:20, 52:3
**guaranteeing** [1] - 22:17
**guess** [3] - 26:12, 48:10, 134:6
**guided** [1] - 4:13
**guilt** [13] - 88:19, 97:17, 101:13, 105:20, 106:4, 116:7, 117:4, 173:21, 174:9, 174:12, 179:16, 188:5, 194:15
**guilty** [78] - 4:1, 53:5, 53:8, 53:18, 72:9, 72:24, 82:3, 88:4, 91:8, 97:8, 97:21, 97:22, 98:23, 105:14, 105:15, 105:22, 106:1, 106:2, 106:8, 106:9, 106:10, 107:7, 107:8, 107:9, 110:18, 110:20, 110:24, 111:4, 111:5, 111:6, 114:16, 114:17, 114:20, 115:5, 115:12, 116:3, 124:20, 128:13, 133:14, 133:22, 134:12, 135:10, 136:7, 158:22, 159:1, 159:9, 164:20, 172:16, 172:17, 173:6, 174:4, 174:6, 174:23, 179:14, 185:17, 185:24, 186:8, 187:1, 187:8, 190:12, 190:17, 190:18, 191:1, 192:14, 192:15, 192:18, 193:18, 194:11, 194:12, 194:24
**gulf** [1] - 90:24
**gun** [1] - 156:21

**guy** [29] - 28:11, 46:9, 60:2, 64:2, 67:9, 69:3, 69:11, 71:22, 74:22, 78:23, 79:2, 79:18, 80:16, 80:17, 80:21, 81:10, 83:5, 83:11, 83:21, 84:14, 93:25, 99:24, 102:9, 108:12, 116:18, 121:18, 133:3, 168:25
**guys** [22] - 22:2, 46:7, 46:8, 59:25, 72:22, 91:5, 93:20, 94:4, 97:8, 97:19, 98:22, 99:24, 101:2, 101:8, 101:15, 102:15, 117:11, 129:1, 139:18, 160:22, 160:23, 161:25

**H**

**hair** [1] - 87:9
**hair-brained** [1] - 87:9
**half** [6] - 13:2, 29:22, 48:6, 157:20, 172:22, 172:23
**hand** [3] - 26:22, 32:24, 103:4
**handcuffed** [2] - 94:15, 139:8
**handed** [3] - 77:24, 132:21, 134:7
**handle** [1] - 145:13
**HANDS** [1] - 198:14
**hands** [3] - 18:13, 28:12, 165:1
**hang** [3] - 143:16, 148:11, 149:6
**hanging** [1] - 151:12
**hangs** [1] - 133:4
**happy** [1] - 124:9
**hard** [13] - 87:15, 91:11, 91:13, 97:6, 97:7, 98:22, 98:25, 99:1, 101:6, 101:21, 142:24, 146:7, 158:1
**Hard** [2] - 91:12
**HARDAWAY** [1] - 1:8
**Hardaway** [10] - 89:4, 121:3, 124:14, 126:18, 132:18, 153:7, 153:12, 172:15, 186:21, 193:23
**harm's** [1] - 89:21
**Haven** [1] - 132:2

**head** [1] - 116:20
**headed** [1] - 31:13
**heading** [3] - 30:20, 33:6, 33:7
**headquarters** [1] - 198:11
**hear** [37] - 27:19, 27:23, 29:1, 29:2, 29:3, 29:4, 30:10, 30:17, 31:3, 48:1, 48:2, 48:9, 48:11, 51:23, 64:7, 64:17, 69:18, 77:19, 93:9, 93:13, 108:4, 118:7, 119:5, 120:17, 130:2, 147:24, 147:25, 168:18, 169:3, 195:21, 197:18, 198:22, 199:3, 199:12, 200:20
**heard** [35] - 4:19, 5:11, 7:16, 15:4, 22:24, 33:23, 36:18, 39:18, 43:14, 43:18, 44:15, 46:11, 46:25, 57:15, 59:16, 63:10, 66:13, 71:11, 87:25, 88:5, 88:9, 92:12, 104:10, 142:18, 154:5, 156:2, 159:18, 161:19, 162:20, 163:2, 166:19, 180:1, 180:4, 180:19
**hearing** [4] - 17:20, 20:17, 85:18, 180:22
**heart** [1] - 89:14
**hearts** [1] - 89:14
**heavy** [4] - 46:14, 54:15, 102:22, 174:8
**heck** [3] - 62:1, 62:7, 85:19
**HELD** [3] - 55:19, 119:11, 196:23
**held** [6] - 57:17, 62:18, 115:25, 185:18, 187:2, 188:24
**hell** [3] - 130:1, 161:22, 162:4
**hellions** [1] - 162:6
**hellish** [1] - 162:11
**Hello** [1] - 24:1
**hello** [2] - 31:4
**help** [2] - 125:11, 169:8
**helped** [3] - 40:19, 71:22, 72:1
**helpful** [2] - 5:14, 179:18
**Hertz** [2] - 84:10, 84:11

**hesitate** [1] - 191:12
**hesitation** [2] - 123:20, 174:20
**hidden** [2] - 153:21, 153:23
**hide** [2] - 148:2, 152:19
**hiding** [1] - 154:16
**high** [3] - 58:19, 96:13, 116:1
**higher** [4] - 28:11, 92:8, 108:18, 161:5
**highlight** [1] - 70:20
**highlighted** [2] - 71:6, 99:22
**highly** [1] - 112:8
**Highway** [7] - 33:11, 96:10, 100:9, 136:14, 138:16, 139:7, 142:13
**highways** [1] - 98:16
**himself** [7] - 15:18, 37:16, 38:1, 60:18, 70:3, 112:6, 165:12
**Hippocratic** [1] - 145:3
**hired** [1] - 156:21
**historical** [1] - 144:14
**history** [3] - 16:1, 16:13, 36:20
**hit** [2] - 103:22, 103:23
**hold** [3] - 115:25, 146:9, 146:20
**holding** [1] - 192:3
**holds** [1] - 188:19
**holiday** [1] - 164:15
**Holiday** [1] - 77:2
**Home** [1] - 66:22
**home** [8] - 15:6, 65:10, 65:17, 109:7, 114:2, 114:9
**homemade** [2] - 113:25
**homes** [1] - 67:17
**Homie** [34] - 62:25, 63:7, 63:10, 63:14, 63:25, 64:5, 64:9, 64:25, 65:2, 65:8, 65:9, 65:22, 65:23, 66:2, 66:12, 66:18, 67:9, 67:24, 69:20, 69:24, 74:1, 74:15, 75:3, 75:15, 75:19, 75:22, 85:24, 86:9, 166:12, 166:18, 166:20, 170:20
**homie** [5] - 65:13, 65:14, 169:10, 169:21
**Homie's** [2] - 69:16,

163:10
**honest** [2] - 112:18, 191:14
**Honor** [23] - 3:8, 5:19, 35:15, 35:20, 48:16, 49:22, 50:8, 50:16, 55:22, 57:8, 58:14, 58:19, 73:1, 73:4, 86:12, 118:18, 197:2, 197:3, 197:6, 197:7, 197:9, 197:17, 199:19
**Honorable** [2] - 49:7, 120:10
**HONORABLE** [1] - 1:13
**honorable** [1] - 89:24
**hood** [3] - 65:13, 65:18, 83:6
**hooded** [1] - 110:1
**hoops** [1] - 141:23
**Hop** [2] - 40:10, 84:9, 155:12
**Hop-A-Jet** [3] - 40:10, 84:9, 155:12
**hope** [6] - 10:17, 88:16, 125:11, 126:25, 144:8, 164:6
**hopefully** [2] - 57:13, 87:14
**hopes** [3] - 164:9, 178:13, 179:5
**hoping** [1] - 15:10
**Hopkins** [9] - 71:13, 71:14, 71:17, 71:22, 72:4, 72:5, 72:8, 72:13, 165:19
**hospital** [1] - 21:2
**hot** [3] - 12:19, 74:16, 75:25
**Hotel** [5] - 96:16, 97:2, 101:8, 101:16, 155:1
**hotel** [4] - 96:9, 96:23, 126:2, 128:21
**hour** [1] - 92:6
**hours** [6] - 13:2, 22:20, 127:13, 150:20, 153:9, 163:19
**house** [20] - 10:24, 21:14, 22:17, 22:18, 26:20, 26:22, 27:1, 27:12, 37:8, 80:16, 99:5, 99:6, 99:7, 99:8, 99:10, 144:21, 165:10, 168:24
**Howard** [2] - 44:16, 44:21
**huge** [1] - 112:24

**HUGO** [1] - 1:19
**humongous** [3] - 99:10, 99:12, 112:24
**hundred** [7] - 67:5, 78:4, 159:11, 159:14, 159:16, 160:4, 168:3
**hundreds** [1] - 13:18
**hung** [1] - 144:24
**hunkering** [1] - 114:19
**hurry** [1] - 24:8
**hurt** [1] - 70:9
**Hussein** [8] - 90:9, 90:15, 90:25, 91:2, 91:8, 91:18, 91:21, 91:24
**Hussein's** [1] - 89:12
**Hyatt** [1] - 96:22

**I**

**ID** [3] - 70:6, 82:12, 83:17
**idea** [6] - 27:15, 101:16, 102:4, 137:14, 144:3, 156:25
**ideas** [3] - 112:12, 112:13, 112:14
**identical** [2] - 134:5, 193:24
**identified** [5] - 37:18, 138:14, 139:24, 170:3, 180:2
**identify** [1] - 180:6
**identifying** [2] - 15:21, 180:13
**identities** [2] - 7:23, 184:16
**identity** [1] - 180:17
**ignoring** [1] - 156:4
**IHOP** [1] - 32:13
**II** [12] - 7:1, 18:19, 71:1, 82:5, 85:3, 158:25, 159:1, 172:3, 182:20, 193:11, 193:12
**III** [10] - 7:1, 158:22, 159:6, 159:10, 159:17, 172:3, 182:20, 186:21, 194:16, 194:17
**illegal** [5] - 33:14, 57:23, 83:19, 125:21, 154:16
**images** [1] - 91:19
**imagine** [4] - 80:8, 106:18, 128:21
**immediately** [1] - 195:23

**impartial** [2] - 9:18, 174:15

**impenetrability** [2] - 48:3, 48:10

**impermissible** [1] - 112:8

**implicate** [12] - 57:23, 57:25, 58:23, 59:6, 60:18, 62:16, 64:24, 67:9, 67:14, 75:13, 164:23, 165:3

**implicated** [1] - 165:12

**implication** [1] - 128:16

**imply** [1] - 64:4

**importance** [2] - 66:1, 157:10

**important** [15] - 10:3, 68:17, 71:5, 74:4, 87:19, 88:11, 110:7, 155:9, 155:14, 156:12, 157:5, 174:20, 176:8, 177:6, 178:2

**importantly** [1] - 59:1

**importation** [1] - 50:24

**impress** [1] - 176:17

**impression** [1] - 181:18

**inaccurately** [1] - 177:22

**inasmuch** [1] - 86:3

**incidents** [1] - 8:10

**inclination** [1] - 111:25

**include** [1] - 43:14

**included** [1] - 47:4

**includes** [2] - 175:2, 188:2

**including** [9] - 18:7, 29:24, 154:10, 165:16, 166:23, 167:3, 171:24, 182:5, 184:20

**inconsistencies** [1] - 46:4

**inconsistent** [1] - 45:13

**incorrect** [1] - 180:25

**incorrectly** [1] - 180:16

**incredibly** [1] - 103:9

**inculpatory** [3] - 117:3, 117:4, 117:5

**indeed** [2] - 89:6, 173:22

**independent** [5] - 87:15, 88:16, 92:4, 93:14, 181:12

**indicate** [4] - 126:14, 192:16, 193:6, 195:6

**indicated** [3] - 3:10, 49:17, 167:13

**indicates** [1] - 149:25

**indicating** [3] - 151:3, 194:10, 194:13

**indication** [1] - 165:23

**Indictment** [30] - 6:6, 7:18, 18:19, 19:11, 53:6, 70:18, 71:10, 72:23, 72:24, 73:12, 172:3, 173:7, 173:20, 178:23, 179:15, 182:11, 182:14, 183:22, 185:13, 186:22, 189:10, 189:19, 189:24, 190:6, 190:19, 192:8, 193:12, 194:5, 194:17, 196:4

**indictment** [1] - 184:9

**indirectly** [1] - 165:16

**indisputable** [2] - 68:22, 88:9

**individual** [5] - 4:13, 10:23, 10:24, 135:9, 135:11

**individually** [1] - 190:10

**individuals** [5] - 6:16, 19:10, 116:3, 163:9, 166:8

**industry** [2] - 92:23, 102:7

**infer** [2] - 130:16, 131:1

**inferences** [2] - 125:19, 160:6

**influenced** [2] - 173:11, 181:14

**inform** [1] - 6:21

**informant** [2] - 91:10, 91:15

**information** [10] - 15:14, 17:24, 36:9, 40:7, 59:18, 104:12, 151:24, 157:6, 159:18, 196:20

**informer** [1] - 178:10

**infraction** [1] - 45:11

**ing** [1] - 27:13

**initial** [5] - 16:9,

17:14, 29:13, 46:4, 139:3

**injected** [1] - 53:23

**injuries** [1] - 108:13

**Inn** [1] - 77:2

**innocence** [4] - 106:12, 106:25, 107:5, 173:24

**innocent** [7] - 105:23, 105:25, 106:13, 106:21, 123:18, 173:23, 177:25

**inquiry** [2] - 49:10, 199:9

**inside** [1] - 87:1

**insights** [1] - 126:25

**insinuate** [1] - 156:19

**insistence** [1] - 28:10

**inspect** [3] - 12:13, 36:23, 114:21

**inspected** [3] - 92:5, 98:15, 98:20

**INSPECTION** [1] - 198:15

**inspection** [3] - 92:7, 92:9, 92:11

**instance** [2] - 11:21, 147:17

**instances** [1] - 14:20

**instead** [3] - 22:4, 33:12, 132:4

**instinct** [1] - 122:2

**instruct** [5] - 5:6, 54:10, 56:25, 146:19, 172:25

**instructed** [2] - 38:23, 180:14

**instructions** [23] - 4:18, 4:22, 5:1, 5:2, 5:4, 10:9, 11:6, 49:14, 49:17, 49:18, 61:3, 61:4, 62:11, 120:19, 173:17, 173:18, 175:12, 188:2, 189:19, 189:24, 196:2, 196:25, 197:5

**instructs** [1] - 135:17

**insulation** [3] - 164:25, 165:21, 166:5

**insurance** [3] - 107:18, 108:10, 108:15

**intelligence** [2] - 91:9, 91:19

**intelligent** [4] - 94:20, 110:14, 139:12, 141:3

**intend** [1] - 160:13

**intended** [2] - 5:14, 140:2

**intent** [22] - 6:7, 6:17, 6:25, 7:3, 8:15, 158:12, 160:3, 172:5, 182:19, 182:23, 183:14, 185:13, 186:5, 186:13, 186:15, 186:16, 186:22, 190:1, 192:10, 193:13, 194:6, 194:18

**intention** [2] - 80:20, 187:19

**intentional** [2] - 71:3, 177:25

**intentionally** [2] - 4:9, 189:21

**interest** [3] - 176:20, 186:19, 191:19

**interested** [2] - 20:8, 170:25

**interesting** [11] - 74:7, 74:11, 79:14, 82:17, 99:18, 121:17, 127:2, 127:24, 136:25, 141:19

**interestingly** [2] - 79:25, 83:9

**interests** [1] - 185:6

**International** [6] - 39:21, 39:25, 40:1, 40:2, 40:5, 41:7

**interpret** [1] - 122:21

**interpretation** [2] - 149:14, 175:7

**interpreter** [1] - 136:22

**intersection** [2] - 32:22, 62:8

**interstate** [1] - 128:22

**interviewed** [2] - 17:21, 72:10

**intricacies** [1] - 162:14

**introduce** [1] - 134:10

**introduced** [9] - 33:3, 42:5, 66:3, 66:4, 66:6, 66:9, 134:7, 153:11, 155:10

**introduces** [1] - 132:7

**invasion** [1] - 90:8

**inventory** [1] - 16:18

**investigate** [1] - 90:7

**investigated** [1] - 154:2

**investigating** [1] - 123:8

**investigation** [3] - 15:15, 19:8, 45:20

**involve** [1] - 192:21

**involved** [25] - 8:21, 8:25, 14:12, 14:20, 16:3, 48:7, 51:19, 67:13, 70:14, 72:18, 73:8, 73:10, 74:1, 91:25, 102:22, 137:21, 159:19, 160:9, 161:2, 161:5, 162:7, 162:12, 184:21, 188:7, 198:2

**involvement** [6] - 8:9, 8:14, 13:22, 18:14, 72:11, 161:1

**involves** [2] - 134:24, 159:21

**involving** [2] - 108:5, 177:13

**Iran** [1] - 90:21

**Iran's** [1] - 90:21

**Iraq** [7] - 89:13, 89:23, 90:18, 90:20, 90:23, 91:2

**ironic** [1] - 51:4

**Irvine** [1] - 96:5

**issue** [14] - 56:1, 122:16, 123:5, 123:15, 123:21, 124:1, 124:21, 129:9, 130:17, 130:18, 133:17, 136:9, 144:5, 150:25

**issued** [2] - 88:23, 89:3

**issues** [10] - 10:14, 10:15, 10:22, 29:11, 47:22, 121:10, 124:4, 124:16, 137:12, 175:11

**items** [1] - 196:3

**itself** [5] - 36:14, 149:15, 179:15, 180:23, 184:2

---

# J

**jabbing** [1] - 80:3

**jail** [15] - 17:20, 17:21, 29:18, 57:13, 57:14, 57:16, 57:17, 59:3, 62:19, 62:23, 68:14, 163:24, 164:1, 164:13, 164:17

**JAMES** [1] - 1:16

**James** [3] - 73:11,

73:12, 144:16
**January** [1] - 193:19
**Jean** [5] - 89:4, 172:15, 186:20, 193:23, 194:9
**jEAN** [1] - 1:7
**Jefferson** [1] - 145:7
**Jermaine** [9] - 71:12, 71:14, 71:16, 71:21, 72:4, 72:5, 72:8, 72:13, 165:19
**Jet** [3] - 40:10, 84:9, 155:12
**jewelry** [13] - 29:8, 68:8, 68:15, 68:20, 74:9, 74:16, 74:23, 74:24, 75:25, 81:7, 166:13
**Jits** [4] - 63:3, 63:8, 69:25, 163:9
**JITS** [2] - 63:8, 163:10
**job** [6] - 46:18, 123:1, 136:23, 137:5, 137:22, 146:13
**jobs** [1] - 120:25
**Joe** [1] - 51:12
**John** [4] - 58:7, 88:23, 91:16, 144:17
**joined** [4] - 6:12, 8:1, 147:6, 184:11
**joining** [1] - 188:18
**joins** [1] - 184:22
**joint** [5] - 31:10, 187:14, 187:25, 188:4, 188:13
**jokes** [1] - 133:23
**Jorge** [5] - 108:5, 108:7, 109:14, 109:19
**JORGE** [1] - 1:22
**Jorge's** [2] - 108:10, 109:12
**journey** [12] - 30:12, 30:13, 30:19, 33:5, 45:17, 47:16, 87:10, 87:11, 112:6, 151:6, 152:17
**JUDGE** [1] - 1:13
**Judge** [11] - 6:20, 49:11, 56:21, 107:12, 107:13, 107:21, 107:22, 119:13, 124:10, 197:18, 200:18
**judge** [23] - 5:5, 5:6, 5:7, 11:5, 50:2, 54:10, 98:3, 105:8, 107:25, 109:21, 110:8, 110:11, 111:18, 112:11, 112:14,

113:5, 118:24, 120:19, 135:16, 190:23, 199:14, 200:10
**judge's** [1] - 116:5
**judged** [1] - 112:10
**judges** [7] - 98:1, 98:2, 105:9, 107:25, 110:1, 191:18
**judging** [2] - 10:9, 103:13
**judgment** [1] - 113:14
**judgments** [1] - 122:13
**Judy** [2] - 107:12, 107:22
**jump** [3] - 141:22, 141:23, 150:6
**jumped** [1] - 144:18
**jungle** [1] - 81:2
**Junior** [1] - 22:25
**jurists** [1] - 110:15
**juror** [1] - 181:18
**JURORS** [1] - 198:15
**jurors** [3] - 146:5, 191:6, 199:9
**JURY** [11] - 1:12, 3:4, 3:7, 49:4, 50:12, 119:9, 120:14, 198:20
**jury** [47] - 3:3, 47:20, 49:3, 49:14, 49:15, 49:17, 49:23, 50:11, 56:17, 56:19, 56:25, 57:1, 65:21, 87:24, 109:21, 118:21, 119:8, 121:14, 122:4, 122:14, 124:6, 130:8, 137:10, 146:16, 171:15, 173:2, 179:18, 181:23, 190:15, 190:21, 190:25, 191:10, 191:21, 192:12, 193:15, 194:8, 194:20, 195:23, 195:24, 197:12, 198:4, 198:17, 198:19, 198:23, 199:4, 200:8, 200:20
**justice** [1] - 144:25
**justify** [1] - 109:21

## K

**Kansas** [4] - 93:6, 93:8, 93:14, 95:9
**keep** [16] - 32:6, 78:3, 97:1, 97:2,

106:21, 109:22, 122:6, 128:10, 138:2, 138:23, 139:2, 139:16, 154:24, 156:8, 156:10, 177:17
**keeping** [4] - 12:21, 106:18, 106:20, 156:9
**keeps** [2] - 96:18, 140:23
**Kennedy** [1] - 58:7
**kept** [6] - 47:6, 54:1, 60:12, 71:20, 100:14, 129:1
**Kevin** [6] - 41:25, 42:19, 83:12, 83:14, 83:21, 171:5
**key** [4] - 52:17, 57:24, 123:9, 133:24
**keys** [2] - 84:1, 127:23
**kid** [2] - 112:20, 113:4
**kids** [8] - 50:20, 62:3, 109:6, 109:8, 109:12, 109:16, 109:20, 109:22
**kill** [1] - 36:12
**kilograms** [12] - 159:11, 159:14, 159:16, 159:23, 160:4, 161:4, 161:6, 182:18, 192:23, 193:2, 193:5, 193:8
**kind** [16] - 38:4, 42:12, 43:19, 79:7, 79:9, 87:3, 87:9, 87:11, 100:12, 114:18, 131:12, 139:9, 170:23, 178:17, 179:9, 183:15
**kinds** [1] - 187:11
**kitchen** [1] - 114:11
**knapsack** [3] - 84:2, 84:4, 84:6
**knocked** [1] - 82:16
**knowing** [12] - 4:24, 6:10, 23:9, 33:21, 44:24, 45:6, 76:14, 115:7, 157:25, 158:4, 184:10, 189:9
**knowingly** [12] - 8:1, 70:22, 97:13, 147:5, 168:9, 171:23, 182:17, 183:13, 184:21, 186:11, 187:15, 189:18
**knowledge** [10] - 7:21, 91:24, 102:17, 130:16, 137:11, 175:22, 179:17,

184:14, 185:8, 189:4
**known** [4] - 8:21, 12:19, 43:3, 66:21
**knows** [16] - 53:16, 55:4, 65:12, 66:9, 66:25, 67:2, 67:10, 67:15, 67:18, 67:25, 77:7, 81:5, 81:6, 86:9, 114:20, 132:23
**kraze** [4] - 36:12, 46:16, 134:2, 134:13
**Kurmay** [2] - 73:11, 165:25

## L

**L.A** [1] - 40:15
**lack** [2] - 130:4, 181:13
**Laden** [3] - 90:11, 90:16, 91:22
**ladies** [33] - 3:5, 5:20, 11:16, 40:9, 49:1, 50:19, 52:6, 53:19, 62:14, 63:7, 68:12, 70:17, 71:5, 72:3, 75:20, 76:22, 77:24, 79:23, 81:23, 82:12, 85:7, 85:25, 99:18, 120:12, 122:4, 123:12, 128:21, 137:9, 148:7, 148:21, 155:21, 158:17, 172:20
**lady** [2] - 76:6, 76:10
**Lance** [2] - 42:5, 170:22
**Lanese** [10] - 44:14, 44:15, 44:22, 45:3, 45:7, 45:24, 139:8, 140:4, 148:13, 148:20
**lapse** [1] - 177:25
**large** [2] - 150:8, 160:11
**larger** [1] - 160:8
**Largo** [3] - 31:15, 31:24, 36:5
**lark** [1] - 131:6
**last** [14] - 3:24, 20:25, 22:24, 51:5, 87:4, 93:7, 98:9, 102:11, 110:15, 123:25, 133:1, 147:18, 163:13, 164:15
**lasted** [1] - 144:25
**late** [2] - 22:22, 62:8
**latitude** [3] - 13:12, 199:11, 199:16

**Lauderdale** [2] - 40:14, 171:2
**laugh** [1] - 51:24
**law** [60] - 4:18, 4:19, 5:7, 5:8, 5:12, 17:24, 18:9, 37:11, 45:19, 47:13, 61:3, 61:20, 67:22, 67:23, 86:25, 88:22, 98:3, 98:9, 105:9, 107:23, 110:9, 111:14, 111:15, 112:9, 112:14, 139:24, 140:12, 141:20, 146:21, 148:19, 150:9, 152:14, 153:10, 155:22, 155:23, 155:25, 156:5, 161:13, 166:16, 170:4, 170:6, 171:13, 172:25, 173:14, 173:16, 173:19, 173:22, 173:23, 175:12, 176:1, 182:24, 183:14, 186:7, 187:11, 188:8, 188:19, 190:2, 190:3
**Law** [2] - 1:22, 2:1
**lawful** [1] - 179:3
**lawsuit** [3] - 107:15, 107:20, 107:22
**lawyer** [4] - 105:16, 107:17, 113:19, 141:25
**lawyers** [3] - 104:12, 175:4, 175:8
**lay** [1] - 145:20
**lead** [1] - 175:18
**leader** [6] - 27:7, 29:24, 91:3, 162:19, 164:25, 165:8
**leading** [3] - 8:10, 8:22, 38:15
**lean** [2] - 27:14, 168:25
**leap** [1] - 84:19
**learn** [8] - 7:19, 13:24, 18:14, 36:6, 94:7, 104:7, 162:16
**learned** [17] - 7:8, 10:11, 17:12, 17:18, 17:23, 19:1, 30:2, 36:8, 37:3, 41:5, 41:16, 42:15, 42:22, 94:7, 104:8, 157:2, 157:8
**least** [9] - 6:11, 6:14, 8:2, 13:6, 16:23, 40:20, 54:24, 172:2
**leave** [7] - 58:16,

69:21, 101:17, 124:7,
127:17, 153:1, 198:24
**leaves** [1] - 140:9
**led** [3] - 15:15, 27:19,
45:12
**ledger** [2] - 69:23,
70:1
**ledgers** [4] - 60:7,
62:19, 77:5, 78:7
**lee** [1] - 2:4
**Lee** [1] - 201:4
**LEE** [1] - 201:4
**leeway** [1] - 50:9
**left** [13] - 19:25, 24:7,
26:14, 30:5, 32:11,
32:12, 32:21, 32:24,
54:16, 85:20, 93:6,
107:5, 115:15
**left-hand** [1] - 32:24
**leg** [3] - 144:20,
144:21, 145:4
**legal** [5] - 98:1,
105:21, 106:2,
108:23, 141:23
**legalese** [1] - 73:16
**legitimate** [1] -
160:20
**legs** [1] - 114:18
**length** [1] - 182:13
**LEO** [3] - 139:23,
139:25, 141:13
**LEOs** [1] - 139:25
**less** [8] - 29:5, 73:20,
112:18, 164:7, 164:9,
185:19, 187:3, 193:8
**lesser** [3] - 146:21,
158:25, 178:25
**letting** [1] - 109:22
**level** [3] - 38:8, 92:8,
92:9
**liberating** [1] - 86:24
**liberty** [1] - 198:6
**license** [2] - 43:6,
169:23
**licked** [1] - 115:14
**lie** [6] - 52:4, 54:22,
58:4, 95:7, 112:4,
155:14
**lied** [1] - 14:15
**lieu** [1] - 157:19
**life** [6] - 50:23, 57:14,
81:2, 81:3, 107:16,
121:4
**light** [2] - 103:20,
146:18
**limited** [1] - 180:9
**Lincoln** [1] - 144:17
**line** [12] - 128:18,
149:4, 149:5, 156:16,
192:14, 192:15,

192:24, 193:3,
193:10, 193:20,
194:13
**lines** [5] - 192:13,
192:16, 193:17,
194:10, 194:23
**link** [1] - 69:11
**listen** [12] - 20:9,
23:23, 25:19, 30:21,
33:23, 64:21, 81:21,
107:1, 114:4, 118:14,
135:16, 165:6
**Listen** [1] - 31:23
**listened** [5] - 14:23,
39:6, 74:5, 150:22,
180:11
**listening** [5] - 27:1,
82:3, 110:9, 110:11,
137:1
**live** [2] - 81:6, 162:18
**lived** [4] - 71:15,
72:4, 162:11, 162:17
**lives** [6] - 65:25,
66:15, 67:10, 80:17,
97:25, 137:11
**living** [4] - 101:3,
121:19, 126:4, 127:7
**lo** [1] - 170:5
**load** [24] - 11:23,
12:4, 18:21, 18:22,
29:14, 30:5, 38:19,
38:25, 102:13,
131:22, 145:14,
152:6, 152:7, 152:13,
152:15, 153:21,
153:22, 157:16,
157:19, 157:23,
160:14, 160:18,
160:20
**loaded** [6] - 124:19,
126:23, 129:11,
129:13, 153:24, 154:8
**loading** [3] - 14:10,
125:21, 129:22
**loads** [2] - 33:17,
163:13
**local** [1] - 162:13
**located** [2] - 19:18,
19:19
**location** [10] - 13:11,
16:9, 28:3, 37:8,
37:17, 126:5, 157:17,
168:20, 170:3, 170:9
**locations** [3] - 17:7,
47:6, 47:7
**lock** [1] - 197:10
**locking** [1] - 99:16
**log** [3] - 88:12,
128:8, 129:9
**logic** [1] - 84:19

**logs** [1] - 12:25,
47:14, 92:19, 94:9,
94:18, 95:4, 96:1,
124:18, 125:16,
128:13, 153:20
**longitude** [3] - 13:12,
199:11, 199:16
**longstanding** [1] -
58:21
**look** [44] - 12:1, 12:2,
31:12, 64:12, 64:18,
67:24, 70:1, 75:15,
75:16, 77:6, 77:21,
81:21, 82:5, 83:1,
83:20, 84:12, 85:10,
88:20, 95:10, 97:8,
98:5, 100:20, 104:23,
110:23, 114:13,
117:1, 123:13,
124:17, 124:18,
133:16, 138:1, 138:2,
141:21, 143:12,
143:13, 144:13,
145:24, 148:6, 148:9,
148:16, 150:19,
153:15, 169:19,
197:14
**looked** [4] - 130:1,
134:8, 156:14, 163:13
**looking** [15] - 15:9,
47:13, 67:20, 67:21,
108:23, 117:24,
131:8, 131:11,
131:16, 131:17,
132:17, 147:17,
164:5, 167:9
**looks** [3] - 104:21,
114:16, 116:22
**loose** [1] - 14:4
**Lord** [1] - 105:23
**Los** [1] - 96:23
**lose** [2] - 112:2,
112:19
**loss** [1] - 39:12
**lost** [3] - 12:16,
37:13, 62:7
**love** [2] - 113:19,
115:19
**loves** [1] - 114:2
**luck** [1] - 152:9
**luggage** [1] - 40:17
**lunch** [6] - 61:2,
118:21, 119:2, 119:4,
119:15, 119:22
**LUNCHEON** [1] -
120:6
**lure** [9] - 59:11,
64:13, 64:14, 64:15,
64:25, 75:9, 78:2,
79:4

**lying** [4] - 34:7,
103:15, 125:20

## M

**machine** [1] - 80:3
**mad** [1] - 169:2
**mail** [1] - 23:16
**major** [1] - 32:22
**majority** [1] - 124:4
**malarky** [1] - 101:20
**Malcolm** [1] - 121:18
**Mall** [5] - 39:22,
39:25, 40:1, 41:7,
77:10
**mall** [1] - 167:16
**man** [30] - 20:13,
20:15, 20:17, 20:19,
20:22, 22:3, 24:10,
24:11, 25:3, 25:9,
25:10, 25:24, 26:18,
26:19, 26:20, 27:5,
31:2, 51:6, 74:14,
78:22, 79:8, 117:16,
131:14, 137:6, 150:3,
150:11, 165:8, 165:9
**mandatory** [2] -
61:12, 164:5
**manipulate** [2] -
57:11, 57:18
**manipulated** [2] -
55:5, 156:3
**manner** [2] - 6:4,
184:7
**mannerisms** [1] -
45:10
**map** [4] - 199:10,
199:15, 199:22,
200:16
**March** [1] - 90:8
**Maria** [1] - 113:22
**marijuana** [187] - 6:7,
6:15, 6:17, 6:25, 7:2,
8:11, 11:1, 11:2,
11:24, 12:4, 12:6,
12:14, 12:19, 14:1,
14:5, 14:8, 14:11,
14:13, 16:4, 16:8,
16:12, 16:21, 16:22,
18:8, 18:9, 18:12,
18:16, 18:18, 19:12,
19:24, 20:1, 29:5,
29:10, 29:15, 29:20,
29:22, 30:3, 30:14,
31:11, 33:8, 33:14,
35:25, 36:5, 36:20,
36:22, 36:24, 37:6,
37:8, 37:17, 37:23,
38:4, 39:3, 41:15,

41:16, 45:6, 46:8,
46:9, 46:10, 48:6,
52:8, 52:9, 52:10,
52:13, 52:14, 52:15,
52:24, 53:3, 53:4,
53:9, 53:16, 59:8,
59:9, 60:5, 60:9,
66:23, 67:3, 67:5,
67:8, 68:25, 70:16,
70:23, 70:25, 74:6,
79:22, 84:8, 112:25,
117:11, 117:12,
117:14, 117:15,
117:20, 118:10,
118:12, 124:15,
124:20, 124:25,
125:9, 125:21,
126:23, 129:11,
129:15, 130:1, 131:3,
135:1, 135:2, 135:5,
135:22, 136:2, 136:7,
136:16, 137:21,
140:5, 140:14,
140:16, 140:17,
140:19, 141:8,
141:19, 141:20,
142:7, 142:14, 147:6,
149:8, 149:23,
149:24, 150:5, 150:8,
150:10, 150:15,
151:2, 152:6, 152:8,
152:14, 152:15,
152:20, 154:5,
155:19, 157:20,
157:23, 158:9,
158:10, 159:11,
159:17, 159:20,
159:23, 160:4,
160:11, 161:2, 161:4,
161:7, 162:7, 162:9,
162:12, 162:15,
163:1, 163:4, 163:8,
163:11, 163:14,
163:16, 163:20,
164:23, 165:24,
166:9, 167:25, 172:4,
182:19, 182:24,
183:13, 186:5,
186:12, 192:10,
192:23, 193:2, 193:5,
193:8, 193:14, 194:7,
194:19, 195:2, 197:11
**MARIJUANA** [1] -
198:14
**marines** [1] - 89:20
**married** [1] - 83:5
**Marshal** [4] - 42:23,
43:2, 43:3, 83:24
**marshalled** [1] -
125:5

Mason [1] - 105:3
mass [4] - 89:12, 89:23, 90:9, 90:17
massive [1] - 92:25
match [2] - 128:14, 140:25
matter [3] - 63:21, 179:18, 190:23
matters [1] - 179:21
McDonald's [1] - 97:5
mean [20] - 22:14, 56:5, 65:23, 96:24, 98:23, 102:12, 103:10, 103:23, 106:17, 107:11, 110:22, 122:21, 135:14, 137:16, 142:20, 142:21, 143:10, 176:5, 177:19, 179:23
meaning [2] - 13:19, 186:6
means [16] - 36:12, 59:24, 74:23, 80:11, 102:24, 106:2, 106:3, 106:10, 111:23, 134:14, 134:15, 137:14, 158:12, 186:16, 189:19, 189:24
meant [5] - 36:16, 46:16, 134:17, 143:9
meat [7] - 93:13, 93:22, 95:8, 100:13, 115:20, 153:22, 155:18
medal [1] - 91:6
medical [5] - 10:23, 15:6, 56:15, 62:1
meet [12] - 24:19, 24:23, 24:24, 26:16, 31:9, 33:11, 37:7, 39:20, 93:15, 166:4, 168:14, 168:20
meeting [3] - 19:9, 27:20, 27:22
member [5] - 7:9, 7:20, 183:17, 183:18, 184:13
Members [3] - 47:20, 146:16, 171:15
members [9] - 7:12, 7:17, 58:23, 89:25, 183:22, 183:23, 190:15, 191:10, 191:22
MEMBERS [2] - 3:7, 120:14
memory [7] - 77:22,

100:17, 121:1, 176:22, 177:25, 181:10, 181:17
men [4] - 71:8, 89:19, 110:15
mentioned [5] - 36:19, 104:14, 160:25, 167:17, 197:25
mentioning [1] - 160:22
Mercedes [17] - 42:3, 42:4, 42:7, 42:11, 42:12, 42:18, 42:21, 43:5, 83:8, 83:9, 84:1, 170:14, 170:19, 170:21, 170:24, 171:2
Mercedes-Benz [8] - 42:3, 42:4, 42:7, 42:12, 42:18, 43:5, 83:8, 83:9
mere [5] - 135:17, 136:4, 185:2, 185:3, 189:3
merely [6] - 135:9, 135:23, 151:3, 179:21, 189:8, 191:16
merry [1] - 131:6
meshed [1] - 161:21
message [2] - 195:11, 195:17
messages [1] - 58:16
met [12] - 36:21, 66:24, 68:24, 75:10, 123:10, 144:10, 147:3, 166:8, 167:2, 167:7, 167:8, 171:21
Mexicans [2] - 37:7, 81:18
Miami [2] - 1:21, 145:20
Middle [6] - 11:25, 12:6, 19:13, 29:15, 30:15, 37:24
middle [3] - 90:19, 90:23, 91:4
MIDDLE [1] - 1:1
might [10] - 11:3, 23:7, 39:2, 46:7, 47:13, 65:3, 112:22, 149:9, 179:18, 195:17
miles [2] - 13:18, 154:21
million [3] - 29:22, 48:6, 157:19
millions [4] - 16:21, 37:22, 90:6, 90:13
mind [12] - 88:18, 107:2, 116:7, 122:6,

138:3, 138:23, 139:2, 139:16, 146:4, 169:17, 177:17, 191:13
minimum [1] - 61:12
minor [2] - 8:5, 185:1
minus [3] - 100:23, 101:3, 101:4
minute [3] - 13:8, 104:20
minutes [11] - 32:3, 32:7, 34:5, 50:1, 63:22, 82:1, 86:13, 118:25, 119:2, 154:22, 198:25
misinterpret [1] - 200:2
misjudged [1] - 115:12
mislead [1] - 4:10
misread [1] - 100:21
missed [1] - 132:12
misstatement [1] - 177:23
mistake [2] - 177:18, 189:21
mister [1] - 94:25
Mitchell [65] - 8:19, 10:13, 11:3, 12:9, 12:12, 12:15, 14:21, 16:2, 16:6, 16:14, 17:2, 18:4, 19:20, 27:9, 27:10, 28:3, 28:4, 28:6, 28:9, 28:14, 28:19, 36:7, 36:19, 36:25, 37:12, 37:15, 37:25, 38:7, 38:13, 38:18, 38:20, 38:23, 38:25, 39:9, 39:13, 39:18, 40:4, 41:5, 41:8, 41:20, 41:21, 41:24, 42:19, 53:1, 55:9, 62:7, 62:12, 71:1, 71:11, 81:9, 158:7, 162:1, 164:4, 166:3, 166:19, 167:14, 167:16, 167:22, 168:21, 170:11, 170:20, 171:4, 171:8
Mitchell's [8] - 16:13, 37:3, 38:16, 164:6, 166:14, 169:12, 169:14, 169:21
mixture [4] - 192:22, 193:1, 193:4, 193:7
MLK [1] - 1:23
mode [1] - 39:14
model [1] - 170:23
modern [1] - 146:12

mom [5] - 51:13, 69:2, 69:5, 69:7, 69:10
Mom [1] - 114:3
moment [9] - 43:8, 48:16, 98:15, 118:20, 121:13, 126:3, 182:25, 185:23, 187:7
moments [4] - 15:1, 58:10, 120:16, 162:24
momma [8] - 26:20, 26:21, 26:22, 27:1, 27:12, 27:15, 80:17, 165:10
momma's [2] - 80:16, 168:24
Monday [4] - 52:6, 52:12, 52:16, 58:20
money [75] - 16:20, 17:5, 17:6, 18:2, 18:7, 18:11, 19:1, 19:11, 19:19, 19:20, 19:21, 20:8, 25:18, 26:10, 27:14, 27:17, 27:23, 28:15, 28:21, 29:6, 29:7, 29:10, 29:11, 38:10, 38:18, 39:8, 39:10, 39:16, 39:17, 41:22, 43:17, 44:5, 60:8, 60:15, 68:5, 68:18, 68:19, 68:25, 71:15, 71:21, 71:22, 72:1, 72:7, 72:15, 72:19, 74:9, 74:10, 74:15, 74:17, 74:18, 76:4, 78:9, 78:10, 79:1, 79:2, 79:3, 79:5, 81:7, 82:22, 83:21, 102:21, 107:18, 108:10, 108:14, 166:25, 167:5, 167:15, 167:25, 168:17, 168:21, 168:25, 169:1
monies [4] - 19:15, 39:19, 44:10
monitor [1] - 101:10
Monopoly [1] - 59:4
month [6] - 16:23, 67:6, 67:7, 67:8, 123:10, 145:24
monthly [2] - 29:14, 37:22
months [2] - 59:16, 74:18
mope [2] - 27:4, 27:7
mopes [1] - 48:1
Morello [2] - 46:25, 47:5
Morgan [2] - 167:10,

169:16
Morgan's [1] - 43:20
morning [11] - 3:5, 3:7, 3:8, 5:20, 21:3, 22:23, 50:19, 99:20, 147:9, 196:12
most [23] - 10:3, 31:7, 56:13, 86:23, 87:19, 90:1, 97:24, 102:19, 109:1, 109:3, 109:13, 109:14, 109:20, 113:8, 117:3, 117:4, 121:15, 134:25, 146:9, 147:11, 174:20, 181:5
Motel [2] - 96:19, 101:17
motel [1] - 96:9
mother [3] - 69:14, 69:15
mother's [2] - 21:15, 81:10
motherfucker [2] - 22:3, 25:12
motherfuckers [1] - 34:7
motive [5] - 52:4, 54:23, 80:10, 85:22
mouth [4] - 14:23, 64:4, 75:21, 75:24
move [4] - 53:22, 61:17, 82:10, 102:23
moved [3] - 14:7, 71:19, 144:25
movement [1] - 29:9
movements [1] - 39:19
movie [1] - 131:12
moving [2] - 38:12, 161:3
MR [62] - 3:8, 5:19, 23:22, 25:15, 26:25, 31:5, 33:2, 35:15, 35:20, 35:21, 48:15, 48:17, 48:21, 48:24, 49:11, 49:20, 50:2, 50:6, 50:16, 55:22, 56:2, 56:7, 56:10, 56:21, 56:23, 57:4, 57:7, 57:10, 58:14, 58:18, 69:23, 73:1, 73:3, 73:6, 82:2, 86:12, 86:15, 89:2, 118:18, 118:24, 119:13, 119:21, 119:24, 120:3, 120:16, 124:9, 124:12, 146:16, 172:18, 197:1, 197:2, 197:3, 197:6, 197:7,

197:9, 197:16, 197:18, 199:14, 199:19, 200:5, 200:10, 200:17
**mud** [1] - 145:6
**mudd** [4] - 144:15, 145:1, 146:13, 147:4
**Mudd** [1] - 145:6
**mudd's** [1] - 144:21
**multimillion** [1] - 162:8
**must** [26] - 51:1, 57:20, 57:23, 57:24, 85:9, 124:19, 126:20, 130:11, 131:10, 172:25, 173:8, 173:11, 173:14, 173:16, 174:5, 174:25, 176:4, 176:5, 178:8, 179:23, 184:5, 189:7, 191:1, 191:3, 191:8, 196:8
**mutual** [2] - 6:4, 184:8
**myth** [1] - 58:5

## N

**nada** [2] - 77:25
**nail** [8] - 54:4, 58:1, 66:25, 71:24, 77:1, 81:16, 85:9, 85:21
**name** [27] - 17:17, 28:2, 40:8, 42:7, 43:5, 43:24, 44:1, 51:11, 60:17, 60:19, 60:20, 69:24, 69:25, 71:12, 72:24, 76:9, 76:10, 77:16, 81:10, 91:12, 96:9, 145:5, 165:15, 166:21, 169:8, 169:15, 192:4
**named** [7] - 7:10, 19:10, 68:6, 116:19, 121:18, 178:22, 183:21
**namely** [1] - 182:22
**names** [8] - 7:15, 7:23, 162:20, 162:22, 169:7, 184:15, 194:21
**nation's** [1] - 98:16
**Nations** [1] - 89:10
**natural** [1] - 111:25
**naturally** [1] - 177:20
**nature** [6] - 6:11, 10:5, 10:7, 10:20, 11:4, 41:1, 155:12, 184:20
**near** [5] - 26:15,

100:1, 126:20, 129:12, 189:16
**necessarily** [4] - 10:7, 103:15, 110:22, 177:18
**necessary** [7] - 7:8, 58:25, 173:6, 174:9, 183:20, 184:2, 188:25
**neck** [1] - 170:1
**need** [39] - 9:23, 11:8, 22:2, 25:7, 26:21, 27:5, 27:7, 51:16, 55:3, 57:12, 58:1, 61:22, 62:13, 64:13, 64:14, 66:25, 78:25, 82:5, 86:6, 106:6, 121:8, 121:9, 121:10, 122:14, 123:3, 137:23, 158:20, 162:22, 168:23, 169:5, 172:11, 172:20, 177:24, 196:20, 198:8, 198:23
**needed** [2] - 11:2, 68:19
**needing** [1] - 71:24
**needs** [3] - 24:8, 29:4, 61:16
**negative** [5] - 51:3, 51:14, 72:2, 117:18, 161:19
**neighborhood** [5] - 65:12, 65:25, 67:10, 70:11, 169:21
**neighborhoods** [1] - 66:8
**nerves** [5] - 24:11, 25:9, 27:6, 27:7, 29:3
**neutral** [1] - 133:10
**never** [20] - 4:2, 30:13, 55:14, 59:7, 59:8, 59:20, 61:18, 64:10, 70:16, 72:19, 84:15, 84:16, 104:9, 112:17, 112:20, 113:1, 113:6, 151:21, 190:21, 191:5
**New** [1] - 89:10
**new** [5] - 16:6, 16:17, 43:21, 171:7
**newspaper** [1] - 114:25
**newspapers** [1] - 145:25
**next** [20] - 13:2, 32:21, 37:21, 40:1, 51:20, 51:21, 51:22, 67:22, 69:16, 74:7, 74:8, 74:11, 74:12,

74:18, 76:16, 82:10, 141:2, 141:13, 145:6, 149:22
**nice** [2] - 96:5, 137:6
**Nicholas** [3] - 114:1, 114:2, 114:7
**Nicholo** [2] - 115:3, 115:13
**nicknames** [1] - 63:5
**nigga** [1] - 22:9
**night** [8] - 20:25, 22:22, 62:8, 101:9, 115:3, 123:25, 127:11, 127:12
**Nike** [7] - 39:24, 40:20, 40:21, 41:5, 167:18, 167:19, 167:22
**Nikko** [2] - 114:1, 114:4
**Nikko's** [1] - 156:4
**nine** [4] - 111:2, 111:3, 111:5, 153:9
**ninguno** [1] - 77:25
**nobody** [4] - 11:21, 11:22, 77:24, 127:4
**nobody's** [1] - 27:11
**Noel** [2] - 42:5, 170:23
**noel** [1] - 42:10
**none** [4] - 104:13, 104:16, 136:20
**nonetheless** [1] - 15:23
**normal** [3] - 92:23, 102:12, 141:9
**normally** [2] - 94:5, 121:15
**North** [2] - 1:17, 2:6
**north** [1] - 65:6
**nose** [2] - 14:1, 154:2
**note** [3] - 183:2, 189:10, 195:11
**notebook** [1] - 62:22
**notes** [11] - 77:22, 100:16, 110:7, 181:4, 181:6, 181:8, 181:11, 181:14, 181:16, 201:1
**nothing** [9] - 20:19, 29:5, 76:24, 88:17, 90:15, 111:9, 118:8, 149:10, 154:20
**notion** [1] - 169:9
**notorious** [1] - 66:19
**nowhere** [1] - 99:19
**nuclear** [2] - 90:22, 90:23
**number** [20] - 17:7, 23:14, 81:10, 124:21,

125:13, 125:24, 131:5, 136:20, 148:17, 152:3, 152:4, 152:12, 158:15, 161:8, 167:3, 167:4, 171:15, 176:12, 192:6, 194:1
**numbers** [1] - 128:11
**numerical** [1] - 195:18
**Nuys** [1] - 40:15

## O

**o'clock** [10] - 13:16, 101:9, 119:4, 120:5, 153:8, 153:12, 196:8, 196:9, 196:10, 198:24
**oath** [2] - 97:12, 145:3
**oatmeal** [1] - 129:13
**objection** [3] - 35:15, 73:1, 200:11
**objective** [2] - 87:16, 88:16
**observe** [1] - 176:24
**obtain** [1] - 155:9
**obtained** [3] - 16:16, 87:1, 94:18
**obtaining** [1] - 16:8
**obtains** [1] - 83:14
**obvious** [1] - 17:15
**occasion** [7] - 6:12, 6:14, 8:2, 8:5, 39:23, 41:23, 184:22
**occasions** [6] - 17:8, 148:17, 151:14, 158:7, 163:7, 166:22
**occur** [2] - 139:3, 196:14
**occurred** [2] - 35:16, 128:6
**odometer** [1] - 126:13
**OF** [6] - 1:1, 1:3, 1:12, 3:7, 120:14, 198:14
**offended** [1] - 54:22
**offense** [20] - 55:13, 158:25, 159:3, 177:13, 183:3, 183:8, 183:20, 184:1, 185:17, 186:4, 186:9, 187:1, 189:11, 189:14, 189:15, 190:4, 190:14, 190:19, 192:20, 195:3
**offenses** [4] - 182:11, 182:22,

182:25, 190:13
**offered** [2] - 127:24, 197:13
**offers** [1] - 181:20
**office** [2] - 116:5, 144:21
**Office** [2] - 1:17, 2:1
**OFFICER** [10] - 3:2, 49:2, 49:7, 49:24, 50:10, 50:13, 120:9, 172:22, 198:18, 199:7
**officer** [9] - 109:18, 117:10, 117:23, 118:9, 118:11, 139:25, 140:12, 148:20, 150:9
**Official** [2] - 2:5, 201:5
**offload** [1] - 48:8
**often** [4] - 58:4, 195:20
**old** [2] - 58:7, 99:15
**older** [2] - 65:2, 107:13
**once** [9] - 16:23, 21:23, 28:21, 75:3, 113:19, 147:2, 156:19, 167:8
**one** [123] - 6:11, 6:14, 8:2, 8:5, 16:10, 17:12, 18:20, 21:10, 22:18, 36:15, 37:10, 39:23, 40:4, 40:17, 40:20, 41:23, 42:11, 43:19, 43:23, 51:20, 52:2, 56:1, 57:12, 58:25, 59:25, 60:11, 61:4, 62:3, 63:16, 64:5, 64:20, 65:5, 65:14, 65:18, 68:5, 68:15, 68:24, 71:25, 72:22, 75:10, 75:21, 76:5, 76:16, 78:7, 79:24, 81:6, 81:10, 81:13, 82:10, 83:4, 84:23, 84:25, 85:8, 86:23, 87:19, 88:7, 92:9, 94:22, 95:15, 95:21, 96:5, 96:18, 97:24, 98:9, 102:2, 102:10, 103:1, 107:2, 108:24, 109:2, 111:5, 112:18, 118:1, 124:9, 124:21, 125:4, 125:10, 125:13, 125:24, 127:20, 131:5, 134:4, 134:18, 134:20, 134:24, 136:20, 136:25, 137:2, 137:25, 143:6,

143:7, 144:14, 150:20, 166:13, 167:2, 167:6, 167:9, 170:23, 175:21, 176:17, 184:22, 185:10, 187:22, 190:5, 190:11, 191:7, 191:22, 192:3, 192:13, 192:16, 192:19, 192:21, 193:17, 193:22, 194:9, 194:23, 199:10, 200:18
**one's** [1] - 188:9
**ones** [4] - 71:9, 79:25, 107:13, 137:5
**online** [2] - 90:14
**open** [4] - 103:8, 107:1, 117:19, 145:25
**opened** [3] - 99:15, 99:16, 100:5
**opening** [9] - 6:1, 10:12, 15:7, 27:3, 86:19, 86:20, 100:3, 104:14
**opinion** [5] - 175:10, 179:20, 179:22, 179:24, 191:12
**opinions** [1] - 127:6
**opportunities** [2] - 16:7, 36:23
**opportunity** [13] - 3:15, 3:17, 3:19, 3:24, 37:1, 47:21, 47:24, 53:22, 166:2, 166:4, 176:23, 181:6, 197:13
**opposed** [1] - 92:12
**oral** [1] - 180:4
**orally** [1] - 195:15
**order** [9] - 12:13, 14:7, 40:17, 131:22, 147:10, 157:16, 160:16, 183:19, 191:2
**ordered** [10] - 42:11, 46:9, 60:2, 60:4, 60:5, 60:6, 60:10, 60:14, 157:24, 170:23
**orders** [2] - 29:2, 168:11
**ordinarily** [1] - 188:9
**organization** [9] - 12:22, 13:20, 27:19, 30:15, 39:12, 161:3, 162:8, 162:15, 163:21
**organized** [4] - 8:23, 12:7, 38:25, 80:25
**organizer** [1] - 27:8
**origin** [1] - 93:6
**originally** [1] - 14:6
**Os** [1] - 151:20

**Osama** [3] - 90:11, 90:16, 91:22
**otherwise** [2] - 135:7, 179:1
**ought** [6] - 88:17, 89:20, 105:21, 112:2, 113:13, 118:16
**outcome** [1] - 176:20
**outrageous** [1] - 101:14
**outset** [2] - 5:21, 10:11
**outside** [2] - 33:12, 76:5
**overall** [3] - 7:4, 8:14, 159:19
**overcame** [1] - 38:16
**overcome** [1] - 107:5
**overcomes** [1] - 28:20
**overseas** [1] - 43:21
**owe** [1] - 80:14
**owed** [13] - 18:1, 18:3, 18:7, 18:11, 19:1, 19:11, 20:5, 39:5, 78:9, 79:3, 79:5, 82:21, 170:8
**own** [31] - 4:13, 10:4, 14:23, 36:17, 48:4, 53:7, 53:9, 53:11, 60:19, 70:23, 72:7, 72:14, 86:1, 91:20, 102:14, 102:20, 109:15, 109:20, 115:20, 139:9, 163:2, 163:18, 174:21, 175:6, 175:14, 178:14, 180:18, 180:21, 180:23, 191:12
**owned** [1] - 18:10
**owner** [1] - 19:20
**Oz** [21] - 30:12, 30:13, 30:19, 33:5, 45:17, 47:17, 87:10, 87:11, 99:25, 112:6, 131:9, 131:18, 132:18, 132:20, 145:21, 151:7, 151:19, 151:23, 152:12, 152:17

# P

**p.m** [8] - 13:15, 13:16, 35:22, 47:10, 92:7, 153:8, 153:12, 153:17
**pack** [4] - 93:23,

93:24, 94:5, 102:14
**package** [1] - 40:24
**packages** [2] - 13:25, 167:21
**packed** [2] - 93:20, 101:18
**packing** [1] - 102:21
**page** [4] - 67:22, 148:23, 149:22, 150:20
**Page** [7] - 70:17, 143:12, 148:6, 149:17, 149:22, 150:9, 154:12
**pages** [1] - 150:12
**paid** [11] - 5:22, 42:20, 43:15, 53:7, 53:9, 61:8, 84:10, 84:11, 90:5, 168:10, 178:10
**pain** [1] - 107:19
**pallet** [1] - 160:19
**pallets** [5] - 14:4, 129:25, 154:3, 154:8, 154:9
**paper** [4] - 100:18, 100:21, 100:23, 150:20
**papers** [3] - 88:11, 94:1, 94:14
**paperwork** [2] - 145:14, 160:16
**paragraph** [1] - 64:19
**paranoid** [1] - 26:11
**pardoned** [1] - 145:9
**parentheses** [2] - 63:8, 63:9
**parents** [2] - 51:9, 115:9
**park** [3] - 127:9, 127:16, 152:25
**parked** [1] - 101:18
**parker** [1] - 165:25
**Parker** [2] - 73:12, 165:24
**parking** [10] - 23:1, 39:24, 76:17, 77:2, 77:4, 77:14, 125:25, 126:1, 127:17, 127:22
**Parra** [134] - 8:20, 8:23, 10:13, 11:3, 12:10, 14:21, 14:25, 15:5, 16:1, 16:7, 16:10, 17:1, 17:3, 17:18, 17:22, 17:24, 18:1, 18:3, 18:8, 19:2, 19:9, 19:11, 19:16, 20:6, 27:9, 27:16, 27:25, 28:16, 28:23,

29:12, 29:18, 30:4, 30:6, 33:12, 33:22, 35:23, 38:1, 38:3, 38:7, 38:8, 38:18, 38:21, 38:23, 39:2, 39:5, 39:6, 39:8, 39:15, 44:4, 44:20, 46:10, 52:20, 53:21, 53:24, 54:21, 55:8, 57:11, 57:17, 59:6, 59:12, 59:15, 60:2, 60:18, 61:7, 61:9, 61:10, 61:24, 62:3, 62:17, 63:24, 64:12, 66:7, 66:8, 66:11, 67:19, 68:3, 68:6, 68:17, 68:19, 68:23, 69:3, 69:4, 69:13, 69:23, 71:11, 71:16, 71:21, 71:24, 72:21, 74:8, 74:20, 75:3, 75:10, 75:21, 76:3, 77:20, 78:6, 78:12, 79:25, 82:20, 85:13, 130:24, 132:8, 132:14, 145:19, 152:6, 152:14, 157:25, 158:7, 161:25, 163:7, 163:12, 164:14, 164:23, 165:3, 165:10, 165:25, 166:2, 166:13, 166:16, 166:19, 167:1, 167:3, 167:10, 168:12, 168:19, 168:20, 170:3
**parra** [5] - 15:13, 16:16, 30:11, 31:6, 85:8
**Parra's** [6] - 38:14, 41:19, 44:9, 68:18, 78:18, 152:12
**part** [24] - 8:6, 9:6, 25:15, 55:1, 90:10, 111:20, 111:21, 113:1, 115:24, 117:8, 122:2, 123:23, 139:23, 140:23, 145:1, 151:15, 154:18, 154:19, 160:7, 162:23, 166:5, 176:11, 185:1
**partial** [2] - 170:7, 180:3
**participant** [1] - 189:8
**participate** [3] - 8:4, 184:25, 189:2
**participated** [1] -

166:8
**particular** [10] - 39:20, 44:6, 47:3, 160:18, 160:22, 170:8, 171:3, 176:13, 176:19, 195:3
**particularly** [3] - 163:7, 168:9, 180:11
**parties** [2] - 192:4, 193:25
**partner** [1] - 183:17
**partnership** [1] - 183:16
**party** [3] - 51:19, 108:20, 170:22
**pass** [4] - 32:3, 32:4, 32:5, 195:11
**passenger** [2] - 84:4, 135:19, 136:5
**passing** [3] - 34:22, 34:23, 151:22
**past** [3] - 5:24, 146:6, 164:14
**Patrol** [6] - 33:11, 100:9, 136:14, 138:17, 139:7, 142:13
**patrol** [4] - 36:11, 45:25, 46:2, 144:1
**patsies** [1] - 48:2
**patsy** [3] - 27:4, 27:7, 27:11
**pay** [4] - 78:25, 96:22, 128:23, 157:18
**payment** [3] - 17:14, 44:5, 170:7
**Pembroke** [1] - 170:9
**penalties** [2] - 10:16, 15:10
**people** [41] - 9:11, 21:20, 27:12, 29:3, 46:8, 46:9, 49:13, 51:7, 52:3, 58:24, 60:21, 61:7, 61:8, 61:10, 63:3, 63:5, 68:4, 68:15, 73:16, 82:7, 84:3, 91:4, 96:21, 103:18, 106:21, 111:5, 121:19, 121:22, 127:5, 127:7, 129:21, 141:3, 143:3, 151:13, 162:2, 162:17, 163:6, 163:10, 168:15, 177:20, 183:21
**People's** [1] - 107:14
**people's** [1] - 60:23
**per** [2] - 11:6, 150:20
**perceive** [1] - 103:17
**perceives** [1] - 99:23

**percent** [1] - 108:4
**perfect** [4] - 132:19, 132:24, 138:4, 151:6
**perfectly** [1] - 3:22
**performed** [1] - 38:1
**perhaps** [2] - 181:5, 195:20
**period** [4] - 13:6, 13:7, 38:14, 38:15
**permission** [2] - 141:18, 171:9
**permitted** [4] - 4:21, 5:4, 179:20, 181:3
**Perry** [1] - 105:3
**persistent** [1] - 58:6
**person** [48] - 7:20, 15:7, 31:9, 31:10, 43:4, 51:20, 51:21, 51:22, 57:24, 57:25, 64:20, 65:10, 66:1, 66:2, 67:15, 67:16, 70:8, 70:9, 70:14, 70:16, 81:4, 135:2, 137:1, 137:2, 141:10, 151:25, 152:2, 158:13, 165:21, 178:22, 179:16, 179:18, 184:13, 185:8, 186:18, 187:12, 187:13, 187:15, 187:17, 187:22, 188:9, 188:11, 188:12, 188:17, 188:18, 188:21
**person's** [1] - 137:3
**personal** [4] - 91:24, 134:4, 139:9, 176:20
**personally** [2] - 168:19, 188:21
**persons** [9] - 6:3, 19:10, 40:18, 147:5, 171:22, 184:7, 185:4, 187:24, 188:13
**perspective** [1] - 132:17
**perspectives** [1] - 103:24
**pertaining** [1] - 190:7
**pertains** [1] - 159:17
**pervasive** [1] - 58:6
**pet** [1] - 115:18
**Pete** [1] - 142:3
**Petersburg** [8] - 22:25, 66:5, 66:14, 66:15, 66:16, 66:17, 83:2, 83:5
**pewter** [2] - 69:1, 69:12

**Phoenix** [17] - 12:4, 12:16, 13:14, 13:15, 13:21, 37:12, 37:16, 47:9, 95:15, 101:11, 125:14, 126:15, 129:12, 152:23, 153:3, 153:15, 155:6
**phone** [20] - 26:22, 27:20, 30:5, 30:7, 30:8, 34:3, 36:14, 38:24, 80:9, 85:20, 132:8, 132:10, 132:14, 132:21, 134:3, 152:3, 152:4, 152:5, 152:12, 165:11
**phone's** [1] - 134:18
**phones** [2] - 134:3, 134:8
**photograph** [1] - 41:18
**photographed** [1] - 170:4
**photographs** [3] - 14:9, 33:3, 89:11
**photos** [3] - 89:16, 91:8, 91:18
**phrase** [1] - 145:5
**physical** [2] - 21:13, 187:16
**pick** [18] - 25:18, 28:7, 28:14, 36:24, 37:6, 37:7, 38:24, 39:9, 40:17, 60:5, 79:2, 82:24, 93:15, 96:25, 114:24, 155:18, 168:20, 170:20
**picked** [6] - 14:3, 45:22, 83:22, 84:16, 93:13, 93:17, 157:23, 170:14
**picks** [1] - 113:24
**picture** [4] - 77:12, 138:8, 138:9, 156:15
**pictures** [4] - 67:23, 89:21, 156:18
**pie** [12] - 113:23, 114:3, 114:5, 114:10, 114:12, 114:15, 115:7, 115:14, 115:15, 156:4
**pie's** [1] - 114:11
**piece** [3] - 104:11, 115:20, 150:19
**pieces** [3] - 86:24, 114:23, 117:1
**pilot** [2] - 40:25, 84:15
**Pilot** [1] - 84:21
**pilots** [1] - 40:11

**Pimp** [16] - 20:12, 20:23, 24:3, 25:22, 34:3, 63:11, 63:12, 63:19, 69:20, 80:5, 166:20, 166:21, 166:24
**Pimp's** [1] - 22:15
**pin** [1] - 91:6
**Pinellas** [10] - 17:13, 19:13, 30:15, 36:3, 37:23, 66:6, 135:21, 135:25, 138:11, 169:25
**Pines** [1] - 170:9
**pings** [1] - 77:12
**Pingy** [9] - 68:6, 68:7, 68:15, 68:21, 68:24, 68:25, 69:3, 69:11, 74:8
**pissing** [1] - 26:9
**pitch** [1] - 97:3
**place** [11] - 4:14, 42:8, 71:15, 72:7, 113:10, 144:12, 145:22, 151:21, 170:4, 192:15, 196:18
**placed** [4] - 17:16, 37:16, 38:21, 45:24
**places** [1] - 46:17
**plaintiff** [4] - 108:9, 108:14, 108:21, 108:22
**Plaintiff** [1] - 1:5
**plan** [13] - 6:5, 6:11, 8:1, 8:2, 33:16, 87:8, 145:13, 154:19, 184:4, 184:9, 184:11, 184:19, 184:22
**plane** [3] - 40:22, 40:25, 84:14
**planned** [2] - 87:3, 88:2
**planning** [1] - 87:6
**plastic** [1] - 48:7
**plate** [2] - 114:12, 115:15
**Plato** [2] - 116:16, 116:23
**play** [5] - 10:18, 30:4, 143:9, 161:22, 162:4
**played** [9] - 8:5, 67:17, 79:13, 117:3, 117:22, 143:7, 168:3, 168:5, 185:1
**PLAYING** [6] - 20:11, 23:25, 25:21, 30:23, 31:14, 33:25
**playing** [2] - 91:6, 92:1
**plea** [3] - 10:16,

178:24, 179:2
**pleading** [1] - 110:19
**pled** [5] - 72:9, 72:24, 164:20, 165:21, 179:14
**plenty** [1] - 155:10
**plus** [1] - 168:4
**PO** [1] - 1:23
**pocket** [2] - 74:9, 74:17
**podium** [2] - 138:18, 161:24
**Point** [4] - 19:17, 30:6, 38:22, 44:11
**point** [16] - 14:14, 17:12, 17:22, 31:6, 36:16, 49:18, 65:4, 102:1, 115:13, 118:22, 119:3, 133:24, 140:11, 143:6, 148:10, 149:11
**pointed** [1] - 15:12
**pointing** [1] - 8:17
**points** [4] - 13:12, 13:15, 144:7, 161:1
**police** [11] - 12:17, 30:25, 31:7, 31:9, 39:16, 86:25, 88:23, 92:4, 98:20, 109:18, 133:2
**Police** [1] - 142:4
**policies** [1] - 12:21
**polynice** [1] - 46:11
**Polynice** [4] - 46:18, 137:6, 137:19, 140:10
**Polynice's** [1] - 150:18
**poor** [2] - 112:23, 114:22
**pops** [1] - 99:19
**Porsche** [4] - 43:15, 84:24, 170:16, 170:17
**Porsches** [1] - 43:8
**portion** [7] - 13:7, 19:22, 25:20, 41:14, 49:14, 79:17, 117:22
**portions** [5] - 13:10, 117:3, 117:5, 180:12, 195:6
**positions** [1] - 5:15
**possess** [16] - 52:8, 52:13, 52:23, 53:2, 70:23, 70:24, 86:2, 160:3, 182:18, 183:13, 185:13, 186:4, 186:15, 186:16, 192:9, 194:6
**possessed** [14] - 6:15, 6:17, 18:16, 18:21, 53:15, 59:8,

70:16, 79:22, 80:20, 172:3, 172:5, 182:23, 186:11, 186:13
**possessing** [1] - 186:22
**possession** [30] - 6:6, 6:24, 7:2, 8:15, 18:15, 18:18, 18:20, 18:22, 53:8, 71:3, 158:11, 163:20, 186:17, 187:12, 187:13, 187:14, 187:17, 187:18, 187:21, 187:22, 187:23, 187:24, 188:1, 188:3, 188:4, 193:13, 194:18
**possibility** [1] - 178:25
**possible** [5] - 9:16, 61:19, 157:7, 174:10, 195:13
**pot** [2] - 140:1, 140:2
**potentially** [2] - 9:3, 45:8
**pound** [2] - 29:21, 161:24
**pounds** [19] - 16:21, 18:7, 19:25, 29:20, 37:8, 37:22, 67:6, 67:7, 67:8, 112:25, 135:22, 136:2, 136:7, 152:20, 159:13, 159:14, 159:20, 159:22
**Powell** [3] - 89:9, 89:14, 156:4
**power** [2] - 73:21, 187:18
**prayers** [1] - 115:4
**precedence** [1] - 181:12
**preface** [1] - 5:5
**prejudice** [2] - 113:9, 173:12
**preparation** [1] - 180:20
**prepare** [1] - 136:22
**prepared** [6] - 44:12, 46:12, 185:21, 187:5, 192:1, 195:7
**preponderance** [3] - 107:24, 108:2, 108:16
**prescient** [1] - 143:22
**presence** [3] - 135:17, 185:2, 189:3
**present** [9] - 3:15, 3:17, 3:19, 10:21, 114:7, 129:4, 135:9,

135:23, 146:23
**presented** [10] - 4:6, 40:10, 43:6, 47:18, 98:6, 98:24, 125:6, 147:8, 164:15, 173:10
**presenting** [3] - 3:12, 47:23, 161:17
**presently** [1] - 85:18
**preside** [1] - 191:23
**President** [5] - 89:9, 90:21, 91:5, 91:16, 144:17
**president** [3] - 89:16, 90:3, 123:11
**presidential** [1] - 144:19
**pressured** [2] - 39:6, 39:7
**PRESTON** [17] - 1:16, 3:8, 5:19, 23:22, 25:15, 26:25, 31:5, 33:2, 35:21, 56:2, 73:1, 146:16, 172:18, 197:7, 197:9, 197:16, 199:14
**Preston** [23] - 5:18, 52:22, 52:25, 55:7, 55:10, 56:8, 61:24, 63:4, 73:14, 85:13, 94:19, 99:22, 105:18, 119:25, 120:18, 125:4, 127:25, 130:12, 132:25, 146:15, 199:21
**Preston's** [1] - 107:4
**presume** [1] - 106:13
**presumed** [3] - 112:17, 123:18, 173:22
**presuming** [1] - 106:20
**presumption** [3] - 106:11, 106:24, 107:5
**pretty** [5] - 94:24, 108:19, 109:10, 148:8, 164:11
**previously** [1] - 66:19
**Price** [5] - 102:10, 127:1, 127:4, 127:8, 131:19
**price** [6] - 104:8, 104:20, 127:15, 156:14, 156:21, 157:17
**primarily** [1] - 17:1
**primary** [1] - 180:23
**principle** [1] - 110:14
**prison** [4] - 145:8, 146:2, 164:6, 164:10

**private** [4] - 40:3, 40:11, 41:11, 118:5
**privy** [1] - 16:10
**problem** [18] - 26:13, 128:7, 128:12, 129:8, 133:5, 133:7, 133:20, 134:22, 136:9, 137:23, 137:24, 142:11, 142:15, 142:16, 147:15, 147:18, 152:22, 199:23
**problems** [6] - 125:23, 128:9, 131:4, 136:19, 147:14, 151:1
**proceed** [1] - 73:5
**proceeded** [1] - 45:3
**proceeding** [1] - 200:21
**PROCEEDING** [2] - 57:6, 197:23
**proceedings** [1] - 3:11
**PROCEEDINGS** [3] - 49:6, 120:7, 199:6
**proceeds** [3] - 41:24, 42:20, 167:24
**process** [19] - 30:2, 44:2, 46:20, 121:9, 121:14, 122:5, 122:10, 122:11, 122:14, 123:4, 123:16, 123:20, 124:1, 130:18, 133:17, 144:5, 146:13, 166:5
**produce** [1] - 173:24
**product** [1] - 145:15
**profit** [1] - 37:2
**progresses** [2] - 117:21, 118:8
**projects** [1] - 75:8
**promised** [3] - 61:9, 61:15, 178:11
**promptly** [3] - 3:10, 195:13, 199:2
**proof** [20] - 9:4, 9:12, 10:1, 11:17, 53:14, 78:11, 106:5, 123:2, 123:17, 128:17, 130:3, 147:12, 161:16, 174:8, 174:11, 174:17, 174:18, 175:24, 185:7
**proper** [2] - 3:22, 179:3
**property** [1] - 47:4
**prosecuted** [2] - 61:10, 178:12
**protocol** [1] - 37:16

**prove** [30] - 7:9, 7:12, 11:18, 51:2, 51:3, 51:14, 51:15, 54:14, 69:17, 72:2, 98:8, 105:17, 106:3, 106:22, 108:24, 108:25, 109:12, 111:9, 133:14, 133:15, 146:25, 155:7, 155:14, 161:10, 173:24, 175:25, 177:5, 183:21, 184:3, 189:13
**proved** [13] - 67:1, 86:7, 88:18, 89:21, 91:8, 91:9, 105:12, 161:17, 173:5, 174:9, 174:23, 186:10, 188:6
**proven** [4] - 85:5, 105:20, 122:23, 125:12
**proves** [4] - 92:13, 107:23, 144:3, 189:15
**provide** [2] - 185:7, 199:22
**provided** [6] - 15:14, 17:24, 36:8, 47:1, 157:15, 179:4
**providing** [2] - 10:8, 178:25
**proving** [4] - 4:1, 9:13, 129:2, 174:3
**pull** [2] - 75:4, 79:17
**pulled** [11] - 30:24, 31:2, 31:7, 31:8, 54:5, 59:25, 62:8, 138:5, 138:10, 138:16, 154:16
**pulling** [1] - 50:18
**pun** [1] - 140:2
**punished** [2] - 111:6, 114:24
**punishment** [2] - 190:20, 190:23
**purchase** [11] - 17:13, 41:23, 41:25, 42:6, 42:14, 43:6, 43:7, 43:18, 82:18, 171:2, 171:7
**purchased** [5] - 42:17, 42:19, 43:23, 83:10, 170:10
**purchaser** [2] - 17:16, 170:12
**purchases** [2] - 43:15, 167:12
**purchasing** [2] - 43:23, 169:18
**purdue** [1] - 93:19
**purports** [1] - 180:6

**purpose** [12] - 7:25, 33:8, 42:2, 45:23, 80:10, 103:16, 142:24, 180:9, 184:11, 184:19, 185:10, 190:2
**purposely** [1] - 190:1
**purposes** [1] - 183:16
**pursuant** [1] - 72:24
**push** [2] - 53:12, 67:12
**pushed** [1] - 38:18
**put** [40] - 30:4, 40:21, 43:20, 44:4, 47:8, 58:1, 58:15, 60:16, 62:23, 63:2, 63:5, 63:17, 66:11, 68:10, 71:24, 75:19, 81:4, 81:16, 82:18, 83:12, 83:21, 85:9, 85:21, 86:21, 87:8, 88:17, 89:8, 93:6, 94:8, 97:4, 109:8, 129:22, 134:18, 139:6, 154:13, 158:1, 158:4, 165:10, 169:7, 193:19
**puts** [2] - 83:17, 116:6
**putting** [10] - 17:14, 38:11, 40:24, 82:22, 154:3, 154:10, 165:14, 167:20, 169:8, 169:14

**Q**

**Qaida** [3] - 90:11, 90:16, 91:23
**quantities** [2] - 159:10, 182:23
**quantity** [6] - 185:14, 185:17, 186:23, 187:1, 194:13, 195:2
**quantum** [1] - 84:19
**questioned** [1] - 154:12
**questioning** [2] - 52:22, 128:18
**questions** [10] - 46:15, 54:12, 73:13, 102:2, 102:11, 119:14, 128:1, 176:16, 177:1, 192:20
**quick** [3] - 48:22, 113:15, 122:13
**quicker** [1] - 45:1
**quiet** [2] - 35:8, 91:5
**quite** [6] - 49:20,

123:12, 125:4, 126:9, 141:4, 164:3
**quote** [2] - 74:22, 169:2

**R**

**railer** [1] - 14:2
**raised** [2] - 56:1, 97:9
**Ramdial** [1] - 169:22
**ramdial's** [1] - 17:17
**Ramiro** [64] - 8:19, 8:23, 10:13, 11:3, 12:10, 14:25, 15:5, 16:1, 16:7, 16:10, 17:1, 17:3, 17:18, 17:22, 17:24, 18:8, 19:2, 19:9, 19:11, 19:16, 20:6, 27:9, 27:16, 27:25, 28:16, 29:11, 29:18, 30:4, 30:6, 33:12, 33:22, 35:23, 37:25, 39:15, 41:19, 44:3, 44:4, 44:9, 44:20, 46:10, 52:20, 62:3, 152:6, 152:12, 152:14, 157:24, 161:25, 163:7, 163:12, 164:14, 165:3, 165:10, 166:2, 166:13, 166:16, 166:19, 167:1, 167:2, 167:10, 168:12, 168:19, 168:20, 170:2
**ran** [3] - 21:17, 23:3, 163:20
**random** [5] - 99:23, 99:24, 151:13, 151:25, 152:2
**rapid** [1] - 199:20
**rather** [5] - 45:2, 111:2, 111:4, 119:1, 183:4
**rational** [2] - 122:9, 141:10
**rattle** [3] - 64:22
**Ray** [5] - 102:10, 127:1, 127:4, 127:8, 131:19
**re** [1] - 131:11
**re-looking** [1] - 131:11
**reach** [7] - 120:21, 121:11, 146:7, 175:17, 190:25, 191:7, 196:8
**reached** [2] - 195:4,

196:10
  **read** [22] - 5:2, 49:14, 49:16, 70:19, 73:11, 81:21, 90:13, 90:14, 98:3, 100:18, 100:23, 121:16, 132:6, 132:16, 132:18, 132:23, 133:9, 137:17, 139:16, 169:4, 182:12, 194:3
  **reading** [3] - 7:18, 49:19, 142:19
  **reads** [5] - 192:7, 193:12, 194:17, 199:9, 200:7
  **ready** [2] - 34:14, 97:18
  **real** [8] - 9:17, 24:12, 25:9, 42:9, 52:3, 120:24, 174:13, 191:17
  **realistic** [1] - 58:6
  **realize** [1] - 100:25
  **really** [23] - 20:24, 21:10, 21:19, 21:20, 23:8, 25:9, 46:13, 46:20, 52:4, 54:6, 54:7, 70:10, 72:1, 79:10, 96:16, 108:12, 115:6, 115:7, 118:1, 118:2, 118:13, 124:14, 169:1
  **rear** [2] - 36:11, 40:22
  **rearranged** [1] - 154:9
  **reason** [15] - 6:19, 9:17, 11:7, 45:8, 54:1, 54:21, 85:7, 115:24, 129:1, 137:10, 174:14, 175:17, 176:19, 178:14, 179:6
  **reasonable** [49] - 4:2, 9:14, 9:15, 9:17, 10:1, 10:21, 54:15, 54:17, 55:3, 79:21, 80:19, 85:6, 86:8, 88:17, 89:17, 89:22, 97:9, 97:20, 97:21, 105:13, 105:20, 106:4, 106:5, 106:8, 106:23, 107:10, 110:25, 116:7, 116:15, 116:25, 122:17, 122:24, 123:1, 123:18, 125:8, 130:4, 130:14, 133:14, 147:1, 173:5, 174:4, 174:11, 174:13, 174:17,

174:23, 184:6, 186:10, 189:7, 189:15
  **reasonably** [1] - 189:16
  **reasons** [1] - 11:7
  **rebuttal** [3] - 3:20, 120:18
  **recalling** [1] - 4:8
  **receipt** [15] - 16:8, 16:18, 96:15, 96:17, 97:1, 128:24, 128:25, 129:6, 151:2, 154:23, 154:24, 156:8, 156:11, 160:17
  **receipts** [5] - 30:3, 96:19, 97:2, 128:19, 128:20
  **receive** [2] - 46:10, 164:6
  **received** [9] - 12:9, 16:6, 16:22, 49:12, 167:19, 180:5, 196:3, 199:8, 200:4
  **receiving** [6] - 14:12, 16:4, 20:8, 30:11, 61:2, 165:24
  **recent** [2] - 56:13, 147:11
  **RECESS** [3] - 49:5, 120:6, 199:5
  **recess** [7] - 118:22, 119:3, 120:4, 196:11, 198:22, 199:3, 200:19
  **recognize** [2] - 5:17, 160:5
  **recognized** [1] - 145:9
  **recognizes** [3] - 61:20, 187:11, 188:8
  **recollection** [5] - 4:5, 4:11, 4:14, 175:6, 181:12
  **recommends** [1] - 151:19
  **reconcile** [1] - 148:18
  **reconvene** [3] - 48:23, 119:4, 196:11
  **record** [2] - 56:3, 175:3
  **recorded** [1] - 118:6
  **recording** [4] - 150:22, 180:5, 180:11, 180:22
  **recordings** [5] - 14:24, 30:11, 39:7, 44:11, 169:5
  **records** [9] - 40:10, 42:4, 44:3, 47:5, 63:23, 129:4, 155:9,

155:10, 169:19
  **recounted** [4] - 36:20, 39:23, 40:19, 43:22
  **red** [10] - 99:4, 99:5, 99:7, 99:8, 103:20, 103:23, 137:16, 137:17
  **reduce** [1] - 61:11
  **reduced** [2] - 10:17, 164:18
  **reduction** [2] - 15:11, 61:18
  **reefer** [1] - 127:16
  **reexamine** [1] - 191:12
  **refer** [1] - 58:7
  **reference** [3] - 75:17, 148:4, 182:14
  **referred** [8] - 19:4, 25:16, 42:9, 42:13, 63:18, 64:8, 171:1, 182:21
  **reflection** [1] - 145:10
  **reflects** [2] - 46:23, 180:16
  **refrigeration** [2] - 101:19, 117:17
  **refrigerator** [2] - 127:16, 127:18
  **regard** [27] - 7:7, 7:17, 7:19, 8:18, 10:9, 18:23, 19:7, 19:24, 28:5, 29:23, 30:4, 39:19, 46:21, 47:3, 47:21, 56:4, 150:4, 151:6, 155:11, 158:20, 159:6, 159:24, 160:17, 164:9, 194:3, 195:1, 195:16
  **regardless** [3] - 53:11, 54:4, 157:12
  **Regency** [1] - 96:22
  **register** [1] - 195:1
  **registered** [5] - 69:2, 69:5, 69:6, 69:10, 69:13
  **regular** [1] - 150:21
  **reject** [1] - 62:13
  **related** [5] - 29:9, 37:25, 38:4, 39:20, 47:5
  **relation** [1] - 180:22
  **relationship** [3] - 16:2, 16:5, 27:18
  **relative** [1] - 194:14
  **released** [1] - 146:1
  **relieve** [1] - 195:22

**rely** [7] - 10:3, 123:20, 136:21, 174:19, 179:25, 200:3, 200:9
  **relying** [1] - 4:5
  **remained** [1] - 47:11
  **remaining** [2] - 28:24, 82:1
  **remarks** [6] - 5:21, 6:1, 10:12, 27:3, 158:16, 161:9
  **remember** [37] - 19:23, 28:15, 60:12, 62:24, 64:20, 68:23, 71:13, 71:18, 76:5, 84:21, 91:11, 92:18, 93:17, 93:18, 94:22, 96:7, 99:13, 100:16, 102:9, 104:11, 121:16, 122:21, 123:6, 127:1, 128:18, 129:7, 130:16, 132:9, 133:17, 137:4, 148:12, 148:16, 149:2, 168:1, 175:4, 177:21, 191:17
  **remembered** [2] - 96:9, 121:16
  **remembering** [2] - 41:1, 122:19
  **remembers** [1] - 177:20
  **remind** [1] - 5:9
  **reminded** [1] - 195:20
  **remove** [1] - 98:11
  **removed** [1] - 33:5
  **rent** [6] - 60:10, 60:14, 60:19, 60:21, 81:9
  **repeatedly** [3] - 59:16, 60:3, 63:10
  **replacing** [1] - 157:13
  **report** [4] - 13:1, 41:2, 77:8, 103:19
  **reported** [2] - 2:4, 166:16
  **REPORTED** [1] - 2:8
  **reporter** [1] - 110:5
  **Reporter** [2] - 2:5, 201:5
  **reporting** [2] - 3:9, 13:17
  **reports** [2] - 13:9, 153:12
  **represents** [1] - 158:14
  **request** [1] - 48:18
  **require** [3] - 173:23,

185:23, 187:7
  **required** [3] - 97:10, 122:16, 174:10
  **reserved** [1] - 86:21
  **resolved** [1] - 85:16
  **respect** [6] - 123:14, 132:3, 180:25, 182:9, 185:22, 187:6
  **respectively** [2] - 89:5, 182:20
  **respond** [2] - 195:13, 199:2
  **respondent** [1] - 108:22
  **response** [4] - 55:13, 199:24, 200:2, 200:7
  **responses** [1] - 199:12
  **responsibilities** [2] - 16:17, 16:18
  **responsibility** [1] - 5:3
  **responsible** [5] - 159:16, 185:19, 187:3, 188:20, 188:24
  **rest** [5] - 88:11, 90:1, 119:5, 121:4
  **Restaurant** [1] - 32:13
  **resulted** [4] - 19:16, 38:8, 43:12, 45:11
  **results** [1] - 51:23
  **RESUMED** [2] - 57:6, 197:23
  **retail** [1] - 50:25
  **RETIRED** [3] - 49:4, 119:9, 198:20
  **retrieve** [1] - 198:9
  **return** [7] - 158:21, 172:12, 191:2, 195:7, 195:14, 196:15, 198:25
  **RETURNED** [2] - 3:4, 50:12
  **returning** [1] - 159:9
  **revealed** [2] - 19:9, 44:3
  **reveals** [1] - 161:14
  **reverse** [1] - 147:10
  **reversing** [1] - 161:19
  **review** [3] - 44:11, 87:13, 150:18
  **reviewed** [3] - 63:22, 137:3, 150:23
  **ribs** [2] - 93:17
  **rich** [1] - 96:5
  **Richard** [2] - 46:25, 73:12
  **ride** [3] - 26:21,

145:17, 145:22
**ridiculously** [1] - 52:1
**rims** [3] - 79:7, 79:9, 79:19
**rings** [1] - 132:10
**rise** [6] - 3:2, 49:2, 50:10, 120:9, 198:18, 199:7
**Riverside** [13] - 12:25, 13:18, 47:15, 92:15, 92:20, 95:8, 96:8, 125:17, 126:15, 153:3, 153:13, 155:16
**riveted** [1] - 104:24
**rivets** [1] - 156:15
**road** [4] - 31:21, 76:11, 138:7, 138:12
**Road** [5] - 31:23, 32:9, 32:10, 124:24, 148:14
**rock** [1] - 34:14
**Rocky** [4] - 19:17, 30:6, 38:21, 44:10
**Rodeo** [1] - 96:23
**RODRIGUEZ** [34] - 1:19, 35:15, 35:20, 48:17, 49:11, 49:20, 50:2, 50:6, 50:16, 55:22, 56:7, 56:10, 56:21, 56:23, 57:4, 57:7, 57:10, 58:12, 58:14, 58:18, 69:23, 73:3, 73:6, 82:2, 118:18, 119:13, 119:21, 119:24, 120:3, 197:1, 197:18, 199:19, 200:5, 200:17
**Rodriguez** [22] - 15:13, 47:22, 48:14, 49:25, 50:15, 55:21, 73:15, 158:14, 158:23, 161:8, 161:23, 162:25, 163:23, 164:11, 164:21, 165:4, 165:18, 166:7, 167:1, 167:7, 167:13, 168:2
**rodriguez** [1] - 49:9
**Rodriguez's** [2] - 27:3, 163:17
**role** [3] - 44:8, 91:25, 92:1
**roles** [2] - 161:23, 162:5
**Rolex** [1] - 82:15
**roll** [2] - 34:14, 62:10
**Ronald** [1] - 91:17
**ROOM** [3] - 49:4, 119:9, 198:20

**room** [11] - 65:21, 87:24, 110:2, 120:20, 124:6, 130:8, 173:3, 190:25, 191:21, 195:23, 198:4
**rooms** [1] - 126:10
**route** [3] - 54:18, 131:7
**row** [1] - 22:19
**RPR** [2] - 2:4, 201:4
**rufus** [1] - 114:13
**Rufus** [6] - 114:17, 114:21, 115:8, 115:12, 115:14, 115:17
**ruins** [1] - 107:16
**rules** [3] - 3:23, 172:25, 179:4
**Rumsfeld** [1] - 91:17
**run** [1] - 21:18
**runner** [1] - 75:2
**running** [2] - 101:19, 101:20
**runs** [1] - 134:20
**RV** [1] - 127:10

## S

**Saddam** [8] - 89:11, 90:9, 90:25, 91:1, 91:7, 91:18, 91:21, 91:24
**saddam** [1] - 90:14
**safe** [7] - 19:18, 38:21, 71:20, 71:21, 71:23, 106:18, 106:20
**safeguard** [7] - 106:16, 106:17, 106:19, 106:24, 107:11
**safes** [1] - 19:18
**safety** [1] - 139:9
**sailors** [1] - 89:20
**sale** [2] - 83:2, 167:25
**San** [1] - 96:3
**Sandra** [2] - 2:4, 201:4
**SANDRA** [1] - 201:4
**sarcastic** [1] - 200:2
**sat** [6] - 22:16, 22:18, 22:21, 23:2, 74:4
**satellite** [6] - 89:7, 89:8, 89:11, 89:16, 91:8, 91:18
**satisfied** [1] - 197:4
**save** [1] - 61:1
**saw** [11] - 16:11, 25:25, 41:18, 42:4,

44:22, 45:9, 151:21, 154:4, 154:11, 154:15
**sawgrass** [1] - 77:10
**scales** [1] - 92:25
**scam** [1] - 79:12
**scarecrow** [1] - 131:13
**scenario** [1] - 79:1
**scenarios** [1] - 75:8
**scene** [3] - 135:10, 185:3, 189:3
**schedule** [1] - 145:15
**scheduled** [1] - 85:18
**scheme** [4] - 7:23, 183:22, 184:1, 184:15
**school** [8] - 50:23, 51:6, 65:11, 65:24, 66:7, 66:14, 77:3, 114:2
**School** [1] - 138:11
**scotch** [6] - 199:11, 199:15, 199:23, 200:6, 200:11, 200:13
**scratch** [1] - 115:18
**scream** [1] - 115:1
**screen** [4] - 58:16, 69:22, 104:22, 124:8
**screwed** [1] - 118:13
**script** [1] - 79:15
**seal** [9] - 48:3, 48:7, 100:6, 157:2, 157:8, 157:13, 157:14, 160:13
**seals** [2] - 99:15, 99:17
**search** [3] - 43:10, 84:5, 141:18
**season** [1] - 164:15
**seat** [6] - 83:25, 84:4, 94:15, 136:14, 138:19, 148:8
**seated** [4] - 50:14, 119:12, 120:11, 198:21
**second** [27] - 16:15, 31:24, 34:21, 124:22, 124:25, 128:7, 128:12, 130:15, 130:21, 133:5, 133:6, 133:8, 133:20, 133:21, 134:22, 134:23, 136:18, 137:24, 139:23, 140:8, 142:10, 150:25, 157:14, 157:17, 182:2, 184:10, 186:12
**secondary** [1] -

180:9
**seconds** [1] - 54:16
**secret** [1] - 191:4
**Section** [7] - 183:7, 183:11, 186:3, 192:11, 193:15, 194:8, 194:20
**section** [1] - 183:12
**secure** [2] - 11:23, 36:24
**secured** [1] - 12:3
**SECURITY** [10] - 3:2, 49:2, 49:7, 49:24, 50:10, 50:13, 120:9, 172:22, 198:18, 199:7
**security** [1] - 77:13
**see** [50] - 7:15, 9:3, 13:9, 13:12, 13:25, 14:3, 14:18, 19:4, 19:9, 23:2, 24:7, 25:3, 26:18, 27:18, 28:12, 31:13, 31:15, 32:24, 33:20, 55:3, 60:13, 62:17, 63:23, 72:23, 75:9, 75:17, 77:6, 79:18, 80:16, 88:20, 97:12, 103:18, 107:17, 110:3, 117:18, 117:22, 121:22, 133:9, 135:3, 140:25, 147:23, 148:17, 149:23, 150:2, 161:21, 165:7, 169:3
**seeing** [2] - 11:22, 139:22
**seek** [1] - 191:19
**seem** [6] - 101:6, 101:24, 102:1, 115:16, 116:11, 176:21
**seize** [2] - 29:20, 171:10
**seized** [8] - 20:2, 39:3, 42:25, 43:11, 43:13, 45:21, 95:5, 96:2
**seizure** [6] - 8:11, 28:18, 33:21, 35:17, 39:11, 44:14
**select** [1] - 191:22
**selection** [1] - 195:24
**self** [1] - 188:10
**sell** [7] - 68:7, 68:15, 74:16, 74:17, 74:24, 81:7, 101:15
**selling** [2] - 74:8, 75:25
**senate** [2] - 90:12,

123:7
**Senate** [1] - 90:6
**send** [4] - 38:20, 168:15, 195:17
**sending** [1] - 25:17
**sends** [1] - 168:21
**sense** [17] - 9:18, 9:21, 15:20, 126:11, 129:9, 129:10, 132:19, 132:24, 138:4, 147:16, 147:22, 151:6, 153:25, 166:7, 168:6, 174:14, 175:18
**sent** [2] - 39:8, 83:15
**sentence** [4] - 61:12, 61:19, 164:18, 178:25
**sentenced** [3] - 72:12, 73:6, 85:14
**sentences** [1] - 10:17
**separate** [5] - 126:10, 182:11, 183:7, 190:4, 194:22
**separately** [2] - 190:8, 190:10
**serious** [4] - 59:5, 87:18, 131:15, 159:3
**serve** [1] - 89:25
**services** [2] - 47:2, 89:25
**session** [2] - 49:8, 120:10
**set** [12] - 8:23, 46:7, 78:7, 78:23, 80:20, 81:19, 84:12, 87:17, 118:4, 118:16
**Seth** [4] - 72:21, 73:8, 165:19, 165:23
**sets** [1] - 75:7
**setting** [1] - 80:4
**seven** [3] - 41:6, 41:14, 82:15
**several** [6] - 12:13, 13:10, 16:3, 39:6, 166:22, 187:11
**shadow** [1] - 89:18
**sham** [3] - 28:7, 39:11, 79:1
**share** [4] - 21:16, 187:24, 196:17, 196:20
**sheets** [1] - 150:19
**Sheldon** [74] - 17:2, 17:4, 19:21, 27:10, 27:11, 28:1, 29:25, 35:22, 36:8, 43:2, 52:7, 52:12, 52:22, 53:2, 53:5, 53:8, 53:14, 53:18, 55:11,

55:12, 59:7, 62:16, 63:9, 63:24, 64:5, 64:8, 66:3, 67:25, 69:14, 70:5, 72:6, 72:14, 72:17, 73:7, 73:10, 73:25, 75:9, 75:19, 76:22, 77:21, 77:25, 81:21, 82:25, 83:6, 83:16, 83:18, 83:25, 84:15, 85:24, 86:1, 86:5, 86:8, 157:24, 158:15, 162:10, 162:19, 162:25, 163:3, 163:11, 163:16, 163:19, 164:22, 165:4, 165:5, 165:12, 165:15, 166:24, 167:11, 169:17, 172:15, 192:5, 192:12, 193:16

**SHELDON** [1] - 1:7
**sheldon** [1] - 82:2
**Sherwood** [7] - 40:8, 40:11, 40:13, 40:19, 84:15, 84:21, 167:19
**shift** [1] - 129:7
**shifting** [1] - 128:16
**shifts** [1] - 4:2
**shipment** [2] - 14:13, 29:13
**shipments** [2] - 12:5, 16:24
**shipped** [2] - 41:17, 43:21
**Shit** [1] - 20:14
**shit** [4] - 20:21, 21:9, 24:5, 25:7
**shock** [1] - 33:15
**shocked** [1] - 33:9
**short** [1] - 150:17
**SHORTER** [30] - 1:7, 20:13, 20:16, 20:21, 21:4, 21:7, 22:1, 22:6, 22:8, 22:11, 22:13, 23:11, 23:20, 24:2, 24:4, 24:10, 25:2, 25:6, 25:23, 26:1, 26:18, 34:2, 34:6, 34:11, 34:18, 35:2, 35:7, 35:10, 35:13, 172:17
**shorter** [4] - 25:12, 66:24, 70:21, 82:11
**Shorter** [168] - 1:20, 8:20, 8:24, 9:1, 9:5, 12:7, 12:18, 14:20, 17:2, 17:4, 17:7, 17:8, 17:9, 17:12, 17:15, 18:2, 18:3, 18:10,

18:14, 18:17, 19:21, 20:7, 27:10, 27:11, 27:17, 27:22, 28:1, 28:5, 28:13, 28:19, 28:23, 29:25, 33:19, 35:22, 36:8, 36:21, 36:25, 37:1, 37:6, 37:14, 37:19, 38:4, 38:6, 38:10, 38:17, 38:22, 38:24, 39:1, 39:5, 39:14, 39:21, 40:1, 40:4, 41:8, 41:9, 42:15, 43:2, 43:13, 44:1, 52:7, 52:8, 52:13, 52:22, 53:2, 53:5, 53:8, 53:15, 53:18, 53:23, 53:25, 54:5, 55:11, 55:12, 59:7, 59:11, 59:20, 59:22, 59:23, 59:25, 60:6, 60:7, 60:8, 60:9, 60:11, 62:17, 63:9, 63:24, 64:5, 64:8, 66:3, 67:25, 70:2, 70:5, 71:1, 71:7, 71:25, 72:6, 72:14, 72:18, 73:7, 73:10, 74:1, 75:3, 75:10, 75:13, 75:19, 75:22, 76:5, 76:22, 77:21, 77:25, 78:5, 78:15, 78:23, 78:24, 79:6, 79:12, 80:25, 81:14, 81:22, 82:2, 82:19, 82:25, 83:7, 83:16, 83:18, 84:14, 84:16, 84:19, 84:20, 85:11, 85:15, 85:24, 86:1, 86:5, 86:8, 157:24, 158:5, 158:15, 162:10, 162:19, 162:25, 163:4, 163:11, 163:16, 163:19, 164:22, 164:24, 165:4, 165:5, 165:12, 165:16, 166:24, 167:2, 167:11, 168:13, 168:18, 169:17, 170:5, 172:16, 192:5, 192:12, 193:16
**Shorter's** [9] - 14:23, 28:6, 28:10, 37:5, 40:14, 41:22, 42:24, 69:14, 161:12
**shortly** [1] - 157:2
**shot** [1] - 21:21
**show** [23] - 6:2, 6:3, 6:10, 6:13, 6:20, 8:18, 12:25, 14:11, 28:2, 53:21, 54:7, 54:8,

77:4, 78:13, 83:3, 89:11, 93:1, 100:5, 109:19, 133:22, 163:3, 164:22, 184:5
**showed** [9] - 17:9, 17:15, 60:6, 71:18, 72:8, 136:15, 138:8, 138:9, 143:7
**showing** [1] - 93:14
**shown** [6] - 8:3, 8:9, 12:23, 55:25, 69:19, 192:13
**shows** [16] - 13:21, 28:4, 28:7, 28:9, 79:2, 80:13, 82:25, 93:5, 99:2, 131:1, 140:19, 140:20, 140:22, 142:13, 153:16, 192:3
**shrink** [3] - 14:4, 129:25, 154:15
**shrink-wrapped** [1] - 129:25
**shying** [1] - 114:19
**sic** [1] - 108:9
**side** [12] - 32:24, 64:23, 75:21, 75:24, 79:24, 84:25, 101:11, 103:1, 108:24, 128:22, 138:17
**sidebar** [4] - 55:16, 119:7, 119:15, 196:21
**SIDEBAR** [5] - 55:18, 57:5, 119:10, 196:22, 197:22
**sides** [1] - 5:15
**sidewalk** [1] - 121:23
**sign** [7] - 94:2, 151:22, 195:6
**signature** [1] - 193:20
**signed** [3] - 72:25, 93:21, 164:7
**significance** [1] - 178:1
**significant** [1] - 53:1
**significantly** [2] - 20:8, 54:8
**signs** [1] - 16:11
**Silicon** [1] - 96:6
**silver** [2] - 69:1, 129:25
**similar** [1] - 6:21
**simple** [7] - 51:16, 97:23, 97:25, 105:12, 105:15, 123:13, 177:18
**simply** [7] - 98:8, 106:3, 115:14, 142:8, 177:24, 186:16, 196:11

**single** [1] - 173:17
**sister's** [2] - 60:16, 60:20
**sisters** [1] - 66:10
**sit** [6] - 51:22, 51:23, 113:16, 131:21, 132:2, 132:3
**sits** [2] - 64:11, 152:10
**sitting** [4] - 117:24, 151:25, 153:20, 155:6
**situation** [4] - 83:23, 107:7, 109:5, 169:10
**six** [1] - 144:25
**size** [2] - 66:2, 89:1
**sizeable** [3] - 18:2, 18:6, 20:4
**sky** [1] - 91:19
**slowing** [1] - 20:21
**smart** [3] - 94:21, 94:25, 95:1
**smash** [1] - 36:13
**smell** [3] - 77:6, 135:3, 135:4
**smoke** [4] - 110:21, 117:11, 117:12, 117:14
**snap** [1] - 121:20, 122:12
**Socrates** [2] - 116:16, 116:23
**sold** [4] - 37:23, 42:10, 68:5, 68:19
**soldiers** [1] - 89:20
**sole** [3] - 187:14, 187:23, 188:4
**solely** [1] - 191:15
**someone** [23] - 24:19, 51:19, 54:10, 58:1, 59:2, 65:23, 65:24, 65:25, 70:2, 70:10, 71:12, 73:17, 80:9, 84:24, 116:17, 134:25, 135:11, 135:13, 165:14, 169:21, 181:22, 183:9, 187:20
**sometimes** [2] - 111:25, 116:11
**somewhere** [2] - 20:1, 138:8
**sophisticated** [1] - 58:21
**sophistication** [4] - 160:10, 160:12, 160:15, 160:18
**sorry** [8] - 14:5, 25:5, 43:11, 112:22, 115:19, 140:10, 148:24, 165:25

**sort** [2] - 100:12, 128:15
**sounded** [1] - 24:17
**sounds** [1] - 55:20
**source** [6] - 19:5, 19:6, 66:23, 67:2, 67:15, 166:14
**South** [1] - 17:9, 63:2, 167:5, 169:24
**south** [1] - 96:4
**Southern** [1] - 96:6
**speakers** [5] - 79:7, 79:9, 180:6, 180:13, 180:17
**speaking** [1] - 63:24
**speaks** [1] - 149:15
**special** [4] - 90:7, 123:7, 170:23, 179:19
**specific** [8] - 33:7, 42:2, 45:23, 131:23, 167:16, 173:5, 190:1, 190:19
**specifically** [2] - 18:22, 180:14
**specify** [2] - 185:24, 187:8
**spectator** [1] - 189:9
**spectrum** [2] - 122:12, 122:15
**speculating** [2] - 139:11, 143:25
**speculation** [2] - 86:3, 139:4
**speculative** [1] - 55:2
**spend** [2] - 57:14, 124:3
**spending** [3] - 142:19, 146:2, 164:16
**spent** [5] - 63:22, 123:7, 127:11, 145:6, 163:19
**spin** [2] - 116:21, 143:2
**spite** [1] - 82:18
**spoken** [1] - 180:12
**spooked** [1] - 24:18
**sport** [1] - 54:18
**spot** [1] - 12:19
**square** [1] - 78:8
**squeeze** [1] - 148:1
**St** [11] - 1:17, 2:2, 22:25, 66:5, 66:14, 66:15, 66:16, 66:17, 83:2, 83:5, 142:3
**stack** [1] - 94:1
**stage** [3] - 3:11, 139:3, 144:19
**stages** [1] - 139:2
**stakes** [1] - 51:17

**stand** [12] - 15:8, 52:20, 52:24, 56:16, 97:11, 104:9, 111:23, 112:9, 117:7, 138:18, 142:17, 147:24

**standard** [1] - 109:24

**standing** [1] - 185:7

**stands** [2] - 55:10, 80:24

**standstill** [1] - 26:6

**starring** [2] - 161:23, 162:5

**stars** [1] - 53:11

**start** [4] - 47:18, 107:2, 114:14, 162:3

**started** [5] - 19:3, 45:15, 67:5, 154:3, 161:9

**starting** [2] - 26:9, 159:11

**starts** [1] - 115:4

**stash** [3] - 37:8, 60:15, 71:15

**state** [4] - 65:6, 89:15, 139:14, 179:20

**State** [2] - 100:7, 148:14

**statement** [14] - 86:19, 86:21, 100:3, 104:14, 149:2, 153:8, 177:14, 178:15, 179:7, 181:22, 181:24, 182:1, 182:4, 182:7

**statements** [7] - 15:8, 45:13, 86:19, 125:2, 134:1, 136:15, 192:22

**states** [2] - 79:23, 88:14

**States** [18] - 9:9, 9:11, 29:20, 42:22, 43:2, 43:3, 90:6, 105:7, 167:24, 183:6, 186:2, 192:5, 192:11, 193:14, 194:7, 194:19, 199:16

**STATES** [3] - 1:1, 1:3, 1:13

**station** [2] - 27:21, 28:3

**status** [2] - 13:1, 13:18

**stay** [4] - 96:22, 100:25, 155:10, 198:23

**stayed** [3] - 13:5, 96:16, 128:19

**staying** [4] - 96:19, 101:16, 155:1, 155:4

**Ste** [2] - 1:18, 1:23

**steel** [1] - 99:16

**steer** [1] - 158:24

**stenographic** [1] - 200:25

**STENOGRAPHICA LLY** [1] - 2:8

**STEPHEN** [1] - 2:1

**Stephen** [1] - 2:1

**stick** [1] - 200:15

**still** [8] - 9:6, 39:4, 48:9, 90:23, 103:20, 110:19, 114:23, 144:20

**stir** [1] - 140:1

**stole** [1] - 71:16

**stolen** [14] - 68:8, 68:15, 68:20, 74:9, 74:22, 74:24, 126:20, 127:22, 128:3, 130:11, 152:23, 153:2, 153:14, 154:18

**stop** [13] - 23:22, 26:25, 40:16, 45:9, 45:12, 48:7, 88:8, 93:7, 99:24, 108:8, 139:5, 152:11, 153:2

**stopped** [11] - 33:11, 37:12, 92:5, 95:11, 98:15, 98:20, 133:2, 135:21, 135:25, 144:21, 151:11

**store** [7] - 34:15, 60:8, 68:8, 68:20, 74:24, 78:17, 166:13

**stored** [2] - 19:19, 89:23

**stories** [5] - 45:16, 45:17, 46:3, 46:4, 113:15

**story** [11] - 51:5, 51:19, 52:5, 53:22, 53:25, 59:10, 59:12, 112:5, 113:19, 113:20, 115:13

**straight** [3] - 23:16, 46:3, 128:11

**straighten** [1] - 21:24

**straightened** [1] - 24:24

**straw** [1] - 170:12

**streaks** [1] - 118:15

**street** [4] - 32:23, 68:10, 81:3, 81:8

**stress** [1] - 165:8

**stressing** [2] - 25:4, 27:5

**strict** [1] - 174:8

**strike** [2] - 178:15,

179:8

**strings** [2] - 54:6, 60:1

**strip** [2] - 31:10, 33:13

**strong** [1] - 108:20

**strongly** [1] - 107:8

**studying** [1] - 98:1

**stuff** [5] - 74:16, 84:5, 93:20, 94:13, 102:22

**stupid** [1] - 83:3

**subject** [5] - 15:22, 29:6, 98:13, 98:14, 179:17

**submit** [22] - 86:17, 86:23, 87:20, 93:10, 97:7, 98:12, 99:1, 99:2, 102:25, 103:4, 117:2, 118:15, 122:8, 131:3, 138:1, 142:10, 143:8, 160:1, 160:25, 171:20, 172:1, 172:12

**submits** [1] - 94:19

**submitted** [1] - 97:13

**submitting** [1] - 100:11

**subordinates** [1] - 165:1

**subpoena** [1] - 129:4

**subpoenaed** [2] - 73:15, 155:11

**substance** [20] - 6:8, 6:15, 172:4, 184:21, 185:15, 185:18, 186:1, 186:5, 186:6, 186:13, 186:17, 186:24, 187:2, 187:10, 192:22, 193:1, 193:4, 193:7, 194:14, 198:1

**substantial** [2] - 13:6, 46:22

**substantially** [1] - 109:14

**substantive** [5] - 18:24, 137:25, 182:22, 182:25, 183:3

**substituting** [1] - 157:14

**subtle** [2] - 128:14, 128:15

**suburbs** [1] - 96:6

**succeeded** [1] - 184:3

**sudden** [1] - 80:12

**suffering** [1] - 107:19

**sufficient** [3] - 184:23, 189:5, 189:14

**suggest** [4] - 156:20, 176:15, 196:8, 199:24

**suggested** [4] - 96:11, 116:21, 158:3, 199:12

**suggesting** [1] - 100:4

**Suite** [1] - 1:20

**summary** [1] - 182:16

**sun** [5] - 116:12, 116:13, 116:21

**Super** [5] - 96:10, 128:19, 129:3, 155:1, 155:2

**supersonic** [1] - 154:20

**supervise** [1] - 37:2

**supervising** [1] - 109:15

**supply** [1] - 166:15

**support** [4] - 90:2, 133:10, 133:11, 146:24

**supports** [2] - 86:18, 96:1

**supposed** [8] - 12:15, 20:18, 31:10, 82:24, 96:12, 113:3, 131:8, 156:8

**surprise** [1] - 33:15

**surrounding** [2] - 12:2, 124:23

**surveillance** [1] - 170:6

**suspected** [1] - 16:12

**suspicion** [5] - 28:16, 28:18, 28:20, 38:17, 160:17

**suspicious** [2] - 39:1, 166:17

**swallow** [1] - 101:21

**swaying** [1] - 107:2

**swift** [1] - 172:9

**swiftly** [1] - 144:25

**switch** [1] - 134:21

**sworn** [2] - 98:2, 123:4

**sympathy** [2] - 113:6, 173:12

**system** [8] - 54:13, 55:4, 55:5, 57:12, 57:19, 73:21, 73:22, 160:13

**T**

**T.V** [2] - 105:3,

145:25

**tab** [1] - 96:25

**table** [2] - 114:11, 115:2

**tables** [1] - 111:7

**tagged** [1] - 75:3

**tail** [1] - 114:18

**TAKEN** [3] - 49:5, 120:7, 199:5

**talented** [1] - 97:14

**talks** [3] - 35:23, 154:23, 172:6

**Tallahassee** [1] - 65:7

**Tampa** [10] - 1:17, 1:18, 1:24, 2:3, 2:6, 19:17, 40:2, 40:5, 40:16, 66:4

**tap** [1] - 114:25

**tape** [14] - 14:23, 80:1, 80:2, 132:7, 137:1, 180:5, 180:11, 180:22, 199:11, 199:15, 199:23, 200:6, 200:11, 200:13

**tapes** [2] - 78:13, 79:14

**tasked** [4] - 16:7, 17:5, 17:11, 45:8

**tasks** [1] - 38:9

**taste** [1] - 42:16

**team** [1] - 50:17

**tech** [1] - 58:19

**technical** [3] - 179:17, 179:20, 179:21

**technology** [4] - 89:8, 90:22, 96:13

**tedious** [1] - 142:23

**teenager** [1] - 64:21

**temp** [2] - 100:19, 100:24

**temp-ten** [2] - 100:19, 100:24

**ten** [15] - 59:16, 100:14, 100:17, 100:19, 100:23, 100:24, 100:25, 101:1, 101:4, 111:3, 111:6, 117:18, 150:20, 198:25

**tend** [2] - 110:23, 177:21

**tending** [3] - 11:18, 175:25, 177:5

**Tenet** [2] - 91:3, 91:6

**term** [6] - 65:22, 106:2, 164:5, 175:2, 189:18, 189:23

**termed** [1] - 87:10

**testified** [33] - 11:22, 12:11, 18:4, 39:9, 41:20, 47:19, 73:3, 77:23, 91:21, 91:23, 92:19, 94:16, 97:11, 99:6, 99:7, 99:8, 102:15, 103:13, 104:4, 111:14, 113:4, 125:25, 138:7, 138:18, 147:20, 163:25, 164:14, 167:23, 169:16, 170:17, 176:25, 177:6
**testifies** [4] - 99:20, 111:13, 111:22, 112:4
**testify** [16] - 41:2, 54:13, 56:17, 56:18, 73:9, 93:10, 97:13, 101:23, 102:3, 102:6, 111:10, 111:11, 165:17, 173:25, 178:4, 178:5
**testifying** [4] - 55:21, 167:14, 178:18, 179:10
**testimony** [46] - 4:6, 4:8, 4:11, 11:8, 14:10, 14:19, 41:19, 56:22, 61:7, 61:13, 61:22, 62:5, 62:13, 62:24, 84:21, 92:12, 92:18, 98:7, 98:24, 103:5, 109:18, 109:19, 111:20, 112:12, 147:25, 162:21, 167:17, 170:2, 173:9, 175:2, 175:21, 176:9, 177:2, 177:3, 177:10, 178:7, 178:8, 178:9, 178:19, 178:20, 179:11, 179:12, 180:19, 181:18, 181:21
**THE** [84] - 1:1, 1:1, 1:13, 3:4, 3:5, 3:7, 3:9, 35:18, 48:14, 48:19, 48:23, 48:25, 49:4, 49:5, 49:9, 49:16, 49:23, 49:25, 50:4, 50:12, 50:15, 55:16, 55:18, 55:20, 56:8, 56:16, 56:22, 57:3, 57:5, 57:6, 57:9, 58:11, 58:13, 58:15, 69:21, 73:5, 81:25, 86:11, 86:14, 88:25, 118:20, 119:1, 119:9, 119:10, 119:12, 119:19, 119:23, 120:2, 120:4, 120:6,

120:7, 120:12, 120:14, 120:15, 124:7, 124:11, 146:15, 172:17, 172:20, 172:24, 196:22, 196:24, 197:4, 197:8, 197:15, 197:21, 197:22, 197:23, 197:25, 198:16, 198:20, 198:21, 199:5, 199:8, 199:18, 200:1, 200:7, 200:12, 200:19
**Theatre** [1] - 144:18
**theft** [1] - 153:18
**themselves** [11] - 6:16, 28:22, 57:13, 57:25, 61:1, 87:21, 88:6, 93:11, 95:4, 97:13, 148:1, 158:4, 160:9
**THEN** [3] - 49:5, 120:7, 199:5
**theory** [5] - 91:7, 101:14, 126:22, 129:19, 130:9
**there'll** [2] - 10:8, 32:12
**thereafter** [1] - 171:10
**thereby** [1] - 185:10
**therefore** [4] - 85:16, 124:19, 128:2, 174:18
**THEREUPON** [8] - 3:4, 49:4, 49:5, 50:12, 119:9, 120:6, 198:20, 199:5
**thesaurus** [1] - 64:15
**thesis** [1] - 121:19
**they've** [10] - 48:11, 132:12, 136:11, 136:17, 139:6, 140:21, 141:3, 149:21, 150:4, 164:20
**thinking** [4] - 23:3, 97:20, 143:1, 144:1
**third** [10] - 123:23, 125:2, 125:4, 129:8, 134:24, 136:12, 140:23, 142:15, 142:16, 170:22
**thousand** [8] - 29:21, 78:4, 135:21, 136:1, 136:6, 159:22, 161:6, 192:23
**thousands** [7] - 16:21, 37:7, 37:22, 116:19, 159:20, 161:4
**threaten** [1] - 70:12
**threatened** [1] -

67:20
**threats** [1] - 166:24
**three** [23] - 7:17, 22:19, 22:20, 35:17, 40:18, 124:14, 124:16, 125:7, 125:23, 127:3, 128:4, 128:9, 131:4, 134:3, 136:19, 147:4, 147:13, 147:14, 171:24, 182:11
**threshold** [2] - 159:7, 161:6
**threw** [3] - 70:1, 76:14, 154:14
**throttle** [1] - 75:5
**throughout** [3] - 65:20, 106:14, 107:1
**throw** [7] - 59:22, 76:7, 77:16, 78:5, 81:15, 149:13, 169:20
**throwing** [2] - 68:3, 76:25
**thrown** [1] - 97:5
**tightest** [1] - 148:1
**TIME** [5] - 55:18, 119:10, 196:22, 197:22
**timed** [1] - 50:7
**timing** [1] - 157:5
**tin** [1] - 131:14
**tired** [3] - 126:8, 126:9, 165:9
**title** [3] - 78:22, 183:6, 186:2
**TO** [6] - 3:4, 49:4, 50:12, 119:9, 198:14, 198:20
**today** [7] - 69:10, 69:19, 77:18, 87:16, 97:18, 113:13, 114:7
**toes** [1] - 54:16
**together** [11] - 21:9, 45:16, 87:5, 121:6, 137:11, 182:18, 185:5, 187:20, 188:11, 188:18, 196:17
**tomorrow** [3] - 196:11, 196:15, 197:19
**tonight** [3] - 113:13, 197:11, 198:10
**took** [12] - 4:14, 38:2, 41:9, 41:10, 41:24, 42:8, 45:1, 94:14, 97:11, 117:7, 142:17, 171:4
**tools** [3] - 112:10, 112:11, 113:14

**top** [4] - 149:23, 154:10, 154:13, 154:15
**topic** [1] - 151:18
**tort** [1] - 107:18
**Tortugas** [1] - 145:7
**touch** [6] - 22:9, 52:9, 52:23, 77:6, 163:1, 163:4
**touchdown** [1] - 54:16
**touched** [3] - 158:19, 164:23, 171:19
**touching** [2] - 54:15, 54:16
**towards** [2] - 10:5, 158:24
**toy** [1] - 171:7
**track** [2] - 13:8, 156:9
**tracking** [2] - 13:10, 47:1
**tractor** [30] - 11:24, 12:5, 13:5, 14:14, 16:24, 44:17, 44:20, 45:4, 45:7, 47:7, 47:8, 48:3, 87:1, 125:14, 125:16, 125:25, 128:3, 129:10, 130:23, 135:19, 135:25, 136:5, 138:6, 138:10, 138:15, 138:21, 154:7, 154:20, 155:5, 157:1
**trade** [1] - 11:2
**traffic** [5] - 45:11, 45:12, 121:22, 138:13, 139:5
**traffickers** [1] - 37:17
**trafficking** [1] - 16:12
**trailer** [47] - 11:24, 12:5, 14:14, 44:17, 44:20, 45:5, 45:7, 47:4, 47:7, 47:9, 48:3, 87:2, 95:13, 124:16, 125:9, 125:14, 125:16, 125:25, 128:3, 129:10, 129:16, 129:22, 130:23, 135:20, 135:25, 136:6, 136:9, 136:16, 138:6, 138:10, 138:15, 138:21, 140:3, 140:6, 140:7, 140:20, 141:24, 149:11, 150:8, 154:2, 154:7, 154:20, 155:5, 157:1, 160:19

**trailers** [1] - 16:24
**trained** [1] - 93:11
**training** [4] - 100:8, 138:12, 157:9, 179:19
**transaction** [3] - 168:11, 185:3, 186:19
**TransCore** [2] - 47:1, 47:6
**TRANSCRIPT** [1] - 1:12
**transcript** [32] - 46:1, 46:12, 46:22, 117:5, 117:8, 117:21, 132:7, 132:15, 133:1, 133:16, 134:2, 136:23, 137:3, 138:2, 139:16, 139:24, 140:24, 143:6, 143:9, 147:19, 148:17, 149:5, 149:15, 150:18, 150:23, 160:21, 180:6, 180:15, 180:20, 180:21, 180:25
**TRANSCRIPTION** [1] - 2:8
**transcription** [2] - 46:19, 200:25
**transcripts** [14] - 19:5, 44:12, 63:16, 63:18, 64:18, 132:16, 132:19, 132:23, 133:9, 142:20, 151:5, 169:4, 180:2, 180:8
**transfer** [1] - 186:17
**translation** [2] - 46:20, 180:3
**translations** [1] - 46:15
**transport** [2] - 158:10, 160:10
**Transportation** [1] - 88:22
**transportation** [4] - 11:25, 12:20, 138:11, 161:3
**transporting** [1] - 152:19
**trap** [1] - 79:4
**travel** [3] - 36:23, 40:3, 40:14
**traveled** [2] - 12:12, 167:4
**treat** [3] - 111:15, 112:20, 113:3
**treated** [1] - 113:13
**treatment** [2] - 178:13, 179:6
**treats** [1] - 164:11
**tree** [1] - 115:6

**tremendous** [1] - 54:18

**TRIAL** [1] - 1:12

**trial** [22] - 4:7, 7:16, 9:9, 10:13, 41:3, 47:19, 87:7, 105:6, 106:14, 107:1, 110:3, 110:6, 110:19, 112:19, 144:23, 163:15, 173:10, 175:14, 177:11, 181:4, 182:9, 190:18

**trick** [3] - 88:2, 88:3, 94:11

**tricks** [1] - 94:25

**tried** [12] - 23:15, 46:2, 59:6, 59:9, 59:11, 97:6, 98:25, 144:8, 146:6, 147:25, 150:17, 156:22

**tries** [4] - 98:21, 140:1, 156:14, 158:24

**trip** [11] - 37:10, 37:13, 40:18, 41:11, 41:13, 98:18, 98:19, 145:13, 145:15, 145:20, 151:2

**trips** [4] - 29:9, 37:3, 76:4

**trooper** [11] - 98:25, 99:6, 99:11, 100:7, 100:17, 103:3, 104:1, 104:15, 104:18, 138:13, 142:3

**Trooper** [10] - 44:14, 44:15, 44:22, 45:3, 45:7, 45:24, 139:8, 140:4, 148:13, 148:20

**trooper's** [1] - 157:6

**troopers** [2] - 139:14

**trouble** [2] - 149:24, 150:14

**truck** [54] - 14:10, 33:16, 36:3, 44:22, 44:23, 45:20, 74:5, 88:8, 92:6, 93:1, 93:21, 93:23, 93:24, 94:5, 95:12, 95:13, 97:4, 98:20, 99:24, 101:10, 112:23, 125:14, 125:16, 126:4, 126:7, 126:8, 126:14, 126:20, 127:9, 127:16, 128:22, 129:10, 130:10, 130:23, 135:20, 135:25, 136:6, 138:15, 138:21, 139:13, 140:16, 142:8,

142:12, 144:4, 152:8, 152:11, 152:23, 152:24, 153:2, 153:14, 153:20, 154:18

**truck's** [1] - 153:17

**truckers** [2] - 127:22, 151:13

**trucking** [15] - 92:21, 92:22, 94:4, 100:12, 100:22, 101:5, 101:22, 101:23, 102:7, 102:25, 104:12, 127:2, 127:3, 127:5, 127:6

**trucks** [4] - 104:24, 127:12, 128:3, 152:25

**true** [8] - 68:2, 72:4, 75:11, 90:2, 91:17, 165:7, 176:6, 200:24

**trust** [2] - 54:17, 62:15

**truth** [24] - 54:24, 54:25, 55:15, 58:3, 97:17, 102:16, 102:17, 103:25, 104:20, 104:25, 105:1, 105:6, 105:7, 105:10, 110:4, 110:12, 117:1, 118:16, 148:3, 176:18, 176:19, 177:19, 191:19

**truthful** [2] - 178:18, 179:10

**try** [12] - 6:5, 87:6, 88:3, 89:3, 101:15, 105:7, 110:11, 128:10, 146:7, 147:7, 158:1, 184:8

**trying** [12] - 13:20, 21:21, 45:16, 58:9, 64:4, 90:22, 99:1, 101:25, 130:16, 132:20, 148:18, 149:5

**turned** [6] - 18:8, 27:24, 39:2, 110:3, 111:8, 116:19

**turning** [1] - 167:15

**turns** [6] - 93:16, 93:21, 95:10, 95:14, 98:17, 116:23

**twice** [2] - 13:8, 24:8

**two** [57] - 6:3, 11:13, 22:19, 32:6, 34:12, 36:2, 39:24, 41:10, 52:2, 53:19, 56:14, 58:21, 60:10, 68:9, 71:8, 73:9, 84:16, 84:17, 87:8, 87:17,

92:5, 92:8, 92:13, 93:9, 95:17, 95:20, 97:7, 101:2, 105:24, 106:6, 106:13, 111:23, 113:3, 116:3, 118:16, 126:4, 131:17, 132:1, 132:2, 132:3, 134:4, 136:10, 142:25, 143:3, 148:18, 154:22, 162:2, 162:6, 163:13, 165:20, 171:22, 178:22, 184:6, 187:23, 193:22, 199:11

**type** [4] - 43:19, 101:24, 107:22, 183:24

**types** [3] - 11:14, 15:1, 18:15

**typewritten** [1] - 180:2

# U

**U.S** [3] - 1:16, 1:17, 2:5

**Ulmerton** [3] - 31:16, 31:23, 45:2

**ultimate** [1] - 49:12

**ultimately** [1] - 27:16

**unable** [1] - 85:17

**unanimous** [5] - 185:24, 187:8, 191:1, 192:17, 195:4

**uncle** [1] - 88:7

**uncontroverted** [1] - 127:19

**uncover** [1] - 154:6

**under** [11] - 10:21, 19:2, 81:15, 97:12, 112:14, 146:18, 154:6, 165:8, 182:5, 183:14, 188:12

**undercover** [1] - 19:4

**undertake** [1] - 198:9

**underway** [1] - 3:10

**unduly** [1] - 181:14

**unfortunately** [1] - 59:4

**unhappy** [1] - 37:15

**unimportant** [1] - 178:3

**Unintelligible** [2] - 31:17, 32:19

**unintelligible** [3] - 23:13, 23:20, 32:16

**unintelligible)** [2] -

25:13, 25:25

**unique** [1] - 43:19

**unit** [3] - 90:19, 91:4, 101:19

**UNITED** [3] - 1:1, 1:3, 1:13

**United** [19] - 9:9, 9:11, 29:19, 42:22, 43:1, 43:3, 89:10, 90:6, 105:6, 167:24, 183:6, 186:2, 192:5, 192:11, 193:14, 194:7, 194:19, 199:15

**universities** [1] - 65:6

**unknown** [1] - 8:22

**unlawful** [16] - 6:5, 6:11, 6:12, 7:13, 7:22, 7:25, 8:25, 158:9, 160:2, 163:21, 171:23, 184:4, 184:9, 184:11, 184:15, 184:19

**unless** [5] - 96:20, 100:5, 137:17, 200:1

**unlike** [2] - 95:24, 115:17

**unload** [2] - 33:13, 145:14

**unlucky** [1] - 152:13

**unreliable** [1] - 181:1

**unsworn** [1] - 56:17

**unusual** [4] - 41:1, 127:9, 127:15, 127:21

**up** [127] - 8:10, 8:23, 14:3, 14:7, 17:9, 17:15, 20:12, 20:21, 20:22, 22:2, 22:8, 24:3, 24:4, 24:8, 24:19, 24:21, 24:25, 25:18, 27:24, 28:2, 28:4, 28:7, 28:9, 28:11, 28:14, 35:6, 38:12, 38:15, 38:24, 39:9, 40:17, 43:16, 45:22, 46:7, 55:10, 56:16, 60:5, 62:8, 63:17, 65:6, 65:11, 65:24, 66:8, 66:13, 67:15, 67:25, 69:8, 70:3, 73:14, 75:7, 76:20, 78:7, 78:23, 79:2, 80:4, 80:21, 80:24, 81:19, 82:24, 82:25, 83:3, 83:22, 84:12, 84:16, 90:5, 90:7, 93:1, 93:13, 93:15, 93:17, 96:25, 97:3, 99:19, 101:15, 103:8, 112:5, 112:23,

114:24, 115:14, 115:22, 116:4, 116:12, 116:13, 117:2, 118:4, 124:8, 125:20, 128:1, 128:14, 129:6, 131:12, 133:4, 135:5, 140:1, 140:5, 140:25, 143:17, 144:15, 145:24, 148:23, 148:24, 150:2, 150:14, 151:19, 151:24, 152:13, 154:16, 155:18, 157:23, 157:24, 160:20, 161:24, 168:12, 168:20, 170:15, 170:20, 171:17, 179:25, 191:14, 197:9, 197:11, 200:16

**USA** [1] - 199:10

# V

**Valley** [1] - 96:6

**valued** [1] - 42:6

**Van** [1] - 40:15

**variety** [1] - 17:10

**various** [3] - 49:13, 95:23, 196:3

**vault** [1] - 197:11

**Vegas** [1] - 12:18

**vehicle** [19] - 17:16, 30:9, 42:6, 42:24, 42:25, 43:10, 43:12, 43:19, 44:6, 45:9, 101:18, 136:14, 141:15, 142:13, 153:18, 157:7, 170:12, 171:3

**vehicles** [3] - 17:10, 42:16, 43:14

**venture** [1] - 54:3

**verdict** [31] - 105:14, 105:15, 105:18, 105:21, 113:2, 113:5, 113:10, 120:22, 121:11, 159:8, 172:7, 185:21, 185:24, 187:5, 187:8, 190:13, 190:25, 191:2, 191:5, 192:1, 192:7, 192:17, 193:11, 193:22, 194:2, 194:16, 194:22, 195:5, 196:9, 196:10, 199:1

**verdicts** [4] - 158:21, 158:22, 159:9, 192:2

**verification** [1] -

76:24
**verified** [3] - 76:8, 76:9, 77:15
**verify** [4] - 23:6, 59:10, 59:11, 76:13
**vernacular** [1] - 65:1
**version** [3] - 46:13, 133:10, 133:12
**video** [5] - 99:19, 100:8, 104:2, 104:6, 104:7
**violation** [7] - 88:23, 89:3, 183:10, 192:10, 193:14, 194:7, 194:19
**visit** [1] - 81:18
**visited** [1] - 170:5
**voice** [1] - 23:16
**VOLCY** [10] - 1:8, 30:24, 31:2, 31:17, 31:20, 31:25, 32:10, 32:16, 32:19, 32:25
**Volcy** [75] - 2:1, 8:9, 8:23, 9:5, 11:23, 12:23, 14:12, 18:23, 30:10, 30:18, 31:5, 36:4, 36:10, 36:15, 44:19, 45:15, 45:21, 45:25, 46:24, 47:12, 86:21, 87:4, 89:4, 93:23, 94:3, 94:8, 117:13, 117:15, 121:3, 123:14, 123:21, 124:15, 125:8, 125:24, 127:4, 130:18, 131:1, 131:5, 132:9, 132:11, 132:13, 132:18, 133:1, 133:18, 134:7, 134:16, 135:19, 135:24, 136:5, 136:13, 138:8, 138:17, 138:19, 140:11, 142:1, 142:16, 143:14, 143:18, 143:22, 144:6, 144:12, 145:12, 146:12, 149:25, 150:12, 151:15, 151:20, 152:18, 153:12, 158:2, 159:15, 159:24, 172:15, 186:21, 193:23
**volcy** [1] - 134:1
**Volcy's** [2] - 133:10, 153:7
**voluntarily** [2] - 189:20, 189:25
**volunteers** [1] - 133:1

**vote** [2] - 107:25, 108:1

# W

**wait** [2] - 22:13, 104:20
**waiting** [9] - 22:4, 23:6, 24:5, 24:6, 25:1, 44:16, 110:3, 152:15, 153:21
**waived** [1] - 17:19
**wake** [1] - 145:24
**Walgreens** [2] - 32:15, 76:17
**walk** [3] - 74:10, 74:18, 164:19
**walked** [1] - 92:10
**wall** [1] - 200:16
**Walmart** [9] - 126:1, 127:10, 127:11, 127:12, 127:17, 127:22, 148:13, 152:25, 153:1
**Walmarts** [1] - 128:4
**wants** [12] - 29:4, 31:9, 80:6, 107:17, 125:19, 130:25, 140:18, 148:15, 164:12, 178:15, 179:7
**Wapner** [2] - 107:13, 107:21
**war** [2] - 90:4, 90:24
**warehouse** [8] - 16:15, 33:12, 93:3, 100:1, 130:24, 131:3, 131:20, 131:21
**warehousemen** [1] - 94:6
**warehouses** [5] - 16:8, 60:10, 60:11, 60:21, 92:24
**warmed** [1] - 35:6
**WAS** [8] - 49:5, 55:19, 57:5, 119:11, 120:6, 196:23, 197:23, 199:5
**Washington** [3] - 1:20, 115:5, 144:18
**watch** [2] - 97:16, 145:25
**watched** [1] - 40:6
**watching** [7] - 138:20, 139:14, 139:20, 142:2, 142:4, 142:5, 142:9
**water** [1] - 34:16
**Watergate** [1] - 123:9

**Wayne** [1] - 84:13
**ways** [3] - 76:1, 103:17
**weapons** [4] - 89:12, 89:23, 90:9, 90:17
**weed** [1] - 30:14
**week** [5] - 5:24, 51:5, 76:10, 146:6, 172:8
**weekend** [4] - 131:11, 143:16, 143:22, 148:11
**weeks** [4] - 68:10, 120:25, 126:4, 144:25
**weighing** [4] - 192:23, 193:2, 193:5, 193:8
**weight** [14] - 108:3, 159:2, 159:7, 159:25, 176:2, 181:17, 182:2, 184:20, 185:14, 185:19, 185:25, 186:23, 187:3, 187:9
**weights** [1] - 159:8
**Wells** [6] - 41:25, 42:19, 83:12, 83:14, 83:21, 171:5
**west** [3] - 45:22, 95:14, 101:10
**WHEREUPON** [1] - 57:5
**WHICH** [4] - 55:18, 119:10, 196:22, 197:22
**whiskers** [1] - 114:23
**white** [1] - 42:7
**White** [2] - 63:3, 69:25
**whoa** [2] - 65:15, 79:8
**whole** [13] - 21:20, 88:13, 91:7, 94:1, 106:11, 106:14, 107:1, 117:8, 150:10, 166:11, 173:17, 176:10, 198:23
**wife** [6] - 21:1, 88:7, 107:19, 108:5, 108:10, 113:22
**wife's** [3] - 107:16, 108:13, 114:10
**Wilkes** [1] - 144:17
**willful** [1] - 189:8
**willfully** [14] - 8:1, 70:22, 147:5, 160:9, 171:24, 182:17, 184:11, 184:21, 186:11, 188:16, 188:18, 189:1, 189:2, 189:23

**WILLIAM** [1] - 1:13
**willing** [6] - 10:2, 53:12, 58:23, 157:18, 157:25, 174:19
**win** [2] - 50:17, 87:6
**window** [1] - 62:11
**Winter** [1] - 132:2
**wish** [3] - 198:2, 198:5, 198:11
**wishes** [1] - 151:8
**witness** [50] - 15:17, 52:20, 101:24, 102:10, 103:12, 103:15, 111:16, 111:18, 112:9, 112:15, 112:16, 113:12, 113:14, 126:24, 130:2, 136:22, 138:18, 154:1, 154:5, 163:24, 164:1, 176:8, 176:10, 176:15, 176:17, 176:18, 176:20, 176:21, 176:23, 176:25, 177:5, 177:8, 177:10, 177:12, 177:16, 177:18, 177:19, 177:23, 178:6, 178:11, 178:12, 178:15, 178:17, 179:1, 179:5, 179:7, 179:9, 179:13, 179:22, 179:24
**witness's** [2] - 112:12, 177:2
**witnesses** [21] - 10:7, 11:9, 52:17, 53:7, 53:9, 55:23, 61:7, 70:24, 105:19, 113:3, 129:20, 163:2, 163:19, 164:2, 175:3, 176:12, 178:8, 178:10, 178:20, 178:22, 179:12
**woman** [2] - 82:23, 110:15, 169:11, 169:20, 170:11
**woman's** [1] - 169:14
**women** [4] - 83:4, 84:25, 89:19, 94:6
**wonder** [1] - 60:15
**wonderful** [2] - 89:7, 89:8
**wondering** [1] - 139:4
**woods** [1] - 170:1
**word** [12] - 64:13, 110:5, 112:3, 134:13, 137:16, 147:21, 162:7, 188:1, 189:18,

189:23, 192:14, 194:24
**words** [16] - 27:4, 36:17, 52:16, 52:17, 59:10, 64:14, 78:3, 85:10, 85:12, 93:7, 149:16, 169:1, 181:11, 191:2, 192:14, 194:24
**worker** [2] - 109:19, 154:1
**workers** [4] - 93:2, 93:3, 130:13
**works** [2] - 137:10, 137:20
**world** [5] - 38:12, 47:2, 89:17, 120:24, 162:11
**worried** [5] - 90:20, 90:21, 91:1, 111:24
**worry** [3] - 117:10, 118:9, 143:20
**worth** [6] - 16:22, 29:22, 48:6, 68:8, 78:20, 157:20
**wow** [3] - 114:16, 117:25, 143:24
**wrap** [3] - 14:4, 27:24, 154:15
**wrapped** [3] - 14:6, 129:25, 135:5
**write** [1] - 195:10
**writing** [3] - 82:19, 82:20, 195:14
**written** [1] - 121:18

# Y

**y'all** [2] - 25:3, 25:8
**year** [4] - 11:1, 38:2, 87:4, 88:13
**years** [13] - 16:3, 37:21, 57:14, 100:9, 109:25, 110:13, 110:16, 116:19, 145:6, 146:2, 164:5, 164:7, 164:9
**yell** [2] - 114:14, 114:25
**yellow** [1] - 103:21
**yesterday** [2] - 24:17, 24:18
**Yo** [4] - 20:13, 23:20, 30:24, 34:2
**yo** [7] - 20:16, 24:2, 24:4, 25:2, 25:23, 26:18, 34:1
**York** [1] - 89:10
**young** [1] - 51:6

**yourself** [8] - 52:2, 64:1, 81:8, 126:16, 130:7, 176:15, 177:4, 191:9

**yourselves** [9] - 61:23, 62:2, 62:4, 69:4, 73:13, 75:1, 85:24, 103:12, 163:24

## Z

**zones** [2] - 32:6, 90:25