IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE No. 8:08 CR 270 T 24 EAJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

                            February 3, 2009
                            12:13 P.M.

SHELDON SHORTER
JEAN EVENS BAPTISTE
HARDAWAY VOLCY

        Defendants.
_____/

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE WILLIAM J. CASTAGNA
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Government: | JAMES PRESTON<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>400 North Tampa St.,<br>Ste. 3200<br>Tampa, FL 33602 |
| For the Defendant:<br>Shorter | HUGO A. RODRIGUEZ<br>1210 Washington Avenue<br>Suite 245<br>Miami Beach, FL  33139 |
| For the Defendant:<br>Baptiste | JORGE CHELALA<br>Chalela Law Group<br>3111 W MLK Blvd - Ste 100<br>PO Box 173407<br>Tampa, FL 33672-0407 |

```
For the Defendant:        STEPHEN CRAWFORD
Volcy                     Law Office of Stephen M.
                          Crawford
                          610 W Bay St
                          Tampa, FL 33606


Reported By:              Sandra K. Lee, RPR
                          Official Court Reporter
                          U.S. District Court
                          801 North Florida Avenue
                          Tampa, FL 33602
                          (813) 301-5699

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION
```

P R O C E E D I N G

        COURT SECURITY OFFICER: All rise. The Honorable William J. Castagna presiding. This Honorable Court is now in session. Please be seated.

        THE COURT: Good afternoon, ladies and gentlemen.

        MR. PRESTON: Good afternoon, Your Honor.

        MR. CHALELA: Good afternoon, Your Honor.

        THE COURT: I am advised that the jury has reached a verdict.

        Bring in the jury, Mr. Bohlig.

        COURT SECURITY OFFICER: Please rise for the jury.

 (THEREUPON, THE JURY RETURNED TO THE COURTROOM.)

        COURT SECURITY OFFICER: Please be seated.

        THE COURT: Good afternoon, ladies and gentlemen.

        MEMBERS OF THE JURY: Good afternoon.

        THE COURT: Have you reached a verdict?

        THE JUROR: Yes, Your Honor, we have.

        THE COURT: Please hand your verdict to

1  Mr. Bohlig, and he'll present it to the Court for
2  examination.
3          Madam Clerk, you may publish the
4  verdict.
5          The defendants will please rise.
6          COURTROOM DEPUTY CLERK: United States
7  of America versus Shelton Shorter, Case No. 8:08
8  CR 270 T 24 EAJ.  Verdict.  Count I.  As to Count
9  I of the Indictment, which charges conspiracy to
10 distribute and possess with intent to distribute
11 marijuana, in violation of 21 USC, Sections 846
12 and 841(b)(1)(A), we, the jury, find the defendant
13 Sheldon Shorter guilty.
14         If guilty, then we'll go to A.  Did the
15 offense charged in Count I involve -- and check
16 mark is a mixture or substance containing
17 marijuana weighing 1000 kilograms or more.
18         Count II.  As to Count II of the
19 Indictment, which charges possession with intent
20 to distribute marijuana, in violation of 21 USC,
21 Sections 841(a)(1) and 841(b)(1)(D), we, the jury,
22 find the defendant Sheldon Shorter guilty.
23         So say we all -- so say we all this 3rd
24 day of February, 2009.  Signed by the foreperson.
25         United States of America versus Jean

1   Evens Baptiste, Case No. 8:08 CR 270 T 24 EAJ.
2   Verdict.  Count I.  As to Count I of the
3   Indictment, which charges conspiracy to possess
4   and possess with intent to distribute marijuana,
5   in violation of 21 USC, Sections 846 and
6   841(b)(1)(A), we, the jury, find the defendant
7   Jean Evens Baptiste guilty.
8           If guilty, then A.  Did the offense
9   charged in Count I involve -- check mark is a
10  mixture or substance containing marijuana weighing
11  100 kilograms or more.
12          Count III.  As to Count III of the
13  Indictment, which charges possession with intent
14  to distribute marijuana, in violation of 21 USC,
15  Section 841(a)(1) and (b)(1)(B), we, the jury,
16  find the defendant Jean Evens Baptiste guilty.
17          If guilty, A.  Did the offense charged
18  in Count III involve a mixture or substance
19  containing marijuana weighing 100 kilograms or
20  more?  It's checked.
21          So say we all this 3rd day of February,
22  2009.  It's signed by the foreperson.
23          United States of America versus Hardaway
24  Volcy, Case No. 8:08 CR 270 T 24 EAJ.  Verdict.
25  Count I.  As to Count I of the Indictment, which

charges conspiracy to distribute and possess with intent to distribute marijuana, in violation of 21 USC, Sections 846 and 841(b)(1)(A), we, the jury, find the defendant Hardaway Volcy guilty.

If guilty, then did the offense charged in Count I involve -- check mark is a mixture or substance containing marijuana weighing 100 kilograms or more.

Count III. As to Count III of the Indictment which charges possession with intent to distribute marijuana, in violation of 21 USC, Sections 841(a)(a) and (b)(1)(B), we, the jury, find the defendant Hardaway Volcy guilty.

If guilty, did the offense charged in Count III involve -- and check mark is a mixture or substance containing marijuana weighing 100 kilograms or more.

So say we all this 3rd day of February, 2009. Signed by the foreperson.

That concludes the reading, Your Honor.

THE COURT: Ladies and gentlemen, there is a procedure known as the polling of the jury in which the clerk will ask each of the jurors whether the verdicts as read are in fact the verdicts of each of those jurors, and the juror

```
 1   will make appropriate response.
 2              You may poll the jury, Madam Clerk, and
 3   refer to them by their seat number.
 4              COURTROOM DEPUTY CLERK:  Yes, Your
 5   Honor.
 6              Juror in Seat No. 1, are these your
 7   verdicts.
 8              THE JUROR:  Yes.
 9              COURTROOM DEPUTY CLERK:  Juror in Seat
10   No. 2, are these your verdicts?
11              THE JUROR:  Yes.
12              COURTROOM DEPUTY CLERK:  Juror in Seat
13   No. 3, are these your verdicts?
14              THE JUROR:  Yes.
15              COURTROOM DEPUTY CLERK:  Juror in Seat
16   No. 4, are these your verdicts?
17              THE JUROR:  Yes ma'am.
18              COURTROOM DEPUTY CLERK:  Juror in Seat
19   No. 5, are these your verdicts?
20              THE JUROR:  Yes.
21              COURTROOM DEPUTY CLERK:  Juror in Seat
22   No. 6, are these your verdicts?
23              THE JUROR:  Yes.
24              COURTROOM DEPUTY CLERK:  Juror in Seat
25   No. 7, are these your verdicts?
```

THE JUROR: Yes.

COURTROOM DEPUTY CLERK: Juror in Seat No. 8, are these your verdicts?

THE JUROR: Yes.

COURTROOM DEPUTY CLERK: Juror in Seat No. 9, are these your verdicts?

THE JUROR: Yes.

COURTROOM DEPUTY CLERK: Juror in Seat No. 10, are these your verdicts?

THE JUROR: Yes.

COURTROOM DEPUTY CLERK: Juror in Seat No. 11, are these your verdicts?

THE JUROR: Yes.

COURTROOM DEPUTY CLERK: Juror in Seat No. 12, are these your verdicts?

THE JUROR: Yes.

COURTROOM DEPUTY CLERK: That concludes the polling, Your Honor.

THE COURT: And with the polling of the jury, ladies and gentlemen, that brings to a close the service that you can perform for this Court in this case.

I do want to take this opportunity to express my appreciation to you for the diligent and the conscientious attention -- excuse me --

that you've given to the matters that have been presented for your consideration during the course of this trial.

You have performed a very important and significant service for our system of justice in this country, and we are grateful to you for that service. You are now discharged.

COURT SECURITY OFFICER: Please rise for the jury.

(THEREUPON, THE JURY RETIRED TO THE JURY ROOM.)

THE COURT: You may be seated.

Defendants, please come forward with counsel. The defendants.

Sheldon Shorter, based upon the verdict of the jury finding you guilty of the offenses charged against you in the Indictment filed against you in Criminal Case No. 8:08 Criminal 270-T-24 EAJ, the Court does hereby remand you to the custody of the United States Marshal pending receipt by the Court of a presentence investigation report.

Does he have a sentencing date?

COURTROOM DEPUTY CLERK: Yes, Your Honor. April 22nd at 10:30.

THE COURT: Jean Evens Baptiste, based

```
1   upon the verdict of the jury finding you guilty of
2   the offenses charged against you in the Indictment
3   filed against you in Criminal Case No.
4   8:08-CR-270-T-24-EAJ, this Court does hereby
5   remand you to the custody of the United States
6   Marshal pending receipt by the Court of a
7   presentence investigation report.
8              Sentencing date?
9              COURTROOM DEPUTY CLERK:  April 22nd at
10  11 o'clock.
11             THE COURT:  April 22nd at 11 o'clock for
12  sentencing in this courtroom.
13             MR. CRAWFORD:  Your Honor, before you go
14  forward with Mr. Volcy may I be heard?
15             THE COURT:  Pardon?
16             MR. CRAWFORD:  Before you go forward
17  with Mr. Volcy could I be heard concerning bail?
18             THE COURT:  Not at this point.
19             Hardaway Volcy, based upon the verdict
20  of the jury finding you guilty of the offenses
21  charged in the Indictment filed against you in
22  Criminal Case No. 8:08-CR-270-T-24-EAJ, the Court
23  does hereby remand you to the custody of the
24  United States Marshal pending receipt by the Court
25  of a presentence investigation report.
```

1          Sentencing date?
2          COURTROOM DEPUTY CLERK: April 22nd at
3  11:30.
4          THE COURT: April 22nd at 11:30.
5          That will conclude this proceeding.
6          COURT SECURITY OFFICER: All rise.
7          MR. CRAWFORD: Judge, before you leave
8  the Bench could the attorneys approach for a
9  moment off the record?
10         THE COURT: Yes.
11             (PROCEEDINGS ADJOURNED.)
12         I CERTIFY that the foregoing is a true
13 and accurate transcription of my stenographic
14 notes.
15 Dated: 07/25/2009.

               ___s/ Sandra K. Lee_____
                  SANDRA K. LEE, RPR
                  Official Court Reporter

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER